# Exhibit A

**Sunday, May 10, 2026 at 4:58:56 PM Eastern Daylight Time**

**Subject:** Repainting of the Reflecting Pool
**Date:** Monday, April 27, 2026 at 3:17:56 PM Eastern Daylight Time
**From:** Nord Wennerstrom
**To:** Stidham, Tammy

Dear Tammy,

Since the Reflecting Pool between the Lincoln Memorial and the Washington Monument is listed in the National Register of Historic Places, shouldn't there be a Section 106 review prior to changing the color of the basin, which is a character-defining feature?

Any guidance would be appreciated.

Nord


**Nord Wennerstrom**
**Director of Communications**
**The Cultural Landscape Foundation**
1711 Connecticut Avenue NW, Suite 200
Washington, DC 20009
(t) 202.483.0553 (m) 202.255.7076 (f) 202.483.0761
**www.tclf.org**

FACEBOOK l TWITTER l LINKEDIN l INSTAGRAM l PINTEREST

**Read about Mario Schjetnan and Grupo de Diseño Urbano, winner of the 2025 *Cornelia Hahn Oberlander International Landscape Architecture Prize***