# Exhibit B

**Sunday, May 10, 2026 at 4:59:24 PM Eastern Daylight Time**

---

**Subject:** Request for Section 106 Consulting Party status
**Date:** Tuesday, May 5, 2026 at 4:51:30 PM Eastern Daylight Time
**From:** Nord Wennerstrom
**To:** Stidham, Tammy
**BCC:** Nord Wennerstrom

Dear Ms. Stidham,

If a Section 106 review is initiated for the painting of the Reflecting Pool on the National Mall, The Cultural Landscape Foundation requests to be a consulting party to that review.

Sincerely,

Nord Wennerstrom

**Nord Wennerstrom**
**Director of Communications**
**The Cultural Landscape Foundation**
1711 Connecticut Avenue NW, Suite 200
Washington, DC 20009
(t) 202.483.0553 (m) 202.255.7076 (f) 202.483.0761
**www.tclf.org**

FACEBOOK | TWITTER | LINKEDIN | INSTAGRAM | PINTEREST

**Read about Mario Schjetnan and Grupo de Diseño Urbano, winner of the 2025 *Cornelia Hahn Oberlander International Landscape Architecture Prize***

1 of 1