# Exhibit C

**Sunday, May 10, 2026 at 5:02:31 PM Eastern Daylight Time**

**Subject:** Re: [External] FW: Reflecting Pool
**Date:** Friday, May 8, 2026 at 10:00:20 AM Eastern Daylight Time
**From:** Jaime Loichinger
**To:** Nord Wennerstrom, Kirsten B. Kulis
**CC:** Charles Birnbaum

Mr. Wennerstrom,

As we understand, the NPS reviewed this under the terms of its 2008 Nationwide PA. For additional detail, we suggest that you try reaching out to the NPS again.

Sincerely,


**Jaime Loichinger**
Director, Office of Federal Agency Programs
*Advisory Council on Historic Preservation*
(202) 517-0219 | jloichinger@achp.gov

---

**From:** Nord Wennerstrom <nord@tclf.org>
**Sent:** Thursday, May 7, 2026 6:10 PM
**To:** Kirsten B. Kulis <kkulis@achp.gov>
**Cc:** Charles Birnbaum <info@tclf.org>; Jaime Loichinger <jloichinger@achp.gov>
**Subject:** [External] FW: Reflecting Pool

Dear Ms. Kulis,

Writing to find out if a Section 106 review has been initiated for the Reflecting Pool on the National Mall, which is a unit of the National Park Service, as the basin is currently being painted blue according to multiple media reports and as observed by a Charles A. Birnbaum, Founding President & CEO of The Cultural Landscape Foundation, and me on a visit to the site on Monday, April 27, 2026. The present achromatic/grey is a key character-defining feature of this site, which is listed in the National Register of Historic Places. The alteration currently underway can not be classified as "routine maintenance," and a determination should be made about whether the new paint color is an adverse effect.

In fact, the National Park Service's Lincoln Memorial Grounds Cultural Landscape Report of 1999 is very clear about the origins of the color (p.33): "Through trial and error, contractors working with the OPBG [Army Corps of Engineers' Office of Public Buildings and Grounds] developed a water-proof base consisting of an asphalt coated membrane, slate, and concrete tile. **The dark color of the tile created the illusion of greater depth and a more profound reflection."** [emphasis added].

The Cultural Landscape Foundation emailed Tammy Stidham at the National Park Service on April 27, 2026, asking about a Section 106 review and there has been no response.

1 of 2

Many thanks for any assistance you could provide.

Sincerely,

Nord Wennerstrom


**Nord Wennerstrom**
**Director of Communications**
**The Cultural Landscape Foundation**
1711 Connecticut Avenue NW, Suite 200
Washington, DC 20009
(t) 202.483.0553 (m) 202.255.7076 (f) 202.483.0761
**www.tclf.org**

FACEBOOK I TWITTER I LINKEDIN I INSTAGRAM I PINTEREST

**Read about Mario Schjetnan and Grupo de Diseño Urbano, winner of the 2025 *Cornelia Hahn Oberlander International Landscape Architecture Prize***