**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| THE CULTURAL LANDSCAPE FOUNDATION et al., |
| *Plaintiffs*, |
| *v.* |
| U.S. DEPARTMENT OF THE INTERIOR et al., |
| *Defendants*. |

Case No. 26-cv-_____

<u>**DECLARATION OF JAMES GARLAND IN SUPPORT OF PLAINTIFFS' MOTION FOR A TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION**</u>

I, James Garland, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

1.      I am a licensed architect licensed in 25 states with approximately 40 years of experience specializing in the design, construction, and restoration of water features in public and private settings. I am the President, Founder, and Design Director at Fluidity Design Consultants, a leading water feature design and engineering firm. My practice encompasses public parks and civic spaces, institutional projects, and high-end private developments, nationally and internationally. I work at the highest level of the profession in this specialty and have been retained on some of the most significant water feature projects in the United States.

2.      My relevant project experience includes current and recent work on the National Mall and its immediate surroundings. I am presently working on the Desert Storm Memorial, in collaboration with landscape architecture firm OLIN, and the Federal Reserve Board Headquarters, with the landscape architecture firm of Sasaki, both of which are on the National Mall and nearing completion. I previously worked with landscape architecture firm Michael

1

Vergason on the American Veterans Disabled for Life Memorial, located just off the National Mall, which features a reflecting pool and a flaming water element. I have also undertaken major restoration projects for significant public water features, including the Main Fountain Garden at Longwood Gardens in Pennsylvania, the large Esplanade Fountain at Fair Park, in Dallas, and the two fountains at the entrance to the Metropolitan Museum of Art, in New York City.

3.    I am the author of *Fountain Safari*, a worldwide history and theory of fountains that addresses the design principles governing water features of all types, including public water features and reflecting pools; this book is the most comprehensive work on the subject available. I am recognized in the field as an expert on the history, design, and treatment of public water features.

4.    I have reviewed publicly available information and photographs concerning the ongoing resurfacing of the Lincoln Memorial Reflecting Pool basin with an industrial-grade blue coating described by President Trump as "American flag blue." I am familiar with the Reflecting Pool as one of the preeminent civic water features in the United States.

5.    A reflecting pool is fundamentally different from a recreational swimming pool or a decorative fountain. Its primary function is not to contain or display water as an element in itself, but to produce a reflective surface—a mirror that reproduces the sky and surrounding landscape in a seamless visual plane. The Lincoln Memorial Reflecting Pool was designed to produce precisely this effect: a still, dark, reflective surface that captures the Lincoln Memorial, the Washington Monument, and the sky in a single unbroken image. The design and maintenance of the basin's surface material and color are therefore not incidental features of the pool—they are integral to its fundamental function.

6.    The principle that governs the selection of basin color for a reflecting pool is well established in the profession: dark, colorless surfaces maximize reflectivity. When a pool basin has a dark surface, light passing through the water is absorbed rather than reflected, making the underwater surface nearly invisible to the viewer, and irrelevant, so that the reflective effect is undistracted and maximized. The result is that most of what the viewer perceives is reflection off the surface of the water: the sky, the surrounding monuments, the landscape. The dark gray basin effectively disappears, leaving only the mirror.

7.    The grey, achromatic finish of the Lincoln Memorial Reflecting Pool's basin achieves this effect with particular success. Dark gray is highly effective as a basin finish material for water's reflectivity, and it has a quality that black sometimes lacks: it reads as natural, rather than severe. Critically, a dark gray basin does not call attention to itself. The viewer's mind does not register the basin as an artificial element, or even as a participant in the composition; it perceives only the reflection. The result is a quality I would describe as effective and authentic— a designed landscape that appears to emerge from nature rather than to impose upon it. This is precisely the quality appropriate to a civic memorial landscape of the character of the Lincoln Memorial Grounds, where the design principles of natural, authentic, uncomplicated and time-tested resonate with our nation's history.

8.    Painting the basin blue fundamentally undermines this design purpose. Blue is not a neutral reflective surface; it is a color that reads as artificial. In the art and design of public water features, the distinction between authentic and artificial is foundational. When the viewer looks at a blue-bottomed pool, the eye perceives the color of the basin through the water column, competing with and overriding the reflective surface image. The result is that instead of a seamless mirror honorifically reflecting the sky and monuments, the viewer sees a "prettified"

3

blue pool—something false and artificial, more evocative of a resort or a swimming facility, not a virtuous civic landscape. The artificiality is inescapable and irreconcilable with the authentic, natural reflective character the pool was designed to produce.

9.      In my professional practice, I often specify dark gray or black finishes for reflecting pools and similar water features. I have designed and restored numerous significant public water features using this approach. In my experience, this is the consistent professional standard among well-established landscape architects and architects working at the highest level on civic water features.

10.      The application of an industrial-grade blue pool coating to the Lincoln Memorial Reflecting Pool basin is, in my professional judgment, fundamentally inconsistent with the pool's design purpose and its character as a civic reflecting landscape. The change from a dark gray basin to a vivid blue one will undermine the pool's aura of seriousness, its aesthetic honesty, its reflective purity, and its tenor of quality, and replaces its authentic, natural, noble character with a superficial, resort-like aesthetic completely inappropriate to its setting and its function as a serious and treasured national memorial landscape, centerpiece to our nation's capital.

11.      I am not aware of any serious professional justification for applying a vivid blue coating to this all-important, historic, civic reflecting pool. The blue coloration is not consistent with standard professional practice, it is not consistent with the design principles governing serious reflecting pools, and it is not consistent with the historic character of the Lincoln Memorial Reflecting Pool, nor of the surrounding environs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of May, 2026.

DocuSigned by:

*Jim Garland*

E094E571AEDF45F...

James Garland

4

Docusign Envelope ID: 9BB01CAF-88CB-8811-81D4-390F57529768

5