**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE CULTURAL LANDSCAPE FOUNDATION and CHARLES A. BIRNBAUM,<br><br>　　　　　*Plaintiffs,*<br><br>　*v.*<br><br>U.S. DEPARTMENT OF THE INTERIOR, DOUG BURGUM, *in his official capacity as Secretary of Interior*, NATIONAL PARK SERVICE, and JESSICA BOWRON, *in her official capacity as Acting Director of the National Park Service*,<br><br>　　　　　*Defendants.* | Case No. 26cv1593 |

## <u>NOTICE OF APPEARANCE OF COUNSEL</u>

Please take notice of undersigned counsel's appearance on behalf of the Plaintiffs in this case.

Dated: May 11, 2026

Respectfully submitted,

<u>*/s/ Joseph W. Mead*</u>
JOSEPH W. MEAD
　(D.D.C. Bar No. 1740771)
WASHINGTON LITIGATION GROUP
1717 K Street NW, Suite 1120
Washington, DC 20006
(202) 589-8270
jmead@washingtonlitigationgroup.org

*Attorney for Plaintiffs*

1

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on May 11, 2026, I caused a copy of the foregoing document to be mailed to counsel for the Defendants at the United States Department of Justice, 950 Pennsylvania Avenue, N.W., Washington, DC 20530-0001.

*/s/Joseph W. Mead*
Joseph W. Mead
