# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

THE CULTURAL LANDSCAPE FOUNDATION,
et al.,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF THE INTERIOR, et al.,

*Defendants*.

Civil Action No. 1:26-cv-01593-CJN

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS

Defendants the United States Department of the Interior; Doug Burgum, in his official capacity as Secretary of the Interior; the National Parks Service; and Jessica Bowron, in her official capacity as Acting Director of the National Parks Service (collectively, "Defendants"), by and through undersigned counsel, hereby give notice of the entry of appearance of counsel for Defendants in the above-captioned matter.  Pursuant to Local Rule 83.2(f), please enter the appearance of John K. Heise as counsel for Defendants.  Mr. Heise is an active member of the California Bar and is registered for Electronic Case Filing with this Court.

Mr. Heise's contact information is as follows:

John K. Heise
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone:    (202) 598-3312
Email:          john.heise@usdoj.gov

1

Respectfully submitted this 11th day of May, 2026,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

/s/ *John K. Heise*
JOHN K. HEISE (CA Bar No. 331615)
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 598-3312
Email: john.heise@usdoj.gov

*Attorneys for Defendants*