**Exhibit C
(Part 1/2)**

# National Park Service
# Cultural Landscapes Inventory
# 2022



**Lincoln Memorial**

**National Mall and Memorial Parks**

**Lincoln Memorial**
**National Mall and Memorial Parks**

Table of Contents

Introduction ...................................................................................................................... 6

  Cultural Landscapes in the Cultural Resources Inventory System ..................................... 6

General Information ........................................................................................................... 8

    Landscape/Component Landscape Description............................................................. 8

    Landscape Hierarchy Description............................................................................... 11

    Landscape Type ....................................................................................................... 12

    Site Plan           .............................................................................................. 12

    Other Names       .............................................................................................. 15

Concurrence Information.................................................................................................. 16

    Park Superintendent Concurrence ............................................................................ 16

    Park Superintendent Concurrence Date..................................................................... 17

    Completion Status Explanatory Narrative.................................................................. 18

Geographic Information.................................................................................................... 19

    Area (Acres)       .............................................................................................. 19

    Land Tract Number(s)............................................................................................... 19

    Boundary Description................................................................................................ 19

    Latitude/Longitude ................................................................................................... 20

    Regional Landscape Contexts and Narratives ........................................................... 21

    Regional Landscape Context Graphics ...................................................................... 23

    Location Map Graphic Information............................................................................ 24

    State and County ...................................................................................................... 24

Management Information ................................................................................................. 25

    Management Category ............................................................................................... 25

    Management Category Date....................................................................................... 25

    Management Category Explanatory Narrative ........................................................... 25

    Management Agreements .......................................................................................... 25

**Lincoln Memorial**
**National Mall and Memorial Parks**

Legal Interests 26

Adjacent Lands Information..................................................................................................26

Uses Information.......................................................................................................................28

Functions and Uses...............................................................................................................28

Public Access  29

Associated Ethnographic Groups..........................................................................................29

National Register Information ...................................................................................................30

Documentation Status ..........................................................................................................30

Documentation Narrative Description ...................................................................................30

Concurrence Eligibility..........................................................................................................32

National Register Significance Level.....................................................................................32

National Register Significance -- Contributing/Individual .....................................................32

National Register Classification.............................................................................................33

Statement of Significance......................................................................................................34

National Register Significance Criteria..................................................................................40

National Register Criteria Considerations.............................................................................40

National Register Periods of Significance (with Historic Context Themes) ..........................41

National Register Areas of Significance................................................................................41

National Historic Landmark ...................................................................................................42

World Heritage Site ...............................................................................................................42

National Natural Landmark....................................................................................................42

NRIS Information (with Other Certifications).........................................................................42

State Register Documentation ..............................................................................................43

Chronology & Physical History .................................................................................................44

Authors' Note Regarding the Nomenclature and Organization Used throughout this CLI:...........44

Chronology.............................................................................................................................46

Physical History .....................................................................................................................81

PRE-COLONIAL HISTORY AND NATIVE AMERICAN SETTLEMENT (15,000 BCE - 1607 BCE) ................................................................................................... 81

COLONIAL SETTLEMENT AND THE ESTABLISHMENT OF THE FEDERAL CITY (1607-1800). ................................................................................................... 83

CIVIL WAR, THE OFFICE OF PUBLIC BUILDINGS AND GROUNDS, AND THE RECLAMATION OF THE POTOMAC FLATS (1861-1900) ....................................... 93

THE MCMILLAN PLAN (1901) ................................................................... 98

CREATION OF WEST POTOMAC PARK AND THE COMMISSION OF FINE ARTS (1901–1910) ................................................................................................. 107

LINCOLN MEMORIAL COMMISSION AND THE DEVELOPMENT OF THE MEMORIAL DESIGN (1911 – 1916) ................................................................... 109

WORLD WAR I AND THE REFINEMENT OF THE LANDSCAPE DESIGN (1917 – 1921) ...... 130

MEMORIAL DEDICATION, ADMINISTRATIVE TRANSFERS, AND THE INTERWAR YEARS (1922 – 1938) ................................................................... 143

MARIAN ANDERSON, THE EARLY CIVIL RIGHTS MOVEMENT, AND WORLD WAR II (1939 – 1945) ................................................................... 164

MID-CENTURY ALTERATIONS TO THE CULTURAL LANDSCAPE AND THE MARCH ON WASHINGTON (1946 – 1963) ................................................... 169

BEAUTIFICATION, MISSION 66, AND RESURRECTION CITY (1964 – 1968) ...................... 178

RESTORATION AND REORIENTATION OF THE CULTURAL LANDSCAPE (1969-1976) .... 184

NEW MEMORIALS AND LATE 20TH-CENTURY ALTERATIONS TO THE CULTURAL LANDSCAPE (1977 - 1992) ................................................................... 190

RECENT RESTORATION PROJECTS AND IMPROVEMENTS (1993 - PRESENT).............. 194

Analysis & Evaluation.................................................................................... 203

Analysis and Evaluation Summary................................................................ 203

Integrity Summary ........................................................................................ 207

Spatial Organization................................................................................. 211

Land Use ................................................................................................. 221

Topography ............................................................................................. 231

Vegetation .............................................................................................. 241

Circulation .............................................................................................. 264

**Lincoln Memorial**
**National Mall and Memorial Parks**

Buildings and Structures ........................................................................................................284

Views and Vistas ...................................................................................................................305

Constructed Water Features ................................................................................................314

Small-Scale Features ............................................................................................................318

Condition Assessment ..............................................................................................................346

Condition         .............................................................................................................346

Condition Date ......................................................................................................................346

Narrative          .............................................................................................................346

Impacts...................................................................................................................................346

Treatment ..................................................................................................................................353

Stabilization Measures .........................................................................................................353

Approved Treatments............................................................................................................354

Bibliography and Supplemental Information...........................................................................355

Bibliography      .............................................................................................................355

Supplemental Information ....................................................................................................372

Appendix A: Existing Conditions Drawings .........................................................................373

Appendix B: Viewshed Analysis ............................................................................................374

# Introduction

## Cultural Landscapes in the Cultural Resources Inventory System

CRIS is the National Park Service's database of cultural resources on its lands, consisting of archaeological sites, historic structures, ethnographic resources and cultural landscapes. The set of CRIS records for cultural landscapes is referred to as CRIS-CL. CRIS-CL records conform to a standardized data structure known as the Cultural Landscapes Inventory (CLI).

The legislative, regulatory and policy directions for conducting and maintaining the CRIS are: Section 110 of the National Historic Preservation Act, NPS Management Policies (2006), Director's Order 28 (Cultural Resources) and Director's Order 28a (Archeology).

*The Cultural Landscapes Inventory (CLI)*
The CLI is the data structure within CRIS used to document and evaluate all potentially significant landscapes in which NPS has, or plans to acquire any enforceable legal interest.

Each CRIS-CL record is certified complete when the landscape is determined to meet one of the following:

- Landscape individually meets the National Register of Historic Places criteria for evaluation; or,
- Landscape is a contributing element of a property that is eligible for the National Register; or,
- Landscape does not meet the National Register criteria, but is managed as cultural resources because law, policy or decisions reached through the park planning process.

Cultural landscapes vary from historic sites, historic designed landscapes, historic vernacular landscapes to historic ethnographic landscapes, but may also fit within more than one type.

**Lincoln Memorial**
**National Mall and Memorial Parks**

Those eligible for the National Register have significance in the nation's history on a national, state or local level, and possess integrity or authenticity.

The legislative, regulatory and policy directions for conducting and maintaining the CLI within CRIS are: *National Historic Preservation Act of 1966 (16 USC 470h-2(a)(1)). Each Federal agency shall establish…a preservation program for the identification, evaluation, and nomination to the National Register of Historic Places…of properties…*

*Executive Order 13287: Preserve America, 2003. Sec. 3(a)…Each agency with real property management responsibilities shall prepare an assessment of the current status of its inventory of historic properties required by section 110(a)(2) of the NHPA…No later than September 30, 2004, each covered agency shall complete a report of the assessment and make it available to the Chairman of the Advisory Council on Historic Preservation and the Secretary of the Interior…*

*Executive Order 13287: Preserve America, 2003. Sec. 3(c) each agency with real property management responsibilities shall, by September 30, 2005, and every third year thereafter, prepare a report on its progress in identifying…historic properties in its ownership and make the report available to the Councill and the Secretary…*

*The Secretary of the Interior's Standards and Guidelines for Federal Agency Historic Preservation Programs Pursuant to the National Historic Preservation Act, 1998. Standard 2: An agency provides for the timely identification and evaluation of historic properties under agency jurisdiction or control and/or subject to effect by agency actions (Sec. 110 (a)(2)(A) Management Policies 2006. 5.1.3.1 Inventories: The Park Service will (1) maintain and expand the following inventories…about cultural resources in units of the national park system…Cultural Landscape Inventory of historic designed landscapes, historic vernacular landscapes,…and historic sites…*

*Cultural Resource Management Guideline, 1997, Release No. 5, page 22 issued pursuant to Director's Order #28. As cultural resources are identified and evaluated, they should also be listed in the appropriate Service-wide inventories of cultural resources.*

**Lincoln Memorial**
**National Mall and Memorial Parks**

# General Information

*Cultural Landscape Inventory Name*                **Lincoln Memorial**

*Cultural Landscape Inventory Number*              **600010**

*Parent Cultural Landscape Inventory Name*         **West Potomac Park**

*Parent Cultural Landscape Inventory Number*       **600007**

*Park Name*                                        **National Mall and Memorial Parks**

*Park Alpha Code*                                  **NAMA**

*Park Org Code*                                    **3495**

*Property Level*                                   **Component Landscape**

*Landscape/Component Landscape Description*

The Lincoln Memorial cultural landscape (Reservation 332) is a component landscape of West Potomac Park. It is located on the eastern bank of the Potomac River in the monumental core of the District of Columbia, bridging the axis between the southwest and northwest quadrants of Washington, D.C. The study area for this Cultural Landscape Inventory encompasses 83 acres and includes the Lincoln Memorial structure and circle, Reflecting Pool, the John Ericsson Monument, the Watergate Steps area, and the Belvedere at Peters Point. The Lincoln Memorial cultural landscape is managed by the National Park Service, National Mall and Memorial Parks.

Beyond the boundaries of the study area, the contextual boundary for this Cultural Landscape Inventory encompasses 170 acres (inclusive of the 83-acre study area). This contextual landscape is bound by Constitution Avenue NW to the north, 17th Street NW to the east, Independence Avenue SW to the south, and the Potomac River to the west. The contextual landscape includes the Vietnam Veterans Memorial, Lockkeeper's House, Constitution Gardens, Ash Woods, JFK hockey fields, U.S. Park Police stables, and the Korean War Veterans Memorial, in addition to the Lincoln Memorial cultural landscape.

**Lincoln Memorial**
**National Mall and Memorial Parks**

The cultural landscape is the basis for the Statement of Significance and is addressed in all aspects of this CLI, including the chronology, physical history, and analysis and evaluation. The broader contextual landscape is addressed in the chronology and physical history only.

HISTORICAL OVERVIEW

The Lincoln Memorial cultural landscape was reclaimed from the Potomac mudflats in the late 19th century. It was formalized as part of West Potomac Park in 1897, and was a focal point of the 1901/1902 McMillan Plan, which called for the creation of a national monument at the west end of the National Mall to honor President Abraham Lincoln and commemorate the reunification of the country after the Civil War. Congress established the Commission of Fine Arts in 1910 and the Lincoln Memorial Commission in 1911; both agencies were responsible for commissioning the structure and statue that would be the centerpieces of the Lincoln Memorial itself. Architect Henry Bacon was selected to complete the design for the structure, and Daniel Chester French received the commission for the statue. The groundbreaking for the structure was on February 12, 1914, and work was substantially complete by the dedication ceremony on May 30, 1922. The landscape around the memorial structure, including the prominent Reflecting Pool feature, was designed by Henry Bacon, Frederick Law Olmsted, Jr., and others. The landscape was improved throughout the 1910s and 1920s, although the areas north and south of the Reflecting Pool were commandeered for temporary war buildings starting in 1918. In 1939, Marian Anderson held a concert on the steps of the Lincoln Memorial for 75,000 people. Organized by the National Association for the Advancement of Colored People (NAACP) and other organizations as a rebuke to segregationist actions by the Daughters of the American Revolution, the event established the Lincoln Memorial cultural landscape as a site for civic protest and gatherings associated with the Civil Rights Movement. In August 1963, Martin Luther King, Jr. extended this protest use, issuing his famous "I Have a Dream" speech from the steps of the memorial as part of the March on Washington for Jobs and Freedom. The site's historic use as a site of recreation, commemoration, and protest has continued to the present day.

SIGNIFICANCE SUMMARY

**Lincoln Memorial**
**National Mall and Memorial Parks**

This CLI recognizes the two periods of significance cited in the 1999 Cultural Landscape Report for the Lincoln Memorial: 1791-1914 (representing the site preparation period) and 1914-1933 (the construction period). It also recommends a third period of significance, 1939-present, to recognize the significance of this cultural landscape in the Civil Rights Movement and other protest events. This period begins with Marian Anderson's concert on the Lincoln Memorial steps in 1939, and continues to the present as an acknowledgement of its lasting symbolism and ongoing use for civic protest.

This CLI updates the Lincoln Memorial's existing documentation and recommends that the cultural landscape's significance be refined and expanded to encompass the following areas of significance, according to Criteria A and C:

*Criterion A:*

- Local significance in the area of Entertainment/Recreation, as a recreational and memorial landscape that was first conceived in the 1791 L'Enfant Plan and was a key facet of the 1901 McMillan Plan
- National significance in the areas of Ethnic Heritage-Black, Social History, and Politics/Government, as the site of landmark civil rights events and protests, including Marian Anderson's 1939 concert and Martin Luther King, Jr.'s "I Have A Dream" speech at the 1963 March on Washington for Jobs and Freedom

*Criterion C:*

- National significance in the areas of Architecture, Art, and Landscape Architecture, as a significant memorial landscape developed by renowned designers such as Henry Bacon, Daniel Chester French, Frederick Law Olmsted, Jr., and others. Their design defined the western end of the National Mall, transforming the Potomac Flats into a nationally significant portfolio of architectural, artistic, and landscape architectural features that embody the highest principles of 20th-century memorial landscapes and urban design.

**Lincoln Memorial**
**National Mall and Memorial Parks**

The cultural landscape meets Criteria Consideration F (commemorative properties), as it is the primary national monument to President Abraham Lincoln and the reunification of the country after the Civil War. It also meets Criteria Consideration G (properties having achieved significance within the last 50 years), as it continues to be one of the most recognizable public spaces in the country, utilized for civic gatherings and protests.

ANALYSIS AND EVALUATION SUMMARY AND CONDITION

The Lincoln Memorial cultural landscape consists of the following contributing landscape characteristics: spatial organization, land use, topography, vegetation, circulation, buildings and structures, views and vistas, constructed water features, and small-scale features. This CLI finds that the cultural landscape retains essential integrity of setting and a high degree of integrity of location, design, workmanship, feeling, and association. The design and materials from the period of significance are largely intact—particularly represented by the memorial structure itself—but are somewhat diminished due to loss of some vegetation features—particularly within the historic allées—as well as the introduction of non-contributing circulation features, vegetation species, and buildings and structures. The integrity of setting is somewhat diminished due to the addition of highway circulation features and the maturation of contributing vegetation around the Lincoln Memorial to its north, south, and west. Overall, the Lincoln Memorial cultural landscape retains integrity of features dating to all periods of significance, including the most significant historic conditions of its site preparation and construction periods of significance (1791-1914, 1914-1933). This CLI finds the condition of cultural landscape to be good. (See the Condition Assessment section of this CLI for additional information).

### *Landscape Hierarchy Description*

The Lincoln Memorial cultural landscape is a component landscape within the boundaries of West Potomac Park, which is in turn one of units administered by the National Mall and Memorial Parks (NAMA). The boundaries of the cultural landscape follow those established by the 1999 CLR, except for the Rainbow Pool. (This landscape feature was incorporated into the WWII Memorial between 2001 and 2004, and is now a separate component landscape of West Potomac Park and thus excluded from the boundaries of the cultural landscape.) The study area

for this Cultural Landscape Inventory encompasses 83 acres and includes the Reflecting Pool, Lincoln Memorial structure and circle, the John Ericsson Monument, the Watergate Steps area, and the Belvedere at Peters Point.

## Landscape Type

Historic Designed Landscape

## Site Plan



*Fig. 1: Existing conditions site plan of the Lincoln Memorial cultural landscape. The cultural landscape boundary is shown in solid orange and the contextual boundary is shown in dashed orange. Full size drawings are located at the end of this report. (Torkelson 2021)*

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 2: Detail of the existing conditions site plan showing the western extent of the Lincoln Memorial cultural landscape.*
*The cultural landscape boundary is shown in solid orange and the contextual boundary is shown in dashed orange.*
*(Torkelson 2021)*

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 3: Detail of the existing conditions site plan showing the eastern extent of the Lincoln Memorial cultural landscape. The cultural landscape boundary is shown in solid orange and the contextual boundary is shown in dashed orange. (Torkelson 2021)*

**Lincoln Memorial**
**National Mall and Memorial Parks**

*Other Names*

| Name | Type |
| --- | --- |
| Reservation 332 | Both Current and Historic |
| Lincoln Memorial grounds | Both Current and Historic |
| John Ericsson Monument | Both Current and Historic |
| Watergate Steps | Both Current and Historic |
| Peters Point | Both Current and Historic |
| The Belvedere | Both Current and Historic |
| The Approachway | Both Current and Historic |
| The Reflecting Pool | Both Current and Historic |
| 23rd Street NW/SW | Both Current and Historic |
| Lincoln Memorial Circle | Both Current and Historic |
| Henry Bacon Drive NW | Both Current and Historic |
| Daniel French Drive SW | Both Current and Historic |
| Parkway Drive NW | Both Current and Historic |
| Ohio Drive SW | Both Current and Historic |

# Concurrence Information

### *Park Superintendent Concurrence*

Yes

Concurrence Date: 8/30/2022



United States Department of the Interior

NATIONAL PARK SERVICE
National Capital Region
1100 Ohio Drive, S.W.
Washington, D.C. 20242

30
IN REPLY REFER TO:
1.B. (NCR-RESS)

August 30, 2022

Memorandum

To:         Cultural Landscapes Inventory Coordinator, National Capital Region

From:      Superintendent, National Mall and Memorial Parks

Subject:   Statement of Concurrence, Lincoln Memorial

I, Jeffrey Reinbold, Superintendent of National Mall and Memorial Parks, concur with the findings of the Lincoln Memorial Cultural Landscapes Inventory, including the following specific components:

| | |
|---|---|
| PERIOD OF SIGNIFICANCE: | The Lincoln Memorial cultural landscape retains integrity to the following periods of significance: 1791-1914; 1914-1933; 1939-present. |
| INTEGRITY: | The landscape displays the seven aspects of integrity (location, setting, design, materials, workmanship, feeling, and association) as defined by the National Register of Historic Places. |
| MANAGEMENT CATEGORY: | Must be Preserved and Maintained |
| CONDITION ASSESSMENT: | Good |

The Cultural Landscapes Inventory for the Lincoln Memorial is hereby approved and accepted.

JEFFREY
REINBOLD

Digitally signed by JEFFREY
REINBOLD
Date: 2022.08.30 17:38:45 -04'00'

_____    _____
Superintendent, National Mall and Memorial Parks    Date

INTERIOR REGION 1 • NORTH ATLANTIC-APPALACHIAN
CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, KENTUCKY, MAINE, MARYLAND, MASSACHUSETTS,
NEW HAMPSHIRE, NEW JERSEY, NEW YORK, PENNSYLVANIA, RHODE ISLAND, VERMONT,
VIRGINIA, WEST VIRGINIA

Lincoln Memorial
National Mall and Memorial Parks

___

### *HPO Concurrence*

Yes

Concurrence Date: 8/26/2022

**Statement of Concurrence**
**Lincoln Memorial Cultural Landscapes Inventory**

The preparation of this Cultural Landscapes Inventory for the Lincoln Memorial is part of the
National Park Service's efforts to update cultural resource inventories, as required by Section
110 (a) (1) of the National Historic Preservation Act.

- The D.C. Historic Preservation Office (DC HPO) concurs with the findings of the
  Lincoln Memorial Cultural Landscapes Inventory. The D.C. HPO further concurs that the
  cultural landscape resources of the Lincoln Memorial, as enumerated, retain integrity to
  the site's periods of significance (1791-1914; 1914-1933; 1939-present) and contribute to
  its historic character.

David Maloney                                          Date   8/26/2022
District of Columbia Historic Preservation Officer

Please email signed PDF copy to Cortney Gjesfjeld, National Capital Region Cultural
Landscapes Inventory Coordinator at cortney_c_gjesfjeld@nps.gov.

___

*Completion Status Explanatory Narrative*

This Cultural Landscape Inventory was written by Molly Lester, Associate Director of the Urban Heritage Project, University of Pennsylvania and Jacob Torkelson, Research Associate, University of Pennsylvania. The principal investigator was Randall Mason, Professor in the Graduate Program in Historic Preservation/Department of City and Regional Planning, University of Pennsylvania. This Cultural Landscape Inventory also relies on substantial writing and research conducted by Shannon Garrison and Molly Lester related to the East Potomac Park Golf Course Cultural Landscape Inventory (2017), as well as other Washington, D.C. parks. Primary and secondary source material from within the National Park Service and local repositories was utilized to complete the inventory and is listed in the bibliography. Initial documentation and research for this CLI began in 2020 and was completed during the COVID-19 Pandemic in 2021. Due to restrictions in travel (both in the field and to local repositories), findings could not be verified in a routine manner; as such, this CLI reflects the current understanding of the cultural landscape as of October 2021.

Research and editorial assistance was provided by: Cortney Gjesfjeld, Cultural Landscapes Inventory Coordinator, National Capital Region, National Park Service; Catherine Dewey, Chief, Resource Management and Acting Chief, Professional Services, National Mall and Memorial Parks; Caridad de la Vega, Cultural Resources Program Manager, National Mall and Memorial Parks, National Park Service; and Julie McGilvray, Preservation Services Program Manager and Regional Historical Landscape Architect, National Capital Region, National Park Service. Geospatial data collection and mapping assistance was provided by Madeline Laub, Cultural Resource Data Manager, National Capital Region, National Park Service. Fieldwork and mapping assistance—including a comprehensive GIS-based viewshed analysis—was provided by Christine Chung, PennPraxis Design Fellow, University of Pennsylvania.

**Lincoln Memorial**
**National Mall and Memorial Parks**

# Geographic Information

## *Area (Acres)*

83 acres

## *Land Tract Number(s)*

Reservation 332 (part), Tract No. 101-01

## *Boundary Description*

The Lincoln Memorial cultural landscape (part of Reservation 332) is a component landscape of West Potomac Park. It is located on the eastern bank of the Potomac River in the monumental core of the District of Columbia, bridging the axis between the southwest and northwest quadrants of Washington, D.C. The study area for this Cultural Landscape Inventory encompasses 83 acres and includes the Lincoln Memorial structure and circle, Reflecting Pool, the John Ericsson Monument, the Watergate Steps area, and the Belvedere at Peters Point. The Lincoln Memorial cultural landscape is managed by the National Park Service, National Mall and Memorial Parks.

Beyond the boundaries of the study area, the contextual boundary for this Cultural Landscape Inventory encompasses 170 acres. This contextual landscape is bound by Constitution Avenue NW to the north, 17th Street NW to the east, Independence Avenue SW to the south, and the Potomac River to the west. The contextual landscape includes the Vietnam Veterans Memorial, Lockkeeper's House, Constitution Gardens, Ash Woods, JFK hockey fields, U.S. Park Police stables, and the Korean War Veterans Memorial, in addition to the Lincoln Memorial cultural landscape.

**Lincoln Memorial**
**National Mall and Memorial Parks**

*Latitude/Longitude*

| Geometry | Latitude | Longitude | GeoDatum | Elevation (Meters) | Position Source | Position Accuracy |
|---|---|---|---|---|---|---|
| Point | 38.889914 | -77.048222 | NAD 1983 | | GIS | 1m |
| Point | 38.890029 | -77.041079 | NAD 1983 | | GIS | 1m |
| Point | 38.888789 | -77.041049 | NAD 1983 | | GIS | 1m |
| Point | 38.8887 | -77.048179 | NAD 1983 | | GIS | 1m |
| Point | 38.888039 | -77.048752 | NAD 1983 | | GIS | 1m |
| Point | 38.887097 | -77.047831 | NAD 1983 | | GIS | 1m |
| Point | 38.887183 | -77.049977 | NAD 1983 | | GIS | 1m |
| Point | 38.88649 | -77.049682 | NAD 1983 | | GIS | 1m |
| Point | 38.886157 | -77.050123 | NAD 1983 | | GIS | 1m |
| Point | 38.888582 | -77.052686 | NAD 1983 | | GIS | 1m |
| Point | 38.889972 | -77.052683 | NAD 1983 | | GIS | 1m |
| Point | 38.891842 | -77.055 | NAD 1983 | | GIS | 1m |
| Point | 38.891865 | -77.055435 | NAD 1983 | | GIS | 1m |
| Point | 38.892294 | -77.055439 | NAD 1983 | | GIS | 1m |
| Point | 38.892814 | -77.055824 | NAD 1983 | | GIS | 1m |
| Point | 38.892903 | -77.055345 | NAD 1983 | | GIS | 1m |
| Point | 38.89209 | -77.053183 | NAD 1983 | | GIS | 1m |
| Point | 38.892073 | -77.047663 | NAD 1983 | | GIS | 1m |
| Point | 38.890555 | -77.048847 | NAD 1983 | | GIS | 1m |
| Point | 38.889914 | -77.048222 | NAD 1983 | | GIS | 1m |

**Lincoln Memorial**
**National Mall and Memorial Parks**

---

***Regional Landscape Contexts and Narratives***

*Physiographic*

The cultural landscape is located southeast of the fall line, the geological boundary between the Piedmont and the Coastal Plain; it is part of the Coastal Plain. Maps from the United States Department of Agriculture (USDA 2022) identify the Lincoln Memorial cultural landscape as exclusively containing Udorthents typical of fill used in reclaimed land throughout the District of Columbia (USDA 2022). The average climate of the area ranges from 29 degrees Fahrenheit to 88 degrees Fahrenheit, but in recent years has varied greatly due to climate change. On average, the District of Columbia receives 115 days of precipitation totaling 40.78 inches (NOAA 2022). This climate places the cultural landscape within the USDA plant hardiness zone 7b (USDA 2022). Portions of the cultural landscape are located within 100-year and 500-year floodplains, as identified by the National Oceanic Atmospheric Administration (NOAA) and the District Department of Energy and the Environment (DDOE).

*Cultural*

The Lincoln Memorial cultural landscape comprises the western end of the National Mall, a nationally and internationally significant site located in Washington, D.C. Before its colonization by Europeans, the District was inhabited by Algonquin-speaking tribes that resided on the habitable land along the Potomac and Anacostia Rivers. In the mid- to late-18th century European colonists forcibly removed the indigenous peoples and replaced them as the main inhabitants of the region. The formation of the cultural landscape has its roots in the founding of Washington, D.C by President George Washington and his selection of Pierre L'Enfant to design the city layout, green spaces, and monument locations. L'Enfant's designs were later echoed and expanded on by the McMillan Commission in their 1901/1902 plan for the city when they called for the creation of reclaimed parkland. The newly created East and West Potomac Park extended the National Mall to the Potomac River, where it terminated at the newly created Lincoln Memorial. This designed east-west vista linked the new structure to the Washington Monument and Capitol, elevating the cultural landscape to nationally symbolic importance.

**Lincoln Memorial**
**National Mall and Memorial Parks**

The symbolism of the cultural landscape was later expanded upon during the 1939 protest concert given by Marian Anderson on the steps of the Lincoln Memorial. Her concert linked the landscape with the Civil Rights Movement and cemented it as a place of protest. In 1963, Martin Luther King, Jr. and other civil rights leaders protested at the Lincoln Memorial during the March on Washington for Jobs and Freedom. During this event, King delivered his famed "I Have a Dream" speech. The Lincoln Memorial cultural landscape continues to be used as one of the most nationally significant spaces associated with the free expression of first amendment rights.

*Political*

The cultural landscape comprises a part of federal reservation 332 and is not zoned by the District of Columbia Office of Zoning. The land north of the cultural landscape is comprised of mixed-use, residential, and unzoned properties. The land south of the cultural landscape is also federally zoned and is therefore unzoned. (DC Office of Zoning 2022). The District of Columbia Census Quick Facts state that the total population of the District is 670, 050 as of 2021. The Census Bureau states that the district is 46% white, 46% Black, 4.5% Asian, and 0.6% Native American (US Census Bureau 2021). The cultural landscape is serviced by public transit, including the National Mall D.C. Circulator bus line and the Smithsonian Metro stop (which is located outside the boundaries of the cultural landscape). As a federally owned property; it is managed by the National Park Service.

**Lincoln Memorial**
**National Mall and Memorial Parks**

## Regional Landscape Context Graphics



*Fig. 4: Regional landscape context showing the Lincoln Memorial cultural landscape in orange in relation to the District of Columbia. Full size drawings are located at the end of this report. (Torkelson 2021)*

**Lincoln Memorial**
**National Mall and Memorial Parks**

## Location Map Graphic Information



*Fig. 5: Location map showing the Lincoln Memorial cultural landscape boundary in orange, located on the east bank of the Potomac River and represented in relation to other landmarks and parks in the District of Columbia. Full size drawings are located at the end of this report. (Torkelson 2021)*

### State and County

*State*

District of Columbia

*County*

Washington, D.C.

# Management Information

### Management Category

Must be Preserved and Maintained

### Management Category Date

8/30/2022

### Management Category Explanatory Narrative

The creation of the Lincoln Memorial was Congressionally legislated between 1910 and 1911, when that body established the Commission of Fine Arts and the Lincoln Memorial Commission to carry out planning efforts delineated in the 1901/1902 McMillan Plan. Congress approved of the site and design for the Lincoln Memorial in 1913. The newly legislated memorial was declared a unit of the District of Columbia Park system and a part of West Potomac Park, which was transferred by the Office of Public Buildings and Public Parks (OPBPP) to the NPS in 1934. The Lincoln Memorial is listed as a nationally significant property on the National Register of Historic Places, added in 1966. Several features within the Lincoln Memorial cultural landscape— including the memorial structure, Reflecting Pool, and others—were listed as contributing resources to the East and West Potomac Parks Historic District in 1973, and the National Mall Historic District update in 2016. The cultural landscape's national significance as a congressionally legislated memorial justifies application of the management category "Must be Preserved and Maintained."

The Management Category Date is the date this CLI was first approved by the park superintendent.

### Management Agreements

| Management Agreement | Other Management Agreement | Management Agreement Expiration Date | Management Agreement Explanatory Narrative |
|---|---|---|---|
| Concession Contract/Permit | | March 31, 2025 | Concession Contract No. NAMA002-15 with City Sightseeing provides interpretive visitor transportation services (doing business as Big Bus Tours Washington, D.C.). The contract |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| | | | notes that there are approximately 19 stops within the National Mall, including some in proximity to the Lincoln Memorial. The contract extends from April 1, 2015 to March 31, 2025. |
|---|---|---|---|
| Memorandum of Agreement | | | The Lincoln Rehabilitation Project operates under an existing Memorandum of Understanding. |
| Concession Contract/Permit | | | The National Mall maintains a contract with the District of Columbia to operate a circulator route along major sites on the National Mall including the Lincoln Memorial. |

### Legal Interests

| Legal Interest Type | Fee Simple Reservation Expiration Date | Other Organization /Agency | Legal Interest Narrative |
|---|---|---|---|
| Fee Simple | N/A | None | The Lincoln Memorial cultural landscape is owned in its entirety by the NPS. |

### Adjacent Lands Information

*Do Adjacent Lands Contribute?*

Yes – Adjacent lands do contribute

*Narrative*

Adjacent lands are lands outside the cultural landscape boundary and outside the park that contribute to the site's significance.

The National Mall (NAMA) is the most notable adjacent land that contributes to the significance of the Lincoln Memorial cultural landscape. Both the cultural landscape and the Mall retain their intimate relationship to one another via their geographic locations and their associations with the L'Enfant and McMillan Plans.

**Lincoln Memorial**
**National Mall and Memorial Parks**

The primary east-west designed views and vistas of the cultural landscape depend on views to the east and west of monuments outside its boundaries. These adjacent properties include the Capitol (Architect of the Capitol) and Washington Monument (NAMA) to the east, and the Arlington Memorial Bridge (GWMP), Arlington House—The Robert E. Lee Memorial (GWMP), Potomac River, and Virginia shoreline to the west.

West Potomac and East Potomac Parks (NAMA) contribute to the integrity of setting and location for the Lincoln Memorial cultural landscape. The cultural landscape is part of the same landmass created by the Army Corps of Engineers during reclamation in the late-19th century. The cultural landscape's transportation and recreational land uses are closely tied to these parks to the north and south.

Similarly, the Rock Creek and Potomac Parkway (ROCR) to the north was historically connected to the Lincoln Memorial. This connection has since been impeded by the Theodore Roosevelt Memorial Bridge, but the parkway still contributes to the landscape's significance.

**Lincoln Memorial**
**National Mall and Memorial Parks**

# Uses Information

### Functions and Uses

| Major Category | Category | Use/Function | Historic Use | Current Use | Primary Use |
|---|---|---|---|---|---|
| Government | Monument (Building) | | Yes | Yes | Yes |
| Recreation/Culture | Outdoor Sculpture (Statuary) | | Yes | Yes | Yes |
| Landscape | Plaza/Public Space (Square) | Urban Park | Yes | Yes | Yes |
| Landscape | Plaza/Public Space (Square) | Assembly Area | Yes | Yes | Yes |
| Landscape | Functional Landscape | Vehicular Circulation | Yes | Yes | No |
| Landscape | Functional Landscape | Pedestrian Circulation | Yes | Yes | No |
| Landscape | Parkway (Landscape) | | Yes | Yes | No |
| Recreation/Culture | Outdoor Recreation | Sports/Athletic Field | Yes | Yes | No |
| Landscape | Leisure-Passive (Park) | | Yes | Yes | No |
| Recreation/Culture | Monument (Marker, Plaque) | | Yes | Yes | No |
| General Storage | Warehouse (General Supply Storage) | | Yes | Yes | No |

**Lincoln Memorial**
**National Mall and Memorial Parks**

### *Public Access*

*Public Access*

Unrestricted

*Public Access Narrative*

The Lincoln Memorial cultural landscape is unrestricted and open 24 hours a day, 7 days a week. The memorial visitor center (including museums and restrooms) is staffed by rangers from 9:30 am to 10 pm daily, except for December 25. The Lincoln Memorial south food kiosk is open from 8 am to 9 pm daily. The Lincoln Memorial north food kiosk is open from 8 am to 10 pm daily.

### *Associated Ethnographic Groups*

*Ethnographic Study Status*

Yes – Unrestricted Information

*Ethnographic Narrative*

An ethnographic resource study, "Subsistence Fishing on the Potomac and Anacostia Rivers," was completed in 2020, and was prepared by Shirley J. Fiske, PhD of the University of Maryland and Don Callaway, PhD, an independent researcher. Noel Lopez and Leslie Walker of the National Park Service assisted in the preparation of the study, as well as: Amber Cohen, University of Maryland; Jeremy Trombley, University of Maryland; Katie Geddes, University of Maryland; and Davis Shoulders, American University. The study addresses ethnographic use of the Potomac River, which is adjacent to and historically associated with the Lincoln Memorial cultural landscape.

*Ethnographic Groups*

| Ethnographic Group | Type |
|---|---|
| N/A | N/A |

**Lincoln Memorial**
**National Mall and Memorial Parks**

# National Register Information

## Documentation Status

Entered – Inadequately Documented

## Documentation Narrative Description

The Lincoln Memorial was administratively listed in the National Register of Historic Places in 1966 (NR #66000030). The nomination (created in 1981, to provide documentation for the existing 1966 listing) identified 1912-1922 as the property's significant dates. The Lincoln Memorial was listed for its significance in the areas of Architecture, Landscape Architecture, Sculpture, and Other (Commemoration). The National Register boundaries consisted of Constitution Avenue NW to the north, the western boundary of the Reflecting Pool to the east, Independence Avenue SW to the south, and the Potomac River to the west. Thus, the National Register boundaries included the memorial structure and circle, radial roads, and the Watergate Steps area, but excluded the Reflecting Pool and Rainbow Pool. (The World War II Memorial did not yet exist at the time of the Lincoln Memorial National Register listing.)

The Lincoln Memorial and associated grounds were also included within the boundaries of the East and West Potomac Parks Historic District (NR #73000217), which was added to the National Register of Historic Places in 1973 and updated in 2001. The 1973 nomination named the span from 1897-[1973] as the historic district's significant dates. The 2001 updated nomination refined the historic district's period of significance to be 1882-1997. As amended in 2001, the historic district is significant under Criteria A and C, in the areas of Architecture, Art, Other-City Planning, Other-Commemoration, Engineering, Entertainment/Recreation, Landscape Architecture, Politics/Government, Social History, and Transportation. The historic district meets Criteria Considerations F and G based in part on the presence of the Lincoln Memorial, which represents the primary national monument to President Abraham Lincoln and the reunification of the country after the Civil War (Criteria Consideration F) and maintains its significance based on events and associations that are less than 50 years old (Criterion G).

**Lincoln Memorial**
**National Mall and Memorial Parks**

The 2001 nomination for East and West Potomac Parks Historic District specifically identified the following features of the cultural landscape as contributing resources in the East and West Potomac Parks Historic District: the Lincoln Memorial [structure]; Lincoln Memorial grounds [site] (including the Memorial Circle and the Watergate Steps area); the Reflecting and Rainbow Pools [sites]; the elm allées along the Reflecting Pool [site]; and the John Ericsson Monument [object]. (The World War II Memorial did not yet exist at the time of this update to the National Register designation.)

The Lincoln Memorial and associated grounds was also included within the boundaries of the National Mall Historic District (NR #66000031; Boundary Increase/Additional Documentation: NR #16000805).

The National Mall Historic District was added to the National Register of Historic Places in 1966; a boundary increase/additional documentation nomination was certified in 2016. As updated in 2016, the historic district is significant under Criterion A with a period of significance of 1791-present, and under Criteria C and D with a period of significance of 1791-1965. The National Mall Historic District meets Criteria Consideration F (commemorative properties) as the largest and most significant commemorative landscape in the United States, with several commemorative works that satisfy the criteria consideration because they are the primary national monuments to individuals and events significant in the nation's history, including presidents and military conflicts. This criteria consideration applies to the Lincoln Memorial cultural landscape, as it is the primary national monument to President Abraham Lincoln and the reunification of the country after the Civil War. The National Mall Historic District also meets Criteria Consideration G (properties having achieved significance within the last 50 years) for its exceptional significance as a continuation of the nation's symbolic core and public gathering space. This criteria consideration applies to the Lincoln Memorial cultural landscape, as it continues to be one of the most recognizable public spaces in the country, utilized for civic gatherings and protests.

The listed areas of significance for the National Mall Historic District are: Architecture;

Archaeology; Art; Community Planning and Development; Engineering;

Entertainment/Recreation; Ethnic Heritage (Black); Landscape Architecture; Politics/Government;

and Social History. Several features of the Lincoln Memorial cultural landscape were highlighted

as contributing features, including: Lincoln Memorial grounds (contributing site), including the

Reflecting Pool area, circle and radial roads, and the Watergate Steps area; the Lincoln Memorial

temple (contributing structure); the John Ericsson Monument (contributing object); Reflecting

Pool (contributing structure); Watergate Steps (contributing structure); and the sculpture

(contributing objects) that represent Aspiration and Literature, Music and Harvest, Sacrifice, and

Valor.

### *Concurrence Eligibility*

*Status*

Pick List: (select one)
  Eligible—SHPO Consensus Determination

*Date (Required)*

  08/26/2022

*Narrative (Required)*

  The District of Columbia Historic Preservation Officer concurred with the findings of the Lincoln

  Memorial CLI on August 26, 2022.

### *National Register Significance Level*

  National

  Local

### *National Register Significance -- Contributing/Individual*

  Individual

**Lincoln Memorial**
**National Mall and Memorial Parks**

*National Register Classification*

District

*Statement of Significance*

**PERIODS OF SIGNIFICANCE: 1791-1914; 1914-1933; 1939-PRESENT**

The Lincoln Memorial cultural landscape (Reservation 332) is a component landscape of West Potomac Park. It is located on the eastern bank of the Potomac River in the monumental core of the District of Columbia, bridging the axis between the southwest and northwest quadrants of Washington, D.C. The study area for this Cultural Landscape Inventory encompasses 83 acres and includes the Lincoln Memorial structure and circle, Reflecting Pool, the John Ericsson Monument, the Watergate Steps area, and the Belvedere at Peters Point. The Lincoln Memorial cultural landscape is managed by the National Park Service, National Mall and Memorial Parks.

Beyond the boundaries of the study area, the contextual boundary for this Cultural Landscape Inventory encompasses 170 acres (inclusive of the study area). This contextual landscape is bound by Constitution Avenue NW to the north, 17th Street NW to the east, Independence Avenue SW to the south, and the Potomac River to the west. The contextual landscape includes the Vietnam Veterans Memorial, Lockkeeper's House, Constitution Gardens, Ash Woods, JFK hockey fields, U.S. Park Police stables, and the Korean War Veterans Memorial, in addition to the Lincoln Memorial cultural landscape.

The study area is the basis for this Statement of Significance and is addressed in all aspects of this CLI; it is referred to as the "Lincoln Memorial cultural landscape" (or "the cultural landscape"), while the broader contextual landscape is addressed in the chronology and physical history only and is referred to as the "Lincoln Memorial contextual landscape" (or "the contextual landscape").

The Lincoln Memorial was listed in the National Register of Historic Places in 1966 (NR #66000030). The nomination (created in 1981, to provide documentation for the existing 1966 listing) identified 1912-1922 as the property's significant dates, with significance in the areas of Architecture, Landscape Architecture, Sculpture, and Other (Commemoration). The Lincoln

Memorial and associated grounds was also included within the boundaries of the National Mall Historic District (NR #66000031; Boundary Increase/Additional Documentation: NR #16000805) and the East and West Potomac Parks Historic District (NR #73000217). As updated in 2016, the National Mall Historic District is significant under Criterion A with a period of significance of 1791-present, and under Criteria C and D with a period of significance of 1791-1965. The listed areas of significance for the National Mall are: Architecture; Archaeology; Art; Community Planning and Development; Engineering; Entertainment/Recreation; Ethnic Heritage (Black); Landscape Architecture; Politics/Government; and Social History. As updated in 2001, the East and West Potomac Parks Historic District's refined period of significance is 1882-1997, with significance under Criteria A and C, in the areas of Architecture, Art, Other-City Planning, Other-Commemoration, Engineering, Entertainment/Recreation, Landscape Architecture, Politics/Government, Social History, and Transportation. The historic district meets Criteria Considerations F and G based in part on the presence of the Lincoln Memorial, which represents the primary national monument to President Abraham Lincoln and the reunification of the country after the Civil War (Criteria Consideration F) and maintains its significance based on events and associations that are less than 50 years old (Criteria Consideration G).

The Lincoln Memorial cultural landscape was previously documented in 1999 with a Cultural Landscape Report Part I (Site History, Analysis and Evaluation, and Design Guidelines), produced by the National Capital Region's Cultural Landscape Program. The contextual boundaries are similar between the 1999 CLR and this CLI. The "landscape feature" boundaries for the 1999 CLR are similar to the study area boundaries for this CLI, but they differ at the east end of the Reflecting Pool, because the World War II Memorial was not yet built at the time of the 1999 CLR. For this CLI, the eastern boundary of the study area is located between the Reflecting Pool and the Rainbow Pool, in recognition that the Rainbow Pool now functions as part of the separate, adjacent World War II Memorial landscape.

The 1999 CLR identified two periods of significance for the cultural landscape: 1791-1914, which spans the early development of Washington, D.C., the creation of parkland from the tidal flats of the Potomac River, and the recommendations and early implementation of the McMillan Plan;

and 1914-1933, encompassing the design development, construction, and completion of the memorial, surrounding grounds, and significant associated features. The CLR considered the second period (1914-1933) to be of primary significance, since it had the most pronounced impact on the physical development and spatial organization of the cultural landscape; the period 1791-1914 was therefore a secondary period of significance for the cultural landscape. The CLR documented three additional periods (1933-1945, 1945-1970, and 1970-1996) based on their implications for NPS management and physical development, but did not characterize these later periods as significant.

This CLI concurs with the findings of the 1999 CLR with respect to the first two periods of significance (1791-1914, 1914-1933). It recommends an additional period of significance that begins in 1939 and extends to the present, acknowledging the nationally significant commemorative and protest uses that the cultural landscape has represented historically and continues to represent today.

The first period of significance (1791-1914) begins with Pierre L'Enfant's 1791 plan for the city of Washington, which established an American model for urban design based on Baroque city plans, and culminates with the 1914 groundbreaking ceremony for the Lincoln Memorial. Within that 123-year span, the cultural landscape was created from the Potomac River flats and became a focal point of the 1901 McMillan Plan for improvements to the park system in Washington, D.C. The period of significance also includes the creation of the Commission of Fine Arts (CFA) in 1910, a nationally significant body responsible for advising the government on the development of Washington, D.C.'s public buildings and landscapes. The CFA played a key role in shaping the design of the cultural landscape, influencing the refinements to Henry Bacon's 1911 design for the Lincoln Memorial structure and grounds.

The second period of significance (1914-1933) encompasses the decades-long design development, construction, and initial improvement of the Lincoln Memorial cultural landscape. The cultural landscape was constructed in phases, beginning in 1914 with the memorial structure and continuing for nearly 20 years, progressing with the construction of the allées, east circle

**Lincoln Memorial**
**National Mall and Memorial Parks**

plantings, Reflecting and Rainbow Pools, John Ericsson Monument, and finally in 1932-1933, the Watergate Steps area and west circle plantings.

The third period of significance (1939-present) begins with Marian Anderson's Easter Sunday concert at the Lincoln Memorial. When the Daughters of the American Revolution (DAR) barred Anderson from performing at the organization's Constitution Hall because she was Black, the National Association for the Advancement of Colored People (NAACP) arranged for Anderson to sing at the Lincoln Memorial instead. With the support of First Lady Eleanor Roosevelt and Secretary of the Interior Harold Ickes, Anderson performed for a crowd of 75,000, including members of the Supreme Court, Congress, and the President's cabinet, as well as a national radio audience. The event solidified the Lincoln Memorial cultural landscape's association with the Civil Rights Movement—and with protest/commemorative movements in general—as the building and landscape played host to a nationally significant event for racial justice.

This pattern and use of the cultural landscape continued through subsequent decades, most notably with the March on Washington for Jobs and Freedom, an event that built on decades of civil rights activism and culminated at the Lincoln Memorial cultural landscape on August 28, 1963. The march brought together six of the leading civil rights organizers of the time: A. Philip Randolph and Bayard Rustin, organizers of the march; Roy Wilkins of the NAACP; John Lewis of the Student Non-Violent Coordinating Committee (SNCC); James Farmer of the Congress of Racial Equality (CORE); and Martin Luther King, Jr. Over 300,000 people gathered for a rally at the Lincoln Memorial and around the Reflecting Pool, where they heard Martin Luther King, Jr.'s famous "I have a dream" speech. The rally confirmed the symbolism at the root of the Lincoln Memorial's creation and design.

This period of significance is continuous from 1939 to the present, recognizing that the symbolic use of the cultural landscape as a place of protest and commemoration remains active today.

As documented previously and in this Cultural Landscape Inventory, the landscape is significant according to the following criteria:

- Criterion A (Entertainment/Recreation): based on its role in the creation of Washington, D.C.'s public park system
- Criterion A (Ethnic Heritage-Black; Social History; Politics/Government): based on its role in nationally significant events associated with the Civil Rights Movement
- Criterion C: Architecture; Art; Landscape Architecture: based on its significance as a nationally significant masterwork of Henry Bacon, Daniel Chester French, Frederick Law Olmsted, Jr., and others

The cultural landscape meets Criteria Consideration F (commemorative properties) as it is the primary national monument to President Abraham Lincoln and the reunification of the country after the Civil War. It also meets Criteria Consideration G (properties that have achieved significance in the past 50 years) because of its recent and ongoing association with nationally significant events of protest and civil rights demonstrations. These criteria considerations align with the 2016 nomination update for the National Mall Historic District, which addressed the Lincoln Memorial in particular: "The potent symbolism of such works can be seen in their use as sites for public protest on important issues, such as the use of the Lincoln Memorial as the location of civil rights demonstrations, and as gathering places at which to observe memorial occasions." The Lincoln Memorial cultural landscape carries this "potent symbolism" as a commemorative landscape, and its use for civil rights demonstrations and as a gathering place to observe memorial occasions continues to the present day. Thus, it meets Criteria Considerations F and G.

**CRITERION A**

Areas of Significance:     Entertainment/Recreation

Level of Significance:     Local

Period of Significance:   1791-1914

Although the Lincoln Memorial cultural landscape did not exist as usable land at the time of the 1791 L'Enfant Plan, it nevertheless represents an expression of that plan's urban design for public space in the monumental core of Washington, D.C. The cultural landscape was created in the late 19th century from reclaimed land in the Potomac River, and was formalized as parkland in 1901

with the transfer of 31 acres of land from the Army Corps of Engineers to the Office of Public Buildings and Grounds. Between 1901 and 1914, the cultural landscape was designed and improved according to the tenets of the 1901 McMillan Plan, which established the conceptual design for a building and grounds to honor Abraham Lincoln, setting the stage for the 1914 groundbreaking. The Lincoln Memorial derives local significance under Criterion A in the area of Entertainment/Recreation for its association with the movements to create a robust park system in Washington, D.C.

**CRITERION A**

Areas of Significance:    Ethnic Heritage-Black; Social History; Politics/Government

Level of Significance:    National

Period of Significance:   1939-present

The cultural landscape is nationally significant in the areas of Ethnic Heritage (Black) and Social History for its association with Marian Anderson's landmark concert on April 9, 1939. The NAACP organized the concert in direct response to the racism and exclusion exhibited by the Daughters of the American Revolution (DAR), selecting the Lincoln Memorial as the site for an outdoor concert based on its symbolic associations with President Abraham Lincoln and its physical setting in the monumental core of Washington, D.C. With her performance, Marian Anderson—and the tens of thousands of people who attended the concert, including the First Lady of the United States—championed the movement for civil rights for Black Americans in the 20th century, and established this space as a site for championing civil rights for all.

The Lincoln Memorial cultural landscape also derives national significance in the areas of Ethnic Heritage (Black), Social History, and Politics/Government for its role in the 1963 March on Washington for Jobs and Freedom. With over 300,000 people in attendance for the march and its rally at the Lincoln Memorial, the 1963 event was the culmination of decades of civil rights strategy that emphasized mass rallies with a spiritual tone and a peaceful protest. Convened just as President John F. Kennedy was negotiating with Congress about a federal civil rights law, the event—with the Lincoln Memorial cultural landscape as the deliberate backdrop—was

instrumental in persuading Kennedy and later, President Lyndon B. Johnson to pass the 1964 Civil Rights Act and the 1965 Voting Rights Act.

**CRITERION C**

Areas of Significance:     Architecture; Art; Landscape Architecture

Level of Significance:     National

Periods of Significance:  1791-1914; 1914-1933

The Lincoln Memorial cultural landscape is nationally significant in the areas of Architecture, Art, and Landscape Architecture based on the design of the memorial structure and grounds—as conceived by such renowned designers as Henry Bacon, Daniel Chester French, Frederick Law Olmsted, Jr., James Greenleaf, members of the Commission of Fine Arts, and landscape architects from the Office of Public Buildings and Grounds. The design was first conceptualized by the 1901 McMillan Plan according to the Beaux-Arts principles of the City Beautiful Movement and refined through 1914, when the Lincoln Memorial Commission held the groundbreaking ceremony for the memorial structure. Between 1914 and 1933, the building, sculpture, and landscape were refined in a collaborative and iterative manner, beginning with Bacon's design for the building and continuing through French's design for the Lincoln sculpture, Greenleaf's design for the east and west circle plantings, and Olmsted's design for the Reflecting and Rainbow Pools and allées. For several of these figures, the Lincoln Memorial cultural landscape became the most significant and famous work in their portfolios, defining their design legacies.

### *National Register Significance Criteria*

Criterion A: Event

Criterion C: Design/Construction

### *National Register Criteria Considerations*

Criteria Consideration F: Commemorative Properties

Criteria Consideration G: Properties That Have Achieved Significance Within the Last Fifty Years

**Lincoln Memorial**
**National Mall and Memorial Parks**

As stated above, the cultural landscape meets Criteria Consideration F (commemorative properties) as it is the primary national monument to President Abraham Lincoln and the reunification of the country after the Civil War. It also meets Criteria Consideration G (properties that have achieved significance in the past 50 years) because of its recent and ongoing association with nationally significant events of protest and civil rights demonstrations.

### *National Register Periods of Significance (with Historic Context Themes)*

| Start Year/Era and End Year/Era | Historic Context Theme | Subtheme | Facet |
|---|---|---|---|
| 1791-1914; 1914-1933 | Expressing Cultural Values | Landscape Architecture | The Early National Period; The City Beautiful Movement |
| 1914-1933 | Expressing Cultural Values | Landscape Architecture | The Revival of Classicism |
| 1791-1914; 1914-1933 | Expressing Cultural Values | Architecture | Period Revivals (1870-1940) |
| 1791-1914; 1914-1933 | Expressing Cultural Values | Painting and Sculpture | The 20th Century, 1900-1930 |
| 1939-Present | Creating Social Institutions and Movements | Social and Humanitarian Movements | Civil Rights Movements; Peace Movements; Poverty Relief and Urban Social Reform |

### *National Register Areas of Significance*

| Category | Subcategory (only for Archeology and Ethnic Heritage) | Narrative |
|---|---|---|
| Entertainment/Recreation | N/A | |
| Ethnic Heritage | Black | |
| Social History | N/A | |
| Politics/Government | N/A | |

| Architecture | N/A | |
|---|---|---|
| Art | N/A | |
| Landscape Architecture | N/A | |

### *National Historic Landmark*

*Status*

No

### *World Heritage Site*

*Status*

No

### *National Natural Landmark*

*Status*

No

### *NRIS Information (with Other Certifications)*

*NRIS Name (Optional)*

1. Lincoln Memorial
2. National Mall Historic District (Boundary Increase)
3. East and West Potomac Park Historic District (Updated)

*NRIS ID (Required)*

1. 66000030
2. 16000805
3. 73000217

*Other Name (Optional)*

**Lincoln Memorial**
**National Mall and Memorial Parks**

*Primary Certification Date (Optional)*

1. 10/15/1966

2. 11/29/2016

3. 9/18/2001

### State Register Documentation

*Identification Number (Required, if applicable)*

Unknown

*Name (Optional)*

Lincoln Memorial (and Statue of Lincoln)

*Listed Date (Optional)*

11/08/1964

*Narrative (Optional)*

**Lincoln Memorial**
**National Mall and Memorial Parks**

# Chronology & Physical History

***Authors' Note Regarding the Nomenclature and Organization Used throughout this CLI:***

The phrase "Lincoln Memorial" is imprecise; while some sources use it to refer to the structure alone, others use it in reference to the structure and multiple landscape features—up to and including the Reflecting Pool area, the *rond point*, the Watergate Steps area, and/or the parkway links around Memorial Circle.

For the purposes of this CLI, we use the phrase "Lincoln Memorial cultural landscape" (shortened to "the cultural landscape") to refer to the most inclusive version of this definition, spanning the Reflecting Pool area, the memorial structure, the *rond point* delineated by the circular roadway, the parkway connections south/west/north of the structure, and the Watergate Steps area. This "cultural landscape" is represented by the study area boundary maps for this CLI.

We recognize that this cultural landscape is part of a broader context within the National Mall. When we refer to the area immediately surrounding the cultural landscape—an area that was part of its development history—we use the phrase "contextual landscape." See the boundary maps for the spatial definition of the contextual landscape, in comparison with the cultural landscape.

The cultural landscape's design was refined beginning with the McMillan Plan in the early 20th century. For this reason, beginning in the 20th century, each period of our physical history discussion addresses the discrete geographical areas within the cultural landscape as follows: the Reflecting Pool landscape; the Lincoln Memorial structure/circle; and the Lincoln Memorial's park and parkway connections (which includes the Watergate Steps area). We conclude each period with a brief description of the changes within the broader contextual landscape during that period.

**Lincoln Memorial**
**National Mall and Memorial Parks**



Fig. 6: Glossary of key features discussed in this CLI showing their locations in the cultural landscape. Full size drawings are located at the end of this report. (Torkelson 2021)

## Chronology

| Start Year | Start Era | End Year | End Era | Major Event | Major Event Description |
|---|---|---|---|---|---|
| 9500 | BCE | 8000 | BCE | Inhabited | Paleo-Indian peoples hunted in the Coastal Plain along the Potomac and Anacostia Rivers. |
| 8000 | BCE | 2200 | BCE | Inhabited | Archaic-Indian peoples hunted, fished, and seasonally camped along the Potomac and Anacostia Rivers. |
| 2200 | BCE | 1608 | CE | Farmed/ Harvested | Native Americans, including the Nacotchtank people of the Algonquin Indian tribe, cultivated crops and established villages along the Anacostia and Potomac Rivers. |
| 1608 | CE | 1608 | CE | Explored | Captain John Smith was the first English colonizer to explore and map the Potomac River and its Eastern Branch. |
| 1612 | CE | 1612 | CE | Platted | Captain John Smith published an account of his travels and maps of his explorations along the Potomac River, its Eastern Branch and the area around Rock Creek in his book, General Historie of Virginia. |
| 1632 | CE | 1632 | CE | Land Transfer | King Charles I granted the land that would become Washington, D.C. to George Calvert, Lord Baltimore. George Calvert died shortly after the grant and the lands were then transferred to Cecilius Calvert, the second Lord Baltimore, who named the land Charles County, Maryland. |
| 1634 | CE | 1634 | CE | Settled | Maryland was settled by Englishmen sent by Cecilius Calvert, the second Lord Baltimore. Each man was granted a set amount of land based on the amount of people they brought to the new province: if they brought more settlers, they would receive more land. |
| 1696 | CE | 1696 | CE | Land Transfer | Prince George's County was formed out of Charles and Calvert Counties by the Council of Maryland, |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | changing the governance of the land for the future Capitol to the new county. |
| 1790 | CE | 1791 | CE | Established | The Residence Act of 1790 established the District of Columbia. Maryland and Virginia ceded the area within a 10-square-mile diamond, laid out by Andrew Ellicott and others, to the federal government. George Washington appointed three city commissioners to oversee the new federal district, including public reservations. |
| 1791 | CE | 1791 | CE | Designed | Pierre L'Enfant laid out the new federal city of the District of Columbia, sited between the Potomac and Anacostia Rivers. L'Enfant specified a central, 400 foot-wide "grand avenue" that would link a planned monument to George Washington on its western terminus to the Capitol on the eastern terminus. The "grand avenue" would later become the basis for the National Mall. The future site of the Lincoln Memorial grounds had yet to be reclaimed and remained part of the Potomac River and its marshlands. |
| 1792 | CE | 1792 | CE | Designed | Andrew Ellicott was retained to reproduce a city plan based on L'Enfant's original design, after L'Enfant was dismissed from his position. Ellicott's modified plan retained the general conception of the future National Mall. |
| 1800 | CE | 1800 | CE | Moved | The federal government officially moved from Philadelphia to Washington. |
| 1801 | CE | 1801 | CE | Established | The 1801 Organic Act placed the District of Columbia under the control of the US Congress and organized the unincorporated area north of the District into Washington County. |
| 1802 | CE | 1816 | CE | Land Transfer | The President of the United States transferred jurisdiction for Washington's public reservations from the District's three commissions to a Superintendent of Public Buildings. This position was also appointed by the President. |
| 1802 | CE | 1815 | CE | Established | Congress granted a charter for the Washington Canal Company in 1802, and a groundbreaking |

Lincoln Memorial
National Mall and Memorial Parks

| | | | | | |
|---|---|---|---|---|---|
| | | | | | ceremony was held in 1810. The canal formally opened in 1815. |
| 1808 | CE | 1809 | CE | Built | The Long Bridge was constructed in 1808 and opened in 1809. More than half of the bridge was built over the shoals between the Washington and Virginia Channels. |
| 1816 | CE | 1849 | CE | Land Transfer | The Superintendent of Public Buildings was replaced by a Commissioner of Public Buildings, still under the authority of the President. |
| 1831 | CE | 1831 | CE | Destroyed | A flood destroyed a section of the Long Bridge. When the bridge was rebuilt, Congress authorized a solid-earth causeway over the shoals, which blocked river flow over the shoals and increased sediment build-up. |
| 1837 | CE | 1837 | CE | Built | The Lockkeeper's House was constructed along the Washington City Canal. It was originally located at the intersection of 17th Street and B Street, before being relocated in 1915. |
| 1849 | CE | 1849 | CE | Land Transfer | The United States Congress created the Department of the Interior, charging it with control over the nation's internal affairs. The department consolidated the role of the General Land Office, the Patent Office, the Indian Affairs Office, and the military pension office. The Department of the Interior was tasked with the care and management of all federal property, including public parks in the city of Washington. |
| 1867 | CE | 1867 | CE | Land Transfer | The Office of Public Buildings and Grounds (OPBG), U.S. Army Corps of Engineers, War Department assumed jurisdiction of the public reservations from the Department of the Interior. |
| 1870 | CE | 1870 | CE | Damaged | By 1870, runoff and silting caused by poor agricultural practices and urbanization threatened to halt commercial ship traffic along the Potomac River. |
| 1870 | CE | 1872 | CE | Established | Congress appropriated $50,000 in 1870 to improve the Potomac River between the Long Bridge and |

Lincoln Memorial
National Mall and Memorial Parks

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Georgetown. On March 5, 1872, Congress authorized the preparation of a plan for the permanent improvement of Washington and Georgetown's harbors. This also required new planning for an appropriate and sustainable solution for the dumping of dredged material. |
| 1871 | CE | 1871 | CE | Land Transfer | Washington County, Georgetown, and Washington City were consolidated into a federal territory called the District of Columbia. |
| 1871 | CE | 1874 | CE | Altered | The territorial government began regrading major streets and thoroughfares in the federal core, with the unintended consequence of contributing additional debris and silt to the Potomac River via runoff. |
| 1872 | CE | 1873 | CE | Altered | The territorial government constructed a sewer line along the Washington City Canal between 7th and 17th Streets. As part of the project, the Board of Public Works (BPW) filled in and covered the canal and paved the infilled surface. The BPW also leveled the land between the former canal and the Washington Monument (under construction at this time). |
| 1874 | CE | 1874 | CE | Land Transfer | Territorial rule was abolished in the District of Columbia. D.C. was now run by commissioners. |
| 1882 | CE | 1882 | CE | Built | The Army Corps of Engineers began to construct containment barriers to keep the District's shipping channels free from siltation. The Corps deposited the dredged materials on a tidal "flat" between the Long Bridge and the confluence of the river channels. This project resulted in a narrowed Georgetown channel and infilled marshland between Easby's Point and 17th Street. |
| 1886 | CE | 1886 | CE | Established | Congress passed a resolution in favor of a bridge between the monumental core and Arlington, Virginia. |
| 1897 | CE | 1897 | CE | Established | Congress legislated that 621 acres of reclaimed marsh and Potomac Flats, as well as 118 acres of |

Lincoln Memorial
National Mall and Memorial Parks

| | | | | | |
|---|---|---|---|---|---|
| | | | | | tidal reservoirs, should be reserved as a site for a public park. |
| 1899 | CE | 1900 | CE | Designed | Congress appropriated $5,000 in 1899 for further study of the memorial bridge possibilities between the monumental core of D.C. and Arlington, Virginia. A team of four engineers prepared plans, and a jury of several engineers and architects distilled the plans into an 84-foot structure with a steel bascule draw. The plan was submitted to Congress in April 1900. |
| 1901 | CE | 1901 | CE | Land Transfer | The Army Corps of Engineers transferred 31 acres of reclaimed land adjacent to the Washington Monument to the Office of Public Buildings and Grounds for the planned Potomac Park. |
| 1901 | CE | 1902 | CE | Designed | The Senate Planning Commission published its McMillan Plan to guide the 20th century development of Washington, D.C. The plan specified a central and symbolic design for Potomac Park, drawing heavily on European precedents, including Versailles and Rome. The McMillan Commission used Pierre L'Enfant's 1791 plan as the basis for their new designs, expanding his central horizontal and vertical axis to form a "Monumental Core" that terminated at a planned memorial to President Abraham Lincoln to the west. The plan specified a cruciform pool between the Washington Monument and the memorial to Lincoln, forming the basis for the present-day Reflecting Pool. The designers also included a monumental bridge that would link the memorial to Lincoln and Arlington Cemetery. |
| 1906 | CE | 1907 | CE | Built | While the Army Corps of Engineers reclaimed portions of the Potomac Flats, the Office of Public Buildings and Grounds improved portions of West Potomac Park from Easby's Point to 14th Street SW. Improvements included the construction of a riverside drive, bridle paths, and footpaths along the shoreline from 17th Street SW to the Tidal Basin, northwest to the foot of 26th Street SW. The OPBG, in consultation with Frederick Law Olmsted, Jr., supplemented existing willow (*Salix* |

Lincoln Memorial
National Mall and Memorial Parks

| | | | | | |
|---|---|---|---|---|---|
| | | | | | *sp.*) trees with new plantings. Planned species included black and yellow birches (*Betula lenta*, *Betula alleghaniensis*), white and laurel-leaved willows (*Salix alba*, *Salix pentandra*), Sycamore (*Platanus occidentalis*), Pecan trees (*Carya illinoiensis*), and American Elm (*Ulmus americana*). Despite the call for varied plantings, the majority of the route was planted with elm trees. |
| 1907 | CE | 1907 | CE | Built | The Army Corps of Engineers deposited fill on the area that would become the Lincoln Memorial and Reflecting pool, raising the total height of the land to 12-13 feet above sea level, with a final goal of raising the land to 14-16 feet above sea level. |
| 1907 | CE | 1907 | CE | Planted | The OPBG planted an unknown number of American Elms (*Ulmus americana*) along both sides of 17th Street. |
| 1907 | CE | 1907 | CE | Designed | The OPBG designed a shoreline drive, with bridle and foot paths, along the Potomac River shoreline, including along the western edge of the cultural landscape. |
| 1908 | CE | 1908 | CE | Platted | Congress authorized the extension of B Street to the Potomac at 26th Street, which eventually would form the northern boundary of the park. |
| 1909 | CE | 1909 | CE | Land Transfer | The final section of West Potomac Park (a tract at Easby's Point) was transferred to the OPBG in August 1909. |
| 1910 | CE | 1910 | CE | Established | The US Commission of Fine Arts (CFA) was established by President Howard Taft. The Commission was charged with overseeing and implementing the McMillan Plan's recommendations. |
| 1911 | CE | 1911 | CE | Established | Congress established the Lincoln Memorial Commission and established a competition for the design of the memorial. |
| 1911 | CE | 1911 | CE | Established | The Commission of Fine Arts recommended the West Potomac Park site proposed by the McMillan Commission, and recommended two architects to |

Lincoln Memorial
National Mall and Memorial Parks

| | | | | | |
|---|---|---|---|---|---|
| | | | | | design the Lincoln Memorial structure: William Mitchell Kendall of McKim, Mead and White, and Henry Bacon, an independent architect from New York. In August 1911, the Lincoln Memorial Commission extended an invitation to Bacon to develop a design for the Potomac site, and invited architect John Russell Pope to prepare alternative plans for a site at the Soldiers' Home that remained under consideration. |
| 1911 | CE | 1914 | CE | Designed | Henry Bacon and his staff designed the memorial grounds and adjacent river road. Bacon consulted with Frederick Law Olmsted, Jr. on the design in an effort to incorporate the original McMillan Commission designs specified by Olmsted. Bacon's design called for the river road to pass under the proposed memorial bridge to Arlington. Both Olmsted and Bacon expressed a preference against a strong retaining wall at the edge of the Potomac River, and the desire for the planting of double rows of trees along the walks and radial roads adjacent to the planned memorial. |
| 1911 | CE | 1912 | CE | Built | The interior of West Potomac Park was drained and graded, including the site that would become the Lincoln Memorial and associated grounds. |
| 1912 | CE | 1912 | CE | Established | In February 1912, the Lincoln Memorial Commission decided on the Potomac Park site, and selected the design of Henry Bacon based on its close adherence to the principles specified in the McMillan Plan. |
| 1913 | CE | 1913 | CE | Established | Congress established the Arlington Memorial Bridge Commission to oversee the design, planning, and construction of the Arlington Memorial Bridge, whose eastern terminus would be adjacent to the Lincoln Memorial and its associated grounds. (The bridge was not completed until 1932.) |
| 1914 | CE | 1914 | CE | Built | The Commission refined its designs for the memorial to Lincoln, including a corresponding long basin (later Reflecting Pool), stretching for over one mile between the Washington Monument |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | and the Potomac River. The nearly 700-acre site was landscaped with scattered trees and shrubs. The OPBG added several tennis courts north of the planned memorial. |
| 1914 | CE | 1914 | CE | Planted | The Commission of Fine Arts approved the OPBG planting plan for the portion of the Lincoln Memorial grounds between B Street SW and the planned memorial, including the land set aside for the planned basins and pools. |
| 1914 | CE | 1914 | CE | Established | In December 1914, Daniel Chester French was awarded the commission to design the sculpture of Abraham Lincoln. |
| 1914 | CE | 1915 | CE | Built | The Lincoln Memorial Commission broke ground on the new monument on February 12, 1914, on the anniversary of Lincoln's birthdate. Work began immediately on the memorial's concrete sub-foundations and upper foundation, and continued until May 1915. |
| 1915 | CE | 1915 | CE | Established | The OPBG established a roving flock of grazing sheep to fertilize and promote the establishment of lawns surrounding the Lincoln Memorial. |
| 1915 | CE | 1915 | CE | Moved | Workers relocated the Washington Canal Lockkeeper's House 49 feet to the west from its former location at the intersection of 17th Street and B Street to improve traffic circulation. |
| 1915 | CE | 1915 | CE | Designed | At the urging of Colonel Harts, Officer-in-charge of the OPBG and Secretary of the CFA, OPBG landscape architect J. G. Langdon and staff developed guidelines for tree planting and establishing grades in area around the long basin. |
| 1915 | CE | 1917 | CE | Designed | Between spring 1915 and spring 1917, Daniel Chester French produced a series of models for the statue of Abraham Lincoln. |
| 1915 | CE | 1915 | CE | Built | Construction of the memorial structure began on February 12, 1915, with the laying of the cornerstone at the northeast corner of the structure. |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| 1915 | CE | 1915 | CE | Designed | In July 1915, Henry Bacon and his staff prepared studies of the "cheek blocks, steps, and flagging" surrounding the Lincoln Memorial. |
|---|---|---|---|---|---|
| 1915 | CE | 1916 | CE | Designed | In December 1915, Henry Bacon presented an alternative design for the structure approach and surrounding circle, contradicting Clarence Howard's plans. The CFA directed Howard to blend the two schemes, and the final plan was approved in the fall of 1916. Major changes to its design included the widening of north and south 23rd Streets, reduction in width of Memorial circle to one roadway instead of two, and the establishment of a curvilinear perimeter grove of trees along the outer edge of the memorial. |
| 1916 | CE | 1916 | CE | Established | At the February 1916 meeting of the Lincoln Memorial Commission, artist Jules Guerin was awarded the commission to design the murals on the interior of the memorial structure. |
| 1916 | CE | 1916 | CE | Planted | While construction of the structure of the Lincoln Memorial was underway, the OPBG imported 506 English Elms to Washington, D.C. In 1916, the agency planted 398 of the elms in four parallel rows to form allées along the east-west axis between the Washington Monument and the Lincoln Memorial. An additional 104 trees were planted south of the parallel rows. Included in the planting efforts, the OPBG installed drain tile to establish suitable soil conditions for the new trees. |
| 1916 | CE | 1916 | CE | Designed | The OPBG developed plans for paving in the area surrounding the Lincoln Memorial. The plan called for the main entrance to the memorial, the Approachway, to be paved with granite and cobblestone. It further specified 15-foot wide concrete walks around the inner edge of Lincoln Memorial Circle and a similar 8-foot walk on the outside perimeter. Lastly, the plan called for concrete walks on both sides of each of the four radial roadways. |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| | | | | | |
|---|---|---|---|---|---|
| 1917 | CE | 1917 | CE | Built | Construction of the Lincoln Memorial structure was substantially complete by 1917. |
| 1917 | CE | 1921 | CE | Built | The Army Corps of Engineers, in association with the Lincoln Memorial Commission, designed and built a new 3,000-foot bulkhead between the Lincoln Memorial and the bridge at 14th Street. The project specified the filling in of the natural shoreline of the Potomac behind the seawall in an effort to accentuate the "rond point" or circular end point of the overall landscape design. |
| 1918 | CE | 1918 | CE | Built | The Department of War, under an agreement with the Department of the Interior, cleared the area between the future Reflecting Pool and B Street North for the construction of temporary government office buildings. During the process, workers removed 23 tennis courts and unspecified existing vegetation, totaling approximately 5,000 young trees. |
| 1918 | CE | 1918 | CE | Built | Two additional temporary office structures were constructed adjacent to their predecessors north of the Reflecting Pool. The two new structures were referred to as the Navy and Munitions Buildings. Around the same time, the War Department constructed parking lots between the structures and the northernmost row of elm trees adjacent to the Reflecting Pool. The area was then enclosed with post-and-wire fence and screened with fast-growing poplars (likely Populus nigra 'Italica'). |
| 1919 | CE | 1922 | CE | Built | Concurrent with the bulkhead construction, the OPBG graded the radial roadways northeast of the memorial, and prepared and sodded the *rond point* surrounding the raised terrace. |
| 1919 | CE | 1919 | CE | Designed | OPBG staff landscape architect Irving Payne was tasked with planting plans for the *rond point* surrounding the nearly completed monument based on vague plans developed by Bacon in 1911. However, the CFA rejected Payne's plan after James Greenleaf, Olmsted's successor, called for a |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | simpler, more informal and irregular planting plan. |
| 1919 | CE | 1920 | CE | Planted | While Payne, Greenleaf, and the CFA debated the proper planting scheme for the *rond point*, the OPBG prepared planting beds along the base of the memorial in anticipation of the planting of 44 large specimen boxwoods (*Buxus sempervirens*) and 6 Holly (*Ilex opaca*) trees. However, only 15 specimen boxwoods and 1 yew (*Taxus sp.*) were installed on the eastern side of the memorial by the spring of 1920. |
| 1919 | CE | 1920 | CE | Designed | The CFA finalized the design for the two pools, including grading and planting plans for the basins and adjoining areas. Excavation of the pools began in 1919. The approved design established the length of the long pool at 2,000 feet and the transverse pool at 300 feet. |
| 1919 | CE | 1922 | CE | Built | The OPBG constructed a temporary railway at 18th and F Streets to carry fill from the pool excavation area to the Lincoln Memorial for the construction and backfilling of its raised terrace. |
| 1920 | CE | 1920 | CE | Built | During the initial phase of construction, the OPBG installed 8 feet wide concrete sidewalks on both sides of 23rd Street NW and Henry Bacon Drive NW, 15-foot sidewalk along the interior circle of the Lincoln Memorial Drive, and an 8-foot sidewalk on only the eastern half of the outer circle. (The outer circle was not fully paved until 1973.) |
| 1921 | CE | 1921 | CE | Built | The CFA approved the design for the coping and edge of the Reflecting Pool and the smaller basin, both located west of 17th Street. The OPBG installed a 3-foot wide granite coping around the pool that was 9 inches thick with a ¼-inch rounded edge. As installed, the coping was flush with the adjacent walk and turf panels. The foundations of the coping were supported by 20-foot piles placed on bedrock. |

Lincoln Memorial
National Mall and Memorial Parks

| 1921 | CE | 1921 | CE | Designed | The CFA approved two plans for the circular roadway surrounding the Lincoln Memorial. The design called for a 60-foot bituminous macadam roadway, curbing, gutters, and a 15-foot "scrubbed concrete" sidewalk. The design also included catch basins that were not installed. |
|------|----|------|----|----------|---------|
| 1921 | CE | 1921 | CE | Designed | The CFA approved a plan for 23rd Street NW, which specified a central turf median and "smooth concrete" sidewalks set back from the roadway. |
| 1921 | CE | 1921 | CE | Altered | Due to significant settling, the OPBG removed the original slab foundations of the terrace around the memorial and installed new foundations built into the bedrock. |
| 1921 | CE | 1921 | CE | Built | Excavation of the reflecting basin and the smaller basin west of 17th Street was completed. The finished depth of the pool varied from 2 to 3 feet deep. Drainage, conduits, and piping were installed concurrent with the excavation and grading. Contractors for the OPBG installed a water-proof base that consisted of an asphalt-coated membrane, slate, and tile. The selected tile was dark in color and augmented the reflective properties of the completed pool. However, the basins were not completed before the dedication of the Lincoln Memorial. |
| 1921 | CE | 1922 | CE | Designed | Bacon designed limited lighting for the Lincoln Memorial. He selected the traffic circle as the sole location of lighting and specified the Potomac Park lamppost and globe. |
| 1922 | CE | 1922 | CE | Built | Workers constructed concrete gutters, sidewalks, and curbing around the inner circle and on the east side of the outer circle to north and south 23rd Street. During this time, the OPBG also constructed granite stairs and cobblestone panels between the Approachway and the Reflecting Pool. |
| 1922 | CE | 1922 | CE | Established | Despite the unfinished state of the grounds, the Lincoln Memorial was officially dedicated on May |

Lincoln Memorial
National Mall and Memorial Parks

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 30, 1922. Fifty thousand people attended the dedication. |
| 1922 | CE | 1922 | CE | Built | In December of 1922, following the dedication of the Lincoln Memorial, the larger basin or Reflecting Pool was filled with water and completed. |
| 1922 | CE | 1922 | CE | Planted | After the dedication of the Lincoln Memorial, the OPBG planted 10 additional boxwood trees (*Buxus sempervirens* 'Arborescens'), 164 linear feet of boxwood hedge (*Buxus sempervirens* 'Suffruticosa'), and 200 trailing vines of unspecified species along the base of the monument. |
| 1922 | CE | 1922 | | Designed | The CFA called for a different planting approach for the west side and southwest and northwest corners of the monument. Here, they specified the use of larger evergreens, including Swiss stone pine (*Pinus cembra*), Scotch Pine (*Pinus sylvestris*), mugo pine (*Pinus mugo*), Southern Magnolia (*Magnolia grandiflora*), American Holly (*Ilex opaca*), and English Holly (*Ilex aquifolium*). However, due to the anticipated construction of the Arlington Memorial Bridge, all efforts were tabled until the end of its construction between 1931 and 1932. |
| 1922 | CE | 1922 | CE | Built | The OPBG prepared the roadway in the southeast quadrant for construction. Shortly afterward, the OPBG named this radial roadway Daniel French Drive SW in honor of Daniel Chester French, the sculptor of the Lincoln Memorial statue. |
| 1922 | CE | 1922 | CE | Moved | One large specimen boxwood was moved from the estate of Daniel Webster to the base of the Lincoln Memorial terrace and planted in his memory. Its precise location is unknown. |
| 1922 | CE | 1922 | CE | Planted | An unidentified group of children planted a red oak (*Quercus rubra*) near Henry Bacon Drive NW and B Street NW in honor of famed naturalist John Burroughs. The tree was the final specimen in a "hall of fame" grouping of trees dedicated to environmentalists such as John Muir, Henry |

---

**Lincoln Memorial**
**National Mall and Memorial Parks**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Thoreau, Walt Whitman, and John James Audubon. |
| 1922 | CE | 1960 | CE | Established | The NPS and OPBPP designed and installed memorial tree plaques. These likely were first used in the 1920s or 1930s concurrent with memorial plantings. This plaque program was maintained into the 1960s, but eventually abandoned. |
| 1923 | CE | 1923 | CE | Built | Landscape architects for the OPBG designed and installed a 9-hole golf course in the adjacent area northwest of the Lincoln Memorial. The segregated golf course for Black golfers was operated under an agreement with a concessionaire. |
| 1923 | CE | 1923 | CE | Planted | The lieutenant governor of Massachusetts and the mayors of 39 cities in the commonwealth planted 40 American Elms (*Ulmus americana*) along Daniel French Drive SW, creating what they referred to as the "Massachusetts Avenue of Memorial Trees." |
| 1923 | CE | 1923 | CE | Planted | First Lady Grace Goodhue Coolidge and the President of Oberlin College planted the first individual memorial tree on the Lincoln Memorial grounds on November 5, 1923. It was planted on the northwest corner of the intersection of Lincoln Memorial Circle and Henry Bacon Drive NW. |
| 1923 | CE | 1924 | CE | Built | The OPBG installed a series of concrete walks surrounding the two basins. |
| 1924 | CE | 1924 | CE | Established | The OPBG completed construction of the long basin and the small basin. The smaller, transverse basin was renamed the "Rainbow Pool" after a trial run of its recently installed fountain displayed a rainbow over the landscape. The Rainbow Pool featured 124 nozzles arranged in an oval pattern. Each nozzle sprayed upward towards the middle of the pool to a height of 25 feet. Two other sets of nine jets were located on the north and south ends of the pool and sprayed to a height of 40ft. |
| 1924 | CE | 1924 | CE | Planted | The District of Columbia Chapter of the Boy Scouts of American planted a white oak (*Quercus alba*) in honor of Nancy Hanks, President Abraham |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Lincoln's mother. The location of this tree was unclear; however, it was believed to be located adjacent to the elms planted by the American Forestry Association. |
| 1924 | CE | 1924 | CE | Planted | The OPBG planted hardy vines at the base of the raised terrace wall surrounding the Lincoln Memorial. |
| 1924 | CE | 1924 | CE | Designed | The CFA and the OPBG designed a secondary focal point south of the Lincoln Memorial along the 23rd Street axis, overlooking the Potomac River. The OPBG designed and dedicated a memorial to John Ericsson, the Swedish-born inventor who designed the screw propellor and the U.S. Navy's ironclad warship, the *Monitor*. The new memorial was designed to be set in a small traffic circle at the southern end of 23rd Street. Site preparation began in 1924; however, the construction of the memorial was delayed. |
| 1924 | CE | 1924 | CE | Built | The OPBG installed a series of flagstone pavers in the strip of turf between the Reflecting Pool and the granite staircase west of the Reflecting Pool to connect the staircase with the granite coping that surrounded the pool. |
| 1924 | CE | 1924 | CE | Established | Congress established the National Capital Park Commission to acquire public parkland in the nation's capital and to develop a comprehensive plan for park, parkway, and playground development in the District. The NCPC oversaw the planning and development of the Lincoln Memorial grounds and the National Mall. |
| 1924 | CE | 1924 | CE | Established | Congress authorized the construction of a D.C. War Memorial. |
| 1924 | CE | 1926 | CE | Planted | The OPBG planted additional boxwood (*Buxus sempervirens* 'Suffruticosa') shrubs and hedges along the Approachway and around the memorial in unspecified locations. |
| 1925 | CE | 1925 | CE | Built | All significant changes to the landform of the Lincoln Memorial grounds were completed. This |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | included the filling and grading around the monument and its terrace, the completion of the long Reflecting Pool, the installation of the transverse pool and fountain, and the grading of the areas adjacent to the long pool. |
| 1925 | CE | 1925 | CE | Built | The OPBG installed 18 streetlights around the outside edge of Lincoln Memorial Circle. Each unit featured an acorn-style globe and incandescent lamp for the D.C. streetlight system. These were the only exterior lighting features specified by the CFA and OPBG. |
| 1925 | CE | 1925 | CE | Land Transfer | The Office of Public Buildings and Grounds transferred all public reservations to the Office of Public Buildings and Parks, a new separate and independent branch of the executive branch managed by the Director of Public Buildings and Public Parks of the National Capital. |
| 1926 | CE | 1926 | CE | Established | The John Ericsson Monument was dedicated. However, the sculpture was not finished; in its place, a temporary plaster cast was used to mark the future location of James Earle Fraser's work during the ceremony. |
| 1926 | CE | 1926 | CE | Established | Around this time, the OPBPP established recreational land uses at the Reflecting Pool, including swimming, ice skating, model sailboat races, fly-casting contests, and large-scale events such as the George Washington Bicentennial Festival of Youth. |
| 1926 | CE | 1926 | CE | Established | Congress established the National Capital Park and Planning Commission (NCPPC) to replace the National Capital Park Commission (NCPC), and gave it the authority to plan a park system for the Washington, D.C. region. Unlike the NCPC, the NCPPC's duties were expanded beyond park planning to include city and regional planning, including land use, transportation, recreation, mass transportation, and community facilities. The NCPPC was also granted the authority to acquire land on behalf of the U.S. government. Among its earliest tasks, the NCPPC developed a |

Lincoln Memorial
National Mall and Memorial Parks

| | | | | | |
|---|---|---|---|---|---|
| | | | | | comprehensive plan for the mall based on the plans of L'Enfant and the McMillan Commission. |
| 1927 | CE | 1929 | CE | Built | The CFA approved an interior lighting plan developed by the OPBPP and General Electric for the Lincoln Memorial. The approved lighting was designed by W. D'Arcy Ryan of General Electric after consultation with Daniel Chester French. As installed, the memorial featured 24 floodlights that illuminated the statue of Lincoln and 125 flood lights for general illumination. Installation of the interior lighting was not completed until 1929. |
| 1927 | CE | 1927 | CE | Built | The OPBPP installed two comfort stations under the raised terrace of the Lincoln Memorial on the eastern side of the structure. In order to build the comfort stations, workers cut two doorways into the stone wall of the raised terrace and installed bronze doors. Also at this time, the OPBPP installed two sidewalks to each comfort station along the base of the terrace. |
| 1927 | CE | 1927 | CE | Built | The OPBPP installed James Earle Fraser's sculpture of John Ericsson at the southern end of 23rd Street SW. (The design of the memorial's grounds was tabled until the Arlington Memorial Bridge approaches were completed in 1932.) |
| 1927 | CE | 1927 | CE | Built | By this time, the OPBPP installed an unspecified number of drinking fountains along the outer circle of the Lincoln Memorial. They were hexagonal in design and were made of concrete. |
| 1927 | CE | 1928 | CE | Planted | The Horticulture Division of the OPBPP designed and installed plantings on the north, east, and south sides of the Lincoln Memorial. During this process, workers relocated 15 large magnolia trees (likely *Magnolia grandiflora*) to West Potomac Park, replacing them with 7 large tree-type boxwoods (*Buxus sempervirens*). |
| 1928 | CE | 1928 | CE | Designed | In a special meeting, the CFA revised the McMillan Plan's design for the ceremonial Watergate entrance to West Potomac Park. Controversy over increasing automobile use of the river road and the |

Lincoln Memorial
National Mall and Memorial Parks

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Lincoln Memorial's axial roadways mandated changes to the original design. The CFA's final recommendations specified moving the steps further back from the Potomac River, constructing a vehicle overpass under the Arlington Memorial Bridge and Potomac Parkway, and adjusting the width of the Watergate Steps. |
| 1928 | CE | 1928 | CE | Designed | OPBPP landscape architect Irving Payne designed a planting scheme for the west side of the Lincoln Memorial following the plan approved by the CFA in 1922, which was tabled pending construction of the Arlington Memorial Bridge abutment. However, CFA member Ferrucio Vitale called for a simpler planting plan that would place boxwood at the north, south, and west corners of the Lincoln Memorial, extending no more than 30 feet from the base of the monument. Vitale also called for the removal and replacement of extant climbing vines with euonymus (similar to *Euonymus fortunei* var. *radicans* 'Vegetus'). |
| 1929 | CE | 1929 | CE | Altered | The interior of the Lincoln Memorial was lit for the first time. |
| 1929 | CE | 1929 | CE | Damaged | The double row of elm trees along the Reflecting Pool exhibited heavy canopies and poor root condition and was prone to falling over in high winds. As a result, OPBPP officials inventoried and stabilized many of these trees. |
| 1929 | CE | 1929 | CE | Rehabilitated | Both the Reflecting Pool and the Rainbow Pool were repaired by the contracting firm Rose Brothers after uneven settling of hydraulic fill beneath the pools affected the integrity of the pool bottoms. The Reflecting Pool required routine sealing maintenance, while the Rainbow Pool required a new concrete bottom. |
| 1930 | CE | 1932 | CE | Built | Construction of the Watergate Steps area began in late 1930 or early 1931 and was complete by June 1932, around the same time that the Arlington Memorial Bridge was finished. |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| | | | | | |
|---|---|---|---|---|---|
| 1930 | CE | 1930 | CE | Altered | The golf course was rearranged in the northern section of the Lincoln Memorial grounds to make room for an open area along the river drive, south of B Street. In the reconfigured golf course, holes 1 through 4 were located north of B Street, along with a set of tennis courts; holes 6 and 7 were located a short walk away on the east side of 23rd Street, south of B Street. Holes 5, 8, and 9 were located on the southwest corner of the intersection of 23rd and B Streets, adjacent to Lincoln Memorial Circle. |
| 1931 | CE | 1932 | CE | Designed | Former CFA member and consulting landscape architect for the Arlington Memorial Bridge Commission James Greenleaf and the OPBPP developed preliminary planting plans and grading studies for the eastern end of the Arlington Memorial Bridge. These plans included the bridge's eastern plaza, abutments, approaches, and a riverside drive, as well as the connection with the yet-to-be completed Rock Creek and Potomac Parkway, the John Ericsson Monument site, and the south bridge overpass. |
| 1931 | CE | 1931 | CE | Altered | B Street North was realigned, extending from Capitol Hill to the Potomac River. The street was widened and renamed Constitution Avenue. The new road created a thoroughfare along the Lincoln Memorial grounds and exacerbated traffic conditions in the park. |
| 1931 | CE | 1931 | CE | Built | The granite Belvedere exedra (also known as Peters Point) was completed to serve as the western terminus of the extended Constitution Avenue NW. It featured a circular planting bed at its center. |
| 1931 | CE | 1931 | CE | Established | The D.C. War Memorial was dedicated on November 11, 1931, on a 2-acre site in the southeast corner of the contextual landscape. It was designed by architects Frederick H. Brooke, Nathan C. Wyeth, and Horace W. Peaslee, and consisted of a round open-air pavilion with Doric columns supporting a stepped dome. In addition |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | to its function as a war memorial, the structure was designed to serve as a bandstand. |
| 1932 | CE | 1932 | CE | Altered | Six Scotch pines (*Pinus sylvestris*) and American Elms (*Ulmus americana*) were removed from the proposed route of the road linking the John Ericsson Monument to the West Potomac Park polo field. However, pavement, curbs, and gutters were not installed until the summer of 1932. |
| 1932 | CE | 1932 | CE | Planted | Despite controversy over the planting scheme for the west side of the Lincoln Memorial, the OPBPP planted a mixture of glossy-leafed and coniferous evergreen species throughout the area. These included large specimens of southern magnolia (*Magnolia grandiflora*), American holly (*Ilex opaca*), "treebox" or tree-style boxwood *(Buxus sp.*), dwarf boxwood (*Buxus sempervirens* 'Suffruticosa'), common boxwood (*Buxus sempervirens*), Japanese Yew (*Taxus cuspidata*), and mugo pines (*Pinus mugo*). The OPBPP called for a similar palette at the Watergate and wing walls, choosing to replace the southern magnolia in this area with white pines (*Pinus strobus*). |
| 1932 | CE | 1932 | CE | Moved | As the Arlington Memorial Bridge neared completion, the OPBPP hired several contractors to move/remove existing plantings and install new plantings west of the Lincoln Memorial. The scope of work included the removal and transplanting of 193 large American elm trees (*Ulmus americana*) and 15 white pines (*Pinus strobus*) on and around the bridge plaza and its approaches. The elm trees were moved from their locations between 23rd Street and Constitution Avenue, northeast of Lincoln Memorial Circle, and distributed to several locations: on each side of Constitution Avenue, between 16th and 17th Streets; along the circular road west of the Lincoln Memorial, adjacent to the north and south wing walls of the Watergate plaza; and on each side of 23rd Street SW. The white pines were removed from their former locations near 26th Street and Constitution Avenue and |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | replanted on the slopes of the Watergate Steps area, adjacent to the north and south wing walls. |
| 1932 | CE | 1932 | CE | Built | Construction of the Arlington Memorial Bridge was complete. |
| 1932 | CE | 1932 | CE | Built | Following the completion of the landscape surrounding the memorial, the OPBPP installed an irrigation system in the inner circle. |
| 1932 | CE | 1932 | CE | Built | The OPBPP installed temporary, freestanding handrails on the raised terrace and stylobate steps. |
| 1932 | CE | 1932 | CE | Built | Construction on the Watergate Steps area, its bridge plaza, wing walls, and staircase was completed. However, plans remained unapproved for storage rooms under the Rock Creek and Potomac Parkway approach and for the sculptures on the bridge's eastern end. |
| 1932 | CE | 1932 | CE | Built | The OPBPP landscaped the site of the John Ericsson Monument at the southern terminus of 23rd Street SW. The extant sculpture, granite pedestal, and 4 sets of radially arranged stairs were complemented with low rows of junipers (*Juniperus horizontalis*, *Juniperus sabina var. tamariscifolia*, and *Juniper squamata* 'Myeri'). |
| 1933 | CE | 1933 | CE | Built | The park service submitted two designs for park benches, a concrete and an iron version, to the CFA for review. Both designs were approved. |
| 1933 | CE | 1933 | CE | Designed | Ohio Drive was completed and outfitted with wooden traffic barriers and cones to control one-way traffic from the Rock Creek and Potomac Parkway during rush hour. During this time, the OPBPP also installed rustic guardrails along the outer edge of Ohio Drive. |
| 1933 | CE | 1934 | CE | Land Transfer | The Office of Public Buildings and Public Parks of the National Capital transferred all public reservations to the Office of National Parks, Buildings, and Reservations, which became the National Park Service in 1934. The reservations, including the Lincoln Memorial grounds, were |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | managed by a new division of the Park Service known as the National Capital Parks. |
| 1934 | CE | 1934 | CE | Land Transfer | The CFA found that the fountains in the Rainbow Pool obstructed views of the Lincoln Memorial and the Washington Monument and ordered a review of their design. |
| 1934 | CE | 1934 | CE | Built | Construction of the storage rooms under the Rock Creek and Potomac Parkway approach was complete. |
| 1935 | CE | 1935 | CE | Altered | The CFA approved the design for sculptures on the eastern end of the bridge and the parkway approaches. However, as a result of funding shortfalls during the Great Depression and material shortages during World War II, the sculptures were not installed until 19 years later. |
| 1935 | CE | 1936 | CE | Rehabilitated | Workers from the Public Works Administration replaced selected yew and boxwood shrubs around the Lincoln Memorial with similar mature specimens. The extant boxwoods suffered from poor soil conditions, minimal drainage, drought, winter cold, sun scalding, and pests. Concurrent with the rehabilitation, workers installed drainage trenches on both sides of the Approachway to improve conditions for the rehabilitated plantings. Workers installed similar trenches along each row of elms that flanked the Reflecting Pool. |
| 1935 | CE | 1935 | CE | Established | The NPS organized a series of summer concerts in the Watergate Steps area, using its natural amphitheater qualities as a venue. It installed a floating barge and moorings to serve as a stage for the concert series. |
| 1936 | CE | 1936 | CE | Built | On March 19, the Potomac River flooded to record high levels throughout the District. To mitigate damage, NPS workers constructed a temporary earthen levee along the south side of the Navy and Munitions Buildings, north of the Reflecting Pool. |

| 1936 | CE | 1936 | CE | Built | The last segment of the Rock Creek and Potomac Parkway was completed, linking Rock Creek to the north with West Potomac Park to the south. |
|------|----|------|----|-------|------|
| 1937 | CE | 1937 | CE | Built | Owing to the popularity of the summertime concert series at the Watergate, the NPS constructed a permanent orchestral barge to serve as a stage. |
| 1937 | CE | 1937 | CE | Built | The completed Rock Creek and Potomac Parkway experienced unprecedented traffic volumes. As a result, NPS officials instituted a one-way policy during morning and evening rush hours. |
| 1937 | CE | 1941 | CE | Designed | The NCPPC created three updated development plans for the National Mall in 1937, 1939, and 1941. Collectively, the three plans eliminated the cross-arm of the Reflecting Pool, outlined new plans for the Tidal Basin and West Potomac Park (including the addition of the Jefferson Memorial), and called for the extension of Independence Avenue west of 14th Street along the route of B Street SW. The 1941 plan called for the addition of an access ramp near the Watergate that would connect Independence Avenue with the Arlington Memorial Bridge and the Rock Creek and Potomac Parkway. |
| 1938 | CE | 1938 | CE | Built | The temporary earthen flood levee north of the Reflecting Pool was replaced with a 2-foot, 6-inch permanent dike or flood control berm. It was located on the east-west axis approximately midway between Constitution Avenue and the Reflecting Pool. |
| 1938 | CE | 1938 | CE | Built | The NPS modified the design of the Watergate concert barge, detailing a more architectural shell to resemble a traditional stage design. |
| 1939 | CE | 1939 | CE | Memorialized | After being barred from performing at the Daughters of the American Revolution's Constitution Hall because of her race, celebrated African-American singer Marian Anderson performed for 75,000 people on the Lincoln Memorial steps. The performance was broadcast live on national radio and marked the first time |

Lincoln Memorial
National Mall and Memorial Parks

| | | | | | |
|---|---|---|---|---|---|
| | | | | | that the steps of the Lincoln Memorial were used as a symbol of racial justice and civil rights. |
| 1939 | CE | 1939 | CE | Restored | The D.C. War Memorial was restored. |
| 1939 | CE | 1939 | CE | Destroyed | The golf course for Black golfers was removed when ramps were added to connect Constitution Avenue NW with Ohio Drive SW. The displaced golfers moved to Langston Golf Course, which opened the same year at Benning Road in Anacostia Park. |
| 1941 | CE | 1942 | CE | Established | The CFA approved the NCPPC's design for the extension of Independence Avenue from 14th Street SW to 23rd Street SW. In an effort to mitigate the effects of creating a through-route, the design called for a series of one-way routes that would retain the park-like atmosphere of the 1930s Olmsted-designed roadways. |
| 1942 | CE | 1942 | CE | Built | The federal government constructed temporary government buildings and dormitories for federal workers on portions of the Lincoln Memorial grounds. Each was constructed quickly and with cheap materials. These "tempos," as they were colloquially called, were located on the western edge of the Washington Monument grounds along 17th Street and on the Lincoln Memorial grounds south of the Reflecting Pool. Two other temporary structures were added perpendicular to the cluster of WWII structures north of the Reflecting Pool. As the area around the Reflecting Pool filled with temporary government structures, the government also constructed two temporary elevated walkways linking structures north and south of the Reflecting Pool. The government constructed a third bridge across 17th Street to connect the temporary structures on the Washington Monument grounds with those north of the Reflecting Pool. |
| 1942 | CE | 1942 | CE | Built | Following the completion of Independence Avenue, the NPS constructed a 5-foot by 5-foot shelter for a traffic officer at the intersection of Independence Avenue, Ohio Drive, and 23rd |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Street SW. The structure was used to house an officer who directed one-way traffic onto the Rock Creek and Potomac Parkway during rush hour. |
| 1943 | CE | 1943 | CE | Built | The federal government expanded the temporary structures on the western half of the Washington Monument grounds, adding three wings to one of the extant buildings. |
| 1943 | CE | 1943 | CE | Built | The NPS altered the route of 23rd Street SW around the John Ericsson Monument to accommodate traffic patterns from the newly completed eastbound route of Independence Avenue, which included a bridge over the Tidal Basin. The extension, completed in August, included the addition of entrance and exit ramps to the Rock Creek and Potomac Parkway and the Arlington Memorial Bridge, forming a cloverleaf pattern in the Lincoln Memorial grounds. |
| 1944 | CE | 1947 | CE | Planted | Former OPBG landscape architect Irving Payne, who previously designed plans for the Lincoln Memorial grounds, called for the replacement of the dwarf boxwood hedge on both sides of the Approachway with yew (*Taxus cuspidata* 'Nana'). By the summer of 1945, the NPS planted 348 yews on both sides of the Approachway. Boxwood hedges flanking the entrance to the Approachway and facing Lincoln Memorial Circle were rehabilitated with additional boxwood plantings. Twelve additional large specimen boxwoods on the eastern side of the raised terrace were also rehabilitated. One of the added plantings was an approximately 200-year old American boxwood (*Buxus sempervirens*), that was previously growing in a cotton field amid the ruins of a South Carolina plantation. This specimen was planted immediately south of the Approachway in the lawn area of the raised terrace. |
| 1947 | CE | 1948 | CE | Altered | The NPS again modified the design of the Watergate concert barge, adding flagpoles, a proscenium arch, and planter boxes. |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| 1950 | CE | 1950 | CE | Altered | Bridle trails throughout Potomac Park, including those on western portions of the Lincoln Memorial grounds, were closed due to the incompatibility of automobile traffic and leisure riding. |
|---|---|---|---|---|---|
| 1950 | CE | 1950 | CE | Altered | The NPS installed a temporary granite paver sidewalk along the western half of the outer edge of Lincoln Memorial Circle. |
| 1950 | CE | 1950 | CE | Built | A small guard stand was constructed north of the John Ericsson Monument, at the southwest corner of Ohio Drive SW and 23rd Street SW. This small structure was designed to shelter one guard during inclement weather; the guard was responsible for directing traffic during busy tourist times or events. |
| 1951 | CE | 1951 | CE | Built | The NPS installed two statue groupings (4 sculptures in total) of allegorical equestrians on the eastern end of the Arlington Memorial Bridge and the approach to the Rock Creek and Potomac Parkway. *The Arts of War,* sculpted as two statues, *Valor* and *Sacrifice*, by Leo Friedlander, was installed on the eastern end of the Arlington Memorial Bridge. *The Arts of Peace*, sculpted as two statues, *Music and Harvest* and *Aspiration and Literature*, by James Earle Fraser, was installed on the southern end of the Rock Creek and Potomac Parkway approach. |
| 1952 | CE | 1952 | CE | Established | The National Park and Planning Commission (NCPPC) is reconstituted as the National Capital Planning Commission (NCPC). |
| 1953 | CE | 1953 | CE | Built | The National Capital Parks redesigned the paving along the eastern edge of Lincoln Memorial Circle, eliminating the rectangular shape of the circle's outer edge. The area previously served taxis, buses, and served as a temporary parking area. NCP designers replaced the parking area with triangular planting beds of boxwood (*Buxus sempervirens*). |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| | | | | | |
|---|---|---|---|---|---|
| 1963 | CE | 1963 | CE | Memorialized | The Lincoln Memorial was used as the backdrop and rallying point for the March on Washington for Jobs and Freedom, which culminated in Martin Luther King, Jr.'s famous "I Have a Dream" speech, delivered on the steps of the monument. |
| 1963 | CE | 1963 | CE | Established | The Lincoln Memorial steps were used to stage the memorial service for assassinated United States President John F. Kennedy. |
| 1964 | CE | 1964 | CE | Built | The NPS installed permanent bronze handrails on the outside of the raised terrace steps and the stylobate of the Lincoln Memorial, replacing temporary wooden, freestanding predecessors. |
| 1964 | CE | 1966 | CE | Altered | The Theodore Roosevelt Bridge (1964) and the west leg of the inner loop freeway (1966) were opened, transforming the grading and plantings. The extant configuration of Constitution Avenue, Parkway Drive NW, and the Rock Creek and Potomac Parkway approach were modified and outfitted with entrance/exit ramps. |
| 1964 | CE | 1964 | CE | Demolished | The Department of Defense demolished the temporary WWII buildings on the south side of the Reflecting Pool and on the west side of the Washington Monument grounds, restoring the area to parkland for passive recreational use. This re-established the continuous east-west viewshed between the Lincoln Memorial and the Washington Monument. It also opened a large area south of the Reflecting Pool for park uses. |
| 1964 | CE | 1964 | CE | Altered | After the demolition of the temporary WWII buildings on the south side of the Reflecting Pool, the area was used for active recreation and special events. |
| 1964 | CE | 1964 | CE | Built | The NPS installed an unspecified number of "tulip" style trash cans along the Reflecting Pool. |
| 1965 | CE | 1965 | CE | Built | As a part of the Mission 66 campaign, the NPS constructed an information kiosk southwest of the Reflecting Pool steps, just northeast of the |

| | | | | | intersection of Daniel French Drive SW and Lincoln Memorial Circle. |
|---|---|---|---|---|---|
| 1965 | CE | 1970 | CE | Planted | Under the Beautification program led by Lady Bird Johnson, the National Capital Parks planted additional aquatic plantings in the Reflecting Pool, added colorful seasonal plantings to the Watergate plaza, planted new flowers in the Belvedere circular planting bed at the west end of Constitution Avenue, and established a planting bed on the hillside adjacent to the Rock Creek and Potomac Parkway approach. All aquatic plantings were removed in 1968, but some plantings continued until 1970. |
| 1967 | CE | 1967 | CE | Memorialized | The March on the Pentagon took place on October 21, as a protest against the ongoing Vietnam War. It was organized by the National Mobilization Committee to End the War in Vietnam. Over 100,000 attended a rally at the Lincoln Memorial before marching on to the Pentagon. |
| 1968 | CE | 1968 | CE | Inhabited | The southeast section of the contextual landscape, south of the Reflecting Pool, was host to Resurrection City, the protest encampment of the Poor People's Campaign. In May 1968, the Poor People's Campaign established its camp on the lawn, with a neatly arranged cluster of buildings that encompassed 16 acres, hundreds of sleeping tents, a city hall, childcare facilities, a dining tent, meeting tents, a social service tent, and more. The police forcibly vacated the camp in June 1968. |
| 1969 | CE | 1969 | CE | Altered | The NPS and CFA reviewed and replaced the lightning scheme at the Lincoln Memorial; the project was complete in time for President Richard Nixon's inauguration in January 1969. The NPS installed incandescent spotlights on both sides of the Approachway to illuminate the main steps, necessitating the removal of select yew and boxwood shrubs from the eastern plantings. Four additional spotlights were mounted on poles and placed in the plantings to illuminate the north, south, and west sides of the monument. Other |

Lincoln Memorial
National Mall and Memorial Parks

| | | | | | floodlights were installed at the top of the structure columns, illuminating the portico. |
|---|---|---|---|---|---|
| 1970 | CE | 1970 | CE | Demolished | The Department of Defense demolished the temporary WWII buildings on the north side of the Reflecting Pool, marking the removal of the last temporary wartime structures on the Lincoln Memorial grounds. |
| 1971 | CE | 1973 | CE | Altered | The NPS replaced the two elm-lined walks along the north and south side of the Reflecting Pool with bituminous paving, departing from the historic use of concrete. Concurrent with these changes, the NPS replaced the flagstone walks (installed in 1924) between the base of the Reflecting Pool steps and the pool with cobblestones, granite, and concrete walks. |
| 1972 | CE | 1976 | CE | Altered | Beginning in 1972, the eastern portion of the circular road around the Lincoln Memorial was seasonally closed to automobile traffic, between Henry Bacon and Daniel French Drives. The redesign was made out of concern for pedestrian safety for visitors passing between the memorial and the Reflecting Pool (and the surrounding memorial landscape). The change was made permanent in 1976. |
| 1973 | CE | 1973 | CE | Removed | The NPS discontinued concert performances in the Watergate Steps area and removed the concert barge, owing to increased traffic in the area and air traffic from National Airport that affected the enjoyment of the outdoor concerts. |
| 1973 | CE | 1973 | CE | Altered | The NPS removed the L-shaped walkways along the wing walls of the Arlington Memorial Bridge, replacing them with curvilinear versions that follow the modern road realignments. |
| 1973 | CE | 1973 | CE | Altered | Contractors for the NPS installed 8-foot-wide concrete sidewalks along the western half of the outer edge of Lincoln Memorial Circle, replacing the temporary granite pavers installed in 1950. |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| | | | | | |
|---|---|---|---|---|---|
| 1973 | CE | 1976 | CE | Inhabited | The Lincoln Memorial was used to stage the Smithsonian Folklife Festivals, a series of cultural events designed to establish the themes for the Bicentennial celebration. This event was held on the open space around the Reflecting Pool, including the lawn south of the Reflecting Pool that was previously used for the Resurrection City encampment. |
| 1974 | CE | 1974 | CE | Altered | The NPS replaced the concrete walkway on the south side of the Reflecting Pool with asphalt paving. |
| 1976 | CE | 1976 | CE | Built | As part of Bicentennial improvements (in 1976 or the years immediately preceding), the NPS installed L-shaped handicap accessible ramps along the outer edge of the planting beds on the Approachway. Concurrent with the ramp construction, the NPS also installed over 100 curb cuts to accommodate wheelchairs at the intersections of roads and walkways. Lastly, the NPS installed two accessible drinking fountains at the lower end of each ramp. |
| 1976 | CE | 1976 | CE | Altered | As part of Bicentennial improvements (in 1976 or the years immediately preceding), the NPS modified circulation patterns and paving on the western end of the Reflecting Pool. Officials used granite block pavers, ground cover, post-and-chain fencing, concrete, and concrete curbing to create a plaza-like area around the hexagon information kiosks. During this time, the NPS also installed a refreshment trailer. |
| 1976 | CE | 1976 | CE | Built | As part of the Bicentennial celebration, the NPS installed a floating dock c. 1976 near the John Ericsson Monument for commercial boat cruises. |
| 1977 | CE | 1977 | CE | Rehabilitated | NPS workers undertook a rehabilitation of the plantings surrounding the Lincoln Memorial. They replaced unspecified plantings near the Approachway and on the opposite side of Lincoln Memorial Circle with inkberry (*Ilex glabra*). Boxwoods (*Buxus sp.*) located in two rectangular planting beds flanking the beginning of the |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Approachway and in the two triangular planting beds marking the descent to the Reflecting Pool were unable to be replaced in-kind due to visitation and sun exposure. Dead boxwoods were removed, and the remaining boxwoods were paired with Japanese Holly (*Ilex crenata*). Other replacement boxwood, holly, and yew plantings were added along with other filler plantings on the north, west, and south sides of the memorial. *Liriope variegata* was used as replacement for the triangular beds at the top of the Reflecting Pool steps. |
| 1977 | CE | 1977 | CE | Rehabilitated | Concurrent with the rehabilitation of the vegetation in Lincoln Memorial Circle, NPS staff repaired and repointed stone sidewalks in the plaza between the traffic circle and the Reflecting Pool. |
| 1979 | CE | 1979 | CE | Built | Several volleyball courts were in place southwest of the Belvedere by 1979. |
| 1982 | CE | 1982 | CE | Built | After the completion of the Constitution Gardens, the NPS designed and constructed a memorial to the Signers of the Declaration of Independence. They installed it on a 1-acre island in the middle of the lake in the Constitution Gardens. |
| 1982 | CE | 1982 | CE | Memorialized | The Vietnam Veterans Memorial, designed by Maya Lin, was built in the western portion of the Constitution Gardens, adjacent to the northeast segment of the circular drive. The minimalist design featured a V-shaped stone wall with the names of all servicemembers killed in the Vietnam War. |
| 1982 | CE | 1982 | CE | Built | After the completion of the Vietnam Veterans Memorial and its associated pathways, the NPS installed an unspecified number of benches along the main walk between the Lincoln Memorial and the Vietnam Veterans Memorial. |
| 1983 | CE | 1983 | CE | Built | As a result of public inquiries about the newly constructed Vietnam Veterans Memorial, the NPS constructed an additional information kiosk |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | between the Reflecting Pool and Henry Bacon Drive NW. |
| 1983 | CE | 1983 | CE | Built | The NPS authorized veterans' groups to set up temporary tents and other facilities to lobby the general public on veterans' issues. These structures were originally located along Constitution Avenue but were later moved to the top of the north Reflecting Pool steps. |
| 1984 | CE | 1984 | CE | Demolished | The National Capital Region of the NPS removed the remnant piers west of the Watergate that were historically used to anchor the concert barge. Officials also closed the access road at the top of the steps used to service the concerts, leaving the granite curbing from the roadway and installing a handicap access ramp. |
| 1985 | CE | 1985 | CE | Memorialized | Congress authorized and the NPS installed two engraved rectangular plaques in the center of the Approachway on the central east-west axis, commemorating the contributions of Alaska and Hawaii to the Union. (The names of the other 48 states were already embedded in the attic frieze of the Lincoln Memorial.) |
| 1986 | CE | 1986 | CE | Established | Congress passes the Commemorative Works Act, which establishes the National Capital Memorial Advisory Commission as the regulatory authority for the approval and construction of commemorative works near the National Mall and on federal land in the National Capital Region. |
| 1988 | CE | 1988 | CE | Memorialized | Congress authorized the construction of the Korean War Veterans Memorial. |
| 1990 | CE | 1990 | CE | Rehabilitated | The NPS replaced several of the nozzles in the Rainbow Pool with a straight-head type nozzle. It is unknown if this changed the water display as approved by the CFA in the 1930s. |
| 1991 | CE | 1991 | CE | Altered | The NPS redesigned 17th Street, between Constitution Avenue and Independence Avenue, as a pilot project for the development of the *Streetscape Manual*, a guide to consistent treatments |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | for roadways, walkways, vegetation, and site furnishing for the National Mall. The NPS replaced the concrete walk and curb with exposed aggregate concrete paving and granite curbing as specified in the *Streetscape Manual*. |
| 1992 | CE | 1992 | CE | Altered | Adding to the already extant Mission 66 kiosks, the NPS installed two other kiosks and a food concession trailer in the area between the Reflecting Pool and Daniel French Drive SW. |
| 1993 | CE | 1993 | CE | Designed | The National Park Service, the District of Columbia, the Federal Highway Administration, and the Architect of the Capitol agreed on a unified treatment for the National Mall and codified it in the finalized *Streetscape Manual*. |
| 1993 | CE | 1993 | CE | Restored | The NPS restored the Lincoln Memorial raised terrace, including the coping along the top of the retaining wall. |
| 1995 | CE | 1995 | CE | Built | The Korean War Veterans Memorial was built. |
| 1995 | CE | 1995 | CE | Built | The kiosks and refreshment trailer on the south side of the Reflecting Pool steps were replaced as part of the Korean War Veterans Memorial construction. A new plaza was created along the west side of Daniel French Drive SW that included a "Tourmobile" kiosk, a souvenir kiosk, and a new and enlarged refreshment trailer. |
| 1995 | CE | 1996 | CE | Altered | The NPS restored the Lincoln Memorial Approachway. All shrubs along the Approachway were removed during the 1995-1996 landscape rehabilitation project conducted by the NPS. They were replaced in-kind. Paving patterns, including panels of granite and cobblestones, were repaired in-kind. At this time, the L-shaped accessible ramps flanking the Approachway were widened to 9 feet from 6 feet and reduced in grade to 5% slope. In order to meet the change in grade, the coping of the adjacent planting beds was raised 11 inches. Each ramp was repaved and edged with granite coping, removing the concrete and giving the new ramps the appearance of being a part of the |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Approachway. During this time, the NPS also removed the two accessible drinking fountains at the lower end of each of the former ramps. |
| 1995 | CE | 1996 | CE | Restored | Jules Guerin's murals—located on the interior of the Lincoln Memorial structure—were restored. |
| 1995 | CE | 1995 | CE | Established | The National Capital Planning Commission voted to approve the site of a new World War II Memorial, encircling and incorporating the Rainbow Pool. |
| 1996 | CE | 1996 | CE | Built | As a result of increased inquiries into the Korean War Veterans Memorial, the NPS built a similar informational kiosk to the one built adjacent to the Vietnam Veterans Memorial. The new kiosk was located between the Reflecting Pool and Daniel French Drive SW. |
| 1996 | CE | 1996 | CE | Built | Owing to the increasing popularity of bicycles, the NPS installed bike racks adjacent to Lincoln Memorial Circle area near the Vietnam Veterans Memorial information kiosk, and at the entrance to the Korean War Veterans Memorial. |
| 2001 | CE | 2004 | CE | Built | The groundbreaking ceremony for the World War II Memorial was held in September 2001, and the memorial opened to the public in April 2004. |
| 2003 | CE | 2003 | CE | Memorialized | A plaque was installed on the Approachway to commemorate Martin Luther King, Jr.'s "I Have a Dream" speech. |
| 2003 | CE | 2003 | CE | Established | Congress amended the Commemorative Works Act (first passed in 1986) to create "the Reserve," which extended from the Capitol to the Lincoln Memorial (as well as the cross-axis from the White House to the Jefferson Memorial). New commemorative works or visitors' centers were prohibited within this Reserve. The amendment was prompted in part by the controversy over the site selection for the World War II Memorial, and the debate over that memorial's impacts on the National Mall's sightlines. |

| 2005 | CE | 2005 | CE | Removed | The five baseball diamonds clustered around 23rd Street NW were removed in the fall. |
|------|----|------|----|---------|--------------------------------------------------------------------------------------|
| 2006 | CE | 2007 | CE | Built | A new refreshment kiosk was constructed between 23rd Street and Henry Bacon Drive NW, and completed in late 2006 or early 2007. |
| 2008 | CE | 2008 | CE | Built | New bollard security barriers were installed on the east side of the circle and along the plaza at the top of the Reflecting Pool steps. |
| 2009 | CE | 2009 | CE | Rehabilitated | The Reflecting Pool was rehabilitated to improve water conditions and address erosion. |
| 2010 | CE | 2010 | CE | Built | Sasaki designed a system of perimeter security barriers, added additional concrete walks adjacent to the Reflecting Pool coping, and installed new lighting along the Reflecting Pool allée walks. |
| 2014 | CE | 2014 | CE | Memorialized | Congress passed the World War II Memorial Prayer Act, which directed the Secretary of the Interior to add a plaque or inscription of President Franklin D. Roosevelt's famous D-Day prayer to the World War II Memorial. |
| 2014 | CE | 2014 | CE | Memorialized | Congress authorized the construction of a memorial to commemorate members of the armed forces who participated in Operation Desert Storm and Desert Shield. |
| 2017 | CE | 2018 | CE | Moved | The Trust for the National Mall and the NPS moved the Lockkeeper's House in 2017 and completed the landscape work for Phase 1 in 2018. |
| 2020 | CE | 2020 | CE | Established | In October, the Trust for the National Mall oversaw a groundbreaking ceremony for a new stable to replace the stables that were constructed in 1976 for the Bicentennial. |
| 2021 | CE | 2021 | CE | Established | In March, the National Park Service launched a construction project to add a wall of remembrance to the Korean War Veterans Memorial. |

**Lincoln Memorial**
**National Mall and Memorial Parks**

## Physical History

*The following section provides information on the physical development and evolution of the site, organized by time periods.*

### PRE-COLONIAL HISTORY AND NATIVE AMERICAN SETTLEMENT (15,000 BCE - 1607 BCE)

The Lincoln Memorial cultural landscape is located on the eastern shoreline of the Potomac River, which has existed in the same approximate position for two million years. Approximately 33,000 years ago, the river began excising the area below Great Falls, on the west side of the current District of Columbia boundaries. This down-cutting ended around 8,000 years ago, coinciding with the sudden saline flux into the Chesapeake (Louis Berger 2016: 9).

The Lower Potomac River subsequently began to turn into a tidal estuary, with seawater mixing with fresh water and tides that affect the water level and currents. The estuary initially comprised firm ground at the shoreline and at least 12 feet of draw in the river's tidal tributaries. As the area around the river saw increased settlement, however, the siltation of the river affected its tides and water-level rise (Louis Berger 2016: 9).

Humans arrived in the Middle Atlantic Coastal Plain and Piedmont by 11,000 BCE (Louis Berger 2016: 6). In the years immediately preceding European settlement in 1608, Eastern Algonquin tribes inhabited the area around present-day Washington. The inner coastal plain of the Potomac River—where the Potomac Flats were later dredged—attracted a wide range of species, including herring, shad, salmon, and sturgeon, which sustained local tribes. Subsistence among Algonquin-speaking people also included hunting and foraging and slash-and burn agriculture. They cultivated corn, beans, gourds, pumpkins, and other crops—practices that continued after European contact (Louis Berger 2016: 24). Most of the tribes were centered on a single community of villages. By 1607, the tribes were coalescing into larger entities led by powerful chiefs—notably, Powhatan, who ruled in southeastern Virginia, and the Piscataway Tayac, or Emperor, who dominated Eastern Maryland (Louis Berger 2016: 24).

**Lincoln Memorial**
**National Mall and Memorial Parks**

*Summary*

During this period, the cultural landscape was not yet solid land. The area that would become the cultural landscape consisted of tidal estuaries and was part of the Potomac River until the late 19th century. As Algonquin-speaking tribes settled on the habitable land in the area, they used it for agriculture within their community of villages.

**Lincoln Memorial**
**National Mall and Memorial Parks**

---

***COLONIAL SETTLEMENT AND THE ESTABLISHMENT OF THE FEDERAL CITY (1607-1800)***

In 1608, English colonizer Captain John Smith explored the entire Chesapeake and recorded information related to a village near the mouth of the Anacostia River (then known as the Eastern Branch of the Potomac River). He called the village Nacotchtank, or Nacotchtant, and referred to the villagers as Necosts, estimating their population at 80 men and a total of 200 to 300 people (Berger 2016: 24). Their central Nacotchtank village was ideally situated to take advantage of trade routes and resources along the rivers. Smith represented the present-day Washington, D.C. region, including the cultural landscape, on his 1612 map, which became the basis for many later navigational charts of the area's waterways. He also mentioned the Potomac region and its Nacotchtank tribes and villages in his "General Historie of Virginia," detailing travels up the Potomac River and its Eastern Branch (Burr 1920: 167).

English colonizers claimed the area described in John Smith's accounts, and on June 20, 1632, King Charles I granted the land that would become Washington, D.C. to Cecilius Calvert, the second Lord Baltimore, who renamed the land Charles County (Riggs 1946/47: 250). In 1662, Lord Baltimore awarded the first patent in the region to George Thompson, a clerk of the Charles County Court. Thompson was granted 800 acres comprising three tracts: Duddington Manor, Duddington Pasture, and New Troy. These tracts comprised the majority of what would become the District of Columbia, including the land where the White House, U.S. Capitol, and the Lincoln Memorial cultural landscape now stand.

In 1790, the United States Congress passed the Residence Act, which authorized President George Washington to select the location for the permanent capital of the United States of America. On January 24, 1791, Washington announced that the capital would be built on a ten-mile tract centered at the confluence of the Potomac and Anacostia Rivers. Washington appointed three commissioners of the District of Columbia—David Stuart of Virginia, and Thomas Johnson and Daniel Carroll of Maryland—to survey the city and oversee construction of government buildings. Maryland and Virginia ceded the area within the 100-square mile diamond to the federal government. Within the district, the area at the meeting of the Potomac and Eastern Branch rivers was laid out as the City of Washington.

---

**Lincoln Memorial**
**National Mall and Memorial Parks**

Major Pierre Charles L'Enfant, a French artist and engineer who had formed a friendship with George Washington while serving in the Revolutionary War, requested the honor of planning the new capital. L'Enfant's final design encompassed approximately 6,111 acres, an area that was double the combined area of colonial Boston, New York, and Philadelphia. The area within the boundaries of L'Enfant's plan was largely agricultural or undeveloped, giving the federal city's founders the unique opportunity to create an entirely new capital city (Leach and Barthold 1997: VIII.7).

After surveying the site, L'Enfant developed a plan that featured ceremonial spaces and grand radial avenues inspired by Baroque city planning, while respecting the natural contours of the land in the manner of picturesque English garden design. L'Enfant's plan drew on both European and colonial traditions, transforming the practicality of the ubiquitous American grid through a more profound native understanding of the European Baroque style (Comeau 2000: 47).

Notations on L'Enfant's original 1791 plan explain how he first chose the location for significant buildings and squares, including the sites for the President's House and Congress. They were located on small, centrally located hilltops whose higher elevations provided "the most advantageous ground, commanding the most extensive prospects" (Bednar 2006: 11). Connections between prominent sites were established via wide, diagonal avenues—oriented NW to SE and NE to SW—which L'Enfant specified should be grand and lined with trees, to emphasize reciprocal views (Miller 2002: 32-4). Notes suggested naming the avenues after the original thirteen colonies.

On top of this, L'Enfant overlaid an orthogonal grid of streets, oriented in the cardinal directions. The size of individual blocks varied, ranging from small squares to larger rectangles. While the diagonals would provide sweeping vistas toward monuments and significant buildings, the intersection of the streets and the avenues would create opportunities for ornamental green spaces filled with fountains, obelisks, or statues dedicated to military and political heroes (Leach and Barthold 1997: VIII.7-8). The entire plan encompassed the area between the Potomac and Anacostia Rivers, beginning at their convergence and extending north toward present-day Florida Avenue, which was originally named Boundary Street (Bednar 2006: 11-12).

Lincoln Memorial
National Mall and Memorial Parks



*Fig. 7: Plan for the City Intended for the Permanent Seat of the Government of the United States. At the time this map was created, the future site of the Lincoln Memorial had not yet been reclaimed from the Potomac River. (L'Enfant 1791, Library of Congress)*

At the time of the 1791 L'Enfant Plan, the Lincoln Memorial cultural landscape did not yet exist as useable land, as it was part of the flats in the Potomac River. However, the L'Enfant Plan did lay out a central 400-foot-wide "grand avenue" running east-west between the Capitol at the east end and a monument to George Washington at the west end. This established the central axis that would define the cultural landscape's design as additional land was reclaimed from the Potomac River, added to the National Mall, and put into use as public parkland.

Andrew Ellicott and Benjamin Banneker, working under the direction of the D.C. Commissioners, marked out a diamond-shaped area, measuring ten miles on each side, and encompassing territory in Maryland and Virginia, including the forks of the Potomac River and its Eastern Branch, which would eventually be renamed as the Anacostia River. Forty boundary stones, laid at one-mile

intervals, established the boundaries based on celestial calculations made by Banneker, a self-taught astronomer of African descent, and one of the few free Black men living in the vicinity (Leach and Barthold 1997: VIII.7).

President George Washington and Secretary of State Thomas Jefferson oversaw the real estate transactions necessary to finance the city's physical development. At the suggestion of Georgetown businessman George Walker, they used a unique scheme to obtain the land within the surveyed diamond from the original proprietors, with transactions contingent upon the yet-unfinished city plan. The government would purchase land designated for federal buildings at approximately $67 an acre. The proprietors would donate to the government land set aside for streets and avenues. The remaining acreage would be divided into city blocks, and each block would be further subdivided into lots. The lots in each block would be split evenly between the government and the original owners. Proceeds from the sale of the federally owned lots would fund the construction of government buildings and the improvement of parks. Anticipating that the value of the land would increase significantly, the proprietors retained only 16 percent of their original holdings, turning over 84 percent of it to the federal government (Leach and Barthold 1997: VIII. 8-9).

The first sale of federal lots in the city of Washington took place in October 1791. Believing the sale would hinder the city's development, L'Enfant refused to furnish his plan for use. The sale was a failure, with only 35 of the potential 10,000 potential lots sold. Under pressure from the D.C. Commissioners, President Washington relieved L'Enfant of his position and retained Andrew Ellicott to reproduce a city plan based on L'Enfant's original. Ellicott's map largely followed the L'Enfant Plan, the most notable change being his straightening of Massachusetts Avenue.

Ellicott also eliminated L'Enfant's notes concerning the installation of statues, monuments, and memorials at public spaces throughout the city, as well as his 15 yellow-shaded reservations, thereby abandoning any comprehensive plan for the treatment of the city's open spaces. He did, however, retain his predecessor's directive to divide the avenue into "footways, walks of trees, and a carriage way." Streets and avenue names first appeared on Ellicott's plan, although the convention of naming avenues after states in the union is thought to have been originally conceived by L'Enfant (Leach and

**Lincoln Memorial**
**National Mall and Memorial Parks**

Barthold 1997: VIII.9-10). In 1792, Ellicott and Banneker set to work implementing the final plan, focusing on the area between the President's House and the Capitol. Their work continued into the 19th century.

*Summary*

The area along the Potomac River and its Eastern Branch (now the Anacostia River) was colonized beginning in the early 17th century. When the United States were established with the American Revolution, the states of Maryland and Virginia ceded land for a new federal capital at the confluence of the two rivers. Pierre L'Enfant laid out the District of Columbia according to Baroque city planning principles; he envisioned a monumental core that he referred to as a "grand avenue." When the Potomac Flats were dredged in the late 19th century, the cultural landscape would eventually become a westward expansion of this "grand avenue."

**Lincoln Memorial**
**National Mall and Memorial Parks**

**THE POTOMAC RIVER AND THE LONG BRIDGE (1800-1860)**

This section is excerpted from the East Potomac Park Golf Course Cultural Landscape Inventory (prepared in 2017 by Shannon Garrison and Molly Lester), which relied on extensive research and contextual history prepared for *Links to the Past*: A Historic Resource Study of National Park Service Golf Courses in the District of Columbia (prepared in 2017 by Patricia Babin).

The Potomac River, a crucial commercial passage since the 17th century, grew in importance after 1800, when the nation's capital officially moved to Washington, D.C. Alexandria, Georgetown, and D.C. wharves were of critical importance to the new capital. In 1828, the launch of engineering work on the Chesapeake and Ohio Canal (constructed along the Maryland shore) increased the importance of the Potomac River as a navigable commercial route (Chapell 1973: 3).

The Potomac River began as a fast-moving mountain stream north of the Little Falls (located at the intersection of Arlington County, Virginia; Montgomery County, Maryland; and Washington, D.C.). The Little Falls mark the crossing of the Potomac River at the Atlantic Seaboard fall line. South of the falls, the Potomac becomes a tidal river whose flow is affected by the tides of the Atlantic Ocean. As a tidal river, it includes numerous stretches of shallow, shoal water traversed by deep channels. By the early 19th century, it consisted of "a soft bottom of mud, sand, pebbles, shells, and decaying vegetable matter," maintaining that composition until it reached the mouth of the Eastern Branch (Chapell 1973: 1).

Above Little Falls, the Potomac collected runoff—and sediment—from about 20,000 square miles (Chapell 1973: 1). Where the river had a quickened pace, this accumulated silt remained moving and suspended in the water. As the pace slowed, south of the falls, the sediment settled around the river's eddies, islands, and shallow shoals (Chapell 1973: 2). Throughout the 19th century, this accumulated sediment was made worse by increasing development in and around Washington, which clogged the river and obstructed commercial traffic on the Potomac.

Historically, the Potomac River had three channels: the Virginia Channel, running upstream between Analostan Island (now known as Theodore Roosevelt Island) and the Virginia shore from Alexandria

**Lincoln Memorial**
**National Mall and Memorial Parks**

to the harbor in front of Georgetown; the Georgetown Channel, flowing from the harbor midstream down the north side of Analostan/Theodore Roosevelt Island and merging with the Virginia Channel below the island; and the Washington or City Channel, along the east bank of the Potomac River, which opened in November 1815 (Chapell 1973: 4). As the city grew, the Tiber Creek (north of the Washington Channel) and a nearby canal accumulated debris and waste from the city's residents; this combination of sewage and silt floated downstream, where it eventually blocked the northern mouth of the Washington Channel, obstructing it from through-traffic (Chapell 1973: 5). As a result, ships and additional sediment were forced into the Virginia Channel and the main branch of the Potomac River, causing further issues with navigation and commercial traffic on the river (Chapell 1973: 5).

Over the course of the 19th century, the problem grew worse. The Washington Channel's silted boundary grew, and circulation became increasingly difficult. With each heavy rain, new debris and silt flowed downstream, where they settled on the river bottom and made the river shallower—over time, the river lost several feet in depth (Chapell 1973: 5). Meanwhile, the city grew in population and commercial activity, and ships required deeper channels each year to accommodate their heavy cargo (Chapell 1973: 6).

Compounding the problem was the poorly built Long Bridge (located where the 14th Street bridges are today), which was constructed in 1808 and opened in 1809. The bridge measured 4,984 feet in length, with more than half of the structure built over the shoals between the Washington and Virginia Channels (Chapell 1973: 7). In 1831, a flood destroyed a section of the bridge; in its place, Congress authorized the construction of a solid-earth causeway over the shoals. This proved to be a poor decision that would have long-lasting ramifications for the full span of the Potomac River, the Washington Channel, and the shoals. The river and its sediment could no longer flow over the shoals; instead, they reached the barricade of the solid-earth causeway and accumulated above it. Thus, the causeway increased, rather than diminished, the scale of the shoals over the course of the 19th century (Chapell 1973: 8).

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 8: 1851 Map of Washington, D.C., showing location of the Long Bridge (crossing the river at the center of the image, shaded in yellow). (Library of Congress)*

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 9: 1882 Map of Washington and Georgetown Harbors showing visible accumulation of sediment below the Long Bridge. (Library of Congress)*

In 1857, the Secretary of the Interior submitted one of the first comprehensive studies of the Potomac River to Congress; the report was conducted by civil engineer Alfred Landon Rives. Rives proposed the replacement of the existing solid-earth Long Bridge with an iron suspension bridge and stone arch piers. Rives' study emphasized that the navigation of the Potomac River—and further development along its banks—depended on the proper design and construction of the bridge. To accomplish this, Rives called for the reclamation of the mud flats along the Washington Channel's shoals, using fill from the grading of Washington's streets to build up the flats (Chapell 1973: 8-9). Rives' report to Congress was apparently the first official presentation on behalf of the federal government of "a definite plan for the improvement of the river in this vicinity." Despite Rives'

thorough analysis, however, it was not until a decade later when Congress finally appropriated money for further survey of the river for improvements (Chief of Engineers, United States Army 1883: 775).

*Summary*

In the decades before the Civil War, the District of Columbia confronted increasing issues with the Potomac River's sedimentation levels. The presence of the Long Bridge and the pace of new development along the waterfront accelerated these issues. In 1857, engineer Alfred Landon Rives submitted a study of the river to Congress, but his recommendations did not prompt further action until nearly a decade later.

**Lincoln Memorial**
**National Mall and Memorial Parks**

### CIVIL WAR, THE OFFICE OF PUBLIC BUILDINGS AND GROUNDS, AND THE RECLAMATION OF THE POTOMAC FLATS (1861-1900)

As the Civil War broke out between the United States and the Confederacy, the District of Columbia's geographical location between the two sides made it prone to attack. Sworn in at an inauguration on March 4, 1861—just one month before the attack on Fort Sumter—President Abraham Lincoln presided over the Union Army as its commander-in-chief. Concerned about the vulnerability of Washington, D.C. as the federal capital, he ordered the construction of a ring of defenses around the city. The resulting Civil War Defenses of Washington proved effective, preventing one attempted attack at Fort Stevens in particular—while President Lincoln happened to be visiting—and deterring countless others.

Abraham Lincoln was re-elected in 1864, but a year later, he was assassinated on April 15, 1865. On April 19, crowds gathered on Pennsylvania Avenue for his funeral procession as his coffin was transported from the White House to the United States Capitol. In the Capitol Rotunda, a burial service was held. He lay in state for another day before an honor guard placed his coffin on a funeral train destined for Springfield, Illinois.

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 10: The funeral procession for President Abraham Lincoln transported his coffin down Pennsylvania Avenue from the White House to the United States Capitol. (Library of Congress)*

It took only two years for Congress to begin to consider a memorial to Lincoln and the unity of purpose and country that he represented. On March 29, 1867, Congress passed an act that read:

> Be it enacted by the Senate and the House of Representatives of the United States of America in Congress Assembled, that [these designated people] are constituted a body corporate in the District of Columbia, by the name of the Lincoln Monument Association, for the purpose of erecting a monument in the city of Washington, commemorative of the great charter of emancipation and universal liberty in America. (quoted in Concklin 1927: 15)

This appears to be the first organized effort to create a physical memorial, but it took another half-century for the initiative to progress (Concklin 1927: 15).

**Lincoln Memorial**
**National Mall and Memorial Parks**

Meanwhile, the United States Army had assumed control of the Long Bridge during the Civil War, retaining authority for the duration of the war. The army subsequently built an additional railroad-only pile bridge, 75 feet downstream from the Long Bridge, doubling the obstructions in this area of the Potomac River (Chapell 1973: 9). In 1867, the United States Congress transferred jurisdiction—including these bridges—from the Commissioner of Public Buildings to the United States Army Engineer Bureau. On March 13, 1867, Nathaniel Michler of the Corps of Engineers assumed responsibility for the structures (Chapell 1973: 10). Faced with the recurring problem of poor navigation on the Potomac River, Michler focused on increasing the flowrate of the river so that it maintained the velocity to flush sediment downstream and avoid build-up. Michler also recommended dredging out the Washington Channel below the Long Bridge, but he stopped short of calling for the north end of the Channel to be reopened (Chapell 1973: 11).

That same year, Michler was appointed to lead the new Office of Public Buildings and Grounds (OPBG), a division of the U.S. Army Corps of Engineers, as the Department of the Interior transferred the jurisdiction of D.C. public lands to the OPBG. Under Michler's leadership, the OPBG developed a preliminary plan for the improvement of the city's avenues and parks. In the process, Michler recognized the significance of the tree-lined boulevards, parks, and parklets created by L'Enfant's original plan and the potential of these green spaces to improve the "health, pleasure and recreation of [the city's] inhabitants" (Leach and Barthold 1997: VIII.21). Based on Michler's vision and direction, OPBG priorities called for the extension of the L'Enfant-era streets and avenues to the outlying parts of the district. Under such a plan, new parks and parklets (green spaces along the right-of-way, many of which were delineated in the L'Enfant Plan) would be developed for the benefit of these rapidly developing areas. Despite these clear directives, however, Michler's plans remained unfunded until the 1870s (Quinn 2005: 17; Torkelson 2021: 103).

By the late 1860s, after the Civil War, the sediment south of the Long Bridge had accumulated to such a degree that the flats were now visible at low tide and even had a name—they were often referred to as the Potomac Flats (Chapell 1973: 15). Saltwater grass had taken root in them, and by 1870, Michler recorded the physical condition of the mud flats as follows:

> At low water, the soil is entirely uncovered, and has become so firm as to support the weight of a man. This development, unless affected by high freshets or other strong natural causes, will continue more rapidly from year to year; the vegetable matter becoming more firmly rooted, will materially aid in checking any floating matter, and cause the material to be deposited in the river (Chapell 1973: 15).

Consequently, Michler recommended that the Army Corps of Engineers make the Potomac Flats a permanent landscape, building up the silted areas with additional fill and material from the Washington Channel. He further recommended that any outlets draining the flats should be blocked with stone retaining walls or with planted willows (Chapell 1973: 16).

Later that year, Congress appropriated $50,000 to improve the Potomac River between the Long Bridge and Georgetown. Given the specified geography of Congress' allocation, the first phase of the project (conducted by the Army Corps of Engineers between July 1870 and December 1871) did not focus on the reclamation of the Potomac Flats. Instead, all dredged material was dumped with little long-term strategy on the banks of the river (Chapell 1973: 17). It was not until March 5, 1872, that Congress authorized the preparation of a plan for the permanent improvement of Washington and Georgetown's harbors—and, by extension, an appropriate and sustainable scheme for the dredged material (Chapell 1973: 18).

In 1878, the Potomac Flats spanned over 300 acres of sediment and aquatic grasses at low tide, and an even larger area was submerged by just a few feet of water. Civil engineer S.T. Abert solicited bids for the dredging of the Washington Channel, and work progressed into the 1880s, with dredged material dumped on the area now occupied by East Potomac Park. By 1882, over 240,000 cubic yards of material had been dredged and dumped on the Potomac Flats, resulting in an oval-shaped land mass that measured 1,200 feet long and 700 feet across. Soon after, the Army Corps of Engineers devised a system of inlet and outlet gates to allow the Washington Channel and the flats' flushing ponds to drain in order to prevent the stagnation of the water around the flats (Chapell 1973: 20-30). This phase marked the successful first step in the reclamation of the Potomac Flats and the improvement of circulation on the Potomac River and the Washington Channel. Subsequent plans and dredging campaigns conducted throughout the 1880s would focus on transforming the new Potomac Flats landscape into useable terrain.

**Lincoln Memorial**
**National Mall and Memorial Parks**

By 1890, over 621 acres of land had been reclaimed on the Potomac Flats. An additional 12 million cubic yards of material was necessary to build the terrain above the water line, and a seawall was constructed beginning in 1891 to protect the landmass (Chapell 1973: 53-54). A report dated July 10, 1893, offers a description of the physical condition of the land at this time:

> The improvement has now reached a stage where some attention needs to be given to the maintenance and preservation of the reservation. The rich soil, of which the greater part of the reclaimed area is composed, induces and fosters a rapid and prolific growth of high weeds, willows, and other trees and underbrush, which, in the summer season especially, render access to the various parts of the work quite difficult. This growth should be cleared up each year, until the reservation is ready to be laid out, graded, and sown with grass seed (Chapell 1973: 63).

Although these reclaimed flats now featured rich soil and burgeoning vegetation, their future use had not yet been determined.

That changed in 1897, when Congress passed Senate Bill 3307, which decreed "the entire area formerly known as the Potomac Flats, and now being reclaimed, together with the tidal reservoirs, be, and the same are hereby, made and declared a public park, under the name of Potomac Park, and to be forever held and used as a park for the recreation and pleasure of the people" (Chapell 1973: 66). On August 12, 1901, Colonel Charles J. Allen transferred the first 31 acres of Potomac Park to OPBG for development as public parkland (Chapell 1973: 66). Although the reclamation project was not yet complete—and the cultural landscape remained under construction for several more years— the land transfer to OPBG set the stage for the 1901/1902 publication of the McMillan Plan, which established a vision for new recreational and memorial infrastructure throughout Washington, D.C.

*Summary*

Within two years of Abraham Lincoln's assassination in 1865, Congress passed an act with the purpose of erecting a monument in his honor—although it took another half-century for the effort to make headway. Meanwhile, the Army Corps of Engineers began to dredge the Potomac River in the late 19th century, amassing the dredged fill to create useable land along the waterfront. In 1897, Congress decided that this reclaimed land should become public greenspace, setting it aside for future park-planning efforts.

**Lincoln Memorial**
**National Mall and Memorial Parks**

___

### THE MCMILLAN PLAN (1901)

*Authors' Note: This period marks the beginning of discrete character areas within the overall cultural landscape; our physical history addresses these distinct geographical areas accordingly.*

In 1901, the United States Senate Park Commission began a comprehensive study of the city's park system. Founded in 1900 to commemorate the 100th anniversary of Washington, D.C., the final plan was named for Senator James McMillan of Michigan, who oversaw the commission. Published in 1902, the McMillan Plan proposed redesigning much of downtown Washington and expanding Pierre L'Enfant's original plan of the city. It also called for the creation of waterfront parks, parkways, an improved National Mall, and new monuments and vistas (Robinson and Associates 2004: 48; National Park Service, "The Mall Cultural Landscape").

The planning process was spearheaded by an illustrious committee whose key members included Daniel Burnham, visionary of the World's Columbian Exposition; landscape architect Frederick Law Olmstead, Jr.; architect Charles F. McKim; and sculptor Augustus Saint-Gaudens. Together, the commission members advised the Senate Commission chaired by Senator James McMillan; McMillan's secretary, Charles Moore, acted as secretary (Leach and Barthold 1997: VIII.32). In June 1901, Burnham, McKim, Olmsted Jr., and Moore traveled to Europe for seven weeks to study precedents in park and city planning, including Andre LeNotre's work at Versailles as well as the urban forms of Rome (Joseph, Wheelock, and McLarty 1999: 15).

At its core, the charge of the Senate Park Commission was to restore and enhance the grandeur of Pierre L'Enfant's 1791 plan for the District of Columbia. In the century since L'Enfant's design dictated the early development of Washington, the city's development and population had exploded and it had endured a war—all of which had transformed the central core of the federal capital in ways that "marred the beauty and dignity of the national capital" (Moore 1902: 7). These departures from the original L'Enfant Plan were, according to the Commission, "to be regretted and, wherever possible, remedied" (Moore 1902: 10).

Their resulting plan began at the heart of Washington on the Mall, and continued out from there to issue recommendations for the Capitol division, a new Union Station, the Washington Monument—

___

**Lincoln Memorial**
**National Mall and Memorial Parks**

and a new Lincoln Memorial. Beyond this monumental core, the plan addressed the distribution and design of parks throughout the larger District of Columbia. With roots in the City Beautiful Movement, the McMillan Plan reinterpreted the spirit of L'Enfant's plan according to Beaux-Arts principles, establishing new axes and reinforcing existing ones as part of a comprehensive plan for the city.



*Fig. 11: Map of the District of Columbia Showing Public Reservations and Possessions and the Permanent System of Highways. R.A. Outhet, United States Senate Commission on the Improvement of the Park System, 1902. Library of Congress.*

In its introduction to the report, establishing the goals and vision of the plan, the Commission declared that "The reclamation of the Potomac Flats has added to the public grounds a considerable area, one portion of which must be treated as a continuation of the Mall and the Monument grounds" (Moore 1902: 10). Later in the report, the Commission expanded on this declaration with entire sections of discussion on the Mall in general and the proposed Lincoln Memorial landscape in particular:

> We have at the head of the composition on the banks of the Potomac a memorial site of the greatest possible dignity…So extensive a composition, and one containing such important elements, does not exist elsewhere; and it is essential that the plan for its treatment shall combine simplicity with dignity. (Moore 1902: 36).

Thus, as plans for the reclaimed Potomac Flats made slow progress, the Commission clearly articulated what the cultural landscape in particular should be (a symbolic greenspace for contemplation and passive recreation) and what it should not be (active recreational parkland, as other sections of the new Potomac Park would become).

The Senate Park Commission devoted a section of the plan to "Potomac Quay" as one of the larger parks in a reimagined District of Columbia. The Potomac Quay represented the swath of reclaimed Potomac Flats that would encompass the new Lincoln Memorial landscape along its northern and southern edges, extending southeast into the Potomac River as a peninsula. This area would eventually become West and East Potomac Parks. (For more on the establishment of that park in relation to the Lincoln Memorial, see the next section of the physical history.)

In addition to its recommendations for the full context of the federal core and the reclaimed Potomac Flats, the McMillan Plan also represents the first attempt to refine and delineate character areas within the memorial landscape; the vision document shaped the reclaimed landscape's spatial organization in order to establish different land uses, topographies, views/vistas, and other landscape characteristics. In various chapters of the report, the Commission differentiated between the future site of a memorial to Abraham Lincoln, the lawns of the "Washington Common," the physical segue to a memorial bridge to Arlington, and the connections to future parkways along the Potomac River. As the design process for the Lincoln Memorial cultural landscape began in earnest in 1911 and

progressed in the ensuing decades, the McMillan Plan's tenets continued to influence nearly all aspects of the landscape's physical history.



*Fig. 12: The 1901/1902 McMillan Plan was the basis for the eventual design of the Lincoln Memorial and its associated grounds, establishing the placement of the memorial structure along the Potomac River shoreline and delineating distinct areas within the landscape. (Excerpt from Moore 1902)*

*The Reflecting Pool Landscape*

Although the idea of a memorial in D.C. for President Abraham Lincoln had been discussed since his assassination, it was the McMillan Plan that laid the substantial groundwork for the future Lincoln Memorial. It offered a conceptual plan for the spatial organization, landscape features, and monument design of a memorial landscape to be located west of the Washington Monument. Where the surrounding park landscape would be wooded and "planted informally," the McMillan Plan set forth a memorial landscape organized by strict geometries, beginning with the canal that would define the east-west axis between the Washington Monument and the Lincoln Memorial structure.

According to the plan, the primary canal would be 3,600 feet long and 200 feet wide, with a cross-axis just west of its midpoint and a second, transverse pool at its eastern end. Together, the two pools would be bordered by "stretches of green walled with trees," and would serve as the approach to the elevated plinth of the memorial structure—all with the effect of introducing "an element of repose

and great beauty" in the formal landscape. The canal design was modeled after the canals at Versailles and Fontainebleau in France and Hampton Court in England; in the District of Columbia, the formal canal feature was unprecedented in the monumental landscape. It would be, therefore, a worthwhile gateway to the monumental new structure to honor the 16th President of the United States (Moore 1902: 51-2).



NO. 52.—VIEW SHOWING THE PROPOSED DEVELOPMENT OF THE SITE FOR THE LINCOLN MEMORIAL, SEEN FROM THE WASHINGTON MONUMENT.

*Fig. 13: The McMillan Plan offered a conceptual plan for the Lincoln Memorial's water feature. The transverse pool (foreground) and the linear reflecting pool (middle ground) would progress toward the memorial structure (background). (Moore 1902: Plate 52)*

*The Lincoln Memorial Structure and Circle*

The McMillan Plan envisioned a new Lincoln Memorial structure with stature and formality similar to the Arc de Triomphe in Paris. The design of the structure was not yet determined—and the McMillan Plan presented its design in conceptual forms only—but the program and character of the eventual memorial were rooted in the language and drawings of the 1901 Plan:

> Whatever may be the exact form selected for the memorial to Lincoln, in type it should possess the quality of universality, and also it should have a character essentially distinct

from that of any monument either now existing in the District or hereafter to be erected. (Moore 1902: 52)

In order to accomplish such monumentality, the McMillan Plan positioned the memorial on a grand and elevated "rond point" west of the canal. The *rond point* was then circumscribed within a ring of circulation and trees, with spokes radiating out from the monument that echoed the axes found elsewhere in the plan.

As to the architectural style and design of the monument structure itself, the Plan was conceptual but clear about the temple to Lincoln:

> The type which the Commission has in mind is a great portico of Doric columns rising from an unbroken stylobate. This portico, while affording a point of vantage from which one obtains a commanding outlook, both upon the river and eastward to the Capitol, has for its chief function to support a panel bearing an inscription taken either from the Gettysburg speech or from some one of the immortal messages of the savior of the Union….At the head of the canal, at the eastern approach to the memorial, it is proposed to place a statue of Abraham Lincoln. (Moore 1902: 52)

Meanwhile, on the west side of the memorial, the McMillan Plan drawings indicate a terraced landscape sloping down from the monument's *rond point* to the Potomac River, with circulation links to the proposed parkway along the river and the bridges to Virginia.



NO. 49.—VIEW SHOWING THE PROPOSED DEVELOPMENT OF THE LINCOLN MEMORIAL SITE, SEEN FROM THE CANAL.

*Fig. 14: The McMillan Plan proposed a memorial temple structure that would be elevated on a* rond point, *at the west end of the proposed site. (Moore 1902: Plate 49)*

*The Lincoln Memorial's Parkway Connections*

In the same way that it reimagined the urban core of the District of Columbia, the McMillan Plan reimagined the relationship between the city and the Potomac River. It proposed a parkway that would skirt the river's eastern shoreline, beginning in the new Potomac Park and continuing north all the way to the mouth of Rock Creek; this route would eventually become known as the Rock Creek and Potomac Parkway. According to this plan, the Lincoln Memorial and its waterfront steps would be a sort of segue between the waterfront parks at the mouth of the Potomac and the more wooded drive extending north toward the mouth of Rock Creek.

Modeled after the quays that line the Seine River in Paris, the McMillan Plan's proposal called for a broad, paved promenade that would "present to the river a smooth, continuous wall" (Moore 1902: 83). This would accomplish several objectives with respect to the city-river connections, beginning with improved flow for the Potomac; the seawall would smooth the edges of the riverbanks (rather than breaking them up with jutting piers) and minimize the build-up of sediment. Moreover, the proposed parkway would "really add to the interest of the parkway and give a character to it possessed by no other in this country" but evident in European river cities such as Paris, Vienna, and Budapest (Moore 1902: 83). The waterfront terraces on the west side of the Lincoln Memorial would be one of the few interruptions in the continuous wall of the riverfront promenade, providing pedestrian access to the river and reinforcing the axes of the federal core even when viewed from the Potomac River.

The McMillan Plan also made recommendations for a bridge to Arlington from the proposed Lincoln Memorial site. The concept for this memorial bridge, linking D.C. as the federal capital of the United States with Arlington as a key city in what had been a Confederate state, had been discussed for nearly two decades by the time the McMillan Plan was published. In 1886, as the dredging of the Potomac Flats was underway, the Senate passed a resolution in favor of a bridge, and Colonel Peter Hains of the Army Corps of Engineers promoted the idea of a bridge with four spans that would

**Lincoln Memorial**
**National Mall and Memorial Parks**

extend from the east bank of the Potomac River to Analostan Island to Arlington. Other concepts and locations were considered in the 1890s, and in 1899, Congress appropriated $5,000 for further study of the memorial bridge possibilities (Moore 1902: 55-56). A team of four engineers prepared plans, and a jury of several engineers and architects (including Stanford White of McKim, Mead & White) distilled the plans into a structure that would be 84 feet in width, adapted for street-railway tracks, and equipped with a steel bascule draw (Moore 1902: 56). This plan was submitted to Congress in April 1900. By the time the McMillan Plan was released the following year, little had been done to advance the bridge plans, but the McMillan Plan's own designs for West Potomac Park and the Lincoln Memorial provided a spur for the bridge plans to move forward (although the McMillan Plan did prompt some modifications to the bridge plans).

The symbolism of a bridge that would start at the Lincoln Memorial and extend toward Arlington House—The Robert E. Lee Memorial, which had been Robert E. Lee's family homestead, was irresistible. The Lincoln Memorial was also a useful starting point for traffic reasons, as the memorial's proposed *rond point* and traffic circle offered a convenient route to direct travelers to and from the bridge, connecting them with the street grid and the proposed river parkway (Moore 1902: 56).

*The Contextual Landscape*

The McMillan Plan was descriptive, not prescriptive, when it came to its design of parkland along the Potomac River; it called for parkland that would encompass the Lincoln Memorial landscape but would be distinct from it in character and features. In the green spaces north and south of the Lincoln Memorial's canal—outside the study area for this Cultural Landscape Inventory but within the contextual boundaries—the McMillan Plan called for a wooded landscape treatment much like the Bois de Bologne in Paris. The lawns would be planted informally but organized formally, with axial roads and paths to connect the landscape nodes and parallel the canal (Moore 1902: 51). The Commission did not elaborate beyond these broad design principles for the context around the memorial landscape.

**Lincoln Memorial**
**National Mall and Memorial Parks**

*Summary*

The McMillan Plan established a new vision for public parkland throughout Washington, D.C., and in doing so, it also set out recommendations for a future memorial structure and landscape dedicated to President Abraham Lincoln. The McMillan Plan's design recommendations marked the first attempt to distinguish different areas of the landscape with their own character, such as a large canal basin that would be experienced differently from the memorial temple structure. The concepts presented in the McMillan Plan exerted a heavy influence on the eventual Lincoln Memorial Commission.

### *CREATION OF WEST POTOMAC PARK AND THE COMMISSION OF FINE ARTS (1901–1910)*

The McMillan Plan built on several years of reclamation work, and in turn, the plan spurred significant action in the first decade of the 20th century, as officials and agencies at seemingly every level of government moved to implement the plan's concepts. In 1901, as the Senate Park Commission was releasing its plan, the Army Corps of Engineers made its first transfer of reclaimed Potomac Flats to the Office of Public Buildings and Grounds (OPBG) for further improvement; the 31 acres were located adjacent to the Washington Monument grounds. (The land that would become East Potomac Park was transferred in 1912.) The Army Corps of Engineers made subsequent transfers in April 1909, and the final section of West Potomac Park (a tract at Easby's Point) was transferred to the OPBG in August 1909 (NPS National Capital Regional Office and Fanning 2008: 30).

At the time of the transfer to the OPBG, the future site of West Potomac Park was still wild, with dense growth of grasses, bushes, and trees that needed to be removed before the land could be refined into a park (Bobeczko and Robinson 1998: VIII.61). New fill was added to the emerging park each year, but OPBG moved forward with improvements to the park in 1906 and 1907, creating a riverside drive, bridle paths, and footpaths along the shoreline from 17th Street to the Tidal Basin and extending northwest to 26th Street. In 1908, the park's northern boundary was finalized when Congress authorized the westward extension of B Street from 26th Street to the river (Joseph, Wheelock, and McLarty 1999: 16-17).

Frederick Law Olmsted, Jr. consulted on new tree plantings for the improved parts of West Potomac Park, recommending several new species to complement the existing willows. For larger stands of trees, planted as groves, he suggested black and yellow birches (*Betula lenta, Betula alleghaniensis);* white and laurel-leaved willow (*Salix alba, Salix pentanda*); sycamore (*Platanus occidentalis*); American elm (*Ulmus americana*); and pecan trees (*Carya illinoiensis*). For straight rows of trees, he recommended linden trees (*Tilia sp.*), but elm trees were planted eventually instead (Joseph, Wheelock, and McLarty 1999: 16-17). Olmsted's planting scheme was not realized within the cultural landscape.

Meanwhile, as the improvements to West Potomac Park were underway, the design treatment of Abraham Lincoln's memorial structure and sculpture remained unresolved, beyond the broad

recommendations issued in the McMillan Plan. As architects and artists debated the best form for the monument, President Howard Taft established the Commission of Fine Arts (CFA) in 1910 to channel the public debates (Joseph, Wheelock, and McLarty 1999: 16). The Commission was a permanent body (unlike the McMillan Plan's Senate Planning Commission) charged with advising the government on the architectural development of Washington, D.C. In this role, the CFA would issue recommendations to the President and Congress on arts-related decisions, including the design of statues, fountains, monuments, and other public developments that would have a significant impact on the urban character of Washington, D.C. (Kohler 1996: 1). Daniel Burnham and Frederick Law Olmsted, Jr. were early members of the CFA, transitioning seamlessly from their roles on the Senate Park Commission.

Nearly a decade after the McMillan Plan, as West Potomac Park neared its initial completion, the Lincoln Memorial was one of the CFA's first projects. The undertaking was substantial and required a dedicated design committee to finalize the site selection and work with the architect, sculptor, and landscape architects; thus, in February 1911, Congress created a Lincoln Memorial Commission to oversee the design process for the memorial (Sacher 2014: 26-27). (This was the sixth attempt to create such a commission; Senator Shelby M. Cullom of Illinois, Abraham Lincoln's home state, tried to form a commission in 1901, 1902, and 1908, but failed each time.) (Pfanz 1981: VIII.1) The Lincoln Memorial Commission was chaired by President William Taft, and included Senator Shelby Cullom, Senator George P. Wetmore of Rhode Island, Speaker James Beauchamp Clark of Missouri, Representative Joseph Cannon of Illinois, and Representative Samuel McCall of Massachusetts. The CFA maintained its role as a separate advisor to the design process, which would extend in iterative fashion for several years.

*Summary*

The creation of West Potomac Park and the establishment of the Commission of Fine Arts had deep and lasting impact on the design of the Lincoln Memorial and its associated grounds. These events marked the initial implementation of the McMillan Plan of 1901/1902 and set the stage for the creation of the Lincoln Memorial Commission after a half-century of deliberation.

**Lincoln Memorial**
**National Mall and Memorial Parks**

---

### *LINCOLN MEMORIAL COMMISSION AND THE DEVELOPMENT OF THE MEMORIAL DESIGN (1911 – 1916)*

Although the recommendations of the McMillan Plan were widely publicized and generally well received, the site of the Lincoln Memorial was not a settled question by the time the Lincoln Memorial Commission began its work. Members of the Commission held different views on the suitability of the West Potomac Park site—Speaker Joseph Cannon in particular objected to the preliminary plans. Declaring that he "would never let a memorial to Abraham Lincoln be erected in that g-------d swamp," he preferred a site (on higher ground) near the new Union Station (Thomas 2002: 26). Others on the Lincoln Memorial Commission and the Commission of Fine Arts worried that the McMillan Plan's proposed site was too remote, too new, and too close to the river (Kohler 1996: 8). They considered the Union Station idea, as well as Arlington Cemetery, the Soldier's Home grounds, Meridian Hill, and a site on axis with the Washington Monument but north of the White House.

In July 1911, the CFA issued its formal recommendation, returning to the West Potomac Park site proposed by the McMillan Plan. In its report to the Lincoln Memorial Commission, the CFA acknowledged the relative remoteness of the site, but posited that this seclusion was an asset, rather than a detriment, of the location on the Potomac waterfront:

> The comparative isolation of the Potomac Park site in the midst of a large area of undeveloped vacant land constitutes a peculiar advantage. For a long distance in every direction the surroundings are absolutely free for such treatment as would best enhance the effect of the memorial. The fact that there are now no features of interest or importance, that everything is yet to be done, means that no embarrassing obstacles would interfere with the development of a setting adequate in extent and perfect in design, without compromise and without discord.…In judging the site of a memorial to endure throughout the ages we must regard not what the location was, nor what it is today, but what it can be made for all time to come. (quoted in Kohler 1996: 10).

The CFA went on to highlight how the site offered a monumental scale for the Lincoln Memorial, even as its topography made distant sightlines toward the memorial possible without having to compete in height with the Washington Monument's obelisk:

> A monumental structure standing in a broad plain surrounded by an amphitheater of hills is as widely seen and is as impressive as one upon a hilltop. From the hills of the District and of Virginia, the constantly recurring views of a great Lincoln Memorial, seen in association with the Washington Monument and the Dome of the Capitol, would be impressive in the highest degree. (quoted in Kohler 1996: 10).

---

In the same month that it issued its site recommendations, the CFA offered two ideas for designers who could flesh out the design for the memorial structure: William Mitchell Kendall of McKim, Mead & White; and Henry Bacon, an independent architect from New York best known by this point for his work in the firm of McKim, Mead and White (including the Union Square Savings Bank in New York, 1905-1907), and at the World's Columbian Exposition in Chicago. In August 1911, the Lincoln Memorial Commission elected to extend an invitation to Bacon to develop a design for the Potomac site (Kohler 1996: 12).



*Fig. 15: Henry Bacon's early design for the Lincoln Memorial included a colonnaded, open-air structure built around a memorial statue and elevated above a large water feature. (National Archives)*

At the same time, the Commission also invited architect John Russell Pope to prepare alternative plans for the Soldiers' Home and the Meridian Hill sites that were still under consideration (Concklin 1927: 20-21). Pope submitted multiple plans, including a large colonnaded exedra (the closest in design, if not scale, to Bacon's), a pyramid, and a ziggurat. Although these designs looked to ancient

precedents for tombs and memorials, they were out-of-step with the classicist forms put forward by the McMillan Plan, which the Lincoln Memorial Commission used as its guide.



*Fig. 16: One of John Russell Pope's designs for the memorial presented a large colonnaded exedra, with memorial statues in front. This design was the closest in concept to Henry Bacon's design for the structure and landscape. (National Archives)*



*Fig. 17: John Russell Pope also proposed a pyramid design for the memorial, drawing on ancient Egyptian precedents. (National Archives)*



*Fig. 18: John Russell Pope's third conceptual design proposed a ziggurat structure, foregrounded by a water feature.*
*(National Archives)*

The Lincoln Memorial Commission reviewed the architects' contrasting plans and models at its December meetings that year. By February 1912, it had settled on the Potomac Park site, and it invited both Bacon and Pope to develop preliminary designs. The CFA's decision acknowledged the monumentality conferred upon the Lincoln Memorial by the site's shared east-west axis with the Washington Monument and the Capitol. Bacon concurred with the appropriateness of the site, having studied it for four months by that point:

> I believed that the site in Potomac Park was the best one for a monument to Abraham Lincoln…Terminating the axis which unites it with the Washington Monument and the Capitol, it has significance which that of no other site can equal, and any emulation or aspiration engendered by a Memorial there to Lincoln and his great qualities will be immeasurably stimulated by being associated with the like feelings already identified with the Capitol and the monument to George Washington….All three of these structures, stretching in one grand sweep from Capitol Hill to the Potomac River, will lend, one to the others, the associations and memories connected with each, and each will have its value

increased by being on the one axis and having visual relation to the other. (quoted in Joseph, Wheelock, and McLarty 1999: 18).

Bacon's apparent reverence for the design principles of both the McMillan and the L'Enfant Plans made for a more traditional and simpler proposal that was ultimately favored by the CFA.

As the architect for the Memorial, Bacon maintained a primary focus on the design of the structure itself, but from the time he was selected for the project in 1912, he was in contact with Frederick Law Olmsted Jr. (serving on the CFA at the time) about the treatment of the landscape around his future structure. Over the following years, the design for both the structure and the landscape continued to evolve.

*The Reflecting Pool Landscape*

The plans for the landscape between the Lincoln Memorial structure and the Washington Monument continued to presume that there would be a long, shallow canal to organize the landscape on axis with both monuments. Bacon's 1911 concepts for the memorial landscape referred to the water feature as a "large lagoon" that would "introduce into the landscape an element of repose and beauty, and in its waters the reflection of the Memorial will add to its tranquility and retirement" (quoted in Joseph, Wheelock, and McLarty 1999: 21). Bacon's plan for the "lagoon" (alternatively known as the canal, and now known as the Reflecting Pool) retained a footprint similar to the drawings in the McMillan Plan, with a primary, cruciform basin and a secondary, transverse basin at its eastern end. This concept for the memorial pools was endorsed by Olmsted, who remained a link between the McMillan Plan designers and the ongoing deliberations by the Commission of Fine Arts/Lincoln Memorial Commission designers. Olmsted was a voice of influence for most elements of the landscape plan as designs progressed.

Soon after receiving the commission for the memorial structure, Bacon sought Olmsted's input on the proposed planting plan for the trees that would line the water features, so that it might inform his own designs (Joseph, Wheelock, and McLarty 1999: 18). The canal's east-west allées of trees were key features in the planting plan for the Lincoln Memorial, organizing the landscape east of the memorial structure and directing views toward the memorial. In the spring and summer of 1915, OPBG staff, including landscape architect James D. Langdon, developed preliminary guidelines for grading and

tree planting around the pool, under the direction of Olmsted and OPBG's Colonel William Harts (Joseph, Wheelock, and McLarty 1999: 21).

The design of the pools and their landscape plan warranted much deliberation as the design for the adjacent structure progressed. Olmsted considered Bacon's design for the water feature (which was in turn based on the McMillan Plan's design) and allées to be out of proportion compared with European counterparts. Bacon, in turn, lobbied to remove the cross-arms from the cruciform design that Olmsted favored.

With respect to the proportions of the landscape, Olmsted and Bacon disagreed over a matter of 20 feet: Olmsted wanted the allées to the north and south of the basin to be separated by 320 feet—given that the water feature would be 160 feet wide (from north to south), he preferred the mirrored proportions of the landscape. Bacon's design, meanwhile, accounted for a spacing of 300 feet between the allées, including the 160-foot-wide basin. The Commission of Fine Arts eventually approved the design presented by Olmsted, Colonel Harts, and Langdon (Joseph, Wheelock, and McLarty 1999: 21-22).

Although his initial design for the memorial setting presented a cruciform water feature, in keeping with the McMillan Plan design, Bacon preferred a rectilinear design, without the cross-arms. Olmsted, however, remained unconvinced. Together with Colonel Harts and James Langdon of OPBG, Olmsted continued to study the landscape east of the memorial structure based on an understanding that the water feature would be 3,600 feet long with 280-foot-wide cross-arms. The proposed planting plan included trees that would line the cross-arms and reinforce the geometry, and the grading around the basin would create an appropriately bucolic setting for the pool (Joseph, Wheelock, and McLarty 1999: 21; Thomas 2002: 131).

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 19: Site plan for the Lincoln Memorial grounds as of 1916. The proposed cross-axis for the Reflecting Pool was never built. (Bacon 1916)*

Olmsted insisted on English elms (*Ulmus minor 'Atinia'*) for the landscape east of the memorial, "its habits being exactly right for the purpose, and its foliage harmonizing with that of the American elm which is designed for use around the Washington Monument and to the eastward" (quoted in Joseph, Wheelock, and McLarty 1999: 22). The Commission of Fine Arts signed off on his recommendation, and the OPBG ordered 500 trees from Chester, England.

Meanwhile, at the suggestion of Olmsted, Harts, and Langdon, the CFA authorized the hiring of landscape architect Clarence E. Howard to advance the landscape design. As his former employee, Howard worked closely with Olmsted, who remained very much a part of the design process. Howard's role was to assist in the preparation of plans for the circle and terraces around the memorial (there was some overlap between his role and Bacon's in this regard), and to assist in creating the planting plan for the circle, the Reflecting Pool axis, and Rainbow Pool. His designs closely followed the advice of Olmsted and in many ways, he served as his agent throughout his involvement with the design process (Rachleff and Liccese 1999: 9).

The allées were planted in 1916 with 398 English elms (*Ulmus minor 'Atinia')*, per Olmsted's recommendations; the remaining trees in the order from England were planted south of the allées. (As the decision about the basin cross-arms remained unresolved, those lines of trees were not planted at this time.) Within the allées, the rows of trees were spaced 40 feet apart, while the individual trees within each row were placed 25 feet apart (Joseph, Wheelock, and McLarty 1999: 21-22). Drain tile was laid in the area around the allées to divert water away from the trees. The decision about the basin's cross-arms was not resolved for several years, until after the memorial structure was closer to completion.

*The Lincoln Memorial Structure/Circle*

In keeping with the McMillan Plan's recommendations, Bacon's initial designs for the memorial structure steered clear of any dome or obelisk forms that would mimic the Capitol Building or the Washington Monument too closely, since the Lincoln Memorial would share an axis with those other landmarks (Concklin 1927: 21; Thomas 2002: 41). Instead, he designed a Greek temple, with a flat entablature supported by 36 marble Doric columns on all four sides (in keeping with the McMillan Plan's suggestions)—one column for each state in the United States at the time of Lincoln's assassination in 1865. (An additional two columns mark the entrance to the statue hall.) The frieze within the entablature featured 36 carved marble wreaths, and in the attic parapet, 48 bas-relief festoons represented the number of states at the time of the structure's design (Sacher 2014: 31; National Park Service Division of Publications 1986: 13). A broad staircase, later referred to as the Approachway, would begin at the "lagoon" and slope up to the temple's east elevation, where visitors could enter a large interior hall that would house a statue of Lincoln and carved tablets with his speeches. (This marked a departure from the McMillan Plan, which situated the statue outside the proposed memorial structure, along the Approachway.) The actual design and sculptor for the statue was not determined until several years later, as construction on the memorial structure was underway.

Bacon advocated for a closed, rather than open-air, temple and the Commission of Fine Arts concurred, out of consideration for seasonal temperatures in Washington, D.C.'s climate (Sacher 2014: 32). The other primary environmental concern in the design process was related to the Potomac Flats:

**Lincoln Memorial**
**National Mall and Memorial Parks**

since the Lincoln Memorial would be resting on reclaimed land, it would require an elaborately engineered foundation in order to reach bedrock through all the dredged fill. In total, this substructure would extend between 49 feet and 65 feet below the base of the monument (Sacher 2014: 45).



*Fig. 20: Floor plan for the Lincoln Memorial structure as of 1915. (Bacon 1915a)*

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 21: East elevation drawing for the Lincoln Memorial structure, as of 1915. (Bacon 1915b)*

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 22: South elevation drawing for the Lincoln Memorial structure, as of 1915. (Bacon 1915)*

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 23: West elevation drawing for the Lincoln Memorial structure, as of 1915. (Bacon 1915c)*

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 24: North elevation drawing for the Lincoln Memorial structure, as of 1915. (Bacon 1915d)*

The marble exterior of the memorial structure would be quarried from the Rocky Mountains and shipped across the country. Bacon preferred "Colorado Yule" marble for its consistent grain, its sparse imperfections, its pristine whiteness, and because it allowed for larger blocks than any eastern quarries could supply. However, the logistical complications (including the fact that the quarry was located 10,000 feet above sea level) consumed a substantial part of the project's $2,000,000 budget (Sacher 2014: 46-47).

On February 12, 1914 (Abraham Lincoln's birthday), laborers broke ground for the foundation of the Memorial, beginning at the northeast corner of the structure (Concklin 1927: 23). The subfoundation remained under construction until April 1915. It comprised 122 concrete piers, each measuring 3 feet or 4 feet in diameter, anchored in the bedrock below the park landscape. Where they emerged above ground level, the cylinders were covered by one foot of concrete that was reinforced by a steel grille

(Sacher 2014: 45). Above the subfoundation, an upper foundation added another 45 feet to the base of the structure (which was eventually screened by fill on the *rond point*). The upper foundation consisted of a system of concrete arches that supported the floor of the memorial's portico and hall. It was completed in May 1915, one month after the subfoundation was finished (Sacher 2014: 45-46).

While construction of the structure's lower and upper foundations was underway, the Lincoln Memorial Commission began to consider the appropriate form and artist for the sculpture of Abraham Lincoln that would rest inside the memorial structure (Concklin 1927: 23). Bacon's early choice was Daniel Chester French, with whom he had already worked on several commissions, including a statue of Lincoln on the State Capitol grounds in Lincoln, Nebraska. But French was the chair of the Commission of Fine Arts as it weighed in on the early designs for the memorial, so the choice of him as the project's sculptor risked the appearance of favoritism and self-dealing. Ultimately, Bacon's preference won out and French was awarded the sculpture commission on December 18, 1914. He resigned from the CFA within a few weeks to avoid further conflicts of interest (Sacher 2014: 41-43).

Henry Bacon's early vision for the sculpture that would be placed within his structure was for a seated Lincoln "of heroic size expressing [Lincoln's] humane personality" (quoted in Sacher 2014: 55). He conveyed these broad strokes to Daniel Chester French, who began preparing sketches in the spring of 1915. By March 1916, he had prepared a 3-foot clay model of the statue; by the summer of 1916, his models had scaled up to 7 feet, and in spring 1917, he and his assistants were working on a 10-foot model. As the design progressed, it became simpler; the initial clay model, for example, include ceremonial eagles at the base of Lincoln's chair, but these were stripped out of later versions (Sacher 2014: 56).

While Daniel Chester French prepared models for the statue of Lincoln, Henry Bacon prepared studies of the stairs (the "Approachway") that would lead to French's statue. There was some debate between Henry Bacon and his superiors on the Lincoln Memorial Commission and the CFA about the appropriate setting for the memorial structure (and Bacon was eager to be part of all such decision-making). Bacon advocated for a circle that would encompass the temple as a *rond point*, as the

**Lincoln Memorial**
**National Mall and Memorial Parks**

McMillan Plan had laid out; such a scheme would call attention to all four elevations, and would allow for the temple to transition down to the Potomac River via a grand staircase. (This was later referred to as the Watergate Steps area, as it was designed to be a ceremonial gateway to this city from the Potomac River.) Some members of the Commission of Fine Arts, however, preferred a rectangular treatment presented by landscape architect Clarence Howard, echoing the rectangular footprint of the proposed memorial structure, and calling attention first and foremost to the primary (east) elevation, as seen from the basin.

Bacon prepared studies on the "cheek blocks, steps, and flagging" of the terraces in July 1915, and in December 1915, he presented an alternative design for the structure approach and surrounding circle, contradicting Clarence Howard's plans (Joseph, Wheelock, and McLarty 1999: 22). ("Cheek blocks" likely refers to the stone blocks of the cheek walls flanking the staircases of the terraces and stylobate.) The CFA ultimately directed Howard to blend the two schemes, and the resulting design (as reviewed and adjusted by Olmsted) was approved in the fall of 1916 (Kohler 1996: 12; Thomas 2002: 132). This final plan featured a single circular 60-foot roadway around the structure (some previous plans included two concentric roadways), lined by 5 concentric circles of deciduous trees (Joseph, Wheelock, and McLarty 1999: 22). The segments of 23rd Street that approached the circle from the north and south were widened, with medians separating the directions of traffic.

Construction of Bacon's memorial structure officially commenced on February 12, 1915, with the laying of the 17-ton cornerstone at the northeast corner of the structure (Sacher 2014: 48). (Its placement anticipated the completion of the upper foundation by three months.) Construction progressed through 1916 and 1917.

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 25: Laying of the cornerstone on February 12, 1915. (Harris & Ewing Collection, Library of Congress)*

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 26: Lincoln Memorial structure under construction, c. 1916. (Harris & Ewing Collection, Library of Congress)*

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 27: Lincoln Memorial structure under construction, 1916. (Harris & Ewing Collection, Library of Congress)*

On the interior of the structure, the walls were built of Indiana limestone and the floors were Tennessee marble. The structure was divided into three spaces by 50-foot Ionic columns; the central chamber would feature Daniel Chester French's Georgia marble statue, once complete, and the flanking rooms would feature carved tablets with two of Abraham Lincoln's most famous speeches: the Second Inaugural Address (in the north chamber) and the Gettysburg Address (in the south chamber). The speeches would be set off by murals, a vivid contrast to the pristine white of the marble; at its February 1916 meeting, the Lincoln Memorial Commission selected artist Jules Guerin of New York to do the paintings (Concklin 1927: 24). Finally, the 60-foot ceilings in the interior halls would feature bronze girders, panels of Alabama marble, and decorative laurel and pine leaves (Sacher 2014: 50). The interior would receive natural light via skylights set within the girdered ceiling (Thomas 2002: 68-69).

The circle around the structure had also been graded with 150,000 cubic yards of soil by this time, creating a terrace and *rond point* that elevated the structure around its surrounding landscape. An additional 500,000 cubic yards of fill were deposited later, as slippage and erosion of the *rond point* remained a point of concern for the project designers (Sacher 2014: 51-52). The surface of the fill was planted with sod, and gravel walkways around the perimeter of the terrace diverted rainwater away. The memorial structure's construction was substantially complete by 1917, just as the United States entered World War I.

*The Lincoln Memorial's Park and Parkway Connections*
While construction was underway on the memorial structure and its immediate context, planning progressed to link the Lincoln Memorial with its context on the reclaimed Potomac Flats. As West Potomac Park took shape to the south, and the reclaimed shoreline solidified to the west, and the proposed Potomac Parkway took root to the north, the emergent Lincoln Memorial was no longer an island (or a *rond point*) unto itself. Rather, the memorial landscape was knit together with the wedges of land to the south, west, and north to create a continuous recreational, riverfront landscape. Linking these landscapes together, Ohio Drive SW (historically known as Riverside Drive) was constructed in increments between 1912 and 1916 (Bobeczko and Robinson 1998: VII.47). It began in East Potomac Park and extended northwest along the river's eastern bank; it ran through the cultural landscape west of Lincoln Memorial Circle, and was in place by the end of this period. This new drive was flanked with an allée of trees on either side, species unknown (United States Army School of Aerial Photographic Reconnaissance 1918).

*The Contextual Landscape*
To the southeast and northeast of the nascent Lincoln Memorial, the contextual landscape remained largely unprogrammed during this period. As construction proceeded on the memorial structure, and the allées were initially planted, the surrounding landscape was cultivated as lawns and planting beds in the years leading up to World War I. As West Potomac Park took shape, the OPBG used flocks of sheep to fertilize and cultivate lawns. The OPBG also created beds for 1,500 trees and 3,100 shrubs throughout the cultural landscape, and installed sidewalks on both sides of 17th Street,

**Lincoln Memorial**
**National Mall and Memorial Parks**

between rows of American elms (*Ulmus americana)* that were planted in 1907. Later, several of the 17th Street trees were removed to continue the reciprocal east-west sightlines with the Mall (Joseph, Wheelock, and McLarty 1999: 25).

Northwest of the cultural landscape, the Rock Creek and Potomac Parkway was authorized in 1913, structure on the recommendations of the McMillan Plan. Two years later, funding was appropriated to study the parkway boundaries for a 2.5-mile link between the new West Potomac Park and Rock Creek Park (Leach 1991: E.9). It would begin at Easby's Point (north of the cultural landscape) and extend north to the Zoological Park in Rock Creek Park (EHT Traceries and Stantec 2018: 38). In July 1915, Colonel William Harts and OPBG landscape architect James Langdon began the survey work for the parkway; both men were very familiar with the parallel Lincoln Memorial project and site nearby, having been involved in the deliberations about the allées and the proportions of the canal basin (EHT Traceries and Stantec 2018: 38). The CFA was also part of the parkway planning efforts, weighing in on the preliminary plans presented to Congress in 1916 in the *Report of Rock Creek and Potomac Parkway Commission*.

Unlike the McMillan Plan concepts for the parkway—which laid out a quay and viaduct above the water line—the recommendations of the Rock Creek and Potomac Parkway Commission (RCPPC) centered on an at-grade roadway. The revised plans were cheaper and more feasible—particularly given that the United States Government already owned 42% of the proposed route (EHT Traceries and Stantec 2018: 38).

Under the supervision of Colonel Harts, James Langdon prepared the plans for the section of roadway between West Potomac Park and Calvert Road NW, approximately 3.5 miles north of the cultural landscape along the Potomac River. (Frederick Law Olmsted, Jr. likely was also involved in an advisory capacity.) According to Langdon's 1916 plans, the parkway would be a tree-lined drive along the east bank of the river until it reached Virginia Avenue NW, at which point it would cross the river and continue north along the river's west bank (EHT Traceries and Stantec 2018: 39). On July 1, 1916, in accordance with Langdon's plans, Congress appropriated $50,000 to the Office of Public

**Lincoln Memorial**
**National Mall and Memorial Parks**

Buildings and Grounds to acquire land for the parkway that the federal government did not already own.

In the northeast corner of the contextual landscape, the Washington Canal Lockkeeper's House still stood at this time at the intersection of 17th and B Streets. It was relocated in 1915, shifting 49 feet west and 6 feet north (Fanning 2008: 38). Around the new location, the OPBG improved the house's landscape with new plantings in a triangular plot bounded by B Street North (now Constitution Avenue), 17th Street, and a walk that began at B Street. Plantings included hollies (*Ilex sp.*), Osmanthus (*Osmanthus sp.)*, junipers (*Juniperus sp.)*, white pines (*Pinus strobus)*, oaks (*Quercus pyradmialis* or *Quercus fastigiate*), and English hawthorn (*Crataegus oxycantha*) (Fanning 2008: 38).

*Summary*

The Lincoln Memorial structure and its immediate context resulted from an iterative process shaped by designers from several different disciplines. The Lincoln Memorial Commission selected Henry Bacon to be the lead architect, but his ideas were influenced by the McMillan Plan and shaped in collaboration with Frederick Law Olmsted, Jr. and others. The broader landscape began to take shape during this period in partnership with the Office of Public Buildings and Grounds and the Army Corps of Engineers, although the landscape west of the memorial structure remained undeveloped as the designers anticipated the construction of a new bridge to Arlington.

### *WORLD WAR I AND THE REFINEMENT OF THE LANDSCAPE DESIGN (1917 – 1921)*

In 1917, the United States' entry into World War I had major effects for the emerging Lincoln Memorial landscape, transforming the context around the memorial from an intended peacetime park into a wartime command center. Even as plans and construction progressed for the memorial structure, sculpture, and circle, and for the parkway along the Potomac, the northeast section of the Lincoln Memorial contextual landscape was taken over by the War Department, at the urging of then-Assistant Secretary of the Navy Franklin D. Roosevelt and with authorization from Congress. Capitalizing on the open, relatively unfinished site, the War Department created nearly every type of landscape feature in the years during and after the war, including new land uses, temporary buildings and structures, parking lots, and more.

To this point, the Lincoln Memorial Commission intended to hold the dedication ceremony for the memorial on September 22, 1920. But various events conspired to postpone that date, including the build-up and aftermath of the war, the fact that the Lincoln Memorial Commission did not meet at all between November 1917 and February 1920, ongoing settling issues around the terrace wall, and the reality that Congress would not be in session on the intended dedication date. In June 1920, the Lincoln Memorial Commission voted to delay the ceremony; it was eventually held on May 30, 1922.

*The Reflecting Pool Landscape*
The area around the planned water features was somewhat buffered from the wartime landscape changes by the allées of trees planted in 1916, just a year before the United States' entry into the war. The elms continued to mature during the war years, reinforcing the planned views and vistas toward the memorial structure.

Beginning in 1919, the Commission of Fine Arts looked to finalize the dormant plans for the Reflecting Pool's basin and its transverse pool, including all necessary preparation related to grading and planting operations. The CFA pushed for the Reflecting Pool basin to be excavated to a shallow depth of 2 feet, 3 inches until a permanent depth was settled; excavation for both the primary Reflecting Pool and its smaller transverse pool began in November 1919, under the direction of the OPBG (Rachleff and Liccese 1999: 10). Using a temporary narrow-gauge railway created across the

**Lincoln Memorial**
**National Mall and Memorial Parks**

site for the purpose, the soil excavated for the water feature was used to fill the terrace around the memorial structure (Joseph, Wheelock, and McLarty 1999: 31).

The years-long debate over the primary basin's cross-arms continued with little resolution: Henry Bacon supported their removal in favor of a simpler, generally rectangular footprint with a second, transverse pool at the eastern end; Olmsted still preferred to leave them intact in the design, until the excavation was further along (Joseph, Wheelock, and McLarty 1999: 31). Bacon's position was bolstered by the construction of temporary war buildings beginning in 1918 in the area north of the Reflecting Pool landscape that stood in the way of the cross-arm axis, although some members of the CFA hoped that the construction of the cross-arms could precipitate the removal of the buildings. (*See discussion of the temporary war buildings in the Contextual Landscape section, below.*)

In March 1919, the project's designers sought input from the Commission of Fine Arts on the cross-arm question. CFA members deliberated for several months, taking into consideration the visitor's experience approaching the memorial along the pool—were the cross-arms a hindrance in that respect, forcing the pedestrian to go out of his or her way? The CFA also acknowledged that the wartime buildings might not be removed for many years; if the cross-arms were dependent on their removal, that would leave the pool unfinished for many years, too. After several months of deliberations, the CFA weighed in in early 1920, settling on the scheme without the cross-arms. At Olmsted's urging, however, the OPBG proceeded with excavation of a straight-edged pool (and no cross-arms), with the option to add them later; future tree plantings would preserve the possibility of the cross-arms (Joseph, Wheelock, and McLarty 1999: 32).

In November 1920, the CFA approved a 20 feet, 6 inch-long extension of the Reflecting Pool's footprint at its western edge; the expanded pool measured 2,000 feet long from east to west, and the transverse pool at the eastern end measured 300 feet in length from north to south (Joseph, Wheelock, and McLarty 1999: 32). In June 1921, the CFA settled on the depth of the pool (ranging from 2 feet to 3 feet, based on the slope of the basin) and the dimensions for the pool's coping, which would be 3 feet wide on each side, 9 inches thick (with a ¼-inch radius edge), and laid at grade. Thus, the surface of the pool and the surface of the surrounding landscape would be one continuous plane to the visitor's

eye. The CFA selected a granite quarried in Mt. Airy, North Carolina, for the coping; the pool's conduit and coping foundations—supported by 20-foot piles and reinforced concrete beams—were complete later that year (Joseph, Wheelock, and McLarty 1999: 32).

It was at this time that project engineers also designed the pool's water supply (a combination of the D.C. water supply and rainwater runoff) and drainage system. OPBG contractors developed a waterproof base for the basin made from asphalt-coated membrane, slate, and concrete tile. The tile was selected in a darker color to enhance the reflection and sense of water depth (Joseph, Wheelock, and McLarty 1999: 33).

Early concepts for the water features at the Lincoln Memorial included fountains in the transverse pool, including "a huge water display with two center jets sending water high into the air and 150 side jets around the edges with water issuing toward the center. An electrical display [was] planned which [would] illuminate the fountains at night" (quoted in Joseph, Wheelock, and McLarty 1999: 33). As initial construction proceeded on the pool's coping and foundation, however, there were no fountains included at this time.

Although the Lincoln Memorial was dedicated in May 1922, the Reflecting Pool was not finished until December 1922. The surrounding walkways were not complete until later.

*The Lincoln Memorial Structure and Circle*
The completion of the memorial structure and circle grounds remained the focus of this period, as the Lincoln Memorial Commission, Commission of Fine Arts, and Office of Public Buildings and Grounds anticipated the dedication ceremony. By the time the United States entered World War I, construction on the structure was substantially complete, but the interior's statue and murals remained in progress and the debates about the vegetation within the circle, framing the structure, were only just beginning.

Daniel Chester French completed a 10-foot model of the statue in the spring of 1917, which was still smaller than he hoped the final version would be. Fearing that a 10-foot sculpture would be dwarfed

**Lincoln Memorial**
**National Mall and Memorial Parks**

by the scale of the structure, he hoped to convince Henry Bacon and the Lincoln Memorial Commission that the statue should be at least 12 feet tall. In March 1917, the 10-foot model was placed in the hall to evaluate, and both the architect and commission agreed that it should be scaled up—to 19 feet. This was also when French and Bacon settled on white Georgia marble for the material (they had considered bronze up to this point) (Sacher 2014: 56-57). The Bronx-based Piccirilli Brothers studio was commissioned to execute the design; their other renowned works to date included: the Washington Square Arch (designed by Stanford White, 1895); the *Four Continents* sculpture at the U.S. Custom House in New York (designed by Daniel Chester French, 1907); and the New York Public Library Main Branch's pediment sculptures and famous lions (various designers, 1911-1917) (Larkin 2006: 32-33).

The structural floor of the memorial structure was reinforced in summer 1919 to support the weight of the statue, which was delivered to the site in 28 different pieces in late 1919 (Thomas 2002: 136; Sacher 2014: 58). It was assembled through early 1920, and by spring, French declared it "an accomplished fact…now as nearly perfect technically as I can make it" (quoted in Sacher 2014: 58-59). French worried about the lighting in the statue hall, and how the shadows would fall on Lincoln's head in particular. As a short-term solution, Bacon agreed in November 1921 to illuminate the memorial landscape via streetlights, but he otherwise wanted to limit the illumination of the structure (Joseph, Wheelock, and McLarty 1999: 31). French and Bacon continued to revisit that question in subsequent years.

Meanwhile, artist Jules Guerin was responsible for the commissioned murals that would crown the interior halls, on the walls above the carved speeches. Among his previous commissions, Guerin had worked with Daniel Burnham for the renderings for the 1893 World's Columbian Exposition. He had done similar work for the McMillan Plan and for Henry Bacon himself, as Bacon prepared his materials for the Lincoln Memorial commission. Guerin completed two murals for the memorial, using oil on canvas that was then mounted on the walls: *Reunion* was mounted in the south chamber, above the Gettysburg Address; and *Emancipation* was mounted in the north chamber, above the Second Inaugural Address. Each painting measured 60 feet wide and 12 feet high (Sacher 2014: 59). The murals were installed in March 1919 (Thomas 2002: 136).

In spring 1919, the project's engineers were very concerned about the rate of settling under the terrace around the structure, and associated damage to the retaining wall, raised terrace, and Approachway staircase (Thomas 2002: 139). The alarming rate of settlement was one of several concerns that prompted the indefinite postponement of the dedication ceremony from what had been planned as a spring 1920 event. In spring 1920, Congress denied a request for $100,000 to grade and pave the roads around the memorial, but after the November election that year, the Lincoln Memorial Commission renewed its appeal. In March 1921, Congress appropriated an additional $345,720 to the project (bringing the total to $2,957,000), and the Lincoln Memorial Commission signed a contract in June 1921 for engineers to address the terrace wall's underpinning (Concklin 1927: 27; Thomas 2002: 139).

Large sections of the terrace's concrete deck needed to be replaced. In the retaining wall and walks, 4,000 cubic feet of granite needed to be removed and reset, and an additional 1,000 cubic feet of granite needed to be replaced altogether. Concrete columns below the steps and terrace were reinforced with timbers in order to excavate new access pits between footings, and new shafts were hand-dug, inspected, and filled with concrete to buttress the existing concrete columns (Thomas 2002: 139). Below the Approachway steps and plazas, engineers sunk new concrete piers, replaced damaged concrete and paving, and removed and reset portions of cobblestone paving (Thomas 2002: 140). These repairs were massive, disturbing parts of the memorial structure's periphery within just a few years of their initial construction. The terrace work was complete by December 1921, and the other repairs were complete by the time the dedication ceremony was held in May 1922 (Concklin 1927: 27-28).

Meanwhile, as engineers worked to resolve the settlement issues in the circle, OPBG landscape architect Irving Payne assumed responsibility for the vegetation plan around the memorial structure. (In his role with the OPBG, Payne was responsible for many D.C. park projects around this time, including the design and development of Anacostia Park.) This included the plantings for the east front that would frame the front of the structure as viewed from the Reflecting Pool, and the plantings for the west front that would frame the views of the structure from the Potomac River and

**Lincoln Memorial**
**National Mall and Memorial Parks**

its approach. According to Henry Bacon's original vision for the memorial, the planting plan should allow for the structure to be

> …conspicuous from many points of view and by means of openings in the encircling foliage, as will be seen in its entirety from six different monumental approaches. Its whole eastern and western facades will be exposed to view, the former towards the Washington Monument, and the latter towards the Potomac River and the hills of Arlington. (quoted in Joseph, Wheelock, and McLarty 1999: 26).

With this concept in mind, Irving Payne submitted nine different planting plans to the Commission of Fine Arts, which reviewed the plans at a meeting on September 20, 1919 (Joseph, Wheelock, and McLarty 1999: 26). By this time, Frederick Law Olmsted, Jr. had been replaced on the CFA by James Leal Greenleaf, a landscape architect and civil engineer known to this point for his work on major estates for Frederick William Vanderbilt, George Dupont Pratt, and others (*The New York Times*, April 16, 1933: 28).

At the September 1919 meeting, Greenleaf objected to the principles of Bacon's original landscape plan that had informed Irving Payne's plans. He argued that the plantings should be simple and strong, avoiding the formality of strict vertical lines, and advocated for irregular, rounded masses of plantings around the base of the retaining wall with "seemingly random spacing" to soften the rigid geometry of the memorial structure (Kohler 1996: 15; Joseph, Wheelock, and McLarty 1999: 26). In order to achieve the "strong rugged type of informal planting" that the structure required of its setting, Greenleaf proposed the use of "bold, strong outlines of evergreen" around the foundations and platform terrace—they should not "sire up against the masonry, but form a big, broad outline" (quoted in Joseph, Wheelock, and McLarty 1999: 26).

In terms of species and planting strategies that would satisfy these specifications, Greenleaf suggested the use of yews (*Taxus sp.*), since they could grow to widths of 25 feet and heights of nearly 15 feet. Where costs were a concern, he suggested that some trees might be transplanted from other D.C. parks, and he argued that the landscape architect should begin with small plantings (but not small species) so that the forms of the landscape would be revealed over time—the full effect might not be revealed for 50 years or more (Kohler 1996: 15; Joseph, Wheelock, and McLarty 1999: 26).

For the east side of the structure, Greenleaf proposed that Payne incorporate six or more yews (*Taxus sp.)*—of different varieties—and "box bushes" (*Buxus sempervirens*), which were already included on Payne's first plans. He recommended using "rugged" hedges, 7 feet wide, to line the edges of the approach steps, and he wanted the edges of the memorial structure itself to be straight and clear—but with "some good background" (quoted in Joseph, Wheelock, and McLarty 1999: 27). This meant the elimination of mass plantings represented in Irving Payne's designs. The CFA endorsed Greenleaf's concepts, and Irving Payne revised his plans in the ensuing months based on Greenleaf's input.

For the west side of the structure, Greenleaf once again took issue with Irving Payne's initial designs. Greenleaf wanted the western side of the circle to be landscaped with distinct groupings using coniferous and glossy-leafed evergreens such as pine (*Pinus sp.)* and Southern magnolia (*Magnolia grandiflora)*—with the expectation that the pine would be removed as the magnolia matured. These pairings contrasted with his vision for the east side of the structure, but that was intentional: for views from the east toward the Lincoln Memorial, magnolia would be both a suitable backdrop for the structure and an appropriate contrast with the plantings in the foreground on the east side. Meanwhile, for views from the west toward the memorial—including views from the planned Potomac Parkway and the river—magnolia would be unobtrusive (Joseph, Wheelock, and McLarty 1999: 28). The magnolias would be placed near the inner edge of the circle, "eliminating the need for evergreen planting at the northwest and southwest corners of the retaining wall" (Joseph, Wheelock, and McLarty 1999: 28). The CFA once again endorsed Greenleaf's ideas, and Irving Payne returned to the drawing board to revise his own plans.

Irving Payne continued to iterate the east and west landscape plans over the following months, with frequent input from both Greenleaf and Bacon. Subsequent plans for the east side reflected adjustments in the placement of shrubs based on Greenleaf's ideas, and Payne's plans moved forward with the selection of English yews (*Taxus baccata*), American hollies (*Ilex opaca),* and boxwoods (*Buxus sempervirens)* for the northeast and southeast corners, and the area immediately adjacent to the east retaining wall. Bacon briefly objected to the use of boxwood, but changed his mind as of July 1920, after seeing the use of boxwood on-site. He also took issue at that time with two of the yews on the east side; the CFA recommended that Payne replace those two trees with denser

boxwoods (12-15 feet tall) "to secure the desired effect of strength and solidarity" (quoted in Joseph, Wheelock, and McLarty 1999: 27-28).

On the west side, Payne's revised plans rearranged the trees to allow for openings and views of the memorial from the west circle, parkway, and Potomac River. Payne did go through several more rounds of redesign with Greenleaf to finalize the placement of trees and shrubs, as his early redesigns remained too geometric and regularly placed for Greenleaf's tastes (Joseph, Wheelock, and McLarty 1999: 28-30). The final design allowed for a large wedge-shaped opening at the center of the west side, separating the plantings at the northwest and southwest corners of the structure. As redesigned, the planting plan featured Southern magnolias (*Magnolia grandiflora),* per Greenleaf's suggestion, as well as American and English hollies (*Ilex opaca* and *Ilex aquifolium*) and mugo pines (*Pinus mugo)* to mediate between the plantings on the east and west sides of the structure. The plans for the west side were eventually approved in January 1920, but implementation was tabled for over a decade, until the Arlington Memorial Bridge was nearly complete (Joseph, Wheelock, and McLarty 1999: 28-30).

In December 1919, the OPBG began to prepare beds within the circle for plantings on the east, north, and south sides. In spring 1920, the Commission of Fine Arts specified the use of large specimen plantings so that the trees and shrubs would not be out of scale with the monumental structure. But by the end of 1920, only 15 specimen boxwood shrubs (of the 44 that were planned) and one yew were in place on the east side of the structure (Joseph, Wheelock, and McLarty 1999: 28).

For the circular roadway itself, the project designers submitted two plans to the CFA for review in January 1921. One plan featured a 9-inch crown (the difference in grade between the highest and lowest points in the roadway), no catch basins, and no curbing; the second plan featured an 11-inch crown and no curb. The CFA approved both plans in concept, but directed the designers to adjust the slope of the road to avoid the appearance of a sunken circle (Joseph, Wheelock, and McLarty 1999: 30).

In early 1922, Congress appropriated $100,000 for the circular drive and its sidewalks and for the roads and walks that would link the memorial's circle road with the existing street grid. The

specifications for these circulation projects were as follows: a 60-foot bituminous macadam circular drive with curb and gutter; a 15-foot scrubbed-surface concrete walk around the circle, on the inner and outer perimeters of the circular drive; and the extension of 23rd Street NW into the site, with a divided roadway and a turf median running north-south down the center of the road (Concklin 1927: 27; J.W.E., Office of Public Buildings and Grounds 1921; Joseph, Wheelock, and McLarty 1999: 30). Construction on these circulation features continued into 1922, and would include the streetlights approved by Bacon as the only lighting features within the landscape.

*The Lincoln Memorial's Park and Parkway Connections*
The landscape south, west, and northwest of the memorial structure, outside the perimeter of the circular drive, was slow to progress during this period for two primary reasons: World War I diverted Congressional funding away from many budgets; and the concept of a memorial bridge to Arlington was gathering steam, so the Lincoln Memorial designers did not want to advance their own landscape plans until the bridge plans were further along, knowing that the eventual bridge's approach would likely pass through the cultural landscape. In the absence of approved plans or appropriations for the Rock Creek and Potomac Parkway, and the cultural landscape's connections to that parkway, alterations during this period primarily consisted of grading operations south, west, and north of the memorial structure.

In the wedge of land south of the memorial and within the CLI's study area boundaries, site preparation began at some point before 1921 for the southeast radial road that would become Daniel French Drive SW and for the southern extension of 23rd Street NW to connect to Ohio Drive SW (historically known as Riverside Drive). However, construction on these roads was not complete until 1922 (War Department, Army Air Forces, Bolling Field Photo Section 1921; United States Army Air Service, 3rd Photo Section 1922).

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 28: The structure and landscape as of 1921. Note the temporary war buildings in the northeast section of the contextual landscape, north of the Reflecting Pool allée. (National Archives)*

More significantly, this area was selected in 1920 to be the site for a memorial to commemorate John Ericsson, a Swedish-born inventor who invented the screw propeller and developed the innovative design for the iron-plated *U.S.S. Monitor* during the Civil War. The concept of a memorial in Ericsson's honor took root in 1916, when the House of Representatives voted in July to appropriate $35,000 for a sculpture after several years of lobbying by Swedish-American newspapers and The American Scandinavian Alliance (*The Evening Star,* July 25, 1916, 7; American Scandinavian Alliance 1924: 26). The appropriations bill also established a 3-member supervisory commission and a committee of 35 men charged with selecting a site, architect, and sculptor, and responsible for overseeing construction of the monument (American Scandinavian Alliance 1924: 27-28).

**Lincoln Memorial**
**National Mall and Memorial Parks**

However, it was not until June 1920 that the sculpture committee settled on a site for the memorial: it would be placed immediately south of the Lincoln Memorial "at the point where the driveway along the Potomac River turns into the Lincoln Memorial circle" (*The Evening Star*, June 24, 1920, 17). The site selection deliberately capitalized on the proximity of the Lincoln Memorial as it symbolized Ericsson's role in ensuring the United States' victory in the war; the waterfront site also acknowledged Ericsson's achievements specifically with respect to naval innovation.

James Earle Fraser was to be the sculptor. Fraser's plans included a circular base, inscribed with a 150-foot bronze compass, and several stacked pedestals culminating in a seated figure of Ericsson in a contemplative pose. He would be framed by three symbolic figures to signify Adventure (represented by a Viking), Vision (represented by "an inspired woman"), and Labor (represented by an iron moulder). The three figures were placed against a carved backdrop of the Norse Tree of Life, "Ygdrasil." In total, the monument measured 20 feet in height (American Scandinavian Alliance 1924: 41).

Once the site was selected, planning progressed for the sculpture's fabrication, but it was not complete and installed until 1926. The dedication ceremony was held on May 29, 1926, with members of the Swedish royal family in attendance, as well as President Calvin Coolidge, various members of Congress, Major U.S. Grant III of the Army Corps of Engineers, and the sculptor James Earl Fraser (United States Congress 1929: 27).

In the landscape west of the Lincoln Memorial, between the new circular roadway and the river, a new seawall bulkhead was constructed during this period, extending 3,000 feet along the shoreline southeast of the cultural landscape. As part of the bulkhead construction, new fill was added behind the wall, shoring up what had been a shallow bank. This had the ultimate effect of extending the shoreline west of the Lincoln Memorial and creating more space for the memorial's *rond point*. Most of the seawall construction was complete by the end of 1919 (Joseph, Wheelock, and McLarty 1999: 24).

**Lincoln Memorial**
**National Mall and Memorial Parks**

As originally built, the seawalls consisted of dry-laid masonry stone set onto a riprap foundation. They were 6 feet tall with a profile that tapered from 4 feet at the base to 2 feet, 6 inches at the top. The stone was quarried from nearby areas along the Potomac and constructed by day laborers. As stones were dislodged by weather events or by heavy visitor use, portions were secured with cement mortar (Chapell 1973: 54-67).

In the wedge of land north of the memorial and within the CLI's study area boundaries, this period saw the site preparation and eventual construction for the extension of 23rd Street NW and the northeast radial road that would become Henry Bacon Drive NW, linking Lincoln Memorial Circle with B Street North (now Constitution Avenue NW). These features reorganized the landscape north of the memorial into a more orderly and symmetrical composition, although construction on these circulation features continued into 1922. The landscape north of the Lincoln Memorial circle was otherwise characterized during this period by grading operations and open space, with large spans of lawn and very few trees (War Department, Army Air Forces, Bolling Field Photo Section 1921).

*The Contextual Landscape*
The area northeast of the memorial structure was most affected by the landscape alterations during World War I. Beginning in 1918, the War Department cleared the area north of the allées, between the Reflecting Pool character area and B Street; it removed 23 tennis courts and over 5,000 trees that the OPBG added sometime between 1909-1918 (Joseph, Wheelock, and McLarty 1999: 25). In March 1918, the Urgent Deficiency Act authorized the Navy and War Departments to construct two large and temporary buildings in the area south of B Street and north of the Reflecting Pool, between 17th and 21st Streets.

The resulting buildings, known as the Navy and Munitions Buildings, were occupied as of August 1918 by the offices of the Secretary of the Navy and the Chief of Naval Operations. The two identical buildings, which were built around central east-west corridors with north-south wings, extended nearly a third of a mile along B Street North (now Constitution Avenue) (Fanning 2008: 39). Each building was three stories high, with wood frame construction and stuccoed exterior walls. Nearly 100 pedestrian bridges linked the buildings' various wings, and new circulation features—including

an automobile parking lot laid out between the buildings and the northern allée—brought over 14,000 people to work in the site (Fanning 2008: 39). Although these buildings were intended to be temporary, they remained on the site until the 1970s. With perimeter fencing and guard houses, the War Department buildings barred public access to that section of the contextual landscape for several decades.

The area south of the pool landscape, in the southeast section of this CLI's contextual landscape, was not affected by wartime construction and was largely wooded until the 1920s. In the years after World War I, however, it was key to the District of Columbia's efforts to commemorate the toll of the war.

*Summary*

World War I introduced significant changes to the landscape around the Lincoln Memorial and the Reflecting Pool, as a series of temporary war buildings was constructed in the northeast corner of the contextual landscape. Within the cultural landscape itself, construction progressed on the main structure, as well as landscape features such as the Reflecting Pool and the new John Ericsson Monument.

***MEMORIAL DEDICATION, ADMINISTRATIVE TRANSFERS, AND THE INTERWAR YEARS (1922 – 1938)***

At its meeting on January 28, 1922, the Lincoln Memorial Commission agreed that the long-delayed dedication ceremony would be held on Memorial Day, May 30, 1922. Howard Taft, chairman of the commission and former president of the United States, would make a speech, former president Woodrow Wilson would be invited to attend the ceremony, and then-President Warren G. Harding would be invited to make an address. Congress would be in recess, so senators and representatives could both attend, and members of the Grand Army of the Republic were also included in the ceremony—as was Abraham Lincoln's only surviving son, 78-year-old Robert Todd Lincoln (Concklin 1927: 73-74; Sacher 2014: 63). Having settled on the details of the ceremony and ushered the design of the memorial structure to fruition, the Lincoln Memorial Commission convened its final meeting on April 5, 1922 (Concklin 1927: 28).

Not all aspects of the cultural landscape or its context were complete by May 30, 1922, however—most notably including the Reflecting Pool. The basin had been excavated, but the allées still left room for cross-arms to be added at a future date. The plantings on the east side of the memorial were relatively finished, completing the views of the structure during the dedication ceremony, but the planting plan for the west side of the structure remained unresolved, as did the lighting plan to illuminate the exterior. The Navy and Munitions Buildings were witnesses to all of this activity—finished and not—and were fixtures on the northeast corner of the contextual landscape as the Lincoln Memorial was dedicated for the public.

In addition to the presidential guests and other VIPs, an estimated 75,000 people attended the dedication ceremony on May 30, 1922. The speakers' podium was at the center of the portico on the east elevation, and important guests were seated on the portico, at the top of the main staircase, and on the terrace, where a temporary guardrail was installed. Members of the public sat wherever they could on the east side of the memorial, including on the coping stone around the unfinished Reflecting Pool (Joseph, Wheelock, and McLarty 1999: 33-35).

The event was segregated, however. Only one Black speaker was invited to the podium—Dr. Robert Russa Moton of the Tuskegee Institute—and his intended speech was sharply edited in advance by

**Lincoln Memorial**
**National Mall and Memorial Parks**

the members of the Lincoln Memorial Commission to avoid a call to ongoing reconciliatory action in Lincoln's name. As for the public audience: while white attendees had direct views toward the front of the memorial from the areas around the Reflecting Pool, Black attendees were relegated to the areas north and south of the main axis, with oblique views toward the memorial for Abraham Lincoln (Sacher 2014: 63-64).



*Fig. 29: Lincoln Memorial dedication ceremony on May 30, 1922. (Library of Congress)*

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 30: Aerial view of the Lincoln Memorial cultural landscape as of the dedication ceremony on May 30, 1922. (Library of Congress)*

The completed memorial structure and the complete-in-concept landscape were very well received by the general public and by many (if not all) members of the press. Grace Phelps of the *New York Tribune* wrote that "there is not an unnecessary line, not a fault in proportion. Line and mass combine to make…the unity that is perfection"; the *Christian Science Monitor* declared that the memorial expressed "an ideal in universal language"; and architect Electus D. Litchfield stood before the AIA convention in May 1923 and proclaimed that Bacon and the other designers had "built a memorial—a shrine—worthy of that greatest American and of the place that his character holds in the hearts of the American people" (quoted in Thomas 2002: 141). At that convention, Bacon received just the third AIA Gold Medal in history for his achievements on the Lincoln Memorial commission; the Gold Medal ceremony was held on the front steps of the memorial.

For the first two years of the structure being opened to the public (June 21, 1921 to June 30, 1923), nearly half a million people visited the structure. Two years later, in June 1925, the OPBG estimated that 1,171,000 people visited in the previous year. By 1927, the estimated average daily attendance was 3,000 people on weekdays and 4,000 people on weekends (Concklin 1927: 92-93). Prompted in part by the growing popularity of the automobile, these attendance numbers surged even as work continued around the landscape throughout the 1920s and 1930s.

This period was also characterized by several administrative transfers that affected the cultural landscape, beginning in 1924 with the creation of the National Capital Park Commission (NCPC). NCPC was responsible for maintaining a comprehensive and coordinated plan for public parkland in D.C. and its surrounding area. A year later, in February 1925, Congress eliminated the OPBG and transferred its responsibilities and lands to the Office of Public Buildings and Public Parks (OPBPP), which reported directly to the President of the United States (Heine 1953: 27). As such, the stewardship of the Lincoln Memorial grounds fell to OPBPP beginning in 1925. In 1926, just two years after Congress authorized the creation of the NCPC, the legislature renamed the agency to be the National Capital Park and Planning Commission (NCPPC), with expanded authority to manage park planning in the D.C. region and new acquisition authorities for future park development (Heine 1953: 29-30).

**Lincoln Memorial**
**National Mall and Memorial Parks**

With the Lincoln Memorial Commission disbanded, the OPBPP continued to manage the memorial landscape's construction and maintenance during this period, with the Commission of Fine Arts weighing in on important decisions. In 1933, however, that changed: the care and maintenance of Washington, D.C.'s monuments and federal parkland shifted from the Office of Public Buildings and Public Parks to the National Park Service (NPS). A newly created division of the National Park Service, National Capital Parks, assumed responsibility for the management of all federal reservations, including the Lincoln Memorial.

With the Commission of Fine Arts' input, National Capital Parks oversaw the development of the Lincoln Memorial cultural landscape in the years leading up to World War II, including refinements in the Reflecting Pool design, alterations to the plantings around the memorial structure, new landscape uses and connections along the Potomac River waterfront, and new memorials and War Department structures in the contextual landscape around the structure.

*The Reflecting Pool Landscape*
The Reflecting Pool and its transverse pool were the most prominent unfinished features at the time of the dedication ceremony in May 1922, although construction on both pools moved briskly in the next few years. By December 1922, the Reflecting Pool was filled with water. As completed, the Reflecting Pool was 2,000 feet long and 160 feet wide (from north to south), with a maximum depth of 3 feet. It held 6.75 million gallons of water, drawing on a supply/drainage system that was capable of refilling the entire pool and its smaller transverse pool in 24 hours (Joseph, Wheelock, and McLarty 1999: 35; Concklin 1927: 51). The transverse pool measured 300 feet from north to south, and 160 feet across from east to west. It held 750,000 gallons of water. The granite coping around the pools was supported by a reinforced-concrete T-beam resting on a grid of columns spaced 20 feet apart and drilled down through the Potomac fill to the bedrock beneath (Concklin 1927: 51-52).

Six months later, in June 1923, the concrete walks within the allées north and south of the pools were partially complete, and they were fully in place by 1924. In October 1924, the fountain in the transverse pool was installed; it featured 124 nozzles arranged around the outer edge of the pool in the shape of an ellipsis. Two clusters of jets placed north and south of the pool's center created a

**Lincoln Memorial**
**National Mall and Memorial Parks**

"hazy vista" of the Washington Monument to the east and the Lincoln Memorial to the west—
although in 1925, the CFA complained that the fountain obstructed the view of the memorial from
17th Street. Shortly before the pool's dedication, the spray of the fountain formed a rainbow, earning
the pool the name "Rainbow Pool" (Joseph, Wheelock, and McLarty 1999: 35). The transverse pool's
engineering allowed for the installation of an electric apparatus at a later date, with the possibility of
illuminating the fountain with colored lights.

By 1926, the pools were in use for public recreation. In warm weather, the Reflecting Pool in
particular was used for swimming, sailboat races, and fly-casting contests. In winter, the OPBG
flooded the surface of the frozen pool to allow for ice skating. The pools also quickly gained a place
as the setting for large events—a continuation of their prominence during the dedication ceremony,
even as they were unfinished. Large-scale events held in the years after the dedication ceremony
included the George Washington Festival of Youth, a day of "pageantry and processionals" in honor
of George Washington, convened for various youth organizations and hosted around the pools on
May 14, 1932 (Joseph, Wheelock, and McLarty 1999: 42; *The Evening Star,* May 13, 1932, 17).

Meanwhile, the allées that flanked the pools struggled during the 1920s, as poor root development
and drainage conditions threatened several of the elms. By 1929, most of the elms planted in 1916
were unstable at the root and vulnerable to damage or toppling in high winds; several had to be
replaced. The OPBPP made improvements to the drainage around the trees, which helped the
replacements survive (Joseph, Wheelock, and McLarty 1999: 41). Even as the trees were replanted,
however, the overall planting plan for the allées maintained the openings where the cross-arms might
be inserted at a later date.

The pool basins also needed repairs in 1929, a sign of their popularity and recreational use. In the
years since they had been completed and filled with water, the pools had settled (much as the terrace
around the memorial structure had settled). As a result, the Rainbow Pool needed a new reinforced
concrete bottom, while the Reflecting Pool needed new sealant in the basin. The Rose Brothers, a local
contracting company, performed the repairs in the fall of 1929 (Joseph, Wheelock, and McLarty 1999:
42).

**Lincoln Memorial**
**National Mall and Memorial Parks**

In 1935 and 1936, after National Capital Parks (NCP) took over the management of the cultural landscape, NCP installed new trenches along the rows of elms in the allées—part of an ongoing effort to improve the drainage conditions in the Reflecting Pool/Rainbow Pool area (Joseph, Wheelock, and McLarty 1999: 50).

*The Lincoln Memorial Structure and Circle*

*Planting Plans*

The OPBG and its successor agency, the OPBPP, continued to revise the Lincoln Memorial circle's planting plan in the years after the dedication ceremony. On the east side of the structure, the OPBG planted 10 new boxwood trees (*Buxus sempervirens 'Arborescens')*, 164 linear feet of dwarf boxwood hedge (*Buxus sempervirens 'Suffruticosa')* and 200 trailing vines (of unknown species) in the fall of 1922. Also in fall 1922, the OPBG filled in and brought to grade the area on the south side of the memorial and prepared it for turf (Joseph, Wheelock, and McLarty 1999: 28). Additional boxwoods and "hedge plants" (*Buxus sempervirens 'Suffruticosa')* were added between 1924 and 1926 in planting beds along the Approachway and in other unspecified locations around the structure (Joseph, Wheelock, and McLarty 1999: 37).

On November 5, 1923, the First Lady of the United States, Grace Goodhue Coolidge, planted the first of many singular memorial trees—an elm (*Ulmus sp.)* that was planted on the northwest side of the northeast radial road (now Henry Bacon Drive NW), between the sidewalks and the street (Jeffers 1925). Nearly two dozen other memorial trees were planted in 1924 and 1925 to honor significant figures and events, including Clara Barton, Walt Whitman, the Grand Army of the Republic, and Armistice Day. The trees were generally planted around the outer edge of Lincoln Memorial Circle, on the east front and between Henry Bacon and Daniel French Drives (Jeffers 1925).

In 1924, the OPBG planted hardy vines (of unknown species) around the base of the terrace, with the expectation that they would climb the terrace walls. On the west side of the structure, where the planting plan had been approved by the CFA in January 1920 but not yet implemented, the vines were quite visible as they ascended the terrace walls (Joseph, Wheelock, and McLarty 1999: 37).

Otherwise, the west side planting plan did not advance substantially until the 1930s, as the Arlington Memorial Bridge approached completion.

Between 1927 and 1928, the OPBPP transplanted 15 large magnolia trees from the memorial landscape to the Fountain No. 4 in what is now the George Mason Memorial (Christianson and Sanders 2017: 44). The agency also added 7 large new boxwoods (*Buxus sempervirens*) at the memorial on its south, east, and north sides (Joseph, Wheelock, and McLarty 1999: 39).

In 1928, Irving Payne of the OPBPP proceeded with the planting plan for the west side that had been approved by the CFA several years earlier, although he made modifications to the plan's character and treatment in the central area on that side in anticipation of the construction of Arlington Memorial Bridge. CFA landscape architect Ferrucio Vitale recommended a simpler design for the north, south, and west corners using boxwood. He also recommended removing the climbing vines on the terrace walls and replacing them with climbing euonymus (similar to *Euonymus fortune* var. *radicans 'Vegetus'*) to prevent masonry damage (Joseph, Wheelock, and McLarty 1999: 44). The CFA approved the revised plans in the fall of 1931 (Joseph, Wheelock, and McLarty 1999: 46).

In 1931-32, substantial plantings were finally added to the west side of the circle. James Greenleaf was a strong influence on those landscape plans several years earlier in his role on the CFA; by this time, he had moved on from that role and was the consulting landscape architect for the Arlington Memorial Bridge Commission, so he continued to have a role in the design of the landscapes around the Lincoln Memorial (Joseph, Wheelock, and McLarty 1999: 30). Ferrucio Vitale had been replaced on the CFA by this time by landscape architect Gilmore Clarke; as Irving Payne implemented the plans developed by Greenleaf and approved by the CFA, Clarke clashed at times with Greenleaf over the execution of those plans. Clarke took issue with the scale and texture of the magnolias (*Magnolia grandiflora)* as paired with the boxwoods (*Buxus sempervirens)*; he recommended the use of American holly (*Ilex opaca)* to complement the magnolia instead (Joseph, Wheelock, and McLarty 1999: 46).

Nevertheless, planting proceeded according to the plan approved by the CFA in 1931, and included Southern magnolia (*Magnolia grandiflora),* American holly (*Ilex opaca),* dwarf boxwood (*Buxus*

*sempervirens 'Suffruticosa'*), common boxwood (*Buxus sempervirens)*, Japanese yew (*Taxus cuspidata),* and mugo pines (*Pinus mugo)*. Contracts were issued for the removal and transplantation of several existing trees on the west side, in conjunction with the construction of the Arlington Memorial Bridge. The landscape was complete in 1932, and an irrigation system was installed within the circle.

Between 1933 and 1934, the Public Works Administration (PWA) was involved in masonry cleaning and repointing and vegetation maintenance, as part of the New Deal employment programs (McKee and Walker, accessed October 28, 2021, https://livingnewdeal.org/projects/lincoln-memorial-repairs-washington-dc/). Under the direction of National Capital Parks, the PWA replaced several yew and boxwood plantings in the circle, as well as segments of the dwarf boxwood hedge (*Buxus sempervirens 'Suffruticosa')* along the Approachway; the plantings were replaced and supplemented with similar species. New drainage trenches were installed on both sides of the Approachway, along the hedges (Joseph, Wheelock, and McLarty 1999: 49).

*Lighting Plan*

Henry Bacon and Daniel Chester French continued to debate the best lighting scheme for the structure. Bacon preferred to introduce as little illumination as possible, but French was concerned about the shadows cast on his sculpture based on the path of the sun through the skylights and ultimately, nightfall. In July 1922, Bacon sketched a lamppost design with spherical globes, to be installed around the circle, but his design was not selected. He also designed two small memorial fountains to be placed at the top of the steps leading down to the Reflecting Pool, but they were not installed either (Joseph, Wheelock, and McLarty 1999: 31).

Henry Bacon died in 1924, before the lighting design was resolved. In January 1926, lampposts were installed at regular intervals around the perimeter of the circle; their acorn-style design was developed by Francis Millett in 1910 for use in the District's streetlight system. The design is referred to as the Washington Standard or the Washington Globe, alternatively. Park officials subsequently installed Washington Standard lampposts on both sides of major roads (e.g. Parkway Drive NW) and on alternating sides along minor roads (e.g. 23rd Street NW/SW and Henry Bacon Drive NW). For unknown reasons, the agency did not initially install lighting along Daniel French Drive SW (National

Park Service, National Capital Parks, Planning and Construction Division 1940). Along the throughfare of Constitution Avenue SW, the agency installed a different model lamppost called the Twin Twenty. It was similar in design to the Washington Standard, but featured a taller pole and two luminaries at its top. These were installed on both sides of Constitution Avenue (National Park Service, National Capital Parks, Planning and Construction Division 1940).

That same year, Congress appropriated funds to install interior lighting, and in January 1927, the CFA approved the first interior lighting system for the Lincoln Memorial. The system, designed by W. D'Arcy Ryan of General Electric, cast "a quiet, subdued light at night" onto Daniel Chester French's statue (Joseph, Wheelock, and McLarty 1999: 36, 195; Thomas 2002: 137). Contractors Biggs and Kirchner installed 24 floodlights directed toward the statue and an additional 125 lights for general interior illumination. The project was complete by 1929, and in April 1930, visitor hours for the memorial were extended until 9:30 pm year-round—an administrative move made possible by the introduction of the interior lighting system (Joseph, Wheelock, and McLarty 1999: 36).

*Roads and Walkways*

By fall 1922, the circle's inner sidewalks were complete all the way around the memorial. The circle's outer sidewalk was complete only on the east side of the circle; it stopped at the 23rd Street NW axis and did not continue around the west side of the circle, as construction on that side of the structure awaited the completion of the Arlington Memorial Bridge (Joseph, Wheelock, and McLarty 1999: 30).

*Other Alterations*

In 1927, the Office of Public Buildings and Public Parks (OPBG's successor agency, abbreviated as OPBPP) constructed two public comfort stations on the east side of the structure, inside the raised terrace, to accommodate the memorial's growing crowds. The entrances to these comfort stations were cut through the east terrace wall on either side of the steps to the memorial, and bronze doors were hung in each entrance. They were accessed from the sidewalks that began at the main walkway and passed through the foundation planting (Joseph, Wheelock, and McLarty 1999: 37).

**Lincoln Memorial**
**National Mall and Memorial Parks**

Also during this period, the OPBPP installed temporary freestanding handrails c. 1932 on the terrace and on the stylobate steps, in alignment with the entrance to the statue hall (Joseph, Wheelock, and McLarty 1999: 48).

*The Watergate Steps and the Memorial's Park and Parkway Connections*
The areas around the memorial structure to the south, west, and north saw substantial change in the years between the dedication ceremony and World War II.

The southeast radial road (now known as Daniel French Drive SW) was complete by 1927, but the flanking sidewalks were added at a later date (U.S Army Air Service Bolling Field Photo Section 1927). Throughout the 1920s, the southeast radial road was the focus of various civic plantings that introduced new memorial trees to the landscape's vegetation. On May 23, 1923, the lieutenant governor of Massachusetts and 39 mayors from the commonwealth planted 40 American elms (*Ulmus americana)* along the southeast radial road to create the "Massachusetts Avenue of Memorial Trees" (Jeffers 1925).

South of the memorial structure and circle, work continued to create a statue honoring John Ericsson. In 1924, the Commission of Fine Arts approved the 1920 site selection decision that would place the statue south of the Lincoln Memorial, creating a new focal point and organizing feature on axis with the memorial structure. Site preparation began in 1924, shortly after the CFA decision, but the statue was not complete and installed until July 1927. (A dedication ceremony was held a year earlier, in May 1926.) By the time it was installed, the statue was set within a traffic circle at the intersection of 23rd Street SW and Riverside Drive (now known as Ohio Drive SW) (Joseph, Wheelock, and McLarty 1999: 40).

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 31: The memorial dedicated to John Ericsson was completed south of the Lincoln Memorial structure in 1927. (Library of Congress)*

The vegetation plan was developed and refined in conjunction with the completion of the Arlington Memorial Bridge in 1932. It featured many of the same plant species as the Lincoln Memorial circle planting plan, including American elms (*Ulmus americana*) along Riverside Drive, and several types of junipers on the interior of the statue's traffic circle (e.g. *savin juniper, Juniperus sabina 'Tamariscifolia'; creeping juniper, Juniperus horizontalis; and singleseed juniper, Juniperus squamata meyeri*). In the summer of 1932, the OPBPP installed curbs and gutters, along with four sidewalks radiating out from the statue to the traffic circle along the cardinal directions (Joseph, Wheelock, and McLarty 1999: 45). Where the sidewalks met the statue's platform at the center of the traffic circle, dwarf mugo pines (*Pinus mugo*) were placed on either side of the sidewalk (Howard 1930; Payne 1934).

West of the Lincoln memorial structure and circle, the western extent of the cultural landscape continued to expand as the Army Corps of Engineers added new landfill behind the Potomac River seawall in 1923 and 1924. By 1925, the shoreline was substantially complete, and the western boundary of the cultural landscape was established (Joseph, Wheelock, and McLarty 1999: 36). This made possible the long-gestating concept of the "Watergate Steps," a ceremonial entrance to the cultural landscape (and West Potomac Park in general) from the Potomac River—an idea first presented in the 1901 McMillan Plan. This concept had its roots in European waterfront estates, but the first use of the name "Watergate" in reference to the Lincoln Memorial's waterfront appears to date to the 1920s, when the Commission of Fine Arts used it in reference to proposals for the Arlington Memorial Bridge (The National Commission of Fine Arts 1926: 52).

In March 1928, the CFA convened a special meeting to discuss the traffic issues in West Potomac Park, including congestion on Riverside Drive, which passed by the new Ericsson Monument and along the western edge of the cultural landscape. The CFA eventually issued recommendations for the road treatment in service to the overall landscape plan—rather than privileging the through-traffic "as a roadway in the true sense" (quoted in Joseph, Wheelock, and McLarty 1999: 43). This meant adjusting the width of the proposed Watergate Steps, shifting their position away from the water's edge to make room for the drive, and diverting the drive through an underpass below the Arlington Memorial Bridge and toward the underpass connection to the Rock Creek and Potomac Parkway (Joseph, Wheelock, and McLarty 1999: 43).

That same year, the National Capital Park and Planning Commission (NCPPC) assumed responsibility for all comprehensive park and regional planning efforts in D.C. Frederick Law Olmsted, Jr. was the chair of the NCPPC as the Watergate plans were underway, and with James Greenleaf in charge of the Arlington Memorial Bridge design nearby at this same time, the western section of the cultural landscape shared many of the same design influences as the Lincoln Memorial structure and circle (Joseph, Wheelock, and McLarty 1999: 44).

In September 1931, the extension and realignment of B Street North (renamed Constitution Avenue) impacted the circulation through, and use of, the cultural landscape as it created a through-route

between Capitol Hill and the Potomac River. In 1932, the opening of the Arlington Memorial Bridge to traffic compounded the issue. The bridge was located southwest of the Lincoln Memorial, and its approaches linked from the surrounding street grid, including the Lincoln Memorial's own circular drive. The resulting traffic prompted questions about parking in and around the memorial, and the CFA considered parking proposals in 1931 and 1934. It rejected both proposals, and formally banned parking on the west side of the circle in 1934, with the exception of a taxi stand (Joseph, Wheelock, and McLarty 1999: 40).

The construction of the Watergate Steps area began in late 1930 or early 1931 and was complete by June 1932, around the same time that construction on the Arlington Memorial Bridge finished (War Department, Army Air Forces 1934a; War Department, Army Air Forces 1932). The Watergate Steps area included an upper plaza, lined by parapet wing walls, with a large elliptical lawn on the west side of the Lincoln Memorial circle, separating the roadways to the Arlington Memorial Bridge and the upper access drive for the Rock Creek and Potomac Parkway. Pedestals were constructed on either side of the bridge and the Watergate Steps access road, but statues were not mounted on those pedestals for nearly two decades due to budget constraints in the Great Depression and material shortages during World War II (Thomas 2002: 140). From that plaza, a broad staircase with 40 steps descended to the water level, where the roadway now known as Ohio Drive SW separated the Watergate Steps area from the seawall and river.

The planting plan for the Watergate Steps area and bridge approach blended with that of the Lincoln Memorial cultural landscape. The plantings selected for the landscape around the Watergate Steps were very similar to those planted in the west side of the circle during this same period, and included: American holly (*Ilex opaca*), dwarf boxwood (*Buxus sempervirens 'Suffruticosa'*), common boxwood (*Buxus sempervirens*), Japanese yew (*Taxus cuspidata*), mugo pines (*Pinus mugo*), bald cypress (*Taxodium distichum*), deodar cedar (*Cedrus deodara*), and Swiss stone pine (*Pinus cembra*). The only difference between the Watergate plantings and the circle plantings was the use of white pines (*Pinus strobus*) around the Watergate Steps, in place of Southern magnolias (*Magnolia grandiflora*) (Joseph, Wheelock, and McLarty 1999: 144-45).

In the summer of 1935, National Capital Parks organized the first concert series for the Watergate Steps. The staircase was ideally set up for such events: with the roadway at the bottom of the steps close to through-traffic, the steps became a sort of waterfront amphitheater, facing performers on stage at the edge of the water. In 1937, the setup became more elaborate as National Capital Parks introduced an orchestral barge as the stage. This concert barge was increasingly formalized in subsequent years and periods (Joseph, Wheelock, and McLarty 1999: 51).

North of Lincoln Memorial Circle, the 23rd Street NW road and sidewalks were completed during this period (Joseph, Wheelock, and McLarty 1999: 30; U.S. Army Air Service 1922). By 1927, the northeast radial road (now known as Henry Bacon Drive NW) was complete and flanked with finished sidewalks. A second, east-west road with sidewalks extended between the northeast radial road and the War Department buildings in the northeast section of the contextual landscape (War Department, Army Air Forces 1927).

In 1923, as the sport of golf became popular, a 9-hole sand-green golf course for Black golfers was laid out in the area northwest of the Lincoln Memorial circle, in the wedge of land bound by 23rd Street NW, B Street North (now Constitution Avenue), and Riverside Drive (now Ohio Drive SW) (Joseph, Wheelock, and McLarty 1999: 40; Babin 2017: 47). The first hole was located on the north side of B Street North, at the northwest corner of the cultural landscape, but holes 2 through 8 were located on the south side of the street, arranged throughout the lawn immediately northwest of the Lincoln Memorial circle ("Golf Course [Interior]" 1929). The golf course officially opened at noon on June 7, 1924; within a month, an estimated 1,000 golfers had played the course (Babin 2017: 47).

By this time, Congress appropriated $4,000 for the preparation of designs and estimates for the Rock Creek and Potomac Parkway. OPBG landscape architect Irving W. Payne and his assistant Thomas C. Jeffers prepared an updated drawing set. The OPBG submitted the plans to the Commission of Fine Arts, which reviewed the plans into the 1930s (EHT Traceries and Stantec 2018: 41).

In 1930, the golf course was rearranged in the northern section of the cultural landscape to make room for an open area along the river drive, south of B Street. In the reconfigured golf course, holes 1

through 4 were located north of B Street, along with a set of tennis courts; holes 6 and 7 were located a short walk away on the east side of 23rd Street, south of B Street. Holes 5, 8, and 9 were located on the southwest corner of the intersection of 23rd and B Streets, adjacent to the Lincoln Memorial circle ("West Potomac Park Relocation of Golf Course" 1930). The golf course remained in use for Black golfers until 1939, when ramps were added to connect Constitution Avenue NW with Ohio Drive SW. The displaced golfers moved to Langston Golf Course, which opened the same year at Benning Road in Anacostia Park; Langston Golf Course was considered a superior course to the 9-hole course at the Lincoln Memorial (Babin 2017: 14; Joseph, Wheelock, and McLarty 1999: 151).

The construction of the Rock Creek and Potomac Parkway in the area north of the Lincoln Memorial coincided with the completion of the Arlington Memorial Bridge in the early 1930s. In 1931, the granite Belvedere exedra (also known as Peters Point) was completed to serve as the western terminus of Constitution Avenue NW and the northern terminus for the balustraded seawall that begins at the Arlington Memorial Bridge (see Figure 31; Harris & Ewing 1935). The Belvedere featured a circular planting bed at its center, and several large elm trees (Ulmus sp.) were planted immediately north of the Belvedere, having been removed from the approach area for the bridge during construction (EHT Traceries and Stantec 2018: 41-42).

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 32: Aerial view showing Lincoln Memorial, Washington, D.C. and bridge to Arlington National Cemetery, Arlington, Virginia. (Harris & Ewing 1935)*

In October 1933, the Commission of Fine Arts approved plans to construct storage rooms in the open area created by the rearranged golf course, set into the hillside under the upper approach to the Rock Creek and Potomac Parkway. However, the following month, the CFA reversed its decision (Joseph, Wheelock, and McLarty 1999: 48). Nevertheless, the storage rooms were constructed by 1934, with concrete retaining walls framing the entrance and an access road that curved toward the entrance from Ohio Drive SW to the east.

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 33: 1934 view of the site. The storage tunnel is in place northeast of the Watergate Steps. (War Department, Army Air Forces 1934b)*

*The Contextual Landscape*

The War Department buildings remained the most prominent features in the vicinity of the Lincoln Memorial throughout this period, occupying the northeast corner of the contextual landscape. In 1928, the National Capital Park and Planning Commission released a master plan for the Mall, which included some discussion of the Lincoln Memorial contextual landscape. The plan represented the areas north of the Reflecting Pool area as wooded, with informal arrangements of deciduous trees that would be organized within a geometric layout of roads and drives. But this plan was hypothetical, anticipating the demolition of the War Department buildings that would not happen for 40 more years (Joseph, Wheelock, and McLarty 1999: 44).

**Lincoln Memorial**
**National Mall and Memorial Parks**

By 1930, a line of Lombardy poplars (*Populus nigra)* was planted at the rear of the Navy and Munitions buildings, along the parking lots, but the trees and a related post-and-wire fence were subsequently removed to accommodate additional buildings (Fanning 2008: 39). On March 19, 1936, a record flood from the Potomac swept through the contextual landscape toward the War Department buildings, forcing work crews to construct a temporary levee along the south side of the Navy and Munitions Buildings. A permanent dike approximately 2 feet, 6 inches high was constructed by the Army Corps of Engineers two years later in the winter of 1938, replacing the temporary levee in a similar location. It ran east-west, parallel to Constitution Avenue and the Reflecting Pool and located halfway between the two.

In the southern section of the contextual landscape, over 550 trees and shrubs (of unknown species) were removed from the lawn south of the allée. This had the double effect of clearing the views available from the allée and Reflecting Pool, while also clearing the site for new memorials, including a pavilion to honor D.C.'s war dead.

**Lincoln Memorial**
**National Mall and Memorial Parks**

*Fig. 34: 1927 view of site. The trees and shrubs have been removed from the southeast section of the contextual landscape.*
*(War Department, Army Air Forces 1927)*

Over 26,000 men and women from Washington, D.C. served in World War I, and 499 Washingtonians died (Donaldson 2009: 37). In 1924, Congress authorized the construction of a D.C. War Memorial, and the structure was eventually dedicated on November 11, 1931, on a 2-acre site in the southeast corner of the contextual landscape. It was placed on axis with 19th Street, between the Reflecting Pool and the road that is now Independence Avenue SW. Designed by architects Frederick H. Brooke, Nathan C. Wyeth, and Horace W. Peaslee, the D.C. War Memorial consists of a round open-air pavilion with Doric columns supporting a stepped dome (Donaldson 2009: 3).

**Lincoln Memorial**
**National Mall and Memorial Parks**

*Summary*

Beginning with the dedication ceremony for the Lincoln Memorial structure in May 1922, and continuing through the 1930s, the cultural landscape continued to evolve. Construction continued on the Reflecting Pool (and Rainbow Pool), and in the landscape west of the structure/circle, the landscape design finally progressed as construction for the Arlington Memorial Bridge got underway in the early 1930s. This period also saw the development of the Watergate Steps and the parkway connections around Lincoln Memorial Circle, as those related recreational landscapes took shape.

**Lincoln Memorial**
**National Mall and Memorial Parks**

---

*MARIAN ANDERSON, THE EARLY CIVIL RIGHTS MOVEMENT, AND WORLD WAR II (1939 – 1945)*

In 1939, seventeen years after its dedication ceremony, the Lincoln Memorial cultural landscape became the stage once again for a massive public event when it hosted a concert by renowned opera singer Marian Anderson on April 9. When the Daughters of the American Revolution (DAR) banned Anderson from performing at the organization's Constitution Hall because she was Black, the public backlash was sharp. First Lady Eleanor Roosevelt resigned from the DAR in protest, and the National Association for the Advancement of Colored People (NAACP) was instrumental in arranging the Lincoln Memorial venue instead, with support from Secretary of the Interior Harold Ickes (Sacher 2014: 69; Joseph, Wheelock, and McLarty 1999: 52).

On Easter Sunday (April 9), Anderson stood on the memorial steps facing east toward the Washington Monument and performed for the crowd of 75,000 in attendance. Tens of thousands of people watched from the Approachway steps, Lincoln Memorial Circle, and the lawns around the Reflecting Pool, and her performance was broadcast live over national radio. In addition to the First Lady, Secretary Ickes, Walter White (executive secretary of the NAACP), the crowd included members of the Supreme Court, Congress, and the President's cabinet (Sacher 2014: 69). The event—and the circumstances that caused it—established the Lincoln Memorial as a nationally significant stage for civil rights, racial justice, and public demonstration. Marion Anderson sang on the Lincoln Memorial steps once more, as part of a memorial service for Harold Ickes in 1952. As the decades since 1939 have demonstrated, the cultural landscape maintains the same symbolism of protest and civil rights that was established by Anderson's concert.

---

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 35: On April 9, 1939, Marian Anderson performed a concert on the steps of the Lincoln Memorial after being barred from performing in the DAR's Constitution Hall. She drew a crowd estimated at 75,000 people. (Library of Congress)*

In 1940, attendance at the Lincoln Memorial hit a new record of 1.5 million (Thomas 2002: 150). In 1941, as the popularity of the memorial and the Mall continued to grow, the National Capital Parks and Planning Commission updated its plan for the development of the Mall for the third time. The NCPPC's plans eliminated the cross-arms—although never built, they had remained a possibility to this point. With this plan, the NCPPC signaled a shift in planning and design for the Reflecting Pool within the existing linear footprint (Joseph, Wheelock, and McLarty 1999: 52-53).

The plan also marked a shift for B Street South (now Independence Avenue SW) in a way that would affect the southern boundary of the contextual landscape. The Jefferson Memorial was under

construction south of the contextual landscape by this time, and in anticipation of its completion, the NCPPC developed plans in 1939 and 1941 to extend Independence Avenue west from 14th Street along the route of B Street SW. The 1941 plan also included an access ramp near the Watergate to link the extended Independence Avenue with the Arlington Memorial Bridge and the Rock Creek and Potomac Parkway (Joseph, Wheelock, and McLarty 1999: 53). The CFA reviewed the proposal in November 1941, and expressed concern about the traffic and impacts of a two-way through-route. The solution, approved in mid-1942, incorporated several existing park roads—including the traffic circle around the Ericsson Monument—to create a system of one-way routes and make "driving safer and pleasanter" (quoted in Joseph, Wheelock, and McLarty 1999: 54). The Independence Avenue SW construction project was completed in August 1943.

*The Reflecting Pool Landscape*

Although the War Department buildings constructed during World War I were intended to be temporary, the American entry into World War II in 1941 only added to their presence in and around the Lincoln Memorial cultural landscape. For the first time, new "temporary" office and dorm buildings were constructed on the contextual landscape south of the Reflecting Pool, north of the D.C. War Memorial (present-day JFK Hockey Fields). A chain-link fence along the southern allée separated the war buildings from the Reflecting Pool, but in 1942, two covered pedestrian bridges were constructed to link the north and south building blocks. One bridge passed right through the Reflecting Pool near the 19th Street axis, while the second bridge was constructed between the Reflecting Pool and the Rainbow Pool (Joseph, Wheelock, and McLarty 1999: 55-56).

*The Lincoln Memorial Structure and Circle*

When the Lincoln Memorial was host to Marian Anderson's 1939 concert, the cultural landscape took on new intangible symbolism and new land uses as a site for racial justice demonstrations. In tangible terms, the structure and circle remained relatively consistent during this period. A proposal to install permanent lighting on the steps and handrails on the terrace and stylobate steps was considered but ultimately rejected (Joseph, Wheelock, and McLarty 1999: 55-56).

**Lincoln Memorial**
**National Mall and Memorial Parks**

---

*The Watergate Steps and the Memorial's Park and Parkway Connections*

In the south section of the cultural landscape, the road pattern around the Ericsson Monument and the Watergate Steps shifted in tandem with the extension of Independence Avenue NW, which was completed in August 1943. The two-way road extended through the cultural landscape on an east-west axis immediately north of the Ericsson Monument circle. The statue's encompassing traffic circle became a teardrop shape instead, and the northern sidewalk was eliminated. The extension of Independence Avenue NW through the landscape north of the Ericsson Monument had the effect of severing the statue from the rest of the Lincoln Memorial cultural landscape, as it introduced new and complicated intersections and crosswalks between the two memorials (U.S. Coast and Geodetic Survey 1946). Construction was complete by August 1943 (Joseph, Wheelock, and McLarty 1999: 54).

On the west side of the cultural landscape during this period, National Capital Parks introduced a more elaborate concert shell for the Watergate Steps in summer 1939 (Joseph, Wheelock, and McLarty 1999: 51). It was built by WPA laborers using $25,000 in federal funds set aside under the New Deal (*Baltimore Sun*, June 5, 1938: 8). With this shell in place, the Watergate Steps hosted concerts by a special Watergate Symphony Orchestra, as well as military bands, opera companies, and other invited artists. (The Watergate concert venue was so successful that it soon superseded the concerts at the D.C. War Memorial's bandstand. See Fanning 2008: 60, for more information.) The concert operations were managed on a concession basis by Government Services, Inc.

Around the Watergate Steps, the extended Independence Avenue SW prompted the reorientation of approach roads to and from the Arlington Memorial Bridge and the Rock Creek and Potomac Parkway. The resulting pattern added new cloverleaf access roads through the lawns north and south of the Watergate Steps and plaza (U.S. Coast and Geodetic Survey 1946).

North of the Watergate Steps and northwest of the Lincoln Memorial structure, portions of the 1934 storage facility located underneath the Rock Creek and Potomac Parkway approach were converted to public bathrooms in 1943. These were used in particular for concerts and events on the Watergate Steps (National Resource Planning Board 1942: 154).

---

*The Contextual Landscape*

The D.C. War Memorial, completed in 1931, was restored in 1939 to address flaws in the original design that caused water infiltration and marble soiling (Donaldson 2009: 4, 21). Three years later, the lawn that separated the War Memorial from the Reflecting Pool allée to the north was taken over for new temporary buildings during World War II. These new "tempo" buildings, added to the southeast section of the contextual landscape, supplemented the existing War Department buildings on the northeast section of the contextual landscape. (Two new structures were added to the complex in the northeast section during this period.) The southern "tempos" were used for government offices and employee dormitories, and were separated from the Reflecting Pool area by a chain-link fence. Later in 1942, the southern wartime buildings were linked with the northern buildings by way of two pedestrian bridges extending north-south between the two complexes, through the Reflecting Pool area (Joseph, Wheelock, and McLarty 1999: 55).

*Summary*

Marian Anderson's performance at the Lincoln Memorial on April 9, 1939, took advantage of the site design of the structure and landscape, drawing a crowd estimated at 75,000 people to the memorial steps and the area around the Reflecting Pool. With her concert Anderson introduced a new association with civil rights and civic protest to the Lincoln Memorial. To this day, the Lincoln Memorial cultural landscape remains a site of civic protest associated with the Civil Rights Movement.

**Lincoln Memorial**
**National Mall and Memorial Parks**

___

### MID-CENTURY ALTERATIONS TO THE CULTURAL LANDSCAPE AND THE MARCH ON WASHINGTON (1946 – 1963)

Although National Capital Parks and the Commission of Fine Arts hoped that the conclusion of World War II would mean the removal of the temporary buildings at the Lincoln Memorial, they remained in place for several more years. Instead, the decades immediately following the war were marked by planning initiatives (many of which were not actually implemented) and smaller improvements and alterations, such as the removal of the bridges over the Reflecting Pool in the late 1940s, and the 1951 installation of the *Arts of War* and *Arts of Peace* statues at the entrance to the Arlington Memorial Bridge.

The Memorial's visitation levels continued to climb during this period, reaching 2.5 million annual visitors by 1950 (Thomas 2002: 151). This also translated to increased traffic on the roads through the cultural landscape, including the circular drive around the memorial structure itself. The same year visitorship reached 2.5 million, the National Park Service closed the Potomac Park bridle paths located west of the Lincoln Memorial circle due to the risk that the automobile traffic posed to the horses (Joseph, Wheelock, and McLarty 1999: 61).

Large public events brought crowds to the Lincoln Memorial, too. In 1947-8, National Capital Parks once again upgraded the orchestra barge at the Watergate Steps, and several gatherings on the front (east) steps of the monument drew hundreds or thousands of people—including the 1952 memorial service for Harold Ickes that marked Marian Anderson's second performance at the Lincoln Memorial (Joseph, Wheelock, and McLarty 1999: 51).

The largest gathering during this period by far, however, was the March on Washington for Jobs and Freedom on August 28, 1963. The event built on decades of civil rights activism, and brought together six of the leading civil rights organizers at the time: A. Philip Randolph and Bayard Rustin, organizers of the march; Roy Wilkins of the NAACP; John Lewis of SNCC; James Farmer of the Congress of Racial Equality; and Martin Luther King, Jr. Nearly 300,000 people attended the march on the National Mall and gathered for the rally at the Lincoln Memorial, where Martin Luther King, Jr. gave his famous "I Have A Dream" speech (Sacher 2014: 72-74).

___

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 36: As Marian Anderson's concert had done; the 1963 March on Washington for Jobs and Freedom took advantage of the Lincoln Memorial's structure and site design to convene a rally for an estimated 300,000 people. Martin Luther King, Jr. gave his famous "I Have A Dream" speech at this event. (Library of Congress)*

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 37: View from the Lincoln Memorial structure looking west over the Reflecting Pool, at the 1963 March on Washington for Jobs and Freedom. (Library of Congress)*

The event did not impact the physical features of the Lincoln Memorial cultural landscape (other than the wear and tear caused by 300,000 attendees), but it did affirm the landscape's appropriateness for civil rights and protest. The podium was set up much as Marian Anderson's had been, at the center of the staircase leading up to the portico and on axis with the Washington Monument. Attendees stood

on the staircase behind the podium, and hundreds more chairs were set up on the plaza between the memorial stairs and the Approachway staircase below. Hundreds of thousands more people gathered on the lawns around the Reflecting Pool. If Marian Anderson's 1939 concert had introduced the symbolism of the Lincoln Memorial as a cultural landscape for racial justice, the 1963 March on Washington emphatically confirmed it.

Meanwhile, several large-scale planning efforts conducted during this period reconsidered the relationship between the Lincoln Memorial and its surrounding urban context. In 1960, for example, the National Park Service commissioned a plan from Umberto Innocenti and Richard Webel that dramatically reimagined the landscape's spatial organization. The plan was never implemented, but it would have removed Lincoln Memorial Circle, Daniel French Drive SW, and a section of Henry Bacon Drive NW, with several alterations to the circulation and vegetation plans to make those changes possible. The plan did retain the primary east-west axis, the Reflecting Pool and the Rainbow Pool and their allées, and the Approachway (Joseph, Wheelock, and McLarty 1999: 63-64).

Also in the 1960s, the National Park Service commissioned Skidmore Owings and Merrill (SOM) to complete a master plan for the Mall based on the concept of an "Inner Loop" tunnel underpass to connect Independence Avenue with the proposed Theodore Roosevelt Bridge, north of the Arlington Memorial Bridge. The SOM master plan continued to play a part in discussions about the cultural landscape and its context into the 1970s, but the tunnel underpass was never built (Joseph, Wheelock, and McLarty 1999: 63-64).

*The Reflecting Pool Landscape*
Most significantly for the Reflecting Pool landscape during this period, the bridges linking the War Department buildings were removed in the late 1940s. In 1953, National Capital Parks altered the curbing separating Lincoln Memorial Circle from the Reflecting Pool steps. The area at the top of the Reflecting Pool steps had been used for several decades for automobile parking; the 1953 projects eliminated this use. Instead, National Capital Parks installed a triangular planting bed on either side of the landing at the top of the steps and planted boxwoods (*Buxus sempervirens*) (Joseph, Wheelock, and McLarty 1999: 60).

**Lincoln Memorial**
**National Mall and Memorial Parks**

*The Lincoln Memorial Structure and Circle*

National Capital Parks continued to remove and replace trees and shrubs around the structure, as part of the decades-long effort to refine the vegetation plan in the circle. By summer 1945, National Capital Parks planted 348 yews (*Taxus cuspidate 'Nana')* on either side of the Approachway, and the dwarf boxwoods (*Buxus sempervirens 'Suffruticosa'*) flanking the Approachway were supplemented or replaced. Twelve new boxwoods (*Buxus sempervirens)* were introduced to the terrace on the east side, including a 200-year-old American boxwood (*Buxus sempervirens*) transplanted from a South Carolina cotton field and planted in the lawn immediately south of the Approachway. The transplanting of mature boxwood specimens from across the country was a common practice deployed by the landscape architects to accelerate the desired effect of the memorial's plantings. Many such specimens were taken from colonial-era estates along the East Coast. Examples include boxwoods taken from a former manor house in Catoctin Recreation Demonstration Area (now Catoctin Mountain Park) in Maryland, an estate in Mechanicsburg, Pennsylvania, and the home of Daniel Webster in Washington, D.C. (*The News*, Jan. 6, 1950: 1; *Star Tribune,* October 10, 1920: 86; *The News-Chronicle*, December 2, 1932: 7; *The Tampa Times*, March 28, 1922: 4). The vegetation rehabilitation in the circle was complete by 1947 (Joseph, Wheelock, and McLarty 1999: 57).



*Fig. 38: In the 1920s, OPBG landscape architects scoured old estates across the East Coast for mature boxwood specimens, often paying top dollar to transplant them to the Lincoln Memorial. Shown here is a large boxwood being moved from the estate of Daniel Webster in D.C. (The Tampa Times, March 28, 1922: 4)*

*The Watergate Steps and the Memorial's Park and Parkway Connections*

In the areas south, west, and north of Lincoln Memorial Circle, the bridle paths in West Potomac Park were closed to riders in 1950 due to heightened automobile traffic that threatened the horses (Joseph, Wheelock, and McLarty 1999: 61). Several of the bridle paths were immediately repurposed as pedestrian paths, while others were left to revert to turf.

In the area south of Lincoln Memorial Circle, the landscape was altered beginning in 1943 to accommodate the western extension of B Street SW (renamed Independence Avenue SW). This had the effect of reorganizing the circulation features around the Ericsson Monument. The traffic circle was modified into a teardrop shape, and its northern sidewalk was removed (Joseph, Wheelock, and McLarty 1999: 54).

At the Watergate Steps, National Capital Parks introduced the third iteration of the concert barge in 1947 and 1948. The barge was mounted on piers in the river, and was framed by flagpoles and planter boxes. As was true with earlier versions of the concert barge, the road was closed during events and visitors could sit on the Watergate Steps, lawn, and upper plaza.



*Fig. 39: The western end of the cultural landscape in 1949, with views of the memorial structure and circle, parkway connections (including the altered Ericsson Monument traffic pattern) and the seawall up to the Belvedere. (War Department, Army Air Forces 1949)*

---

In June 1951, statues were finally installed on the pedestals constructed in 1932 at the entrances to the Arlington Memorial Bridge and the parkway approach road, at the top of the Watergate Steps. (The 20-year delay was due to budget constraints in the Great Depression and material shortages during World War II.) For the four granite pedestals, artists Leo Friedlander and James Earle Fraser designed four allegorical groupings of bronze equestrian figures (John G. Waite Associates 2006: 3). Friedlander's *Arts of War* included statues representing "Valor and Sacrifice," while Fraser's *Arts of Peace* pair represented "Music and Harvest" and "Aspiration and Literature" (Joseph, Wheelock, and McLarty 1999: 56).

In the area north of the Watergate Steps, the golf course was removed by 1939 and the landscape was organized into two sections: the eastern wedge bound by 23rd Street NW, Lincoln Memorial Circle, Henry Bacon Drive NW, and Constitution Avenue; and the larger area to the west, bound by 23rd Street NW, Constitution Avenue, and the Potomac River. The wedge was laid out relatively simply, with trees and sidewalks lining each of the perimeter streets. The western section, however, was subdivided by this time based on several distinct roadways, including: the cloverleaf parkway approach; a curvilinear road linking Ohio Drive SW with Constitution Avenue; and two service roads linking Constitution Avenue, the storage facility under the parkway, and the parkway cloverleaf (U.S. Geological Survey 1951). By 1951, the NPS added a baseball diamond that was located at the southwest corner of the intersection of 23rd Street NW and Constitution Avenue NW. The landscape was otherwise characterized by open lawns and scattered trees.

In 1958, President Dwight Eisenhower signed the legislation authorizing what would become the Theodore Roosevelt Bridge. It would begin from a point on the east side of the Potomac River, at the northwest corner of the cultural landscape, and extend southwest toward Arlington. By the end of this period in 1963, construction was underway for the highway connections to the new bridge. The presence of the new on- and off-ramps truncated Constitution Avenue at 23rd Street, severed the Belvedere at Peters Point from all but the parkway, and carved up the cultural landscape (U.S. Geological Survey 1963). The bridge was dedicated the following year.

**Lincoln Memorial**
**National Mall and Memorial Parks**

*The Contextual Landscape*

The postwar period saw many plans for the Mall and the contextual landscape, but not all of them were implemented. For example, in its report for the years 1944-1948, the CFA wrote that:

> The area along the south side of Constitution Avenue, now occupied by buildings, [should] be planned as a naturalistic park area, within the rigid borders of the straight avenues, roads, and walks, with broad expanses of lawn with trees in mass, in groups, and singly, composed in a manner appropriate for passive recreation and in keeping with the immediate environment of two of the greatest memorials ever erected, the Washington Monument and the Lincoln Memorial. This is no place for active, noisy recreation: the area belongs to the people of the United States and it should not be dedicated for the use by Government employees and other residents of Washington as baseball and football fields. (quoted in Joseph, Wheelock, and McLarty 1999: 56).

Yet, although the CFA hoped that the War Department buildings would be removed in order to realize these plans, they remained in place until later periods, and some remained in place as late as 1970. These buildings dominated the northeast section of the contextual landscape, with parking lots that butted up against the northern allée. In the southern section of the contextual landscape, the war buildings remained in place immediately south of the southern allée. The landscape between the southern war buildings and Independence Avenue was organized into rectilinear quadrants by walkways that aligned with the street grid (U.S. Geological Survey 1949; U.S. Geological Survey 1963).

*Summary*

The Lincoln Memorial structure had been complete for several decades by this point, but the landscape around it continued to take shape. The mid-century period was defined by several circulation changes that affected the roads and landscapes around Lincoln Memorial Circle, including the extension of Independence Avenue south of the landscape, which resulted in alterations to the traffic pattern around the Ericsson Monument. The area northwest of the memorial structure also saw significant changes with the removal of the former golf course.

**Lincoln Memorial**
**National Mall and Memorial Parks**

---

*BEAUTIFICATION, MISSION 66, AND RESURRECTION CITY (1964 – 1968)*

In the mid-1960s, the Lincoln Memorial cultural landscape saw some alterations as part of the Beautification movement and Mission 66 programs. The Beautification Program launched by Lady Bird Johnson (First Lady of the United States) ran from 1964 to 1968 (with some ongoing plantings through 1970), with the dual intent to improve the appearance of D.C.'s most heavily visited areas—of which the Lincoln Memorial was certainly one—and to address the deteriorating condition of neighborhood parks, public institutions, and streetscapes (Gould 1999: 67). As part of the Beautification Program, the National Park Service overhauled the planting plans in many federal reservations, emphasizing seasonally coordinated beds (both traditionally formal and asymmetrical) with spring bulbs, summer annuals and perennials, and an array of fall chrysanthemums. The program introduced some new plantings to the Rainbow Pool, Watergate Steps, and the Belvedere at the Peters Point during this period, but did not affect the plantings in or around Lincoln Memorial Circle.

Mission 66, meanwhile, was a National Park Service-centric effort to address deferred maintenance and increased rates of visitors in the nation's federal parklands (Carr 2007: 3-4). The Lincoln Memorial received new kiosks during this period in an effort to serve more tourists.

Both the Beautification and the Mission 66 initiatives benefited from the 1964 removal of the war buildings south of the Reflecting Pool, which cleared a large section of the contextual landscape. (The northern buildings remained until 1970). Without these buildings, the historic viewsheds were restored to and from the Lincoln Memorial, encompassing the lawn south of the allée. Meanwhile, Skidmore Owings & Merrill continued to develop its master plan for the cultural landscape as part of its study of the Mall.

At the end of this period, the 1967 March on the Pentagon and the creation of Resurrection City in 1968 marked another use of the landscape for civic protest and racial justice. The March on the Pentagon took place on October 21, 1967, as a protest against the ongoing Vietnam War; it was organized by the National Mobilization Committee to End the War in Vietnam. Over 100,000 people attended a rally at the Lincoln Memorial, which included speakers such as John Lewis and

---

performances by folk singer Phil Ochs, before marching on to the Pentagon. Although the event did not alter the physical landscape, it nevertheless reiterated the use of the Lincoln Memorial cultural landscape for large-scale protest—the backdrop for 1st Amendment demonstrations of freedom of speech, assembly, and petition.

Unlike the March on the Pentagon (and earlier protests such as the 1963 March on Washington), the Resurrection City demonstration remained in place for six weeks, and it asserted a significant physical presence for those 42 days (see Figure 40). From May 15 to June 24, 3,000 people lived in "Resurrection City" on the lawn south of the Reflecting Pools, where until 1964, the war buildings had stood. They were organized by the Poor People's Campaign, a revival movement launched by several pastors with the objective to raise the minimum wage. The protestors vowed to remain at the site "until the Congress of the United States decide that they are going to do something about the plight of the poor people," as one of the organizers, Reverend Ralph Abernathy declared (quoted in: National Park Service, "Resurrection City"). They were supported by donations of money and necessities from around the country, and several doctors and other professionals donated their services.

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 40: In 1968, the Resurrection City camp was located on the lawns south of the Reflecting Pool and its southern allée. Aerial view from Lincoln Memorial Circle, looking west toward the Washington Monument. (O'Halloran 1968)*

**Lincoln Memorial**
**National Mall and Memorial Parks**

The six weeks were characterized generally by meetings and marches, but on June 19, 1968, a particularly large rally was held to commemorate "Solidarity Day." Over 50,000 people gathered around the Reflecting Pool to listen to speakers, recalling Marian Anderson's 1939 concert and the 1963 March on Washington. Just five days later, and one day after the group's permit expired, police cleared the camp on June 24. Most of the Resurrection City campers were able to leave without incident, but 360 people were arrested as they remained to protest peacefully ("Evacuating Resurrection City," accessed October 28, 2021, https://nmaahc.si.edu/blog-post/evacuating-resurrection-city).

*The Reflecting Pool Landscape*

In 1965, as part of the Mission 66 program of improvements, the National Park Service constructed a temporary information kiosk on the south side of the Reflecting Pool steps, northeast of the intersection of Daniel French Drive SW and Lincoln Memorial Circle. A refreshment trailer was also introduced adjacent to the kiosk. Although both structures were temporary (and no associated blueprints have been located), they proved so popular among the Lincoln Memorial's growing crowds that the National Park Service eventually needed to introduce a new paving plan to address soil compaction (Joseph, Wheelock, and McLarty 1999: 62). Those changes were implemented in a later period.

The crowds also caused problems for the winter ice skating activities on the Reflecting Pool, and the National Park Service decided to prohibit skating on the pools. In the warmer months, the Beautification Program added water lilies to the Rainbow Pool in 1964 (they had existed in the pool earlier, if not continuously; a 1944 photograph of the Rainbow Pool includes water lilies). These water lilies were removed in 1968 (National Capital Region, "Central National Capital Parks Darwina Neal Beautification Files"; Joseph, Wheelock, and McLarty 1999: 64-65).

*The Lincoln Memorial Structure and Circle*

The National Park Service and the Commission of Fine Arts began to reconsider the structural lighting scheme during this period, although the changes were not implemented until subsequent

periods. In 1964, the National Park Service installed permanent bronze handrails on the raised terrace steps and the stylobate steps, replacing temporary wood handrails (Joseph, Wheelock, and McLarty 1999: 63).

*The Watergate Steps and the Memorial's Park and Parkway Connections*
The area around the Ericsson Statue, south of Lincoln Memorial Circle, remained consistent with the previous period (when its circulation was altered to accommodate the western extension of Independence Avenue). The Watergate Steps area received new floral planters in 1965 as part of the Beautification Program (National Capital Region, "Central National Capital Parks Darwina Neal Beautification Files"). Their design and locations are unknown.

In the northwest corner of the cultural landscape, the Theodore Roosevelt bridge was dedicated in 1964, and the approach roads were completed shortly after, establishing the northern boundary of the cultural landscape. At the Belvedere in this corner of the landscape, new floral displays were introduced in 1965 as part of the Beautification Program. In the summer of 1965, 1,400 Scarlet Mound petunias were planted at the center of the circular planting bed, and 1,880 Igloo (Park) petunias were planted as border. In fall of that year, the bed received 185 Commander Cushion mums and 620 Golden Peking mums (National Capital Region, "Central National Capital Parks Darwina Neal Beautification Files"). Concurrent with both Beautification and highway construction, the NPS also likely introduced clusters of cherry trees, yew hedges, and dogwoods adjacent to the new ramps of the Roosevelt Bridge. The use of the species is in keeping with mid-century improvements across the District.

*The Contextual Landscape*
The northeast section of the contextual landscape remained consistent with previous periods, occupied by the large "tempo" buildings. In the southeast section of the contextual landscape, the temporary buildings were removed in 1964, leaving open lawn south of the allée. In May 1968, the Poor People's Campaign established its camp on this lawn, with a neatly arranged cluster of buildings that encompassed 16 acres, hundreds of sleeping tents, a city hall, childcare facilities, a

dining tent, meeting tents, a social service tent, and more (Wiebenson 1968: 2). The police forcibly vacated the camp in June 1968, shortly before the end of this period.

*Summary*

Initiatives such as the Beautification Program and the Mission 66 Program continued to make improvements on a small-scale to the cultural landscape during this period. However, large-scale protests such as the Resurrection City movement in 1968 demonstrated that the Lincoln Memorial already exerted significant influence as a site associated with civic protest and civil rights.

*RESTORATION AND REORIENTATION OF THE CULTURAL LANDSCAPE (1969-1976)*

In the years leading up the Bicentennial celebrations in 1976, the Lincoln Memorial cultural landscape saw some improvements related to lighting, ongoing Beautification plantings, and a new circulation pattern in the interest of pedestrian safety. The latter improvement resulted in a major reorientation of the cultural landscape, eliminating automobile traffic on the east side of the circle (seasonally in 1972, and permanently in 1976) in order to preserve the pedestrian link between the memorial structure and the Reflecting Pool. The resulting landscape was visited by 4.3 million people in the Bicentennial year (Thomas 2002: 151).

The period was also characterized by the removal of the war buildings northeast of the cultural landscape—the first time that corner of the contextual landscape was clear since 1918. These areas were key areas of study for Skidmore Owings and Merrill's evolving master plan. By the time of the Bicentennial, the northeast section of the contextual landscape was transformed into the Constitution Gardens in that location, as recommended in SOM's master plan.

In the summers between 1973 and 1976, the Smithsonian Institution took over the eastern section of the cultural landscape and the contextual landscape for its annual Festival of American Folklife. The location marked a change from the early years of the event, when the Smithsonian organized the festival farther east, near the National Museum of American History (known at the time as the Museum of History and Technology). For the years at the Lincoln Memorial, the festival occupied the area between 17th and 23rd Streets and between Constitution Avenue NW and Independence Avenue SW. The festivals at the Lincoln Memorial were considered a "trial run for the themes around which [the] celebration of America's 200[th] birthday [would] be organized" ("1973 Festival of American Folklife," accessed October 28, 2021, https://festival.si.edu/past-program/1973; Belanus and Peterson 2017). The annual events included concerts, cultural programming, and children's activities—including rafting demonstrations across the Reflecting Pool—but do not appear to have permanently altered the cultural landscape. However, large gatherings and marches have had a documented detrimental effect on the cultural landscape resulting in soil compaction of the turf areas and roots of the historic elm allées. See the 2018 National Mall Cultural Landscape Inventory for more information on the festival's long-term effects on the Mall (NPS 2018: 103-107).

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 41: Rafting demonstrations across the Reflecting Pool during the 1974 Smithsonian Folklife Festival. (Smithsonian Folklife Festival)*

*The Reflecting Pool Landscape*

New paving was added to the Reflecting Pool landscape during this period, in the area between the steps and the western edge of the basin. Cobblestone, granite, and broad concrete panels replaced the narrow flagstone walks that had existed previously. The elm allées were also repaved during this period with bituminous paving, replacing the historic concrete paving. These alterations were made in anticipation of large crowds during the Bicentennial and beyond (Joseph, Wheelock, and McLarty 1999: 65-66).

*The Lincoln Memorial Structure and Circle*

After many years of concern about shadows on the memorial structure, the Commission of Fine Arts approved a new lighting scheme with incandescent spotlights, which were installed in time for President Richard Nixon's inauguration in January 1969 (Joseph, Wheelock, and McLarty 1999: 62).

The spotlight utility boxes were placed on either side of the Approachway; their lights were directed toward the main stair of the structure. This placement resulted in the removal of several yew and box shrubs from the east planting plan. Additional lights were mounted on poles and placed on the north and south sides of the structure to illuminate those elevations. Finally, floodlights were installed at the top of the columns, illuminating the portico (Joseph, Wheelock, and McLarty 1999: 62). This lighting plan was further refined in 1972 (Kohler 1996: 15).

In August 1972, the National Park Service began closing the east circle to automobile traffic on a seasonal basis. Cars were prohibited between Henry Bacon and Daniel French Drives, and were rerouted instead onto the other roadways around the memorial. This shift became year-round and permanent in 1976, in time for the Bicentennial crowds, and marked a significant reorientation in the spatial organization, circulation, and land use of the cultural landscape. For the first time since the memorial's opening, pedestrians could move freely, easily, and safely between the Reflecting Pool and the memorial structure. Moreover, although the east-west axis had always dominated the cultural landscape, it was historically interrupted by Lincoln Memorial Circle. The closure of the memorial circle's eastern segment in the 1970s bolstered this axis, making it continuous from the east end of the Rainbow Pool all the way up the Approachway to the memorial statue.

The Bicentennial celebrations also prompted the introduction of new handicap-accessible features in and around the memorial structure; they were completed in 1976. New L-shaped ramps were constructed behind the planting beds that line the Approachway and along the entry walk hedges. Elevators were also introduced in the southeast corner of the raised terrace (Joseph, Wheelock, and McLarty 1999: 132). Finally, curb cuts were also introduced in the landscape to make walkways accessible. All of these accessibility improvements required the removal and replacement of some boxwoods and yews from the northeast and southeast sides of the circle (Joseph, Wheelock, and McLarty 1999: 66). The Approachway yew hedges (*Taxus x media 'Densiformis')* were also replaced at this time with new yews (Joseph, Wheelock, and McLarty 1999: 67).

Also, during this period, the National Park Service tried to mitigate soiling of the structure's marble surfaces due to midges, spiders, and birds. The NPS conducted tests using high-pressure water to

clean the soiling, but that caused damage to the material. No other solution was successful at this time (Joseph, Wheelock, and McLarty 1999: 67).

*The Watergate Steps and the Memorial's Park and Parkway Connections*
In the area southeast of Lincoln Memorial Circle, the main alteration during this period affected the circulation features southeast of the circle, between Daniel French Drive SW and the Reflecting Pool. In this area, in anticipation of the Bicentennial crowds, the National Park Service created a new plaza with two hexagon-shaped kiosks and a refreshment trailer; they were in place by 1973. In addition to the new structures, these alterations resulted in alterations to the circulation (with granite block pavers and concrete curbing), vegetation (with new ground cover), and small-scale features (with post-and-chain bollard fencing) (Joseph, Wheelock, and McLarty 1999: 65).

South of Lincoln Memorial Circle, a new floating dock was constructed near the Ericsson Monument for commercial boat cruises on the Potomac (Joseph, Wheelock, and McLarty 1999: 67).

In the area west of Lincoln Memorial Circle, the Watergate plaza's planters (installed as part of the Beautification Program) received new petunias in the summer of 1969: 24 Butterscotch petunias were planted at the center of the bed, and 40 F1 Hybrid Bernese Basket Petunias were planted around the perimeter (National Capital Region, "Central National Capital Parks Darwina Neal Beautification Files"). In spring 1970, the same planters received 674 Yellow Empress Fosteriana Tulips and 674 Oxford Darwin Hybrid Tulips, interspersed throughout the bed (National Capital Region, "Central National Capital Parks Darwina Neal Beautification Files").

In 1973, the National Park Service removed the historic L-shaped sidewalks along the top of the Watergate plaza's wing walls, installed in the 1930s. In their place, the NPS installed curvilinear walkways to continue the sidewalks from the Arlington Memorial Bridge and the parkway approach (Joseph, Wheelock, and McLarty 1999: 63).

During this same period, the concerts on the Potomac River were discontinued, and the barge was hauled away in 1973. (The piers remained in place until 1984.) (Joseph, Wheelock, and McLarty 1999: 52).

In the area north of the circle, the Belvedere at Peters Point received new plantings. In spring 1970, the National Park Service planted 1,000 Orange Emperor Fosteriana Tulips around the border of the bed, and 3,150 Gold Standard Darwin Tulips at the center (National Capital Region, "Central National Capital Parks Darwina Neal Beautification Files").

*The Contextual Landscape*

The last two temporary buildings were removed from the northeast section of the cultural landscape in 1970 (Fanning 2008: 43-44). In the absence of the temporary buildings, Skidmore Owings & Merrill included the area in its master plans for the Mall, which were released in 1966 and 1973. In those plans, SOM recommended a more picturesque treatment for the landscape west of 14th Street in order to contrast with the formal rectilinear character of the landscape between 1st and 14th Streets. It expanded on this recommendation by developing plans for Constitution Gardens (originally referred to as Bicentennial Gardens) beginning in 1970. The Commission of Fine Arts reviewed the plans several times in the early 1970s, and issued final approval in July 1972. Construction began in August 1974, and the gardens were dedicated on May 27, 1976 (Fanning 2008: 43-53).

In the southern section of the contextual landscape, stables for the United States Park Police Horse Mounted Unit were constructed during this period. The stables were intended to be temporary facilities for the Bicentennial, but they remained in use for several decades (Trust for the National Mall, "Building a Permanent New Home," accessed October 28, 2021, https://nationalmall.org/content/horse-stables).

*Summary*

As it reached the half-century mark, the Lincoln Memorial structure and grounds began to require restoration and rehabilitation. During this period, the National Park Service oversaw projects for the Reflecting Pool, the surrounding plazas, and other areas of the landscape in order to accommodate

increasing crowds. The Smithsonian Folklife Festival and the Bicentennial celebration in particular drew thousands of people to the memorial. Elsewhere in the contextual landscape, the temporary war buildings were finally removed in 1970, having existed nearly as long as the memorial structure.

**Lincoln Memorial**
**National Mall and Memorial Parks**

---

### NEW MEMORIALS AND LATE 20TH-CENTURY ALTERATIONS TO THE CULTURAL LANDSCAPE (1977 - 1992)

By the late 20th century, the Lincoln Memorial's popularity and age had taken a toll. In the decades after the Bicentennial, National Park Service staff identified several conditions and issues around the cultural landscape, including deteriorating circulation features, poor drainage, and clogged pools. As a result, the cultural landscape saw several restoration and rehabilitation projects during this period.

One of the most significant alterations during this period affected the northern section of the contextual landscape, as the Vietnam Veterans Memorial was dedicated in 1982. Together with the addition of Constitution Gardens in 1976, the Vietnam Veterans Memorial transformed the northern edge of the Lincoln Memorial cultural landscape, bolstering the commemorative use of the contextual area.

*The Reflecting Pool Landscape*

In 1977, the National Park Service planted variegated lilyturf (*Liriope variagata)* in the triangular planting beds at the top of the Reflecting Pool steps (Dehaven/National Capital Parks 1977; Joseph, Wheelock, and McLarty 1999: 67). The NPS also made repairs to the south allée's walk, which exhibited cracking, spalling, and missing stones. On the north walk, the NPS removed vegetation growing between the pavers (Joseph, Wheelock, and McLarty 1999: 68).

By this point, the Reflecting Pool and the Rainbow Pool required cleaning at least once a year; with each cleaning, an average of 10-15 truckloads of debris were culled from the basins. The Reflecting Pool was no longer watertight, and the drainage system required repairs. In 1981, the NPS undertook a reconstruction of the Reflecting Pool that included a new self-sustaining ecological system to passively maintain the pools (Joseph, Wheelock, and McLarty 1999: 68).

Park staff continued to maintain the elms in the allées, cultivating replacements when necessary at the NPS nursery on Daingerfield Island near Reagan National Airport (Joseph, Wheelock, and McLarty 1999: 68).

---

**Lincoln Memorial**
**National Mall and Memorial Parks**

Concurrent with the construction of the Vietnam Veterans Memorial in 1983-1984, the NPS installed a new hexagonal information kiosk. It is located at the northwest corner of the Reflecting Pool steps. Visitors to the memorial can visit the stand to get information on names of the deceased, purchase souvenirs, and to talk with park staff.

*The Lincoln Memorial Structure and Circle*

In 1977, the National Park Service replaced the existing plantings behind the benches that flank the Approachway; the new plantings were inkberry (*Ilex glabra compacta*). As part of the same rehabilitation campaign, the NPS planted new yews (*Taxus media 'Densiformis'*) to fill in the existing hedges along the Approachway. On the south, east, and north sides of the structure, the NPS replaced some English boxwood specimens (*Buxus sempervirens 'Suffruticosa'*) with other boxwoods, holly, yews, and filler (their species were not named in the planting plan), in an acknowledgement that the original landscape plan species was not suitable for the climate conditions and foot traffic (Dehaven/National Capital Parks 1977; Joseph, Wheelock, and McLarty 1999: 67).

Also in 1977, the plaza at the top of the Reflecting Pool steps was repointed (Joseph, Wheelock, and McLarty 1999: 67).

In 1983, NPS staff identified drainage issues around the structure that were resulting in water infiltration in the substructure. They also documented deteriorating conditions in the concrete walks around the structure (Joseph, Wheelock, and McLarty 1999: 68).

In 1985, a plaque was installed at the center of the Approachway to commemorate Alaska and Hawaii, the only two states that were not part of the United States at the time of the structure's construction and thus were not represented in 48 symbolic festoons in Henry Bacon's design (Joseph, Wheelock, and McLarty 1999: 69).

Three years later, in 1988, the NPS recorded deterioration on the terrace's coping as well as the Approachway. Restoration of these features did not begin until later, in 1993 (Joseph, Wheelock, and McLarty 1999: 69).

**Lincoln Memorial**
**National Mall and Memorial Parks**

*The Watergate Steps and the Memorial's Park and Parkway Connections*
The National Park Service continued to maintain the American elms (*Ulmus americana*) along the radial roads (Henry Bacon Drive NW and Daniel French Drive SW) during this period, replacing specimens when necessary with elms cultivated at the National Park Service's nursery on Daingerfield Island near Reagan National Airport (Joseph, Wheelock, and McLarty 1999: 68).

There were no major alterations to the area around the Ericsson statue, south of the Lincoln Memorial circle, during this period. At the western edge of the cultural landscape, the piers that once hosted the concert barges on the Potomac River were removed in 1984 (Joseph, Wheelock, and McLarty 1999: 52). Around the same time, the access road at the top of the Watergate Steps was eliminated, since it was no longer needed for concert set-up. A handicap-accessible ramp was added at the walks linking the Arlington Memorial Bridge, the Watergate Steps, and the walk to the Lincoln Memorial (Joseph, Wheelock, and McLarty 1999: 68).

The introduction of the Vietnam Veterans Memorial in November 1984 drew significant numbers of veterans as visitors to the landscape, prompting veterans organizations to request permission to set up concession tents near Constitution Avenue, in the northern section of the cultural landscape. In 1983, the tents relocated to the north side of the Reflecting Pool steps, on the plaza in front of the Approachway (Joseph, Wheelock, and McLarty 1999: 70).

The northern section of the landscape was increasingly characterized by active recreation facilities during this period. In the northwest corner of the cultural landscape, several beach volleyball courts were located between the Rock Creek and Potomac River Parkway and the parkway approach road as of 1979 (U.S. Geological Survey 1979). By 1988, five baseball diamonds straddled 23rd Street NW (U.S. Geological Survey 1988).

*The Contextual Landscape*
On July 1, 1980, Congress authorized the use of open space west of Constitution Gardens, south of Constitution Avenue, and east of Henry Bacon Drive NW for the construction of a memorial to the

**Lincoln Memorial**
**National Mall and Memorial Parks**

veterans of the Vietnam War. A design competition was announced, and by March 30, 1981, Congress had received 1,421 submissions. Architect Maya Lin's design was selected, and the groundbreaking ceremony took place on March 26, 1982. The primary memorial was dedicated on November 13, 1982, and Frederick Hart's *Three Soldiers* statue was added two years later, in November 1984 (Joseph, Wheelock, and McLarty 1999: 69-70). The vegetation plan around the memorial was designed to screen the landscape from the Lincoln Memorial landscape nearby, so that the Vietnam Veterans Memorial and the Lincoln Memorial are experienced as separate, distinct landscapes. Pedestrian paths through the trees link the two memorials, allowing visitors to move between the landscapes and have both experiences.

Around the same time the Vietnam Veterans Memorial was being dedicated in 1982, the Signers of the Declaration of Independence Memorial was created on a 1-acre island in the Constitution Gardens lake (Joseph, Wheelock, and McLarty 1999: 69).

*Summary*
The construction of Constitution Gardens and the Vietnam Veterans Memorial altered the surrounding context of the Lincoln Memorial cultural landscape during this period. These new attractions contributed to the crowds at the Lincoln Memorial, and resulted in new features (e.g. concessions tents) within the cultural landscape boundaries.

**Lincoln Memorial**
**National Mall and Memorial Parks**

---

### *RECENT RESTORATION PROJECTS AND IMPROVEMENTS (1993 - PRESENT)*

In 1993, the National Park Service partnered with the District of Columbia, the Federal Highway Administration, and the Architect of the Capitol to establish design guidelines for the Mall and the Lincoln Memorial grounds—including the cultural landscape. In those guidelines, Constitution and Independence Avenues were designed as major park roads, Daniel French and Henry Bacon Drives were characterized as park roads/drives, and the east section of Lincoln Memorial Circle and the Reflecting Pool were defined as "special pedestrian ways" (Joseph, Wheelock, and McLarty 1999: 69). These classifications determined the appropriate details and design guidelines for each area in the coming years.

The Lincoln Memorial cultural landscape underwent several restoration and rehabilitation projects in recent years, including large-scale projects in the mid-2000s. The memorial was then re-dedicated in 2009, on the 200th anniversary of Abraham Lincoln's birth and 87 years (or four score and seven years) after the original dedication ceremony in 1922 (Sacher 2014: 66).

*The Reflecting Pool Landscape*

On October 5, 1995, the National Capital Planning Commission voted (after much debate and some controversy) to approve the site of a new World War II Memorial: it would be located at the east end of the Reflecting Pool, encircling the Rainbow Pool. The groundbreaking was held in September 2001, and the memorial opened to the public on April 29, 2004. With the completion of the World War II memorial, the historic relationship between the Reflecting Pool and the Rainbow Pool was altered significantly, shifting the orientation from a pair of pools to two separate features in the landscape: the Reflecting Pool is effectively part of the Lincoln Memorial landscape (and included in this CLI's study area boundaries), while the Rainbow Pool now functions as the center of the World War II memorial (and located outside of this CLI's study area boundaries).

---

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 42: The World War II Memorial was constructed around the Rainbow Pool, effectively severing the association between that water feature from the Reflecting Pool and the rest of the Lincoln Memorial cultural landscape. (Torkelson 2021)*

In 1995, the same year that the World War II Memorial site was selected, the kiosks and refreshment trailer on the south side of the Reflecting Pool were relocated to the west side of Daniel French Drive SW. In the same year, the NPS built an information kiosk northwest of the new Korean War Veterans Memorial.

In 2009, the Reflecting Pool was restored once again to improve stagnant water conditions and address erosion (Sacher 2014: 53). A full rehabilitation of the pool was completed in 2012. The entire Reflecting Pool was rebuilt in-kind owing to significant water leakage, biological growth, and the settling of its foundations. The new project preserved the pool's historic granite coping but replaced the tile and membrane pool bottom with a new structurally reinforced, tinted membrane one. The new pool bottom was created to be more reflective than its predecessor coping (National Capital Planning Commission 2009/2010).

NPS officials also installed a new water supply system that drew fresh water from the Tidal Basin (instead of from the city grid) and filtered it with ozone. Adjacent to the Reflecting Pool, the NPS commissioned Sasaki to design replacement paths for the worn dirt social paths with paved walkways that abutted the historic granite coping (National Capital Planning Commission 2009/2010).

In 2010, the NPS commissioned landscape architecture firm Sasaki to envision minimally intrusive security walls along the west end of the Reflecting Pool and along Lincoln Memorial Circle. The firm's approved designs featured a circular wall along the north, west, and south sides of the inner circle, as well as along the eastern side of the Reflecting Pool's steps. As constructed, these structures consisted of low stone walls with a protruding stone cap and stone footer.

*The Lincoln Memorial Structure and Circle*
In the fall of 1993, the NPS launched the restoration campaign to repair the terrace coping and the Approachway, as identified by studies as early as 1988. The work continued for several years (Joseph, Wheelock, and McLarty 1999: 69). In 1995 and 1996, Jules Guerin's interior murals were restored (Blair 1996).

Following the attacks of September 11, 2001, the NPS installed a series of security barriers along the outer edge of the cultural landscape. Initially, these consisted of crude concrete jersey walls. Between 2003-2007, the NPS worked with the CFA to design and install a series of visually non-intrusive barriers around the perimeter of the landscape, including a series of low granite walls and bollards. These are located on the north and south sides of Lincoln Memorial Circle (along the portion permanently closed to traffic) and at the north and south entrance to the Reflecting Pool plaza. They consist of a simplified tapered column with flared base and rounded top (Commission of Fine Arts 2003c; Commission of Fine Arts 2005).

Concurrent with these security improvements, the NPS redesigned the interior and exterior lighting systems for the Lincoln Memorial; the CFA reviewed these plans in 2003. The new system included two tall poles with floodlights, to be placed north and south of the Reflecting Pool steps, along the

**Lincoln Memorial**
**National Mall and Memorial Parks**

outer circle. Designers also specified parapet lighting and uplights along the outer edges of the raised terrace (Commission of Fine Arts 2003b).

In 2003, the National Park Service designed and installed a commemorative plaque to Martin Luther King, Jr. along the Approachway. This plaque marked the approximate location where King stood when delivering his famous "I Have a Dream" speech during the 1963 March on Washington (Commission of Fine Arts 2003a).

In 2008, the NPS installed new accessible ramps north and south of the Approachway and repaved the closed portion of Lincoln Memorial Circle with modern granite block pavers. In 2010, Sasaki designed and installed two new semi-circular accessible ramps north and south of the Reflecting Pool steps. The firm also repaved the elm allées north and south of the reflecting pool with asphalt, bordered by granite block pavers. Most significantly, Sasaki installed east-west walks along the north and south sides of the Reflecting Pool, adjacent to its historic coping. They also installed a new north-south walk between the Reflecting Pool staircases, featuring two new, small north-south staircases.

In 2008, the National Park Service launched a restoration and rehabilitation project with several alterations to the east side of the circle and the plaza at the top of the Reflecting Pool steps. A new line of bollards was installed along the top of the Reflecting Pool steps and around the outer perimeter of Lincoln Memorial Circle.

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 43: Security bollards were installed in 2008 as part of a larger restoration and rehabilitation project for the Lincoln Memorial structure and landscape. (Lowe 2012a)*



*Fig. 44: Security bollards were installed in 2008 as part of a larger restoration and rehabilitation project for the Lincoln Memorial structure and landscape. (Lowe 2012b)*

**Lincoln Memorial**
**National Mall and Memorial Parks**

In 2020, the NPS and Quinn Evans began creating plans for a rehabilitation of the Lincoln Memorial, featuring a new visitor center and service facilities in the structure's undercroft. The plan is currently being reviewed by the NCPC and CFA. During its July 2021 meeting, the CFA approved temporary facilities for public use while the Lincoln Memorial undergoes rehabilitation. This will consist of an accessible route to the memorial chamber level, and modular buildings incorporating a bookstore and restroom facilities along Daniel French Drive, SW. As noted by the CFA, the temporary facilities will be removed upon completion of the rehabilitation project.

*The Watergate Steps and the Memorial's Park and Parkway Connections*
In 2005, the NPS removed five baseball diamonds clustered around 23rd Street NW to prepare the site for new construction. Between 2005 and 2007, the NPS replaced the food service kiosk along Daniel French Drive SW and added a new matching service area to the north along Henry Bacon Drive NW. The first of the two new concessions was built by the NPS on the west side of Henry Bacon Drive NW. The concession kiosk along Daniel French Drive SW replaced an earlier predecessor that had already removed this parcel from active recreational use (U.S. Geological Survey 1995; U.S. Geological Survey 2007).

Beginning in 2005, the Commission of Fine Arts began reviewing plans for a Vietnam Veterans Memorial Center to be located within the triangular parcel bounded by Constitution Avenue NW, 23rd Street NW, and Henry Bacon Drive NW. The new structure would feature educational facilities and services, such as restrooms, concessions, exhibit space, and meeting space. The new center was approved for construction by the CFA in 2015; however, the project was scrapped in 2018 due to waning interest and budget issues (Commission of Fine Arts 2007; Commission of Fine Arts 2009a; Commission of Fine Arts 2014; Wentling 2018).

Congress authorized a similar memorial project in 2014 to commemorate members of the armed forces who participated in Operation Desert Storm and Desert Shield. The CFA approved the construction of the memorial on a site within the cultural landscape at the southwest corner of Constitution Avenue and 23rd Street NW. The CFA approved a conceptual design for the new

memorial in 2019 and the final design is under development as of 2021 (National Desert Storm War Memorial, "The Timeline"). When the project is completed, it will remove this portion of the cultural landscape from active recreational use and will expand the study area's commemorative land use. It will also displace the ballfields in this area and remove several trees.

*The Contextual Landscape*

The January 1993 inauguration ceremony for President Bill Clinton drew large enough crowds that the lawns south of the Reflecting Pool needed to be reseeded later that month (Joseph, Wheelock, and McLarty 1999: 68).

Two years later, in 1995, the Korean War Veterans Memorial was dedicated on that lawn, located south of the Reflecting Pool landscape and west of the D.C. War Memorial (Joseph, Wheelock, and McLarty 1999: 70). The memorial features a mural by artist Louis Nelson and 19 stainless steel statues designed by Frank Gaylord.

In 2008, the NPS engaged in a review and approval process to widen the walks around the outside of the World War II Memorial. The CFA approved the NPS design, provided that the new material would match the existing walks in color and texture (Commission of Fine Arts 2008a). That same year, the NPS began working with CFA officials to design and construct a new levee system across 17th Street (Commission of Fine Arts 2008b). Initial designs called for a phased construction approach, which the CFA rejected stating that it would be visually unappealing to see an unfinished project for several years, should Congressional funding lapse. In 2009, the CFA approved a final design for the structure consisting of granite stones that taper upwards from a larger base course (this was designed to discourage walking on the walls). The CFA also approved NPS' landscape design for the site, favoring the planting of groups of trees along walkways west of the 17th Street, including both tall and flowering trees (Commission of Fine Arts 2009b).

In 2009, the NPS embarked on the restoration and landscape rehabilitation of the District of Columbia War Memorial using funds from the American Recovery and Reinvestment Act. By this time, the little-used memorial had fallen into disrepair and been deemed unsafe by the NPS. The CFA

approved the restoration plan in 2010 (Commission of Fine Arts 2010), and work began almost immediately. This effort included the cleaning and restoration of the marble structure, the repair of the area's historic walkways, and the restoration of historic plantings around the memorial (Trust for the National Mall, "Restoration of the D.C. War Memorial").

In 2012, the CFA approved the installation of Capital Bikeshare stations throughout the contextual landscape. This included stations along Daniel French and Henry Bacon Drives, and along the north side of Constitution Avenue (Commission of Fine Arts 2012a). Also that year, the CFA invited several landscape architects and planners to reimagine sites on the National Mall, including the Constitution Gardens, Smithsonian Castle, and Sylvan Theater. The winning design for the Constitution Gardens was produced by Rogers Marvel Architects and PWP Landscape Architecture. The CFA published the results in an exhibition entitled the National Mall Design Competition. In 2015, the CFA approved Phase 1 of the rehabilitation of the Constitution Gardens. Phase 1 included alterations to the existing landscape, the relocation and rehabilitation of the historic Lockkeeper's House, and the construction of a new pedestrian plaza at Constitution Avenue and 17th Street, NW (Commission of Fine Arts 2015b). The Trust for the National Mall and the NPS moved the Lockkeeper's House in 2017 and completed the landscape work for Phase 1 in 2018. Phase II of the project will include the re-design of the lake and water systems, the creation of areas for year-round recreational activities, the addition of native plantings, and a new concession and retail shop (Trust for the National Mall, "The Rehabilitation of Constitution Gardens").

In 2014, Congress passed the World War II Memorial Prayer Act, which directed the Secretary of the Interior to add a plaque or inscription of President Franklin D. Roosevelt's famous D-Day prayer to the World War II Memorial. FDR delivered the prayer on national radio on the morning of June 6, 1944, when Allied forces landed on the beaches of Normandy, France. The CFA approved the installation of the plaque within the Circle of Remembrance, near the World War II Memorial in 2017 (Commission of Fine Arts 2017). As of 2021, the CFA was still reviewing the design submitted by The Friends of the National WWII Memorial.

In October 2020, the Trust for the National Mall oversaw a groundbreaking ceremony for a new stable in the southern section of the contextual landscape, to replace the stables that were constructed in 1976 for the Bicentennial (Ruane 2020). As of the preparation of this Cultural Landscape Inventory in December 2021, the stables have been demolished and work on the new building foundation is underway.

In March 2021, the National Park Service launched a construction project to add a wall of remembrance to the Korean War Veterans Memorial; the project is scheduled to be completed in summer 2022 (National Park Service, "Korean War Veterans Memorial Wall of Remembrance").

*Summary*

As was true for many public spaces, the terrorist attacks on September 11, 2001, resulted in various security improvements to the Lincoln Memorial cultural landscape. Security bollards were installed on the plazas around the memorial structure as part of a restoration/rehabilitation campaign in 2008; other improvements have included the construction of new visitor concession facilities. Meanwhile, a new memorial is planned within the cultural landscape, to be dedicated to the members of the armed forces who participated in Operation Desert Storm and Desert Shield. At the time of this CLI, that memorial is not yet built; the design and approval process is ongoing, but the future memorial will alter the northwest section of the cultural landscape, immediately north of Lincoln Memorial Circle.

# Analysis & Evaluation

## Analysis and Evaluation Summary

Period of Significance: 1791-1914; 1914-1933; 1939-Present

This section provides an inventory of the landscape characteristics and associated features of the Lincoln Memorial cultural landscape and provides an analysis and evaluation of the property's integrity. The following inventory examines aspects of the property as distinct landscape characteristics related to the property's significance that convey its historic character. Each landscape characteristic comprises one or more features that are either contributing or non-contributing to the property's historic significance. If a feature retains integrity and was present during the Lincoln Memorial's site preparation (1791-1914) or construction (1914-1933) periods of significance, then it is considered contributing. Features that postdate these periods of significance are typically non-contributing, with the exception of features added during the protest period of significance (1939-Present) that add to the historical value of previous historic periods or contribute to the protest use of the landscape. Such instances are evaluated under the management category "Managed as a Cultural Resource." Non-contributing features are considered "compatible" if they have an association with the historic conditions, such as in-kind design or location, and if they do not compromise the integrity the cultural landscape. Non-contributing features are determined "incompatible" if they detract from the property's integrity or historic character. This inventory categorizes features as "undetermined" if further research is needed to identify the date when the feature was introduced to the property and/or its relationship to the cultural landscape's significance.

The following section inventories the landscape characteristics identified by fieldwork and archival research, and then describes how each landscape characteristic and its associated feature(s) relate to the property's significance, its condition during the periods of significance, and its existing condition. This is the basis of an assessment of the integrity of the Lincoln Memorial cultural landscape according to criteria set by the National Register of Historic Places (NRHP). The NRHP defines integrity as "the ability of a property to convey its significance"

through its extant features (NRHP 1990). The NRHP recognizes seven aspects of properties to define integrity: location, design, setting, materials, workmanship, feeling, and association. A property must retain several or all of these aspects or qualities in order to convey its significance.

The Lincoln Memorial cultural landscape consists of the following contributing landscape characteristics: spatial organization, land use, topography, vegetation, circulation, buildings and structures, views and vistas, constructed water features, and small-scale features.

**Spatial Organization Summary:** The spatial organization of the Lincoln Memorial cultural landscape is consistent with its composition during the site preparation and construction periods of significance (1791-1914, 1914-1933), despite changes to its design made during the protest period of significance. The addition of disruptive circulation features after the construction period of significance has hindered the historic design, feeling, and association of the landscape in the northwestern portion of the cultural landscape. These features severed the Belvedere from Constitution Avenue and carved up open space into smaller parcels. Despite these alterations, the greater design principles delineated in the plans of L'Enfant, the McMillan Commission, and the 20th century designers (including Bacon, Olmsted, and others) are clearly legible within the majority of the cultural landscape. As a result, it retains integrity with respect to spatial organization.

**Land Use Summary:** The Lincoln Memorial cultural landscape remains significant with respect to land use, as it continues to accommodate and encourage commemorative, recreational, and protest uses. Localized changes to land use, e.g. the addition of service uses, do not detract from the landscape's historic designed use.

**Topography Summary:** Despite changes to specific areas of topography due to circulation changes in the second half of the 20th century, the cultural landscape retains its general shape and landform established during the site preparation and construction periods. The addition of highway berms in the northwest portion of the cultural landscape has had a detrimental effect, but other minor changes, including the addition of retaining walls and ramps at the west end of

**Lincoln Memorial**
**National Mall and Memorial Parks**

the Reflecting Pool, do not detract from the integrity of the landscape. Overall, the cultural landscape retains the conception of the centrally located and elevated Lincoln Memorial structure, the terraced Watergate Steps, and the sunken Reflecting Pool area. Accordingly, the cultural landscape retains its integrity with respect to topography.

**Vegetation Summary:** Minor alterations have affected individual plantings within the cultural landscape since the end of the construction period of significance (1914-1933). However, these changes do not detract from the overall integrity or legibility of the cultural landscape's vegetation features. The elm allées established in the 1910s and 1920s, as well as the evergreen planting palette established in the 1920s and 1930s, are still legible today, retaining their overall composition through historic and in-kind plantings. All sections of the cultural landscape retain turf panels consistent with their historic designs. Non-historic plantings in all sections largely adhere to the historic species list, owing to careful rehabilitations in recent years. Although some newer plantings represent non-historic species—including understory and mid-story species in particular areas—they nevertheless adhere to the historic designs of the Lincoln Memorial. As such, the cultural landscape retains integrity with respect to vegetation.

**Circulation Summary:** Overall, the extant circulation features within the Lincoln Memorial cultural landscape are consistent with conditions at the end of the construction period of significance (1914-1933). Significant extant contributing features throughout the landscape include the radial roads, Approachway, Watergate Steps, and Reflecting Pool allée walkways. Non-contributing circulation features include highway entrance and exit ramps, east-west walkways immediately adjacent to the Reflecting Pool, and accessible ramps throughout the cultural landscape. Significant non-contributing circulation features such as Independence Avenue SW and the Theodore Roosevelt Bridge ramps do detract from the overall legibility of the historic circulation plan, but their impact does not affect all aspects of the landscape's circulation. Modern non-contributing changes to paving and direction of use, and the introduction of new accessible circulation features, do not detract from historic conditions. Despite changes, the Lincoln Memorial cultural landscape therefore retains integrity with respect to circulation.

**Buildings and Structures Summary:** The cultural landscape features many buildings and structures dating to the period of significance. This includes the Lincoln Memorial structure and its raised terrace, the John Ericsson Monument, the Constitution Avenue Belvedere, and the parkway overpasses that have served historically as the anchors within the cultural landscape. Most of these structures date to the construction period of significance (1914-1933), and several have their roots even earlier in the site preparation period of significance (1791-1914). Buildings and structures added after the first two periods of significance include information kiosks, security barriers, and food service buildings. These features are non-contributing but are in keeping with the conditions that existed during first two periods of significance. Buildings and structures used by activists during the protest period of significance include the Lincoln Memorial and its raised terrace—both of which are retained and unchanged from the periods of significance. As a result, the cultural landscape retains integrity with respect to buildings and structures.

**Views and Vistas Summary:** The Lincoln Memorial cultural landscape retains the views and vistas consistent with its periods of significance, including the external views toward prominent District landmarks and directed internal views based on various historic landscape plans. Changes to the viewsheds based on the construction of new bridges and circulation features have altered the historic views in these areas (particularly in the northwest corner of the cultural landscape), but do not detract from the overall integrity of the cultural landscape's views and vistas. The most harmful impact to the views and vistas is represented by the oversized historic plantings, which infringe on the intended views from the north, south, and west sides of the Lincoln Memorial structure and detract from the vista of the memorial structure from the east. Despite these impacts, the legibility of the cultural landscape's historic views and vistas remains largely intact, and it retains integrity with respect to views and vistas.

**Constructed Water Features Summary:** The Reflecting Pool, the only constructed water feature in the cultural landscape, retains its historic design and approximate dimensions. It retains all

seven aspects of integrity and as a result, the cultural landscape retains its integrity with respect to constructed water features.

**Small-Scale Features Summary:** The cultural landscape retains many of its contributing small-scale features and those managed as cultural resources, including its stone Approachway benches, lampposts, and memorial tree plaques. Most of the non-contributing small-scale features—including some benches, lighting, drinking fountains, waste receptacles, and signage—postdate the original design of the landscape, and were added to adapt the landscape according to evolving visitation needs. Many of these features have been replaced regularly throughout the cultural landscape's history. Because this memorial landscape is so highly visible, design interventions for new small-scale features have been sensitive and deferential to the historic design. Accordingly, small-scale features installed after the construction period of significance (1914-1933) do not detract from the legibility of the landscape's overall character and design. It therefore retains integrity with respect to small-scale features.

## Integrity Summary

This section also includes an evaluation of the landscape's integrity in accordance with the National Register criteria. Historic integrity, as defined by the National Register, is the authenticity of a property's identity, evidenced by the survival of physical characteristics that existed during the site's historic period. The National Register recognizes seven aspects of integrity: location, design, setting, materials, workmanship, feeling and association. Several or all of these aspects must be present for a site to retain historic integrity. To be listed in the National Register, a property not only must be shown to have significance under one or more criteria but must also retain integrity to its period or periods of significance. Note: the definitions for the seven aspects of integrity detailed below are adapted from *National Register Bulletin 15: How to Apply the National Register Criteria for Evaluation.*

**Location:** *Location refers to the place where a historic property was constructed or where a historic event occurred.* The Lincoln Memorial cultural landscape occupies the site where it was originally

**Lincoln Memorial**
**National Mall and Memorial Parks**

constructed on the eastern bank of the Potomac River, as part of the National Mall. Its most significant features—including the memorial structure, Reflecting Pool, Watergate Steps, and others—also retain their historic locations. The cultural landscape therefore retains a high degree of integrity of location.

**Design:** *Design is the combination of elements that create the form, plan, space, structure, and style of a property.* The cultural landscape retains its overall landscape design consistent with tenets delineated by Pierre L'Enfant and the McMillan Commission during the site preparation period of significance (1791-1914) and carried out during the construction period of significance (1914-1933) by various government agencies. It also retains its organization into various smaller areas, including the Reflecting Pool, Lincoln Memorial Circle, radial roads, Watergate, and Belvedere. Each of these areas retains legibility of its overall design intent, despite minor changes to small-scale features and vegetation. As a result, the cultural landscape retains high integrity of design.

**Setting:** *Setting refers to the character of the physical environment of a cultural landscape.* The Lincoln Memorial cultural landscape retains the most essential elements of setting: its relationship to the National Mall (including the Washington Monument), the U.S. Capitol, and the Potomac River. Despite this consistency of overall setting, the immediate vicinity of the Lincoln Memorial cultural landscape has seen several significant changes since the historic construction period of significance (1914-1933). This includes the construction of detrimental circulation features such as the Theodore Roosevelt Bridge and its ramps, which isolate the cultural landscape from its historic setting and connections with Rock Creek and Potomac Parkway to the north. Additional memorials, added during the protest period of significance to the areas north, south, and east of the Reflecting Pool, have also altered the setting of the landscape. However, unlike the Theodore Roosevelt Bridge, these new monuments are screened by vegetation and do not detract from the designed setting of the Lincoln Memorial's own structure and setting. Most external viewsheds that result from the cultural landscape's setting remain intact, including views of the river to the west and the Mall and Congress to the east. However, increased vehicular traffic and airplane flight paths have resulted in consistent noise pollution and some impacts for the tranquil, contemplative setting envisioned by the landscape's designers. The cultural landscape does,

however, retain all elements that make it an ideal setting for protests. Based on all of these factors, the Lincoln Memorial retains the essential integrity of setting from all periods of significance.

**Materials:** *Materials are the physical elements of a particular period in a particular pattern or configuration and include construction materials, paving, plants, and other features of the cultural landscape.* The Lincoln Memorial cultural landscape has seen several rehabilitation campaigns since the construction period, most of which have prioritized repair or replacement in-kind. The highly visible nature of this nationally significant landscape has resulted in few significant changes to its historic design. Notably, the landscape retains a clear planting palette of elm allées along its major walks and roads, as well as groupings of evergreens throughout that frame views to and from the monument. The Lincoln Memorial structure retains its use of Colorado "Yule" marble in its entablature, Doric columns, and stylobate. Other retained historic materials include the use of Georgia marble in the Lincoln statue, pink Milford granite in the John Ericsson statue, fire-gilded bronze in the *Arts of War and Peace* statues, and Mt. Airy, North Carolina granite in the Reflecting Pool coping. Non-historic paving of circulation features and the addition of non-historic small-scale features do not detract from the historic material palette of the landscape. While some historic vegetation features have been lost and not replaced, such as portions of the allée around Lincoln Memorial Circle, most have been routinely maintained by the NPS. Non-historic changes to materials are in-keeping with those used during the historic construction period. As a result, the cultural landscape retains high integrity with respect to materials.

**Workmanship:** *Workmanship refers to the physical evidence of the crafts of a particular period.* The Lincoln Memorial cultural landscape is a representative example of City Beautiful planning and showcases the workmanship of numerous architects, landscape architects, and artists. The Lincoln Memorial structure highlights the talents of numerous artists and tradespersons who sculpted the entablature, Doric columns, and stylobate. The structure also retains notable workmanship in its murals by Jules Guerin and its statue by Daniel Chester French, both of which are distinctive examples of Neoclassical artworks. Outside of the structure, the landscape retains legibility of its designed east-west radial views via the elm allées designed by Henry

Bacon, Frederick Law Olmsted, Jr., and others. The landscape retains the formal, ordered, and axially oriented spaces established during the site preparation and construction periods. Accordingly, the Lincoln Memorial cultural landscape retains a high degree of workmanship dating to the periods of significance.

**Feeling:** *Feeling is a property's expression of the aesthetic or historic sense of a particular period.* The Lincoln Memorial cultural landscape retains its feeling as a space of commemoration, recreation, and transportation consistent with the historic periods. Moreover, it remains a space readily identifiable with activism, based on protests that occur within its boundaries. The cultural landscape continues to seamlessly integrate with the monumental core of the L'Enfant and McMillan Plans; it remains visually connected to the Washington Monument and the Capitol, as well as to East and West Potomac Parks. It retains key landscape characteristics that contribute to this site's ability to convey the feeling from the historic periods. In total, the Lincoln Memorial cultural landscape retains a high degree of integrity of feeling.

**Association:** *Association is the direct link between an important historic event, pattern, or person and a historic property.* As one of the most identifiable sites in the world, the Lincoln Memorial cultural landscape retains its association with both the individuals it commemorates and the significant protest events that have occurred within its bounds. The Lincoln Memorial structure remains a cogent example of a presidential memorial to Abraham Lincoln. It also retains its association as a memorial to the Civil War and the reunification of the states. Various other secondary features—such as the John Ericsson Monument, MLK "I Have a Dream" plaque, Alaska and Hawaii plaque, and the memorial tree grove plaques—convey the landscape's memorial association to historic events, individuals, and organizations. The legibility of the landscape's historic design also directly links and associates the cultural landscape to the historic L'Enfant and McMillan Plans. As a result of these eminently legible links, the cultural landscape retains the highest degree of integrity with respect to association.

—

**Lincoln Memorial**
**National Mall and Memorial Parks**

In consideration of the seven aspects of integrity established by the NRHP detailed above in relation to the Lincoln Memorial cultural landscape, along with its landscape characteristics and associated features, this CLI finds that the setting, location, design, materials, workmanship, feeling, and association retain a high and essential degree of integrity. Overall, the integrity of the Lincoln Memorial cultural landscape retains integrity of all aspects dating to the periods of significance.

### *Spatial Organization*

*Spatial organization is the three-dimensional organization of physical forms and visual associations in a landscape, including the articulation of ground, vertical, and overhead planes that define and create spaces.*

**Historic Condition**

The cultural landscape was not formally organized into parkland until the late 19th and early 20th centuries, when it was the focus of the Army Corps of Engineers' reclamation efforts. However, the present-day axial arrangement of the cultural landscape was first established in 1791 by Pierre L'Enfant. Under his plan, L'Enfant established the east-west axis of the National Mall, which connected the Capitol and the planned Washington Monument and would eventually define the spatial organization of the cultural landscape. In the late 19th century, the Army Corps of Engineers implemented this spatial organization within the cultural landscape, extending L'Enfant's axis westward from the Washington Monument. Efforts to establish the landform of the cultural landscape as open space were mostly complete by 1890 (Gutheim and Lee 2006: 96-97).

The McMillan Commission formalized the spatial organization of the cultural landscape in its 1901-1902 report, treating it as a continuation of the Mall that terminated at the Potomac River (Moore 1902: 10). The Commission reinforced this primary east-west organization by placing the Reflecting Pool on the same axis and lining it with east-west allées (Moore 1902: 51-2). The Commission placed the prospective memorial and statue to President Lincoln along the primary axis, with a terraced slope on the west side of the memorial to continue the axis to the Potomac

River shoreline. As shaped by the McMillan Commission, the memorial structure would be elevated on a *rond point* that was circumscribed within a road, with radial roads resembling the spokes of a wheel to organize the cultural landscape outside the primary axis.

As the design process for the Lincoln Memorial cultural landscape began in earnest in 1911 and was implemented in the ensuing decades, the McMillan Plan's tenets of spatial organization continued to influence nearly all aspects of the landscape's physical development. The only aspect of the landscape's spatial organization that was not preliminarily dictated by the McMillan Plan was the specific design for the Lincoln Memorial structure. For this feature, Henry Bacon centered the rectilinear memorial structure within the *rond point* and placed the statue of President Abraham Lincoln on axis with the Approachway, Washington Monument, and Capitol.

On the west side of the *rond point,* the completion of Ohio Drive SW (1912-1916) and the Potomac River seawall (circa 1919) established the western edge of the cultural landscape at the Potomac River shoreline (Bobeczko and Robinson 1998: VII.47; Joseph, Wheelock, and McLarty 1999: 24). Construction of the radial roads between 1921 and 1922 divided the cultural landscape into the present-day wedge shapes to the north and south of the memorial. Concurrent with the construction of the radial roads, the OPBG planted secondary allées to line each road and strengthen the radial organization of the landscape outside the primary east-west axis. In 1926, the OPBG located the statue of John Ericsson in a traffic island at the southern terminus of 23rd Street, completing the secondary north-south axis.

In 1931, B Street North (later renamed Constitution Avenue) was extended westward to the Potomac River, terminating at the Belvedere. This extension defined the northern boundary of the cultural landscape for over two decades, until the creation of the Theodore Roosevelt Bridge between 1958 and 1964 altered the composition of the northwest corner of the landscape.

The area south of the memorial structure—along 23rd Street SW and around the John Ericsson statue—was altered between 1942-1943 with the extension of B Street SW (renamed Independence Avenue SW). The addition of Independence Avenue resulted in the construction of

two cloverleaf ramps connecting it to the Rock Creek and Potomac Parkway and the Arlington

Bridge. This new arrangement divided the two wedge-shaped open spaces on either side of 23rd

Street SW and further subdivided the lawns along the radial roads north and south of the Lincoln

Memorial structure (U.S. Geological Survey 1951).

Construction of the Theodore Roosevelt Bridge significantly altered the spatial organization of

the northwestern portion of the cultural landscape. The bridge's new on- and off-ramps,

completed shortly after the bridge, truncated Constitution Avenue at 23rd Street, severed the

Belvedere at Peters Point from the Rock Creek and Potomac Parkway to the north, and carved up

the northwest corner of the cultural landscape into smaller open spaces and traffic islands (U.S.

Geological Survey 1963).

In the 1970s, the National Park Service closed the east side of Lincoln Memorial Circle to vehicle

traffic. This resulted in a reorganization of the east-west axis of the cultural landscape. For the

first time since the memorial's opening in 1922, pedestrians could move freely, easily, and safely

between the Reflecting Pool and the memorial structure without encountering any vehicle traffic.

The closure of the circle reinforced the historical axis, making it continuous from the east end of

the Rainbow Pool all the way up the Approachway to the memorial statue and the Watergate

Steps beyond (Thomas 2002: 151).

Construction of the World War II Memorial between 2001 and 2004 effectively severed the

historic relationship between the Reflecting Pool and the Rainbow Pool and established the

present-day eastern boundary of the cultural landscape.

**Existing Condition**

The cultural landscape has seen a limited number of significant changes to its historic spatial

organization since the cultural landscape's initial construction (1914-1933). Some of the

alterations made during the latest period of significance (1939-present) remain in place as a

departure from, and disruption of, the original design intent of the landscape's spatial organization, including:

- The extension of Independence Avenue to Ohio Drive SW, through the southwest portion of the cultural landscape;

- The two cloverleaf ramps connecting the Arlington Memorial Bridge and the Rock Creek and Potomac Parkway to Lincoln Memorial Circle, Independence Avenue SW, and Ohio Drive SW; and

- The Theodore Roosevelt Bridge and the corresponding on- and off- ramps, which bifurcate the northwest portion of the cultural landscape.

These alterations effectively subdivided and isolated portions of the cultural landscape, and disrupted pedestrian use in favor of vehicular through-traffic. Many of the smaller parcels that resulted from these alterations are now unused traffic islands or planting beds, difficult to access, and completely inaccessible to park users. The Theodore Roosevelt Bridge connections sever the historical relationship between the Belvedere and Constitution Avenue, and divide the northwest portion of the cultural landscape from the radial core. Thus, these existing conditions are considered non-contributing spatial organization features.

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 45: Diagram of the northwest portion of the cultural landscape showing how the addition of circulation features related to the Theodore Roosevelt Memorial Bridge (teal) severed the historic relationship of Constitution Avenue (dashed white line) to the Belvedere. It also shows how these features (teal) divided up the spatial organization of the cultural landscape (boundary shown in orange).  (Annotated from Google Earth 2020)*

Despite these specific changes to the cultural landscape's spatial organization, it has retained its historic design intent overall, in keeping with the first two periods of significance (1791-1914; 1914-1933), including both its primary axial relationships and its secondary radial arrangements. As historically planned by the McMillan Commission, Henry Bacon, and the other designers, the cultural landscape continues to serve as the western terminus of the Mall. It retains its primary axial arrangement based on circulation features, water features, vegetation features, and views to and from the monument along the Reflecting Pool and the Watergate Steps area. The most significant alteration to this primary axis—the removal of vehicular traffic on the east side of the memorial—had a positive, rather than detrimental, effect on the cultural landscape's spatial

organization, as it reinforced the axial relationship of the Lincoln Memorial structure with the Mall.

The secondary radial design also remains intact and clearly legible, expressed via Lincoln Memorial Circle and its surrounding roads. The extant circulation features of Daniel French Drive SW, Henry Bacon Drive NW, and 23rd Street NW/SW continue to divide the cultural landscape into wedges of greenspace, flanked by allées of trees that emanate from Lincoln Memorial Circle and echo the radial arrangement. The historic John Ericsson Monument is extant at the southern terminus of 23rd Street, reinforcing the secondary north-south axis within the radial spatial organization.

The spatial organization of the cultural landscape has also historically reinforced its value and use as a protest space during the third period of significance (1939-Present). The eastern side of the memorial is arranged as a *de facto* amphitheater, with the memorial as the backdrop, the plinth and steps as the stage, and the Reflecting Pool and Approachway as the seating area for the audience.

The spatial organization of the Lincoln Memorial cultural landscape is consistent with its composition during the first two periods of significance, despite changes to its design made during the third period of significance. The addition of disruptive circulation features after the second period of significance has hindered the historic design of the landscape in specific areas. Notably, these features have altered the historic feeling and association of the northwestern portion of the cultural landscape. They severed the Belvedere from Constitution Avenue and carved up open space into smaller parcels. Despite this change, the greater design principles delineated in the plans of L'Enfant, the McMillan Commission, and the 20th century designers (including Bacon, Olmsted, and others) are clearly legible within the majority of the cultural landscape. As a result, it retains integrity with respect to spatial organization.

**Lincoln Memorial**
**National Mall and Memorial Parks**

| Feature Name | Feature Contribution | CRIS-HS Resource Name | CRIS-HS Resource ID | FMSS Record Type | FMSS Record Number | FMSS record an exact match? |
|---|---|---|---|---|---|---|
| Axial relationship with the Mall, serving as the elevated western terminus of the central core in the L'Enfant and McMillan Plans | Contributing | | | | | |
| Alignment of the Lincoln Memorial statue on axis with the Approachway, Washington Monument, and U.S. Capitol | Contributing | | | | | |
| Axiality of the Reflecting Pool area, expressed by the east-west footprint of the pool and the primary allées that line the pool | Contributing | | | | | |
| Radial arrangement of the central rond point, with roads, walks, and allées arranged around Lincoln Memorial Circle | Contributing | | | | | |
| Secondary allées that line radial roads, | Contributing | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| reinforcing the radial organization of the Lincoln Memorial Circle area | | | | | | |
| Formal Watergate plaza and steps that descend to the river, establishing the cultural landscape's western terminus and connecting the Mall axis with the Potomac River | Contributing | | | | | |
| John Ericsson Monument as the southern terminus of the 23rd Street axis | Contributing | | | | | |
| Layout of Ohio Drive SW and Parkway Drive NW along the western edge of the cultural landscape, parallel with the Potomac River shoreline | Contributing | | | | | |
| Open character of playing fields and turf panels between the radial roads and the parkway | Contributing | | | | | |
| Divided organization of the northwest | Non-contributing (Incompatible) | | | | | |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| portion of the cultural landscape resulting from the Theodore Roosevelt Bridge connections | | | | | |
|---|---|---|---|---|---|



*Fig. 46: View to east of the Washington Monument and U.S. Capitol showing the axiality of the Reflecting Pool area, expressed by the east-west footprint of the pool and the primary allées that line the pool. (Torkelson 2021)*

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 47: View to north of 23rd Street NW showing the secondary allées that line the radial roads, reinforcing the radial spatial organization of the Lincoln Memorial Circle area. (Torkelson 2021)*

*Fig. 48: View to west showing the open character of playing fields and turf panels between the radial roads and the parkway. (Torkelson 2021)*

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 49: View to east showing the axial spatial organization of the Reflecting Pool area via the primary allées that line the pool. (Torkelson 2021)*

### *Land Use*

*Land uses are the principal activities in a landscape that form, shape, and organize the landscape as a result of human interaction.*

**Historic Condition**

Prior to its creation as permanent parkland, the cultural landscape was in use as a navigable waterway as part of the Potomac River, connecting the port of Georgetown with the larger navigable waterways to the south. In the ensuing decades, sedimentation from increasing urban development and poor agricultural practices would result in the clogging of local canals and the creation of mudflats within the Potomac River. In the last few decades of the 19th century, the Army Corps of Engineers began reclaiming the mudflats into usable land. However, it was not until 1897 that a land use was assigned to the newly created land in the Potomac Flats. That year, Congress declared the entire area formerly known as the Potomac Flats as public parkland; this area would eventually become East and West Potomac Parks (Chapell 1973: 66).

The recreational and memorial land uses of the cultural landscape were first articulated between 1901 and 1902, under the McMillan Plan. Notably, the Senate Park Commission that produced the plan asserted that the new landscape west of the Washington Monument should not be used for active recreational parkland in the way other greenspaces within the new Potomac Park would be used. Instead, the new parkland within the cultural landscape would feature a memorial site to commemorate President Abraham Lincoln. This symbolic greenspace would serve both as memorial contemplation and as passive recreation. The outlying turf panels, in turn, could be used for active recreational uses; only the core of the landscape was removed from this land use.

In the first two decades of the 20th century, the Office of Public Buildings and Grounds assigned land use to the cultural landscape according to the tenets specified in the McMillan Plan. This included the creation of a commemorative monument to President Lincoln, which would be located in the center of the landscape. The commemorative land use would be paired with passive recreational uses along the Reflecting Pool, and active recreational uses in the outlying turf panels of the radial roads and parkway. Such panels featured ballfields and—for a limited period—tennis courts and a golf course (Moore 1902: 49). The western section of the cultural landscape featured a different land use associated with transportation, comprising a scenic automobile parkway and pedestrian and bridle paths.

Memorial tree groves were first introduced in the 1920s along the cultural landscape's radial roads, introducing another facet of commemorative land use within the cultural landscape. Maintenance of this memorial land use would continue into the 1960s, at which point the NPS stopped dedicating resources to plaque upkeep.

In 1923, the OPBG installed a 9-hole sand-green golf course for Black golfers northwest of Lincoln Memorial Circle. The new course was bounded by 23rd Street NW, Constitution Avenue, and Ohio Drive SW (Babin 2017: 47). The cultural landscape remained in use as a golf course until 1939, when the segregated Langston Golf Course opened in Anacostia Park (Babin 2017: 14).

**Lincoln Memorial**
**National Mall and Memorial Parks**

On May 29, 1926, the Office of Public Buildings and Public Parks dedicated a memorial to Swedish-born inventor John Ericsson, located south of the Lincoln Memorial along 23rd Street SW. The addition of this memorial expanded the commemorative land use of the cultural landscape.

By the late 1920s, after the completion of the Reflecting Pool, the eastern section of the cultural landscape featured an array of passive and active recreation uses. This included picnicking, swimming, sailboat races, fly-casting contests, and ice skating (Joseph, Wheelock, and McLarty 1999: 42; *The Evening Star*, May 13, 1932: D3). The development of active recreational activities on the east side of the memorial was a departure from the land uses specified by the McMillan Plan, but it represented a natural extension of land uses from the adjacent East and West Potomac Parks.

Beginning in 1935, the Watergate Steps area was used for outdoor concerts organized by the National Capital Parks, with the steps used as audience seating. At the bottom of the Watergate Steps, park staff built and moored a concert barge. This land use continued through the mid-20th century, but was discontinued in the 1960s and permanently eliminated by 1984 (Joseph, Wheelock, and McLarty 1999: 51-52).

The concert of Marian Anderson on April 9, 1939, catalyzed the protest use of the cultural landscape. The event—and the circumstances that caused it—established the Lincoln Memorial as a nationally significant stage for public demonstrations related to civil rights, racial justice, and the First Amendment. This use continues to the present day.

Examples of protest events that have occurred within the Lincoln Memorial cultural and contextual landscapes include:
- April 9, 1939: Marian Anderson's concert;
- May 17, 1957: Prayer Pilgrimage for Freedom;
- October 25, 1958: Youth March for Integrated Schools;
- April 18, 1959: Youth March for Integrated Schools;
- August 28, 1963: March on Washington for Jobs and Freedom;

- November 27, 1965: March on Washington for Peace in Vietnam;

- May 16, 1966: Vietnam War protests;

- October 21, 1967: March on the Pentagon;

- May 12, 1968-June 19, 1968: Resurrection City of the Poor People's Campaign;

- May 21, 1972: Emergency March on Washington [for Peace].

Over time, the cultural landscape has evolved into a landscape that facilitates the expression of protected free speech. This has historically included groups that support or oppose the Civil Rights Movement, those for and against American involvement in wars abroad, and other causes related to First Amendment freedoms.

Physical changes to the cultural landscape in the mid-to-late 20th century resulted in modifications to its recreational land use. Circa 1950, park staff closed all bridle paths to horses and removed this land use (Joseph, Wheelock, and McLarty 1999: 61). By this time, the golf course and tennis courts north of the memorial were also removed and the turf panels north and south of the memorial (and bounded by the radial roads) were in use as baseball/softball fields. The addition of the interstate in 1963-1964 eliminated many of these fields in the northwest corner of the cultural landscape, while the ballfields in other parts of the cultural landscape remained unchanged (U.S. Geological Survey 1964).

In 1965, the Mission 66 program introduced a new tourist kiosk and refreshment stand in the southwest corner of the cultural landscape, along Daniel French Drive SW. It added a service and commercial use to the cultural landscape (Joseph, Wheelock, and McLarty 1999: 62).

The popularity of the Lincoln Memorial landscape during this time resulted in damages to the landscape that necessitated changes to regulate how it was used. This included the suspension of winter ice skating activities at the Reflecting Pool and the end of outdoor barge concerts at the Watergate Steps. However, other seasonal outdoor events took the place of these activities, such as the Smithsonian Festival of American Folklife. During this time, the landscape was used for concerts, cultural programming, vendors, and educational demonstrations (Joseph, Wheelock, and McLarty 1999: 50-52)

**Lincoln Memorial**
**National Mall and Memorial Parks**

By 1979, the active recreational use of the northwest portion of the cultural landscape was expanded through the addition of beach volleyball courts (U.S. Geological Survey 1979). More research is needed to determine when and why these courts where installed. By 1988, the northern portion of the cultural landscape featured five baseball diamonds centered on 23rd Street NW (U.S. Geological Survey 1988). Although the beach volleyball courts and the baseball diamonds are later additions to the cultural landscape, both are consistent with the active recreational land use established during the historic construction period.

In 1982, the completion of the Vietnam Veterans Memorial immediately north of the cultural landscape associated the west end of the Reflecting Pool area with veterans' causes and issues. In 1983, veterans' groups added a temporary wooden structure in this area, within the cultural landscape. This land use built on the protest land use established during the periods of significance.

In 1985, a new stone plaque was embedded in the Approachway to acknowledge the states of Alaska and Hawaii and their contributions to the United States (Joseph, Wheelock, and McLarty 1999: 69). The presence of the plaque within the cultural landscape expands the expression of the cultural landscape's commemorative use.

Service uses within the cultural landscape were refined in the late 1990s and early 2000s, replacing areas previously used for active recreation. In 1995, service kiosks were relocated to the turf panel west of Daniel French Drive SW (U.S. Geological Survey 2005-2007). The addition of these facilities eliminated the active recreational land use in this area. Between 2005-2007, the NPS replaced the food service kiosk along Daniel French Drive SW and added a new corresponding service area to the north, along Henry Bacon Drive NW. The new concession area on the west side of Henry Bacon Drive NW supplanted two of the three former ballfields on that parcel, curtailing the active recreational use in that area.

**Lincoln Memorial**
**National Mall and Memorial Parks**

The National Park Service continued to expand the commemorative use of the cultural landscape in the early 2000s via the construction of new memorials. In 2003, the National Park Service installed a commemorative plaque along the Approachway that marked the approximate location where Martin Luther King, Jr. delivered his famous "I Have a Dream" speech. This plaque also served as a formal recognition of the protest use of the landscape (Commission of Fine Arts 2003a). In 2014, Congress authorized a new war memorial honoring veterans of Operation Desert Storm and Desert Shield. The final design is under development as of 2021, and will be located at the southwest corner of Constitution Avenue and 23rd Street NW, within the cultural landscape (National Desert Storm War Memorial, "The Timeline"). Such a project will remove this portion of the cultural landscape from active recreational use and expand its commemorative land use.

**Existing Condition**

The cultural landscape's land uses have not changed significantly since the site preparation period of significance (1791-1914) and the construction period of significance (1914-1933). The historic commemorative, active recreational, and passive recreational land uses established by the McMillan Plan remain in place today, as does the historic transportation use as a scenic drive.

The Lincoln Memorial cultural landscape retains its historic commemorative land use and has seen it expanded in recent decades. It retains its most significant feature, the structure and statue dedicated to President Abraham Lincoln, as well as secondary commemorative features such as the John Ericsson Monument and the memorial grove tree plaques. Small modern interventions such as the Martin Luther King, Jr. plaque and the Alaska and Hawaii plaque expand upon, rather than detract from, the integrity of the historic commemorative land use.

The cultural landscape also retains its use as a nationally significant space of protest and free speech, established during the protest period of significance (1939-Present). As but one example: organizers recently planned a protest at the Lincoln Memorial to mark the 58th anniversary of the 1963 March On Washington for Jobs and Freedom. They used the symbolism of the cultural

landscape and its associations with the ongoing Civil Rights Movement to raise awareness for voting rights issues.

The following parcels are still in use for active recreation:
- The parcel bounded by 23rd Street NW, Henry Bacon Drive NW, Constitution Avenue NW, which includes 1 ballfield;
- The parcel bounded by 23rd Street NW, Constitution Avenue NW, and the parkway connections, which includes 2 ballfields;
- The parcel bounded by Rock Creek and Potomac Parkway, Parkway Drive NW, and Ohio Drive NW, which includes 11 beach volleyball courts.

Most of the parcels south, west, and north of Lincoln Memorial Circle retain their passive recreational use through tree-lined turf panels.

The landscape also retains its transportation use as a scenic parkway for pedestrians, runners, and bikers (consistent with the historic use as a recreational corridor for pedestrians and horses).

However, several existing land uses—added after the site preparation and construction periods of significance—compete with and detract from older and more consistent contributing land uses. The addition of circulation features associated with the highway plan in the mid-20th century removed large areas of the landscape from both active and passive recreational uses. Construction of these features permanently removed these portions of the landscape from their historical recreational use, infringing upon the use and integrity of these open spaces.

This pattern of land use appropriation continued with the addition of service kiosks along Daniel French and Henry Bacon Drives between 2005 and 2007. However, service-oriented uses—while disruptive to the commemorative and recreational landscape—are an essential element of modern park use and visitor management. Use of the cultural landscape via information kiosks north and south of the Reflecting Pool and those along Daniel French and Henry Bacon Drives is non-contributing. Any future change to these facilities should consider the historic passive and active recreational land uses that were displaced for these facilities.

A notable distinction is the temporary POW-MIA structure (aka the Last Firebase) used by veterans' groups to educate the public on issues that affect their constituency. This land use is not necessarily incompatible with the memorial landscape, but its location has the effect of detracting from the commemorative land use of the landscape.

In 1983 and 2003, Congress passed and revised the Commemorative Works Act. The law creates significant procedure roadblocks for proposed new memorials and preserves the extant recreational and commemorative land uses within the cultural landscape.

The Lincoln Memorial cultural landscape remains significant with respect to land use, as it continues to accommodate and encourage commemorative, recreational, and protest uses. However, planned large-scale monuments and memorials such as the Vietnam Veterans Memorial Center and the Desert Storm and Desert Shield Memorial will prioritize one historic land use (commemoration) over another (recreation) within the cultural landscape. While new monuments are essential and necessary for society to reflect on and confront its past, such efforts detract from the overall integrity and historic design of the cultural landscape. Such precedents could have the effect of incentivizing the removal of additional open space from recreational use, disrupting the balance between commemorative and recreational uses that has been embedded in this cultural landscape from the time it was reclaimed as useable public land.

Despite these planned alterations, the cultural landscape retains its integrity of land use in its existing condition. Localized changes do not detract from the landscape's historic land uses overall. Continued changes via new memorials and other features should be evaluated carefully, so that the cultural landscape can continue to balance its multiple historic land uses.

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 50: Land use map of the cultural landscape showing its boundaries in orange. For a larger version of this map, see Appendix A: Existing Conditions. Full size drawings are located at the end of this report. (NPS NACO GIS Data 2021)*

| Feature Name | Feature Contribution | CRIS-HS Resource Name | CRIS-HS Resource ID | FMSS Record Type | FMSS Record Number | FMSS record an exact match? |
|---|---|---|---|---|---|---|
| Commemorative land use as a memorial landscape, dedicated to President Abraham Lincoln, John Ericsson, and Martin Luther King, Jr. | Contributing | | | | | |
| Commemorative use as a memorial tree grove, dedicated to the significant individuals and organizations | Contributing | | | | | |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| | | | | | | |
|---|---|---|---|---|---|---|
| Use as a space of protest based on its association with the ongoing Civil Rights Movement and First Amendment causes | Contributing | | | | | |
| Passive recreational use | Contributing | | | | | |
| Active recreational use | Contributing | | | | | |
| Transportation use as scenic drive via memorial circle, radial roads, Ohio Drive SW, and the Rock Creek and Potomac Parkway | Contributing | | | | | |
| Service oriented land uses at the food service buildings along Daniel French Drive SW and Henry Bacon Drive NW | Non-contributing | | | | | |

**Lincoln Memorial**
**National Mall and Memorial Parks**

*Topography*

*Topography is the three-dimensional configuration of the landscape surface characterized by features (such as slope and articulation) and orientation (such as elevation and solar aspect).*

**Historic Condition**

Prior to the Army Corps of Engineers' reclamation efforts, the topography of the cultural landscape consisted of shallow wetlands, mud flats, and limited areas of dry land. This topographic mosaic changed frequently because of seasonal freshets, weather-related flooding, and increasing human-caused runoff and sedimentation. Such topographic conditions impeded navigation and compelled the Army Corps of Engineers to dredge the Potomac River, depositing this material on the mudflats as fill. The Army Corps of Engineers then constructed seawalls and backfilled them to create new parkland. This reclaimed landscape was generally flat.

The McMillan Plan of 1901-1902 established the topographic principles that later designers would use during the construction of the cultural landscape. This included the creation of a central raised *rond point* and elevated terrace for the future memorial to President Abraham Lincoln. To the west of the planned memorial was to be a series of terraces and steps that connected the east-west axis of the mall with the Potomac River and a planned parkway to the north.

As the Army Corps of Engineers finished creating the general landforms of the cultural landscape, the various architects and landscape architects of the Lincoln Memorial held fast to the topographic principles established by the McMillan Plan. Since the landscape was newly created and generally flat land, it lent itself to minimal grade changes. The entirety of the landscape was generally graded away from the raised earthen *rond point* and the terrace containing the memorial.

On the west side of the *rond point,* the topography sloped steeply down toward the Potomac River. Here, the designers used retaining walls, steps, and bridge abutments to mitigate the grade changes between Lincoln Memorial Circle and the waterfront; the Watergate Steps were established on the hillside as a result of this distinctive topography.

To the east of the memorial, landscape architects deployed similar structural features; however, the topography was less steep in this area and required fewer steps and retaining walls. The east side of the *rond point* was graded into the Approachway, featuring four shallow landings and staircases preceding the stylobate steps and raised terrace. (For more on the Approachway as a staircase, see the Circulation section below.) At the same time, workers dug the Reflecting Pool and the Rainbow Pool and established the bowl-shaped landform surrounding it.

South of the Memorial, workers only minimally altered the topography to accommodate the John Ericsson Monument. The already flat area was graded into a smaller version of the *rond point*, featuring a raised mound in the middle of a traffic circle along 23rd Street SW. The John Ericsson Monument was then placed on top of the mound, within the traffic circle.

In the last few years of the construction period of significance (1914-1933), landscape architects established the topography of the northwest portion of the cultural landscape. This included the addition of a large underground storage room and abutment underneath Parkway Drive NW. In order to accommodate the storage room below-ground, workers graded the topography into a downward slope between the newly constructed overpass at Lincoln Memorial Circle and the Belvedere, with a side slope oriented northwest-southeast towards Constitution Avenue. The designers also created two steep abutments on either side of Parkway Drive NW and the Arlington Memorial Bridge overpasses. By 1933, the topography of the Lincoln Memorial cultural landscape was generally in place.

The generally flat topography of the cultural landscape posed little impediment to the high flood waters of the Potomac River. On March 19, 1936, during a record high flood, work crews at the Navy and Munitions building (located north of the Reflecting Pool) constructed a temporary 2-1/2 foot earthen berm immediately north of the study area boundary. A permanent earthen levee was constructed in 1938 parallel to the Reflecting Pool and north of the allée, outside the study area boundary (Joseph, Wheelock, and McLarty 1999: 50-51).

**Lincoln Memorial**
**National Mall and Memorial Parks**

Beginning in 1939 with the concert of Marian Anderson, the topography of the Lincoln Memorial was adopted for protest use as a natural stage. Although Marian Anderson's concert—and subsequent protest events—did not result in physical alterations to this landscape characteristic, they did take advantage of existing topographical features, including the stylobate steps, raised terrace, Lincoln Memorial Circle, and Reflecting Pool portions of the landscape. Following the example of Marian Anderson and her concert organizers, later civil rights groups would adopt the topographical architecture of the memorial for their own events. This protest use of the landscape's topography continues to the present day.

Changes to the topography of the cultural landscape after its initial construction period were almost exclusively the result of new circulation features. The completion of the Independence Avenue extension in 1943 increased vehicular traffic and necessitated a reorganization of the connections to the Arlington Memorial Bridge and Parkway Drive NW. As a result, landscape architects modified the grade of the slopes adjacent to the Watergate wing walls to accommodate the new cloverleaf ramps. However, the general landform of these areas already consisted of steep slopes to the north and south; the addition of these ramps only served to reinforce the condition of the extant topography and likely required minimal grade changes overall.

Construction of the Theodore Roosevelt Memorial Bridge between 1963-1964 resulted in significant changes to the topography of the cultural landscape. The new bridge's exit and entrance ramps bisected the northwest portion of the cultural landscape. The new bridge itself terminated immediately north of the Belvedere. Designers of the bridge called for the construction of a large earthen berm south of its eastern abutment. These new landforms served to separate the generally flat cultural landscape physically and visually from the Rock Creek and Potomac Parkway to the north.

**Existing Condition**

Overall, the cultural landscape retains its historic topography created by the Army Corps of Engineers in the late 19th and early 20th centuries. It retains the topographic tenets delineated by

the McMillan Plan during the site preparation period of significance (1791-1914), including the central *rond point* and the terraced Watergate Steps area. The topography of the cultural landscape has been little-changed since the historic construction period (1914-1933) and is generally in-keeping with the historic character during this period. Changes to the cultural landscape's topography since 1933 have been the result of new bridges, ramps, and roads.

Within the Reflecting Pool area, recent changes are geographically limited to the western end of the pool. Between 2011-2012, the NPS redesigned the western end of the Reflecting Pool, adding retaining walls and handicap-accessible ramps to connect the pool with Lincoln Memorial Circle. In doing so, they interrupted the continual slope from the Reflecting Pool to Lincoln Memorial Circle. However, these changes are minimally invasive to the historic character of the Reflecting Pool's topography, and thus do not detract from its overall integrity.

The Lincoln Memorial Circle area retains its gentle rise and plinth. These features serve both as the visual terminus and the highest point within the cultural landscape, elevated approximately 46 feet above sea level. (In contrast, the lowest point in the cultural landscape, the seawall along the Potomac River, is approximately 2 feet above sea level.)

The cultural landscape retains the steep topography to the west of the Lincoln Memorial, sloping down to the Potomac River (and populated by the Watergate Steps). This area has seen no changes to its topography since the construction period of significance. The top of the Watergate Steps is 28 feet above sea level and the bottom seawall is 2 feet above sea level.

The northwest Belvedere area of the cultural landscape has seen the greatest change to its topography since the end of the construction period of significance. The abutments for the Theodore Roosevelt Bridge now define the northern boundary of the cultural landscape, sloping from approximately 34 feet above sea level at the bridge level to 12 feet at Parkway Drive NW.

Despite changes to the topography on its northern boundary, the Belvedere area retains much of its topography established during the first two periods of significance. This includes the gentle

slope from Lincoln Memorial Circle (the high point at 28 feet above sea level) to the Belvedere along Parkway Drive (the low point at 12 feet above sea level); the underground storage room remains embedded in this slope. The historic abutments for the Arlington Memorial Bridge and Parkway Drive NW along Ohio Drive also remain in place. These slopes range from 30 feet above sea level at the wing walls to 6 feet at Ohio Drive.

The wedge-shaped parcels bounded by 23rd Street NW/SW, Daniel French Drive SW, and Henry Bacon Drive NW remain generally flat. The western wedges bounded by Constitution Avenue NW, 23rd Street NW/SW, and Ohio Drive SW retain the slopes established during the construction of the cloverleaf ramps. These parcels range in elevation from approximately 20 feet above sea level to 12 feet above sea level.



*Fig. 51: Topographic map of the cultural landscape showing its boundary in orange. Topographic lines are 2ft contours. For a larger version of this map, see Appendix A: Existing Conditions Mapping. Full size drawings are located at the end of this report. (NPS NACO GIS Data 2021)*

The cultural landscape's topography remains essential to the protest use and associations of this site. The designed elevation of the memorial over the landscape remains consistent with the historic conditions that enabled its use as a stage, while the relatively flat areas of the landscape around the circle remain in place as natural gathering places.

--

Despite changes to the landscape's topography due to circulation changes in the second half of the 20th century, it retains its general shape and landform established during the site preparation and construction periods. The addition of highway berms in the northwest portion of the cultural landscape has had a detrimental effect, but other minor changes, including the addition of retaining walls and ramps at the west end of the Reflecting Pool, do not detract from the integrity of the landscape.

Overall, the cultural landscape retains the conception of the centrally located and elevated Lincoln Memorial structure, the terraced Watergate Steps, and the sunken Reflecting Pool area. Accordingly, the cultural landscape retains its integrity with respect to topography.

| Feature Name | Feature Contribution | CRIS-HS Resource Name | CRIS-HS Resource ID | FMSS Record Type | FMSS Record Number | FMSS record an exact match? |
|---|---|---|---|---|---|---|
| Generally flat topography consistent with the construction of East/West Potomac Parks via reclamation | Contributing | | | | | |
| Mounded (*rond point*) topography within Lincoln Memorial Circle | Contributing | | | | | |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| | | | | | | |
|---|---|---|---|---|---|---|
| Steeply sloped topography on the east and west sides of Lincoln Memorial Circle, descending to the Reflecting Pool and the Potomac River | Contributing | | | | | |
| Gently sloping topography from the Belvedere and Parkway Drive to 23rd Street NW | Contributing | | | | | |
| Steeply sloping abutments flanking the Parkway Drive and Arlington Memorial Bridge overpasses | Contributing | | | | | |
| Steeply sloping abutment on the south side of the Theodore Roosevelt Memorial Bridge and its approaches | Non-contributing (Incompatible) | | | | | |

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 52: An example of the topographic edge conditions of the cultural landscape (seen here at the Belvedere), featuring a slight slope terminated by seawalls or other retaining walls. View to the north along Parkway Drive SW of the Theodore Roosevelt Bridge overpass (background). (Torkelson 2021)*

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 53: Typical topographic conditions in the radial road areas of the cultural landscape, featuring generally flat conditions.
View to the south from the site of the future Desert Storm and Desert Shield Memorial. (Torkelson 2021)*



*Fig. 54: View to the northeast of the terraced topography of the Reflecting Pool's west end. (Torkelson 2021)*

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 55: View to the southeast of the Watergate Steps area's steep topography, sloping down to the Potomac River. Note the Watergate Steps and the surrounding steeply sloped planting beds and retaining walls. (Lester 2021)*

*Vegetation*

*Vegetation includes deciduous and evergreen trees, shrubs, vines, groundcovers, and herbaceous plants and plant communities, whether indigenous or introduced in the landscape.*

**Introduction**

Prior to its creation as permanent dry land, the cultural landscape likely featured a variety of aquatic grasses throughout its mudflats (Chapell 1973: 20-30). Once it was reclaimed by the Army Corps of Engineers, the land remained largely unplanted and wild species took root (Chapell 1973: 63). As the site awaited development at the turn of the 20th century, the McMillan Commission formulated broad ideas of a planting plan for the cultural landscape that would later be carried out by various government agencies (Moore 1902: 51-2). The OPBG began clearing the natural vegetation through the new landscape in 1906 and 1907 and the initial plantings were installed in the ensuing decades (Joseph, Wheelock, and McLarty 1999: 16-17). For a detailed discussion of vegetation features, see each geographically organized section below.

**Lincoln Memorial Circle Vegetation**

**Historic Condition**

Planting plans for the area within the Lincoln Memorial Circle were the subject of much debate in the 1910s and 1920s among the CFA and the landscape architects of the OPBG. For more on this development, see the physical history (Joseph, Wheelock, and McLarty 1999: 26).

Plantings on the east side of Lincoln Memorial Circle were in place by the memorial's dedication in 1922, but plantings on the other sides of the memorial awaited completion of the Arlington Memorial Bridge in the 1930s. Bacon's planting palette called for English yews (*Taxus baccata*), American hollies (*Ilex opaca*), and boxwoods (*Buxus sempervirens*) at the northeast and southeast corners of the raised terrace. On the east side of the memorial, he specified a formal hedge of boxwoods (*Buxus sempervirens*) along the Approachway and round boxwoods to its north and south (Joseph, Wheelock, and McLarty 1999: 27-28). Bacon intentionally created wedge-shaped openings in the plantings on each side of the memorial to afford views to and from the structure,

framed by vegetation. Lastly, Bacon called for turf panels on the top of the raised terrace and throughout the *rond point*.

By 1923, the OPBG planted elm trees along the outer edge of Lincoln Memorial Circle. Here, Bacon called for four concentric rings of elms to form one larger allée, placing the outer circle walk between the two innermost rings of elms (War Department, Army Air Forces 1923).

The OPBPP began adding plantings to the west side of the memorial between 1930-1932. The largest plantings were Southern Magnolias (*Magnolia grandiflora*), which, when mature, would serve as a leafy backdrop to the memorial when viewed from the east. Between the magnolia clusters at each corner, Bacon placed American and English hollies (*Ilex opaca* and *Ilex aquifolium*) and mugo pines (*Pinus mugo*) (Joseph, Wheelock, and McLarty 1999: 28-30; 46).

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 56: View to the southwest showing the completed plantings east of the Lincoln Memorial as of 1931. (War Department, Army Air Forces 1931)*

Lincoln Memorial
National Mall and Memorial Parks



*Fig. 57: Plan of memorial trees in the landscape circa the 1920s. (Office of Public Buildings and Public Parks of the National Capital [1926?])*

Concurrent with the Bicentennial of 1976, NPS officials embarked on improvements to the plantings within Lincoln Memorial Circle, as one of the most highly visible areas within the cultural landscape. These improvements included the planting beds on the east side of the Lincoln Memorial structure. Park workers replaced the boxwood hedge along the Approachway with yews (*Taxus media 'Densiformis'*). They also added an understory ground cover of inkberry (*Ilex glabra compacta*) (National Capital Parks, Office of Professional Services 1977; Joseph, Wheelock, and McLarty 1999: 67).

**Existing Condition**

The general form and placement of the plantings around the Lincoln Memorial terrace remain consistent with the periods of significance. Historically, the planting plan clustered magnolias (*Magnolia sp.*), hollies (*Ilex sp.*), and yews (*Taxus sp.*) at the northwest and southwest corners of the terrace. Many of these plantings remain in place, and the design intent of this area as a backdrop for the memorial (when viewed specifically from the east) is clear. Lincoln Memorial Circle

**Lincoln Memorial**
**National Mall and Memorial Parks**

retains these larger plantings closer to the base of the terrace and features smaller boxwoods (*Buxus sp.)* as the naturalistic plantings move outwards.

However, tree specimens have matured to a point where they impede the views and vistas to and from the memorial—views that were a significant consideration in the historic plans for the memorial. This is especially true of plantings on the north, west, and south sides of the raised terrace. The east side of the structure continues to be exclusively low yews and boxwoods that do not compete with views of the memorial.

The present palette features a complex array of plantings, including historic, non-contributing but compatible, and non-contributing/incompatible specimens. Non-historic species are limited to the use of privet (*Ligustrum sp*.). Beyond the use of particular species that are non-historic, or the placement of new plantings in non-historic locations, it is unclear when individual plantings were added to the circle. Further research is needed to inventory individual trees and plantings in this area.

This area retains its contributing open spaces and lawns, including the lawns of the *rond point* and the raised terrace. However, the outer circle allées retain only limited traces of the corresponding four rings of elms. The extant trees are generally located in the first row along the outer edge of Lincoln Memorial Circle, while the three larger circles of trees largely have not been replaced.

Overall, the plantings of the Lincoln Memorial Circle retain their integrity. While many plantings have died and have not been replaced, the general intent of the informal, naturalistic planting plan is evident.

**Reflecting Pool Area Vegetation Features**
**Historic Condition**
In 1916, the OPBG planted English elms (*Ulmus minor 'Atinia'*) along the Reflecting Pool, leaving gaps for a future cross-arm. They were planted on each side of the future walkway, 40 feet apart;

within each row, the trees were placed 25 feet apart (Joseph, Wheelock, and McLarty 1999: 21-22). The gap for the anticipated cross-arm was eliminated in 1923 and the elm allées were completed for the first time (War Department, Army Air Forces 1923). These elms were continually replaced in-kind throughout the construction period of significance (1914-1933) and continued to be replaced during the protest period of significance (1939-Present).

**Existing Condition**

The planting plan of the Reflecting Pool landscape historically consisted exclusively of elm trees. Presently, there are no other species or plantings in this area. The double elm allées on either side of the Reflecting Pool feature a variety of elm species (*Ulmus sp., Ulmus americana, Ulmus carpinifolia, Ulmus procera, Ulmus glabra*). These species were introduced at various points since the initial installation to diversify the genetic variety of the historic allées and to respond to significant loss of trees to Dutch Elm disease. The approximately 328 extant elms along the Reflecting Pool range in size, age, and condition. For the purposes of this CLI, all elms are considered contributing resources owing to their historic locations and design.

While some trees have not been replaced and the allées are not always continuous, the legibility of Bacon's and Olmsted's design for the plantings along the Reflecting Pool remains visible today.

**Watergate Steps Area Vegetation**

**Historic Condition**

Planting plans for the Watergate Steps area were finalized in 1932. They largely featured clusters of evergreen trees to define western vistas. These clusters historically included American holly (*Ilex opaca*), boxwood (*Buxus sp.*), Eastern white pine (*Pinus strobus*), yew (*Taxus sp.*), Scots pine (*Pinus sylvestris*), Deodar cedar (*Cedrus deodara*), loblolly pine (*Pinus taeda*), and bald cypress (*Taxodium distichum*).

**Lincoln Memorial**
**National Mall and Memorial Parks**

In particular, the palette for the planting beds on either side of the Watergate Steps featured boxwood (*Buxus sempervirens*), American holly (*Ilex opaca*), mugo pine (*Pinus mugo*), yew (*Taxus sp.*), and white pine (*Pinus strobus*). The planting beds on either side of the wing walls featured an allée of American elms (*Ulmus americana*) surrounded by naturalistic plantings of yew (*Taxus sp.*), white pine (*Pinus strobus*), and bald cypress (*Taxodium distichum*).

The plans also called for sporadic plantings of flowering dogwood (*Cornus florida*) and Eastern redbud (*Cercis candensis*) (Arlington Memorial Bridge Commission 1932). It is unclear if these flowering plantings were ever added to the landscape; however, the use of these species does date to the construction period of significance.



*Fig. 58: View to the east showing the completed plantings along the radial roads and in the Watergate Steps area circa 1936. (War Department, Army Air Forces 1936)*

When maintaining the landscape in the decades after the initial construction, the NPS closely followed the historic planting plans. The greatest departure to this happened under the Beautification program of the Johnson administration. In 1964, Beautification Program records indicate that the NPS added floral planters to the Watergate Steps area, but the locations of these planters are unknown. This represented a shift in vegetation for this area, which was historically

characterized by evergreen trees (National Capital Region, "Central National Capital Parks Darwina Neal Beautification Files").

**Existing Condition**

The evergreen planting beds remain in place on either side of the Watergate Steps and its wing walls. The rectilinear planting beds feature limited tall species such as white pine (*Pinus strobus*) or bald cypress (*Taxodium distichum*); these are located on the outside edges of the wing walls. Many of the evergreen plantings in the Watergate Steps area have died and not been replaced. However, the general intent and design of these areas remain legible. All plantings in these areas are considered contributing for the purposes of this CLI. The Watergate Steps area does not retain any floral planters from the Beautification era.

<u>**Radial Roads and Parkway Vegetation**</u>

**Historic Condition**

The tradition of planting memorial trees began in 1923, when First Lady Grace Goodhue Coolidge planted an American elm (*Ulmus americana*) at the northwest corner of Henry Bacon Drive NW. In the decades following, individuals and groups planted trees dedicated to historical figures, organizations, and private individuals. Memorial trees planted around the outer edge of Lincoln Memorial Circle and along the radial roads were all elm trees. Later, naturalistic memorial groves, adjacent to the Parkway Drive storage area, featured oaks (*Quercus rubra, Quercus alba, Quercus bicolor*) and maple (*Acer rubrum, Acer saccahrum*) (National Park Service, National Capital Parks 1958).

Even after its opening and dedication in 1926, the John Ericsson Monument remained without vegetation until the 1930s. OPBPP landscape architects recommended an evergreen planting palette similar to those used elsewhere on the Lincoln Memorial grounds. Designers flanked each of the four walkways with low-spreading juniper beds (*Juniperus sabina* 'Tamariscifolia') and planted the outer and inner corners of the walks with single specimens of juniper (*Juniperus horizontalis*) and mugo pine (*Pinus mugo*). The interior circle was lined with beds that featured

**Lincoln Memorial**
**National Mall and Memorial Parks**

larger and taller juniper plantings (*Juniperus squamata* 'Meyeri'). The remainder of the traffic circle around the John Ericsson Monument was maintained as turf (Office of Public Buildings and Public Parks of the National Capital 1930).

In the 1930s, the OPBPP developed the Belvedere at Constitution Avenue concurrent with the development of the Watergate Steps area. The agency planted elm trees along the outer edge of the circular planting bed at the Belvedere and called for rose bushes (*Rosa sp.*) in its center (EHT Traceries and Stantec 2018: 41-42). By this time, the OPBPP had also planted elm allées along all major roads in the radial roads area; this included 23rd Street NW/SW, Henry Bacon Drive NW, Daniel French Drive SW, Parkway Drive NW, and Constitution Avenue NW.

In a naturalistic memorial tree grove along Parkway Drive NW, northwest of the underground storage area, new trees were added beginning in 1937, after the construction period of significance, and plantings continued in the 1950s. A 1955 tree inventory noted the following species: American ash (*Fraxinus americana*), white oak (*Quercus alba*), scarlet oak (*Quercus coccinea*), sugar maple (*Acer saccharum*), turkey oak (*Quercus cerris*), chestnut oak (*Quercus prinus*), sweetgum (*Liquidambar styraciflua*), and American beech (*Fagus americana*).

In 1965, during the Beautification program, the NPS added seasonal plantings to the circular bed at the Belvedere. This seasonal palette included tulips (*Tulipa sp.)* in the spring, petunias (*Petunia sp.*) in the summer, and mums (*Chrysanthemum sp.*) in the fall (National Capital Region, "Central National Capital Parks Darwina Neal Beautification Files").

While no planting plan associated with highway construction and the Theodore Roosevelt Bridge abutments was located during this CLI research, the cultural landscape also received a large number of mid-century plantings. The mid-century planting plan for much of the District of Columbia included flowering cherry (*Prunus sp.*), flowering dogwood (*Cornus florida*), Eastern redbud (*Cercis candensis*), and sweetgum (*Liquidambar styraciflua*). These species were often added throughout the cultural landscape in clusters or as an understory beneath the existing elm canopies to screen views to new landmarks and circulation features. Along the waterfront,

common mid-century plantings also included weeping willow (*Salix babylonica*), in keeping with

recommendations dating back to Frederick Law Olmsted, Jr.'s influence and the McMillan Plan.



*Fig. 59: The 1930 planting plan for the Ericsson Monument called for a palette of evergreen shrubs like those found elsewhere in the cultural landscape. The OPBPP placed low juniper bushes along each of the walks, with mugo pines and larger junipers located where the walks intersected with the interior and exterior circles. (Office of Public Buildings and Public Parks of the National Capital 1930)*

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 60: Plan of memorial trees in naturalistic grove near the underground storage area. (National Park Service, National Capital Parks, Planning & Construction Division 1955)*

**Existing Condition**

Significant vegetation features in this area largely consist of elm allées along the parkway connections and radial roads. This includes the contributing allées along 23rd Street NW/SW, Henry Bacon Drive NW, Daniel French Drive SW, Parkway Drive NW, and Ohio Drive NW. The addition of the interstate and the Theodore Roosevelt Bridge in 1964 cut up the elm allée of Constitution Avenue; however, remnants of this feature remain in the cultural landscape. Because the design and planting plans of these allées remain legible, even where individual trees are missing or have been replaced in-kind, all elm allées are contributing features, regardless of the age of the trees.

Extant flowering species along 23rd Street NW/SW, Henry Bacon Drive NW, and Daniel French Drive SW are non-contributing and incompatible with the historic character of the landscape. This includes the use of dogwood (*Cornus sp.*), cherry (*Prunus sp.*) and Eastern redbud (*Cercis*

*canadensis*), in these areas. The use of any species other than elm in the turf panels of the radial roads (or along the Reflecting Pool) is not in-keeping with the design intent of the allées, which historically would have been the only vegetation in these areas. *Note: Flowering trees along the Potomac River, Ohio Drive SW, and Parkway Drive NW are discussed in a separate paragraph below.*

Other non-historic and incompatible species within the turf panels of the radial roads include:

- Hornbeam (*Carpinus sp.*);
- Honey locust (*Gleditsia triacanthos*);
- Privet (*Ligustrum sp.*);
- Mulberry (*Morus alba*);
- Zelkova (*Zelkova serrata*).

Many of these species, in addition to the flowering species discussed above, are used in the landscape as understory or mid-story plantings in conjunction with the high canopies of the elms. Historically, this area had no understory or mid-story plantings. Therefore, this use is incompatible with the historic design of the areas around the radial roads. The use of these species is therefore non-contributing and considered incompatible. For a detailed existing condition map, see Appendix A.

In contrast, the use of flowering species along the parkway and its connections, such as dogwood (*Cornus sp.)*, cherry (*Prunus sp.*), and Eastern redbud (*Cercis canadensis)*, date to the construction period of significance. Historic planting plans from this period show groupings of these species along the route of Ohio Drive SW and Parkway Drive NW, prior to completion of the Watergate Steps area and its cloverleaf ramps. However, none of these actual historic plantings are extant. All extant flowering plantings and their locations within the northwest portion of the cultural landscape postdate the construction period of significance (1914-1933). Most of these features, such as cherry tree groves along the Rock Creek and Potomac Parkway ramps or Eastern redbuds along the Theodore Roosevelt Bridge abutment, were likely added during the mid-20th century and may have been associated with highway construction or Beautification. During these periods, landscape architects were careful to replicate the historic planting palette in the northwest portion of the cultural landscape. However, more research is needed to determine if

**Lincoln Memorial**
**National Mall and Memorial Parks**

any of these additional flowering species were replacements in-kind. Until such research can be conducted, these features are classified as undetermined.

The cultural landscape retains several large specimen trees in the naturalistic memorial grove along Parkway Drive NW. Extant tree species in this grove are: American beech (*Fagus grandiflora*), American elm (*Ulmus americana*), red maple (*Acer rubrum*), red oak (*Quercus rubra*), scarlet oak (*Quercus coccinea*), swamp white oak (*Quercus bicolor*), sweetgum (*Liquidambar styraciflua*), and white oak (*Quercus alba*). While these trees were planted after the construction period of significance (1914-1933), the tradition of memorial trees groves in the cultural landscape is contributing. This grove and the associated trees and their plaques are considered contributing resources.

The cultural landscape also retains several riparian plantings along Parkway Drive NW, Ohio Drive SW, and adjacent to the John Ericsson Monument. These consist of weeping willows (*Salix babylonica*). The use of this species in riparian areas throughout the District is in-keeping with historic conditions in East and West Potomac Park; however, no planting plans were located during research for this CLI to indicate whether or not these trees are historic. As such, they are listed as undetermined until further research can be completed.

Minor alterations have affected individual plantings within the cultural landscape since the end of the construction period of significance (1914-1933). However, these changes do not detract from the overall integrity or legibility of the cultural landscape's vegetation features. The planting palette of elm allées and evergreens established in the 1920s and 1930s is still legible today, retaining its overall composition through historic and in-kind plantings. All sections of the cultural landscape retain large turf panels consistent with their historic designs. Replacement plantings in all sections largely adhere to the historic species list, owing to careful rehabilitations in recent years (See Appendix A). Although some newer plantings represent non-historic species—including understory and mid-story species—they nevertheless adhere to the historic designs of the Lincoln Memorial grounds. As such, the cultural landscape retains integrity with respect to vegetation.



Fig. 61: Existing conditions planting plan for the Watergate Steps area and the parkway connections. Full size drawings are located at the end of this report. (Torkelson 2021)

Cultural Landscapes Inventory



Fig. 62: Existing conditions planting plan for the radial roads and parkway connections. Full size drawings are located at the end of this report. (Torkelson 2021)

**Lincoln Memorial**
**National Mall and Memorial Parks**



Fig. 63: Existing conditions planting plan for Lincoln Memorial Circle. Full size drawings are located at the end of this report. (Torkelson 2021)



Fig. 64: Existing conditions planting plan for the Reflecting Pool area, showing the historic elm allées. Full size drawings are located at the end of this report. (Torkelson 2021)

| Feature Name | Feature Contribution | CRIS-HS Resource Name | CRIS-HS Resource ID | FMSS Record Type | FMSS Record Number | FMSS record an exact match? |
|---|---|---|---|---|---|---|
| Plantings within the Lincoln Memorial Circle, including common boxwood (*Buxus sempervirens*), dwarf boxwood (*Buxus sempervirens 'suffruticosa'*), yew (*Taxus sp.*), American holly (*Ilex opaca*), Southern magnolia (*Magnolia grandiflora*), English holly (*Ilex aquifolium*), and mugo pine (*Pinus mugo*) | Contributing | | | Asset | 1516502 | Yes |
| Elm allées (including *Ulmus americana, Ulmus carpinifolia, Ulmus procera, Ulmus glabra*) along the Reflecting Pool walks | Contributing | | | Asset | 1516502 | Yes |
| Elm allées (*Ulmus sp.*) along Lincoln Memorial Circle, 23rd Street, Henry Bacon Drive NW, and Daniel French Drive SW | Contributing | | | Asset | 1516502 | Yes |
| Elm trees (*Ulmus sp.*) along Watergate wing walls, Parkway Drive, Constitution Avenue (including its former alignment), the Belvedere, and Ohio Drive | Contributing | | | Asset | 1513186 | Yes |
| Intact turf island at Constitution Avenue Belvedere | Contributing | | | Asset | 1513186 | Yes |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| | | | | | | |
|---|---|---|---|---|---|---|
| Watergate Steps area and approach road plantings, including American holly (*Ilex opaca*), boxwood (*Buxus sp.*), Eastern white pine (*Pinus strobus*), yew (*Taxus sp.*), Scots pine (*Pinus sylvestris*), Deodar cedar (*Cedrus deodara*), Loblolly pine (*Pinus taeda*), and bald cypress (*Taxodium distichum*) | Contributing | | | Asset | 1513186 | Yes |
| Remnant naturalistic groves of memorial trees, including American beech (*Fagus grandiflora*), American elm (*Ulmus americana*), red maple (*Acer rubrum*), red oak (*Quercus rubra*), scarlet oak (*Quercus coccinea*), swamp white oak (*Quercus bicolor*), sweetgum (*Liquidambar styraciflua*), and white oak (*Quercus alba*) | Contributing | | | Asset | 1513186 | Yes |
| Turf panels along the Reflecting Pool, within the Lincoln Memorial Circle, and between the radial roads and the parkway | Contributing | | | Asset | 1516502 | Yes |
| Yew hedges (*Taxus sp.*) framing Approachway | Non-contributing (compatible) | | | Asset | 1516502 | Yes |
| Planting beds around the John Ericsson Monument, featuring witch alder (*Forthergilla major*) | Non-contributing (compatible) | | | Asset | 1513186 | Yes |
| Yew hedges (*Taxus sp.*) adjacent to volleyball courts | Non-contributing | | | Asset | 1513186 | Yes |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| | | | | | | |
|---|---|---|---|---|---|---|
| Privet (*Ligustrum sp.*) plantings within the Lincoln Memorial Circle | Non-contributing (incompatible) | | | Asset | 1516502 | Yes |
| Understory plantings along 23rd Street NW/SW, Henry Bacon Drive NW, and Daniel French Drive SW, including dogwood (*Cornus sp.*) and Eastern redbud (*Cercis candensis*) | Non-contributing (incompatible) | | | Asset | 1516502 | Yes |
| Other trees, including hornbeam (*Carpinus sp.*), honey locust (*Gleditsia triacanthos*), mulberry (*Morus sp.*), zelkova (*Zelkova serrata*), pin oak (*Quercus palustrus*), red maple (*Acer rubrum*), and sweetgum (*Liquidambar styraciflua*) | Non-contributing (incompatible) | | | Asset | 1516502 1513186 | Yes |
| Riparian plantings along the Potomac River seawall, including weeping willow (*Salix babylonica*) | Undetermined | | | Asset | 1513186 | Yes |
| Flowering trees along the parkway and its connections, including cherry (*Prunus sp.*), dogwood (*Cornus sp.*), and Eastern redbud (*Cercis canadensis*) | Undetermined | | | Asset | 1513186 | Yes |

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 65: View to the west of the juniper planting beds along the Approachway. These would have historically contained boxwood. (Mason 2020)*



*Fig. 66: View to the southwest of the plantings at the front of the Lincoln Memorial. These are mostly groomed boxwoods and yews. (Lester 2021)*

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 67: View to the east of the elm walks along the Reflecting Pool. These historically significant vegetation features contain elms of many different sizes, species, and ages. (Mason 2020)*



*Fig. 68: View to the southeast of the plantings at the rear of the Lincoln Memorial. These contributing plantings include Southern magnolia, yew, and American holly. Over time, these plantings have matured and blocked views to and from the monument. (Torkelson 2021)*

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 69: View to the southwest of the plantings around the Ericsson Memorial. The planting beds around the memorial presently contain Mountain Witch Hazel (Fothergilla major) but would have featured a variety of yews and mugo pine. Beyond the memorial, Ohio Drive SW contains riparian plantings of elm, cherry, and weeping willow. (Torkelson 2021)*

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 70: View to south of the elm allées along 23rd Street SW. Note the three linear rows of elms. (Torkelson 2021)*

*Circulation*

*Circulation refers to the spaces, features, and applied material finishes that constitute systems of movement in a landscape.*

### Introduction

The design and siting of the first circulation features within the cultural landscape were delineated by the McMillan Commission in its 1901/1902 report. The plan called for the memorial structure to be encompassed by a circular roadway and accessed via a formal staircase, or Approachway. The water feature east of the memorial would include allées with pedestrian walks, stairs, and plazas. On the west side of the memorial, the McMillan Plan envisioned a series of stairs and terraces to connect the memorial with the greater riverfront landscape. A series of radial roads and walks emanating out from the memorial circle would link these areas within the landscape, and connect the Lincoln Memorial with a riverfront quay and parkway. These circulation features are discussed in further detail below, grouped by geography.

### Lincoln Memorial Circle and the Approachway

**Historic Condition**

In 1915, Henry Bacon designed a grand staircase or Approachway to the east of the memorial that linked the new structure to the Reflecting Pool. It consisted of a series of stairs, landings, and a raised terrace (the latter of which is discussed in the Buildings and Structures section). Construction of the Approachway, as well as the raised terrace and its perimeter gravel walk, were underway between 1916 and 1917. The Approachway featured four sets of stairs, with central stone pavers flanked by cobblestone panels on the outer edges. The perimeter gravel walk served both as drainage for the raised terrace and as a way for visitors to circumambulate the memorial (Joseph, Wheelock, and McLarty 1999: 24).

Work on Lincoln Memorial Circle began in 1922, after the dedication of the structure. It consisted of a single circular roadway, 60 feet in width, around the structure. It was paved with macadam, fitted with curb and gutter, and flanked by 15-foot scrubbed-surface concrete walks on the inner and outer circumferences of the roadway (Joseph, Wheelock, and McLarty 1999: 22).

**Lincoln Memorial**
**National Mall and Memorial Parks**

Construction of the sidewalks west of the Lincoln Memorial stalled while plans for the Arlington Memorial Bridge were prepared in the 1930s. As a result, the walkway around the outer perimeter of Lincoln Memorial Circle stopped at 23rd Street and did not continue further west around the circle (Joseph, Wheelock, and McLarty 1999: 30). The outer circle walk was finished with the completion of the bridge project in 1932.

In 1972, the National Park Service began the seasonal practice of closing vehicular traffic through the eastern side of Lincoln Memorial Circle. This practice was formalized in 1976 during the Bicentennial, when the circle was permanently closed to vehicular traffic and reserved for pedestrian use (Thomas 2002: 151).

In the years leading up to the Bicentennial, the NPS added accessible ramps to the north and south edges of the Approachway. These new concrete ramps were L-shaped, traveling north-south before turning east-west along the Approachway; they ascended to the base of the raised terrace, where they offered access to elevators on the interior of the raised terrace (Joseph, Wheelock, and McLarty 1999: 132).

Other minor changes to circulation in and around Lincoln Memorial Circle were introduced with the creation of the Vietnam Veterans Memorial (1982) and the Korean War Veterans Memorial (1995). Although these memorials are both located outside of the cultural landscape, they included new walks to connect to existing historic walks within the cultural landscape, immediately outside of Lincoln Memorial Circle. Moreover, the construction of two hexagonal information kiosks for the new memorials also introduced concrete and asphalt paving in areas that had previously been turf. Paving around these kiosks was added in 1983 (for the Vietnam Veterans Memorial kiosk) and 1996 (for the Korean War Veterans kiosk) (Joseph, Wheelock, and McLarty 1999: 70, 134).

In 2008, the NPS installed new accessible ramps north and south of the Approachway (replacing the previous ramps in the same locations) and repaved the pedestrianized portion of Lincoln

Memorial Circle with modern granite block pavers. This established a new, permanent plaza that included the former parking area within Lincoln Memorial Circle, between the Approachway and the Reflecting Pool.

**Existing Condition**

As the most prominent portion of the cultural landscape, the Lincoln Memorial Circle area has seen numerous rehabilitation campaigns throughout its history that have retained its historic circulation features. Most of these circulation features remain little changed from the periods of significance, including:

- The gravel walk around the outer edge of the raised terrace;
- Lincoln Memorial Circle;
- The outer and inner walks along Lincoln Memorial Circle; and
- The Approachway and adjacent stylobate stairs.

The paving materials of these circulation features have undergone several rehabilitations over time that have replaced missing or damaged material in-kind.

Non-contributing features are limited to: the accessible ramps added north and south of the Approachway during the Bicentennial era and later rehabilitated in the 1990s and 2000s; and the new plaza between the Approachway and Reflecting Pool, which was resurfaced and reconfigured in 2008. As this plaza closely follows the former route of Lincoln Memorial Circle, it is non-contributing but compatible. It features non-historic paving material (in place of the asphalt roadway that was closed to traffic); this material is in-keeping with the historic material palette of the cultural landscape and is compatible. The historic granite block edging of Lincoln Memorial Circle was retained to mark the location of the former parking area. The remainder of Lincoln Memorial Circle (used for vehicle traffic) is paved with asphalt and maintains both an inner and outer concrete sidewalk, consistent with the historic period.

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 71: View to the northwest showing the contributing granite block paving and non-contributing (compatible) modern block paving denoting the former route of Lincoln Memorial Circle. (Lester 2020)*

As of 2021, the contributing gravel walk around the surface of the raised terrace was in poor condition. Portions of the walk were eroded away by heavy use and/or overtaken by turf where the gravel and metal edging were worn away.

**Reflecting Pool Walks, Stairs, and Plaza**

**Historic Condition**

Between 1923-1924, OPBG workers installed the concrete walkways within the elm allées north and south of the Reflecting Pool (Joseph, Wheelock, and McLarty 1999: 35). They also installed flagstone paths connecting the pool's coping with the steps on its west end, and walks along the wider portion of its eastern end, near the Rainbow Pool. Historically, there were no paved walks flanking the pool's coping on the north and south sides; turf lawns extended up to the coping. However, visitors created social trails in the turf, adjacent to the pool's coping.

This area saw few changes to its circulation features prior to the 1970s. As part of other Bicentennial improvements, workers repaved the plaza on the western end of the Reflecting Pool. This new concrete paving replaced the 1920s-era flagstone paths that connected the coping of the pool with the staircases to the west. Under the same regime of improvements, workers also resurfaced the historic concrete paths within the elm allées with asphalt (Joseph, Wheelock, and McLarty 1999: 65-66).

In 2010, Sasaki designed and installed two new semi-circular accessible ramps north and south of the Reflecting Pool steps. The firm also designed a new north-south walk at the western end of the pool, beginning near the semi-circular ramps; the walk included two small new north-south staircases. They also repaved the elm allées north and south of the Reflecting Pool with asphalt, bordered by granite block pavers. Most significantly, Sasaki installed east-west walks along the north and south sides of the Reflecting Pool, formalizing the social trails along the historic coping (U.S. Geological Survey 2007-2008; Trust for the National Mall 2021; Sasaki Associates, "Lincoln Memorial Landscape and Reflecting Pool").

**Existing Condition**

The primary contributing circulation features along the Reflecting Pool are the east-west walks through the elm allées. These consist of non-historic asphalt flanked by granite pavers and metal edging. Historically, they were concrete. Despite changes to the historic paving material, these features remain in their same location and have the same historic design. They are therefore considered contributing features to the cultural landscape.

The concrete east-west walkways that abut the historic coping of the Reflecting Pool are not contributing, but the addition of these non-contributing circulation features does not detract from the overall design intent of this area of the landscape. These new concrete walks enhance the visitor experience along the Reflecting Pool. On the eastern end of the pool, these new concrete walks connect with the contributing north-south paths and steps that mark the widened eastern terminus of the Reflecting Pool.

The area also retains the Reflecting Pool steps and the four narrow east-west staircases that flank the main staircase to the north and south. These circulation features consist of granite edging, granite steps, and cobblestone landings edged with cobble pavers. Each of the staircases consists of two or three sets of stairs alternated with terraced landings.

The landings of the primary Reflecting Pool staircase is divided into four parts. The extant granite paving of the east (bottom) and west (top) landings was added during the 2010-2012 rehabilitation, extending the plaza edge at Lincoln Memorial Circle to the western end of the Reflecting Pool. These plazas are non-contributing, but compatible. The middle landings feature two contributing cobblestone and granite paver-edged panels divided by granite blocks.

The two north-south walks and staircases added by Sasaki remain in place. These are also non-contributing, but compatible.

Few social trails were observed in this area during 2021 fieldwork. These were limited to the sides of the Reflecting Pool staircase, where pedestrians have bypassed the staircases in favor of the eroded turf areas.

**Watergate Steps Area Walks**

**Historic Condition**

Completion of the Arlington Memorial Bridge in 1932 introduced various circulation features in the Watergate Steps area. This comprised the Watergate Steps (see Buildings and Structures discussion), walkways and plazas at the top and bottom of the staircase, and L-shaped walkways along the Watergate wing walls.

This area remained little changed until the Bicentennial. In 1973, the National Park Service removed the L-shaped sidewalks along the Watergate plaza's wing walls. In their place, the NPS

installed curvilinear walkways to continue the sidewalks from the Arlington Memorial Bridge and the parkway approach (Joseph, Wheelock, and McLarty 1999: 63).

**Existing Condition**

The circulation features associated with the Watergate Steps area retain their historic designs dating to the site preparation and construction periods of significance (1791-1914; 1914-1933). Non-contributing changes to this area are limited to the new walks that bypass the Watergate wing walls.

## Radial Roads and Walks

**Historic Condition**

As development continued on the Lincoln Memorial structure and its Approachway in the early 20th century, landscape architects developed the outlying wedges of parkland, which were defined by the radial roadways laid out in the McMillan Plan. In the late 1910s, workers extended 23rd Street NW into the cultural landscape. It consisted of a divided roadway running north-south, a turf median, and adjacent walks (Concklin 1927: 27; Joseph, Wheelock, and McLarty 1999: 30). Construction on Henry Bacon Drive NW and its walks began shortly after the completion of 23rd Street NW and followed the same design principles as its predecessor. Similar work on 23rd Street SW (and its adjacent sidewalks) and the future Daniel French Drive SW was also underway by 1922. Daniel French Drive SW was completed by 1927, but its sidewalks were not added until later years (War Department, Army Air Forces 1927; War Department, Army Air Forces, Bolling Field Photo Section 1921; United States Army Air Service, 3rd Photo Section 1922).

The extended 23rd Street SW terminated at its southern end in a traffic circle. Within this traffic circle, the OPBG constructed the John Ericsson Monument in 1926. This memorial's associated landscape included four staircases and sidewalks aligned with the cardinal directions, as well as an intricate concrete terrace featuring various stones in the shape of a compass (American Scandinavian Alliance 1924: 26-28).

**Lincoln Memorial**
**National Mall and Memorial Parks**

In 1931, Constitution Avenue NW was extended to the west, terminating at the Potomac River. The new east-west road established a continuous link along the National Mall from the Capitol to the river. It terminated in a traffic circle and plaza area referred to as "the Belvedere" (also known today as Peters Point).

In 1932, the Arlington Memorial Bridge opened to traffic (Joseph, Wheelock, and McLarty 1999: 40). Completion of the bridge project included the construction of concrete walks on either side of the new bridge's eastern abutment, as well as along both sides of Parkway Drive NW. (See below for more on the connections to Parkway Drive NW.) North of the bridge, a gravel road was constructed in the 1930s to link a new underground storage room (built in 1934) with Ohio Drive SW (WEPO_801_80173).

The western extension of Independence Avenue was the first major change to the cultural landscape's circulation features after the construction period of significance. Construction on the new road began in 1943. As built, the road featured a divided road, separated by turf and tree-lined traffic medians. The new road connected with Ohio Drive SW just north of the Ericsson Monument's traffic circle, resulting in a reorganization of the roads around this statue. The traffic circle was changed to a teardrop shape, and its northern sidewalk was removed. Construction also introduced new traffic islands and crosswalks to the east, west, and southeast of the Ericsson Monument (Joseph, Wheelock, and McLarty 1999: 54).

The addition of Independence Avenue also necessitated the construction of two new cloverleaf ramps, north of Parkway Drive NW and south of Arlington Memorial Bridge, to connect those features with the newly reorganized traffic flow.

The largest change to circulation features during this period came with the construction of the Theodore Roosevelt Bridge and its associated ramps between 1963-1964. The new bridge was constructed outside the boundaries of the cultural landscape, but its abutments and ramps within the cultural landscape truncated Constitution Avenue NW at its western end and severed the Belvedere terminus from the larger avenue.

Between 2005-2007, the NPS installed two new concrete plazas along Daniel French Drive SW and Henry Bacon Drive NW, adjacent to new food service kiosks in those locations.

**Existing Condition**

The outlying radial roads area of the cultural landscape retains the majority of its contributing circulation features, but it also includes several non-contributing circulation features that detract from its historic integrity. Non-contributing circulation features include the western extension of Independence Avenue SW and the Theodore Roosevelt Bridge's exit/entrance ramps, which bifurcate Constitution Avenue NW.

The creation of Independence Avenue SW after the construction period of significance bifurcated 23rd Street SW and reoriented vehicular circulation around the Ericsson Monument, altering the circulation in the southern portion of the cultural landscape. The extension of Independence Avenue NW, while non-contributing, retains similar design principles to the radial roadways and to its predecessor to the north, Constitution Avenue NW. During this time, the NPS also added sidewalks along the eastern side of 23rd Street SW and the north side of Independence Avenue NW. They closely followed the design principals of sidewalks along other radial roads and are therefore non-contributing but compatible.

The construction of the Theodore Roosevelt Bridge added circulation features that severed the historic circulation patterns of the cultural landscape as designed by Bacon and the McMillan Commission. In this way, the associated ramps and walks are considered incompatible landscape features that detract from the legibility of the cultural landscape's historic design.

The western terminus of Constitution Avenue SW at the Belvedere (aka Peters Point), as well as an allée of elms in this area, mark the former route of this contributing landscape feature through the northwestern portion of the cultural landscape. This remnant circulation feature, including its sidewalks, curbing, and walls, is a contributing landscape feature.

**Lincoln Memorial**
**National Mall and Memorial Parks**

All other historic radial roads within this character area remain extant, as do their corresponding sidewalks. These circulation features should be treated as contributing resources, but it should also be noted that their paving is almost entirely non-contributing, having undergone numerous changes since the construction period of significance (1914-1933). The sole remaining historic paving feature along these walks is the granite curbing found throughout the cultural landscape. This evaluation applies to:

- 23rd Street NW and its sidewalks;
- Henry Bacon Drive NW and its sidewalks;
- Daniel French Drive SW and its sidewalks;
- Constitution Avenue, including its southern sidewalk, and the remnant western terminus at the Belvedere;
- The Arlington Memorial Bridge approach and Parkway Drive, including the sidewalks on both sides.

Other circulation features that date to the construction period of significance (1914-1933) and are contributing include:

- The remnant gravel road to the storage area underneath Parkway Drive NW;
- The intricate compass paving and steps around the Ericsson Monument.

Non-contributing changes include:

- The two cloverleaf ramps that connect the Arlington Memorial Bridge and Parkway Drive with the Rock Creek and Potomac Parkway;
- Sidewalks along the eastern side of 23rd Street SW and the north side of Independence Avenue NW.

As of 2021, there are few social trails within the cultural landscape. In recent years, NPS staff have naturalized one trail that connects the crosswalk at 22nd Street NW with the ballfield along Henry Bacon Drive NW. Officials have added woodchips along this non-contributing, incompatible path.

**Ohio Drive SW and Walks**

**Historic Condition**

Ohio Drive SW was constructed in increments between 1912 and 1916 to link the planned radial roads and turf wedges together into a larger cohesive park. During this time, workers constructed a portion of Ohio Drive SW and installed a series of bridle paths and footpaths west of the planned monument, extending northwest to 26th Street (Joseph, Wheelock, and McLarty 1999: 16-17; Bobeczko and Robinson 1998: VII.47). The new roadway began in East Potomac Park, south of the cultural landscape, and continued northwest along the Potomac River and through the cultural landscape. It was paved with macadam and likely featured a concrete sidewalk on portions of its western edge. However, the sidewalk along Ohio Drive SW was not finished until the Arlington Memorial Bridge project was concluded in 1932. At this time, the OPBPP installed a continuous concrete sidewalk along the western side of Ohio Drive SW through the cultural landscape.

In 1943, the western extension of Independence Avenue altered Ohio Drive SW after the construction period of significance. Independence Avenue and its associated cloverleaf ramp resulted in the widening of Ohio Drive SW where the road intersected with the John Ericsson Monument. Here, Ohio Drive SW was separated into individual lanes of traffic by turf medians. For more on changes to 23rd Street SW and the Ericsson Monument, see the "Radial Roads and Walks" section above.

By 1950, vehicle use of the western part of the cultural landscape forced the closure of the bridle paths, which were no longer safe for horses. These paths were converted to footpaths or otherwise allowed to disappear into the landscape (Joseph, Wheelock, and McLarty 1999: 61)

**Existing Condition**

Ohio Drive SW and its western walk remain extant within the cultural landscape and retain much of their historic design. The current segmentation of Ohio Drive SW around the John Ericsson Monument reflects the conditions of this circulation feature as of 1943. Ohio Drive SW

continues to feature macadam paving along its length, as it did historically. Its western walk features continuous concrete paving from its northern terminus with the Rock Creek and Potomac Parkway to where it curves around the Ericsson Monument at the southern end of the cultural landscape—but within its boundaries. Here, in recent years, the paving has been replaced with asphalt that continues south to East Potomac Park. Each section of concrete paving measures approximately 54 inches wide by 6 feet long and is flanked with 5-inch granite curbing. Both Ohio Drive SW and its walk are considered contributing circulation features.

Ohio Drive SW also retains several remnant bridle paths. Each generally follows a historic route but has been narrowed due to turf growth. Each is unpaved and is little more than 1-3 feet wide. Most are maintained haphazardly by joggers who use them as social trails. These include:

- o  Path through memorial tree grove northeast of Parkway Drive NW;
- o  Path along southwest curb from Arlington Memorial Bridge to Lincoln Memorial Circle;
- o  Path from southern plaza wing wall down to Ohio Drive.

The Lincoln Memorial cultural landscape features a complicated array of contributing and non-contributing circulation features dating to the construction period of significance (1914-1933), as well as to recent decades. Overall, the extant circulation features within the cultural landscape are consistent with conditions at the end of this period, and the cultural landscape retains a high degree of integrity with respect to circulation features.

Non-contributing circulation features such as Independence Avenue SW and the Theodore Roosevelt Bridge ramps do detract from the overall legibility of the historic circulation plan, but their impact does not affect all aspects of the landscape's circulation. Modern non-contributing changes to paving and direction of use, and the introduction of new accessible circulation features, do not detract from historic conditions. Despite changes, the Lincoln Memorial cultural landscape therefore retains integrity with respect to circulation. See Appendix A: Existing Conditions Mapping, for a detailed look at circulation features.

| Feature Name | Feature Contribution | CRIS-HS Resource Name | CRIS-HS Resource ID | FMSS Record Type | FMSS Record Number | FMSS record an exact match? |
|---|---|---|---|---|---|---|
| Lincoln Memorial Circle and associated concrete sidewalks | Contributing | | | Location Asset | 19174 1514152 | Yes |
| Parkway Drive NW and associated concrete sidewalks | Contributing | | | Location Location Asset | 19166 19167 1294709 | Yes |
| 23rd Street NW/SW and associated concrete sidewalks | Contributing | | | Location Location Asset | 19168 19172 1514152 | Yes |
| Henry Bacon Drive NW and associated concrete sidewalks | Contributing | | | Location Asset | 19169 1514152 | Yes |
| Daniel French Drive SW and concrete sidewalk on northeast side | Contributing | | | Location Asset | 19190 1514152 | Yes |
| Ohio Drive SW and associated concrete sidewalks | Contributing | RCPP; Parkway Roadway, NAMA section | 873859 | Location Asset | 19161 1294709 | Yes |
| Traffic circle and concrete sidewalks at the Belvedere | Contributing | | | Location Asset | 104041 1294709 | Yes |
| Gravel service road to underground storage area | Contributing | | | Asset | 537936 | No |
| Remnant bridle paths west of Lincoln Memorial Circle | Contributing | | | | | |
| Primary, east-west asphalt allée paths | Contributing | | | Asset | 1294709 | Yes |

| | | | | | | |
|---|---|---|---|---|---|---|
| Secondary, north-south concrete paths at east end of Reflecting Pool | Contributing | | | **Asset** | 1294709 | **Yes** |
| Paths and stairs between Reflecting Pool plaza and Lincoln Memorial Circle | Contributing | | | Asset | 1514152 | Yes |
| Approachway, raised terrace stairs, and stylobate | Contributing | Lincoln Memorial - Approachway - Res. 332 | 046848 | Asset | 1514152 | Yes |
| Gravel walk around outer edge of raised terrace | Contributing | | | Asset | 1514152 | Yes |
| Lincoln Memorial Circle former parking area, including granite block edging | Contributing | | | Asset | 1514152 | Yes |
| Watergate Steps area concrete sidewalks | Contributing | Watergate Steps - Res. 332 | 046859 | Asset | 1514152 | Yes |
| Concrete sidewalks around Ericsson Monument | Contributing | | | Asset | 1294709 | Yes |
| Concrete sidewalk along south side of Constitution Avenue | Contributing | | | Asset | 1294709 | Yes |
| Masonry plazas between the Reflecting Pool and the Approachway | Non-contributing (Compatible) | | | Asset | 1514152 | Yes |
| Cloverleaf ramps at Ohio Drive | Non-contributing | | | Location | 19191 | Yes |
| Primary, east-west concrete pool paths that abut the Reflecting Pool | Non-contributing | | | Asset | 1294709 | Yes |
| Concrete sidewalk on north side of Independence Avenue SW | Non-contributing | | | Asset | 1294709 | Yes |

| | | | | | | |
|---|---|---|---|---|---|---|
| Concrete sidewalks between Lincoln Memorial Circle and Valor/Aspiration and Literature statues | Non-contributing | | | Asset | 1514152 | Yes |
| Accessible concrete sidewalk ramps | Non-contributing | | | Asset<br>Asset | 1514152<br>1294709 | Yes |
| Concrete sidewalk along Theodore Roosevelt Bridge embankment | Non-contributing (Incompatible) | | | Asset | 1294709 | Yes |
| Entrance and exit ramps for the expressway, Rock Creek and Potomac Parkway, and Theodore Roosevelt Bridge | Non-contributing (Incompatible) | | | Location | 19192 | Yes |
| Social trails | Non-contributing (Incompatible) | | | | | |

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 72: View to the north showing the non-contributing (compatible) block paving and storm drains installed along the east side of Lincoln Memorial Circle at the new plaza. (Mason 2020)*



*Fig. 73: View to the south showing the deteriorated historic gravel path along the edge of the raised terrace. (Torkelson 2021)*

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 74: View to the south showing the historic Belvedere, at the western terminus of Constitution Avenue. Note the traffic circle, granite curbing, and exposed aggregate paving. (Torkelson 2021)*



*Fig. 75: View to the southwest showing the historic gravel road leading to the storage area under Parkway Drive. (Torkelson 2021)*

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 76: View to the southwest along Henry Bacon Drive NW showing the historic locations of the road and sidewalk.*
*(Torkelson 2021)*



*Fig. 77: View to the west showing the historic staircase and walks at the west end of the Reflecting Pool. The staircase and*
*walkway running left to right (north-south) were added by Sasaki in 2010 and are non-contributing. (Torkelson 2021)*

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 78: View to the northeast showing the historic granite paving that marked the edge of the Approachway and Lincoln Memorial Circle. The darker paving of the plaza is non-contributing, as it was added circa 2008. (Lester 2021)*

*Fig. 79: View to the west showing the historic Reflecting Pool coping and non-contributing walks added by Sasaki in 2010. (Lester 2021)*

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 80: View to the southeast showing the historic Watergate Steps and associated circulation features. These include the upper and lower steps, Ohio Drive SW, the overpasses, and the various sidewalks. (Lester 2021)*

*Fig. 81: Drawing showing the contributing and non-contributing circulation features within the cultural landscape. Full size drawings are located at the end of this report. (Torkelson 2021)*

***Buildings and Structures***

*Buildings are elements constructed primarily for sheltering any form of human activity in a landscape, while structures are elements constructed for functional purposes other than sheltering human activity.*

**Introduction:**

The majority of the historic buildings and structures within the cultural landscape were first envisioned in the McMillan Plan of 1902. That plan called for the creation of a memorial to President Lincoln, a waterfront quay, and a continuous seawall. Most buildings and structures added during the construction period of significance closely followed the guidance delineated in the McMillan Plan. Several other structures are in-keeping with the historic character of the landscape. For ease of use, the historic and existing conditions of each building and structure (or group of) are discussed below by feature.

<u>Seawall</u>

**Historic Condition**

The only building or structure dating to the site preparation period of significance (1791-1914) is the seawall. It was constructed beginning in 1891 to protect the reclaimed landmass from the flow of the Potomac River (Chapell 1973: 53-54). The seawall was mostly complete by 1919, except for portions adjacent to the Watergate Steps area and the Arlington Memorial Bridge abutment (Joseph, Wheelock, and McLarty 1999: 24). The Army Corps of Engineers continued to construct and backfill the seawall in this area between 1923 and 1924. By 1925, the shoreline was substantially complete, and the western boundary of the cultural landscape was established in its current location (Joseph, Wheelock, and McLarty 1999: 36). This seawall was modified into the 1930s, with the construction of the Watergate Steps and the Parkway Drive and Arlington Memorial Bridge overpasses.

**Existing Condition**

The western edge of the cultural landscape retains the seawall built by the Army Corps of Engineers between 1891-1924. Portions of the seawall in the southwest corner of the landscape have been significantly damaged and are missing. However, the larger structure remains legible within the cultural landscape. Its design varies along its length, owing to non-historic repairs. It

generally features a 2-foot stone cap (replaced with concrete or rubble in portions) and an 8-inch wall section with stone veneer. This structure is a contributing feature.

<u>**Lincoln Memorial Structure and Statue**</u>

**Historic Condition**

Laborers broke ground for the Lincoln Memorial structure in 1914. The entire marble memorial structure was placed on a series of concrete footings. This substructure extended 49 feet to 65 feet below grade, with a raised terrace above grade on which the temple was constructed (Sacher 2014: 45). The substructure of the memorial was completed in 1915 (Sacher 2014: 45-46). Concurrent with the initial construction, the CFA granted Daniel Chester French the commission for the statue of Abraham Lincoln (Sacher 2014: 41-43). His statue was installed in the interior chamber between 1919-1920. In 1919, Jules Guerin pained two murals on the north and south sides of the memorial's interior. The first mural, *Reunion,* was mounted in the south chamber, above the Gettysburg Address; the second, *Emancipation,* was mounted in the north chamber, above the Second Inaugural Address. Each painting measured 60 feet wide and 12 feet high (Sacher 2014: 59). For more details on the structure's materials and construction process, see the corresponding section in the physical history. The Lincoln Memorial structure was largely finished when it was dedicated in 1922 (Sacher 2014: 58-59). The statue of Abraham Lincoln, murals, and tablets are part of the Lincoln Memorial structure and are not considered individually contributing features.

In 1927, the OPBPP installed the first comfort stations in the cultural landscape underneath the raised terrace of the Lincoln Memorial. Workers cut entrances to these stations into the east wall of the terrace on either side of the Approachway (Joseph, Wheelock, and McLarty 1999: 37).

The Lincoln Memorial structure has undergone several restoration and rehabilitation projects over its history, including large-scale projects in the mid-2000s. The memorial was re-dedicated in 2009, on the 200th anniversary of Abraham Lincoln's birth (Sacher 2014: 66). Each of these projects has restored the memorial to its historic condition.

**Lincoln Memorial**
**National Mall and Memorial Parks**

**Existing Condition**

The Lincoln Memorial structure remains unchanged from the periods of significance. It retains its historic masonry terrace wall and memorial structure. The exterior of the structure is clad in its original white marble, which has been rehabilitated several times. There have been no significant changes to this structure since the historic construction period.

The interior of the Lincoln Memorial also maintains its historic design. This includes the statue of a seated Abraham Lincoln, the two marble tablets with inscribed speeches on the north and south walls, and the murals above these speeches created by Jules Guerin. These are contributing features.

**Watergate Steps, Overpasses, Parkway Drive structures, and the Belvedere**

**Historic Condition**

Popular use of the cultural landscape by automobile drivers necessitated a reimagining of its traffic patterns and associated structures on the west side of the memorial structure. In 1929, the Commission of Fine Arts approved the construction of two overpasses along Ohio Drive SW on the north and south ends of the Watergate Steps (Joseph, Wheelock, and McLarty 1999: 43). These new structures were located beneath Parkway Drive NW and the Arlington Memorial Bridge abutment.

Between 1930-1932, workers constructed a series of retaining walls, balustrades, overpasses, and other structural features throughout the Watergate Steps area. In the Watergate Steps area, this included an upper plaza, lined by L-shaped parapet wing walls. Along Parkway Drive NW, this included a sloped overpass lined with parapet balustrades. These structures then terminated at a northern point referred to as the Belvedere. Construction of the Watergate Steps area continued into 1933-1934, when the NPS installed an underground storage room (with a recessed entrance) along Parkway Drive NW, set into the hillside (Joseph, Wheelock, and McLarty 1999: 48).

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 82: View to the southeast of the Lincoln Memorial landscape in 1938, showing the completed historic buildings and structures. Note the overpasses and the Parkway Drive storage area, Ericsson Monument, and Lincoln Memorial raised terrace and Approachway. (Excerpt from War Department, Army Air Forces 1938)*

**Existing Condition**

The Watergate Steps area features a complex series of retaining walls, railing, and staircases that are classified in this section as buildings and structures.

The Arlington Memorial Bridge and Parkway Drive approaches and overpasses both feature arched tunnels. These structures consist of reinforced concrete with masonry facing. The edges of these structures, as well as the Watergate wing walls, feature masonry balustrades. These are approximately 60 inches tall, divided into an 8-inch cap, 32-inch turned balusters, and a 19-inch base. A typical section measures 24 feet in length and features 19 8-inch balusters spaced 16 inches on center. Balustrade sections alternate with solid sections that feature integrated stone

benches or end caps. A typical stone bench is 18 inches tall and has a 2 foot-deep seat. Each features a series of narrow carved scroll legs along its length. Most are commonly 12 feet long. These contributing features remain unchanged from the periods of significance.

The Parkway Drive overpass doubles as an underground storage room. It features a 16-foot tapered U-shaped retaining wall surrounding a 16-foot gravel entrance drive. These walls are 12 inches thick and feature decorative recessed rectangular coffers along their length. Embedded within the concrete over the gated entrance is the text "AMBC 1934," referring to the Arlington Memorial Bridge Commission and the year it was built. There is also a pipe railing mounted on top of the concrete wall. It consists of 4-inch round pipe placed 74 inches on center, and measures approximately 67 inches tall. Each section features two horizontal pipes at 23 inches high and 44 inches high. The storage room also features a series of metal vents with concrete edges along the south side of Parkway Drive NW. These measure 5 feet by 42 inches and are generally spaced 30 feet apart.

The Belvedere area is the northern terminus of this structure; it maintains its location as the former western terminus of Constitution Avenue. It consists of decorative stone and concrete seawalls and balustrades that protrude into the Potomac River and serve as an overlook. This feature remains unchanged from the periods of significance.

**John Ericsson Monument**

**Historic Condition**

The John Ericsson Monument was completed and installed in 1926. The completed statue was sculpted by James Earle Frasier. The design featured three symbolic figures to signify Adventure (represented by a Viking), Vision (represented by "an inspired woman"), and Labor (represented by an iron moulder). The three figures were placed against a carved backdrop of the Norse Tree of Life, "Ygdrasil," and placed on top of a pedestal that featured a statue of John Ericsson seated on its north side. The entire statue was set in an intricate stone compass terrace flanked by four staircases and planting beds (American Scandinavian Alliance 1924: 41).

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 83: View to the northwest of the Ericsson Memorial in 1934, eight years after it was completed. (National Park Service Museum Resource Center, National Capital Region, Public Affairs Collection, UNPROCESSED)*

**Existing Condition**

The John Ericsson Monument retains its historic design as completed by 1926, including the central cylindrical statue of Adventure, Vision, and Labor, the seated statue of John Ericsson, and the circular base. The completed memorial is made of pink Milford granite. The compass plaza base measures 150 feet, while the statue pedestal measures 15 feet, 5 inches square and 3 feet, 3 inches high. The seated figure of Ericsson is 6 feet, 5 inches high. The entire statue is 20 feet tall. This contributing feature remains little changed since the construction period of significance; however, deferred maintenance has resulted in damage to its base and joints (and associated circulation features).

<u>Guardhouse</u>

**Historic Condition**

In the late 1940s, the NPS or District officials installed a guardhouse at the southwest corner of Ohio Drive SW and 23rd Street SW. This small structure was designed to shelter one guard during inclement weather; the guard was responsible for directing traffic during busy tourist times or events (Joseph, Wheelock, and McLarty 1999: 54). It was installed when a postwar increase in traffic on Independence Avenue necessitated its construction (Robinson, Gasparini and Kerr 2016: 46).

**Existing Condition**

The guardhouse at the southwest corner of Ohio Drive SW and 23rd Street SW remains in place. It measures 52 inches square and is approximately 8 feet, 4 inches tall. It features a small door centered on its west side with a small window embedded in it. The other three sides each feature a 29-inch by 25-inch window. While it was constructed outside of the construction period of significance, it is managed as a cultural resource due to its close historic association with the creation of Independence Avenue SW and that road's effect on West and East Potomac Parks.

<u>Arts of War and Peace</u>

**Historic Condition**

In 1951, the NPS finally installed the bronze statues on the stone pedestals flanking Parkway Drive NW and the Arlington Memorial Bridge. The *Arts of Peace*, designed by James Earle Frasier, were installed at the entrance to Parkway Drive. The two equestrian statues represented "Music and Harvest" and "Aspiration and Literature," respectively (Joseph, Wheelock, and McLarty 1999: 56). Sculptor Leo Friedlander designed the corresponding *Arts of War*, featuring two equestrian statues of "Valor" and "Sacrifice." These were installed at the eastern end of the Arlington Memorial Bridge.

**Existing Condition**

The cultural landscape retains all four sculptures dating to the 1951 installation. These are considered contributing features to the cultural landscape because their design and planned installation date to the construction period of significance. They contribute to the commemorative nature of the cultural landscape and are integrally located on stone pillars that were installed with both bridge overpasses during the periods of significance.

The *Arts of Peace* by James Earle Fraser consists of two bronze, fire-gilded equestrian figures with winged horses; these figures are flanked by additional male figures. Each statue was executed in the Neoclassical style and frames the entrance to the Arlington Memorial Bridge. The statues are mounted on stone pillars; their respective engraved inscriptions read:

ASPIRATION AND LITERATURE

JAMES EARLE FRASER SCULPTOR

CAST IN BRONZE ROME 1950

A GIFT FROM THE PEOPLE OF ITALY

TO THE PEOPLE OF THE UNITED STATES OF AMERICA

MUSIC AND HARVEST

JAMES EARLE FRASER SCULPTOR

CAST IN BRONZE NAPLES 1950

A GIFT FROM THE PEOPLE OF ITALY

TO THE PEOPLE OF THE UNITED STATES OF AMERICA

The *Arts of War* by Friedlander also consists of two bronze, fire-gilded equestrian figures flanked by women. Each statue was executed in the Art Deco style and frames the entrance to the Arlington Memorial Bridge. The statues are mounted on stone pillars; their respective engraved inscriptions read:

VALOR

LEO FRIEDLANDER SCULPTOR

CAST IN BRONZE FLORENCE 1950

A GIFT FROM THE PEOPLE OF ITALY

TO THE PEOPLE OF THE UNITED STATES OF AMERICA


SACRIFICE

LEO FRIEDLANDER SCULPTOR

CAST IN BRONZE FLORENCE 1950

A GIFT FROM THE PEOPLE OF ITALY

TO THE PEOPLE OF THE UNITED STATES OF AMERICA


## Playing Fields

### Historic Condition

Sport fields have been consistent structures within the cultural landscape's recreational areas. As popular tastes changed, sports fields evolved within the cultural landscape. According to various aerial photographs, the wedges north and south of the memorial have contained ballfields, football gridirons, and a golf course since the early decades of the memorial landscape's design and construction. By 1949, the ballfields within the cultural landscape were in place at the southwest corner of the intersection of 23rd Street NW and Constitution Avenue NW and along Henry Bacon Drive NW (U.S. Geological Survey 1949).

In 2005, the NPS removed a baseball diamond along Henry Bacon Drive NW in preparation for the construction of a new food service kiosk (U.S. Geological Survey 2005).

### Existing Condition

The cultural landscape has included many different iterations of sports fields since its construction period of significance. The present-day ballfields were in place by 1949 (U.S. Geological Survey 1949), after the historic construction period but during the protest and civil rights period of significance. They are non-contributing, but their location and design is compatible with the historic use of the landscape. Several volleyball courts were in place southwest of the Belvedere by 1979. These are non-contributing but compatible.

**Lincoln Memorial**
**National Mall and Memorial Parks**

___

<u>Service Buildings</u>

**Historic Condition**

The NPS installed two hexagonal information kiosks concurrent with the development of the Vietnam Veterans Memorial and the Korean War Veterans Memorial. These were added in 1983 and 1996, respectively, after the two memorials were built, and were located north and south of the Reflecting Pool steps.

After the dedication of the Vietnam Veterans Memorial in 1984, veterans groups applied to the NPS for permits to have temporary tents along the northwest corner of the Reflecting Pool steps (Joseph, Wheelock, and McLarty 1999: 70). Sometime in the early 2000s, these tents were replaced with a semi-permanent wooden structure known as the POW-MIA structure, or the Last Firebase (U.S. Geological Survey 2005-2010). It has been moved several times because of construction on the west end of the Reflecting Pool. Its current location was likely selected after 2010, when Sasaki designed new ramps and security walls for its former location.

In 2005, the NPS began construction on a new food service building along Daniel French Drive SW. A matching structure was installed shortly afterwards along Henry Bacon Drive NW (U.S. Geological Survey 2005).

**Existing Condition**

The two hexagonal information kiosks are non-contributing. Each features a stucco exterior, three sets of sliding serving windows, and a rear door. The information kiosks have conical metal roofs.

The semi-permanent POW-MIA structure or Last Firebase, remains in place, and continues to be used by these groups to express veteran's viewpoints on current issues. The structure measures 15 feet, 5 inches long and 6 feet, 4 inches deep, and features a 6-foot, 8-inch-high sloped shed roof. It is constructed of wood frame members with plywood. It features a large rectangular window on its east side, a door on its south side, and a narrow ribbon window on its west side. In its current location, this structure is non-contributing (incompatible), as it detracts from the historic

___

design of the Lincoln Memorial landscape. (Its use is more closely associated with the Vietnam Veterans Memorial and the Korean War Veterans Memorial and consideration should be given to relocating it closer to these monuments.)

The cultural landscape also retains the two food buildings along Daniel French Drive SW and Henry Bacon Drive NW. Each structure is cross-shaped in plan and features a metal mansard roof. The exterior of the building features serving windows and doors, and is clad with tan stucco and painted green faux-wood members. They are non-contributing features.

### Security Walls

**Historic Condition**

Circa 2005, the CFA reviewed a design for a security barrier/wall around the *rond point*. It was subsequently installed and featured a curved knee-wall along the north, west, and south sides of the inner circle. It was designed to be visually unobtrusive and well-integrated into the slope of the historic landscape (Commission of Fine Arts 2005).

In 2010, the NPS commissioned the landscape architecture firm Sasaki to design similar minimally intrusive security walls along the west end of the Reflecting Pool. The landscape architects' approved design featured a series of low walls along the eastern side of the Reflecting Pool's steps and along the interior edges of the new accessible ramps. The NPS installed two U-shaped knee walls at the bottom of the Reflecting Pool steps. Sasaki also designed and installed two similar curvilinear walls on the north and south sides of the Reflecting Pool steps, along the interior edges of the new accessible ramps. Paired with other small-scale security features and the *rond point* wall, these additional walls form a continuous security barrier around the core of the cultural landscape.

**Existing Condition**

The security walls generally range in size from 29 inches to 66 inches tall and from 10 inches to 18 inches thick. The circular security barrier/wall around the *rond point* features a low wall with a

---

flat granite cap, a tapered middle section, and a flared base. It is made of granite. The two U-shaped knee walls remain in place at the bottom of the Reflecting Pool steps, as do the two curvilinear walls along the interior edges of the nearby accessible ramps. These walls generally range in size from 29 inches to 66 inches tall and from 10 inches to 18 inches thick. These non-contributing structures are well-integrated into the landscape, do not distract from the historic design.

The cultural landscape features many buildings and structures dating to the period of significance. This includes buildings and structures such as the Lincoln Memorial structure, statue, and raised terrace, the John Ericsson Memorial, the Constitution Avenue Belvedere, and the parkway overpasses that have served historically as anchors within the cultural landscape. Most of these structures date to the construction period of significance, and several have roots even earlier, in the site preparation period of significance.

Buildings and structures added after the first two periods of significance include information kiosks, security barriers, and food service buildings. These features are non-contributing but are in keeping with the conditions that existed during first two periods of significance. As a result, the cultural landscape retains integrity with respect to buildings and structures.

| Feature Name | Feature Contribution | CRIS-HS Resource Name | CRIS-HS Resource ID | FMSS Record Type | FMSS Record Number | FMSS record an exact match? |
|---|---|---|---|---|---|---|
| Potomac River seawall between Theodore Roosevelt Bridge and John Ericsson Monument | Contributing | Stone Seawalls Other – West Potomac Park | 624410 | Location | 94971 | Yes |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| Lincoln Memorial structure, including raised terrace, marble stylobate steps, and granite walls | Contributing | Lincoln Memorial - Res. 332 | 006441 | Location | 20958 | Yes |
|---|---|---|---|---|---|---|
| Lincoln Memorial Statue | Contributing | Lincoln Memorial - Statue - Res. 332 | 046847 | Location | 27816 | Yes |
| John Ericsson Monument and compass terrace | Contributing | Ericsson (John) Monument - Res. 332 | 007303 | Location | 14181 | Yes |
| Parkway Drive overpass, including integrated balustrades and benches | Contributing | | | Location | 51519 | Yes |
| Statuary on approach pedestals (Music and Harvest, and Aspiration and Literature) | Contributing | Arts of Peace (Literature & Aspir.) - Res. 332; Arts of Peace (Music & Harvest) - Res. 332 | 012912 012910 | Location Location | 27824 27823 | Yes |
| Underground storage area and retaining walls on Parkway Drive NW | Contributing | | | Asset | 537936 | Yes |
| Watergate Steps including plaza wing walls, integrated balustrades and benches | Contributing | Watergate Steps – Res. 332 | 046859 | Location Asset | 51515 18731 | Yes |
| Constitution Avenue Belvedere | Contributing | | | | | |
| Ballfields (count: 3) | Non-contributing (Compatible) | | | Asset | 1517326 | Yes |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| | | | | | | |
|---|---|---|---|---|---|---|
| Volleyball courts (count: 11) | Non-contributing (Compatible) | | | Asset | 18007 | Yes |
| Security knee-walls between the Reflecting Pool and the Lincoln Memorial Circle, and around inner perimeter of Lincoln Memorial Circle | Non-contributing | | | Asset | 1566194 | Yes |
| Informational kiosks for Vietnam Veterans and the Korean War Veterans Memorials (count: 2) | Non-contributing | | | Location Location | 13982 14132 | Yes |
| Food service buildings along Henry Bacon Drive NW and Daniel French Drive SW (count: 2) | Non-contributing | | | Location Location | 109268 109273 | Yes |
| Guardhouse at southeast corner of Ohio Drive SW and 23rd Street SW | Managed as Cultural Resource | | | | | |
| Temporary POW-MIA structure (aka Last Firebase) | Non-contributing (Incompatible) | | | | | |

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 84: View to the southwest of the non-contributing concessions kiosk on Daniel French Drive SW. (Mason 2021)*



*Fig. 85: View to the north of the non-contributing park store and information kiosk adjacent to the Korean War Veterans Memorial. (Mason 2021)*

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 86: View to the northwest of the historic Lincoln Memorial and raised terrace. Note the non-contributing (compatible) Lincoln Memorial Circle security knee wall in the foreground. (Mason 2021)*



*Fig. 87: Interior view to the north of historic Daniel Chester French statue, Jules Guerin murals, and carved wall tablets. (Mason 2021)*

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 88: View to the south of the non-contributing (compatible) ballfields. (Torkelson 2021)*



*Fig. 89: View to the north of the historic seawall between the Belvedere and the Theodore Roosevelt Bridge. (Torkelson 2021)*

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 90: View to the north of the historic Parkway Drive NW overpass and wall structure, containing the storage room (not visible). (Torkelson 2021)*



*Fig. 91: View to the northwest of the historic John Ericsson Monument. (Torkelson 2021)*



*Fig. 92: View to the west of the non-contributing (compatible) guard stand at the corner of Ohio Drive SW and 23rd Street SW. (Torkelson 2021)*

*Fig. 93: View to the southwest of the historic balustrades along the Parkway Drive NW overpass. Note the historic statue of Aspiration and Literature in the background. (Torkelson 2021)*

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 94: View to the southwest of the underground entrance to the Parkway Drive NW storage room. (Torkelson 2021)*



*Fig. 95: View to the northwest of the non-contributing (incompatible) POW/MIA structure (aka the Last Firebase).*
*(Torkelson 2021)*

**Lincoln Memorial**
**National Mall and Memorial Parks**



Fig. 96: Drawing showing the contributing and non-contributing buildings, structures, and constructed water features within the cultural landscape. Full size drawings are located at the end of this report. (Torkelson 2021)

*Views and Vistas*

*A view is the expansive and/or panoramic prospect of a broad range of vision that may be naturally occurring or deliberately contrived. A vista is a controlled prospect of a discrete, linear range of vision, which is deliberately contrived.*

**Historic Condition**

While the cultural landscape had yet to be constructed as permanent land, the rationale for its views and vistas was established by L'Enfant in 1791. He called for the placement of significant landmarks along the major east-west axis, including the Capitol and Washington Monument. This axis was then to be lined with trees, emphasizing the reciprocal views between the monuments (Miller 2002: 32-4). These principles would later be adopted by the McMillan Commission and the cultural landscape's designers to establish its views and vistas.

Until the site was improved for the Lincoln Memorial, the reclaimed land of the 1880s and 1890s likely featured expansive views of the District. As reclaimed land created from dredged fill, the new landscape featured no visual intrusions such as trees or buildings. It likely would have featured views to the east of the Washington Monument and Capitol, to the west of Arlington Cemetery and Arlington House—The Robert E. Lee Memorial, and to the south of the Long Bridge.

Expanding on the views and vistas created as part of the 1791 L'Enfant Plan, the 1901/1902 McMillan Plan established the designed views and vistas of the cultural landscape. The plan called for the westward extension of the Mall, terminating in a new memorial to President Lincoln. Such a memorial would serve as the western anchor along the major east-west vista—in line with the Washington Monument and the Capitol. This included designed vistas over the Reflecting Pool and along two tree-lined allées.

The McMillan Plan also established new axes along planned circulation routes that would include similar reciprocal vistas. This included views along an extended north-south 23rd Street, a northwest-southeast parkway along the Potomac River shoreline, and a planned southwest-northeast Arlington Memorial Bridge. In each case, the McMillan Plan focused all major

viewsheds towards the Lincoln Memorial structure and circle, with reciprocal views in each direction from the structure outwards along the radial roads and their allées. For the Watergate Steps area west of the circle, the Commission called for sweeping panoramic views of Virginia, the Potomac River, and Arlington House—The Robert E. Lee Memorial (Moore 1902: page 51-52; Miller 2002: 120-121).

Within Lincoln Memorial Circle, the raised terrace and *rond point* ensured that the memorial would feature in all designed views and vistas in the landscape and its broader context. It would be visible not only from the District of Columbia but from the Virginia shore of the Potomac River, too. Substantial vegetation was not added to the west side of the memorial until 1931; once planted, it served as a backdrop for the memorial when viewed from the east (although its subsequent growth at times obscured the views from the west).

From the memorial structure itself, the exterior portico of the memorial featured secondary views to the north, south, east, and west, framed by the interior walls of the structure and the perimeter columns. Landscape architects carefully placed trees and shrubs to frame the views from this portico toward Parkway Drive NW, along 23rd Avenue NW/SW, and to the Arlington Memorial Bridge. As these plantings matured, they would form the edges of designed vistas along these circulation features. Such plantings also had the effect of screening views along the edges of the memorial's portico—with perhaps more impact than was intended. In recent decades, this vegetation has grown so dense that it entirely blocks views of many of these features (Joseph, Wheelock, and McLarty 1999: 46-49).

In 1916, the OPBG implemented the east-west vista of the Reflecting Pool when it planted lines of elms to the north and south of the pool (Joseph, Wheelock, and McLarty 1999: 21-22). The planting of these trees reinforced the major vistas over the Reflecting Pool between the memorial, Washington Monument, and the Capitol. Meanwhile, the allées established secondary east-west vistas along the walks.

**Lincoln Memorial**
**National Mall and Memorial Parks**

By 1926-27, the viewsheds and vistas along 23rd Street SW (south of Lincoln Memorial Circle) were significantly altered with the addition of the John Ericsson Monument. The new statue and its traffic circle served as the southern terminus of this north-south vista, visually connecting the memorial with 23rd Street and the Potomac River to the south (United States Congress 1929: 27).

Views along Ohio Drive SW and Parkway Drive NW from 23rd Street SW to the Belvedere were in place by 1916. These two roads served to define the western edge of the landscape and created sweeping riverfront views. Between 1922-27, Daniel French Drive SW and 23rd Street SW were completed and planted, establishing these axial vistas to and from the Lincoln Memorial structure. During the same period, Henry Bacon Drive NW and 23rd Street NW were completed and their vistas established with the planting of tree-lined walks.

Another vista was established in 1931, when the Belvedere was completed by OPBPP workers, serving as the western visual terminus for the east-west vista of Constitution Avenue NW (EHT Traceries and Stantec 2018: 41-42). In 1932, the Arlington Memorial Bridge opened to traffic. The Belvedere and the new bridge served as the framing devices for the fan-shaped westward views of Virginia, Arlington House—The Robert E. Lee Memorial, and the Potomac River (Joseph, Wheelock, and McLarty 1999: 40).

Beginning with Marian Anderson's concert on the steps of the Lincoln Memorial in 1939, the cultural landscape's views and vistas have been a significant factor in the protest events associated with this site. With the highly visible monument as a backdrop to these events, the symbolism of the Lincoln Memorial—representing several overlapping themes, including the United States' victory and emancipation—has been a key feature of civil rights protests in this space. The sweeping east-west axis not only provides a large, stepped platform for protests, but it also visually links the memorial—and the events' causes—to other nationally and internationally recognized landmarks.

In the 1960s, the addition of exit and entrance ramps for the Theodore Roosevelt bridge effectively cut off views at the new bridge abutments from the cultural landscape to the north.

**Lincoln Memorial**
**National Mall and Memorial Parks**

The addition of the circulation feature severed the continuous viewshed to the north, which was an integral part of the original landscape design and its connection with the Rock Creek and Potomac Parkway.

Recent changes to the views and vistas of the cultural landscape have been limited. Most have been the result of additional circulation features and/or additional monuments. These include the addition of the Vietnam Veterans Memorial and the Korean War Veterans Memorials, both of which are located outside of the cultural landscape but are visible from particular areas of the cultural landscape.

**Existing Condition**

In the decades since the site preparation and construction periods of significance (1791-1914; 1914-1933), the cultural landscape's historic vegetation has matured and partially obscured vistas from the memorial structure toward the north, west, and south. (See Appendix B: Viewshed Analysis for a detailed GIS-based LIDAR analysis of the landscape's contributing viewsheds.)

Significant views and vistas established under the McMillan Plan remain legible within the cultural landscape, despite vegetative overgrowth. This includes: the major east-west vista along the Reflecting Pool between the Capitol, Washington Monument, and Lincoln Memorial; the major east-west vistas along the elm allée walks north and south of the Reflecting Pool; reciprocal views to the west between the Lincoln Memorial and Arlington House—The Robert E. Lee Memorial, across the Arlington Memorial Bridge and Potomac River; reciprocal vistas along Parkway Drive to and from the memorial; reciprocal vistas along 23rd Street NW/SW to and from Constitution Avenue and the John Ericsson Monument; reciprocal vistas along Henry Bacon Drive NW; and reciprocal vistas along Daniel French Drive SW.

The addition of monuments outside of the cultural landscape, such as the Vietnam Veterans Memorial and the Korean War Veterans Memorial, have added new non-contributing vistas along minor axes. However, mature elm trees along the Reflecting Pool walks and along the

outer edge of Lincoln Memorial Circle serve to screen these non-contributing features and to minimize any interruptions of the historic vistas.

The Lincoln Memorial structure's views to the north, east, south, and west are made possible by the elevation and relative openness of the structure's portico. However, these are also some of the most negatively impacted historic vistas in the cultural landscape. Vistas to the east remain unobstructed; however, vistas to the north, south, and west are largely blocked by the overgrowth of historic vegetation. Although many of the plantings in question are contributing, they have nevertheless matured so substantially that they now encroach on the designed open views on the north, south, and west sides of the Lincoln Memorial.

The Watergate Steps area remains largely open, owing to the general lack of vegetation in this area; it retains its panoramic westward views toward the Potomac River and Virginia. Two historic planting beds on either side of the Watergate Steps serve to frame the inside edges of the fan-shaped viewshed on this side. These plantings have matured and continue to serve this function. However, plantings on the west side of the memorial obscure the historic views from the Watergate Steps area toward the memorial structure—particularly, the lower levels of the monument on the northwest and southwest corners. This mature vegetation limits views from the Watergate Steps area to simply the center portion of the monument's west façade, and leaves only the structure's cornice and roofline visible at its northwest and southwest corners. (See Appendix B: Viewshed Analysis).

The Belvedere retains panoramic views to the west of the Potomac River but no longer has uninterrupted views of the Rock Creek and Potomac Parkway, as they have been largely obscured by the construction of the Theodore Roosevelt Bridge. However, this area retains views to Arlington National Cemetery, Theodore Roosevelt Island, and the Arlington Memorial Bridge.

The Lincoln Memorial cultural landscape retains the views and vistas consistent with its periods of significance, including the external views toward prominent District landmarks and directed internal views based on various historic landscape plans. Changes to the viewsheds based on the

construction of new bridges and circulation features have altered the historic views in these areas (particularly in the northwest corner of the cultural landscape), but do not detract from the overall integrity of the cultural landscape's views and vistas. The most harmful impact to the views and vistas is represented by the oversized historic plantings, which infringe on the intended views from the north, south, and west sides of the Lincoln Memorial structure and detract from the vista of the memorial structure from the east. Despite these impacts, the legibility of the cultural landscape's contributing views and vistas remains largely intact, and it retains integrity with respect to views and vistas.

| Feature Name | Feature Contribution | CRIS-HS Resource Name | CRIS-HS Resource ID | FMSS Record Type | FMSS Record Number | FMSS record an exact match? |
|---|---|---|---|---|---|---|
| Reciprocal views between the Lincoln Memorial structure, the Washington Monument, and the U.S. Capitol along the primary E/W axis | Contributing | | | | | |
| Panoramic views from the Lincoln Memorial structure toward Watergate Steps, Arlington Memorial Bridge, Arlington House—The Robert E. Lee Memorial, and Parkway Drive | Contributing | | | | | |
| Reciprocal views along the secondary N/S axis between the Lincoln Memorial structure, Constitution Avenue NW, and the John Ericsson Monument | Contributing | | | | | |

Lincoln Memorial
**National Mall and Memorial Parks**

| | | | | | | |
|---|---|---|---|---|---|---|
| Reciprocal views between the Lincoln Memorial structure and Henry Bacon Drive NW, along the NE/SW axis | Contributing | | | | | |
| Reciprocal views between the Lincoln Memorial structure and Daniel French Drive SW, along the NW/SE axis | Contributing | | | | | |
| Reciprocal E/W views within the Reflecting Pool allées | Contributing | | | | | |
| Framed reciprocal views along the Lincoln Memorial porticoes | Contributing | | | | | |
| Reciprocal views N/NW and S/SW along Parkway Drive between the Lincoln Memorial structure and the Belvedere | Contributing | | | | | |
| Reciprocal views NW/SE along Ohio Drive SW | Contributing | | | | | |
| Panoramic views to the west from the Belvedere | Contributing | | | | | |

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 97: Panoramic view to the east from the Lincoln Memorial showing the designed vistas along the Reflecting Pool to the Washington Monument and Capitol beyond. Note the elm allées that define and frame the edges of this axis, as well as the axes along Daniel French and Henry Bacon Drives to either side. (Torkelson 2021)*



*Fig. 98: Panoramic view to the west from the Lincoln Memorial showing the designed fan-shaped viewshed. Note the encroaching mature vegetation at the northwest and southwest corners of the monument that restrict historic views of Parkway Drive NW and the Potomac River. (Torkelson 2021)*

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 99: Panoramic view to the south from the Lincoln Memorial showing the designed vistas along the radial roads of 23rd Street SW (center) and Daniel French Drive SW (left). Note the elm allées that define and frame the edges of these axes. Also note the mature vegetation that blocks views to the southwest of the Arlington Memorial Bridge and the Potomac River. (Torkelson 2021)*



*Fig. 100: Panoramic view to the north from the Lincoln Memorial showing the designed vistas along 23rd Street NW. Views to the northwest of Parkway Drive NW and to the northeast of Henry Bacon Drive NW are completely blocked by mature vegetation and are no longer visible. (Torkelson 2021)*



*Fig. 101: Panoramic view to the west of Arlington, Virginia, and the Potomac River from the Watergate Steps. Note the historic planting beds and statues that frame the edges of this fan-shaped viewshed. (Torkelson 2021)*

*Constructed Water Features*

*Constructed water features are built features and elements that utilize water for aesthetic or utilitarian functions in the landscape.*

**Historic Condition**

The idea for the Reflecting Pool was first outlined in the McMillan Plan of 1901/1902. The Commission specified a cruciform shape and general dimensions of 3,600 feet long and 200 feet wide (Moore 1902: 51). In plan, the canal would feature a central cross-arm and a smaller pool at its eastern end. This smaller pool, later called the Rainbow Pool, would feature a series of nozzles to spray water into the air.

(Author's Note: The Rainbow Pool was historically associated with the Reflecting Pool, but is located outside of the CLI boundaries of the cultural landscape because it became part of the World War II Memorial in 2001-2004. It is therefore not addressed in detail in this section, since it is not a feature of the extant landscape as defined for this CLI. For more on the history of the Rainbow Pool, see the physical history.)

The western end of the larger pool would terminate in a terraced structure with a balcony overlooking the large east-west canal (Moore 1902: 51-53). Bacon and other designers long debated the appropriate form and shape of the Reflecting Pool. For more on the evolution of its design, see the physical history.

Excavation of the Reflecting Pool and Rainbow Pool began in 1919 under the direction of the OPBG. Workers excavated the pool to a depth of 2 feet, 3 inches until a permanent depth was settled (Rachleff and Liccese 1999: 10; Joseph, Wheelock, and McLarty 1999: 32). The approved design for the Reflecting Pool featured a rectilinear plan, rather than the cruciform design in the McMillan Plan. The pool measured 2,000 feet along its east-west axis and 300 feet along its north-south axis (Joseph, Wheelock, and McLarty 1999: 32).

In 1921, the CFA approved the design for the pool's granite coping, choosing granite quarried from Mt. Airy, North Carolina. As installed, the coping would be 3 feet wide on each side, 9 inches thick (with a ¼-inch radius edge), and laid at grade. In 1921, the basin of the Reflecting Pool was constructed out of reinforced concrete slabs and beams supported by 20-foot piles. To cover the concrete, the OPBG contractors installed an asphalt-coated membrane that featured dark slate and concrete tiles. The designed effect served to enhance the reflective quality of the pool (Joseph, Wheelock, and McLarty 1999: 32-33).

The Reflecting Pool was finished and filled in December 1922. As completed, the Reflecting Pool was 2,000 feet along its east-west axis and 160 feet wide along the north-south axis—a noted departure from the planned 300-foot width (Joseph, Wheelock, and McLarty 1999: 35; Concklin 1927: 51).

In 1929, the Reflecting Pool was repaired for the first time owing to settlement in its foundation. The Rose Brothers, a contractor for the OPBG, installed new sealant where settlement had caused leakage (Joseph, Wheelock, and McLarty 1999: 42).

The Reflecting Pool saw little change in the decades after its completion. Together with the Lincoln Memorial and its Approachway, the pool area served as the setting for numerous protest events and gatherings. Protestors sat along the pool's edges on its coping, or even waded into its waters. This use continues to the present day.

By the late 1970s, the condition of the Reflecting Pool had greatly deteriorated, due in part to such heavy use. Biological growth clogged its water systems, caused leaks in its waterproof membrane, and required substantial cleaning and maintenance. In 1981, the NPS undertook a reconstruction of the Reflecting Pool that included a new self-sustaining ecological system to maintain the pools passively (Joseph, Wheelock, and McLarty 1999: 68).

In 2009, the Reflecting Pool was restored once again to improve stagnant water conditions and address erosion (Sacher 2014: 53). A full rehabilitation of the pool was completed in 2012. The

entire Reflecting Pool was rebuilt in-kind owing to significant water leakage, biological growth, and the settling of its foundations. The new project preserved the pool's historic granite coping but replaced the tile and membrane pool bottom with a new structurally reinforced, tinted-membrane one. The new pool bottom was created to be more reflective than its predecessor. Lastly, NPS officials installed a new water supply system that drew fresh water from the Tidal Basin (instead of from the city grid) and filtered it with ozone (Trust for the National Mall; National Capital Planning Commission 2009/2010).

**Existing Condition**

The Reflecting Pool has been rehabilitated several times over its nearly 100-year history. However, each subsequent rehabilitation has been careful to preserve the design and character of this contributing landscape feature. In-kind changes include the reconstruction and reinforcement of the pool's concrete structural system (within the same footprint), the replacement of the pool's membrane and lining, and the modification of its water supply system. None of these changes have affected the historic character or experience of this landscape feature.

The Reflecting Pool retains its approximate dimensions of 2,000 feet long and 160 feet wide. It slopes in depth from 19 inches at the perimeter to 30 inches in the middle. The Reflecting Pool retains its granite coping measuring 3 feet wide on each side, 9 inches thick (with a ¼-inch radius edge), and cut into various lengths. These dimensions have not been modified since the historic granite coping was installed in the 1920s. The Reflecting Pool retains all seven aspects of integrity and as a result, the cultural landscape retains its integrity with respect to constructed water features.

| Feature Name | Feature Contribution | CRIS-HS Resource Name | CRIS-HS Resource ID | FMSS Record Type | FMSS Record Number | FMSS record an exact match? |
|---|---|---|---|---|---|---|
| Reflecting Pool | Contributing | Reflecting Pool - Res. 332 | 007318 | Location | 14193 | Yes |

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 102: View to the east of the Reflecting Pool, the sole historic constructed water feature within the boundaries of the cultural landscape. (Mason 2020)*

*Small-Scale Features*

*Small-scale features are elements that provide detail and diversity for both functional needs and aesthetic concerns in the landscape.*

**Introduction**

There were no-known small-scale features within the cultural landscape prior to 1914.

Henry Bacon's design for the Lincoln Memorial landscape specified few small-scale features, favoring a simplified and uncluttered landscape. Lampposts, benches, and memorial tree plaques were among the only features designed and installed during the construction period of significance (1914-1933); trash receptacles, signage, security barriers and other small-scale features were added later in the 20th century.

**Lampposts**

**Historic Condition**

The OPBG used Washington Standard and Twin Twenty units throughout the cultural landscape. The Washington Standard light featured a pole in the shape of a tapering, fluted classical column. Atop the column was an urn-shaped globe that tapered into a finial at its top (Fanning 2005: 37). These units ranged in height from 12 feet, 3 inches to 18 feet, 1 inch. Historically, they would have been painted a light gray color (Joseph, Wheelock, and McLarty 1999: 138). The Twin Twenty model featured a Washington Standard pole topped with a cross-arm that featured two acorn luminaires. These would have been either 20 feet, 10 inches or 21 feet, 3 inches (National Park Service, National Capital Parks, Planning and Construction Division 1940). See Figure 100.

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 103: By the time this drawing was prepared in 1930, the OPBPP had standardized what lampposts were used in the cultural landscape. These were limited to Washington Standard and Twin Twenty units of various sizes. (National Park Service 1930)*

As-built drawings from 1940 indicate that Henry Bacon was careful to install lampposts only along roadways. He did not call initially for exterior lighting for the monument structure, and he made certain not to place any poles within the major east-west viewsheds of the memorial. Most notably, he barred any light sources along the Reflecting Pool, which could negatively harm its nighttime reflective qualities. In 1929, however, Bacon agreed to add interior lighting to the Lincoln Memorial structure to improve the illumination and reflection at night. The design of these initial interior lights is not known. (Exterior lighting for the memorial was not developed until 1969.) (Joseph, Wheelock, and McLarty 1999: 106).

The OPBPP installed streetlights throughout the 1920s and early 1930s, as it built each of the radial roads surrounding the new memorial. Ohio Drive SW, Henry Bacon Drive NW, and 23rd Street NW/SW featured an alternating pattern of streetlights on each side of the road. Parkway Drive NW, the Arlington Memorial Bridge, and Constitution Avenue NW had paired units on either side of the roadway. The outer edge of Lincoln Memorial Circle included evenly spaced

**Lincoln Memorial**
**National Mall and Memorial Parks**

units on the west, north, and south sides; there were no units on the east side along the Approachway. By the end of the construction period of significance in 1933, the only areas that remained unlit were Daniel French Drive SW, the Watergate Steps area and overpass, the inner circle, and the Reflecting Pool (Joseph, Wheelock, and McLarty 1999: 106). See Figure 101.



*Fig. 104: As of 1940, the OPBPP installed light posts along most of the major roadways. (National Park Service, National Capital Parks, Planning and Construction Division 1940)*

According to the 1999 CLR, Twin Twenty units were placed along major roadways as a standard practice within the District. For the cultural landscape, this would have included only Constitution Avenue NW and its western terminus at the Belvedere, which required a higher level of illumination (National Park Service, National Capital Parks, Planning and Construction Division 1940).

The OPBPP installed Washington Standard units throughout the remainder of the cultural landscape. Along the outer circle, Bacon called for 18-foot units placed 75 feet apart (Joseph, Wheelock, and McLarty 1999: 138). Along other radial roadways, he specified a shorter 16-foot unit ranging in spacing from 96 feet to 110 feet apart. Sometime after the historic construction period, the Washington Standard lampposts were painted black, altering the historic gray color (Joseph, Wheelock, and McLarty 1999: 138-39).

Most of the streetlights installed during the construction period of significance stayed in place during the protest period of significance (1939-present). Changes were limited to the removal of several lamppost units to accommodate new circulation features, including the 1940s addition of cloverleaf parkway ramps for the parkway and the 1960s addition of the Theodore Roosevelt Bridge and its ramps. During the 1960s, District officials introduced new Cobra-style lampposts along interstate ramps. This lamppost type features a cantilevered luminaire mounted along a basic cylindrical pole. The addition of the Cobra lamppost departed from the historic use of the Washington Standard and Twin Twenty lampposts, established during the construction period of significance.

In 1969, the NPS illuminated the exterior of the Lincoln Memorial structure with floodlights for the first time. These were installed on the east side of the structure and placed on tall poles. Smaller units were placed along the outer edges of the raised terrace wall (Joseph, Wheelock, and McLarty 1999: 138). Their design is unknown.

In the early 2000s, the CFA and NPS redesigned the interior and exterior lighting systems for the Lincoln Memorial cultural landscape (Commission of Fine Arts 2003b). The design was reviewed by the CFA in 2003. The new system included two tall poles with floodlights to be placed north and south of the Reflecting Pool steps, along the outer circle. Designers also specified parapet lighting and uplights along the outer edges of the raised terrace.

In 2010, the NPS commissioned Sasaki to create a historically sensitive safety and lighting plan for the elm allées along the Reflecting Pool. The firm designed and added metal LED units

(painted black) next to each set of benches along the walks. The luminaries were designed to cast light only onto the walks, so as not to interfere with the reflective qualities of the pool (Sasaki Associates, "Lincoln Memorial Landscape and Reflecting Pool").

**Existing Condition**

The overall design and arrangement of the landscape's historic lighting scheme remains legible. All lampposts, except for those removed for the construction of ramps in the 1960s, remain in place. Fieldwork in 2021 confirmed that all lampposts, except for those at the Belvedere, remain Washington Standard lights; they are generally located along the radial roads, the parkway and its connections, and along Lincoln Memorial Circle. All 90 of these inventoried units are now painted a non-historic black color, where they would have been gray historically (Joseph, Wheelock, and McLarty 1999: 138-39). The Belvedere retains 2 Twin Twenty lampposts in locations dating to the construction period of significance (1914-1933). Constitution Avenue retains 12 Twin Twenty lampposts within the study area. Since it is difficult to establish which lampposts date to the construction period of significance, all Washington Standard and Twin Twenty lampposts along these circulation features are managed as a cultural resources.

The nine inventoried Cobra lampposts at the ramps of the Theodore Roosevelt Bridge are incompatible with the historic design of the landscape. Their design and the coloring of the light they cast on the landscape is not in keeping with the character of the Washington Standard and Twin Twenty lampposts.

The lighting along the Reflecting Pool walks, added by Sasaski in 2010, is non-contributing but compatible. While the original designers of the landscape were adamant that these walks should not be lit, modern safety concerns necessitated their placement in order to sustain the public use of the landscape. To mitigate their presence, they were designed to minimize light trespass beyond the walkway. They are non-contributing features. There were 42 such lights when inventoried in 2021.

Other extant lighting is limited to the 25 uplights along the raised terrace. These feature small painted-white luminaries that are tilted to illuminate the columns of the Lincoln Memorial. They are non-contributing.

**Lincoln Memorial**
**National Mall and Memorial Parks**

---

### Benches

### Historic Condition

Bacon's original plans for the cultural landscape featured only a few permanent benches. These were located on the east side of the Lincoln Memorial, along the Approachway. These two benches would have been installed sometime around 1922, when the Approachway was completed in time for the dedication. As built, these benches consisted of simple stone slabs supported by four rectilinear feet. Each bench consisted of three granite sections, each approximately 18 feet in length and 27 inches deep.

The original plans for the landscape did not feature any wood or cast-iron benches (permanent or moveable). One or both of these bench types were almost certainly added by the OPBG and later by the OPBPP as a matter of standard practice throughout their parks in the District. Photos from the 1920s and 1930s show several light, movable wooden and metal benches. These were "park settees" designed by the OPBG in the early years of its reservation management. These benches were likely the same type of benches used in other Mall and Capitol Hill parks during the OPBG years, which were made of metal frames with wood-slat backs and seats (National Park Service Design and Construction, National Capital Office 1964; Fanning 2005: 61).

The National Capital Parks developed a new type of bench in the 1930s as a part of New Deal-funded redesigns of many of the District's parks. The new design was sturdier and harder to damage than previous designs, with cast-iron frames and curved wood-slat backs and seats bolted to the sidewalks. The cast-iron frames featured small scroll and elegant cross-bracing in both the horizontal and vertical directions. Each bench was 3 feet, 10 inches long and approximately 34 inches tall (National Park Service Design and Construction, National Capital Office 1964). Since these new benches were fixed in place, they were often used as barriers to prevent trespassing on the turf (Fanning 2005: 61). It was likely around this time that the present benches were first added as permanent fixtures along the Reflecting Pool walks; however, according to the 1999 CLR, the exact placement of these benches is non-historic (Joseph, Wheelock, and McLarty 1999: 105).

---

As visitation increased in the mid-20th century, the NPS installed additional benches throughout the cultural landscape. The 1930s cast-iron benches typically were placed at regular intervals along the edges of walkways within the elm allées. Benches placed along the radial roads were consistent with the cast-iron model added during the 1930s (Joseph, Wheelock, and McLarty 1999: 138-39; 154-58).

In the 1990s and early 2000s, all 1930s cast-iron benches were placed at standard intervals along the walks of the cultural landscape, notably along 23rd Street SW and along the walkways within the Reflecting Pool allées. Many of these benches may have been repurposed from other locations within the cultural landscape and simply moved or rehabilitated, others were added new according to the principles delineated in the *Streetscape Manual* (Architectural and Engineering Standards Subgroup 1992/2005/2013).

**Existing Condition**

The two stone Approachway benches remain intact and in place as contributing features. These benches measure approximately 20 feet long, 27 inches wide, and 18½ inches tall. Each consists of three granite slabs supported on four granite feet.

The 65 freestanding cast-iron and wood benches in the cultural landscape are of a historic design, but their placement and arrangement are non-historic. However, park managers may have introduced these benches during the historic construction period, and as they are consistent with the historic uses of this area, they are managed as cultural resources.

Each of the existing cast-iron and wood benches is approximately 34 inches tall, 24 inches deep, and 52 inches long. It features 10 wooden slats measuring 1¾ inches by 2½ inches in profile, four of which are used for the back and six of which are used for a seat. They are located along the Reflecting Pool's elm walks in clusters of two and along the east side of 23rd Street SW. Each paired set of benches is set in a concrete pad measuring 36 inches by 176 inches, and the benches are placed 6 inches from the outer edge of the pad.

Some of the cast-iron benches may have been reused from other parks or locations within the cultural landscape and may date to the construction period of significance; however, their location and arrangement are non-contributing. All cast-iron and wood benches are managed as cultural resources.

### Drinking Fountains

**Historic Condition**

The original landscape plans did not specify drinking fountains within the Lincoln Memorial grounds. However, by 1927, the OPBPP had installed a drinking fountain along the outer edge of Lincoln Memorial Circle between 23rd Street NW and Henry Bacon Drive NW. The design of this fountain featured a hexagonal concrete cylinder with a metal spigot and basin, like those installed by the OPBPP in other parks throughout the District (Joseph, Wheelock, and McLarty 1999: 140). The cultural landscape may have featured more drinking fountains during this period, but the research for this CLI did not identify any others.

In the mid-20th century, the NPS installed new drinking fountains throughout the cultural landscape; the models were likely consistent with the design of their hexagonal predecessors (Joseph, Wheelock, and McLarty 1999: 138-39; 154-58).

Beginning in 1999 and continuing into the early 2000s, all hexagonal drinking fountains were replaced with metal accessible high-low models. This included the original drinking fountain along Lincoln Memorial Circle, which was removed sometime after 1999 and replaced with a non-contributing version.

**Existing Condition**

There are 3 non-contributing accessible high-low drinking fountains in the cultural landscape. These are located: immediately southwest of the Korean War Veterans Memorial information kiosk; along Lincoln Memorial Circle between 23rd Street NW and Henry Bacon Drive NW; and immediately south of the beach volleyball courts in the memorial tree grove. The drinking

fountain between 23rd Street NW and Henry Bacon Drive NW is the only one in a known historic location.

Each extant fountain is a high-low model consisting of a simple brown- or black-painted metal cylinder and a cantilevered accessible arm, with a stainless steel bubbler and basin. These fountains measure approximately 40 inches tall, 29 inches wide, and 11 inches deep. Each is set in a 48-inch by 48-inch concrete pad. All accessible drinking fountains are non-contributing.

## Trash Receptacles

### Historic Condition

Photographs from the construction period of significance also indicate a limited number of trash cans in the cultural landscape, even though none were indicated on the original construction plans. The trash cans were located at the west end of the Reflecting Pool along the Approachway and consisted of wire mesh mounted to a concrete base. These were removed at an unknown date (post-1999) and replaced with new models (Joseph, Wheelock, and McLarty 1999: 125-26; 136, 140).

With the increase in visitation in the mid-20th century, the NPS installed additional trash cans throughout the cultural landscape, including at regular intervals along the edges of walkways within the elm allées. These new trashcans were two different models: the wooden-slat tulip-style trash cans characteristic of this mid-century period, and remnant wire-mesh trash cans from the 1930s.

In the 1990s and early 2000s, all trash receptacles were replaced with standard, black-painted metal trash cans and blue-painted recycling bins.

### Existing Condition

All trash and recycling receptacles in the cultural landscape are non-contributing. Most receptacles follow the design principles delineated in the *Streetscape Manual*. Clusters of one trash

and one recycling receptacle are located throughout the cultural landscape, but concentrations of these features are located along the Reflecting Pool walks and at the intersections of the radial roads. In some case, several trash or recycling receptacles are grouped into larger clusters in high traffic areas.

Each set of trash and recycling cans measures 25 inches across and 32½ inches tall, and is centrally placed in a 60-inch by 30½-inch concrete pad. One notable exception is the addition of big-belly trash cans at the concession areas. These consist of a rectangular plastic shell and are equipped with a solar trash compactor. Each is non-contributing. CLI fieldwork in 2021 identified approximately 97 tulip-style trash and recycling cans.

## Memorial Tree Plaques

### Historic Condition

The OPBPP and NPS also designed and installed memorial tree plaques, typically on the north side of memorial trees. These plaques likely were first used in the 1920s or 1930s concurrent with memorial plantings throughout the cultural landscape. The 1999 CLR notes that the design of these plaques varied in the initial years, including units flush to the ground, raised up above the ground on a slant, or on a post above-ground. The tree plaque program was eventually standardized by the National Park Service, with a small bronze shield plaque embedded in a concrete base, which bore the names of the tree and a memorial inscription. This plaque program was maintained into the 1960s but was eventually abandoned by the time the 1999 CLR was completed.

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 105: This 1959 drawing shows the standardized memorial tree plaque design. It featured a bronze shield that was embedded in concrete. (Hanson 1959)*

### Existing Condition

Fieldwork in 2021 located seven (six confirmed, one partially buried) memorial tree plaques throughout the cultural landscape. All but one of these plaques were located in the naturalistic grove along Parkway Drive NW, near the underground storage room. The other plaque was located next to an elm tree along 23rd Street SW. An example of one of these plaques reads:

AMERICAN ELM

(*Ulmus americana*)

DEDICATED – 1941

AMERICAN WAR MOTHERS

— TO —

MRS. I. T. FAIRWEATHER

IDAHO

NATIONAL PRESIDENT

1937-1939

These plaques all retain the design standardized by the NPS and feature a 4-inch-square bronze shield embedded in a 6-inch-square concrete base with a canted top. These plaques date to the protest period of significance; the earliest was installed in 1938 and the latest in 1948. The dates commemorated on each plaque range from 1908 to 1943. Since this commemorative use was established during the construction period of significance, all plaques add to the historic character of the landscape. However, since the existing plaques were added after the construction period, they are managed as cultural resources.

## Commemorative Plaques

### Historic Condition

In 1985, the NPS installed a new plaque honoring Alaska and Hawaii's contributions to the United States. The stone plaque is embedded along the centerline of the Approachway. These two states, not yet part of the United States when the memorial was built, were added to the monument's landscape to honor their contributions to the United States (Joseph, Wheelock, and McLarty 1999: 69).

In 2003, the National Park Service designed and installed a commemorative plaque to Martin Luther King, Jr. along the Approachway. This plaque marked the approximate location where King stood when delivering his famous "I Have a Dream" speech during the 1963 March on Washington (Commission of Fine Arts 2003a).

### Existing Condition

The cultural landscape retains the Alaska and Hawaii Plaque. It consists of a rectilinear stone measuring approximately 68 inches tall and 60 inches wide. The inscription reads:

THE FEDERAL UNION OF THE STATES AT THE HEART OF LINCOLN'S PURPOSE IS

SYMBOLIZED IN HIS MEMORIAL BY 36 COLUMNS BENEATH THE NAMES OF THE 36

**Lincoln Memorial**
**National Mall and Memorial Parks**

STATES COMPOSING THE UNION IN HIS LIFETIME

WHEN THE MEMORIAL WAS DESIGNED THE UNION INCLUDED THE 48 STATES NAMED

ON THE ATTIC FRIEZE A GENERATION LATER - IN 1959

ALASKA AND HAWAII

ATTAINED STATEHOOD - FULLY JOINING THEIR DESTINIES WITH THE UNITED STATES

OF AMERICA

E PLURIBIS UNUM

The MLK "I Have a Dream" plaque also remains embedded in the Approachway. It consists of a granite marker measuring 56 inches tall and 46 inches wide. The inscription reads:

I HAVE A DREAM

MARTIN LUTHER KING, JR.

THE MARCH ON WASHINGTON

FOR JOBS AND FREEDOM

AUGUST 28, 1963

The Alaska and Hawaii plaque and the MLK "I Have a Dream" plaque are managed as cultural resources. These features are consistent with the historic character and associations of the cultural landscape. They also serve to expand the historic commemorative and protest land uses established during the periods of significance.

<u>Security Barriers</u>

**Historic Condition**

Following the attacks of September 11, 2001, the NPS installed a series of security barriers along the outer edge of Lincoln Memorial Circle and plaza. In the immediate years after 2001, these consisted of crude jersey walls. Between 2003-2007, the NPS worked with the CFA to design and install a series of visually non-intrusive barriers around the perimeter of the Lincoln Memorial Circle, its plaza, and the western end of the Reflecting Pool. As installed, this included a series of

low granite walls (discussed in the Buildings and Structures section) and bollards along pedestrian walks.

**Existing Condition**

Extant bollards are located on the north and south sides of Lincoln Memorial Circle (along the portion permanently closed to traffic) and at the north and south entrances to the Reflecting Pool plaza. They consist of an approximately 36 inches tall simplified tapered column with flared base and rounded top placed 52 inches on center (Commission of Fine Arts [Various dates]). Other extant small-sale security measures include post-and-chain barriers along the edges of the turf panels. Each consists of a set of 38 inches tall slender metal poles placed 58 inches on center with a chain swag in-between. These are used to prevent visitor trespassing and damage to lawns and planting beds. All extant security barriers are non-contributing.

**Signage**

**Historic Condition**

The cultural landscape has seen many different signage regimes. Regulatory, wayfinding, and interpretive signage has changed and continues to change within the cultural landscape. In collaboration with the Trust for the National Mall, the NPS began planning for a new standard signage system in 2007. In 2016, the group raised the necessary funds and installed a new wayfinding signage system shortly after. The new signs featured vertical metal poles clad with metal panels, with both textual and pictorial wayfinding elements (Trust for the National Mall, "Lincoln Memorial Reflecting Pool Restoration").

**Existing Condition**

Signage throughout the cultural landscape is limited by design to avoid visual clutter or intrusion of the historic viewsheds. All extant signage features date to post-2016 and consist of vertical metal poles clad with metal panels, with both textual and pictorial wayfinding elements. There is one interpretive wayside at the John Ericsson Monument, and there are several other waysides with maps of the Mall throughout the cultural landscape. All are non-contributing features.

**Lincoln Memorial**
**National Mall and Memorial Parks**

**Other Small-Scale Features**

**Historic Condition**

In recent years, the NPS has installed several miscellaneous small-scale features, including big-belly solar compacting trash cans at the refreshment kiosks along Daniel French and Henry Bacon Drives. Recent alterations also included a bulletin board at the volleyball courts, a Capital Bikeshare station along Henry Bacon Drive NW, and standard metal bike racks at information kiosks north and south of the Reflecting Pool steps.

**Existing Condition**

Other extant small-scale features include bike racks adjacent to the information kiosks, a bulletin board and spigot at the volleyball courts, and the Capital Bikeshare station at the top of the Reflecting Pool steps. These are all non-contributing features.

---

The small-scale features within the Lincoln Memorial cultural landscape include a complex combination of contributing and non-contributing features. The cultural landscape retains many of its historic small-scale features, including its stone Approachway benches, lampposts, and memorial tree plaques. Most of the non-contributing small-scale features—including some benches, lighting, drinking fountains, waste receptacles, and signage—postdate the original design of the landscape, and were added to adapt the landscape according to evolving visitation needs. Many of these features have been replaced regularly throughout the cultural landscape's history. Because this memorial landscape is so highly visible, design interventions for new small-scale features have been sensitive and deferential to the historic design. Accordingly, small-scale features installed after the construction period of significance (1914-1933) do not detract from the legibility of the landscape's overall character and design. It therefore retains integrity with respect to small-scale features.

**Lincoln Memorial**
**National Mall and Memorial Parks**

| Feature Name | Feature Contribution | CRIS-HS Resource Name | CRIS-HS Resource ID | FMSS Record Type | FMSS Record Number | FMSS record an exact match? |
|---|---|---|---|---|---|---|
| Granite benches at entrance to Approachway (count: 2) | Contributing | | | | | |
| Alaska and Hawaii plaque | Managed as Cultural Resource | | | | | |
| Martin Luther King, Jr. "I Have a Dream" plaque | Managed as a Cultural Resource | | | | | |
| Memorial tree plaques (count: 7) | Managed as Cultural Resource | | | | | |
| Washington Standard lampposts (count: 90) | Managed as Cultural Resource | | | Asset | 1594218 | Yes |
| Twin-Twenty lampposts (count: 15) | Managed as Cultural Resource | | | Asset | 1594218 | Yes |
| Cast-iron frame wooden slat benches (count: 65) | Managed as Cultural Resource | | | Asset | 1540723 | Yes |
| Uplights around Lincoln Memorial raised terrace (count: 25) | Non-contributing | | | Asset | 1591683 | Yes |
| LED lampposts along allée elm walks north and south of Reflecting Pool (count: 42) | Non-contributing | | | Asset | 1591683 | Yes |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| | | | | | | |
|---|---|---|---|---|---|---|
| Tulip-style trash and recycling cans (count: 97) | Non-contributing | | | Asset | 1516527 | Yes |
| Big belly trash cans at concessions kiosks (count: 2) | Non-contributing | | | | | |
| ADA-accessible high-low drinking fountains (count: 3) | Non-contributing | | | Asset | 1566077 | Yes |
| Signage (wayfinding, interpretive, regulatory) | Non-contributing | | | Asset<br>Asset | 1602855<br>1534405 | Yes |
| Security barriers, including bollards and fencing | Non-contributing | | | Asset<br>Asset<br>Asset | 1566146<br>1484095<br>1541013 | Yes |
| Bike racks and bikeshare docks | Non-contributing | | | | | |
| Spigot west of volleyball courts (count: 1) | Non-contributing | | | | | |
| Bulletin board at volleyball courts | Non-contributing | | | | | |
| Cobra lampposts along Theodore Roosevelt Bridge on/off ramps (count: 9) | Non-contributing (Incompatible) | | | | | |

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 106: A contributing stone bench north of the Lincoln Memorial Approachway. (Torkelson 2021)*

*Fig. 107: The Alaska and Hawaii plaque is located along the Approachway. (Torkelson 2021)*

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 108: Example of a memorial tree grove plaque along 23rd Street SW. (Torkelson 2021)*

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 109: Example of a Twin Twenty lamppost at the Belvedere. It retains its historic form, although the black paint color is non-historic (historically gray) and it is missing one of its luminaires. (Torkelson 2021)*

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 110: Example of a Washington Standard lamppost at the Watergate Steps. It retains its historic form, although the black paint color is non-historic (traditionally gray). (Lester 2021)*

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 111: View to the east showing several non-contributing small-scale features such as trash and recycling cans, post-and-chain barriers, bollards, signage, and LED lighting. (Lester 2021)*

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 112: Example of a non-contributing high-low drinking fountain along the south elm allée of the Reflecting Pool.*
*(Torkelson 2021)*

**Lincoln Memorial**
**National Mall and Memorial Parks**



*Fig. 113: Example of a typical wood and cast-iron bench along the north elm allée of the Reflecting Pool. These benches, while historic in design, are in non-contributing locations and are managed as cultural resources in this CLI. (Torkelson 2021)*



*Fig. 114: Drawing showing the contributing and non-contributing small-scale features within the Reflecting Pool area of the cultural landscape. Full size drawings are located at the end of this report. (Torkelson 2021)*



Fig. 115: Drawing showing the contributing and non-contributing small-scale features within the Radial Roads area of the cultural landscape. Full size drawings are located at the end of this report. (Torkelson 2021)



*Fig. 116: Drawing showing the contributing and non-contributing small-scale features within the Watergate and Parkway areas of the cultural landscape. Full size drawings are located at the end of this report. (Torkelson 2021)*

**Lincoln Memorial**
**National Mall and Memorial Parks**



Fig. 117: Drawing showing the contributing and non-contributing small-scale features within the Lincoln Memorial Circle area of the cultural landscape. Full size drawings are located at the end of this report. (Torkelson 2021)