**Exhibit C
(Part 2/2)**

# Condition Assessment

### Condition

Good

### Condition Date

8/30/2022

### Narrative

The 'Condition Date' refers to the date the park superintendent concurred with the findings of this CLI.

A Condition Assessment of 'Good' indicates that the inventory unit shows no clear evidence of major negative disturbance and deterioration by natural and/or human forces. The inventory unit's cultural and natural values are as well preserved as can be expected under the given environmental conditions. No immediate corrective action is required to maintain its current condition. The Lincoln Memorial cultural landscape is currently in good condition. Notable impacts include the loss of contributing vegetation, and deferred maintenance of the landscape's contributing structures and circulation features. Other impacts observed in the field are noted in the table below.

## Impacts

| Type | Impact Type – Other | Internal Source | External Source | Narrative | Date Identified |
|------|---------------------|-----------------|-----------------|-----------|-----------------|
| Adjacent Lands | | No | Yes | Increasing high rise development along the Virginia shoreline since the construction period of significance has changed the panoramic views from the Watergate Steps and the Belvedere.<br><br>Air traffic and vehicle traffic around the cultural landscape have resulted in a significantly louder environment than the historic period, which affects the contemplative design intent of | 11/15/2020<br><br>03/05/2021<br><br>04/23/2021 |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| | | | | the Lincoln Memorial and Reflecting Pool. | |
|---|---|---|---|---|---|
| Deferred Maintenance | | Yes | Yes | Non-contributing interpretive waysides along 23rd Street NW and at the John Ericsson Monument are missing or illegible. | 11/15/2020 03/05/2021 04/09/2021 04/16/202 04/23/2021 05/13/2021 |
| | | | | A portion of the historic curbing on the north side of Parkway Drive NW is missing. | |
| | | | | Portions of the historic seawall capping is missing, and other portions are degrading along its length. The seawall north of the Belvedere is buckling where it meets the structure. | |
| | | | | Some pavers within the intricate compass terrace of the John Ericsson Monument are loose where masonry joints have been lost. | |
| | | | | The expansion joint at the top of Watergate Steps is cracked or missing along its length. | |
| | | | | Several lampposts throughout the cultural landscape are broken or missing. This includes one Washington Standard light on the outside of Lincoln Memorial Circle near 23rd Street NW and a luminaire of a Twin Twenty lamppost at the Belvedere. | |
| | | | | The seawall has several trees growing out of it along its length. | |
| | | | | The guardhouse at Independence Avenue SW has a damaged window that is exposed to the elements. | |
| | | | | The raised terrace has several overhanging yews on its north side that have resulted in biological growth on the wall. | |
| | | | | The balustrades of the Parkway Drive NW overpass have several | |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| | | | | | |
|---|---|---|---|---|---|
| | | | | overhanging trees on its north side that have resulted in biological growth on the feature. | |
| Disruption/Loss of Species | | Yes | No | Several of the elms within the historic allées have been lost and not replaced in-kind. This includes all radial roads, Ohio Drive SW, the Watergate wing walls, Reflecting Pool walks, and along the former length of Constitution Avenue.<br><br>The historic four-deep elm allée along the outside of Lincoln Memorial Circle is no longer legible in the outer rings. This area retains extant elms only along the innermost ring of the former allée.<br><br>Several of the inner circle plantings dating to the periods of significance have been lost and not replaced in-kind. This includes boxwoods, yews, hollies, and magnolias.<br><br>The planting bed at the Belvedere was historically planted with roses and currently contains turf.<br><br>The planting beds surrounding the Watergate Steps retain few of their historic plantings and are bare in areas that would have featured a variety of evergreen species. | 11/15/2020<br>03/05/2021<br>04/09/2021<br>04/16/202<br>04/23/2021<br>05/13/2021 |
| Erosion | | Yes | Yes | Portions of 23rd street NW and its associated food service building are not outfitted with post-and-chain fencing; as a result, visitors have eroded portions of the historic turf.<br><br>Portions of soil along the Watergate wing walls are missing due to sink holes, resulting in both soil and water undermining these structures. | 11/15/2020<br>03/05/2021<br>04/09/2021<br>04/16/202<br>04/23/2021<br>05/13/2021 |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| | | | | | |
|---|---|---|---|---|---|
| | | | | Portions of soil on all sides of the planting at the Watergate Steps are missing due to sink holes, resulting in both soil and water undermining these structures.<br><br>The turf surrounding the John Ericsson Monument has eroded away from the compass terrace, allowing portions of the substructure to be exposed to weathering and structural deterioration.<br><br>Portions of soil on all sides of the Belvedere are missing due to sink holes, resulting in both soil and water undermining these structures.<br><br>The walkway at the top of raised terrace no longer retains any gravel, resulting in erosion by visitors and weather. | |
| Exposure to Elements | | No | Yes | The Watergate wing walls, Lincoln Memorial, raised terrace, overpasses, John Ericsson Monument, and *Arts of War and Peace* are exposed to the elements, resulting in the deterioration of stones, corrosion of metal components, and the staining of architectural elements. | 04/16/202<br>04/23/2021<br>05/13/2021 |
| Impending Development | | Yes | Yes | Planned monuments such as the National Desert Storm War Memorial will remove portions the cultural landscape from their historic recreational use, disrupting the balance between commemorative and recreational uses.<br><br>A planned rehabilitation of the volleyball court area may affect the memorial tree grove and memorial tree plaques immediately to its west. | 05/13/2021 |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| Inappropriate Maintenance | | Yes | No | NPS maintains and woodchips an incompatible social trail that connects 22nd Street NW with Henry Bacon Drive NW. This feature detracts from the historic design of this area.<br><br>The root flares and bases of some of the contributing trees and shrubs show signs of mechanical damage from maintenance equipment such as trimmers and riding mowers. (This equipment appears to have been used to sever English ivy roots.)<br><br>The memorial tree grove plaques are not currently maintained and are damaged by mowers, which can inadvertently cover, overturn, or remove these contributing features.<br><br>The walkway around the outer edge of the raised terrace has lost much of its gravel and metal edging. It is currently treated as a continuous turf lawn and mowed accordingly. | 04/09/2021<br><br>04/16/202<br><br>04/23/2021<br><br>05/13/2021 |
| Inundation/Flooding | | No | Yes | Regular flood events continue to damage the historic seawall and Watergate Steps, depositing debris along its length that is generally not removed or that is simply left in the shallow portions of the Potomac. | 5/13/2021 |
| Inundation/Sea Level Rise | | No | Yes | As sea levels rise, significant portions of the cultural landscape will become inundated with water. This may result in the loss of contributing vegetation species, such as elms, that are not tolerant of significant soil saturation. | 5/13/2021 |
| Planting Practices | | Yes | No | Recent plantings have introduced non-contributing and | 04/09/2021<br><br>04/16/202 |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| | | | | | |
|---|---|---|---|---|---|
| | | | | incompatible species into the landscape, such as privet.<br><br>In several planting beds, historic species have been replaced in the same locations with other species. This includes yews along the Approachway (historically boxwood) and Mountain Witchalder at the John Ericsson Monument (historically yews). | 04/23/2021<br><br>05/13/2021 |
| Pruning Practices | | Yes | No | The mature evergreen specimens around the Lincoln Memorial Circle show little evidence of pruning. As a result, many of them have grown so large as to obscure the historic designed views and vistas. | 04/09/2021<br><br>04/16/202<br><br>04/23/2021<br><br>05/13/2021 |
| Soil Compaction | | Yes | Yes | Social trails along the Reflecting Pool and radial roads have resulted in soil compaction along the elm allées. | 04/23/2021 |
| Vandalism/Theft | | No | Yes | There is evidence of recurring (and regularly removed) graffiti inside and outside the Arlington Memorial Bridge and Parkway Drive NW overpasses.<br><br>The planting beds on either side of the Watergate Steps have a small amount of graffiti on their masonry.<br><br>Due to their small-size and unique qualities, it is possible that the remaining memorial tree grove plaques may be subject to theft.<br><br>There is evidence of significant recurring graffiti on the entrance walls of the underground storage room along Parkway Drive NW. | 04/16/202<br><br>04/23/2021<br><br>05/13/2021 |
| Vegetation/Invasive Plants | | Yes | Yes | Invasive vines such as English ivy, poison ivy, and American creeper are overtaking portions of the Watergate plantings, Watergate wing walls, cloverleaf | 04/09/2021<br><br>04/16/202<br><br>04/23/2021 |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| | | | | | |
|---|---|---|---|---|---|
| | | | | ramp plantings, and several mature species in the Lincoln Memorial Circle. There are several large woody plants growing in the seawall along its length. The elm allées throughout show evidence of rodent holes/burrows, graffiti carved into their trunks, sapsucker damage, tree cavities, deadwood and weeping. | 05/13/2021 |
| Visitation | | Yes | Yes | Several portions of the landscape's walks do not contain post-and-chain barriers to prevent visitor trespass in heavily trafficked areas. This includes along portions of the Reflecting Pool, 23rd Street NW/SW, and Henry Bacon Drive NW. Heavy visitation on non-paved areas can result in the compaction of the roots of contributing trees and the erosion of contributing turf panels. | 04/23/2021 05/13/2021 |

**Lincoln Memorial**
**National Mall and Memorial Parks**

# Treatment

### Stabilization Measures

*Narrative*

The following stabilization measures are recommended for the Lincoln Memorial cultural landscape:

- Stabilize the paving of the John Ericsson Monument's compass terrace.

- Stabilize eroding soil around the Watergate wing walls, Belvedere, and Watergate Steps planting beds.

- Stabilize and mark the locations of the memorial grove tree plaques to prevent damage from mowing equipment. *Note: Consideration should also be given to the potential negative effects of marking these plaques, such as theft or vandalism.*

- Stabilize the perimeter gravel walk around the raised terrace of the Lincoln Memorial structure.

- Replace in-kind missing curbing on north side of Parkway Drive NW.

- Replace in-kind broken Washington Standard lamppost at Lincoln Memorial Circle and Parkway Drive NW. (Only a broken pole base is present.)

- Replace in-kind missing luminaire of Twin Twenty lamppost at the Belvedere.

- Replace in-kind missing elm trees in historic allées and missing plantings in Lincoln Memorial Circle, as identified in the Treatment section of the 1999 CLR.

- Revise maintenance practices to guard against damage to the base of trees and shrubs.

- Selectively prune and/or thin the plantings around the Lincoln Memorial to maintain contributing views and vistas, as identified in the Treatment section of the 1999 CLR.

- Remove social trails by aerating the soil and installing post-and-chain barriers along walks and roads where missing, as identified in the Treatment section of the 1999 CLR.

- Selectively prune overhanging branches of contributing plantings along north side of raised terrace and along the balustrades of the overpasses, as identified in the Treatment section of the 1999 CLR.

- Stabilize historic seawall by pruning back woody vegetation.

**Lincoln Memorial**
**National Mall and Memorial Parks**

---

### Approved Treatments

*Type*

Preservation

Restoration

Reconstruction

*Completed*

No

*Document*

Cultural Landscape Report Part I

*Narrative (O—4000 characters)*

Unlike a standard Cultural Landscape Report, the 1999 CLR developed a broad set of design guidelines for the Lincoln Memorial cultural landscape, rather than specific treatment alternatives. As noted by the authors, "when appropriate, key landscape features that are integral to the original design of the Lincoln Memorial grounds and belong to the period of historical significance, 1914-1933, may be preserved, restored, or reconstructed" (Joseph, Wheelock, and McLarty 1999: 174). These guidelines were intended to inform the development of future treatment plans. General recommendations are outlined for the overall landscape, while specific recommendations are listed separately for each of the report's character areas. For details, see Joseph, Wheelock, and McLarty 1999: 173-198.

---

**Lincoln Memorial**
**National Mall and Memorial Parks**

# Bibliography and Supplemental Information

*Bibliography*

| Citation Author | Citation Title | Year | Publisher |
|---|---|---|---|
| [s.n.] | West Potomac Park Relocation of Golf Course (WEPO_801_80130) | 1930 | Office of Public Buildings and Public Parks of the National Capital, Washington, D.C. |
| American Scandinavian Alliance | The Washington Memorial to Captain John Ericsson and Its History | 1924 | American Scandinavian Alliance, New York, NY |
| Architectural and Engineering Standards Subgroup | Streetscape Manual: Interagency Initiative for National Mall Road Improvement Program | 1992/2005/2013 | National Capital Planning Commission, Washington, D.C. |
| Arlington Memorial Bridge Commission | Bridge Plaza & Watergate/Detail Planting Plan & Key (WEPO_801_80148) | 1932 | Arlington Memorial Bridge Commission, Washington, D.C. |
| Babin, Patricia | Links to the Past: A Historic Resource Study of National Park Service Golf Courses in Washington, D.C. (East Potomac Park, Langston, and Rock Creek Park) | 2017 | National Park Service, Washington, D.C. |
| Bacon, Henry | Competition Proposal for a Monument to Abraham Lincoln | 1912 | Lincoln Memorial Commission; National Archives, College Park, MD [https://catalog.archives.gov/id/2581318] |
| Bacon, Henry | Lincoln Memorial/Potomac Park Improvements (WEPO-80095) | 1916 | Office of Public Buildings and Grounds, Washington, D.C. |
| Bacon, Henry | Lincoln Memorial Washington D.C.: Main Floor Plan (LINC_806_80021) | 1915a | Office of Public Buildings and Grounds, Washington, D.C. |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| | | | |
|---|---|---|---|
| Bacon, Henry | Lincoln Memorial Washington D.C.: East Elevation (LINC_806_80022) | 1915b | Office of Public Buildings and Grounds, Washington, D.C. |
| Bacon, Henry | Lincoln Memorial Washington D.C.: West Elevation (LINC_806_80023) | 1915c | Office of Public Buildings and Grounds, Washington, D.C. |
| Bacon, Henry | Lincoln Memorial Washington D.C.: North Elevation (LINC_806_80024) | 1915d | Office of Public Buildings and Grounds, Washington, D.C. |
| Bacon, Henry | Lincoln Memorial Washington D.C.: South Elevation (LINC_806_80025) | 1915e | Office of Public Buildings and Grounds, Washington, D.C. |
| Bednar, Michael | L'Enfant's Legacy: Public Open Spaces in Washington, D.C. | 2006 | The Johns Hopkins University Press, Baltimore, MD |
| Belanus, Betty | Five Myths about the Festival | 2017 | Smithsonian Folklife Festival, Washington, D.C. [https://festival.si.edu/blog/five-myths-about-the-festival] |
| Blair, Jayson T. | Lincoln Memorial murals artfully restored to visibility [July 31, 1996] | 1996 | The Baltimore Sun, Baltimore, MD [https://www.baltimoresun.com/news/bs-xpm-1996-07-31-1996213155-story.html] |
| Bobeczko, Laura L. and Judith H. Robinson | East and West Potomac Parks Historic District, National Register Nomination | 1998 | National Park Service, Washington, D.C. |
| Burr, Charles | A Brief History of Anacostia, Its Name, Origin and Progress | 1920 | Columbia Historical Society, Washington, D.C. |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| Carr, Ethan | Mission 66: Modernism and the National Park Dilemma | 2007 | University of Massachusetts Press, Amherst, MA |
|---|---|---|---|
| Chapell, Gordon | Historic Resource Study: East and West Potomac Parks, A History | 1973 | National Park Service, Denver Service Center, Denver, CO |
| Chief of Engineers, United States Army | Annual Report of the Chief of Engineers, United States Army, to the Secretary of War, for the Year 1883: Part 1 | 1883 | Government Printing Office, Washington, D.C. |
| Christianson, Justine and Mattea Sanders | Tidal Basin [HALS DC-59] | 2017 | Historic American Landscapes Survey, National Park Service, Washington, D.C. |
| Comeau, Eggers | The Plan of the City of Washington, National Historic Landmark Nomination [Draft] | 2000 | National Park Service, Washington, D.C. |
| Commission of Fine Arts | CFA 20/FEB/03-04 | 2003a | Commission of Fine Arts, Washington, D.C. [https://www.cfa.gov/records-research/project-search/cfa-20feb03-4] |
| Commission of Fine Arts | CFA 16/OCT/03-2 | 2003b | Commission of Fine Arts, Washington, D.C. [https://www.cfa.gov/records-research/project-search/cfa-16oct03-2] |
| Commission of Fine Arts | CFA 20/NOV/03-1 | 2003c | Commission of Fine Arts, Washington, D.C. [https://www.cfa.gov/records-research/project-search/cfa-20nov03-1] |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| Commission of Fine Arts | CFA 17/MAR/05-3 | 2005 | Commission of Fine Arts, Washington, D.C. [https://www.cfa.gov/records-research/project-search/cfa-17mar05-3] |
|---|---|---|---|
| Commission of Fine Arts | CFA 17/MAY/07-1 | 2007 | Commission of Fine Arts, Washington, D.C. [https://www.cfa.gov/records-research/project-search/cfa-17may07-1] |
| Commission of Fine Arts | CFA 20/MAR/08-b | 2008a | Commission of Fine Arts, Washington, D.C. [https://www.cfa.gov/records-research/project-search/cfa-20mar08-b] |
| Commission of Fine Arts | CFA 20/NOV/08-3 | 2008b | Commission of Fine Arts, Washington, D.C. [https://www.cfa.gov/records-research/project-search/cfa-20nov08-3-0] |
| Commission of Fine Arts | CFA 16/APR/09-2 | 2009a | Commission of Fine Arts, Washington, D.C. [https://www.cfa.gov/records-research/project-search/cfa-16apr09-10] |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| Commission of Fine Arts | CFA 16/JUL/09-3 | 2009b | Commission of Fine Arts, Washington, D.C. [https://www.cfa.gov/records-research/project-search/cfa-16jul09-3] |
|---|---|---|---|
| Commission of Fine Arts | CFA 18/MAR/10-a | 2010 | Commission of Fine Arts, Washington, D.C. [https://www.cfa.gov/records-research/project-search/cfa-18mar10] |
| Commission of Fine Arts | CFA 16/FEB/12-h | 2012a | Commission of Fine Arts, Washington, D.C. [https://www.cfa.gov/records-research/project-search/cfa-16feb12-h] |
| Commission of Fine Arts | CFA 17/MAY/12-1 | 2012b | Commission of Fine Arts, Washington, D.C. [https://www.cfa.gov/records-research/project-search/cfa-17may12-1] |
| Commission of Fine Arts | CFA 17/JUL/14-1 | 2014 | Commission of Fine Arts, Washington, D.C. [https://www.cfa.gov/records-research/project-search/cfa-17jul14-1] |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| Commission of Fine Arts | CFA 21/MAY/15-2 | 2015a | Commission of Fine Arts, Washington, D.C. [https://www.cfa.gov/records-research/project-search/cfa-21may15-2] |
|---|---|---|---|
| Commission of Fine Arts | CFA 17/SEP/15-1 | 2015b | Commission of Fine Arts, Washington, D.C. [https://www.cfa.gov/records-research/project-search/cfa-17sep15-1] |
| Commission of Fine Arts | CFA 15/JUN/17-1 | 2017 | Commission of Fine Arts, Washington, D.C. [https://www.cfa.gov/records-research/project-search/cfa-15jun17-1] |
| Commission of Fine Arts | CFA 15/MAR/18-1 | 2018 | Commission of Fine Arts, Washington, D.C. [https://www.cfa.gov/records-research/project-search/cfa-15mar18-1] |
| Commission of Fine Arts | CFA 21/OCT/21-1 | 2021 | Commission of Fine Arts, Washington, D.C. [https://www.cfa.gov/records-research/project-search/cfa-21-oct-21-1] |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| | | | |
|---|---|---|---|
| Concklin, Edward Franklin | The Lincoln Memorial | 1927 | Office of Public Buildings and Public Parks of the National Capital; United States Government Printing Office, Washington, D.C. |
| DC Office of Zoning | Official Zoning Map: 2100 F Street NW, Washington D.C. 20052 | 2022 | DC Office of Zoning, Washington, D.C. [https://maps.dcoz.dc.gov/zr16/#l=19&x=-8576825.68465&y=4706937.654099997&mms=24!21!22!4!2!1!8!11] |
| Donaldson, Emily | DC War Memorial, Cultural Landscape Inventory | 2009 | National Park Service, Washington, D.C. |
| EHT Traceries and Stantec | Rock Creek and Potomac Parkway, Potomac Waterfront Section, National Mall and Memorial Parks, Cultural Landscape Report | 2018 | National Park Service, Washington, D.C. |
| Fanning, Kay | Constitution Gardens, Cultural Landscape Inventory | 2008 | National Park Service, Washington, D.C. |
| Garrison, Shannon and Molly Lester | East Potomac Golf Course, Cultural Landscape Inventory | 2017 | National Park Service, Washington, D.C. |
| Gould, Lewis L. | Lady Bird Johnson: Our Environmental First Lady | 1999 | University Press of Kansas, Lawrence, KS |
| Hanson, A.H. | Bronze Memorial Marker (ETIC X870_870_126709) | 1959 | National Park Service, National Capital Parks, Washington, D.C. |
| Harris & Ewing | [Aerial view showing Lincoln Memorial, Washington, D.C. and bridge to Arlington National Cemetery, Arlington, Virginia] | 1935 | Harris & Ewing; Library of Congress, Washington, D.C. [https://www.loc.gov/item/2016880347/] |

| Heine, Cornelius W. | A History of National Capital Parks | 1953 | National Park Service, National Capital Parks, Washington, D.C. |
|---|---|---|---|
| John G. Waite Associates, Architects PLLC | District of Columbia War Memorial, Historic Structure Report & Cultural Landscape Assessment | 2006 | John G. Waite Associates, Architects PLLC, New York, NY |
| Joseph, Maureen, Perry Wheelock, and Alice McLarty | Lincoln Memorial Grounds, West Potomac Park, Cultural Landscape Report Part 1 | 1999 | National Park Service, Washington, D.C. |
| Kratz, Jessie | John Russell Pope's Lincoln Memorial designs | 2014 | National Archives, Washington, D.C. [https://prologue.blogs.archives.gov/2014/07/21/john-russell-popes-lincoln-memorial-designs/] |
| Kohler, Sue A. | The Commission of Fine Arts: A Brief History, 1910-1995 | 1998 | United States Commission of Fine Arts, Washington, D.C. |
| Larkin, Susan G. | Top Cats: The Life and Times of the New York Public Library Lions | 2006 | Pomegranate, San Francisco, CA |
| Leach, Sara Amy | Parkways of the National Capital Region, 1913-1965, National Register Nomination | 1991 | National Park Service, Washington, D.C. |
| Leach, Sara Amy and Elizabeth Barthold | L'Enfant Plan of the City of Washington, District of Columbia, National Register Nomination | 1997 | Historic American Buildings Survey/Historic American Engineering Record; National Park Service, Washington, D.C. |
| Louis Berger Group | Archeological Overview and Assessment of Anacostia and Kenilworth Park and Aquatic Gardens, District of Columbia | 2016 | Louis Berger Group, Baltimore, MD |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| [Lowe, Dena; NPGallery Digital Asset Management System] | FLHP Rehab Lincoln Circle | 2012a | National Park Service, Washington, D.C. [https://npgallery.nps.gov/AssetDetail/f5c29695-6742-4760-9c83-c42ecf6896ae?] |
|---|---|---|---|
| [Lowe, Dena; NPGallery Digital Asset Management System] | FLHP Rehab Lincoln Circle | 2012b | National Park Service, Washington, D.C. [https://npgallery.nps.gov/AssetDetail/9c24306c-0cec-41c9-a568-5281193eea98?] |
| McKee, Brent and Richard A. Walker | Lincoln Memorial: Repairs and Snow Removal – Washington D.C. | 2018 | The Living New Deal, University of California, Berkeley, CA [https://livingnewdeal.org/projects/lincoln-memorial-repairs-washington-dc/] |
| Moore, Charles, ed. | The Improvement of the Park System of the District of Columbia | 1902 | United States Government Printing Office, Washington, D.C. |
| National Capital Region | Central National Capital Parks, Darwina Neal Beautification Files | [Various] | National Park Service, Washington, D.C. |
| National Capital Parks, Office of Professional Services | Planting Revision & Additions, Lincoln Memorial, National Capital Region Res. 332 (WEPO_801_80008) | 1977 | National Park Service, National Capital Parks, Washington, D.C. |
| National Capital Planning Commission | NCPC File No. 6972: Lincoln Memorial Grounds and West Potomac Park [Various files] | 2009/2010 | National Capital Planning Commission, Washington, D.C. |
| National Commission of Fine Arts | Tenth Report, July 1, 1921 – December 31, 1925 | 1926 | Government Printing Office, Washington, D.C. |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| National Desert Storm War Memorial | The Timeline | n.d. | National Desert Storm War Memorial, Washington, D.C. [http://www.ndswm.org/important-dates] |
|---|---|---|---|
| National Museum of African American History & Culture | Evacuating Resurrection City | 2018 | National Museum of African American History & Culture; Smithsonian, Washington, D.C. [https://nmaahc.si.edu/explore/stories/evacuating-resurrection-city] |
| National Park Service | Korean War Veterans Memorial Wall of Remembrance | n.d. | National Park Service, National Mall and Memorial Parks, Washington, D.C. [https://www.nps.gov/articles/000/kowawor.htm] |
| National Park Service | The Mall Cultural Landscape | n.d. | National Park Service, National Mall and Memorial Parks, Washington, D.C. [https://www.nps.gov/articles/600213.htm#4/34.42/-98.53] |
| National Park Service | Resurrection City | n.d. | National Park Service, Washington, D.C. [https://www.nps.gov/articles/resurrection-city.htm] |
| National Park Service | Washington Types of Street Lamp Standards (NAMA_802_126513) | 1930 | National Park Service, Washington, D.C. |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| National Park Service Design and Construction, National Capital Office | Park Improvement Plan [Marion Park] (X823-80029) | 1964 | National Park Service, Washington, D.C. |
|---|---|---|---|
| National Park Service Division of Publications | Lincoln Memorial: A Guide to the Lincoln Memorial, District of Columbia | 1986 | National Park Service, Washington, D.C. |
| National Park Service, Eastern Division, Branch of Plans & Design | West Potomac Park Area Adjacent to Ericsson Monument: Planting & Grading Plans (WEPO_801_80153) | 1934 | National Park Service, Washington, D.C. |
| National Park Service, National Capital Parks | Location Memorial Trees Vic. Lincoln Memorial – W. Potomac Park (WEPO_801_80473) | 1958 | National Park Service, Washington, D.C. |
| National Park Service, National Capital Parks, Planning and Construction Division | West Potomac Park: Streets in Vicinity of Lincoln Memorial, Lighting Plan (WEPO 801_80219) | 1940 | National Park Service, National Capital Parks, Washington, D.C. |
| National Park Service, National Capital Parks, Planning & Construction Division | Memorial Tree Record (WEPO 801_80235) | 1955 | National Park Service, Washington, D.C. |
| National Resources Planning Board | National Resources Development Report for 1942 | 1942 | United States Government Printing Office, Washington, D.C. |
| National Weather Service | NWS Western Region Headquarters | n.d. | National Oceanic and Atmospheric Administration, National Weather Service, Salt Lake City, UT [https://www.weather.gov/wrh/Climate wfo=lwx] |
| Office of Public Buildings and Grounds | West Potomac Park: Construction of Roads, Walks, and Curb about Lincoln Memorial (WEPO_801_80065) | 1921 | Office of Public Buildings and Grounds, Washington, D.C. |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| Office of Public Buildings and Public Parks of the National Capital | Lincoln Memorial: Memorial Trees (WEPO_801_80081_A) | 1925 | Office of Public Buildings and Public Parks of the National Capital, Washington, D.C. |
|---|---|---|---|
| Office of Public Buildings and Public Parks of the National Capital | Lincoln Memorial – Tree Plan (WEPO_801_80081_B) | [1926?] | Office of Public Buildings and Public Parks of the National Capital, Washington, D.C. |
| Office of Public Buildings and Public Parks of the National Capital | West Potomac Park: Ericsson Monument Suggested Planting Plan (WEPO_801_80165) | 1930 | Office of Public Buildings and Public Parks of the National Capital, Washington, D.C. |
| Office of Public Buildings and Public Parks of the National Capital, Parks Division | West Potomac Park: Golf Course (Interior) (WEPO_801_80127) | 1929 | Office of Public Buildings and Public Parks of the National Capital, Washington, D.C. |
| O'Halloran, Thomas J. | Aerial [view] of Resurrection City, [Washington, D.C.] (LC-U9-19161- 15) | 1968 | Library of Congress, Washington, D.C. [https://www.loc.gov/item/2017650267/] |
| Pfanz, Donald C. | National Mall, National Register Nomination | 1981 | National Park Service, Washington, D.C. |
| Pope, John Russell | Competition Proposal for a Circular Colonnade Style Monument to Abraham Lincoln | 1912a | Lincoln Memorial Commission; National Archives, College Park, MD [https://catalog.archives.gov/id/6087970] |
| Pope, John Russell | Competition Proposal for a Pyramid with Porticoes Style Monument to Abraham Lincoln | 1912b | Lincoln Memorial Commission; National Archives, College Park, MD [https://catalog.archives.gov/id/6087967] |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| | | | |
|---|---|---|---|
| Quinn, Richard | Stanton Park, Cultural Landscape Inventory | 2005 | National Park Service, Washington, D.C. |
| Rachleff, Allison and Cynthia Liccese | Rainbow Pool, Eastern Portion of West Potomac Park [Data Pages, HABS No. DC-838] | 1999 | Historic American Buildings Survey, Washington, D.C. |
| Robinson and Associates | Fort Dupont Park: A Historic Resources Study, Final | 2004 | National Park Service, Washington, D.C. |
| Robinson, Judith H., Daria Gasparini, and Tim Kerr | National Mall Historic District – Boundary Increase/Additional Documentation | 2016 | National Park Service, Washington, D.C. |
| Ruane, Michael E. | Park Police horses to get new, more modern home on the Mall | 2020 | The Washington Post, Washington, D.C. [https://www.washingtonpost.com/local/park-police-horse-stables/2020/10/08/0e6e24bc-0984-11eb-859b-f9c27abe638d_story.html] |
| Sacher, Jay | Lincoln Memorial: The Story and Design of an American Monument | 2014 | Chronicle Books, San Francisco, CA |
| Sasaki Associates | Lincoln Memorial Landscape and Reflecting Pool | n.d. | Sasaki Associates [https://www.sasaki.com/projects/lincoln-memorial-landscape-and-reflecting-pool/] |
| Smithsonian Folklife Festival | Past Programs: 1973 Festival of American Folklife | n.d. | Smithsonian Folklife Festival, Washington, D.C. [https://festival.si.edu/past-program/1973] |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| | | | |
|---|---|---|---|
| Smithsonian Folklife Festival | Tweet, July 6, 2018 | 2018 | Twitter, San Francisco, CA [https://twitter.com/smithsonianfolk/status/1015234046064934912?lang=en] |
| The Evening Star | Favors Ericsson Monument [July 25, 1916] | 1916 | The Evening Star, Washington, D.C. |
| The Evening Star | Ericsson Monument Will Be Masterpiece of Art [June 24, 1920] | 1920 | The Evening Star, Washington, D.C. |
| The Evening Star | Youth Festival Will Draw 2,000 [May 13, 1932] | 1932 | The Evening Star, Washington, D.C. |
| The News | Manor House at Catoctin to Be Razed [April 22, 1950] | 1950 | The News, Frederick, MD |
| The News-Chronicle | Move Big Boxwood to Washington [December 2, 1932] | 1932 | The News-Chronicle, Shippensburg, PA |
| The New York Times | James Greenleaf Dies at Age of 75 [April 16, 1933] | 1933 | The New York Times, New York, NY |
| The Star Tribune | Moving Lincoln Memorial Trees [October 10, 1920] | 1920 | The Star Tribune, Minneapolis, MN |
| The Tampa Times | Moving Webster Boxwood [March 28, 1922] | 1922 | The Tampa Times, Tampa, FL |
| Thomas, Christopher A. | The Lincoln Memorial and American Life | 2002 | Princeton University Press, Princeton, NJ |
| Torkelson, Jacob | Anacostia Park Cultural Landscape Inventory | 2021 | National Park Service, Washington, D.C. |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| Trust for the National Mall | Lincoln Memorial Reflecting Pool Restoration | n.d. | Trust for the National Mall, Washington, D.C. [https://nationalmall.org/content/recycling-on-the-mall-kf8j2-kr7kg?rq=reflecting%20pool] |
|---|---|---|---|
| Trust for the National Mall | The Rehabilitation of Constitution Gardens | n.d. | Trust for the National Mall, Washington, D.C. [https://nationalmall.org/content/constitution-gardens] |
| Trust for the National Mall | Restoration of the D.C. War Memorial | n.d. | Trust for the National Mall, Washington, D.C. [https://nationalmall.org/content/dc-war-memorial] |
| Trust for the National Mall | U.S. Park Police Horse Stables and Education Center on the National Mall | n.d. | Trust for the National Mall, Washington, D.C. [https://nationalmall.org/content/horse-stables] |
| United States Army Air Service, 3rd Photo Section | Aerial Photographic Mosaic Map of Washington, D.C. | 1922 | United States Army; Library of Congress, Washington, D.C. [https://www.loc.gov/item/87693346/] |
| United States Army School of Aerial Photographic Reconnaissance | Aerial Photographic Mosaic | 1918 | United States Army; Library of Congress, Washington, D.C. [https://www.loc.gov/resource/g3851a.ct004536/?r=0.183,0.733,0.192,0.086,0] |

**Cultural Landscapes Inventory**                                                                 **Page 369 of 374**

**Lincoln Memorial**
**National Mall and Memorial Parks**

| United States Census Bureau | QuickFacts: District of Columbia | 2021 | United States Census Bureau, Suitland, MD [https://www.census.gov/quickfacts/fact/table/DC/PST045221] |
|---|---|---|---|
| United States Congress | Proceedings at the Unveiling of the Statue of John Ericsson in Potomac Park, Washington, D.C. Under the Auspices of the John Ericsson Monument Commission, May 29, 1926 | 1929 | United States Government Printing Office, Washington, D.C. |
| United States Department of Agriculture | USDA Plant Hardiness Zone Map | 2012 | United States Department of Agriculture, Agricultural Research Service [https://planthardiness.ars.usda.gov/] |
| U.S. Coast and Geodetic Survey | Photomap of central Washington D.C. and adjacent part of Arlington | 1946 | U.S. Coast and Geodetic Survey; Library of Congress, Washington, D.C. [https://www.loc.gov/item/87693352/] |
| U.S. Geological Survey | Satellite Photography of Washington, D.C. | 1949, 1951, 1963, 1979 | NETR Online/HistoricAerials.com, Tempe, AZ |
| U.S. Geological Survey | Satellite Photography of Washington, D.C. | 1988, 1995-2007 | Google Earth/Digital Globe, Mountain View, CA |
| War Department, Army Air Forces | Potomac Park showing portion of Navy Bldg., Munitions Bldg., Lincoln Memorial and Mirror Pool (RG-18-AA-152-67-ac) | 1923 | War Department; National Archives, College Park, MD [https://catalog.archives.gov/id/68153430] |
| War Department, Army Air Forces | Arlington Memorial Bridge across Potomac River – during construction (RG-18-AA-140-69-ac) | 1927 | War Department; National Archives, College Park, MD [https://catalog.archives.gov/id/68152285] |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| War Department, Army Air Forces | Washington, D.C. Lincoln Memorial and Bridge (RG-18-AA-152-22-ac) | 1931 | War Department; National Archives, College Park, MD [https://catalog.archives.gov/id/68153334] |
|---|---|---|---|
| War Department, Army Air Forces | Arlington Memorial Bridge approaches – taken approximately June 25, 1932 (RG-18-AA-152-13-ac) | 1932 | War Department; National Archives, College Park, MD [https://catalog.archives.gov/id/68153316] |
| War Department, Army Air Forces | Washington, D.C. – Lincoln Memorial (RG-18-AA-152-33-ac) | 1934a | War Department; National Archives, College Park, MD [https://catalog.archives.gov/id/68153305] |
| War Department, Army Air Forces | Washington, D.C. – Lincoln Memorial (RG-18-AA-152-8-ac) | 1934b | War Department; National Archives, College Park, MD [https://catalog.archives.gov/id/68153305] |
| War Department, Army Air Forces | Washington, D.C. – Lincoln Memorial – Navy & Munitions Buildings (RG-18-AA-152-6-ac) | 1936 | War Department; National Archives, College Park, MD [https://catalog.archives.gov/id/68153301] |
| War Department, Army Air Forces | Washington, D.C. – Memorial to Washington Monument (RG-18-AA-152-5-ac) | 1938 | War Department; National Archives, College Park, MD [https://catalog.archives.gov/id/68153299] |
| War Department, Army Air Forces | Washington, D.C. – (Lincoln Memorial) (over) (RG-18-AA-152-2-ac) | 1949 | War Department; National Archives, College Park, MD [https://catalog.archives.gov/id/68153293] |
| War Department, Army Air Forces, Bolling Field Photo Section | Munitions Bldg., Monument & Lincoln Memorial (RG-18-AA-157-37-ac) | 1921 | War Department; National Archives, College Park, MD [https://catalog.archives.gov/id/68153938] |

**Lincoln Memorial**
**National Mall and Memorial Parks**

| Wentling, Nikki | Plan to build Vietnam War education center on the National Mall is abandoned | 2018 | Stars and Stripes, Washington, D.C. [https://www.stripes.com/veterans/plan-to-build-vietnam-war-education-center-on-the-national-mall-is-abandoned-1.548656] |
|---|---|---|---|
| Wiebenson, John Jacob | An Outline of Resurrection City as Used | 1968 | Smithsonian Institution, Washington, D.C. [https://transcription.si.edu/project/13046] |

*Supplemental Information*

| Supplemental Information Title | Supplemental Information Narrative |
|---|---|
| Appendix A: Existing Conditions Drawings | Consists of a series of existing conditions map broken down by landscape feature type. |
| Appendix B: Viewshed and Section Analyses | Consists of a series of viewshed maps and section drawings created using detailed LIDAR data and GIS analysis tools. |

# Appendix A: Existing Conditions Drawings

*The existing conditions mapping package is not included in the textual document; it is provided as a separate file due to document size constraints.*

**LIST OF DRAWINGS**

Drawing 1: Existing Conditions Overview
Drawing 2:  Glossary of Key Features
Drawing 3:  Existing Conditions Key
Drawing 4:  Existing Conditions—Reflecting Pool Area
Drawing 5: Existing Conditions—Radial Roads Area
Drawing 6: Existing Conditions—Watergate and Parkway Areas
Drawing 7: Existing Conditions—Lincoln Memorial Circle and Structure
Drawing 8: Existing Conditions—Land Use
Drawing 9: Existing Conditions—Topography
Drawing 10: Existing Conditions—Vegetation (Reflecting Pool Area)
Drawing 11: Existing Conditions—Vegetation (Radial Roads Area)
Drawing 12: Existing Conditions—Vegetation (Watergate and Parkway Areas)
Drawing 13: Existing Conditions—Vegetation (Lincoln Memorial Circle and Structure)
Drawing 14: Existing Conditions—Vegetation (Reflecting Pool Area)
Drawing 15: Existing Conditions—Circulation
Drawing 16: Existing Conditions—Buildings + Structures and Constructed Water Features
Drawing 17: Existing Conditions—Small-Scale Features (Reflecting Pool Area)
Drawing 18: Existing Conditions—Small-Scale Features (Radial Roads Area)
Drawing 19: Existing Conditions—Small-Scale Features (Watergate and Parkway Areas)
Drawing 20: Existing Conditions—Small-Scale Features (Lincoln Memorial Circle and Structure)
Drawing 21: Location Map
Drawing 22: Regional Context Map

*Note: An existing conditions drawing was not created for views and vistas. See Appendix B: Viewshed Analysis for a detailed look at the existing views and vistas within the Lincoln Memorial cultural landscape.*

# Appendix B: Viewshed Analysis

*The viewshed analysis package is not included in the textual document; it is provided as a separate file due to document size constraints.*

**LIST OF DRAWINGS**
Drawing 1: Viewshed Analysis—Composite View from Lincoln Memorial Circle
Drawing 2: Viewshed Analysis—View from the Reflecting Pool Steps
Drawing 3: Viewshed Analysis—View from Daniel French Drive SW
Drawing 4: Viewshed Analysis—View from 23rd Street SW
Drawing 5: Viewshed Analysis—View from the Arlington Memorial Bridge
Drawing 6: Viewshed Analysis—View from the Watergate Steps
Drawing 7: Viewshed Analysis—View from Parkway Drive NW
Drawing 8: Viewshed Analysis—View from 23rd Street NW
Drawing 9: Viewshed Analysis—View from Henry Bacon Drive NW
Drawing 10: Viewshed Analysis—Composite View from Lincoln Memorial Structure
Drawing 11: Viewshed Analysis—View from East Side of Lincoln Memorial Structure
Drawing 12: Viewshed Analysis—View from South Side of Lincoln Memorial Structure
Drawing 13: Viewshed Analysis—View from West Side of Lincoln Memorial Structure
Drawing 14: Viewshed Analysis—View from North Side of Lincoln Memorial Structure
Drawing 15: Photo Analysis—View from the Watergate Steps
Drawing 16: Photo Analysis—View from the Arlington Memorial Bridge
Drawing 17: Photo Analysis—View from 23rd Street SW
Drawing 18: Photo Analysis—View from Daniel French Drive SW
Drawing 19: Photo Analysis—View from the Reflecting Pool Steps
Drawing 20: Photo Analysis—View from Henry Bacon Drive NW
Drawing 21: Photo Analysis—View from 23rd Street NW
Drawing 22: Photo Analysis—View from Parkway Drive NW
Drawing 23: Photo Analysis—View from East Side of Lincoln Memorial Structure
Drawing 24: Photo Analysis—View from South Side of Lincoln Memorial Structure
Drawing 25: Photo Analysis—View from West Side of Lincoln Memorial Structure
Drawing 26: Photo Analysis— View from North Side of Lincoln Memorial Structure
Drawing 27: Viewshed Analysis—Primary East-West Axis Across Reflecting Pool
Drawing 28: Photo Analysis— Primary East-West Axis Across Reflecting Pool
Drawing 29: Viewshed Analysis—Long Bridge
Drawing 30: Photo Analysis—Long Bridge

Cultural Landscape Inventory

# Lincoln Memorial
**National Mall and Memorial Parks**

Existing Conditions Overview


**Weitzman**
SCHOOL OF DESIGN
UNIVERSITY of PENNSYLVANIA

**Urban Heritage Project | PennPraxis**
Graduate Program in Historic Preservation
Weitzman School of Design
*www.cultural-landscapes.org*

**SOURCES**
1. Open Data DC, https://opendata.dc.gov/, accessed June, 2021
2. National Mall and Memorial Parks Resource Management GIS Files, National Park Service 2021
3. Field Survey and GIS Data Collection, Spring 2021.

**DRAWN BY**
Jacob Torkelson, University of Pennsylvania
ArcGIS Pro, Adobe Illustrator, 2021

**LEGEND**

 Vegetation

 Topography (2ft intervals)

 Buildings/Structures

 Water

 Playing Fields

 Roads

 Sidewalks and Paths

 Remnant Historic Path

 Social Trail

 Cultural Landscape Boundary

 Contextual Boundary

 Bollards, Post&Chain, Fences

Tract Not Managed by NPS

**NOTES**
1. All features shown in approximate scale and locations; small-scale features not to scale.
2. Vegetation locations, scale, and quantities outside the study area boundary are approximated from aerial imagery; All canopies approximated from aerial imagery.

**DRAWING 1**

---

Map labels:

Rock Creek and Potomac Parkway NW
E Street NW
D Street NW
C Street NW
C Street NW
17th Street NW
18th Street NW
19th Street NW
20th Street NW
21st Street NW
22nd Street NW
Virginia Avenue NW
17th Street NW
Constitution Avenue NW

Tract not managed by NPS (Transferred to DDOT)
Braddock's Rock
Constitution Avenue Belvedere (Peters Point)
Beach Volleyball Courts
Ballfields
Ballfield
Food Service Building
The Lockkeeper's House
Vietnam Veterans Memorial
Constitution Gardens
Signer's Memorial
Concessions
Restroom

Underground Storage Area
Arts of Peace
Lincoln Memorial Circle NW
Information Kiosk
Henry Bacon Drive NW
Approachway
Watergate Steps
Lincoln Memorial
Reflecting Pool
World War II Memorial

Arts of War (Managed by GWMP)
Information Kiosk
Korean War Veterans Memorial
JFK Hockey Fields
Information
Restroom
Restroom

Food Service Building
USPP Horse Stables H1
DC War Memorial & Ash Woods
John Paul Jones Memorial

Arlington Memorial Bridge
Parkway Drive NW
Rock Creek and Potomac Parkway NW

John Ericsson Monument
Independence Avenue SW
Independence Avenue SW

Potomac River
West Potomac Park
Restroom
Martin Luther King, Jr. Memorial
Tidal Basin
Ohio Drive SW
West Basin Drive SW

0   250   500   1,000  Feet

N



Cultural Landscape Inventory

**Lincoln Memorial**
**National Mall and Memorial Parks**

Glossary of Key Features

Weitzman
SCHOOL OF DESIGN
UNIVERSITY of PENNSYLVANIA

**Urban Heritage Project | PennPraxis**
Graduate Program in Historic Preservation
Weitzman School of Design
*www.cultural-landscapes.org*

**SOURCES**
1. Open Data DC, https://opendata.dc.gov/, accessed June, 2021
2. National Mall and Memorial Parks Resource Management GIS Files, National Park Service 2021

**DRAWN BY**
Jacob Torkelson, University of Pennsylvania
ArcGIS Pro, Adobe Illustrator, 2021

**LEGEND**

 Cultural Landscape Boundary

 Contextual Boundary

 Tract Not Managed by NPS

---

Theodore Roosevelt Memorial Bridge

Tract not managed by NPS (Transferred to DDOT)

Expressway Ramps

Constitution Avenue NW

Rock Creek and Potomac Parkway NW

Constitution Avenue Belvedere (Peters Point)

Volleyball Courts

Ballfields        Ballfield

**Radial Roads Area**

**Parkway Area**

Food Service Building

Memorial Tree Grove

Cloverleaf ramp

23rd Street NW

Henry Bacon Drive NW

Underground Storage Area

Parkway Drive NW

Parkway Drive Overpass

Watergate Wing Walls

Lincoln Memorial Circle NW

Information Kiosk

Arts of Peace

**Lincoln Memorial Circle**

Allee Walks

Pool Walks

Watergate Steps

**Watergate Area**

Raised Terrace

Approachway

Plaza

Reflecting Pool Steps

Plaza

**Reflecting Pool Area**

Stylobate

Pool Walks

Allee Walks

Arts of War (Managed by GWMP)

Watergate Wing Walls

Information Kiosk

**Radial Roads Area**

Cloverleaf Ramp

Daniel French Drive SW

Arlington Memorial Bridge Overpass

Food Service Building

Arlington Memorial Bridge

Ohio Drive SW

23rd Street SW

John Ericsson Monument

Potomac River

N

0    250    500    1,000    Feet

**DRAWING 2**

SEE DRAWING 5 FOR DETAIL
OF WATERGATE AND PARKWAY AREAS

SEE DRAWING 4 FOR DETAIL
OF RADIAL ROADS AREA

SEE DRAWING 3 FOR DETAIL
OF REFLECTING POOL AREA

The Lockkeeper's House

SEE DRAWING 6 FOR
DETAIL OF LINCOLN
MEMORIAL BUILDING
AND CIRCLE

E Street NW

D Street NW

C Street NW

17th Street NW

C Street NW

Virginia Avenue NW

23rd Street NW

22nd Street NW

21st Street NW

20th Street NW

19th Street NW

18th Street NW

Constitution Avenue NW

Braddock's Rock

Rock Creek and Potomac Parkway NW

Constitution Avenue
Belvedere
(Peters Point)

Beach
Volleyball
Courts

Ballfields

Ballfield

Gift Shop &
Concessions

Parkway Drive NW

Underground
Storage Area

Vietnam Veterans
Memorial

Constitution
Gardens

Signer's Memorial

Concessions

Restroom

Henry Bacon Drive NW

Lincoln Memorial Circle NW

Watergate Steps

Lincoln Memorial

Reflecting Pool

17th Street NW

World War II
Memorial

Information

Korean War
Veterans
Memorial

JFK Hockey Fields

Information

Daniel French Drive SW

Gift Shop &
Concessions

USPP Horse
Stables H1

Restroom

Restroom

Arlington Memorial Bridge

DC War Memorial
& Ash Woods

John Paul
Jones Memorial

John Ericsson Monument

Independence Avenue SW

Independence Avenue SW

Restroom

West Potomac Park

West Basin Drive SW

Martin Luther King, Jr. Memorial

Ohio Drive SW

Potomac River

Tidal Basin

N

0    250    500    1,000    Feet

Cultural Landscape Inventory

**Lincoln Memorial**
**National Mall and Memorial Parks**

Existing Conditions Key



**Urban Heritage Project | PennPraxis**
Graduate Program in Historic Preservation
Weitzman School of Design
*www.cultural-landscapes.org*

**SOURCES**
1. Open Data DC, https://opendata.dc.gov/, accessed June, 2021
2. National Mall and Memorial Parks Resource Management GIS Files, National Park Service 2021

**DRAWN BY**
Jacob Torkelson, University of Pennsylvania
ArcGIS Pro, Adobe Illustrator, 2021

**DRAWING 3**

Constitution Avenue NW

**The Lockkeeper's House**

**Vietnam Veterans Memorial**

**Constitution Gardens**

**Signer's Memorial**

Concessions

Restroom

Henry Bacon Drive NW

17th Street NW

Information Kiosk

Reflecting Pool Steps & Plaza

**Reflecting Pool**

Information Kiosk

Daniel French Drive SW

**Korean War Veterans Memorial**

JFK Hockey Fields

**DC War Memorial & Ash Woods**

Restroom

Restroom

USPP Horse Stables H1

Independence Avenue SW

Independence Avenue SW

N

0   250   500   1,000   Feet

## Cultural Landscape Inventory

# Lincoln Memorial

**National Mall and Memorial Parks**

Existing Conditions: Reflecting Pool Area

 **Weitzman** SCHOOL OF DESIGN UNIVERSITY *of* PENNSYLVANIA

**Urban Heritage Project | PennPraxis**
Graduate Program in Historic Preservation
Weitzman School of Design
*www.cultural-landscapes.org*

**SOURCES**
1. Open Data DC, https://opendata.dc.gov/, accessed June, 2021
2. National Mall and Memorial Parks Resource Management GIS Files, National Park Service 2021
3. Field Survey and GIS Data Collection, Spring 2021.

**DRAWN BY**
Jacob Torkelson, University of Pennsylvania
ArcGIS Pro, Adobe Illustrator, 2021

**LEGEND**

 Vegetation

 Topography (2ft intervals)

 Buildings/Structures

 Roads

 Sidewalks and Paths

 Water

 Playing Fields

 Remnant Historic Path

 Social Trail

 Cultural Landscape Boundary

Contextual Boundary

 Bollards, Post&Chain, Fences

**NOTES**
1. All features shown in approximate scale and locations; small-scale features not to scale.
2. Vegetation locations, scale, and quantities outside the study area boundary are approximated from aerial imagery; All canopies approximated from aerial imagery.

**DRAWING 4**

0
125
250
500 FEET

N

Arts of War (Managed by GWMP)

Arts of Peace

Parkway Drive NW

Underground Storage Area

Tract not managed by NPS (Transferred to DDOT)

Watergate Wing Wall

**Lincoln Memorial**

Watergate Wing Wall

Lincoln Memorial Circle NW

Ballfields

23rd Street SW

23rd Street NW

Food Service Building

Approachway

Information

Daniel French Drive SW

Food Service Building

Ballfield

Information

Henry Bacon Drive NW

Constitution Avenue NW

**John Ericsson Monument**

Independence Avenue SW

## Cultural Landscape Inventory

## Lincoln Memorial
**National Mall and Memorial Parks**

Existing Conditions: Radial Roads Area



**Urban Heritage Project | PennPraxis**
Graduate Program in Historic Preservation
Weitzman School of Design
*www.cultural-landscapes.org*

### SOURCES
1. Open Data DC, https://opendata.dc.gov/, accessed June, 2021
2. National Mall and Memorial Parks Resource Management GIS Files, National Park Service 2021
3. Field Survey and GIS Data Collection, Spring 2021.

### DRAWN BY
Jacob Torkelson, University of Pennsylvania
ArcGIS Pro, Adobe Illustrator, 2021

### LEGEND

 Vegetation

 Topography (2ft intervals)

 Buildings/Structures

 Roads

 Sidewalks and Paths

 Water

 Playing Fields

 Remnant Historic Path

 Social Trail

 Cultural Landscape Boundary

 Contextual Boundary

Bollards, Post&Chain, Fences

 Tract Not Managed by NPS

### NOTES
1. All features shown in approximate scale and locations; small-scale features not to scale.
2. Vegetation locations, scale, and quantities outside the study area boundary are approximated from aerial imagery; All canopies approximated from aerial imagery.

**DRAWING 5**

Cultural Landscape Inventory

# Lincoln Memorial
## National Mall and Memorial Parks
Existing Conditions: Watergate and Parkway Areas



**Urban Heritage Project | PennPraxis**
Graduate Program in Historic Preservation
Weitzman School of Design
*www.cultural-landscapes.org*

**SOURCES**
1. Open Data DC, https://opendata.dc.gov/, accessed June, 2021
2. National Mall and Memorial Parks Resource Management GIS Files, National Park Service 2021
3. Field Survey and GIS Data Collection, Spring 2021.

**DRAWN BY**
Jacob Torkelson, University of Pennsylvania
ArcGIS Pro, Adobe Illustrator, 2021

## LEGEND

 Vegetation

 Topography (2ft intervals)

 Buildings/Structures

 Roads

 Sidewalks and Paths

 Water

 Playing Fields

 Remnant Historic Path

 Social Trail

 Cultural Landscape Boundary

 Contextual Boundary

 Bollards, Post&Chain, Fences

 Tract Not Managed by NPS

## NOTES
1. All features shown in approximate scale and locations; small-scale features not to scale.
2. Vegetation locations, scale, and quantities outside the study area boundary are approximated from aerial imagery; All canopies approximated from aerial imagery.

**DRAWING 6**

Map labels:
- 0  125  250  500 FEET
- N
- Potomac River
- Arlington Memorial Bridge
- Constitution Avenue Belvedere (Peters Point)
- Parkway Drive NW
- Rock Creek and Potomac Parkway
- Arts of War (Managed by GWMP)
- Watergate Steps
- Arts of Peace
- Underground Storage Area
- Beach Volleyball Courts
- Tract not managed by NPS (Transferred to DDOT)
- Watergate Wing Wall
- Lincoln Memorial
- Watergate Wing Wall
- Ballfields
- Ohio Drive SW
- Lincoln Memorial Circle NW
- 23rd Street SW
- 23rd Street NW
- John Ericsson Monument
- Ohio Drive SW

Parkway Drive NW

Lincoln Memorial Circle NW

23rd Street SW

23rd Street NW

Raised Terrace

Gravel Walk

MLK Plaque

Stylobate Steps

Approachway

Alaska & Hawaii Plaque

Daniel French Drive SW

Henry Bacon Drive NW

Information Kiosk

Information Kiosk

POW/MIA Structure

Cultural Landscape Inventory

# Lincoln Memorial
**National Mall and Memorial Parks**
Existing Conditions: Lincoln Memorial Circle Area



**Urban Heritage Project | PennPraxis**
Graduate Program in Historic Preservation
Weitzman School of Design
*www.cultural-landscapes.org*

**SOURCES**
1. Open Data DC, https://opendata.dc.gov/, accessed June, 2021
2. National Mall and Memorial Parks Resource Management GIS Files, National Park Service 2021
3. Field Survey and GIS Data Collection, Spring 2021.

**DRAWN BY**
Jacob Torkelson, University of Pennsylvania
ArcGIS Pro, Adobe Illustrator, 2021

**LEGEND**

 Vegetation

 Topography (2ft intervals)

 Buildings/Structures

 Roads

 Sidewalks and Paths

 Playing Fields

 Remnant Historic Path

 Social Trail

 Cultural Landscape Boundary

 Bollards, Post&Chain, Fences

**NOTES**
1. All features shown in approximate scale and locations; small-scale features not to scale.
2. Vegetation locations, scale, and quantities outside the study area boundary are approximated from aerial imagery; All canopies approximated from aerial imagery.

0    50    100 Feet

N

**DRAWING 7**

Cultural Landscape Inventory

# Lincoln Memorial
**National Mall and Memorial Parks**

Existing Conditions: Land Use



**Urban Heritage Project | PennPraxis**
Graduate Program in Historic Preservation
Weitzman School of Design
*www.cultural-landscapes.org*

**SOURCES**
1. Open Data DC, https://opendata.dc.gov/, accessed June, 2021
2. National Mall and Memorial Parks Resource Management GIS Files, National Park Service 2021

**DRAWN BY**
Jacob Torkelson, University of Pennsylvania
ArcGIS Pro, Adobe Illustrator, 2021

**LEGEND**

Cultural Landscape Boundary

Contextual Boundary

**LAND USE**

Commemorative

Active Recreation

Passive Recreation

Service

Vehicle/Pedestrain Circulation (No fill)

Tract Not Managed by NPS

**NOTES**
1. All features shown in approximate scale and locations; small-scale features not to scale.
2. Vegetation locations, scale, and quantities outside the study area boundary are approximated from aerial imagery; All canopies approximated from aerial imagery.

**DRAWING 8**

0   250   500   1,000   Feet

N

---

Map labels:

Tract not managed by NPS (Transferred to DDOT)
Braddock's Rock
Constitution Avenue Belvedere (Peters Point)
Rock Creek and Potomac Parkway NW
Beach Volleyball Courts
Ballfields
Ballfield
Food Service Building
Parkway Drive NW
Underground Storage Area
Arts of Peace
Watergate Steps
Lincoln Memorial Circle NW
Lincoln Memorial
Arts of War (Managed by GWMP)
Approachway
Information
Food Service Building
Daniel French Drive SW
Arlington Memorial Bridge
Potomac River
John Ericsson Monument
Henry Bacon Drive NW
Vietnam Veterans Memorial
Constitution Gardens
The Lockkeeper's House
Signer's Memorial
Concessions
Restroom
Reflecting Pool
Korean War Veterans Memorial
JFK Hockey Fields
USPP Horse Stables H1
DC War Memorial & Ash Woods
Restroom
Restroom
Information
World War II Memorial
John Paul Jones Memorial
Constitution Avenue NW
Independence Avenue SW
Independence Avenue SW
West Potomac Park
Restroom
Martin Luther King, Jr. Memorial
Tidal Basin
Ohio Drive SW
West Basin Drive SW
17th Street NW
18th Street NW
19th Street NW
20th Street NW
21st Street NW
22nd Street NW
C Street NW
D Street NW
E Street NW
Virginia Avenue NW

Cultural Landscape Inventory

# Lincoln Memorial
**National Mall and Memorial Parks**

Existing Conditions: Topography


**Weitzman**
SCHOOL OF DESIGN
UNIVERSITY *of* PENNSYLVANIA

**Urban Heritage Project | PennPraxis**
Graduate Program in Historic Preservation
Weitzman School of Design
*www.cultural-landscapes.org*

**SOURCES**
1. Open Data DC, https://opendata.dc.gov/, accessed June, 2021
2. National Mall and Memorial Parks Resource Management GIS Files, National Park Service 2021

**DRAWN BY**
Jacob Torkelson, University of Pennsylvania
ArcGIS Pro, Adobe Illustrator, 2021

## LEGEND

 Topography (2ft intervals)

 Water

 Cultural Landscape Boundary

 Contextual Boundary

 Tract Not Managed by NPS

**DRAWING 9**

N

0    250    500    1,000    Feet

# Cultural Landscape Inventory

## Lincoln Memorial
### National Mall and Memorial Parks

Existing Vegetation: Reflecting Pool Area



**Urban Heritage Project | PennPraxis**
Graduate Program in Historic Preservation
Weitzman School of Design
*www.cultural-landscapes.org*

### DRAWN BY
Jacob Torkelson, University of Pennsylvania
ArcGIS Pro, Adobe Illustrator, 2021

| | COMMON NAME | SCIENTIFIC NAME |
|---|---|---|
| 1 | American beech | Fagus grandifolia |
| 2 | American holly | Ilex opaca |
| 3 | American elm | Ulmus americana |
| 4 | Bald Cypress | Taxodium distichum |
| 5 | Black locust | Robinia pseudoacacia |
| 6 | Boxwood | Buxus sempervirens |
| 7 | Cherry | Prunus sp. |
| 8 | Crabapple | Malus sp. |
| 9 | Deodar Cedar | Cedrus deodara |
| 10 | Dogwood | Cornus sp. |
| 11 | Eastern redbud | Cercis canadensis |
| 12 | Eastern white pine | Pinus strobus |
| 13 | Elm | Ulmus sp. |
| 14 | English holly | Ilex aquifolium |
| 15 | European beech | Fagus sylvatica |
| 16 | Honey locust | Gleditsia triacanthos |
| 17 | Hornbeam | Carpinus sp. |
| 18 | Loblolly pine | Pinus taeda |
| 19 | Mulberry | Morus sp. |
| 20 | Pin oak | Quercus palustris |
| 21 | Pitch pine | Pinus rigida |
| 22 | Privet | Ligustrum sp. |
| 23 | Red maple | Acer rubrum |
| 24 | Red oak | Quercus rubra |
| 25 | Red pine | Pinus resinosa |
| 26 | Scarlet oak | Quercus coccinea |
| 27 | Scots pine | Quercus robur |
| 28 | Southern magnolia | Magnolia grandiflora |
| 29 | Sugar maple | Acer saccharum |
| 30 | Swamp white oak | Quercus bicolor |
| 31 | Sweetgum | Liquidambar styraciflua |
| 32 | Weeping willow | Salix babylonica |
| 33 | White mulberry | Morus alba |
| 34 | White oak | Quercus alba |
| 35 | Willow oak | Querus phellos |
| 36 | Witch alder | Fothergilla major |
| 37 | Yew | Taxus baccata |
| 38 | Zelkova | Zelkova serrata |

### NOTES
1. Canopy size is approximated from aerial photography: locations from 2021 field survey

**DRAWING 10**

---

Constitution Avenue NW

Henry Bacon Drive NW

17th Street NW

Reflecting Pool Steps & Plaza

**Reflecting Pool**

Stump

Daniel French Drive SW

Stumps

Independence Avenue SW

### FEATURE STATUS
*(Keyed by Tree Number)*

Contributing
**Example: 13**

Non-contributing
*Example: 22*

Undetermined
**Example: 32**

0   250   500   1,000   Feet

N



# Cultural Landscape Inventory

## Lincoln Memorial
### National Mall and Memorial Parks

Existing Vegetation: Radial Roads Area

**Weitzman**
SCHOOL OF DESIGN
UNIVERSITY of PENNSYLVANIA

**Urban Heritage Project | PennPraxis**
Graduate Program in Historic Preservation
Weitzman School of Design
*www.cultural-landscapes.org*

**DRAWN BY**
Jacob Torkelson, University of Pennsylvania
ArcGIS Pro, Adobe Illustrator, 2021

| | COMMON NAME | SCIENTIFIC NAME |
|---|---|---|
| 1 | American beech | Fagus grandifolia |
| 2 | American holly | Ilex opaca |
| 3 | American elm | Ulmus americana |
| 4 | Bald Cypress | Taxodium distichum |
| 5 | Black locust | Robinia pseudoacacia |
| 6 | Boxwood | Buxus sempervirens |
| 7 | Cherry | Prunus sp. |
| 8 | Crabapple | Malus sp. |
| 9 | Deodar Cedar | Cedrus deodara |
| 10 | Dogwood | Cornus sp. |
| 11 | Eastern redbud | Cercis canadensis |
| 12 | Eastern white pine | Pinus strobus |
| 13 | Elm | Ulmus sp. |
| 14 | English holly | Ilex aquifolium |
| 15 | European beech | Fagus sylvatica |
| 16 | Honey locust | Gleditsia triacanthos |
| 17 | Hornbeam | Carpinus sp. |
| 18 | Loblolly pine | Pinus taeda |
| 19 | Mulberry | Morus sp. |
| 20 | Pin oak | Quercus palustris |
| 21 | Pitch pine | Pinus rigida |
| 22 | Privet | Ligustrum sp. |
| 23 | Red maple | Acer rubrum |
| 24 | Red oak | Quercus rubra |
| 25 | Red pine | Pinus resinosa |
| 26 | Scarlet oak | Quercus coccinea |
| 27 | Scots pine | Quercus robur |
| 28 | Southern magnolia | Magnolia grandiflora |
| 29 | Sugar maple | Acer saccharum |
| 30 | Swamp white oak | Quercus bicolor |
| 31 | Sweetgum | Liquidambar styraciflua |
| 32 | Weeping willow | Salix babylonica |
| 33 | White mulberry | Morus alba |
| 34 | White oak | Quercus alba |
| 35 | Willow oak | Querus phellos |
| 36 | Witch alder | Fothergilla major |
| 37 | Yew | Taxus baccata |
| 38 | Zelkova | Zelkova serrata |

**NOTES**
1. Canopy size is approximated from aerial photography; locations from 2021 field survey

**DRAWING 11**

## Map labels

FEATURE STATUS
(Keyed by Tree Number)
Contributing
Example: 13
Non-contributing
Example: 22
Undetermined
Example: 32

Lincoln Memorial
SEE DRAWING 17 FOR DETAIL

Lincoln Memorial Circle NW

Parkway Drive NW
Underground Storage Area
Stump
Dead trees
Woody vegetation planting mass
Ballfields
Stump

23rd Street NW
Food Service Building
Ballfield
Constitution Avenue NW
Henry Bacon Drive NW
Information

23rd Street SW
Food Service Building
Stump
Dead Tree
Stumps
Daniel French Drive SW
Information
Approachway

Tract not managed by NPS
(Transferred to DDOT)

Stump

0
125
250
500 FEET

N

## FEATURE STATUS
(Keyed by Tree Number)

Contributing
**Example: 13**

Non-contributing
**Example: 22**

Undetermined
**Example: 32**

Potomac River

Arlington Memorial Bridge

Potomac River

Watergate Steps

Constitution Avenue Belvedere (Peters Point)

Underground Storage Area

Rock Creek and Potomac Parkway

Tract not managed by NPS (transferred to DDOT)

Ohio Drive SW

Lincoln Memorial

Lincoln Memorial Circle NW

SEE DRAWING 17 FOR DETAIL

Dead trees

Woody vegetation planting mass

Ballfields

23rd Street SW

23rd Street NW

John Ericsson Monument

Dead Tree

Ohio Drive SW

Volleyball Courts

N

0   125   250   500 FEET

## Cultural Landscape Inventory

### Lincoln Memorial
### National Mall and Memorial Parks

Existing Vegetation: Watergate and Parkway Areas



**Urban Heritage Project | PennPraxis**
Graduate Program in Historic Preservation
Weitzman School of Design
*www.cultural-landscapes.org*

**DRAWN BY**
Jacob Torkelson, University of Pennsylvania
ArcGIS Pro, Adobe Illustrator, 2021

| | COMMON NAME | SCIENTIFIC NAME |
|---|---|---|
| 1 | American beech | Fagus grandifolia |
| 2 | American holly | Ilex opaca |
| 3 | American elm | Ulmus americana |
| 4 | Bald Cypress | Taxodium distichum |
| 5 | Black locust | Robinia pseudoacacia |
| 6 | Boxwood | Buxus sempervirens |
| 7 | Cherry | Prunus sp. |
| 8 | Crabapple | Malus sp. |
| 9 | Deodar Cedar | Cedrus deodara |
| 10 | Dogwood | Cornus sp. |
| 11 | Eastern redbud | Cercis canadensis |
| 12 | Eastern white pine | Pinus strobus |
| 13 | Elm | Ulmus sp. |
| 14 | English holly | Ilex aquifolium |
| 15 | European beech | Fagus sylvatica |
| 16 | Honey locust | Gleditsia triacanthos |
| 17 | Hornbeam | Carpinus sp. |
| 18 | Loblolly pine | Pinus taeda |
| 19 | Mulberry | Morus sp. |
| 20 | Pin oak | Quercus palustris |
| 21 | Pitch pine | Pinus rigida |
| 22 | Privet | Ligustrum sp. |
| 23 | Red maple | Acer rubrum |
| 24 | Red oak | Quercus rubra |
| 25 | Red pine | Pinus resinosa |
| 26 | Scarlet oak | Quercus coccinea |
| 27 | Scots pine | Quercus robur |
| 28 | Southern magnolia | Magnolia grandiflora |
| 29 | Sugar maple | Acer saccharum |
| 30 | Swamp white oak | Quercus bicolor |
| 31 | Sweetgum | Liquidambar styraciflua |
| 32 | Weeping willow | Salix babylonica |
| 33 | White mulberry | Morus alba |
| 34 | White oak | Quercus alba |
| 35 | Willow oak | Querus phellos |
| 36 | Witch alder | Fothergilla major |
| 37 | Yew | Taxus baccata |
| 38 | Zelkova | Zelkova serrata |

### NOTES
1. Canopy size is approximated from aerial photography; locations from 2021 field survey

**DRAWING 12**

Lincoln Memorial Circle NW

Parkway Drive NW

Woody vegetation planting mass

23rd Street SW

Stump

Stump

Approachway

23rd Street NW

Henry Bacon Drive NW

**FEATURE STATUS**
*(Keyed by Tree Number)*

Contributing
**Example: 13**

Non-contributing
*Example: 22*

Undetermined
**Example: 32**

## Cultural Landscape Inventory

### Lincoln Memorial
**National Mall and Memorial Parks**

Existing Vegetation: Lincoln Memorial Circle Area



**Urban Heritage Project | PennPraxis**
Graduate Program in Historic Preservation
Weitzman School of Design
*www.cultural-landscapes.org*

**DRAWN BY**
Jacob Torkelson, University of Pennsylvania
ArcGIS Pro, Adobe Illustrator, 2021

| | COMMON NAME | SCIENTIFIC NAME |
|---|---|---|
| 1 | American beech | Fagus grandifolia |
| 2 | American holly | Ilex opaca |
| 3 | American elm | Ulmus americana |
| 4 | Bald Cypress | Taxodium distichum |
| 5 | Black locust | Robinia pseudoacacia |
| 6 | Boxwood | Buxus sempervirens |
| 7 | Cherry | Prunus sp. |
| 8 | Crabapple | Malus sp. |
| 9 | Deodar Cedar | Cedrus deodara |
| 10 | Dogwood | Cornus sp. |
| 11 | Eastern redbud | Cercis canadensis |
| 12 | Eastern white pine | Pinus strobus |
| 13 | Elm | Ulmus sp. |
| 14 | English holly | Ilex aquifolium |
| 15 | European beech | Fagus sylvatica |
| 16 | Honey locust | Gleditsia triacanthos |
| 17 | Hornbeam | Carpinus sp. |
| 18 | Loblolly pine | Pinus taeda |
| 19 | Mulberry | Morus sp. |
| 20 | Pin oak | Quercus palustris |
| 21 | Pitch pine | Pinus rigida |
| 22 | Privet | Ligustrum sp. |
| 23 | Red maple | Acer rubrum |
| 24 | Red oak | Quercus rubra |
| 25 | Red pine | Pinus resinosa |
| 26 | Scarlet oak | Quercus coccinea |
| 27 | Scots pine | Quercus robur |
| 28 | Southern magnolia | Magnolia grandiflora |
| 29 | Sugar maple | Acer saccharum |
| 30 | Swamp white oak | Quercus bicolor |
| 31 | Sweetgum | Liquidambar styraciflua |
| 32 | Weeping willow | Salix babylonica |
| 33 | White mulberry | Morus alba |
| 34 | White oak | Quercus alba |
| 35 | Willow oak | Querus phellos |
| 36 | Witch alder | Fothergilla major |
| 37 | Yew | Taxus baccata |
| 38 | Zelkova | Zelkova serrata |

**NOTES**
1. Canopy size is approximated from aerial photography: locations from 2021 field survey

**DRAWING 13**

0    50    100 Feet

N



Cultural Landscape Inventory

**Lincoln Memorial**
**National Mall and Memorial Parks**

Existing Conditions: Circulation

**Weitzman**
SCHOOL OF DESIGN
UNIVERSITY *of* PENNSYLVANIA

**Urban Heritage Project | PennPraxis**
Graduate Program in Historic Preservation
Weitzman School of Design
*www.cultural-landscapes.org*

**SOURCES**
1. Open Data DC, https://opendata.dc.gov/, accessed June, 2021
2. National Mall and Memorial Parks Resource Management GIS Files, National Park Service 2021

**DRAWN BY**
Jacob Torkelson, University of Pennsylvania
ArcGIS Pro, Adobe Illustrator, 2021

**LEGEND**

 Topography (2ft intervals)

 Buildings/Structures

 Water

 Playing Fields

 Roads

 Sidewalks and Paths

 Remnant Historic Path

 Social Trail

 Cultural Landscape Boundary

Contextual Boundary

Bollards, Post&Chain, Fences

 Tract Not Managed by NPS

**FEATURE STATUS**
*(Keyed by Feature Label)*

Contributing
**Example: 23rd Street SW and Walks**

Non-contributing
*Example: Accessible Ramps*

**NOTES**
1. All features shown in approximate scale and locations

**DRAWING 14**

Scale: 0    250    500    1,000    Feet

N

Cultural Landscape Inventory

# Lincoln Memorial
**National Mall and Memorial Parks**

Existing Conditions Buildings and
Structures + Constructed Water Features


Weitzman
SCHOOL OF DESIGN
UNIVERSITY of PENNSYLVANIA

**Urban Heritage Project | PennPraxis**
Graduate Program in Historic Preservation
Weitzman School of Design
*www.cultural-landscapes.org*

## SOURCES
1. Open Data DC, https://opendata.dc.gov/, accessed
June, 2021
2. National Mall and Memorial Parks Resource Management GIS Files, National Park Service 2021

## DRAWN BY
Jacob Torkelson, University of Pennsylvania
ArcGIS Pro, Adobe Illustrator, 2021

## LEGEND

 Topography (2ft intervals)

 Buildings/Structures

 Water

 Playing Fields

 Roads

 Sidewalks and Paths

 Remnant Historic Path

 Social Trail

 Cultural Landscape Boundary

Contextual Boundary

Bollards, Post&Chain, Fences

 Tract Not Managed by NPS

## FEATURE STATUS
*(Keyed by Feature Label)*

Contributing

**Example: Watergate Wing Walls**

Non-contributing

*Example: Food Service Building*

## NOTES
1. All features shown in approximate scale and locations

**DRAWING 15**

### Map labels

Rock Creek and Potomac Parkway NW

Tract not managed by NPS
(Transferred to DDOT)

Braddock's Rock

Seawall

Constitution Avenue Belvedere

Volleyball Courts

Ballfields

Ballfield

Ballfield

Food Service Building

Underground Storage Area

Security barrier/retaining wall

Vietnam Veterans Memorial Informational Kiosk

Parkway Drive NW Overpass

Parkway Drive NW

Lincoln Memorial Circle NW

POW/MIA Structure

The Arts of Peace: Music and Harvest, Aspiration and Literature

Watergate wing walls

Lincoln Memorial & Statue

Security barriers/retaining walls

Reflecting Pool

Watergate Steps

The Arts of War: Valor and Scarifice (Managed by GWMP)

Watergate wing walls

Raised Terrace

Korean War Veterans Memorial Informational Kiosk

Food Service Building

Arlington Memorial Bridge Overpass (Managed by GWMP)

Arlington Memorial Bridge

Guardhouse

Seawall

John Ericsson Monument

Potomac River

West Potomac Park

Tidal Basin

Ohio Drive SW

West Basin Drive SW

Constitution Avenue NW

C Street NW

C Street NW

D Street NW

E Street NW

Virginia Avenue NW

Independence Avenue SW

Independence Avenue SW

22nd Street NW

21st Street NW

20th Street NW

19th Street NW

18th Street NW

17th Street NW

Henry Bacon Drive NW

Daniel French Drive NW

0    250    500    1,000    Feet

N

Constitution Avenue NW

Henry Bacon Drive NW

17th Street NW

Reflecting Pool Steps & Plaza

Reflecting Pool

Daniel French Drive SW

Independence Avenue SW

Restroom

Cultural Landscape Inventory

## Lincoln Memorial
### National Mall and Memorial Parks

Existing Conditions: Small-scale Features, Reflecting Pool Area



**Urban Heritage Project | PennPraxis**
Graduate Program in Historic Preservation
Weitzman School of Design
*www.cultural-landscapes.org*

**SOURCES**
1. Open Data DC, https://opendata.dc.gov/, accessed June, 2021
2. National Mall and Memorial Parks Resource Management GIS Files, National Park Service 2021

**DRAWN BY**
Jacob Torkelson, University of Pennsylvania
ArcGIS Pro, Adobe Illustrator, 2021

### LEGEND

 Topography (2ft intervals)

 Buildings/Structures

 Roads

 Sidewalks and Paths

 Water

 Cultural Landscape Boundary

 Contextual Boundary

### SMALL-SCALE FEATURES

**Contributing**
- Memorial Grove Tree Plaque
- Granite Benches

**Non-Contributing**
- Bollards, Post&Chain, Fences
- Waste and Recycling Receptacles
- Drinking Fountain                Hydrant
- Cobra Lamppost                   Utility Box
- LED Lamppost                     Uplight
- Backstop                         Signage

### Managed as a Cultural Resource
- Washington Standard Lamppost
- Twin-Twenty Lamppost
- Cast-iron Benches

### NOTES
1. All features shown in approximate location; small-scale features are not to scale

0    250    500         1,000    Feet

N

**DRAWING 16**

Cultural Landscape Inventory

## Lincoln Memorial
### National Mall and Memorial Parks

Existing Conditions: Small-scale Features, Radial Roads Area



**Urban Heritage Project | PennPraxis**
Graduate Program in Historic Preservation
Weitzman School of Design
*www.cultural-landscapes.org*

**SOURCES**
1. Open Data DC, https://opendata.dc.gov/, accessed June, 2021
2. National Mall and Memorial Parks Resource Management GIS Files, National Park Service 2021

**DRAWN BY**
Jacob Torkelson, University of Pennsylvania
ArcGIS Pro, Adobe Illustrator, 2021

### LEGEND

- Topography (2ft intervals)
- Buildings/Structures
- Roads
- Sidewalks and Paths
- Water
- Cultural Landscape Boundary
- Contextual Boundary

### SMALL-SCALE FEATURES
**Contributing**
 Memorial Grove Tree Plaque
 Granite Benches

**Non-Contributing**
 Bollards, Post&Chain, Fences
 Waste and Recycling Receptacles
 Drinking Fountain        Hydrant
Cobra Lamppost        Utility Box
LED Lamppost        Uplight
 Backstop        Signage

**Managed as a Cultural Resource**
 Washington Standard Lamppost
Twin-Twenty Lamppost
Cast-iron Benches

### NOTES
1. All features shown in approximate location; small-scale features are not to scale

**DRAWING 17**

Map labels: Lincoln Memorial · National Mall and Memorial Parks · Parkway Drive NW · Underground Storage Area · Ballfields · Lincoln Memorial Circle NW · 23rd Street SW · 23rd Street NW · Constitution Avenue NW · John Ericsson Monument · Independence Avenue SW · Food Service Building · Daniel French Drive SW · Information · Alaska & Hawaii Plaque · MLK Plaque "I Have a Dream" · Approach Way · Henry Bacon Drive NW · Ballfield

Scale: 0 — 125 — 250 — 500 FEET    N

Cultural Landscape Inventory

# Lincoln Memorial
## National Mall and Memorial Parks

Existing Conditions: Small-scale Features, Watergate and Parkway Areas


**Weitzman**
SCHOOL OF DESIGN
UNIVERSITY of PENNSYLVANIA

**Urban Heritage Project | PennPraxis**
Graduate Program in Historic Preservation
Weitzman School of Design
*www.cultural-landscapes.org*

**SOURCES**
1. Open Data DC, https://opendata.dc.gov/, accessed June, 2021
2. National Mall and Memorial Parks Resource Management GIS Files, National Park Service 2021

**DRAWN BY**
Jacob Torkelson, University of Pennsylvania
ArcGIS Pro, Adobe Illustrator, 2021

## LEGEND

Topography (2ft intervals)

Buildings/Structures

Roads

Sidewalks and Paths

Water

Cultural Landscape Boundary

Contextual Boundary

## SMALL-SCALE FEATURES
### Contributing

 Memorial Grove Tree Plaque

 Granite Benches

### Non-Contributing

 Bollards, Post&Chain, Fences

 Waste and Recycling Receptacles

 Drinking Fountain          Hydrant

Cobra Lamppost          Utility Box

 LED Lamppost          Uplight

 Backstop          Signage

### Managed as a Cultural Resource

Washington Standard Lamppost

Twin-Twenty Lamppost

Cast-iron Benches

## NOTES
1. All features shown in approximate location; small-scale features are not to scale

**DRAWING 18**

---

Potomac River

Arlington Memorial Bridge

Constitution Avenue Belvedere (Peters Point)

Rock Creek and Potomac Parkway

Tract not managed by NPS (Transferred to DDOT)

Beach Volleyball Courts

Watergate Steps

Underground Storage Area

Potomac River

Lincoln Memorial

Lincoln Memorial Circle NW

Ohio Drive SW

23rd Street SW

Ballfields

23rd Street NW

John Ericsson Monument

Ohio Drive SW

Scale: 0 — 125 — 250 — 500 FEET

N

Wayside

Parkway Drive NW

Lincoln Memorial Circle NW

Raised Terrace

Stylobate
Steps

23rd Street SW

23rd Street NW

MLK "I Have a
Dream" Plaque

Approachway

Alaska and
Hawaii Plaque

Daniel French Drive SW

Henry Bacon Drive NW

Information

POW/MIA Structure

Information

0    50    100 Feet

N

## Cultural Landscape Inventory

# Lincoln Memorial
### National Mall and Memorial Parks

Existing Conditions: Small-scale Features,
Lincoln Memorial Cirlce Area


Weitzman
SCHOOL OF DESIGN
UNIVERSITY of Pennsylvania

**Urban Heritage Project | PennPraxis**
Graduate Program in Historic Preservation
Weitzman School of Design
*www.cultural-landscapes.org*

**SOURCES**
1. Open Data DC, https://opendata.dc.gov/, accessed
June, 2021
2. National Mall and Memorial Parks Resource Management GIS Files, National Park Service 2021

**DRAWN BY**
Jacob Torkelson, University of Pennsylvania
ArcGIS Pro, Adobe Illustrator, 2021

### LEGEND

| | |
|---|---|
| | Topography (2ft intervals) |
| | Buildings/Structures |
| | Roads |
| | Sidewalks and Paths |
| | Cultural Landscape Boundary |
| | Contextual Boundary |

### SMALL-SCALE FEATURES

| | |
|---|---|
| ·········· | Bollards, Post&Chain, Fences |
|  | Memorial Grove Tree Plaque |
| ◎ | Lamppost |
| ⬣ | Recycling receptacle |
| ⬢ | Waste receptacle |
| ━ ━ | Benches |
|  | Hydrant |
|  | Drinking Fountain |
| ⊠ | Utility Box |
| ◯ | Uplight |
|  | Signage |
|  | Backstop |

### NOTES
1. All features shown in approximate location; small-scale
features are not to scale

**DRAWING 19**

Cultural Landscape Inventory

**Lincoln Memorial**
**National Mall and Memorial Parks**

Regional Landscape Context



**Urban Heritage Project | PennPraxis**
Graduate Program in Historic Preservation
Weitzman School of Design
*www.cultural-landscapes.org*

**SOURCES**
1. Open Data DC, https://opendata.dc.gov/, accessed
June, 2021
2. ESRI Aerial Imagery, 2021

**DRAWN BY**
Jacob Torkelson, University of Pennsylvania
ArcGIS Pro, Adobe Illustrator, 2021

**LEGEND**

Washington, DC

Cultural Landscape

Water

0    1    2    4 Miles

N

**DRAWING 20**

The White House

Union Station

Lincoln Memorial

Washington Monument

Capitol

The Mall

West Potomac Park

Tidal Basin

Jefferson Memorial

Potomac River

Arlington House

Arlington National Cemetery

Washington Channel

The Pentagon

Long Bridge

East Potomac Park

Potomac River

Anacostia River

Anacostia Park

N

0    1,250    2,500    5,000 FEET

Cultural Landscape Inventory

## Lincoln Memorial
**National Mall and Memorial Parks**

Location Map



**Urban Heritage Project | PennPraxis**
Graduate Program in Historic Preservation
Weitzman School of Design
*www.cultural-landscapes.org*

**SOURCES**
1. Open Data DC, https://opendata.dc.gov/, accessed June, 2021
2. National Mall and Memorial Parks Resource Management GIS Files, National Park Service 2021

**DRAWN BY**
Jacob Torkelson, University of Pennsylvania
ArcGIS Pro, Adobe Illustrator, 2021

**LEGEND**

 Topography (2ft intervals)

 Buildings/Structures

 Roads

 Sidewalks and Paths

 Water

 Study Area Boundary

 Contextual Boundary

——— Railroad

**DRAWING 21**

# Lincoln Memorial
# APPENDIX B: VIEWSHED ANALYSIS

## National Mall and Memorial Parks
Cultural Landscapes Inventory

National Park Service

Urban Heritage Project | PennPraxis
University of Pennsylvania
2022



# LIST OF DRAWINGS

Drawing 1: Viewshed Analysis—Composite View from Lincoln Memorial Circle
Drawing 2: Viewshed Analysis—View from the Reflecting Pool Steps
Drawing 3: Viewshed Analysis—View from Daniel French Drive SW
Drawing 4: Viewshed Analysis—View from 23rd Street SW
Drawing 5: Viewshed Analysis—View from the Arlington Memorial Bridge
Drawing 6: Viewshed Analysis—View from the Watergate Steps
Drawing 7: Viewshed Analysis—View from Parkway Drive NW
Drawing 8: Viewshed Analysis—View from 23rd Street NW
Drawing 9: Viewshed Analysis—View from Henry Bacon Drive NW
Drawing 10: Viewshed Analysis—Composite View from Lincoln Memorial Structure
Drawing 11: Viewshed Analysis—View from East Side of Lincoln Memorial Structure
Drawing 12: Viewshed Analysis—View from South Side of Lincoln Memorial Structure
Drawing 13: Viewshed Analysis—View from West Side of Lincoln Memorial Structure
Drawing 14: Viewshed Analysis—View from North Side of Lincoln Memorial Structure
Drawing 15: Photo Analysis—View from the Watergate Steps
Drawing 16: Photo Analysis—View from the Arlington Memorial Bridge
Drawing 17: Photo Analysis—View from 23rd Street SW
Drawing 18: Photo Analysis—View from Daniel French Drive SW
Drawing 19: Photo Analysis—View from the Reflecting Pool Steps
Drawing 20: Photo Analysis—View from Henry Bacon Drive NW
Drawing 21: Photo Analysis—View from 23rd Street NW
Drawing 22: Photo Analysis—View from Parkway Drive NW
Drawing 23: Photo Analysis—View from East Side of Lincoln Memorial Structure
Drawing 24: Photo Analysis—View from South Side of Lincoln Memorial Structure
Drawing 25: Photo Analysis—View from West Side of Lincoln Memorial Structure
Drawing 26: Photo Analysis— View from North Side of Lincoln Memorial Structure
Drawing 27: Viewshed Analysis—Primary East-West Axis Across Reflecting Pool
Drawing 28: Photo Analysis— Primary East-West Axis Across Reflecting Pool
Drawing 29: Viewshed Analysis—Long Bridge
Drawing 30: Photo Analysis—Long Bridge

## Notes

1. Author used DC LiDAR Data collected April 5, 2018 to create a DSM for all viewshed studies excluding the Long Bridge scale study, which used DC LiDAR collected on June 29 and 30, 2020.
2. "Visibility" Analysis Parameters included "Input raster"; "Analysis type": Observers; "Observer offset" (observer height): 1.5m
3. 'LM2' Observer Offset: For accuracy purposes, the 'LM2' observer points were placed at ground level and at the height of the Lincoln Memorial raised terrace (7.5m) was added into "Observer offset" for a total value of 9m (1.5+7.5). The 7.5m value was taken from historic plans (14'+10'9"= 24'9"= ~7.5m).

## Project Team

Randall Mason, *Professor in the Graduate Program in Historic Preservation/ Department of City and Regional Planning*
Molly Lester, *Associate Director of the Urban Heritage Project of PennPraxis*
Jacob Torkelson, Research Associate, University of Pennsylvania
Joanne Zheng, PennPraxis Design Fellow, University of Pennsylvania

## Reviewers

Julie McGilvray, *Preservation Services Program Manager and Regional Historical Landscape Architect, National Capital Area, National Park* Service
Cortney Gjesfjeld, *Cultural Landscapes Inventory Coordinator, National Capital Area, National Park Service*
Catherine Dewey, *Chief, Resource Management and Acting Chief, Professional Services, National Mall and Memorial Parks;*
Caridad de la Vega, *Cultural Resources Program Manager, National Mall and Memorial Parks, National Park Service*
Madeline Laub, *Cultural Resource Data Manager, National Capital Area, National Park Service*



Cultural Landscape Inventory
## Lincoln Memorial Grounds
### National Mall and Memorial Parks
Viewshed Analysis—Composite View
from Lincoln Memorial Circle



**Urban Heritage Project | PennPraxis**
Graduate Program in Historic Preservation
Stuart Weitzman School of Design
*www.cultural-landscapes.org*

**DRAWN BY**
Christine Chung, University of Pennsylvania
ArcGIS Pro, Photoshop

**SOURCES**
1. Open Data DC, https://opendata.dc.gov/, acessed June, 2021
2. National Capital Area Office Resource Management GIS Files, National Park Service, 2020
3. ArcGIS Pro, Topographic Basemap, 2021

**LEGEND**

○  Observer Point

**DRAWING 1**

Cultural Landscape Inventory
**Lincoln Memorial Grounds**
**National Mall and Memorial Parks**
Viewshed Analysis—View from the
Reflecting Pool Steps



**Urban Heritage Project | PennPraxis**
Graduate Program in Historic Preservation
Stuart Weitzman School of Design
*www.cultural-landscapes.org*

**DRAWN BY**
Christine Chung, University of Pennsylvania
ArcGIS Pro, Photoshop

**SOURCES**
1. Open Data DC, https://opendata.dc.gov/, acessed
June, 2021
2. National Capital Area Office Resource Management
GIS Files, National Park Service, 2020
3. ArcGIS Pro, Topographic Basemap, 2021

**LEGEND**

    Observer Point

**DRAWING 2**

Cultural Landscape Inventory
**Lincoln Memorial Grounds**
**National Mall and Memorial Parks**
Viewshed Analysis—View from
Daniel French Drive SW



**Urban Heritage Project | PennPraxis**
Graduate Program in Historic Preservation
Stuart Weitzman School of Design
*www.cultural-landscapes.org*

**DRAWN BY**
Christine Chung, University of Pennsylvania
ArcGIS Pro, Photoshop

**SOURCES**
1. Open Data DC, https://opendata.dc.gov/, acessed
June, 2021
2. National Capital Area Office Resource Management
GIS Files, National Park Service, 2020
3. ArcGIS Pro, Topographic Basemap, 2021

**LEGEND**

   Observer Point

**DRAWING 3**

Cultural Landscape Inventory
**Lincoln Memorial Grounds**
**National Mall and Memorial Parks**
Viewshed Analysis—View from 23rd Street SW



**Urban Heritage Project | PennPraxis**
Graduate Program in Historic Preservation
Stuart Weitzman School of Design
*www.cultural-landscapes.org*

**DRAWN BY**
Christine Chung, University of Pennsylvania
ArcGIS Pro, Photoshop

**SOURCES**
1. Open Data DC, https://opendata.dc.gov/, acessed June, 2021
2. National Capital Area Office Resource Management GIS Files, National Park Service, 2020
3. ArcGIS Pro, Topographic Basemap, 2021

**LEGEND**

  Observer Point

**DRAWING 4**

Feet

0    125    250    500

N

Maxar, Microsoft

Cultural Landscape Inventory
## Lincoln Memorial Grounds
### National Mall and Memorial Parks
Viewshed Analysis—View from the
Arlington Memorial Bridge



**Urban Heritage Project | PennPraxis**
Graduate Program in Historic Preservation
Stuart Weitzman School of Design
*www.cultural-landscapes.org*

**DRAWN BY**
Christine Chung, University of Pennsylvania
ArcGIS Pro, Photoshop

**SOURCES**
1. Open Data DC, https://opendata.dc.gov/, acessed June, 2021
2. National Capital Area Office Resource Management GIS Files, National Park Service, 2020
3. ArcGIS Pro, Topographic Basemap, 2021

**LEGEND**

    Observer Point

**DRAWING 5**



Cultural Landscape Inventory
# Lincoln Memorial Grounds
## National Mall and Memorial Parks
Viewshed Analysis—View from the
Watergate Steps



**Urban Heritage Project | PennPraxis**
Graduate Program in Historic Preservation
Stuart Weitzman School of Design
*www.cultural-landscapes.org*

**DRAWN BY**
Christine Chung, University of Pennsylvania
ArcGIS Pro, Photoshop

**SOURCES**
1. Open Data DC, https://opendata.dc.gov/, acessed
June, 2021
2. National Capital Area Office Resource Management
GIS Files, National Park Service, 2020
3. ArcGIS Pro, Topographic Basemap, 2021

**LEGEND**

⬤    Observer Point

**DRAWING 6**

Cultural Landscape Inventory
## Lincoln Memorial Grounds
### National Mall and Memorial Parks
Viewshed Analysis—View from
Parkway Drive NW



**Urban Heritage Project | PennPraxis**
Graduate Program in Historic Preservation
Stuart Weitzman School of Design
*www.cultural-landscapes.org*

**DRAWN BY**
Christine Chung, University of Pennsylvania
ArcGIS Pro, Photoshop

**SOURCES**
1. Open Data DC, https://opendata.dc.gov/, acessed June, 2021
2. National Capital Area Office Resource Management GIS Files, National Park Service, 2020
3. ArcGIS Pro, Topographic Basemap, 2021

**LEGEND**

   Observer Point

Feet
0    125    250    500

Maxar, Microsoft

**DRAWING 7**

Cultural Landscape Inventory
# Lincoln Memorial Grounds
## National Mall and Memorial Parks
Viewshed Analysis—View from 23rd Street NW



**Urban Heritage Project | PennPraxis**
Graduate Program in Historic Preservation
Stuart Weitzman School of Design
*www.cultural-landscapes.org*

**DRAWN BY**
Christine Chung, University of Pennsylvania
ArcGIS Pro, Photoshop

**SOURCES**
1. Open Data DC, https://opendata.dc.gov/, acessed June, 2021
2. National Capital Area Office Resource Management GIS Files, National Park Service, 2020
3. ArcGIS Pro, Topographic Basemap, 2021

**LEGEND**

   Observer Point

**DRAWING 8**



Cultural Landscape Inventory
**Lincoln Memorial Grounds**
**National Mall and Memorial Parks**
Viewshed Analysis—View from
Henry Bacon Drive NW



**Urban Heritage Project | PennPraxis**
Graduate Program in Historic Preservation
Stuart Weitzman School of Design
*www.cultural-landscapes.org*

**DRAWN BY**
Christine Chung, University of Pennsylvania
ArcGIS Pro, Photoshop

**SOURCES**
1. Open Data DC, https://opendata.dc.gov/, acessed
June, 2021
2. National Capital Area Office Resource Management
GIS Files, National Park Service, 2020
3. ArcGIS Pro, Topographic Basemap, 2021

**LEGEND**

◯    Observer Point

**DRAWING 9**

Cultural Landscape Inventory
**Lincoln Memorial Grounds**
**National Mall and Memorial Parks**
Viewshed Analysis—Composite View
from Lincoln Memorial Structure



**Urban Heritage Project | PennPraxis**
Graduate Program in Historic Preservation
Stuart Weitzman School of Design
*www.cultural-landscapes.org*

**DRAWN BY**
Christine Chung, University of Pennsylvania
ArcGIS Pro, Photoshop

**SOURCES**
1. Open Data DC, https://opendata.dc.gov/, acessed June, 2021
2. National Capital Area Office Resource Management GIS Files, National Park Service, 2020
3. ArcGIS Pro, Topographic Basemap, 2021

**LEGEND**

     Observer Point

**DRAWING 10**



Cultural Landscape Inventory
## Lincoln Memorial Grounds
### National Mall and Memorial Parks
Viewshed Analysis—View from East
Side of Lincoln Memorial Structure



**Urban Heritage Project | PennPraxis**
Graduate Program in Historic Preservation
Stuart Weitzman School of Design
*www.cultural-landscapes.org*

**DRAWN BY**
Christine Chung, University of Pennsylvania
ArcGIS Pro, Photoshop

**SOURCES**
1. Open Data DC, https://opendata.dc.gov/, acessed
June, 2021
2. National Capital Area Office Resource Management
GIS Files, National Park Service, 2020
3. ArcGIS Pro, Topographic Basemap, 2021

**LEGEND**

⭘   Observer Point

**DRAWING 11**



Cultural Landscape Inventory
## Lincoln Memorial Grounds
### National Mall and Memorial Parks
Viewshed Analysis—View from South
Side of Lincoln Memorial Structure



**Urban Heritage Project | PennPraxis**
Graduate Program in Historic Preservation
Stuart Weitzman School of Design
*www.cultural-landscapes.org*

**DRAWN BY**
Christine Chung, University of Pennsylvania
ArcGIS Pro, Photoshop

**SOURCES**
1. Open Data DC, https://opendata.dc.gov/, acessed
June, 2021
2. National Capital Area Office Resource Management
GIS Files, National Park Service, 2020
3. ArcGIS Pro, Topographic Basemap, 2021

**LEGEND**

⬤  Observer Point

**DRAWING 12**

Feet

0    125    250    500

Maxar, Microsoft



Cultural Landscape Inventory
## Lincoln Memorial Grounds
### National Mall and Memorial Parks
Viewshed Analysis—View from West
Side of Lincoln Memorial Structure



**Urban Heritage Project | PennPraxis**
Graduate Program in Historic Preservation
Stuart Weitzman School of Design
*www.cultural-landscapes.org*

**DRAWN BY**
Christine Chung, University of Pennsylvania
ArcGIS Pro, Photoshop

**SOURCES**
1. Open Data DC, https://opendata.dc.gov/, acessed June, 2021
2. National Capital Area Office Resource Management GIS Files, National Park Service, 2020
3. ArcGIS Pro, Topographic Basemap, 2021

**LEGEND**

⬤   Observer Point

**DRAWING 13**

Cultural Landscape Inventory
**Lincoln Memorial Grounds**
**National Mall and Memorial Parks**
Viewshed Analysis—View from North
Side of Lincoln Memorial Structure



**Urban Heritage Project | PennPraxis**
Graduate Program in Historic Preservation
Stuart Weitzman School of Design
*www.cultural-landscapes.org*

**DRAWN BY**
Christine Chung, University of Pennsylvania
ArcGIS Pro, Photoshop

**SOURCES**
1. Open Data DC, https://opendata.dc.gov/, acessed June, 2021
2. National Capital Area Office Resource Management GIS Files, National Park Service, 2020
3. ArcGIS Pro, Topographic Basemap, 2021

**LEGEND**

    Observer Point

Feet
0    125    250    500

Maxar, Microsoft

**DRAWING 14**





Cultural Landscape Inventory
**Lincoln Memorial Grounds**
**National Mall and Memorial Parks**
Photo Analysis—View from the
 Watergate Steps
**DRAWING 15**





Cultural Landscape Inventory

**Lincoln Memorial Grounds**
**National Mall and Memorial Parks**

Photo Analysis—View from the
Arlington Memorial Bridge

**DRAWING 16**

Cultural Landscape Inventory
**Lincoln Memorial Grounds**
**National Mall and Memorial Parks**
Photo Analysis—View from 23rd
Street SW

**DRAWING 17**





Cultural Landscape Inventory
**Lincoln Memorial Grounds**
**National Mall and Memorial Parks**
Photo Analysis—View from Daniel
French Drive SW

**DRAWING 18**





Cultural Landscape Inventory
**Lincoln Memorial Grounds**
**National Mall and Memorial Parks**
Photo Analysis—View from the
Reflecting Pool Steps
**DRAWING 19**





Cultural Landscape Inventory
**Lincoln Memorial Grounds**
**National Mall and Memorial Parks**
Photo Analysis—View from Henry
Bacon Drive NW
**DRAWING 20**





Cultural Landscape Inventory
## Lincoln Memorial Grounds
**National Mall and Memorial Parks**
Photo Analysis—View from 23rd
Street NW

**DRAWING 21**









Cultural Landscape Inventory
**Lincoln Memorial Grounds**
**National Mall and Memorial Parks**
Photo Analysis—View from Parkway Drive NW

**DRAWING 22**

Maxar, Microsoft

Cultural Landscape Inventory
**Lincoln Memorial Grounds**
**National Mall and Memorial Parks**
Photo Analysis—View from East Side
of Lincoln Memorial Structure
**DRAWING 23**





Cultural Landscape Inventory
**Lincoln Memorial Grounds**
**National Mall and Memorial Parks**
Photo Analysis—View from South
Side of Lincoln Memorial Structure
**DRAWING 24**





Cultural Landscape Inventory
**Lincoln Memorial Grounds**
**National Mall and Memorial Parks**
Photo Analysis—View from West
Side of Lincoln Memorial Structure

**DRAWING 25**





Cultural Landscape Inventory
**Lincoln Memorial Grounds**
**National Mall and Memorial Parks**
Photo Analysis— View from North
Side of Lincoln Memorial Structure
**DRAWING 26**







Cultural Landscape Inventory
## Lincoln Memorial Grounds
### National Mall and Memorial Parks
Viewshed Analysis—Primary East-West Axis Across Reflecting Pool



**Urban Heritage Project | PennPraxis**
Graduate Program in Historic Preservation
Stuart Weitzman School of Design
*www.cultural-landscapes.org*

**DRAWN BY**
Christine Chung, University of Pennsylvania
ArcGIS Pro, Photoshop

**SOURCES**
1. Open Data DC, https://opendata.dc.gov/, acessed June, 2021
2. National Capital Area Office Resource Management GIS Files, National Park Service, 2020
3. ArcGIS Pro, Topographic Basemap, 2021

**LEGEND**

  Observer Point



**DRAWING 27**

Cultural Landscape Inventory
# Lincoln Memorial Grounds
## National Mall and Memorial Parks

Photo Analysis— Primary East-West
Axis Across Reflecting Pool

**DRAWING 28**









Cultural Landscape Inventory
**Lincoln Memorial Grounds**
**National Mall and Memorial Parks**
Viewshed Analysis—Long Bridge



**Urban Heritage Project | PennPraxis**
Graduate Program in Historic Preservation
Stuart Weitzman School of Design
*www.cultural-landscapes.org*

**DRAWN BY**
Christine Chung, University of Pennsylvania
ArcGIS Pro, Photoshop

**SOURCES**
1. Open Data DC, https://opendata.dc.gov/, acessed June, 2021
2. National Capital Area Office Resource Management GIS Files, National Park Service, 2020
3. ArcGIS Pro, Topographic Basemap, 2021

**LEGEND**
    Observer Point

**DRAWING 29**





Cultural Landscape Inventory
**Lincoln Memorial Grounds**
**National Mall and Memorial Parks**
Photo Analysis—Long Bridge

**DRAWING 30**

