**Exhibit B
(Part 1/2)**

# National Park Service Cultural Landscapes Inventory 2023



*Aerial view of West Potomac Park from 1933 (Historic American Buildings Survey 1933).*

**West Potomac Park**

**National Mall & Memorial Parks**

**West Potomac Park**
**National Mall & Memorial Parks**

Introduction ................................................................................................................... 6

  Cultural Landscapes in the Cultural Resources Inventory System .................................................... 6

    Cultural Landscapes in the Cultural Resources Inventory System **Error! Bookmark not defined.**

General Information ........................................................................................................ 6

    Cultural Landscape Inventory Name ............................................................................ 8

    Cultural Landscape Inventory Number ......................................................................... 8

    Parent Cultural Landscape Inventory Name.................................................................. 8

    Parent Cultural Landscape Inventory Number .............................................................. 8

    Park Name………..  ................................................................................................... 8

    Park Alpha Code    ...................................................................................................... 8

    Park Org Code……  ................................................................................................... 8

    Property Level…….  ................................................................................................... 8

    Landscape/Component Landscape Description............................................................. 8

    Landscape Hierarchy Description................................................................................ 13

    Landscape Type….  .................................................................................................. 14

    Site Plan…………..  ................................................................................................. 15

    Other Names……... .................................................................................................. 21

Concurrence Information................................................................................................ 22

    Park Superintendent Concurrence ............................................................................. 22

    Park Superintendent Concurrence Date...................................................................... 22

    HPO Concurrence   .................................................................................................. 23

    HPO Concurrence Date............................................................................................. 23

    Completion Status Explanatory Narrative.................................................................... 24

Geographic Information.................................................................................................. 26

    Area (Acres)………  .................................................................................................. 26

    Land Tract Number(s)................................................................................................ 26

    Boundary Description................................................................................................. 26

**West Potomac Park**
**National Mall & Memorial Parks**

Latitude/Longitude...............................................................................................................26

Regional Landscape Contexts and Narratives.........................................................................28

Location Map Graphic Information ..........................................................................................31

State and County… ...............................................................................................................31

Management Information...............................................................................................................32

Management Category...........................................................................................................32

Management Category Date ...................................................................................................32

Management Category Explanatory Narrative .........................................................................32

Management Agreements ......................................................................................................33

Legal Interests…… ...............................................................................................................34

Adjacent Lands Information....................................................................................................34

Uses Information..........................................................................................................................35

Functions and Uses...............................................................................................................35

Public Access……................................................................................................................36

Associated Ethnographic Groups...........................................................................................37

National Register Information .......................................................................................................39

Documentation Status...........................................................................................................39

Documentation Narrative Description .....................................................................................39

Concurrence Eligibility...........................................................................................................43

National Register Significance Level........................................................................................43

National Register Significance ................................................................................................43

National Register Classification...............................................................................................43

Statement of Significance.......................................................................................................43

National Register Significance Criteria.....................................................................................55

National Register Criteria Considerations.................................................................................56

National Register Periods of Significance (with Historic Context Themes) .................................56

National Register Areas of Significance....................................................................................57

**West Potomac Park**
**National Mall & Memorial Parks**

National Historic Landmark.................................................................................................. 57

World Heritage Site .......................................................................................................... 57

National Natural Landscape ............................................................................................. 57

NRIS Information (with Other Certifications)..................................................................... 57

State Register Documentation .......................................................................................... 59

Chronology & Physical History................................................................................................. 60

Chronology……….. ........................................................................................................ 60

Physical History….. ........................................................................................................ 84

Analysis & Evaluation............................................................................................................. 124

Analysis and Evaluation Summary ................................................................................. 124

Landscape Characteristics and Features ....................................................................... 133

Natural Systems and Features ....................................................................................... 134

Spatial Organization....................................................................................................... 136

Land Use…………. ........................................................................................................ 141

Topography………. ........................................................................................................ 154

Vegetation………… ........................................................................................................ 159

Circulation………… ........................................................................................................ 187

Buildings and Structures................................................................................................. 228

Cluster Arrangement....................................................................................................... 290

Views and Vistas    ........................................................................................................ 293

Constructed Water Features........................................................................................... 318

Small-Scale Features...................................................................................................... 327

Archeological Sites ........................................................................................................ 346

Condition Assessment ........................................................................................................... 350

Condition            ........................................................................................................ 350

Condition Date       ........................................................................................................ 350

Narrative            ........................................................................................................ 350

**West Potomac Park**
**National Mall & Memorial Parks**

Impacts............................................................................................................................351

Treatment .......................................................................................................................355

    Stabilization Measures ..............................................................................................355

    Approved Treatments................................................................................................356

Bibliography and Supplemental Information.....................................................................358

    Bibliography………..................................................................................................358

    Supplemental Information ........................................................................................368

# Introduction

## Cultural Landscapes in the Cultural Resources Inventory System

**The Cultural Landscape Inventory (CLI)**

The Cultural Landscape Inventory (CLI) is a comprehensive inventory of all cultural landscapes in the National Park System. Landscapes that are listed, or eligible for listing, on the National Register of Historic Places, or are otherwise managed as cultural resources and in which the National Park Service has, or plans to acquire, legal interest are included in the inventory. The CLI identifies and documents each landscape's location, size, physical development, landscape characteristics, character-defining features, and condition. Cultural landscapes have approved CLIs when concurrence with the findings is obtained from the park superintendent and all required data fields are entered into the Cultural Resources Information System (CRIS-CL) database. In addition, for landscapes not currently listed on the National Register and/or without adequate documentation, concurrence is required from the State Historic Preservation Officer, Tribal Historic Preservation Officer, or the Keeper of the National Register.

**Scope of the CLI**

The information contained within the CLI is compiled from primary and secondary sources and through on-site surveys of the landscape. The level of investigation is dependent upon scoping the need for information. The baseline information collected provides a comprehensive look at the historical development and significance of the landscape. Documentation and analysis of the existing landscape identifies character-defining characteristics and features and allows for an evaluation of the landscape's integrity and an assessment of the landscape's condition. The CLI also includes historic maps, drawings, and images; photographs of existing conditions; and a site plan that indicates major features. The CLI documents the existing condition of park landscape resources and identifies impacts, threats, and measures to stabilize condition. This information can be used to develop strategies for improved stewardship. Unlike a Cultural Landscape Report (CLR), the CLI does not provide management recommendations or treatment guidelines for the cultural landscape, but it may identify stabilization measures.

**The Cultural Resources Information System (CRIS)**

CRIS is the National Park Service's database of cultural resources on its lands, consisting of archeological sites, historic structures, ethnographic resources, and cultural landscapes. Cultural Resources Inventory System (CRIS) replaces three legacy inventory systems: ASMIS (archeology), CLI (cultural landscapes), and LCS (historic structures); and it reinstates the former ERI (ethnographic resources). This Cultural Landscape Inventory document reflects the information in a corresponding CRIS Cultural Landscape record.

**West Potomac Park**
**National Mall & Memorial Parks**

**Statutory and Regulatory Foundation**

The legislative, regulatory, and policy directives for conducting and maintaining the CLI within CRIS are:

· National Historic Preservation Act (NHPA) of 1966 (16 USC 470h-2(a)(1)) Sec. 110

· Executive Order 13287: Preserve America, 2003. Sec. 3 (a and c)

·  Secretary of the Interior's Standards and Guidelines for Federal Agency Historic Preservation Programs

· Pursuant to the National Historic Preservation Act, 1998. Std. 2

· Cultural Resource Management Guideline, 1997, Release No. 5, page 22; issued pursuant to Director's Order #28 (DO-28)

The NHPA requires the identification, evaluation, and nomination of historic properties to the National Register of Historic Places and the maintenance and expansion of an inventory of cultural resources.  DO-28 requires a cyclic assessment of the current condition of cultural landscapes based on an assessment interval, with a default of six years.

**Use**

Beyond fulfilling legal and policy requirements, park staff can use the Cultural Landscape Inventory in the following ways:

· To learn about park cultural landscapes (all staff)

· To inform management decisions (park managers)

· To inform project planning and development (park managers, facility managers, project managers, compliance specialists)

· To monitor the condition of the cultural landscape and take measures to protect its significance and integrity (cultural resource managers, facility managers)

· To recognize the stabilization and treatment needs of landscape features and plan work within cultural landscapes to address the needs (facility managers, cultural resource managers)

· To understand the cultural value of natural systems in a cultural landscape (natural resource managers)

· To create programming and educational materials based on site history (interpretation and education specialists)

· To recognize impacts within cultural landscapes and enforce protection measures (visitor and resources protection staff)

West Potomac Park
National Mall & Memorial Parks

# General Information

| | |
|---|---|
| *Cultural Landscape Inventory Name* | **West Potomac Park** |
| *Cultural Landscape Inventory Number* | **600007** |
| *Parent Cultural Landscape Inventory Name* | **West Potomac Park** |
| *Parent Cultural Landscape Inventory Number* | **600007** |
| *Park Name* | **National Mall & Memorial Parks** |
| *Park Alpha Code* | **NAMA** |
| *Park Org Code* | **3495** |
| *Property Level* | **Cultural Landscape** |

*Landscape/Component Landscape Description*

West Potomac Park, which encompasses 409 acres in Washington, DC's monumental core, is an artfully choreographed, complex site with inestimable historical, aesthetic, and planning significance that speaks to the role of Washington, DC, as the nation's capital (Figure 1 and Figure 2). West Potomac Park also extended and built upon the planned vocabulary of the National Mall. The Park, which was built primarily on constructed land reclaimed from tidal flats between 1882 and 1912, extends the visions of both the L'Enfant Plan for the City of Washington (1791) and the McMillan Commission's refinements of that plan (1901-02). Utilized for both commemorative and recreational purposes, this large urban park represents the cumulative talents and work of a vast range of engineers, planners, artists, architects, and landscape architects.

The West Potomac Park cultural landscape serves as the uniting framework for several significant cultural landscapes within its boundaries. These cultural landscapes include the Lincoln Memorial Grounds, the Thomas Jefferson Memorial, the Tidal Basin, the Vietnam Veterans Memorial, the Korean War Veterans Memorial, the Franklin Delano Roosevelt Memorial, the DC War Memorial, the World War II Memorial, the George Mason Memorial, the Martin Luther King, Jr. Memorial, and Constitution Gardens (Figure 3–Figure 8). Each of these landscapes, except for the Thomas Jefferson Memorial, are component landscapes within the West Potomac Park parent cultural landscape. The Thomas Jefferson Memorial is a parent cultural landscape.

West Potomac Park lies along the eastern shoreline of the Potomac River and adjacent to the Washington Monument Grounds. The historic designed landscape is an integrated complex of recreational and commemorative areas where naturalistic, classical, and modernist aesthetics coexist and complement one another. Recreational fields for organized sports lie in harmony with formal memorials that commemorate nationally significant figures and events. The role of West Potomac Park as an area of focused commemoration has grown dramatically since World War II. During this period, memorials to Thomas Jefferson, to the 56 Signers of the Declaration of Independence, to veterans of the Vietnam War, the Korean War, and World War II, to Franklin D. Roosevelt, to George Mason and to Martin Luther King have been incorporated into the park. These commemorative spaces, the National Mall, and the recreational resources within West Potomac Park draw extraordinary visitorship.

HISTORICAL OVERVIEW

West Potomac Park was created by an act of Congress in 1897 as "... a public park... to be forever held and used as a park for the recreation and pleasure of the people" (HABS 1993, 6; NPS 2001, 2). The land that constitutes the park was fully reclaimed from tidal mudflats and marshlands of the Potomac River by 1912 and the development of the park with commemorative and active recreation spaces continued over the next century. The design and development of the park was informed by the 1901 McMillan Plan, which built upon the 1791 plan by Pierre-Charles L'Enfant. The McMillan Plan laid out the general cruciform arrangement of the park and reserved the locations for major memorials and components. The Plan also called for the creation of active recreation spaces throughout the interior of the park.

As the park developed through the twentieth century, memorials and monuments were sited within it along with, at times, temporary institutional buildings. With each addition, the designed landscape of the park was altered, but with a consistent regard for the design set out by the McMillan Plan. The present form of the park respects the historic design of the space with distinct spaces reserved for passive commemorative uses and active recreational uses.

Beyond the overlay of human activity on the physical landscape within the park, West Potomac Park has been the site of major rallies and gatherings, some of which have entered into the collective national memory and understanding of the National Mall. The most prominent examples are Marian Anderson's concert and Dr. Martin Luther King, Jr.'s 1963 "I Have a Dream" speech, given from the steps of the Lincoln Memorial. The designed spaces within West Potomac Park continue to hold prominent positions in the collective identity of the commemorative spaces in Washington, DC.

SIGNIFICANCE SUMMARY

West Potomac Park is located within and contributes to three separate National Register of Historic Places-listed properties. The National Mall was administratively listed as a historic site in the National Register of Historic Places in 1966. The Keeper accepted the initial nomination form in 1981, and an update in 2016. The National Mall Historic District is significant under Criteria A, C, and D in the areas of entertainment/recreation, ethnic heritage (Black), politics/government, social history, architecture, archeology, art, community planning and development, engineering, and landscape architecture, with a period of significance of 1791 to present for Criterion A, and a period of significance for Criteria C and D from 1791 to 1965. The East and West Potomac Parks Historic District was listed in the National Register in 1973 and updated in 2001. That nomination form indicates that the East and West Potomac Parks Historic District is significant under Criteria A and C in the areas of entertainment/recreation, politics/government, social history, architecture, art, city planning, engineering landscape architecture, transportation, and commemoration, with an overall period of significance from 1882 to 1997. The Plan of the City of Washington (L'Enfant Plan) was listed in the National Register in 1997 for its significance under Criteria A, B, and C in the areas of community planning and development, landscape architecture, politics/government, and transportation, with an overall period of significance from 1790 to 1942.

As a spatially and functionally distinct area, the West Potomac Park cultural landscape possesses historical significance and is potentially eligible on a national and local level under Criterion A in the areas of politics/government, commemoration, entertainment/recreation, social history, and

ethnic history (black); on a national and local level under Criterion C in the areas of community planning and development, engineering, architecture, art, landscape architecture, and transportation; and under Criterion D in the area of archeology. The period of significance for West Potomac Park is 1791, the year in which President George Washington selected the site of the Nation's Capital and retained Pierre L'Enfant to develop a plan for the city, to the present for Criterion A, and from 1791 to 1965 for Criteria C and D. Criteria Considerations B, F, and G are also applicable to the West Potomac Park cultural landscape as there are moved resources and resources less than 50 years of age as well as many resources that are significant due to their association with commemoration. A summary of West Potomac Park's significance by Criterion is provided below.

*Criterion A:*
The West Potomac Park cultural landscape is nationally significant in the area of politics/government as the contemplative western terminus of the National Mall, the symbolic core of American government. As the country's foremost collection of commemorative structures, which together represent the definitive history of twentieth-century American memorialization, the West Potomac Park cultural landscape is significant in the area of commemoration at the national and local level. The West Potomac Park cultural landscape is significant in the area of entertainment/recreation as an urban park designed and built as a public recreational space for residents and visitors to the national capital, and a location for large-scale public performances and events for entertainment purposes. In addition, the West Potomac Park cultural landscape is nationally significant in the area of social history ss the site of public demonstrations of free assembly and free speech related to some of the most important issues in our nation's history. The West Potomac Park cultural landscape is also nationally significant in area of ethnic (Black) history as an important rallying point for African American civil rights advocates and protectors.

*Criterion C:*
The West Potomac Park cultural landscape is significant in the area of community planning and development as an extension of the L'Enfant Plan and integral component of the McMillan Plan reflecting City Beautiful concepts at the national and local levels. The rich and varied collection of buildings and structures that exemplify the work of many of America's finest and most

influential architects located in the West Potomac Park cultural landscape make it significant in the area of architecture at the national and local levels. In addition, the collection of artistic works commemorating significant American individuals and events in American history in West Potomac Park make the cultural landscape significant in the area of art. The West Potomac Park cultural landscape is significant in the area of landscape architecture at the national and local levels as a manifestation of the City Beautiful movement and master work of renowned American landscape architects. As the creation of a decades-long effort by the US Army Corps of Engineers to reclaim land and shape it for public use, the West Potomac Park cultural landscape is significant in the area of engineering at the local level. The West Potomac Park cultural landscape is also significant in the area of transportation as an extension of the L'Enfant Plan and a reflection of changing modes of transportation over time

*Criterion D:*

The West Potomac Park cultural landscape is significant in the area of archeology for its ability to yield valuable information on Washington, DC's nineteenth-century infrastructure and urban development through the 17th Street Lockkeeper's House Foundation, Washington City Canal's Lock B, and Tiber Creek Sewer Outlet archeological sites. (Note the 17th Street Wharf archeological site is also located in West Potomac Park but it was recommended not eligible for the NRHP and is noncontributing to this CLI).

ANALYSIS AND EVALUATION SUMMARY AND CONDITION

The West Potomac Park cultural landscape consists of the following contributing landscape characteristics: natural systems and features, spatial organization, land use, topography, vegetation, circulation, buildings and structures, views and vistas, cluster arrangement, constructed water features, small-scale features, and archaeological sites. This CLI finds that, overall, the cultural landscape retains a high degree of integrity of setting, location, design, workmanship, materials, feeling, and association. While urban development has grown around it, the key components of the Potomac River and the National Mall remain intact such that the experience of the setting and the feeling of a contemplative garden within the park is preserved. The park remains in its original location and continues to function as originally intended, a

federally owned public urban park, and as such its location and association are intact. The design as it has been developed over time is consistent with the original intent and tenets of the McMillan Plan. And while new memorials have been added, the workmanship and materials in the park from the periods of significance are retained and carefully conserved. Overall, the West Potomac Park cultural landscape retains the majority of contributing features from the periods of significance. This CLI finds the condition of the cultural landscape to be fair. Additional information can be found in the Analysis and Evaluation Summary and in the Condition Assessment section of this Cultural Landscape Inventory.

### *Landscape Hierarchy Description*

West Potomac Park is the parent cultural landscape to ten component landscapes. The associated Cultural Resources Inventory System-Cultural Landscape (CRIS-CL) identification numbers are identified in parathesis following the associated component landscape. The component landscapes are the Lincoln Memorial Grounds (CRIS-CL 600010), the Tidal Basin (CRIS-CL 600011), the Vietnam Veterans Memorial (CRIS-CL 600013), the Korean War Veterans Memorial (CRIS-CL 600014), the Franklin Delano Roosevelt Memorial (CRIS-CL 600015), the DC War Memorial (CRIS-CL 975436), the World War II Memorial (CRIS-CL 976122), the George Mason Memorial (CRIS-CL 976123), the Martin Luther King, Jr. Memorial (CRIS-CL 976124), and Constitution Gardens (CRIS-CL 600012). Although the Thomas Jefferson Memorial (CRIS-CL 600004) is sited within West Potomac Park, it is a parent cultural landscape and therefore it is not considered among the component cultural landscapes of West Potomac Park.

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 1.  West Potomac Park component landscapes (Smith Group, RHI, and Gray & Pape 2022).*

### Landscape Type

Historic Designed Landscape

**West Potomac Park**
**National Mall & Memorial Parks**

*Site Plan*



*Figure 2.  Site plan (Smith Group, RHI, and Gray & Pape 2022).*

**West Potomac Park**
**National Mall & Memorial Parks**

*Figure 3.  Enlarged plan of the Lincoln Memorial Grounds illustrating contributing (C), noncontributing (NC), and Managed as a Cultural Resource (CR) features (Smith Group, RHI, and Gray & Pape 2022).*

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 4.  Enlarged plan of Constitution Gardens illustrating contributing (C) and noncontributing (NC) features (Smith Group, RHI, and Gray & Pape 2022).*

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 5.  Enlarged detail plan of the northeast corner of Constitution Gardens illustrating contributing (C), noncontributing (NC), and Managed as a Cultural Resource (CR) features (Smith Group, RHI, and Gray & Pape 2022).*

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 6. Enlarged plan of the area south of the Reflecting Pool illustrating contributing (C) and noncontributing (NC) features (Smith Group, RHI, and Gray & Pape 2022).*

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 7.  Enlarged plan of the area west of the Tidal Basin illustrating contributing (C) and noncontributing (NC) features (Smith Group, RHI, and Gray & Pape 2022).*

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 8.  Enlarged plan of the Tidal Basin and area east of the Tidal Basin illustrating contributing (C) and noncontributing (NC) features (Smith Group, RHI, and Gray & Pape 2022).*

**Other Names**

| Name | Type |
| --- | --- |
| West Potomac Park | Both Current and Historic |
| Potomac Park | Historic |
| Potomac Flats | Historic |
| Reservation 332 | Both Current and Historic |

# Concurrence Information

*Park Superintendent Concurrence*



United States Department of the Interior

NATIONAL PARK SERVICE
National Capital Region
1100 Ohio Drive, S.W.
Washington, D.C. 20242

IN REPLY REFER TO:
1.B. (NCR-RESS)

September 16, 2023

Memorandum:

To:          Cultural Landscapes Inventory Coordinator, National Capital Region

From:        Superintendent, National Mall and Memorial Parks

Subject:     Statement of Concurrence, West Potomac Park

I, Jeffrey Reinbold, Superintendent of National Mall and Memorial Parks, concur with the findings of the West Potomac Park Cultural Landscapes Inventory, including the following specific components:

| | |
|---|---|
| PERIOD OF SIGNIFICANCE: | The West Potomac Park cultural landscape retains integrity to the following periods of significance: 1791-present (Criterion A); 1791-1965 (Criteria C & D) |
| INTEGRITY: | The landscape displays the following aspects of integrity (location, setting, design, feeling, and association) as defined by the National Register of Historic Places |
| MANAGEMENT CATEGORY: | Must be Preserved and Maintained |
| CONDITION ASSESSMENT: | Fair |

The Cultural Landscapes Inventory for West Potomac Park is hereby approved and accepted.

JEFFREY REINBOLD    Digitally signed by JEFFREY REINBOLD
Date: 2023.09.16 09:45:48 -04'00'    9/16/23

Superintendent, National Mall and Memorial Parks    Date

INTERIOR REGION 1 • NORTH ATLANTIC–APPALACHIAN
CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, KENTUCKY, MAINE, MARYLAND, MASSACHUSETTS,
NEW HAMPSHIRE, NEW JERSEY, NEW YORK, PENNSYLVANIA, RHODE ISLAND, VERMONT,
VIRGINIA, WEST VIRGINIA

*Park Superintendent Concurrence Date*

*09/16/2023*

**West Potomac Park**
**National Mall & Memorial Parks**

---

*HPO Concurrence*

**Statement of Concurrence**
**West Potomac Park Cultural Landscapes Inventory**

The preparation of this Cultural Landscapes Inventory for West Potomac Park is part of the National Park Service's efforts to update cultural resource inventories, as required by Section 110 (a) (1) of the National Historic Preservation Act.

- The D.C. Historic Preservation Office (DC HPO) concurs with the findings of the West Potomac Park Cultural Landscapes Inventory. The D.C. HPO further concurs that the cultural landscape resources of West Potomac Park, as enumerated, retain integrity to the site's period of significance (1791-present) and contribute to its historic character.

David Maloney
District of Columbia Historic Preservation Officer

8/7/2023
Date

Please email signed PDF copy to Cortney Gjesfjeld, National Capital Region Cultural Landscapes Inventory Coordinator at cortney_c_gjesfjeld@nps.gov.

*HPO Concurrence Date*

8/07/2023

---

**Cultural Landscapes Inventory**

***Completion Status Explanatory Narrative***

At the time of the writing, individual component CLIs had been completed for Constitution Gardens (2008) and the DC War Memorial (2009). Between 2021 and 2022, CLIs were being completed for the Lincoln Memorial and the George Mason Memorial. Information from the draft Lincoln Memorial CLI was utilized in the development of the West Potomac Park CLI.

This Cultural Landscape Inventory for West Potomac Park was written by Matthew Traucht, Alexander Bailor, and Rachel Schneider of Rhodeside & Harwell, Inc. and by Katie Watts, Kerry González, Carrie Albee, and Christopher Polglase of Gray & Pape, Inc. Editorial contributions were provided by James Shepherd and Merrill St. Leger Demian of the SmithGroup and by Mary Zimmerman of Rhodeside & Harwell, Inc. The graphics for this Cultural Landscape Inventory were prepared by Yuran Shen of the SmithGroup. The overall study was directed by Mr. Shepherd and Susan Pommerer of the SmithGroup. The fieldwork was conducted by Mr. Traucht, Mr. Bailor, and Josh Penn of Rhodeside & Harwell, Inc. and by Seth VanDam of Gray & Pape, Inc. Research and fieldwork for this Cultural Landscape Inventory started in 2021 and extended through the COVID-19 Pandemic. Due to restrictions in travel (both in the field and to local repositories) and the closure of federal research repositories, all research was limited to site visits and digital resources available online or provided by the NPS. Consequently, this Cultural Landscape Inventory reflects what could be deduced from records available to the research team under conditions through January 2022.

Access to NPS documents, guidance, and editorial comments were provided by: Cortney Cain Gjesfjeld, Cultural Landscapes Inventory Coordinator, National Capital Region, NPS; Catherine Dewey, Chief, Resource Management and Acting Chief, Professional Services, National Mall and Memorial Parks; Caridad de la Vega, Cultural Resources Program Manager, National Mall and Memorial Parks, NPS; and Julie McGilvray, Preservation Services Program Manager and Regional Historical Landscape Architect, National Capital Region, NPS. Geospatial data collection and mapping assistance was provided by Madeline Laub, Cultural Resource Data Manager, National Capital Region, NPS.

**West Potomac Park**
**National Mall & Memorial Parks**

This CLI will be considered "Complete" once it has received park and District of Columbia

Historic Preservation Office concurrence.

**West Potomac Park**
**National Mall & Memorial Parks**

# Geographic Information

*Area (Acres)*

409 acres

*Land Tract Number(s)*

Reservation 332

*Boundary Description*

West Potomac Park is bounded on the west by the Potomac River and on the north by Constitution Avenue NW. The eastern boundary in the north part of the park is formed by 17th Street NW and the eastern boundary follows the shoreline of the Tidal Basin. The Potomac Railroad embankment acts as the dividing line between the East and West Potomac Parks, although the embankment is within East Potomac Park (Figure 9). The Thomas Jefferson Memorial, which is not a component cultural landscape of West Potomac Park, lies in the southeastern part of the park.

*Latitude/Longitude*

| Geometry | Latitude | Longitude | GeoDatum | Elevation (Meters) | Position Source | Position Accuracy |
|---|---|---|---|---|---|---|
| Point | | | 1983 NAD | | GIS | 1 m |
| *Point 1* *Most Northerly* | 38.89616632 | -77.05586559 | 1983 NAD | | GIS | 1 m |
| *Point 2* | 38.89474272 | -77.05497421 | 1983 NAD | | GIS | 1 m |
| *Point 3* | 38.89345156 | -77.05238754 | 1983 NAD | | GIS | 1 m |
| *Point 4* | 38.89360090 | -77.05196993 | 1983 NAD | | GIS | 1 m |
| *Point 5* | 38.89423503 | -77.05219848 | 1983 NAD | | GIS | 1 m |

**West Potomac Park**
**National Mall & Memorial Parks**

| | | | | | | |
|---|---|---|---|---|---|---|
| *Point 6* | 38.89387326 | -77.04992422 | 1983 NAD | | GIS | 1 m |
| *Point 7* | 38.89411747 | -77.04992465 | 1983 NAD | | GIS | 1 m |
| *Point 8* | 38.89412098 | -77.04090146 | 1983 NAD | | GIS | 1 m |
| *Point 9* | 38.89389890 | -77.04049545 | 1983 NAD | | GIS | 1 m |
| *Point 10* | 38.89389924 | -77.03900363 | 1983 NAD | | GIS | 1 m |
| *Point 11* | 38.88992343 | -77.03843520 | 1983 NAD | | GIS | 1 m |
| *Point 12* *Most Easterly* | 38.88455431 | -77.03195815 | 1983 NAD | | GIS | 1 m |
| *Point 13* *Most Southerly* | 38.87885211 | -77.03611479 | 1983 NAD | | GIS | 1 m |
| *Point 14* | 38.88126496 | -77.04000557 | 1983 NAD | | GIS | 1 m |
| *Point 15* | 38.88185812 | -77.03979272 | 1983 NAD | | GIS | 1 m |
| *Point 16* | 38.88214931 | -77.04023036 | 1983 NAD | | GIS | 1 m |
| *Point 17* | 38.88214931 | -77.04125272 | 1983 NAD | | GIS | 1 m |
| *Point 18* | 38.89042515 | -77.05233168 | 1983 NAD | | GIS | 1 m |
| *Point 19* | 38.89188838 | -77.05236149 | 1983 NAD | | GIS | 1 m |
| *Point 20* | 38.89377663 | -77.05511573 | 1983 NAD | | GIS | 1 m |
| *Point 21* *Most Westerly* | 38.89610927 | -77.05611678 | 1983 NAD | | GIS | 1 m |

***Regional Landscape Contexts and Narratives***

*Physiographic*

West Potomac Park falls on the transition zone from the Piedmont province to the Coastal Plain province. The Piedmont province consists of crystalline metamorphic rocks that weather at the surface to a reddish-colored sticky clay. The Coastal Plain province comprises poorly consolidated gravel, sand, silt, clay, and marl deposited by the Atlantic Ocean (US Geological Survey 1999). The CLI boundary falls almost entirely within former marshland, which was reclaimed by filling with material dredged from the adjacent Potomac River.

West Potomac Park occupies constructed land, primarily comprised of dredge from the Potomac River mechanically deposited between 1882 and 1912. The US Department of Agriculture classifies the soil within the CLI boundary as primarily (71%) Udorthents and similar soils, consisting mostly of moderately coarse textured soil material. Soils south of the Reflecting Pool (Area of Ash Woods) and along the western side of the Tidal Basin are classified as Lindside loam (Soil Survey Staff 2019).

West Potomac Park is in the USDA plant hardiness zone 7b (5 to 10 °F/-15 to -12.2 °C)

*Cultural*

Prior to the land reclamation, much of the area in West Potomac Park was tidal marshes and riverine terraces. The Potomac Flats, though they would have been perceived as unusable during the nineteenth century, likely had been a terrestrial floodplain and terrace for millennia during and after the last ice age (Kreisa et al. 2019). With lower water levels during that period, these floodplains and terraces would have provided a natural environment for some of North America's early inhabitants.

During the Paleoindian Period, areas along the Potomac River would have provided the much-needed resources to support the early inhabitants of the regions (Dent 1995, 132–133). These early settlements, specifically in the Chesapeake Bay region, were typically situated where a higher

diversity of resources was available and either consisted of larger settlements or were smaller, more specialized camps that focused on specific tasks (Dent 1995, 137–138).

West Potomac Park was created by an act of Congress (Senate Bill 3307) in 1897 as "... a public park... to be forever held and used as a park for the recreation and pleasure of the people" (HABS 1993, 6; Potomac Parks NRHP, 2). The land that constitutes the park was fully reclaimed by 1912 and the further development of the park with commemorative and active recreation spaces continued over the next century. The development of the park was largely informed by the 1901 McMillan Plan, which built upon the earlier plan by Pierre-Charles L'Enfant (1791). The McMillan Plan laid out the general cruciform layout of the park and reserved locations for major memorials and components including the Lincoln Memorial, Reflecting Pool, Rainbow Pool, and the Thomas Jefferson Memorial. The Plan also called for the creation of active recreation spaces throughout the interior of the park.

As the park developed through the twentieth century, additional memorials and monuments were sited within it, as well as, at times, temporary institutional buildings. With each addition, the designed landscape of the park was altered, but with a consistent regard for the design set out by the McMillan Plan. The present form of the park nods to the historic design of the space with distinct spaces reserved for passive commemorative uses and active recreational uses.

Beyond the overlay of human activity on the physical landscape within the park, West Potomac Park has been the site of major rallies and gatherings, some of which have entered the collective national memory and understanding of the National Mall. The most prominent example is Dr. Martin Luther King, Jr.'s 1963 "I Have a Dream" speech, given from the steps of the Lincoln Memorial. The designed spaces within West Potomac Park continue to hold prominent positions in the collective identity of the commemorative spaces in Washington, DC.

*Political*

Washington, DC, formally the District of Columbia, is the capital city of the United States and was founded on July 9, 1790. With the passage of the District of Columbia Organic Act of 1801,

the territory was organized under the control of the federal government. In 2020, Washington, DC had a population of 689,545 (US Census 2021). The entirety of the CLI boundary for West Potomac Park is federally controlled and managed by the NPS.

In addition to the NPS, the National Capital Planning Commission and the United States Commission of Fine Arts have vested interests in the development of the area within West Potomac Park. While the NPS administers the park, both bodies have input on the design, placement of memorials, and development of lands within the park.

West Potomac Park is subject to the rules and requirements of the Commemorative Works Act of 1986. This Act governs the placement of commemorative works near the National Mall and on federal lands within the National Capital Region. The Act has been amended several times, with a noteworthy 2003 amendment (Congressional Research Service 2021, 108–126), which classified the National Capital Region into areas, each with their own restrictions, to guide future placement of commemorative works (Congressional Research Service 2021, 7).

The 2003 amendment created the Reserve, Area I, and Area II. According to the law, no new commemorative works could be placed on the Reserve, unless the work was authorized prior to the passage of Congressional Research Service (2021, 108–126) or otherwise authorized by the Congress. The Reserve constitutes the core portion of the commemorative core, which includes the National Mall, the Washington Memorial grounds, the Ellipse grounds, the White House, Lafayette Park, and the majority of West Potomac Park including the Tidal Basin and surrounding memorials, athletic fields, as well as the Lincoln Memorial and all grounds in the immediate vicinity and east to the Washington Monument grounds. The purpose of the Reserve was to preserve the L'Enfant and McMillan visions of the National Mall and prevent the space from being overbuilt (Congressional Research Service 2021, 12).

Area I constitutes the lands surrounding the Reserve and new commemorative works must be of "preeminent historical and lasting significance to the United States." Area II is the lands outside

**West Potomac Park**
**National Mall & Memorial Parks**

of Area I and the Reserve where "subjects of lasting historical significance to the American people" may be located (Congressional Research Service 2021, 13).

***Location Map Graphic Information***



*Figure 9.  Location Map (Smith Group, RHI, and Gray & Pape 2022).*

***State and County***

*State*

District of Columbia (DC)

*County*

Washington=

West Potomac Park
National Mall & Memorial Parks

# Management Information

*Management Category*

Must be Preserved and Maintained

*Management Category Date*

09/16/2023

*Management Category Explanatory Narrative*

The preservation of the West Potomac Park unit is specifically legislated: West Potomac Park was designated (as part of the larger Potomac Parks, as it was then known) by the 54th Congress on March 3, 1897, to be a "public park for the recreation and pleasure of the people."

West Potomac Park has a high degree of integrity, exhibiting five of the seven aspects of historic integrity as defined by the National Register of Historic Places program. The design concepts for the Potomac Parks were initially developed by 1901 with drawings presented to Congress by Colonel Theodore Alfred Bingham, Officer in Charge of Public Buildings and Grounds (1897–1903). A year later, a general scheme for the development of the park was presented in "The Improvement of the Park System of the District of Columbia," a comprehensive planning document that guided the development of the park system of Washington, DC. In addition to prescribing that the park should be of a naturalistic design that referenced scenic river bottoms and "great, open meadows fringed by trees," the report eloquently summarized the significance of the park thus: "Not the least advantage of such an extremely simple and absolutely informal landscape for Potomac Park is due to its position next to the strongly formal and elaborate scheme of the [National Mall], to which it would serve as a very happy foil and contrast" (Moore 1902, 118).

West Potomac Park is a nationally significant property. It is part of a group of resources that together formed a historic district in 2001, namely the East and West Potomac Parks Historic District nomination revision. West Potomac Park is also part of a group of resources that formed

the revised National Mall Historic District in 2016. Both historic districts are associated with significant movements in city planning, including the L'Enfant Plan of 1791, the McMillan Plan of 1902, and activities associated with the US Commission of Fine Arts, the National Capital Planning Commission, and the NPS. As a mostly constructed landform built by the US Army Corps of Engineers and composed of reclaimed land dredged from nearby watercourses and stabilized, the inventory unit is an outstanding example of a significant development in engineering.

West Potomac Park's national significance as a historic district and collection of congressionally legislated memorials justifies application of management category and must be preserved and maintained.

*Management Agreements*

| Management Agreement | Other Management Agreement | Management Agreement Expiration Date | Management Agreement Explanatory Narrative |
|---|---|---|---|
| Concession Contract/Permit | | | Guest Services operates concessions kiosks at the Lincoln Memorial, the Thomas Jefferson Memorial, Constitution Gardens, and the Tidal Basin. |
| Concession Contract/Permit | | March 31, 2025 | City Sightseeing (doing business as Big Bus Tours Washington, DC) operates approximately 19 stops within the National Mall including some in proximity to the Lincoln Memorial. The contract extends from April 1, 2015, to March 31, 2025. |

**West Potomac Park**
**National Mall & Memorial Parks**

*Legal Interests*

| Legal Interest Type | Fee Simple Reservation Expiration Date | Other Organization/Agency | Legal Interest Narrative |
|---|---|---|---|
| Fee Simple | N/A | None | The West Potomac Park cultural landscape is owned in its entirety by the NPS. |

*Adjacent Lands Information*

*Do Adjacent Lands Contribute*

Yes – Adjacent lands do contribute

Adjacent lands are lands located outside of the boundaries of the park's administrative unit. West Potomac Park is part of the NPS National Mall & Memorial Parks (NAMA), which includes much of the L'Enfant designed city. This area also includes much of the area that the Senate Park Commission (McMillan Commission) laid out plans for in its 1902 Plan. The NAMA boundary is bordered by lands associated with several NPS units including National Capital Parks East (NACE), President's Park (PRPA), Rock Creek Park (ROCR), Chesapeake and Ohio Canal (CHOH), and George Washington Memorial Parkway (GWMP). These adjacent lands contribute to NAMA generally and to West Potomac Park specifically. The Arlington Memorial Bridge and the Arts of War equestrian sculptures are contributing adjacent lands, as is the Rock Creek and Potomac Parkway, which terminates in the northwest part of West Potomac Park.

The linear, north-south trending Potomac Railroad Bridge (Long Bridge) and its associated earthen embankment is an adjacent land that contributes to the integrity of West Potomac Park. The railroad and embankment have traversed this area since before the Civil War and serve as the division between this park and its counterpart to the south, East Potomac Park.

Because West Potomac Park lies on reclaimed land, the Potomac River along the park's west side is an adjacent land that contributes to the integrity of the park. Although the river is not managed by the NPS, it is significant to the cultural landscape as part of its physical and visual setting.

Additionally, one of the primary modes of passive recreation at West Potomac Park is fishing (in some cases, fishing is classified as subsistence rather than recreational), therefore the water quality of the river is of critical importance to the cultural landscape. Flooding associated with the Potomac River also has a direct impact on West Potomac Park.

# Uses Information

*Functions and Uses*

| Major Category | Category | Use/Function | Historic Use | Current Use | Primary Use |
|---|---|---|---|---|---|
| Commerce / Trade | Commerce/Trade (Other) | | Yes | No | No |
| Government | Government Office | Government Office – Other | Yes | Yes | No |
| Government | Government Office | Maintenance Facility | Yes | Yes | No |
| Government | Government Office | Comfort Station | Yes | Yes | No |
| Government | Government Office | Visitor Contact (Visitor Center) | Yes | Yes | No |
| Government | Government Office | Interpretation Facility | Yes | Yes | No |
| Government | Monument (Building) | | Yes | Yes | No |
| Recreation / Culture | Music Facility | | Yes | Yes | No |
| Recreation / Culture | Outdoor Recreation | Sports/Athletic Field | Yes | Yes | No |
| Recreation / Culture | Outdoor Recreation | Outdoor Recreation-Other | Yes | No | No |
| Recreation / Culture | Outdoor Recreation | Golf Course | Yes | No | No |
| Recreation / Culture | Outdoor Sculpture (Statuary) | | Yes | Yes | No |
| Agriculture / Subsistence | Horticulture Facility | | Yes | No | No |

**West Potomac Park**
**National Mall & Memorial Parks**

| Industrial / Processing / Extract | Dam | Earthen | Yes | Yes | No |
|---|---|---|---|---|---|
| Defense | Military Facility (Post) | | Yes | No | No |
| Landscape | Leisure – Passive (Park) | | Yes | Yes | Yes |
| Landscape | Functional Landscape | Vehicular Circulation | Yes | Yes | No |
| Landscape | Functional Landscape | Pedestrian Circulation | Yes | Yes | No |
| Landscape | Fountain | | Yes | Yes | No |
| Landscape | Scenic Landscape | View | Yes | Yes | No |
| Landscape | Scenic Landscape | Vista | Yes | Yes | No |
| Transportation | Water-Related | Boat Launching Area | Yes | Yes | No |
| Transportation | Road-Related | Automobile | Yes | Yes | No |
| Transportation | Road-Related | Parking Area | Yes | Yes | No |
| Transportation | Pedestrian-Related | Horse/Bridle Trail | Yes | No | No |

***Public Access***

Unrestricted

*Public Access Narrative*

**West Potomac Park**
**National Mall & Memorial Parks**

West Potomac Park is open to the public for visitation at all hours of the day throughout the year. Certain elements of the park, such as staffed interpretive kiosks and concessions, have daily hours. Permits are required for demonstrations (speechmaking, picketing, vigils, marching, or religious services) and special events (fairs, festivals, parades, sports events) on parkland in the National Capital Region (for all groups larger than 25 people). Permits are required for use of the private reception areas at the Henry Bacon Ball Field (on 23rd Street and Constitution Avenue NE) and along Ohio Drive SW (between Independence Avenue SW and West Basin Drive SW). Additionally, permits are required for weddings that occur in the park. The three locations where weddings are allowed are: the Thomas Jefferson Memorial – West Lawn, the George Mason Memorial, and the DC War Memorial. The athletic spaces within West Potomac Park including the sand volleyball courts and the ball fields, require reservations in advance. Reservations can be made online through the recreation.gov website.

### Associated Ethnographic Groups

*Ethnographic Study Status*

Yes – Unrestricted Information

*Ethnographic Narrative*

Subsistence fishing has been documented as a cultural tradition in East and West Potomac Parks. Both African American and Piscataway fishermen and fisherwomen have used river resources in the Washington, DC area for centuries, and have long-standing, continuous relationships with the Potomac and Anacostia Rivers and their tributaries (Fiske et al. 2020, 320). In 2020, an Ethnographic Resources Study entitled "Subsistence Fishing on the Potomac and Anacostia Rivers" was prepared under a cooperative agreement between the University of Maryland, Department of Anthropology, and the NPS, National Capital Region, Cultural Anthropology Program in conjunction with the Chesapeake Watershed Cooperative Ecosystem Studies Unit (Fiske et al. 2020, 320). Through data collected from twenty-seven individuals interviewed in East and West Potomac Parks, the report details the significance of the park for African Americans, documenting oral histories that touched on both the importance of the site for fishing and fond memories of families going to the park in the 1950s because it was not segregated. Of the twenty-

**West Potomac Park**
**National Mall & Memorial Parks**

seven interviews conducted, 85 percent of the fishers were male, the average age was 48 years old, and the surveyed demographic was 70 percent African American and 15 percent Asian.

Also, because food scarcity is widespread in Washington, DC, the fish that are caught are often shared amongst family, friends, and neighbors and help offset the hunger faced by many. However, only certain species of fish are shared with certain groups. For example, blue catfish are shared first with friends, acquaintances, and neighbors, whereas striped bass are shared first with extended and immediate family. Subsistence fishing not only provides a source of food for the fishermen, fisherwomen, and their family, friends, and extended network, it also continues a tradition that spans many generations and can serve as a family bonding activity (Fiske et al. 2020, 320–322).

*Ethnographic Groups (O)*

| Ethnographic Group | Type |
|---|---|
| African American | Both Current and Historic |

**West Potomac Park**
**National Mall & Memorial Parks**

# National Register Information

*Documentation Status*

Entered – Inadequately Documented

*Documentation Narrative Description*

West Potomac Park was listed in the National Register of Historic Places (NRHP) as part of the East and West Potomac Parks Historic District, which was listed in the NRHP on November 30, 1973. The documentation associated with that nomination comprised 723.86 acres of parkland and included twenty-two features, including five contributing sites, three contributing buildings, three contributing structures, nine contributing objects, and two noncontributing buildings. The historic district was listed in the District of Columbia Inventory of Historic Sites on November 8, 1964.

In 1996 an updated nomination was prepared to evaluate major national memorials and monuments less than fifty years of age, and to provide documentation of historic landscapes in the National Register (NPS 2001, 20). The boundaries of the historic district were not changed for the revised nomination; however, it did note the park as approximately 730 acres. The revised nomination assigned to the historic district a period of significance of 1882 to 1997, which would have been "present" at the time of the documentation. The revised nomination expanded the scope to document fifty-one resources, including four contributing buildings, twelve contributing sites, eleven contributing structures, ten contributing objects, seven noncontributing buildings, four noncontributing sites, and three noncontributing objects. Of these resources, most are located in West Potomac Park. The documented features that fall within the boundaries of West Potomac Park include the Lincoln Memorial (Contributing Structure), the Lincoln Memorial Grounds (Contributing Site), the Reflecting Pool (Contributing Site), the Rainbow Pool (Contributing Site), the double rows of Dutch Elm Trees (Contributing Site) at the Reflecting Pool, the Arlington Memorial Bridge (Contributing Structure, falls outside of the West Potomac Park CLI boundary, not managed by NAMA), Constitution Gardens (Contributing Site), the Vietnam Veterans Memorial (Contributing Object), the Vietnam Women's Memorial (Contributing Object), the 56 Signers Memorial (Contributing Object), the Tidal Basin (Contributing Site), the Tidal

Basin Outlet Bridge (Contributing Structure), the Tidal Basin Inlet Bridge (Contributing Structure), the Independence Avenue Extension (Contributing Structure), the Kutz Memorial Bridge (Contributing Structure), the Commodore John Paul Jones Statue (Contributing Object), the First Japanese Cherry Trees Planting Plaque (Noncontributing Object), the Japanese Lantern (Contributing Object), the Japanese Pagoda (Contributing Object), the Franklin Delano Roosevelt Memorial (Contributing Site), the Number 4 Fountain (Contributing Object, the writing of the updated nomination predated the installation of the George Mason Memorial at the Number 4 Fountain), the Floral Library (Noncontributing Site, falls outside of the West Potomac Park CLI boundary), the Thomas Jefferson Memorial (Contributing Structure), the Thomas Jefferson Memorial Grounds (Contributing Site), the Japanese Cherry Trees (Contributing Site, both parks), and Ohio Drive, SW (Contributing Structure, both parks). Additionally, the revised nomination listed two Contributing Structures – the Potomac Railroad Bridge (Long Bridge) and the Stone Seawalls – as "Linkage Resources" and documents them within the boundaries of East Potomac Park. The revised nomination was accepted into the National Register on September 18, 2001.

The statue of Commodore John Paul Jones, dedicated on April 17, 1912, and located at 17th Street NW and Independence Avenue NW is one of fourteen individual statues that were included in the American Revolution Statuary NRHP Inventory, which was listed in the National Register on July 14, 1978. This nomination is concerned with the statues themselves, rather than the surrounding landscapes in which the statues are sited. The nomination includes outdoor pedestrian and equestrian statues commemorating figures of the American Revolutionary War period, rendered at life size or a little larger, standing throughout the City of Washington and owned by the NPS. The American Revolution Statuary was added to the District of Columbia Inventory of Historic Sites on March 3, 1979.

The Cuban Friendship Urn, originally installed in the now non-extant rose garden and put in storage in the late 1940s, was added to the NRHP on October 11, 2007. The urn was returned to West Potomac Park in 1998, installed along Ohio Drive SW overlooking the Potomac River just south of the 14th Street Bridges. The Cuban Friendship Urn was added to the District of Columbia Inventory of Historic Sites on February 22, 2007.

**West Potomac Park**
**National Mall & Memorial Parks**

The District of Columbia War Memorial was listed in the NRHP on July 11, 2014.

The Thomas Jefferson Memorial was added to the NRHP on October 15, 1966, which corresponds to the creation of the National Register of Historic Places established with the passage of the National Historic Preservation Act. The site was automatically listed on the NRHP and included both the bronze statue of Thomas Jefferson (Rudolph Evans) and the circular, open air structure (John Russell Pope, Otto R. Eggers, David P. Higgins) but omitted the grounds, which were designed by Frederick Law Olmsted, Jr., and Henry Vincent Hubbard. The Thomas Jefferson Memorial was added to the District of Columbia Inventory of Historic Sites on March 7, 1968.

The Korean War Veterans Memorial was listed individually on the NRHP on July 27, 1995.

The Lincoln Memorial was added to the NRHP on October 15, 1966. The nomination includes the memorial building (Henry Bacon) and the statue of Lincoln (Daniel Chester French) but does not include the grounds that immediately surround the monument (Frederick law Olmsted, Jr., James Greenleaf), the circular and radial roads, the Watergate Steps, or the Reflecting Pool. The Lincoln Memorial was added to the District of Columbia Inventory of Historic Sites on November 8, 1964.

The Lockkeeper's House, C&O Canal Extension, was listed in the NRHP on November 30, 1973, and was added to the District of Columbia Inventory of Historic Sites on November 8, 1964.

The Parkways of the National Capital Region (1913–1965) is a multiple property documentation entered into the National Register of Historic Places on May 9, 1991. It includes the Rock Creek and Potomac Parkway, which extends into and terminates within West Potomac Park.

The Franklin Delano Roosevelt Memorial was listed in the NRHP on May 2, 1997.

The Vietnam Veterans Memorial was listed in the NRHP on November 13, 1982.

Both East and West Potomac Parks are listed as contributing features in the Plan of the City of Washington (L'Enfant Plan; L'Enfant-McMillan Plan) National Register nomination, which was accepted into the National Register of Historic Places on April 24, 1997, and comprises some 3,565 acres. That nomination assigns a period of significance of 1790 to 1942, with 1791–1792 and 1901-1902 provided as significant dates (the development of the L'Enfant plan and the McMillan Plan, respectively). The end date of the period of significance (1942) was selected because the onset of World War II ushered-in numerous deviations from both plans, with former open space areas occupied by temporary buildings to support the war efforts and the initiation of rapid construction in the city to accommodate population growth and automobile use. The Plan of the City of Washington was listed in the District of Columbia Inventory of Historic Sites on November 8, 1964 (preliminary identification), major elements were designated on January 19, 1971, and the DC designation was expanded on January 23, 1997, to include all extant components of the historic plan.

West Potomac Park is documented as one of the four primary component landscapes comprising the National Mall Historic District. The National Mall was originally administratively listed as a historic site in the National Register in 1966 upon passage of the National Historic Preservation Act, although West Potomac Park was not included as part of the Historic Site. Documentation for the National Mall was submitted to the Keeper of the National Register in 1981. In 2010, a Programmatic Agreement executed for the National Mall Plan redefined the National Mall as a historic district with extended boundaries, a reevaluated historic context, and a new assessment of the significance of its resources. A revised nomination was entered into the National Register in 2016.

West Potomac Park
National Mall & Memorial Parks

*Concurrence Eligibility*

*Status*

Eligible—SHPO Consensus Determination

*Date*

8/07/2023

**National Register Significance Level**

National

Local

**National Register Significance – Contributing/Individual**

Contributing

**National Register Classification**

District

**Statement of Significance**

West Potomac Park, a spatially and functionally distinct area within the National Register-listed East and West Potomac Parks Historic District, and the National Register-listed National Mall Historic District, possesses historical significance and is potentially eligible on a national and local level under Criterion A in the areas of Politics/Government, Commemoration, Entertainment/Recreation, Social History, and Ethnic History (Black); on a national and local level under Criterion C in the areas of Community Planning and Development, Engineering, Architecture, Art, Landscape Architecture, and Transportation; and under Criterion D in the area of Archeology. The period of significance for Criterion A is 1791, the year in which President George Washington selected the site of the Nation's Capital and retained Pierre L'Enfant to develop a plan for the city, to the present, and 1791 to 1965 for Criteria C and D.

This effort utilizes the existing framework established by the National Mall Historic District, while adapting the narrative to reflect the significance of the West Potomac Park cultural landscape. Under Criterion A, the period of significance begins in 1791 with completion of the

L'Enfant Plan, which provided the symbolic placement of the executive and legislative branches of government along axes that intersected at a proposed memorial to George Washington and extends to the present. Under Criterion C, the period of significance begins in 1791 and extends to 1965 to incorporate early landscape improvements to the site that were undertaken as a result of the creation of Potomac Park and subsequent development. Criteria Considerations B, F, and G are also applicable to the West Potomac Park cultural landscape as there are moved resources and resources less than 50 years of age as well as many resources that are significant due to their association with commemoration.

It should be noted that based on the overall 2016 National Mall Historic District framework described above, the application of two periods of significance associated with the evaluation of resources resulted in some built features that satisfy Criterion A, due to their significance as the nation's foremost memorial to an individual or event or museum devoted to a people or a subject, and Criterion C, due to their age and scholarly consensus on their artistic merits. The Lincoln Memorial is one such National Mall feature. Other similar types of resources, however, are significant only under Criterion A because they are less than fifty years old and a consensus on their aesthetic importance has not been formed. Examples of this scenario include the Franklin Delano Roosevelt Memorial in West Potomac Park, completed in 1997, and the George Mason Memorial, completed in 2002. Further scholarship is warranted to justify exceptional design significance for resources that post-date 1965.

**National Register Criterion A** – *Associated with events that have made a significant contribution to the broad patterns of our history.*

*Area of Significance:   Politics/Government*
*Criteria Consideration: B, F, G*
At West Potomac Park, spatial organization, vegetation, land use, buildings and structures, views and vistas, and circulation systems come together in a choreographed expression that combines American democratic ideals and comprehensive city planning philosophies. In 1791, President George Washington selected the site of the Nation's Capital, as well as Maj. Pierre Charles

L'Enfant to plan the new city. The plan for the federal city, the only American example of baroque city planning, envisioned ceremonial open spaces centered around the functions of government and grand avenues oriented in radial compositions to connect, both visually and spatially, significant structures and monuments. Washington and Congress approved L'Enfant's plan for the location of the executive and legislative branches of the United States government, as well as the green space and proposed statue to Washington that connected the two, by the end of the year.

The placement of the seats of the legislative and executive branches of government, connected physically and visually through open space and a memorial to Washington, has formed the symbolic core of American government ever since. While the National Mall represents the separation of powers that defines American democracy and the active workings of the federal government, the commemorative focus of West Potomac Park provides a contemplative counterbalance, reinforcing the lessons of the past to those who carry the nation forward. As such, West Potomac Park is an exceptionally significant symbolic representation of American politics and government, and as a result, a natural location for important political demonstrations that have influenced the manner in which the nation is governed. West Potomac Park has also provided opportunities for more subtle expressions of federal diplomacy. The planting of the first two cherry trees in 1912 by First Lady Helen Taft and Viscountess Chinda, the wife of Japanese the Ambassador, on the north side of the Tidal Basin, was the first of several such symbols to be installed in West Potomac Park, including the granite Japanese lantern gifted from the Mayor of Tokyo in 1954 and the Cuban Friendship Urn, originally gifted by Cuban President Machado in 1928 and returned to the park in 1997 after a long period of storage.

On a more practical level, the transition of West Potomac Park from underutilized waterfront and dredge spoils to an extension of the L'Enfant Plan and the National Mall was the result of several large-scale federal initiatives. The parkland's reclamation, conducted by the US Army Corps of Engineers, was funded by annual Congressional appropriations. The resulting land that would become East and West Potomac Parks was reserved for recreational use by an 1897 Act of Congress. The parks have since been managed by a number of successive government agencies,

beginning with the Office of Public Buildings and Grounds, and currently by the NPS; as a result, the land has been shaped by numerous federal employees. During both World Wars, land in the two parks was used for the construction of office and dormitory buildings to support the war effort. Throughout the twentieth century, Congressional authorization of the sites, designs, and much of the construction funding for numerous memorials has altered the landscape of West Potomac Park considerably as successive generations overlay contemporary values onto those of their predecessors.

*Area of Significance:   Other – Commemoration*

*Criteria Consideration: B, F, G*

West Potomac Park contains the country's foremost collection of commemorative structures, which together represent the definitive history of twentieth-century American memorialization and is an integral component of the National Register-listed National Mall Historic District, the largest and most significant commemorative landscape in the United States. Several of the commemorative works within West Potomac Park are the primary national monuments to individuals and events significant in the nation's history, including presidents and military conflicts. These monuments and memorials are significant as indicators of broader cultural attitudes and represent the value placed on the commemorated subjects by their sponsors. Monuments such as the Lincoln Memorial are recognized as reminders of the enduring principles or contributions to our history of the commemorated individuals. The symbolic value of memorials to important events in our nation's history, such as the Vietnam Veterans Memorial, has invested them with their own historical significance, despite their commemorative purpose. The potential symbolism of such works can be seen in their use as sites for public protest on important issues, such as the use of the Lincoln Memorial as the location of civil rights demonstrations, and as gathering places at which to observe memorial occasions, as at the Vietnam Veterans Memorial. Also located in West Potomac Park are a small number of commemorative markers, memorials, and civic art that were either not congressionally authorized, are small in scale, represent less well-known events in American history, or commemorate local history. They include the Washington City Canal Memorial Stone and Plaque, and the District of Columbia War Memorial.

**West Potomac Park**
**National Mall & Memorial Parks**

The monuments and memorials of West Potomac Park bear witness to the value placed on the events and those who took part in them by the generations who created them, and they manifest the aesthetic principles of the eras in which they were created. As such, they derive their significance from their functions as national symbols and artistic master works, rather than from the individuals or events they commemorate. As noted above, the commemorative nature of West Potomac Park was the original intent of the McMillan Plan, although the first monument, erected in honor of Commodore John Paul Jones, was not completed until 1912. The park's most recent monument, the Martin Luther King, Jr. Memorial, was completed in 2011 but the significance of West Potomac Park as a canvas upon which successive generations of citizens and communities have written the story of the events, persons, and organizations that have shaped our society is expected to continue for the foreseeable future.

*Area of Significance: Entertainment/Recreation*

*Criteria Consideration: G*

Since 1901, when the first thirty-one acres of what is now West Potomac Park were transferred to the Office of Public Buildings and Grounds, West Potomac Park has been planned, designed, built, and operated as a public recreational space for residents and visitors to the National Capital, as well as a location for large-scale public performances and events for entertainment purposes. Its recreational and entertainment function is symbiotic with, but at the same time distinct from, its concurrent development as a concentrated locus of memorials and monuments that, though designed for a commemorative purpose, provide an aesthetically pleasing and ennobling setting.

West Potomac Park is significant as the site of continuing passive recreation in the form of memorial visitation, which began to be encouraged in the United States in the middle of the nineteenth century as part of a movement aimed at advancing the physical and mental well-being of American citizens and was integrated into the City Beautiful Movement of the early twentieth century. The harmonious interplay of commemorative and recreational functions was

envisioned in the 1902 McMillan Plan, which has been the guiding vision for permanent construction and public use of West Potomac Park in the 120 years since it was published. The Lincoln Memorial and (future) Jefferson Memorial served as the basic framework around which other commemorative features would be arranged, while the area south of the Washington Monument was designated for active recreation, including boating and swimming at the Tidal Basin.

Among the first improvements in the park, an athletic field was created south of the Tidal Basin in 1906. Two years later a polo field and bandstand were constructed west of the Tidal Basin, supporting both active and passive recreational interests. Since that time, West Potomac Park evolved to include facilities for tennis, golf, baseball, swimming, and football. Other amenities included gardens, fountains, and miles of strolling paths to facilitate passive recreational activities such as visiting memorials and enjoying fresh air and views. Today, the park still accommodates active recreation with dedicated ballfields, named polo grounds, and other informal areas. As an urban park visited yearly by more than 25 million people, it is also utilized for more passive recreational activities like strolling, visiting memorials and monuments, and participating in rallies, ceremonies, and festivals such as the Cherry Blossom Festival, hosted annually since 1935.

*Area of Significance: Social History*

*Criteria Consideration: G*

As an integral component of the National Mall Historic District, West Potomac Park is nationally significant as the site of demonstrations of American rights of free assembly and free speech related to some of the most important issues in our nation's history. Beginning in the first half of the twentieth century, American citizens used the public space of the historic district to express their opinions on social issues and seek influence over their representatives in the government. As a large open public space in the heart of the National Capital, and because of its symbolic and proximal relationship to the three federal houses of government, West Potomac Park and the National Mall have been the location of large-scale public demonstrations and protests since at least the 1930s. In addition to important civil rights demonstrations, such as Marian Anderson's

performance on the steps of the Lincoln Memorial in 1939 and the 1963 March on Washington for Jobs and Freedom, West Potomac Park hosted demonstrators of the Workers Alliance protesting cuts to the Works Progress Administration between 1935 and 1940. A week of "May Day" demonstrations against the Vietnam War, and attended by more than 40,000 protestors began in May 1971 at an encampment in West Potomac Park. Today, hundreds of public gatherings take place annually in West Potomac Park and the National Mall, many of which are focused on First Amendment activities as well as issues such as the environment, women's rights, HIV-AIDS, prisoners detained in Guantanamo, Cuba, immigration, and the Falun Gong in China.

*Area of Significance:  Ethnic History (Black)*
As envisioned, the Lincoln Memorial was to be the heart of West Potomac Park and the western terminus of the primary design axis through the Washington Monument to the Capitol. The symbolism of this preeminent placement of the Lincoln Memorial is clear—Lincoln as the heir to Washington's legacy, emancipator, and defender of the Union. The 1922 dedication of the monument, intended to help heal the wounds of the Civil War (before a segregated and mostly white audience), highlighted the disparate reality in 1920s America. The Lincoln Memorial soon became a powerful platform and public rally point for major events related to the civil rights movement. In 1939, being denied the opportunity to sing at Constitution Hall due to segregation policies imposed by the Daughters of the American Revolution, African American contralto Marian Anderson performed on Easter Sunday at the Lincoln Memorial. The event, encouraged by President Roosevelt and permitted by progressive Secretary of the Interior Harold Ickes, attracted a crowd of more than 75,000 individuals.

The Lincoln Memorial and its grounds were a natural location for demonstrations designed to persuade the American public of the importance of equal treatment of the races through the 1960s. Among the most successful of such events was the March on Washington for Jobs and Freedom on August 28, 1963, which took place on both the Washington Monument and Lincoln Memorial grounds. During the rally, the Rev. Martin Luther King, Jr., delivered his now famous "I Have a Dream" speech from the steps of the Lincoln Memorial. King was also involved in the early planning for the Poor People's Campaign, which took place in West Potomac Park in 1968

**West Potomac Park**
**National Mall & Memorial Parks**

not long after his assassination. The siting of the Martin Luther King, Jr. Memorial–the first memorial on the National Mall to honor an African American individual–at a nearby location in West Potomac Park acknowledges the importance of Dr. King's work for civil rights. The placement of the memorial on an axis between the Thomas Jefferson Memorial and the Lincoln Memorial symbolically confronts the disconnect between the penning, by Jefferson, of the Declaration of Independence and the contributions toward emancipation made by Lincoln.

**National Register Criterion C** – *Embodies the distinctive characteristics of a type, period, or method of construction, or represents the work of a master, or possesses high artistic values, or represents a significant and distinguishable entity whose components may lack individual distinction.*

*Area of Significance:  Community Planning and Development*
The plan for the federal city, designed by Pierre (Peter) Charles L'Enfant in 1791 and the only American example of Baroque city planning, envisioned public ceremonial open spaces centered around the functions of government and proposed grand avenues oriented in radial compositions to connect—visually, spatially, and functionally—significant structures and monuments. In 1901 the Senate Park Commission (renamed the McMillan Commission in 1902) was formed to direct the future growth of the District of Columbia. Its members – made up of architects, a landscape architect, and a sculptor, who were all influential in the City Beautiful movement – sought to develop a plan for Washington, DC that restored and expanded upon L'Enfant's vision for a city as a work of civic art. The McMillan Report was among the first implementations in the US of the City Beautiful movement, which prioritized Beaux-Arts and neoclassical design to manifest hierarchy, order, and monumentality in urban planning. Although the McMillan Report was not fully implemented, the guidance provided for what would become West Potomac Park influenced its development for the next several decades, culminating in the general plan that is still largely intact today. Key elements from both the L'Enfant Plan and the McMillan Plan exhibited at West Potomac Park include the cross axis that forms the spatial organization of the park and the reservation of land to be utilized for public recreational activities clustered around the functional buildings of government.

**West Potomac Park**
**National Mall & Memorial Parks**

*Area of Significance: Architecture*

*Criteria Consideration: F*

West Potomac Park exhibits a rich and varied collection of buildings and structures that exemplify the work of many of America's finest and most influential architects. From its inception by the McMillan Commission, which included renowned architects Daniel Burnham and Charles McKim, the area that would become West Potomac Park was envisioned as a masterwork of design to rival the finest urban parks of Europe. The neoclassical Lincoln Memorial, designed by architect Henry Bacon and modeled after the Parthenon in Athens to house the statue of President Lincoln designed by Daniel Chester French, was dedicated in 1922. The Reflecting Pool, also designed by Bacon, was completed in 1923. John Russel Pope, who is responsible for several monumental structures in Washington, DC, drew inspiration from the Pantheon of Rome for his design of the Thomas Jefferson Memorial. The District of Columbia War Memorial designed in 1919 by architect Frederick H. Brooke assisted by Nathan C. Wyeth and Horace H. Peaslee, is the only memorial on the National Mall dedicated to the District of Columbia and is a significant local example of memorial architecture. Other nationally renowned architects that have designed structures in West Potomac Park include the firm of McKim, Mead and White, Paul Philippe Cret, and Thomas Hastings.

*Area of Significance: Art*

*Criteria Consideration: B, F*

West Potomac Park is significant for its collection of artistic works commemorating significant American individuals and events in American history. The collection may be viewed as a national expression of our understanding of these individuals, but they also represent the aesthetic principles of the times in which they were conceived and executed by important artists of the twentieth century. Sculpture in particular is an important element at West Potomac Park integral to the architectural and landscape design – all three arts work together to convey the intended message of the various monuments. Recognizing this, Charles McKim advocated for the late addition of Beaux-Arts master Augustus Saint-Gaudens to the McMillan Commission. It was Saint-Gaudens who recommended the use of heroic bronze sculptures as the ideal medium to symbolize American identity. Daniel Chester French designed the seated sculpture of the

president for the Lincoln Memorial, which was carved from marble by the renowned Piccirilli Brothers of New York. Sculptor James Earle Fraser designed the John Ericsson Monument completed in 1927 and the bronze equestrian statues near the Lincoln Memorial at the entrance to the Rock Creek and Potomac Parkway. Other important representative sculptures include James Earle Fraser's "Arts of Peace" (1925–1933) and Rudulf Evans' nineteen-foot-tall bronze of Thomas Jefferson, installed at the Jefferson Memorial in 1947. While sculptural elements predominate, the monuments and memorials at West Potomac Park exhibit a range of artistic master works, including Jules Guerin's murals at the Lincoln Memorial depicting emancipation and reunification.

*Area of Significance: Landscape Architecture*

Landscape architects have been responsible for much of West Potomac Park's enduring character, helping to lay out its circulation system, its vegetation, and its spatial organization. A decade before reclamation of the land that would become the Potomac Parks was complete, the design and use of the park's landscape was the subject of attention of one of the nation's preeminent landscape architects, Frederick Law Olmsted, Jr. His interest and involvement in the park's design started with his participation on the McMillan Commission (1901-1902) and continued with his activities on the Commission of Fine Arts (1910–1918). The City Beautiful principles that the McMillan Plan recommended established a hierarchy of landscape spaces that would come to shape the overall experience of the park. Olmsted was a major influence in the general development of West Potomac Park, designed the Rainbow Pool at the east end of the Reflecting Pool (later incorporated into the World War II Memorial) and the landscape at the Thomas Jefferson Memorial. Landscape architect James L. Greenleaf, a former member of the Commission of Fine Arts, was responsible for the refinement of the setting around the Lincoln Memorial (working with landscape architect Irving W. Payne) and that of the District of Columbia War Memorial. A number of the resulting landscape features, including the iconographic Japanese cherry trees surrounding the Tidal Basin and the Dutch elms flanking the Reflecting Pool, have become symbols of the city of Washington, DC, as have the landscapes associated with such significant monuments as the Lincoln and Jefferson Memorials.

**West Potomac Park**
**National Mall & Memorial Parks**

*Area of Significance: Engineering*

East and West Potomac Parks were created by the US Army Corps of Engineers in one of Washington, DC's most ambitious reclamation projects. When Washington, DC was established in 1791, much of the area that is now West Potomac Park was either under the waters of the Potomac River or existed as shoals and wetlands at the margins of the Potomac River and Tiber Creek, a tributary of the Potomac. In the 1870s, Tiber Creek, which conveyed sewage, was enclosed in a major public works project that initiated the reclamation of the tidal flats. Although various efforts took place prior to that time, the 1882 congressional allocation of funds for the reclamation of the Potomac Flats formally initiated a focused thirty-year effort of the US Army Corps of Engineers to reclaim and stabilize the shoals. Land reclamation efforts were largely complete by 1909 when the new land was transferred from the US Army Corps of Engineers to the Office of Public Buildings and Grounds. The reclamation, intended to improve sanitation in the District of Columbia and to enable navigation of the Potomac River, produced some 730 acres of new land, which would become the blank slate on which the McMillan Commission created West Potomac Park as the western terminus of the National Mall.

Work included construction of extensive seawalls—a combination of dry-stacked masonry units and riprap—to maintain the new landform. The seawalls reflect developments in engineering technologies and the broader efforts of the US Army Corps of Engineers during the late nineteenth century to enhance major waterways across the Eastern US for public benefit. Dredging operations along the Potomac River continued into the 1930s under the direction of the US Army Corps of Engineers. The technology associated with dredging evolved during this period moving from less efficient sequences involving clamshell diggers, barges, and tramways to more efficient hydraulic dredging methods that deposited material uniformly without the need to build temporary infrastructure.

The design of the 107-acre Tidal Basin—at once an engineering feat meant to cleanse the Washington Channel of debris and an organizing feature in the landscape with respect to both commemoration and recreation—was the result of the combined efforts of Major William Johnson Twining and Colonel Peter C. Hains, both of the US Army Corps of Engineers. As

**West Potomac Park**
**National Mall & Memorial Parks**

designed, water from the Potomac would enter the Tidal Basin twice a day with the ebb and flow of the tide through inlet gates. As the tide recedes, these waters would exit through the outlet gates flushing the entire system of siltation. Part of the seawall of the Tidal Basin and a bridge was built in the 1940s by an engineering firm led by African American engineer Archie A. Alexander using a combined force of African American and white laborers, which was unusual during this period. Additionally, the flood control levee originally constructed in 1936 and upgraded several times over the years by the US Army Corps of Engineers is an earthen berm integrated into the landscape north of the Reflecting Pool that serves to reduce the threat of flood from the Potomac to the monumental core and downtown Washington, DC.

*Area of Significance:   Transportation*

Historic circulation patterns and features relating to evolving modes of transportation, the majority of which date to the first half of the twentieth century, are still extant at West Potomac Park. Related features include the system of walks and bridges around the perimeter of the Tidal Basin, and Ohio Drive, SW. A number of these features can be attributed to important architects, such as the Kutz Bridge, designed by Paul Philippe Cret. Another related feature is the Lockkeeper's House, the oldest constructed feature of the two parks and a remnant of the city's nineteenth-century canal system.

**National Register Criterion D** – *Has yielded, or is likely to yield, information important to prehistory or history.*

*Area of Significance: Archeology*

Within the boundaries of West Potomac Park are three significant archaeological features associated with Washington, DC's nineteenth-century infrastructure and urban development–-the Washington City Canal, the Lockkeeper's House Foundation, and the Tiber Creek Sewer. The Washington City Canal, completed between 1810 and 1815, followed Tiber Creek and served as an extension of the Chesapeake & Ohio Canal from the Potomac River to the Anacostia River. The Lockkeeper's House was built in 1837 at Lock B, the junction of the Chesapeake & Ohio Canal extension and the Washington City Canal. In the 1870s the Washington Canal was

abandoned and turned into the Tiber Creek Sewer for the purpose of conveying the city's waste into the Anacostia River. The Lockkeeper's House is the oldest building and the only extant aboveground remnant of the Washington Canal system in West Potomac Park. It was originally located at Lock B but has been twice relocated, first to accommodate widening of 17th Street in the early part of the twentieth century, and again in 2017 to move it further from the street, restore it, and create a visitor center.  Foundation remains of the Lockkeeper's House are also an archeological site within the park. Archaeological remnants of the Washington Canal and the Tiber Creek sewer are located beneath Constitution Avenue near Constitution Gardens.

Washington, DC's initial viability and growth during its early years depended on access to key transportation routes, by both land and water. Recognizing this, L'Enfant planned an inland canal to link the existing Georgetown wharves with the deepwater ports of the Anacostia River. Land routes were subject to crowding, blockage, and unpassable conditions in inclement weather. The controlled waters of a canal offered an efficient and reliable transportation route not subject to the tidal variations of the Potomac River.  The Washington Canal predates the more well-known Chesapeake & Ohio Canal and as an archaeological feature provides the opportunity to study the methods of canal construction during the early nineteenth century, and the potential to uncover vessels and artifacts that illuminate commercial life in the city during its early years.

A fourth archeological site, the 17th Street Wharf Archeological Site, is located within West Potomac Park, but its exact location was not discovered during construction of the 17th Street Levee in 2010–2012 therefore it was recommended not eligible for the NRHP and is a noncontributing feature to the West Potomac Park CLI.

### *National Register Significance Criteria*

Criterion A: Event

Criterion C: Design/Construction

Criterion D: Information Potential

**West Potomac Park**
**National Mall & Memorial Parks**

*National Register Criteria Considerations*

Criteria Consideration B: Moved Properties

Criteria Consideration F: Commemorative Properties

Criteria Consideration G: Properties That Have Achieved Significance Within the Last Fifty Years

*National Register Periods of Significance (with Historic Context Themes)*

| Start Year/Era and End Year/Era | Historic Context Theme | Subtheme | Facet |
|---|---|---|---|
| 1791 CE–Present | Creating Social Institutions and Movements | Recreation | General Recreation |
| 1791 CE–Present | Expanding Science and Technology | Technology (Engineering and Invention) | Transportation |
| 1791 CE–Present | Developing the American Economy | Transportation by Land and Air | Planned Roads, Highways and Freeways |
| 1791 CE–Present | Creating Social Institutions and Movements | Social and Humanitarian Movements | Civil Rights Movement |
| 1791 CE–1965 CE | Expressing Cultural Values | Architecture | Renaissance Revival, International, Period Revivals |
| 1791 CE–1965 CE | Expressing Cultural Values | Landscape Architecture | The City Beautiful Movement |

**West Potomac Park**
**National Mall & Memorial Parks**

*National Register Areas of Significance*

| Category | Subcategory (only for Archeology and Ethnic Heritage) | Narrative |
|---|---|---|
| Architecture | | |
| Art | | |
| Community Planning and Development | | |
| Engineering | | |
| Entertainment/Recreation | | |
| Ethnic Heritage | Black | |
| Landscape Architecture | | |
| Politics/Government | | |
| Social History | | |
| Archeology | Historic-Non-Aboriginal | |

*National Historic Landmark*

No

*World Heritage Site*

No

*National Natural Landscape*

No

*NRIS Information (with Other Certifications)*

*NRIS Name*

1.  East and West Potomac Parks Historic District

2.  National Mall Historic District

3.  American Revolution Statuary

**West Potomac Park**
**National Mall & Memorial Parks**

4. Cuban Friendship Urn

5. District of Columbia War Memorial

6. Thomas Jefferson Memorial

7. Korean War Veterans Memorial

8. Lincoln Memorial

9. Lockkeeper's House

10. Rock Creek and Potomac Parkway

11. Franklin Delano Roosevelt Memorial

12. Vietnam Veterans Memorial

13. L'Enfant Plan of the City of Washington, District of Columbia

*NRIS ID*

1. 73000217

2. 66000031, 16000805

3. 78000256

4. 7001053

5. 14000388

6. 66000029

7. 1000273

8. 66000030

9. 73000218

10. 5000367

11. 1000271

12. 1000285

13. 97000332

*Primary Certification Date*
1. 11/30/1973
2. 3/12/1997
3. 7/14/1978
4. 10/11/2007
5. 7/11/2014
6. 10/15/1966
7. 7/27/1995
8. 10/15/1966

**West Potomac Park**
**National Mall & Memorial Parks**

9.  11/30/1973
10. 5/4/2005
11. 5/2/1997
12. 11/13/1982
13. 4/24/1997

*Other Certification*
1.  Certification date: 9/18/01 for revised nomination for East and West Potomac Park Historic District
2.  Certification date: 11/29/2016 for revised nomination for National Mall Historic District (16000805)

### State Register Documentation

*Identification Number*

N/A

*Name*

N/A

*Listed Date*

N/A

# Chronology & Physical History

*Chronology*

| Start Year | Start Era | End Year | End Era | Major Event | Major Event Description |
|---|---|---|---|---|---|
| 13,000 | BCE | 1200 | BCE | Inhabited | The region around the District of Columbia was first inhabited by humans. |
| 1300 | CE | 1300 | CE | Inhabited | The Piscataway Indians settled in and around the greater Washington, DC region. |
| 1608 | CE | 1608 | CE | Explored | Captain John Smith explored and mapped the Chesapeake Bay and many of its tributaries, including the Potomac River and its Eastern Branch (Anacostia River). Smith was the first European to do so. |
| 1608 | CE | 1608 | CE | Inhabited | Nacotchtank Indian villages were extant in and around the Anacostia River. These villages were noted by Captain John Smith. |
| 1624 | CE | 1624 | CE | Platted | Captain John Smith published "The Generall Historie of Virginia, New-England, and the Summer Isles," which chronicled his navigations and mapping of the Potomac River and its Eastern Branch (Anacostia River). |
| 1650 | CE | 1700 | CE | Settled | European settlers arrived in the Washington, DC area, clearing the forests for cultivation of food crops and tobacco. |
| 1790 | CE | 1790 | CE | Land Transfer | The Residence Act of 1790 was signed into law on July 16, 1790. The law established a permanent seat of the federal government at a site on the Potomac River. Jurisdiction over the reservations was given to three city commissioners appointed by President Washington. |
| 1791 | CE | 1792 | CE | Planned | Pierre-Charles L'Enfant created the first plan for the District of Columbia. After L'Enfant resigned his role, the plan was modified and finished by surveyors Andrew Ellicott and Benjamin Banneker. |
| 1802 | CE | 1802 | CE | Land Transfer | Responsibility for the city reservations was transferred from the city commissioners to a Superintendent of Public Buildings. |
| 1807 | CE | 1807 | CE | Built | A wharf was built at the base of 17th Street NW near the present-day intersection of 17th Street NW and Constitution Avenue NW. The |

**West Potomac Park**
**National Mall & Memorial Parks**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | wharf extended into the open waters of Tiber Creek. The wharf was removed sometime during the reclamation of Potomac Park during the 1880s. |
| 1808 | CE | 1809 | CE | Built | Congress approved the construction of a bridge across the Potomac River (near the current location of the 14th Street Bridge). Construction on the Long Bridge started in 1808 and was completed by May 1, 1809. The bridge was built on thirty-nine earthen piers located in the Potomac River. The new Long Bridge facilitated the silting of the Potomac River, particularly on the existing shoals between the Washington and Virginia Channels of the river (the approximate location of the current East and West Potomac Parks). |
| 1810 | CE | 1815 | CE | Built | The Washington City was built along the route of the Tiber Creek, along the north side of the present-day mall. The canal connected the Potomac River to the Anacostia River. |
| 1816 | CE | 1816 | CE | Established | The Superintendent of Public Buildings was replaced by the Commissioner of Public Buildings. |
| 1828 | CE | 1837 | CE | Built | The Chesapeake and Ohio Canal was built between 1828 and 1837. Opened for traffic in 1831, it was connected to the Washington City Canal by 1837 via a connecting basin which was built adjacent to the current site of Constitution Gardens. |
| 1831 | CE | 1831 | CE | Damaged | Part of the Potomac Railroad Bridge (Long Bridge) was destroyed by flooding. |
| 1835 | CE | 1835 | CE | Built | The Potomac Railroad Bridge (Long Bridge) was re-opened with a new long earthen causeway across the shoals between the two channels in the Potomac River. The causeway further facilitated the growth of shoals in the Potomac River. |
| 1837 | CE | 1837 | CE | Built | The Lockkeeper's House was constructed at the C&O Canal basin at 17th Street and B Street North. The original house was 2.5 stories. |
| 1840 | CE | 1867 | CE | Damaged | Repeated floods destroyed the Potomac Railroad Bridge (Long Bridge) in 1840, 1843, |

West Potomac Park
National Mall & Memorial Parks

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 1856, 1860, 1863, 1866, and 1867. After each flood, the bridge was repaired. |
| 1849 | CE | 1849 | CE | Established | The Department of the Interior was established on March 3, 1849, and oversight of the Commissioner of Public Buildings was transferred from the authority of the President to the Department of the Interior. |
| 1867 | CE | 1867 | CE | Land Transfer | The city reservations were transferred from the Department of the Interior to the Office of Public Buildings and Grounds (OPBG), newly formed under the US Army Corps of Engineers. |
| 1870 | CE | 1870 | CE | Land Transfer | Through an act of Congress, the Pennsylvania Railroad took control of the Potomac Railroad Bridge (Long Bridge). The railroad was required to maintain the bridge and make it available for both railroad traffic and free public use. |
| 1870 | CE | 1870 | CE | Engineered | Congress appropriated funds for improvements to the Potomac River. Major Nathaniel Michler of the US Army Corps of Engineers commenced dredging operations to clear the channels. |
| 1870 | CE | 1910 | CE | Built | Over a period of approximately thirty years, the Potomac River Channels were repeatedly dredged to counteract the natural silting of the navigable channels. Much of the dredged material was dumped on the "Potomac Flats" (now West Potomac Park) and "Harbor Flats" (now East Potomac Park). Materials from various building sites around the growing city were also dumped in the area. |
| 1870 | CE | 1870 | CE | Destroyed | Portions of the Washington City Canal were filled-in, covered, and converted to a sewer. |
| 1870 | CE | 1870 | CE | Altered | The height of the Lockkeeper's House was reduced to 1.5 stories. |
| 1873 | CE | 1873 | CE | Built | B Street North (now Constitution Avenue) was built on top of the filled in Washington City Canal. |
| 1882 | CE | 1882 | CE | Excavated | Reclamation of the Potomac Flats and excavation of the Tidal Basin was officially authorized by Congress (August 2, 1882). As dredged material was deposited on the flats, an open sewer ditch (canal) leading from the outflow of the old Washington City Canal near |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 17th Street NW was built. This sewer ditch (canal) cut across the reclaimed lands and emptied into the Potomac River. |
| 1882 | CE | 1896 | CE | Built | The stone seawalls were built in stages around the future Tidal Basin and along the Potomac River shore. A gap was left where the original bathing beach, constructed in 1890, would be built. |
| 1884 | CE | 1887 | CE | Built | The Tidal and Inner Basins were constructed. The Inner Basin was located northwest of the Tidal Basin and connected by a small inlet. The area occupied by the Inner Basin roughly corresponded to the area around and just north of the present-day Martin Luther King, Jr. Memorial. |
| 1888 | CE | 1889 | CE | Built | The Tidal Basin Outlet Bridge was constructed by the US Army Corps of Engineers between 1888 and 1889. The bridge connected the Potomac Parks to Washington, DC. |
| 1890 | CE | 1890 | CE | Built | A bathing beach was constructed along the eastern shore of the Tidal Basin. |
| 1897 | CE | 1897 | CE | Established | On March 3rd, 1897, the United States Congress passed Senate Bill 3307, which established the entire area formerly known as the Potomac Flats as a public park. |
| 1900 | CE | 1900 | CE | Planned | Colonel Bingham prepared plans for developing West Potomac Park. |
| 1901 | CE | 1901 | CE | Land Transfer | In August, the first thirty-one acres of Potomac Park were transferred to the Office of Public Buildings and Grounds. These thirty-one acres were the first portions of West Potomac Park to be used for parkland. |
| 1901 | CE | 1902 | CE | Planned | The Report of the Senate Park Commission, "The Improvement of the Park System of the District of Columbia" (The McMillan Plan) was released. The document reimagined the monumental core and Mall area of Washington, DC through broad axial relationships between key monuments and civic buildings. The Plan also dictated the location of major memorials within West Potomac Park including the future Lincoln Memorial at the western end of the park, Reflecting Pool in front of the future Lincoln Memorial, and the future Thomas Jefferson |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Memorial at the southern end of the Tidal Basin. |
| 1901 | CE | 1902 | CE | Demolished | In 1901, the original Bathing Beach along the eastern side of the Tidal Basin was closed. The beach was demolished in 1902 to make way for the construction of 17th Street along the northeastern side of the Basin. |
| 1902 | CE | 1902 | CE | Built | A boathouse was built at the inlet between the Tidal Basin and the Inner Basin. |
| 1902 | CE | 1902 | CE | Built | A new bathing beach was established and built along the shores of the Inner Basin. |
| 1902 | CE | 1902 | CE | Built | A seawall was constructed at the location of the first bathing beach. |
| 1902 | CE | 1902 | CE | Altered | The height of the seawalls throughout West Potomac Park was raised by three feet. |
| 1903 | CE | 1903 | CE | Built | A macadam roadway from 17th and B Streets was built south towards the Tidal Basin and along the northeastern side of the Basin, terminating at a circle near Maryland Avenue. |
| 1903 | CE | 1903 | CE | Built | A new roadway connecting 15th Street around the southern side of the Washington Monument to the new extension of 17th Street was completed. The roadway included a bridle path, paved roadway, and cinder sidewalk. |
| 1903 | CE | 1903 | CE | Altered | The dilapidated Lockkeeper's House on 17th Street was renovated with new floors, joists, window sashes, dormers, and a new roof. The building was to be used as a tool house and watchman's lodge. |
| 1903 | CE | 1903 | CE | Land Transfer | The unimproved area between the Potomac Railroad Bridge (Long Bridge), Tidal Basin, and Potomac River was transferred to the Office of Public Buildings and Grounds. This area was planned to become a propagation garden for the Potomac Parks. |
| 1903 | CE | 1903 | CE | Built | Black wrought-iron piping was installed on the seawall bordering the northeastern portion of the Tidal Basin. |
| 1904 | CE | 1905 | CE | Altered | 17th Street in West Potomac Park was lined with portrait statues and vases that were a gift from the executive committee of the Louisiana Purchase exposition.  The statues and vases |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  |  | were intended as part of street decorations for the 1905 inauguration. |
| 1904 | CE | 1904 | CE | Built | A new Potomac Railroad Bridge (Long Bridge) carrying only rail traffic was completed. |
| 1904 | CE | 1905 | CE | Built | Lands around the future propagation garden were improved with new cinder walks and bridle paths. In addition, the land was graded, seeded, and sodded. |
| 1905 | CE | 1905 | CE | Built | Four concrete fountains were built south of the Tidal Basin in and around the propagation garden. |
| 1906 | CE | 1906 | CE | Altered | Railings were added to the Tidal Basin Outlet Bridge. |
| 1906 | CE | 1906 | CE | Built | A new bridge known as the "Highway Bridge," located north of the Potomac Railroad Bridge and south of the Tidal Basin Inlet, was completed in December. This bridge carried vehicular, pedestrian, and streetcar traffic. |
| 1906 | CE | 1907 | CE | Built | 17th Street was extended from its terminus at the northern end of the Tidal Basin around the north and west sides of the Basin, terminating at the inlet. The road included bridle and foot paths. |
| 1906 | CE | 1906 | CE | Moved | The bathing beach at the Inner Basin was moved to the Washington Monument grounds. |
| 1906 | CE | 1906 | CE | Built | A segment of road was built from the Outlet Bridge along the southern end of the Tidal Basin, around Number 4 Fountain, then along the Potomac River shoreline south into East Potomac Park. The road from the Tidal Basin Inlet south would become part of the Riverside Drive (later Ohio Drive). |
| 1906 | CE | 1908 | CE | Built | Ellipses with walking and bridle paths were constructed in the southwest and northwest quadrants of the Tidal Basin. |
| 1907 | CE | 1907 | CE | Demolished | The old Long Bridge was demolished leaving only the 1904 Potomac Railroad Bridge (Long Bridge) and the 1906 Highway Bridge across the Potomac in the vicinity of the Potomac Parks. |
| 1907 | CE | 1907 | CE | Built | A roadway extending from the Tidal Basin Inlet north along the Potomac River to the foot of 26th Street NW was completed. Initially |

**West Potomac Park**
**National Mall & Memorial Parks**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | named Riverside Drive, this roadway (and all others in the park) were lined by cinder bridle paths and footpaths. The roadway would later connect to the road south of the Tidal Basin Inlet, which followed the Potomac River into East Potomac Park, after the completion of the Tidal Basin Inlet Bridge. Renamed to Ohio Drive in 1950.  The road was also nicknamed "the Speedway." |
| 1907 | CE | 1907 | CE | Altered | The seawalls on the north and east side of the Tidal Basin were raised to a level of twelve or thirteen feet above sea level. |
| 1907 | CE | 1908 | CE | Altered | The boathouse located at the inlet to the Inner Basin was expanded. |
| 1908 | CE | 1908 | CE | Demolished | The Inner Basin, as well as the open sewer ditch leading from the old Washington City Canal (sewer canal) outflow across West Potomac Park to the Potomac River, was filled in. |
| 1908 | CE | 1908 | CE | Built | The Landing Basin was built at the north end of the Tidal Basin for boats. The Landing Basin consisted of a water basin with two small breakwaters, which extended into the Tidal Basin water. The Basin was located at the foot of 17th Street, next to the boathouse. |
| 1908 | CE | 1908 | CE | Graded | The Polo Grounds were graded and prepared for use. The field was located west of the Tidal Basin between the present Franklin Delano Roosevelt Memorial and the Potomac River. |
| 1908 | CE | 1908 | CE | Planted | Elm trees were planted along the Independence Avenue extension and the Potomac River in Potomac Parks. |
| 1908 | CE | 1909 | CE | Built | The Tidal Basin Inlet Bridge was constructed. The bridge was designed by architect Nathan Wyeth. The bridge was transferred to the OPBG in late 1909. |
| 1909 | CE | 1909 | CE | Built | B Street (Constitution Avenue) was extended west to meet Riverside Drive. |
| 1909 | CE | 1909 | CE | Altered | The 17th Street alignment along the northeastern side of the Tidal Basin was altered to connect to Maryland Avenue and 14th Street. |
| 1909 | CE | 1909 | CE | Land Transfer | On April 24, the majority of the land that became West Potomac Park was transferred |

**West Potomac Park**
**National Mall & Memorial Parks**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | from the Army Corps of Engineers to the Office of Buildings and Grounds. |
| 1909 | CE | 1909 | CE | Land Transfer | On August 16, the Easby Point site was turned over to the Office of Public Buildings and Grounds. With this acquisition, the lands comprising West Potomac Park were assembled. |
| 1909 | CE | 1909 | CE | Built | In 1909, the West Potomac Park bandstand was constructed at the southern end of the Polo Grounds. |
| 1909 | CE | 1909 | CE | Built | The approaches to the Tidal Basin Inlet Bridge were completed and opened. |
| 1910 | CE | 1910 | CE | Established | The Commission of Fine Arts (CFA) was created by an act of Congress. The CFA was charged with providing formal advice on matters of design and aesthetics as they affected public places within the District of Columbia. |
| 1910 | CE | 1910 | CE | Built | In 1910, the roadway across the Tidal Basin Inlet Bridge was opened for use. |
| 1910 | CE | 1910 | CE | Built | Following an appropriation of $25,000, grading, road, and bridle paths were constructed in unimproved portions of West Potomac Park. Water and drainpipes were installed, grass seed and various trees and shrubs were planted. |
| 1911 | CE | 1911 | CE | Altered | The cinder roadway on the Tidal Basin Inlet Bridge was replaced with a macadam surface. |
| 1912 | CE | 1912 | CE | Planted | First Lady Helen Herron Taft and Viscountess Chinda, wife of the Japanese Ambassador, planted two cherry trees on the north side of the Tidal Basin, just south of the present-day Independence Avenue. Approximately 1,800 additional cherry trees and fifty-five flowering peach trees were planted through the following months around the Tidal Basin. |
| 1912 | CE | 1912 | CE | Memorialized | On April 17th, 1912, the memorial to Commodore John Paul Jones was unveiled. The statue sculpted by Charles Henry Niehaus was placed in its location at the base of 17th Street between the road and the Tidal Basin. |
| 1912 | CE | 1912 | CE | Planted | Twenty-four trained Linden Trees were planted on the rear side of the John Paul Jones Memorial. |

| 1912 | CE | 1912 | CE | Built | A park lodge opened near the Potomac Park approaches to the Highway Bridge. |
|---|---|---|---|---|---|
| 1913 | CE | 1914 | CE | Built | Tennis courts were built on the site that would become Constitution Gardens. |
| 1913 | CE | 1918 | CE | Built | Between 1913 and 1918, various recreational features were built in West Potomac Park including tennis courts, baseball diamonds, a hurling field, pole vault, high and broad jumps, and hockey fields. Additional bridle paths were installed to connect gaps in the park. Sheep corrals were also installed in the park (the specific location of corrals is unknown). |
| 1913 | CE | 1918 | CE | Built | An esplanade was built along the Potomac River from the Inlet Bridge north. |
| 1914 | CE | 1914 | CE | Built | A three-hole golf course was constructed on land directly north of the Polo Grounds in West Potomac Park. |
| 1914 | CE | 1922 | CE | Memorialized | Construction of the Lincoln Memorial was started in 1914. The memorial construction was impacted by soil settling underneath some of the approaches to the monument. By 1921 the memorial was completed and officially dedicated on May 30th, 1922.  The statue of Abraham Lincoln was sculpted by Daniel Chester French and the memorial was designed by architect Henry Bacon. |
| 1915 | CE | 1915 | CE | Moved | The Lockkeeper's House was moved from its original location to allow for the expansion of 17th Street. |
| 1916 | CE | 1916 | CE | Established | The NPS was created by President Woodrow Wilson. |
| 1917 | CE | 1917 | CE | Altered | The Lockkeeper's House was converted into a Comfort Station. |
| 1917 | CE | 1920 | CE | Altered | The seawalls located on the river side of West Potomac Park were relocated farther into the river channel.  Construction started in 1917 and was completed by 1920. The reclaimed area was filled in and graded. |
| 1917 | CE | 1920 | CE | Removed | The old seawall along the Potomac River was removed after the new seawalls, which were built farther from the shoreline, were completed. |

**West Potomac Park**
**National Mall & Memorial Parks**

| 1918 | CE | 1918 | CE | Established | On May 15 1918, the first airplane mail service was started from the Polo Grounds in West Potomac Park. |
|------|-----|------|-----|-------------|------|
| 1918 | CE | 1918 | CE | Built | An eight-foot cement walk from the Tidal Basin Outlet Bridge to the Inlet Bridge was built. The walk followed the shore of the Tidal Basin. |
| 1918 | CE | 1918 | CE | Built | In the spring of 1918, the Tidal Basin bathing beach was opened on the current site of the Thomas Jefferson Memorial. The beach had previously been located on the George Washington Monument grounds (after two previous beaches around the Tidal Basin and Inner Basin had been removed). |
| 1918 | CE | 1918 | CE | Altered | Four liquid-chlorine dispensing mechanisms were installed in the arches of the Tidal Basin Inlet Bridge, turning the Tidal Basin into a giant chlorinated swimming pool. |
| 1918 | CE | 1918 | CE | Demolished | The tennis courts north of the future Reflecting Pool were demolished to make way for the World War I "Tempos" (temporary buildings). |
| 1918 | CE | 1918 | CE | Built | Two "Tempos" (temporary buildings) were constructed north of the future Reflecting Pool on the site of the former tennis courts. The buildings were occupied by the War and Navy Departments. |
| 1918 | CE | 1918 | CE | Destroyed | The boathouse, which was located near the Landing Basin, was destroyed by fire. The site was reseeded. |
| 1921 | CE | 1921 | CE | Built | A nine-hole golf course was constructed and opened north of the Polo Grounds. This area had previously served as a three-hole practice course. The golf course was known as the West Potomac Park Golf Course. |
| 1921 | CE | 1923 | CE | Built | Construction on the Reflecting Pool was started. By late 1922, the pool was completed although it was not filled until 1923. |
| 1922 | CE | 1923 | CE | Built | The Rainbow Pool was completed and filled. |
| 1924 | CE | 1924 | CE | Altered | A fountain was installed in the Rainbow Pool. |
| 1924 | CE | 1939 | CE | Developed | A segregated golf course was built north of the Lincoln Memorial for use by African Americans. |

| 1924 | CE | 1924 | CE | Memorialized | A bronze tablet was installed on the C&O Canal lockhouse to commemorate the 100th anniversary of the canal's opening. |
|------|----|------|----|--------------|---------------------------------------------|
| 1924 | CE | 1931 | CE | Memorialized | Funding was appropriated for the construction of a memorial to District of Columbia residents who served in World War I. Designed by architects Frederick Brooke, Horace Peaslee, and Nathan Wyeth, construction began in 1931 and was finished and dedicated by November 11, 1931. The memorial was originally intended for use as a bandstand. |
| 1924 | CE | 1924 | CE | Established | The National Capital Park Commission (later renamed the National Capital Park Commission and Planning Commission in 1928 and finally the National Capital Planning Commission in 1952) was established to develop coordinated, consistent, and comprehensive plans for the federal parks (and later federal lands) in the Washington, DC region. |
| 1925 | CE | 1925 | CE | Built | Circular and radial roads were completed around the Lincoln Memorial, double rows of elm trees were planted north and south of the Reflecting Pool, and walkways were constructed between the parallel rows of trees by mid-1925. |
| 1925 | CE | 1925 | CE | Demolished | The Tidal Basin bathing beach was removed, and the buildings demolished in summer 1925. Congress had originally made an appropriation in 1922 for a segregated facility for the District's African American residents. Significant progress had been made on this separate facility, however, by 1925, Congress had called for the removal of both beaches and their associated facilities. By late 1925, the entire area had been regraded and returned to its original appearance. |
| 1925 | CE | 1925 | CE | Land Transfer | The OPBG was renamed the Office of Public Buildings and Public Parks. The Office was transferred from the Army Corps of Engineers to the office of the United States President. |
| 1926 | CE | 1927 | CE | Memorialized | The John Ericsson Memorial was constructed and dedicated. The memorial was originally authorized in 1916, however, it was delayed for several reasons including a debate about |

**West Potomac Park**
**National Mall & Memorial Parks**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | the memorial's exact location and funding. The memorial was dedicated on May 29, 1926, but the stone statue was not placed until summer 1927. The statue was sculpted by James E. Fraser of New York. |
| 1926 | CE | 1927 | CE | Altered | Floodlights were installed around the Lincoln Memorial. |
| 1926 | CE | 1926 | CE | Altered | The Inlet Bridge was altered with a widened roadway and new approaches to the bridge. A new sidewalk was constructed outside of the original structure on the Potomac River side and a bridle path added to the original roadway. |
| 1926 | CE | 1932 | CE | Built | Design of the Arlington Memorial Bridge commenced in 1926. Construction began in 1929 and was dedicated in 1932. The bridge was designed by William Mitchell Kendall of McKim, Mead, and White. |
| 1927 | CE | 1927 | CE | Altered | Two restrooms were installed under the Lincoln Memorial. |
| 1928 | CE | 1928 | CE | Memorialized | A plaque was installed on the Lockkeeper's House to memorialize the structure and its history. |
| 1928 | CE | 1928 | CE | Built | A new boathouse was constructed near the base of 17th Street. The boathouse contained public restrooms as well as a lunchroom and storage area. |
| 1928 | CE | 1928 | CE | Memorialized | The Cuban Friendship Urn was placed in the nursery, south of the Tidal Basin Inlet Bridge. The urn was made of marble from a monument that originally stood in Havana, Cuba. The original monument was built to memorialize the *USS Maine*. |
| 1929 | CE | 1932 | CE | Built | Construction of the Watergate Steps was started in 1929. Designed by William Mitchell Kendall of McKim, Mead, and White, the Watergate Steps were intended to serve as a grand water gate entrance to the city for foreign dignitaries. Construction was completed in 1932. |
| 1930 | CE | 1930 | CE | Established | The Shipstead-Luce Act (Congressional Research Service 2021, 71-–31 & 76–248) directed the Commission of Fine Arts to review and approve designs of private construction projects in areas of federal |

**West Potomac Park**
**National Mall & Memorial Parks**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | interest within the national capital. The area covered by the act included Potomac Park. |
| 1931 | CE | 1931 | CE | Planted | The lands around Number 4 Fountain were planted with pansies. |
| 1931 | CE | 1931 | CE | Altered | Constitution Avenue, formerly B Street North, was widened, realigned, and extended. |
| 1931 | CE | 1931 | CE | Demolished | The wooden bandstand at the southern end of the Polo Grounds was demolished. |
| 1932 | CE | 1932 | CE | Planted | The plant nursery was converted into a Rose Garden. |
| 1933 | CE | 1933 | CE | Land Transfer | Executive Order 6166 transferred all public lands and buildings to the Office of National Parks, Buildings, and Reservations, Department of the Interior. The name of this bureau was changed to the NPS in 1934. |
| 1934 | CE | 1934 | CE | Memorialized | In 1934, a statue sculpted by Gutzon Borglum honoring William Jennings Bryan was dedicated near Easby's Point. |
| 1936 | CE | 1936 | CE | Built | The Civilian Conservation Corps (CCC) graded, topsoiled, and seeded a 1.5-acre hockey field in West Potomac Park. |
| 1936 | CE | 1936 | CE | Built | A temporary flood levee was built in response to flooding from the Potomac River. The levee was built from 17th Street near the Washington Monument west along the Reflecting Pool to the Lincoln Memorial. |
| 1936 | CE | 1936 | CE | Built | In 1936, the Works Progress Administration completed extensive road repairs in West Potomac Park due to an earlier flood. |
| 1937 | CE | 1937 | CE | Planted | Fifty white dogwood trees were planted around the District of Columbia War Memorial. |
| 1938 | CE | 1947 | CE | Memorialized | Construction on the Thomas Jefferson Memorial was initiated in 1938. Following the recommendations of the McMillan Plan, the memorial was located on the southern shore of the Tidal Basin, on the site of the former bathing beach and the oblong, athletic field. By 1943, the memorial was dedicated, however, the actual bronze statue was not placed until April 1947. The memorial was designed by John Russell Pope, the grounds by Frederick Law Olmsted, Jr., and the statue sculpted by Rudolph Evans. |

**West Potomac Park**
**National Mall & Memorial Parks**

| 1938 | CE | 1939 | CE | Built | A permanent flood control levee was built, replacing the earlier temporary structure. The levee ran north of the Reflecting Pool from the Lincoln Memorial to 17th Street. |
|------|----|------|----|-------|------|
| 1939 | CE | 1939 | CE | Demolished | The Lincoln Golf Course, located north of Lincoln Memorial, was permanently closed. |
| 1940 | CE | 1941 | CE | Altered | The seawalls around the future Thomas Jefferson Memorial were altered as a result of the memorial's construction. |
| 1941 | CE | 1943 | CE | Altered | Independence Avenue SW was extended westward with separate lanes for east- and west-bound travel. |
| 1941 | CE | 1943 | CE | Demolished | The 1928 boathouse was demolished as a result of Independence Avenue construction. |
| 1941 | CE | 1941 | CE | Built | A small boathouse, located on a small dock, was constructed on the eastern side of the Tidal Basin. |
| 1941 | CE | 1943 | CE | Altered | The north end of the Tidal Basin was altered into a lagoon to accommodate the new Kutz Bridge and extended Independence Avenue. |
| 1942 | CE | 1943 | CE | Built | Kutz Memorial Bridge, designed by Paul Philippe Cret in 1941, was constructed over the north end of the Tidal Basin. |
| 1942 | CE | 1942 | CE | Altered | In 1942, the Polo Grounds were paved over, and parking lots were installed for both the army and the navy. |
| 1942 | CE | 1942 | CE | Altered | Portions of the army parking lots were removed, and tennis and badminton courts were installed. |
| 1942 | CE | 1942 | CE | Demolished | The West Potomac Park Golf Course was demolished to accommodate World War II-era "Tempos" (temporary buildings). |
| 1942 | CE | 1942 | CE | Built | Additional "Tempos" were installed south of the reflecting pool and two temporary bridges were installed across the reflecting pool. |
| 1944 | CE | 1944 | CE | Built | A complex of dormitories, a mess hall, infirmary, and a recreational building were constructed on the former Polo Grounds for 2,500 WAVES (Women Appointed to Voluntary Emergency Services). |
| 1947 | CE | 1947 | CE | Demolished | The Rose Garden was demolished to make way for the new 14th Street Bridge. |

**West Potomac Park**
**National Mall & Memorial Parks**

| 1947 | CE | 1947 | CE | Removed | The Cuban Friendship Urn was removed and placed in storage to make way for the 14th Street Bridge. |
|---|---|---|---|---|---|
| 1947 | CE | 1950 | CE | Built | The Rochambeau Bridge (renamed Arland D. Williams, Jr. Memorial Bridge) was built from 1947–1950 and opened in 1950 to northbound travel. The bridge was located just north of the Potomac Railroad Bridge (Long Bridge). |
| 1950 | CE | 1950 | CE | Removed | By circa 1950, the use of bridle paths in West Potomac Park was discontinued due to increasing automotive traffic in the park. |
| 1950 | CE | 1950 | CE | Built | A guardhouse located at the corner of 23rd Street and Independence Avenue SW was built by NPS maintenance staff to provide shelter for traffic officers. |
| 1950 | CE | 1950 | CE | Memorialized | The Washington City Canal Memorial Stone and Plaque was dedicated at the Lockkeeper's House. The stone and associated plaque memorialized the role of the Washington City Canal in Washington, DC's history. |
| 1951 | CE | 1951 | CE | Memorialized | "The Arts of Peace" was installed at the entrance to Rock Creek and Potomac Parkway. The sculptures were designed and sculpted by James Earle Fraser between 1925 and 1933. "The Arts of War" statues were installed at the entrance to the Arlington Memorial Bridge. The sculptures were designed and sculpted between 1925 and 1933. |
| 1952 | CE | 1962 | CE | Built | Construction of walks which capped the seawalls around the Tidal Basin was completed. These new walks replaced previous cinder paths or other paved paths. Walks were made of concrete or bituminous materials. |
| 1954 | CE | 1954 | CE | Built | A temporary bell tower was constructed on the Polo Grounds to house carillon bells that were given as a gift from the people of the Netherlands to the United States as a thank you for the United States' role in the liberation of the Netherlands during World War II. |
| 1954 | CE | 1954 | CE | Rehabilitated | The Tidal Basin Inlet Bridge was rehabilitated with a new waterproof membrane and new asphalt roadway surface. |

**West Potomac Park**
**National Mall & Memorial Parks**

| 1954 | CE | 1954 | CE | Memorialized | The governor of Tokyo presented a 300-year-old granite Japanese lantern to the citizens of the United States. The lantern was placed on the north side of the Tidal Basin near the grove of the original cherry trees planted in 1912. |
|------|-----|------|-----|----------------|----|
| 1958 | CE | 1958 | CE | Memorialized | The First Airmail Flight Marker was dedicated across from the former Polo Grounds. |
| 1958 | CE | 1958 | CE | Memorialized | The Mayor of Yokohama gifted a Japanese Pagoda in commemoration of the Treaty of Yokohama. |
| 1960 | CE | 1960 | CE | Demolished | The temporary bell tower on the Polo Grounds housing the carillon bells was demolished after completion of a permanent location for the carillon near Arlington National Cemetery. |
| 1960 | CE | 1964 | CE | Built | Construction of the Theodore Roosevelt Bridge started in 1960. The bridge opened in 1964 and connected Constitution Avenue across the Potomac River to Northern Virginia. |
| 1960 | CE | 1964 | CE | Altered | The western end of Constitution Avenue NW was altered to connect to the Theodore Roosevelt Bridge. The original terminal structure at the Belvedere was retained, altered, and incorporated into the Rock Creek and Potomac Parkway alignment. |
| 1961 | CE | 1961 | CE | Rehabilitated | Repairs were completed on the seawalls. |
| 1961 | CE | 1962 | CE | Built | A new Tidal Basin boat dock and gate were constructed. |
| 1962 | CE | 1962 | CE | Built | The George Mason Bridge opened. |
| 1964 | CE | 1964 | CE | Removed | The statue of William Jennings Bryant was removed from Easby's Point. The statue was later installed in a park in Salem, Illinois, where it remains. |
| 1964 | CE | 1964 | CE | Demolished | The World War II "Tempos" located south of the reflecting pool on the Polo Grounds were removed. |
| 1965 | CE | 1965 | CE | Restored | The former Polo Grounds were restored. |
| 1965 | CE | 1966 | CE | Planned | The firm Skidmore, Owings and Merrill developed a Master Plan for the National Mall titled *Washington Mall Master Plan*. |
| 1967 | CE | 1967 | CE | Demolished | The 1904 Highway Bridge was demolished. |
| 1969 | CE | 1969 | CE | Built | A kiosk was built near the intersection of Ohio Drive SW and West Basin Drive SW to serve |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | the Tourmobile service, which operated in the park. |
| 1969 | CE | 1969 | CE | Memorialized | The Lasker Memorial Bench and Plaque was installed south of the Ericsson Memorial along Ohio Drive SW. |
| 1969 | CE | 1970 | CE | Rehabilitated | The Tidal Basin Inlet Gates were rehabilitated. |
| 1969 | CE | 1971 | CE | Memorialized | The First Air Mail Flight Marker was stolen in 1969 and replaced in 1971. |
| 1970 | CE | 1971 | CE | Demolished | The 1918 Main Navy and Munitions Buildings "Tempos" located north of the Reflecting Pool were demolished. |
| 1970 | CE | 1970 | CE | Altered | A pedestrian plaza was completed on the north side of the Thomas Jefferson Memorial. Previously, automobiles could drive the circle around the memorial. |
| 1971 | CE | 1971 | CE | Altered | The elm walks were paved with bituminous asphalt surface material and the flagstone pavers on the west end of the Reflecting Pool were covered with cobblestone, granite, and concrete panels. |
| 1972 | CE | 1972 | CE | Memorialized | A small plaque was placed in front of a tree along the Tidal Basin honoring the Sacred Heart School Class of 1972 in Manville, N.J. |
| 1972 | CE | 1972 | CE | Built | The third Highway Bridge (renamed the Rochambeau Bridge) was built. |
| 1972 | CE | 1976 | CE | Altered | Part of the Lincoln Circle between Henry Bacon Drive NW and Daniel French Drive SW (in front of the Lincoln Memorial) was closed to vehicular traffic seasonally. In 1976, this change was made permanent, transforming the area into a pedestrian plaza. |
| 1974 | CE | 1976 | CE | Memorialized | Construction on Constitution Gardens began in 1974.  Designed by Skidmore, Owings, and Merrill and Arnold Associates, the gardens are located north of the Reflecting Pool, on the site of former "Tempos".  The gardens were built to commemorate the nation's Bicentennial and were completed by 1976. |
| 1974 | CE | 1974 | CE | Altered | The 1938 flood control levee was rebuilt as part of the construction of Constitution Gardens. |
| 1975 | CE | 1976 | CE | Altered | An elevator, wheel-chair accessible ramps, restrooms, and modified sidewalks/entrances |

**West Potomac Park**
**National Mall & Memorial Parks**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | were added to the Lincoln Memorial in preparation for the Bicentennial. |
| 1975 | CE | 1975 | CE | Built | Temporary stables were built south of the Reflecting Pool in Ash Woods, near the District of Columbia War Memorial. |
| 1976 | CE | 1976 | CE | Built | A floating dock was installed near the John Ericsson Memorial. |
| 1976 | CE | 1976 | CE | Built | A comfort station was built south of the Reflecting Pool and northeast of the District of Columbia War Memorial. |
| 1976 | CE | 1976 | CE | Built | A kiosk was built south of the Thomas Jefferson Memorial along East Basin Drive. |
| 1978 | CE | 1978 | CE | Built | Eleven sand volleyball courts were installed north of the Lincoln Memorial. |
| 1981 | CE | 1981 | CE | Rehabilitated | The Reflecting Pool water intake and drainage systems were rehabilitated. |
| 1982 | CE | 1982 | CE | Memorialized | Authorized in 1980, the Vietnam Memorial was dedicated. Located on part of the site of the former Main Army and Munitions Buildings, the memorial paid homage to those who fought in the Vietnam War. The memorial was designed by Maya Ying Lin and architect of record, Cooper-Lecky Partnership. |
| 1984 | CE | 1984 | CE | Memorialized | The memorial to the 56 Signers of the Declaration of Independence was dedicated in Constitution Gardens. Authorized in 1978, the memorial was designed by EDAW Inc. in 1981. |
| 1983 | CE | 1983 | CE | Built | A kiosk was constructed east of Lincoln Circle between the Reflecting Pool and Henry Bacon Drive. The kiosk was built as an informational stand for the park and the Vietnam Veterans Memorial. |
| 1983 | CE | 1983 | CE | Built | The Charles Fenwick Bridge carrying Metro's Yellow Line across the Potomac River was completed and opened for use. The bridge was constructed north of the Potomac Railroad Bridge. |
| 1984 | CE | 1984 | CE | Memorialized | A bronze figurative sculpture and flagstaff were dedicated near the Vietnam Veteran's Memorial. Designed by Frederick Hart, *The Three Servicemen* (also known as *The Three Soldiers*) sculpture stands near the Vietnam |

**West Potomac Park**
**National Mall & Memorial Parks**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Memorial and commemorates the soldiers who fought in the Vietnam War. |
| 1984 | CE | 1984 | CE | Altered | The roadway at the top of the Watergate Steps was removed and paved over. |
| 1984 | CE | 1986 | CE | Rehabilitated | The Tidal Basin boat dock and gate were repaired. |
| 1985 | CE | 1985 | CE | Rehabilitated | The Kutz Bridge was rehabilitated and repaired with new masonry, a repaired bridge deck, and new steel girders. |
| 1985 | CE | 1986 | CE | Rehabilitated | The Tidal Basin Inlet Bridge was rehabilitated. Work completed included cleaning of all exterior surfaces and elements, as well as the installation of a new removable lock span. |
| 1986 | CE | 1986 | CE | Established | The Commemorative Works Act (Congressional Research Service 2021, 99-652) was enacted to guide the creation of new memorials in Washington, DC. The Act was intended to protect the vision and integrity of both the L'Enfant and McMillan Plans. |
| 1987 | CE | 1992 | CE | Altered | Walkways at the Vietnam Veterans Memorial were reconstructed by Romano Concrete Construction to improve accessibility. Other improvements were made including lighting, in anticipation of its 10th anniversary in the fall of 1992. |
| 1992 | CE | 1995 | CE | Memorialized | Construction of the Korean War Veterans Memorial was started in 1992. Originally authorized by Congress in 1986, the Korean War Veterans Memorial was dedicated in 1995. The memorial was designed by the architecture firm Cooper-Lecky Architects and the sculptures by Frank C. Gaylord II. The mural wall was designed by Louis Nelson. The memorial is located south of the Lincoln Memorial and Reflecting Pool. |
| 1993 | CE | 1993 | CE | Memorialized | Authorized by Congress in 1988, the Vietnam Women's Memorial was completed in 1993 to honor the women who served during the Vietnam era. Designed by architect George Dickie and sculpted by Glenna Goodacre, the memorial is located next to the Vietnam Memorial. |
| 1993 | CE | 1993 | CE | Built | Two food service buildings designed by Oehrlin & Associates Architects were built |

West Potomac Park
National Mall & Memorial Parks

| | | | | | |
|---|---|---|---|---|---|
| | | | | | near the Lincoln Memorial as combination food and gift shops. |
| 1994 | CE | 1994 | CE | Altered | A museum/visitor's center was added in the basement of the Lincoln Memorial. |
| 1997 | CE | 1997 | CE | Memorialized | The Franklin Delano Roosevelt Memorial was dedicated by President William Clinton in 1997. Authorized by Congress in 1955 with the formation of the Franklin Delano Roosevelt Memorial Commission, the memorial was designed by landscape architect Lawrence Halprin, who was selected in 1974. Construction began in 1994. |
| 1996 | CE | 1996 | CE | Built | A second kiosk was built between the Reflecting Pool and Daniel French Drive. This kiosk serves the Korean War Veterans Memorial. |
| 1997 | CE | 1997 | CE | Rehabilitated | The Cuban Friendship Urn was reinstalled in West Potomac Park. |
| 2000 | CE | 2002 | CE | Memorialized | Authorized in 1990, construction started on the George Mason Memorial in 2000. Designed by the landscape architecture firm Rhodeside and Harwell, the memorial was built on the site of the former Pansy Garden and Number 4 Fountain. |
| 2001 | CE | 2001 | CE | Altered | The Franklin Delano Roosevelt Memorial was altered to include a prologue room that included a sculpted statue of President Roosevelt in a wheelchair. |
| 2001 | CE | 2001 | CE | Built | A vehicle barrier system was installed around the Thomas Jefferson Memorial. |
| 2001 | CE | 2004 | CE | Memorialized | Authorized in 1993, the World War II Memorial was built around the former Rainbow Pool at the far end of the Reflecting Pool. Designed by a team including Friedrich St. Florian, George E. Hartman of Hartman-Cox Architects, the landscape architecture firm Oehme van Sweden & Associates, sculptor Ray Kaskey, and stone carver Nick Benson, the memorial honored those who fought in the Second World War. Construction began in 2001, was completed in 2004, and the memorial was dedicated the same year. |
| 2001 | CE | 2004 | CE | Built | As part of the World War II Memorial construction, a comfort station and |

**West Potomac Park**
**National Mall & Memorial Parks**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | information stand were constructed south of the memorial along Homefront Drive SW. |
| 2003 | CE | 2003 | CE | Memorialized | Authorized in 2000, the "I Have a Dream" speech plaque memorialized the famous speech given by Dr. Martin Luther King, Jr. in 1963. The plaque was installed on the Lincoln Memorial steps at the point where Dr. King delivered his world-famous speech. |
| 2003 | CE | 2003 | CE | Established | An amendment was passed to the Commemorative Works Act, which created three distinct spaces within the Washington, DC area that dictate the future siting of commemorative spaces. Most spaces within West Potomac Park were designated as the "Reserve," which prohibits any future commemorative spaces unless authorized prior to the 2003 Commemorative Works Act amendment. The areas in West Potomac Park outside of the "Reserve" were designated as "Area 1." |
| 2004 | CE | 2004 | CE | Memorialized | A memorial plaque was installed in paving near *The Three Servicemen* sculpture at the Vietnam Veterans Memorial. The plaque commemorates Vietnam veterans who have died because of Agent Orange exposure, suicide, cancer, and other causes related to their service in the war. |
| 2006 | CE | 2006 | CE | Established | A biofilm was first noticed on the Thomas Jefferson Memorial. |
| 2006 | CE | 2011 | CE | Memorialized | In 2011, the Martin Luther King, Jr. Memorial was dedicated. Initially authorized by Congress in 1996, construction commenced in 2006. Designed by ROMA Design Group and sculpted by Lei Yixin, the memorial is located on the northwest side of the Tidal Basin on axis with the Thomas Jefferson Memorial. |
| 2008 | CE | 2008 | CE | Rehabilitated | The gates of the Outlet Bridge were replaced and some additional improvements to surrounding infrastructure were completed. |
| 2008 | CE | 2008 | CE | Rehabilitated | The gates of the Inlet Bridge were replaced and some additional improvements to surrounding infrastructure were completed. |
| 2009 | CE | 2009 | CE | Established | The National Capital Planning Commission's Monumental Core Framework Plan was adopted to guide the future development of |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | the monumental core. The Plan included the extreme northwest portion of West Potomac Park and the 14th Street Bridge Complex areas. |
| 2010 | CE | 2010 | CE | Established | The NPS's National Mall Plan was published to guide the future of a sustainable National Mall. |
| 2010 | CE | 2010 | CE | Rehabilitated | The *Three Servicemen* statue was rehabilitated. |
| 2010 | CE | 2011 | CE | Rehabilitated | The DC War Memorial was rehabilitated and included stabilization, cleaning, landscaping, storm water management mitigation, as well as other work. The bluestone paving of the parallel paths was replaced in kind and widened from eight feet to ten feet. |
| 2011 | CE | 2014 | CE | Built | The 17th Street gap in the 1938 levee was closed with the construction of a new stone and cement structure. The gap in this new structure can be closed with posts and panels in the event of a flooding event. |
| 2011 | CE | 2012 | CE | Rehabilitated | The seawall in front of the Thomas Jefferson Memorial was rehabilitated. |
| 2012 | CE | 2012 | CE | Rehabilitated | The Lincoln Memorial Reflecting Pool was rehabilitated and rebuilt. |
| 2012 | CE | 2012 | CE | Built | Two pedestrian paths were built alongside both sides of the Reflecting Pool, replacing previous pedestrian social trails. |
| 2012 | CE | 2012 | CE | Altered | The elm walkways along the Reflecting Pool were resurfaced with granite pavers and asphalt paving. |
| 2013 | CE | 2013 | CE | Altered | The "Drum Major" inscription was removed from the Stone of Hope at the Martin Luther King, Jr. Memorial. |
| 2013 | CE | 2013 | CE | Moved | The Japanese Lantern was moved to a newly constructed plaza on the northwestern side of the Tidal Basin. The Plaza was intended to provide a more stable location for the lantern and reduce the impacts of erosion and compaction to the surrounding cherry trees. The First Cherry Tree Planting Plaque was also moved from its original location to this new plaza. |
| 2014 | CE | 2018 | CE | Planned | The National Desert Storm and Desert Shield War Memorial was authorized by PL 113-291 l. PL 115-18 authorized the memorial to be |

|  |  |  |  |  | located within Area 1. The location at the corner of Constitution Avenue and 23rd St NW was approved in 2018. Construction was planned for 2022. |
|---|---|---|---|---|---|
| 2015 | CE | 2016 | CE | Rehabilitated | The Kutz Bridge was rehabilitated with a repaired northeastern corner, widened south sidewalk, and repaved road. |
| 2015 | CE | 2015 | CE | Planned | Public Law 113–123 authorized the placement of the President Franklin D. Roosevelt Prayer Plaque in the vicinity of the World War II Memorial at the Circle of Remembrance. |
| 2015 | CE | 2015 | CE | Planned | An environmental assessment was completed of Constitution Gardens with recommended improvements and rehabilitation, including moving the Lockkeeper's' House. |
| 2017 | CE | 2017 | CE | Moved | The Lockkeeper's House was moved a second time as part of a major restoration plan for the building and a larger scale rehabilitation of Constitution Gardens. |
| 2017 | CE | 2018 | CE | Restored | The Lockkeeper's House was renovated and restored after being moved in 2017 to its new location. Additional landscaping and amenities were installed around the new location of the house. |
| 2017 | CE | 2018 | CE | Built | Granite stones were installed in the sidewalks and streets delineating the two previous historic locations of the Lockkeeper's House. |
| 2017 | CE | 2019 | CE | Rehabilitated | The George Mason Memorial underwent a rehabilitation effort. Work  included rehabilitation  of Number 4 Fountain repairs to sidewalks, refreshed perennial plantings, statue refurbishment, general cleaning, and other work. |
| 2018 | CE | 2018 | CE | Rehabilitated | The upper and lower roofs of the Lincoln Memorial were replaced, and masonry repair completed. |
| 2018 | CE | 2019 | CE | Rehabilitated | Waterlines throughout West Potomac Park were upgraded, rehabilitated, and replaced. |
| 2018 | CE | 2020 | CE | Planned | The Potomac River Tunnel Environmental Assessment was released in 2018 which outlined, among other items, the impacts of the District of Columbia Water and Sewer Authority Long Term Control Plan project on West Potomac Park. The project proposed an |

**West Potomac Park**
**National Mall & Memorial Parks**

| | | | | | |
|---|---|---|---|---|---|
| | | | | | underground tunnel to mitigate the impacts of combined sewer overflow during storm events. The proposed tunnel route would pass through a large portion of the western side of the park. In 2020, the NPS released a Finding of No Significant Impact (FONSI) for Alternative B of the plan. |
| 2019 | CE | 2019 | CE | Built | New wayfinding installations were installed throughout West Potomac Park and the larger National Mall area. |
| 2019 | CE | 2021 | CE | Restored | A two-year restoration project started on the Thomas Jefferson Memorial. Work included roof restoration, stone repairs, and general cleaning of the memorial. Biofilm was also removed from the memorial structure. |
| 2020 | CE | 2023 | CE | Built | In 2020, a groundbreaking ceremony was held for new stables in Ash Woods to replace the 1975 stables (demolished). The new stables include an education center, public viewing paddocks, improved pedestrian pathways, a permanent office building for US Park Police and staff as well as other amenities. |
| 2021 | CE | 2022 | CE | Built | The "Wall of Remembrance" at the Korean War Veterans Memorial was constructed. |
| 2021 | CE | 2021 | CE | Built | Repaving efforts were undertaken along the multi-use trail that connects West Potomac Park north along the Rock Creek Trail. Work included paving and construction of a newly dedicated pedestrian and bicyclist tunnel under the Theodore Roosevelt (I-66) Bridge. |
| 2021 | CE | 2021 | CE | Built | New pedestrian crosswalks were installed across Independence Avenue (connecting the MLK, Jr. Memorial to DC War Memorial) and connecting 18th Street to Constitution Gardens. |
| 2021 | CE | 2021 | CE | Built | Separated bike lanes were installed along East Basin Drive as part of the 15th Street cycle track. |
| 2021 | CE | 2022 | CE | Rehabilitated | The Parkway Drive volleyball court area underwent rehabilitation to improve and revitalize the playing areas. |

**West Potomac Park**
**National Mall & Memorial Parks**

---

*Physical History*

The following section provides information on the physical development and evolution of the

site, organized by time periods.


**PRE-CONTACT**

The pre-contact period for what was to become Washington, DC is largely formulated by

evidence found in the archaeological record. However, other sources such as firsthand accounts,

mapping, and regional studies have also provided information on this period.


Prior to the creation of the 395-acre landmass that resulted from placing dredge fill onto the

Potomac Flats (approximately 66 acres eventually becoming West Potomac Park with the bulk of

the landmass lying in East Potomac Park), much of the area that would become West Potomac

Park was tidal marshes and riverine terraces. Figure 10 illustrates the configuration of the river in

the area of the Potomac Flats during the first half of the eighteenth century. These floodplains

and terraces would have provided a natural environment for some of North America's early

inhabitants with lower water levels during the precontact period.

---

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 10.  An excerpt from Robert Brooke 1737 "plan of Patomack River, from the mouth of Sherrendo, down to Chapawamsick" (Brooke 1737). Map not to scale.*

The Paleoindian Period (13,000–9000 BCE) is the earliest well-understood era of Native American occupation of the Eastern United States. According to Dent (1995, 132–133), during the Paleoindian Period areas along the Potomac River would have provided the much-needed resources to support the early inhabitants of the regions. These early settlements, specifically in the Chesapeake Bay Region, were typically situated where a higher diversity of resources was available and either consisted of larger settlements or were smaller, more specialized camps that focused on specific tasks (Dent 1995, 137–138). Archaeologically speaking, these types of sites are typically characterized by the recovery of fluted, lanceolate-shaped projectile points and a complex tool kit made from curated stone and bone (Dent 1995, 124). The potential Pre-Contact occupation of the West Potomac Park area likely extended until the Middle Archaic Period (6500–3000 BCE), a warm, humid period that resulted in a gradual rise in sea level and the development of swamps. Up until this time, the West Potomac Park region may have remained a floodplain terrace and been continually occupied by the

Paleoindian and Archaic peoples. While these terraces are now buried, in 2018 geotechnical cores were taken of some of these terraces. The analysis of these cores indicated that the former landforms that may have been occupied by Native Americans were truncated or impacted by channel movement and erosion, thus limiting the potential for archaeological deposits within the former marshlands (Kreisa et al. 2019). Any impacts from channel migration would have been limited in the portions of present-day West Potomac Park that were not inundated in the nineteenth century. These areas, primarily along present-day Constitution Avenue, might still contain evidence of Pre-contact occupation by Native Americans beneath dredge fill deposits.

**PRE-1870**

By the Contact period and likely prior to that, the area that is now West Potomac Park was entirely submerged; however, the nearby shorelines of the Potomac and Anacostia Rivers as well as Tiber Creek, formerly known as Goose Creek, were inhabited by Native American settlements. What became Washington, DC was largely inhabited by Algonquin-speaking people who were part of the Conoy chiefdom prior to the arrival of Europeans (Klein 2018). According to Humphrey and Chamber (1977), four potential villages were once located within the limits of Washington, DC, one of which was a group of people called the Nacotchtanke, who lived on the banks of the Anacostia River (Figure 11). While settlements such as Nacotchtanke have yet to be formally located, it was likely in the southeastern quadrant of Washington, DC, along with other village sites noted by John Smith during his early-seventeenth century exploration of the area. The nearby shallow waterways, now West Potomac Park, would have been a prime area for fishing and exploitation of other natural resources like duck or duck potatoes, an edible tuber for the early inhabitants of the region. By 1673, the Nacotchtanke village is omitted from Augustine Herrman's map and it is believed they joined the Piscataway settlement further down the Potomac (LeeDecker and Baynard 2009).

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 11.  Detail from Virginia discovered and described showing location of Nacotchtanke (Smith 1624).*

Prior to the American Revolution, as early as 1650, Europeans began settling the area that is now Washington, DC. The region was generally rural, and predominately used as part of large tobacco plantations. However, port towns like Georgetown and Alexandria were more populated and shipped goods via the river. By 1783, George Washington had selected a location for the nation's capital "a bowl-like depression at the base of the Cumberland Mountains, heavily forested, barely populated, and forked by the junction of two rivers-the Potomac…and the Anacostia" (Lewis 1976:5). Congress agreed to this location in 1790, the same year the Residency Act of 1790 was signed into law.

In 1791, Pierre-Charles L'Enfant created the first plan for the District of Columbia. L'Enfant was a French engineer who fought for the Continental Army during the American Revolutionary War and was appointed by President George Washington to plan the new city. In addition to planning the location for prominent buildings like the Capitol and the White House, L'Enfant suggested the alteration of Tiber Creek to be used as a canal. Tiber Creek was a natural inland waterway that was also used for commercial purposes. L'Enfant's plans were to widen and channel the tributary to be used as a canal. In terms of the overall design of the new city, L'Enfant's urban development plan dictated that most streets should be arranged in a grid pattern with streets running in an east-west direction and cross streets traveling in a north-south direction (Figure 12). Larger streets were

**West Potomac Park**
**National Mall & Memorial Parks**

designed to run diagonally and were referred to as "Grand Avenues." The L'Enfant Plan specified that a "Grand Avenue" should extend west from the Capitol Building towards an intersection with a broad public walk that would extend north towards the future White House. A total of 6,111 acres fell under L'Enfant's plan, 541 of which would be set aside for governmental use (Lewis 1976). These 541 acres were purchased by Congress from the landowners at a rate of $66 an acre (Lewis 1976). Early in the design process L'Enfant played close attention to topography and strategically selected locations with higher elevations for buildings of importance, such as the Capitol and the President's House facing the Potomac River (Lewis 1976) (Figure 13 and Figure 14).

The work to bring L'Enfant's plan to a reality fell under the federal commissioners, who, at the time of construction of the White House, had complete control of the construction and general maintenance of the building (NPS 2003). In 1802, the duties of the federal commissioners were transferred to the Superintendent of Public Buildings (Thomas Monroe), formally ending the reign of the federal commissioners appointed in 1791 (NPS 2003). Monroe's role was nearly identical to that of the federal commissioners, which lasted for over a decade when the office of the Superintendent was abolished and replaced within a Commissioner of Public Buildings in 1816 (NPS 2003).

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 12.  The Mall as proposed by Pierre L'Enfant: from the original: Washington D.C. (L'Enfant, Owen, Bingham, and United States Army Corps of Engineers 1791).*



*Figure 13.  Topography of the federal city: Washington DC (Hawkins 1791).*



*Figure 14. White House Exteriors. White House in the early days from a painting. Note boats on what is likely the confluence of Tiber Creek and the Potomac River (Horydczak ca. 1920–1950a).*

Growth of the city was slow for several decades as it was poorly populated. This area could still be considered backcountry, as it was largely dominated by forest and swampland. In 1806, Pennsylvania Avenue was described as "much a wilderness as Kentucky" and the roads leading to most government buildings, beautifully planned by L'Enfant years earlier, were deeply rutted and impassable in some locations (Froncek 1977).

During influxes of population, when Congressional sessions were ongoing the city was occupied by the upper crust of society. In the off periods most legislators moved back to their home state as they didn't wish to live in Washington, DC year-round. English merchant Adam Hodgson noted in 1819:

> Scarcely any of the members reside here, except while Congress is sitting, and then they are in lodgings. The ladies, who accompany their fathers and husbands to see a little of the world, are situated very much as they would be at Harrowgate or Cheltenham, and there are usually many strangers in pursuit of entertainment (Hodgson 1819).

The population of Washington, DC grew slowly, even though it was strategically located near the confluence of two rivers. However, these water sources did not go unused by those that did inhabit the city all year. The Potomac River and Tiber Creek provided easy access to fresh fish and waterfowl, which continued during the eighteenth and early to mid-nineteenth century and provided another source of revenue and food for nearby plantations. Enslaved individuals on George

**West Potomac Park**
**National Mall & Memorial Parks**

Washington's plantation for example, harvested shad and herring as a source of income for the property (Fiske et al. 2020). Additionally, small communities of free blacks also worked the deeper waters of the Potomac much like commercial fishermen. Access to a wharf known as Commissioners Wharf (1792), located along the Tiber Creek between present-day 21st and 22nd Streets NW, also allowed for ease of access to goods. Little is known about this wharf, as it was no longer in use by 1818 and seemingly disappears from the historical record. It is however recorded as an archaeological resource in the DC HPO's mapping.

In 1806, construction of the 17th Street Wharf was enacted by the City Council for the City of Washington (NPS et al. 2009). This act granted $2,000 for the construction of the wharf with details on its specifications presented in the *National Intelligencer* in 1807 as well as a request for proposals for the construction of a platform in 1808 (NPS et al. 2009) (Figure 15 and Figure 16). In its early years, materials brought into the city via the wharf included planks, stone, sand, bricks, and other building materials needed for the young city as well as household items such as candles and soaps (NPS et al. 2009).



*Figure 15.  1807 Advertisement for Materials Associated with Construction of 17th Street Wharf (National Intelligencer 1807).*

---



*Figure 16.  1808 Advertisement for Request for Platform Construction at 17th Street Wharf (National Intelligencer 1808).*

The wharf was to be located at what was the terminus of present-day 17th Street NW at Tiber Creek. At the time, this large earthen mound extended more than 500 feet into the Tiber Creek and served as a major shipping point for Washington through the nineteenth century. The significance of this landscape feature not only relates to the growth of Washington, DC as a young city and as the first public works constructed by City Council, but also holds importance as a part of the former built environment that was constructed and likely utilized by the African American workforce, both free and enslaved (LeeDecker 2013). Over the next 90 years, the wharf was continually used as a major shipping port, with a dramatic increase in use after 1833, when it connected to the new Washington City Canal and the Washington Branch of the Chesapeake & Ohio (C&O) Canal. During the 1840s and 1850s, coal and wood were the primary materials arriving in Washington, DC (NPS et al. 2009).

Construction of the Washington City Canal started shortly after the wharf, with the initial phase of construction completed by 1815. In 1828, construction of the C&O Canal began. It opened for traffic in 1831 and connected to the Washington City Canal by 1837. During this period, Washington was rapidly expanding and the need for such transportation routes to easily move goods into the city was vital to support the growth and commerce of the city (Figure 17 and Figure 18).

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 17.  Detail of DeKrafft's* Map of the City of Washington, *1846 showing the 17th Street Wharf and Washington City Canal (DeKrafft 1846).*

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 18.  Detail of Boschke's Map of Washington City, District of Columbia, 1857 showing 17th Street Wharf and Tiber Creek (Boschke 1857).*

One year after the construction of the 17th Street Wharf, work began on the Long Bridge extending across the Potomac River to connect 14th Street NW to Alexandria, Virginia (Figure 19) (Chapell 1973, 7). In 1825, Prince Carl Bernhard of Saxe-Weimar Eisenach wrote about the Long Bridge, spanning the Potomac:

> Over the Potomac there is a long wooden bridge, built upon ordinary cross-beams. I measured it, and found it to be fifteen paces broad, and one thousand nine hundred long. … It required nineteen minutes to walk from one end to the other…This bridge astonishes by its length, but not at all in its execution, for it is clumsy and coarse (Bernard 1825).

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 19.  City of Washington from beyond the Navy Yard, showing the Long Bridge in the distance, connecting Virginia to the city (Cook 1834).*

In 1837, a home for the lockkeeper at Lock House B was constructed at the 17th Street Wharf (NPS 2016, 40). The lockkeeper's primary role was to facilitate traffic flow between the Washington City Canal and the C&O Canal, as well as to collect tolls and to keep a record of trade between Washington and Georgetown. The two-story, fieldstone lockkeeper's house, which has since been moved from its original location twice, is the oldest building on the National Mall. This building served as the lockkeeper's residence until 1870 when the connection to the C&O canal was no longer necessary. After the creation of West Potomac Park, the Lockkeeper's House was subsequently converted to use as a watchman's lodge and tool house around 1903.

Both the C&O and Washington City Canals provided easy opportunity for the dumping of sewage and other waste, which quickly created a public health hazard and overall nuisance for the city. Before long the canals became nothing more than open sewers. Other issues related to the operation and eventual downfall of the canals included right-of-way disputes, labor riots,

floods, and later in the nineteenth century, competition with the expansion of the rail system (HABS 1993).

During the Civil War, the 17th Street Wharf, as well as other wharves along the Potomac, were significant features for the military occupation of Washington, DC (Figure 20). They served as supply depots and staging areas for troops stationed in the area. More specifically, an escape boat was docked at the 17th Street Wharf to allow for the quick escape of government officials should the city fall under attack (NPS et al. 2009).

The troop occupation of the area was so intense that a Union soldier commented that one might think the majority of the Union Army was on leave (Floyd 1985, 77). While much of what would become West Potomac Park was largely under water during this period, just to the east, the open Washington Monument Grounds served as a staging area to train troops and to allow livestock to graze. Washington, DC also became home to many formerly enslaved people who lived in the hundreds of 'Contraband Camps' located in the district. While Washington, DC saw little in the way of combat or conflict during the Civil War, it was used as a staging area for both sides which greatly affected the resources in the area, leaving it in near shambles. The young city was in such a state that a senator in 1870 described it as "the ugliest city in the whole country" (Fogle 1991).

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 20.  Detail from a Defenses of Washington, DC. Showing the Project Vicinity, Fort Stevens, and Nearby Fortifications in Northwestern Washington, DC (Barnard 1865).*

**RECLAMATION AND RAISING OF THE POTOMAC FLATS, 1870–1912**

During the 1870s the neglected canal system created such a public health concern that citizens requested dredging or burying the Washington City Canal (Katz and Lamzik 2015). However, instead of filling in the canal, Alexander "Boss" Shepherd of the Board of Public Works, opted for an adaptive reuse of this feature and converted a portion of the Washington City Canal into a sewer system (HABS 1993). What is now Constitution Avenue was the former alignment of the canal and the sewage disposal outlet was positioned at the 17th Street NW Wharf, which allowed all waste to drain into the Potomac River Flats. These flats were the results of accumulated sediment in the river deposited in the shallower parts of the river (Figure 21 and Figure 22).

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 21.  Detail of Map Showing Sewer Locations, circa 1892 (Lusk 1892).*



*Figure 22.  Detail of Color Print of Washington, 1892 showing the wharf (Currier and Ives 1892).*

**West Potomac Park**
**National Mall & Memorial Parks**

The dredging of the various channels of the Potomac River was a continual process in the late nineteenth century, required for navigation of the river and for removing offensive waste. At that time, dredge material was deposited haphazardly in any available location that did not interfere with navigation. In 1870, Congress appropriated funds to improve the Potomac River, which was delegated to the Army Corps of Engineers. As a site for depositing the dredge material was needed, Major Nathaniel Michler recommended that the "Potomac Flats", now West Potomac Park, be used for this purpose. His suggestion went unheeded and for the next decade, numerous operations were undertaken along the river to improve its navigability and reduce sedimentation.

By the late-nineteenth century, the wharf doubled in length, and according to a report by Brigadier General H.G. Wright:

> The present wharf is an earthen causeway extending out from the south end of Seventeenth street west, some 1180 feet. On the east side of the wharf is the old canal basin which cannot now be used for bringing vessels alongside the wharf owing to its being closed by a temporary earthen dam across its outer end, during the prosecution of the work of constructing at this front the sluice ways for the Carp ponds. On the west side is a shallow dock in which the vessels of those now doing business on the wharf are moored… (Wright 1881).

That same year, National Dredging, contractors to the US Army Corps of Engineers, commenced operations of dredging the Washington Channel. Starting at the northern (upper) limit of the channel, National Dredging utilized clamshell dredge machines, scows, and a "tramway" (railroad) to move the wet material from the channel to the flats. Within six months, some 240,111 cubic yards of dredge had been deposited, forming an ovoid landmass 700 feet wide and 1,200 feet long (Chapell 1973, 26).

On August 2, 1882, Congress initiated the reclamation of these shoals, to be undertaken in three stages that commenced with 135 acres in what would become West Potomac Park, 277 acres in the vicinity of the Tidal Basin and, lastly, some 327 acres in what would become East Potomac Park. That same year, Major Peter Conover Hains was assigned to oversee the reclamation project. By November 1882, Hains selected P. Sanford Ross of New Jersey from nine bids

**West Potomac Park**
**National Mall & Memorial Parks**

submitted for the project. Again, dredgers loaded material into scows that were then dumped into railcars that then deposited the dredge material atop the flats; the dredge material was then spread mechanically with machines and pumps.

In 1889, a disastrous flood destroyed the C&O Canal with 1,000,000 cubic yards of silt deposited into the recently dredged channels of the river (Katz and Lamzik 2015). This flood suspended river trade and set back the reclamation of the Potomac Flats by several years. However, by 1901 more than 621 acres of undevelopable land was reclaimed including the 17th Street Wharf, which was covered by dredge material and was modified to be the park entrance extension for 17th Street NW (Chapell 1973; LeeDecker and Baynard 2009). This major earthmoving effort and reuse of the Washington City Canal into a sewer is still considered a major engineering effort of the nineteenth century (Katz and Lamzik 2015). According to Katz and Lamzik (2015) the remains of the 17th Street Wharf are located on the eastern edge of Constitution Gardens (Katz and Lamzik 2015, 5) (Figure 23).



*Figure 23. 1893 Map of Washington DC, showing the initial axis from the Capitol to the Washington Monument (Matthew-Northrup Co. 1893).*

**West Potomac Park**
**National Mall & Memorial Parks**

There was a great deal of pressure from commercial interests to divide the property and sell it as a reimbursement for the money spent to reclaim the land. Industries such as railroads and private businesses wanted portions of the newly made land for their own ventures. Advocates such as Charles Carroll Glover, among others, pushed to have the reclaimed land made into a park and on March 3, 1897 by Senate Bill 3307, it was declared that the area formerly known as the Potomac Flats would be forever held and used a park (Chapell, 1973, 66) (Figure 24).



*Figure 24.  1901 Painting, View looking northwest from Anacostia, illustrates L'Enfant's grand plan of the city as well as the green spaces along the Potomac River (Trout 1901).*

**THE MCMILLAN PLAN (1902)**

The vision to transform this area into a park and extend the Washington Monument Grounds west, was partially developed by L'Enfant's 1791 plan but was largely the result of McMillan's Plan of 1902 (Figure 25 and Figure 26). The McMillan Plan or the Report of the Senate Park Commission, originally called "The Improvement of the Park System of the District of Columbia" was a comprehensive planning document for the National Mall and surrounding parks of DC. The Senate Park Commission at the time was headed by Senator James McMillan, who actively led the Commission's vision for the city (Moore 1902, 12).

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 25.  Model image from McMillan plan presents existing conditions from 1902 (Moore 1902).*



*Figure 26.  Model image from McMillan plan presents the proposed design, 1902 (Moore 1902).*

The McMillan Plan set up a framework to develop the city based on European architecture, gardens, and city planning, as well as the blossoming City Beautiful Movement (Figure 27). The introduction of the plan document stated:

> The object of the present investigation is to prepare for the city of Washington such a plan as shall enable future development to proceed along the lines originally planned

– namely, the treatment of the city as a work of civic art – and to develop the outlying parks as portions of a single well-considered system (Moore 1902, 12).



*Figure 27.  Illustration from McMillan plan depicting the proposed Lincoln Memorial, Watergate stairs down to the Potomac River, and the Memorial Bridge crossing to Arlington (Moore 1902).*

The McMillan Plan determined the general layout and cruciform pattern of the park and set aside land for the establishment of major memorials. It also called for the construction of a Memorial Bridge connecting Washington, DC to Arlington, Virginia. Initial design concepts for West Potomac Park were developed in 1901 with drawings presented to Congress by Colonel Theodore Alfred Bingham, Officer in Charge of Public Buildings (1897–1903) (Figure 28). In 1904, the general plans for the creation of the park were drafted into a comprehensive planning document that guided the development of the park system, which dictated that the park should be of naturalistic design. The development of this new terrain into parklands would be no easy task as the new reclaimed land was quickly taken over by wild grasses, willows, bushes, and trees that had settled in the fertile muds of the Potomac (Chapell 1973, 95).

The plans for the interior of Potomac Park specified locations for the Lincoln Memorial and future major memorials, as well as the Tidal Basin and recreational elements including a public bathing beach and pool, tennis courts, bicycle paths, and polo fields among others. However, it

wouldn't be until the 1930's that President Roosevelt would recommend a memorial to Thomas Jefferson be constructed. New roadways were also part of this overall vision. In 1902, a new roadway along the north side of the Tidal Basin was constructed. Opened in 1903, this road passed by the Washington Monument grounds and was even reserved on Saturday from 4:00 p.m. to 6:00 p.m. for "speeding purposes" (Chapell 1973, 97).

**PREPARATION FOR MAKING PARKLAND (1902–1912)**

Development of the parkland was initiated quickly by the Army Corps of Engineers.

> The immediate planning and development was left to the Corps of Engineers. Colonel Bingham drew up a plan for improving the small part of West Potomac Park in his charge and submitted it on July 5, 1902. The Chief of Engineers approved it on July 10, and four days later Symons put a crew to work (Chapell 1973, 96–97).

Soon after the parkland was designated, Major Symons planned 50 acres for a propagation nursery to cultivate trees and shrubs to plant on the parkland as it was developed (Chapell 1973, 98). The designation of land for this purpose sets the stage for a long heritage of arboriculture within West Potomac Park, and specifically around the Tidal Basin.

In 1905, four concrete fountains were constructed south of the Tidal Basin within and around the propagation garden. These fountains were part of the passive use of the area which also included the Potomac Park nursery and an athletic field.  The next year, a new bridge known as the "Highway Bridge" was completed and allowed for not only pedestrian traffic but also the passing of vehicles and streetcars. By 1907, only the Highway Bridge and newer Long Bridge allowed passage across the Potomac as the old Long Bridge was demolished. From 1908–1909 several new additions or modifications were made to the park and included the filling of the Sewer Canal and the Inner Basin, the construction of the Polo Field, the planting of elm trees along the Potomac River, and the beginning of construction of the Tidal Basin Inlet Bridge, designed by architect Nathan Wyeth.

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 28.  1909 Plan Map of West Potomac Park Showing North B Street Extended and the Inlet Bridge (eTIC WEPO 801/80164 1909).*

By 1909, most of the land which would become West Potomac Park was transferred to the Office of Buildings and Grounds from the US Army Corps of Engineers. The remaining portion, a small area at Easby's Point, housed the US Engineer's office, a wharf, and storehouses. Although authority to move these buildings was granted in April of 1909, progress on this final step did not begin until August. On August 16, 1909, the OPBG was the authority for Easby's Point as well (Chapell 1973, 92–93).

**THE DEVELOPMENT AND DESIGN OF WEST POTOMAC PARK (1912–1932)**

In 1912, the statue of Commodore John Paul Jones was built to honor the Revolutionary Naval hero and was the first permanent monument in the park. Jones was the first to raise the new American flag on an American war vessel and the first to compel a man-of-war to surrender to a US vessel (NCPC 2022). Sited at the intersection of 17th Street SW and Independence Avenues near the Tidal Basin, the statue was built from 1911 to 1912 after Congress appropriated $50,000 under Public Law 208 in 1906 (Chapell 1973, 102). Designed by sculptor Charles Henry Niehaus, the bronze statue of Jones sits on a large marble pylon inscribed with military symbols and adorned with spouts shaped like dolphins allowing water to flow into the basin below. Thomas Hastings was the project's architect (NPS 2001, 27–28). This monument would set the precedent for monuments and memorials on the park land and was a small but important step towards the transformation of West Potomac Park into a commemorative landscape.

**West Potomac Park**
**National Mall & Memorial Parks**

In 1909, the City of Tokyo, gifted 2,000 Japanese cherry trees to Washington, DC. The shipment of trees was delivered to the Department of Agriculture's Garden Storehouse in the Washington Monument Grounds, located adjacent to West Potomac Park. The trees were subsequently inspected by the US department of Agriculture and found to be infested with numerous pests (Figure 29). Most of the trees from this original shipment (planned to be planted along Potomac Drive, and throughout the city) were fumigated and burned to prevent the spread of pests and protect American agriculture. The mayor was notified of the regrettable fate of the gifted trees, but sent another shipment of young healthy trees that could safely be planted in West Potomac Park (Jefferson and Fusonie 1977, 10–12). In 1912, the first flowering cherry tree was planted on the north side of the Tidal Basin by First Lady Helen Herron Taft and Viscountess Chinda, wife of the Japanese Ambassador (Figure 30). In the following months, approximately 1,800 additional cherry trees and fifty-five flowering peach trees were planted throughout the Tidal Basin making this among the first plantings of cherry trees on federally owned land in the District. The planting of the Japanese cherry trees would develop into a living collection, an enduring diplomatic symbol, and an iconic tree for the District of Columbia, enjoyed by countless visitors and residents alike.

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 29. Photo of the Department of Agriculture inspection of the first shipment of the Japanese cherry trees 1910 (US National Arboretum).*



*Figure 30.  1912 Plan, Nursery of Planting Material (eTIC WEPO 801/80089 1912).*

**West Potomac Park**
**National Mall & Memorial Parks**

### THE LINCOLN MEMORIAL (1911–1922)

As early as 1867 Congress had passed the first of many bills incorporating a commission to erect a monument to Abraham Lincoln (NRHP). As described earlier, the McMillan Plan proposed a memorial to Abraham Lincoln located on the bank of the Potomac, with a long canal and punctuating reflecting pool on the east-west axis of the Capitol and the Washington Monument (Moore 1902, 56). The same year, the location was marked with a stake in the newly filled-in marshlands by the proposed architect, Charles McKim, and sculptor, Augustus Saint-Gaudens. The formal geometry and long canal were unprecedented in DC, but were modelled after the grand landscapes in Versailles, Fontainebleau, and Hampton Court (NPS 2022a, 97). Before the memorial was finished on that spot, there was a ten-year dispute over the location led by some of the most powerful men in Washington. For reasons both honorable and not, alternatives sites were proposed near the new Union Station, in Arlington Cemetery, at the Soldiers' Home in Northwest Washington, and Meridian Hill on 16th Street. There was also a proposal to scrap the structure for a boulevard from Washington to Gettysburg (Mandel 2008).

In the end, the dispute led President William Howard Taft to create the Commission of Fine Arts in 1910 to advise the federal government on matters pertaining to the arts and national symbols whose involvement led to the final approval for the current site. After failing to pass Congress five times, the Lincoln Memorial Commission passed on December 13, 1910 and President Taft was chosen to lead it (NPS 2022a, 99).

In July 1911, the CFA issued the recommendation for the final location of the memorial in West Potomac Park. The final design included the memorial itself, the long reflecting pool flanked by allees of 398 English Elms, *Ulmus minor* 'Atinia,' which Frederick Law Olmsted, Jr. selected to be harmoniously planted with the American Elms, *Ulmus americana,* that surrounded the Washington Monument, and were planted along the National Mall eastward (NPS 2022a, 111).

Work on the memorial began in February 1914. Designed by architect Henry Bacon, the project was not without controversy with many believing that his Greek Temple design was not suited for a monument to the humble president. Despite the opposition and problems with foundation

settling underneath some of the approaches to the monument, it was substantially completed in 1917 (Figure 31). During World War I the rest of the memorial grounds were eventually constructed, with the allees planted in 1916 and excavation of both reflecting pools starting in 1919. The entire memorial grounds were dedicated on May 30, 1922 (NPS 2022a, 113). It was the first major memorial to be constructed in the newly created West Potomac Park.



*Figure 31. Bird's Eye photo of the construction of Lincoln Memorial in progress in 1918. Note much of the memorial itself is complete, but the grading of the surrounding circle, and the axis of the reflecting pool is in early stages (NPS 1999).*

Between 1913 and 1918 various recreational features were built in West Potomac Park including tennis courts, baseball diamonds, hockey fields, and track and field facilities such as a pole vault, hurling field, and high and broad jumps (Figure 32 and Figure 33). Additional bridle paths were also installed to connect gaps in the park.

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 32. Players on the Polo Fields in West Potomac Park (Horydczak 1920–1950b).*



*Figure 33. Tennis game near the Washington Monument (Horydczak 1920–1950c).*

Carrying out the vision for Potomac Park was temporarily halted with the US entering World War I. The NPS was established by President Woodrow Wilson in 1916, which would later become the owner of the developing park lands. Development was then redirected to supporting the war effort with buildings such as the Navy War and Munitions Building constructed along Constitution Avenue in 1918 (Katz and Lamzik 2015). These interconnected buildings covered

**West Potomac Park**
**National Mall & Memorial Parks**

almost the entirety of what is now Constitution Gardens (Katz and Lamzik 2015). Removed in the 1970s, long after the war, their foundations are potentially intact with additional archaeological signatures present, representing their short-term occupations (Katz and Lamsik 2015). In the spring of 1918, the Tidal Basin Beach, formerly located on the Washington Monument grounds, opened at the current site of the Thomas Jefferson Memorial.

After the construction of the Lincoln Memorial, two reflecting pools were completed and filled in 1922. One was later named the Rainbow Pool due to the refraction of light on sunny days (Figure 34–Figure 37). These features were part of the McMillan Plan, which called for a reflecting pool or canal that would connect the Washington Monument and the Lincoln Memorial creating a grand axis to both monuments.



*Figure 34. August 1922 View of the Completed Lincoln Memorial dedicated eight years after its groundbreaking (NPS 1999).*

---

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 35. View from Washington Monument of Lincoln Memorial, note the temporary nursery on the left, the allees of English Elms on either side of the reflecting pool, and the unfinished edge of the reflecting pools, under excavation (NPS 1999).*



*Figure 36. Visitors at the Rainbow Pool. Note the flush condition of the water to the surrounding walkway. This condition would later be altered with the construction of the sunken World War II Memorial pool in 2004 (National Photo Company 1925).*

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 37. Visitors ice skating (top) and swimming (bottom) in the Reflecting Pool in 1936, blending commemorative and recreational usage of West Potomac Park (NPS 1999).*

Chapell argued that by 1922, West Potomac Park was essentially a completed project that emphasized the central axis of the reflecting pools and Lincoln Memorial as a completed element of the McMillan Plan.

By mid-1925, circular and radial roads were completed around the Lincoln Memorial. The double rows of elm trees planted on the north and south edges of the Reflecting Pools matured and emphasized the green axis and vista. Walkways were also constructed between the parallel rows of trees to allow for easier access for visitors. Plans created by McKim, Mead, and White for the Arlington Memorial Bridge began with construction in 1929 (Figure 38). The bridge served as a symbolic gesture to illustrate the strength of a united nation by linking memorials on the north and south sides of the Potomac, the Lincoln Memorial (north) and the Arlington House (south) (Figure 39 and Figure 40). The bridge was fully operational by 1932 and continues to serve as a form of ceremonial entrance to Washington, DC. Prior to the official opening of the bridge, Constitution Avenue, formerly B Street North, underwent a major road improvement project in 1931. This project involved the widening, realignment, and extension of Constitution Avenue. This was in response to increased population and traffic within the district.



*Figure 38. 1928 Aerial Photo showing West Potomac Park. Note the visible sand traps on the two golf courses on the West Potomac Park grounds, and the partial construction of Memorial Bridge (United States Army 1928).*

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 39. The Watergate Steps established a grand connection from the Lincoln Memorial to the edge of the Potomac River (Horydczak, 1920–1950d).*



*Figure 40. 1935 Aerial photo of the completed Memorial Bridge connecting to Arlington, Virginia, and the Belvedere at the terminus of Constitution Ave, where a Rose Garden would be planted in 1936 (Harris & Ewing 1935).*

**WEST POTOMAC PARK UNDER THE NATIONAL PARK SERVICE (1933 – 2023)**

The southern leg of the inlet was the location of the propagation nursery and four fountains built in 1905. The nursery was used to propagate trees, shrubs, perennials, and roses. The Number 4 Fountain (Fountain No. 4) was built at the southern point of the inlet, surrounded by shrubs and flowers. This area served as a garden space for visitors with the four fountains at the center, and largely unchanged until 1931 when the plan for the fountain garden was revised. At the time, 120,000 pansy plants were planted around the fountain and it became a very popular attraction. See the "Plans to Revise the Pansy Garden" (Figure 41). This revision to the garden was in honor of the George Washington Bicentennial and would mark the beginning of major changes to this important zone of West Potomac Park (NPS 2021a).



*Figure 41. Plan To Revise Pansy Garden 1932 (eTIC WEPO 801/80124 1932).*

In 1936, a temporary flood levee was constructed in response to what is often called the "Great Potomac Flood" (National Weather Service 2021). This levee was built from 17th Street near the Washington Monument, west along the Reflecting Pool, and to the Lincoln Memorial. In 1938, following the recommendations of the McMillan Plan, construction of the Thomas Jefferson

Memorial began. Based on plans drafted by McMillan, the memorial was to be located on the southern shore of the Tidal Basin on the site of the former bathing beach (Figure 42). Several architects were involved in the creation of this memorial. It was designed by John Russell Pope, the grounds by Frederick Law Olmsted, Jr., and the statue sculpted by Rudolph Evans.



*Figure 42. The Jefferson Memorial View from Across the Tidal Basin (Horydczak 1945).*

In 1944, a complex of dormitories, a mess hall, infirmary, and recreational building were constructed on the former polo ground, which had been paved over in 1942 for both the Army and Navy to use as parking lots. These newly constructed facilities were for 2,500 Women Appointed to Voluntary Emergency Services (WAVES) (Figure 43). These women served under the women's branch of the United States Naval Research during World War II. While not widely supported in Congress, women serving in the Navy was permitted under Public Law 689 and fully supported by Eleanor Roosevelt and Margaret Chung, the first Chinese American woman to become a physician.



*Figure 43. Photo showing the complex of WAVES buildings on the former Polo Grounds (District Department of Transportation Library 2022).*

In terms of the physical history of Potomac Park, several areas changed between the post-World War II period and the 1970s (Figure 44). Small additions to the park include a guardhouse on the northwest corner of Independence Avenue SW and 23rd Street SW in 1950 and the installation of concrete walks around the Tidal Basin in 1952. Notable was the construction of the Theodore Roosevelt Bridge in 1960 connecting the Constitution Avenue across the Potomac River to northern Virginia.

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 44. Water Lilies in the Rainbow Pool in 1944.The use of aquatic plants was repeated in several areas of West Potomac Park throughout several decades (NPS 1999).*

In 1947, the nursery, rose garden, and three fountains were demolished to construct the 14th Street Bridge. This dramatically altered the landscape, but the pansy garden on the north side of the bridge was still intact and enjoyed by visitors. The National Capital Parks Beautification Program of 1964–1968 led to the improvements of several areas in the park and included supplemental plantings and maintenance throughout West Potomac Park, including planting new Forsythia, *Forsythia x intermedia* shrubs around No. 4 Fountain, and additional aquatic plants in the Rainbow Pool (NPS 2021a).

In 1954 the Japanese stone lantern was gifted to the United States from Japan. Originally carved in 1651, this granite lantern is the oldest free-standing, hand-built stone structure located outdoors in Washington, DC. The stone lantern was installed on Independence Avenue, east of West Basin Drive, and represented peace and unity between Japan and the United States (Trust for the National Mall 2021). Also in 1954, forty-nine bells gifted to the US by the Dutch government as a token of friendship were installed in a temporary tower in the Polo Grounds. The bells were later removed and, in 1960, installed in a permanent tower on the opposite side of

**West Potomac Park**
**National Mall & Memorial Parks**

the Potomac River along the George Washington Memorial Parkway near the United States Marine Corps Memorial (NPS 2019a).

In 1974, the construction of Constitution Gardens began and was completed just two years later in 1976. This massive landscape feature was designed by Skidmore, Owings, and Merrill and Arnold and Associates after President Nixon ordered that a park be constructed on the land formerly occupied by the United States Navy. Constitution Gardens was built with the intent to represent the founding of the republic and serve as a place of natural respite located in the core of the city. In 1984, a memorial to the 56 Signers of the Declaration of Independence was established on the small island in Constitution Gardens Lake. Today, the gardens are bound by Constitution Avenue NW, 17th Street NW, the Lincoln Memorial Grounds, and Henry Bacon Drive NW.

The US Park Police Stables (demolished) were located south of the Reflecting Pool near the Korean War Veterans Memorial in an area called Ash Woods. The stables were constructed in 1975 by Morris Wood for the Bicentennial Folk Festival Committee. They were intended to be temporary structures, but remained in use for several decades. They had wood foundations, exposed frame walls, corrugated metal roofs and dirt floors. The buildings were arranged around a central corral and included a stable building, two stables with storage, a storage building, a manure dumpster, sawdust storage, an office trailer, and a water treatment plant (NPS 2001, 40).

The same year that the memorial for the Signers of the Declaration of Independence was established (1984), the Vietnam Veterans Memorial designed by Maya Ying Lin of Cooper-Lecky Partnership, was dedicated. Located on part of the site of the former Main Army and Munitions Buildings, this memorial pays homage to those who fought in the Vietnam War and chronologically lists the names of the 58,318 Americans who gave their lives in this controversial war. Since its establishment, this memorial has served as a place where family members or brothers in arms could leave sentimental items in remembrance. Thousands of artifacts are placed at the memorial each year with the NPS collecting all objects left behind.

During the 1990s several new memorials were established in West Potomac Park. In 1992, construction began on the Korean War Veterans Memorial, which commemorates the nearly 6 million Americans who served in the war. Although this memorial was approved by Congress in 1986, it wasn't dedicated until almost ten years later in 1995. Located south of the Lincoln Memorial and Reflecting Pool, the mural wall was designed by Louis Nelson with the memorial itself designed by architecture firm Cooper-Lecky Architects and the sculptures by Frank C. Gaylord II.

In 1993, the Vietnam Women's Memorial was completed and was constructed to specifically honor the women who served during the Vietnam era. Designed by architect George Dickie and sculpted by Glenna Goodacre, the sculpture depicts three women giving care to a wounded soldier, which is meant to serve as a reminder of the significant role women played during the war. However, this sculpture has received some criticism over the years as it suggests women served as medics in the field when that role was specific to male medics and corpsmen. In 2006, Congress passed PL 108-126 which authorized development of the Vietnam Veterans Memorial Center along Henry Bacon Drive near Constitution Avenue.  The Memorial Center was planned but has not been built due to insufficient funding.

Although authorized in 1955, construction on the Franklin Delano Roosevelt (FDR) Memorial did not begin until 1994. The designer for the memorial, Lawrence Halprin, was selected in 1974. The FDR Memorial illustrates the story of President Roosevelt's long tenure as president as well as his accomplishments and the issues he faced while performing the role. The memorial is located between the Lincoln and Thomas Jefferson Memorials and was dedicated by President Clinton in 1997. The memorial is a unique sequence of four rooms with meditative gardens between each room, it spans 800 feet of length along the Tidal Basin. It has a distinctly processional design focused on movement and storytelling, designed as a place of both teaching and enjoyment. Bronze sculptures along the length of the memorial act as "illustrations in a story" (Forgey 1997, G10). The landscape architect Lawrence Halprin was chosen because of his work to take a step towards a more modest or naturalistic approach to memorialization. The lush planting of red maples, sugar maples, crab apples, cherries, white pine, and other native trees makes it feel more

secluded, and acts as an important screening feature to keep the memorial from standing out in the landscape (Forgey 1997, G10). Visitors to the Tidal Basin to see the cherry blossoms often wander into the processional memorial, enjoying the park-like setting. In 2001, the memorial was altered to include a prologue room which included a sculpted statue of President Roosevelt in a wheelchair.

Construction began on the George Mason Memorial in 2000, although the project was authorized a decade prior. The George Mason Memorial is located on the site of the former Pansy Garden and Number 4 Fountain (Fountain No. 4). It complements the existing commemorative George Mason Memorial Bridge that was authorized in 1959 through a simple pedestrian connection from the upper walkway of the bridge to the back of the garden below. It was designed by the landscape architecture firm Rhodeside and Harwell and integrates the historic plantings, including forsythia, pansies, and flowering trees, as well as a shade structure inspired by the historic trellis within the nursery, providing shade to visitors. The new design also integrated a simple ring of jets in the fountain to replace the single large jet, which had blocked the view to the memorial.

In 2001, construction of the World War II Memorial commenced on the site of the former Rainbow Pool and at the far end of the Reflecting Pool. Designed by a team including Friedrich St. Florian, George E. Hartman of Hartman-Cox Architects, the landscape architecture firm Oehme van Sweden & Associates, sculptor Ray Kaskey, and stone carver Nick Benson, the memorial honors those who fought in the Second World War. The memorial was completed in 2004 and dedicated that same year. Support buildings for the memorial include a tourist information center and a public restroom built to the south of the site along Homefront Drive SW.

The Martin Luther King, Jr. Memorial was dedicated in 2011. Although initially authorized by Congress in 1996, construction commenced in 2006. Designed by ROMA Design Group and sculpted by Lei Yixin, the memorial is located on the northwest side of the Tidal Basin. The memorial was deliberately placed to link the sightline of the Lincoln Memorial and the Thomas

Jefferson Memorial and has the address of 1964 Independence Avenue. A support building for the memorial is built directly across West Basin Drive SW and holds both a bookstore and a public restroom.

In 2013, the Trust for the National Mall relocated the Japanese stone lantern from its location on Independence Avenue east of West Basin Drive and built a paved plaza to provide a more sustainable and accessible home for the stone lantern. Completed in August 2013, the lantern's new permanent location is on the northwestern edge of the Tidal Basin. The paved plaza has natural stone boulders, and a detailed pavement pattern that reflects the traditional Japanese garden (Trust for the National Mall 2021).

Years later, in 2017, plans for a major rehabilitation of Constitution Gardens were implemented and included the required relocation and restoration of the 1837 Lockkeeper's House. While moved earlier in 1915, it was necessary to align and restore the oldest building on the National Mall to help retain its historic fabric.

In 2020, there was a groundbreaking ceremony for new stables in Ash Woods to replace the 1975 stables. The new United States Park Police Horse Stables and Education Center opened in 2023. The new stables include an education center, public viewing paddocks, improved pedestrian pathways, a permanent office building for US Park Police and staff as well as other amenities (NPS 2001, 40; NPS 2016, 50; Trust for the National Mall 2020, 2023). Additional present-day modifications or alterations include the construction of the "Wall of Remembrance" at the Korean War Veterans Memorial (completed in 2022), repaving of a trail which connects West Potomac Park north along the Rock Creek Trail, a new pedestrian crosswalk across Independence Avenue and connecting 18th Street to Constitution Gardens, and the rehabilitation of the parkway Drive volleyball court area to improve playing areas.

# Analysis & Evaluation

***Analysis and Evaluation Summary***

The following section provides an inventory of the landscape characteristics and features of the West Potomac Park parent cultural landscape and provides analysis and evaluation of the integrity of those characteristics and features. Each landscape characteristic consists of one or more features, and these features are evaluated as either *contributing* or *noncontributing* to the cultural landscape's integrity. If a feature exhibits integrity and was present during the landscape's period of significance, it is considered contributing. Noncontributing features are those that postdate the period of significance. These are evaluated as *compatible* if they do not compromise the integrity of the historic character of the landscape and as *incompatible* if they diminish the integrity of the landscape. Certain features may be categorized as *undetermined* if further research is needed to determine if their date of construction falls within the period of significance. When the construction date of a feature is unknown or if it was constructed outside of the period of significance, yet it is treated as a significant feature of the cultural landscape, it is documented as *managed as a cultural resource*.

The West Potomac Park cultural landscape exhibits the following contributing landscape characteristics: natural systems and features, spatial organization, land use, topography, vegetation, circulation, buildings and structures, cluster arrangement, views and vistas, constructed water features, small-scale features, and archaeological sites. These landscape characteristics were documented during field survey and through archival research to determine their relationship to the period of significance. These characteristics and features were then evaluated to determine their status as contributing or noncontributing resources with respect to the integrity of the cultural landscape as it relates to the National Register of Historic Places criteria. The seven characteristics used to assess integrity for resources listed in the National Register of Historic Places consist of location, setting, design, materials workmanship, feeling, and association. Overall, this cultural landscape inventory finds that West Potomac Park retains its historic integrity.

**Natural Systems and Features Summary:** Because West Potomac Park was built from dredged material mechanically deposited on reclaimed tidal flats, the existence of the landform upon which it was constructed is a direct response to natural systems and features. The Tidal Basin, with its inlet from the Potomac River and its outlet to the Washington Channel, replicates the natural tidal activity that was present prior to the reclamation of the flats and development of the park. This engineered system was designed to flush silt and other deposits from the navigable channels of the river. Although the Potomac River itself is outside of the park and is considered an adjacent land, it is a natural feature that is highly significant to the West Potomac Park cultural landscape. The Tidal Basin and the lake in Constitution Gardens provide habitat for waterfowl and other wildlife in this increasingly urbanized area. Due to its location between the Potomac River and the Monumental Core of Washington, DC, West Potomac Park also serves to provide important flood prevention services by preserving porous conditions between the tidal river and the impervious conditions beyond.

**Spatial Organization Summary:** Spatial relationships in West Potomac Park are largely related to the recommendations made in the McMillan Plan. The linear spine of the park is formed by the Reflecting Pool and the circulation and vegetation features that align with that axis. This layout is punctuated on the west by the Lincoln Memorial and on the east by the World War II Memorial (formerly the location of the Rainbow Pool). These structures are on an east-west axis with the Washington Monument and the US Capitol, both of which lie to the east of the West Potomac Park cultural landscape. The radial roads that surround the Lincoln Memorial, and the approaches to the bridges to the west of it, form a symmetrical composition of spaces that are programmed for active and passive recreational uses. To the north of the Reflecting Pool, the spatial organization is naturalistic, although that character is intentionally modified by the geometry of the Vietnam Veterans Memorial, which is spatially related to the Lincoln Memorial and the Washington Monument.

Spatial organization within West Potomac Park is also influenced by the Tidal Basin. Pedestrian circulation features and commemorative features are located along the perimeter of the Tidal Basin, which also serves as a recreational feature and enhances the appreciation of visual

relationships within the park. The siting of larger memorials has also helped to define spatial relationships. Along the western limit of the cultural landscape, the Potomac River forms a clearly defined edge to the West Potomac Park cultural landscape. Overall, the spatial organization of West Potomac Park has a high degree of integrity to the period of significance and is a defining characteristic of the cultural landscape.

**Land Use Summary:** The land uses within West Potomac Park consist of an integrated system of recreational and commemorative functions. Although the original intent in the creation of the park was to provide a place for recreational activities, the recommendations of the McMillan Report pivoted towards a landscape of memorialization and commemoration. Since that time, numerous monuments and memorials have been inserted into the landscape. Passive recreational pursuits such as visiting the memorials, strolling, and sight-seeing are complemented by more active pursuits that take place in the recreational fields. Although West Potomac Park has utilitarian functions in the form of the Tidal Basin and the flood control levees, these features also accommodate recreational activities and help define views and vistas as well as spatial relationships. Concentrations of transportation functions are located at the southeastern and northwestern peripheries of the park. The cultural landscape exhibits a high degree of integrity in land use, and the recreational and commemorative uses of the park are defining characteristics of the cultural landscape.

**Topography Summary:** The topography of West Potomac Park is completely constructed and carefully controlled to create hierarchical experiences. The park is built upon mostly made land, with no natural topographic features. Predominantly a flat landscape with little topographic relief, much of the park lies between ten and fifteen feet above sea level. One notable exception is the Lincoln Memorial, which was built on a constructed rise at approximately thirty feet above sea level to establish the hierarchy recommended in the McMillan Plan. Another exception is the topographic change between the top of the Watergate Steps to the Potomac River. Minor changes to the topography of certain areas of the park have occurred throughout the period of significance and into the post-historic era. These are largely due to alterations to roads or in response to new features that have been added to the park, such as the lowering of the former

**West Potomac Park**
**National Mall & Memorial Parks**

Rainbow Pool for the construction of the World War II Memorial and the insertion of the 17th Street Levee. Overall, the West Potomac Park cultural landscape retains a high level of integrity of its topographic character.

**Vegetation Summary:** Vegetation at West Potomac Park is completely contrived, the result of decades of design and maintenance. Formality in the planting design is expressed along the east-west axis of the Reflecting Pool while more naturalistic patterns are used elsewhere in the park as a counterbalance to this ceremonial extension of the National Mall. The use of the American elm throughout the park as recommended by the McMillan Commission, and the proliferation of flowering cherry trees around the Tidal Basin, creates a dramatic and unified composition, which is a large part of the public perception of that feature, if not of the entirety of West Potomac Park. The existing plant palette in the cultural landscape is a complex selection of shade trees, understory trees, flowering trees, and shrubs, comprising historic and noncontributing but compatible species. Trees are used to frame views and vistas, such as along the Reflecting Pool and lining the radial roads at the Lincoln Memorial. On either side of the Reflecting Pool – along the southern perimeter of Constitution Gardens and in the area known as Ash Woods – continuous swaths of vegetation comprising mature trees buffers the Reflecting Pool from Constitution Avenue NW and Independence Avenue SW, respectively. Turfgrass is used as a groundcover in many areas of the park, including the recreational fields, the area within Lincoln Memorial Circle, along the Reflecting Pool, for much of the rolling lands of Constitution Gardens, and in the areas between the various approaches to the bridges that cross the Potomac River. Events and active recreation activities in these areas can compound to damage the turfgrass through wear and soil compaction. The cherry trees at the Tidal Basin are especially vulnerable to inundation from flooding and damage caused by visitors through soil compaction and climbing. Although the vegetation of individual component cultural landscapes has been well-documented, further research is needed to determine the integrity of those that have not yet been documented and to update the existing documentation. Overall, this CLI finds that vegetation at West Potomac Park has a medium degree of integrity.

**Circulation Summary:** The overlay of vehicular drives and pedestrian walks serve to unify and connect the different parts and functions of the park. The layout of the roads encircling the Tidal Basin (today's East Basin Drive SW and West Basin Drive SW), paralleling the Potomac River (Ohio Drive SW), and forming the north and eastern boundaries of the west part of the park (Constitution Avenue NW and 17th Street NW, respectively) were all in place by 1910 and continue, with minor modifications, to trace their historic routes (except for West Basin Drive SW). Regrettably, the insertion of bridge approaches to the southeast of the Thomas Jefferson Memorial and to the west of the Lincoln Memorial have had adverse effects on the historic integrity of the park. The larger pedestrian circulation system in the park parallels the roads, traces the perimeter of the Tidal Basin, and connects the many memorials and monuments within the park. The materials used for the park's walks and roads serve to unify the experience of the park. Special paving is used at most of the major memorials and monuments to define these areas as unique. In most cases, the materials that comprise the circulation features are in good condition. However, due to subsidence and flooding, the pedestrian circulation system at the perimeter of the Tidal Basin is in poor condition and, in some places has been closed-off or diverted to protect visitors. The existing circulation features are considered significant as they relate to the historic character of the park and were designed during the period of significance. Overall, the circulation patterns in West Potomac Park retain their integrity form the historic period and contribute to the overall composition of the cultural landscape.

**Buildings and Structures Summary:** The buildings and structures in West Potomac Park are an integral part of the cultural landscape. They were incorporated into the historic designed landscape with the McMillan Plan, continuing the city planning ideals of the 1791 L'Enfant Plan. The combination of buildings and structures with open spaces, vegetation, pedestrian circulation, and subsequent views and vistas greatly contributes to the significance of West Potomac Park. Many of the buildings and structures in West Potomac Park commemorate presidents and other historical figures of national importance, in addition to honoring the contributions of veterans. West Potomac Park also features more utilitarian buildings like comfort stations, visitor centers, and refreshment kiosks. Routine maintenance has been required over the years and in some cases

more substantial rehabilitation. Overall, the buildings and structures retain a high level of integrity of location, materials, workmanship, design, setting, feeling, and association.

**Constructed Water Features Summary:** The constructed water features of West Potomac Park are an integral part of the designed landscape and contribute to its setting, feeling, and association. Several of the constructed water features that still exist today were part of the original design scheme. The McMillan Plan of 1901–1902 called for a reflecting pool or canal to be built connecting the Washington Monument and the Lincoln Memorial, creating a grand axis. The Reflecting Pool and the adjacent Rainbow Pool, which is now a part of the World War II Memorial, fulfilled this design goal. The Tidal Basin is a notable early constructed water feature that has had deferred maintenance and is in need of repair. Repairs and replacements of some of the water and pool elements and changes to provide greater accessibility to these features have occurred over time, but overall, the integrity of the constructed water features of West Potomac Park remains moderately high.

**Small-Scale Features Summary:** There are a variety of small-scale features found within West Potomac Park such as lampposts, flag poles, post and chain fencing, perimeter security elements, commemorative plaques, and site furnishings such as benches, drinking fountains, trash cans, and interpretive signage. There is a group of markers, small-scale memorials, and civic arts that reflect trends in commemoration of local history and events on the National Mall, and some of these are located within West Potomac Park. A few of these small-scale features have been moved from their original locations. Routine maintenance and replacement or repair of these small-scale features has likely occurred over time. Some of these are less than fifty years of age and do not contribute to the West Potomac Park CLI. There are several small-scale features that are managed as cultural resources. For those small-scale features that do contribute, such as the Saratoga lampposts and many of the commemorative plaques, a moderately high level of integrity is retained.

**Views and Vistas Summary:** The relationships between many of the park's defining features are appreciated through controlled vistas from one location to others. Additionally, the West

Potomac Park cultural landscape comprises views of adjacent or distant landmarks. In many cases, reciprocal views are present. Many of the visual relationships in West Potomac Park are related to the McMillan Plan recommendations, which set out the cross-axial design of the park and established vistas from the US Capitol to the Lincoln Memorial, and from the White House to the Thomas Jefferson Memorial. These vistas are enhanced through the employment of topographic engineering and through the siting of linear arrangements of trees that frame these views and vistas. Views of the Lincoln Memorial from 23rd Street NW, along 17th Street NW southward to the Commodore John Paul Jones statue, and from the Lincoln Memorial across the Arlington Memorial Bridge are also character defining views that have been present since the historic period. The Tidal Basin also facilitates views and vistas by both preserving a critical area of open space in an otherwise increasingly dense urban location. Although the maturation of vegetation has partially obscured some views within the park, these can be opened again through pruning and management practices to restore integrity. Overall, West Potomac Park has a high degree of integrity of views and vistas.

**Archeological Sites Summary:** There are several archaeological sites in the northeast section of West Potomac Park. These sites relate to the city's late-eighteenth and nineteenth-century infrastructure and urban development, including the canal system. They are important for their potential to provide information about the history of the nation's capital and the National Mall and West Potomac Park's early history. There is potential for archeological deposits related to the pre-contact occupation of the area as part of the park was originally situated on the shoreline of Tiber Creek.

Seven characteristics are used to assess historic integrity for cultural landscapes that are listed on, or eligible for, the National Register of Historic Places: location, setting, design, materials, workmanship, feeling, and association. Analysis of these characteristics in West Potomac Park illustrates that the park retains its historic integrity.

**West Potomac Park**
**National Mall & Memorial Parks**

INTEGRITY

**Location:** *Location refers to the place where a historic property was constructed or where a historic event occurred.* West Potomac Park occupies the site where it was originally constructed and its configuration remains largely the same as during the period of significance. However, land transfers related to transportation projects have altered parts of the cultural landscape, including areas to the north of the Lincoln Memorial and to the southeast of the Thomas Jefferson Memorial. The cultural landscape retains a high degree of integrity of location.

**Design:** *Design is the combination of elements that create the form, plan, space, structure, and style of a property.* The design of West Potomac Park consists of spatial organization, vegetation, circulation systems, buildings and structures, and land use. The general layout of the park, structured around the cross axis established by the L'Enfant Plan and reinforced by the McMillan Commission's recommendations, its clustered memorials and monuments, and its iconic cherry trees and other plantings all remain largely intact. The siting of new memorials and monuments is regulated by guidelines that protect the historic character of the park. West Potomac Park therefore retains a high degree of design integrity.

**Setting:** *Setting is the physical environment of a historic property or cultural landscape.* West Potomac Park, part of the National Mall Historic District, has compromised integrity in setting. The character of the general surroundings, and of the adjacent lands described elsewhere in this report, is fairly consistent with the setting during the period of significance. Within the park, noise pollution associated with the Washington National Airport across the Potomac River can be quite loud at times, however this is not to an extent that it diminishes the overall integrity of the setting. Transportation-related projects have drastically altered the setting of the park in localized areas, resulting in diminished integrity of setting. This circumstance is especially true in the northern part of the park where several approaches to the Theodore Roosevelt Bridge have encroached on recreational uses of the park and have obliterated the axial connection of Constitution Avenue NW to the Constitution Avenue Belvedere. The setting of the park has also been heavily altered in the southwestern part of the park, where approaches to the 14th Street Bridges have bisected the park in this location and led to the removal of three decorative

fountains, a propagation nursery, and a popular ornamental garden. Planned expansion of the Potomac Railroad Bridge (Long Bridge) and corridor will have an adverse effect on contributing resources and on the historic setting in this area of the park.

**Materials:** *Materials are the physical elements that were combined during a particular period of time in an identifiable pattern or configuration.* The most common materials at West Potomac Park consist of vegetation (trees and ground cover), concrete walks and asphalt drives, the stacked stone seawalls of the Potomac River and the Tidal Basin, and the materials directly associated with the individual monuments and memorials. Vegetation both within and outside of the ten component landscapes remains consistent with the planting plans developed during the period of significance. Maturation of some of the plant material, combined with decreased soil productivity and structure due to erosion associated with flooding at the river and the Tidal Basin, has led to a decline of integrity of some of the vegetation with certain Japanese cherry trees being threatened. Likewise, inundation associated with tidal activity has resulted in the degradation of some sections of the stacked stone seawalls, which have a moderate to low degree of integrity. In some cases, the bulkhead has been so severely compromised that the perimeter walk that runs atop it has become hazardous and is fenced-off. Therefore, the stacked stone seawalls and the perimeter concrete walk has a low degree of integrity.

**Workmanship:** *Workmanship refers to the physical evidence of the crafts of a particular culture during any given historic period.* Workmanship at West Potomac Park is demonstrated primarily in the materials of the individual monuments and memorials but is also present in the stone seawalls lining the Potomac River and the Tidal Basin. The workmanship of the memorials and monuments generally have a high degree of integrity; the legibility of workmanship of the seawalls is diminished due to damage to and degradation of these resources.

**Feeling:** *Feeling is a property's expression of the aesthetic or historic sense of a particular period.* West Potomac Park was authorized by Congress and designed to be a recreational and commemorative park. Passive and active recreational activities such as sightseeing, memorializing, strolling, jogging, playing team sports, and fishing are all commonly pursued at

**West Potomac Park**
**National Mall & Memorial Parks**

West Potomac Park. The landscape was purposefully designed to give a sense of grandeur and provide a place for commemoration of significant individuals and historic events in our nation's history. The landscape and the monumentality of the memorials help to convey this feeling and inspire visitors to West Potomac Park. Overall, the West Potomac Park cultural landscape retains a high level of integrity with respect to feeling.

**Association:** *Association is the direct link between an important historic event or person and a historic property.* West Potomac Park has been the setting for many important events, especially related to the Civil Rights Movement, such as Marian Anderson's Easter Sunday concert on April 6, 1939, and the March on Washington and Martin Luther King, Jr.'s "I Have a Dream" speech in 1963. The park is also the daily setting for active and passive recreation and commemoration of both significant individuals and the nation's war veterans as a whole. The association of West Potomac Park with recreational functions and commemorative qualities remain largely intact.

**Summary:** With respect to the seven aspects of integrity detailed by the National Register of Historic Places, this cultural landscape inventory finds that West Potomac Park exhibits a high degree of integrity of location, design, setting, feeling, and association. Due to the decline and degradation of some resources, the parent cultural landscape exhibits diminished integrity of materials and workmanship, though the integrity of materials and workmanship is generally high for the individual component landscapes. Overall, the integrity of West Potomac Park is intact.

### Landscape Characteristics and Features

This section presents an analysis of landscape characteristics and their associated features and corresponding Cultural Resources Inventory System – Historic Structures names and numbers, if applicable. It also includes an evaluation of whether the feature contributes to the property's National Register eligibility for the historic period (1791–present for Criterion A; 1791–1965 for Criterion C), contributes to the property's historic character, or if it is noncontributing, undetermined, or managed as a cultural resource. If a feature is noncontributing, it is evaluated

as "compatible" (visually congruent with the historic character of the landscape) or "incompatible" (visually incongruent with the historic character of the landscape).

### *Natural Systems and Features*

Natural systems and features are the natural aspects that have influenced the development and physical form of the landscape, and can include geology, geomorphology, hydrology, ecology, climate, and native vegetation. The creation of much of the land that now comprises West Potomac Park was, in the beginning, incidental to hydrological and geological forces as engineers, seeking to maintain navigable waterways, found the natural shoals here a convenient place to deposit dredged material.

**Historic Condition:**

*Prior to the Period of Significance*

Before the engineering efforts that resulted in the reclamation of the tidal shoreline in the area that would become West Potomac Park, natural shoals in the Potomac River in this area were already present, exacerbated by human activities. Known as the "Potomac Flats," the muddy shoals were visible during low tide. By the 1860s, saltwater grasses were present in the flats, which were described in 1870 by Major Nathaniel Michler of the Corps of Engineers thus:

> At low water the soil is entirely uncovered, and it has become so firm as to support the weight of a man. This development, unless affected by high freshets [floods] or other strong natural causes, will continue more rapidly from year to year; the vegetable matter becoming more firmly rooted, will materially aid in checking any floating matter, and cause the material to be deposited in the river (Chapell 1973, 15).

*Period of Significance*

The manipulation of Tiber Creek and the reclamation of the tidal flats obliterated the site's natural systems and features. However, the engineering efforts that built upon the natural processes of tidal activity from the Potomac River, through the Tidal Basin, and into the Washington Channel is a remnant of the natural flushing that was present in this area prior to the reclamation efforts. As such, the Potomac River flowing through the Tidal Basin is the only natural system present at West Potomac Park. The river itself, which is an organizing feature of

**West Potomac Park**
**National Mall & Memorial Parks**

the landscape and a major component of the visual and spatial qualities of the park, is considered an adjacent land as it is not managed by the NPS. Nevertheless, the river is a natural feature directly associated with the creation of the park.

**Post-Historic and Existing Conditions:**

The reclaimed lands that make up much of West Potomac Park, being made of poorly consolidated materials dredged from the adjacent waterways, has slowly been subsiding as the material compacts and as erosion has occurred. This condition is most pronounced along the shorelines of both the Potomac River and the Tidal Basin, where flooding and battering has diminished the integrity of the seawalls (Figure 45). Riverine flooding occurs when storms upstream produce raised water levels. Tidal flooding is associated with coastal storms that produce surges from the Chesapeake Bay, which produce higher than normal levels in the Potomac and Anacostia Rivers. Sea level rise associated with climate change and increases of impermeable surfaces results in inundation of the park. In both cases, inundation of the shorelines has resulted in degradation of, and damage to, the park's resources. Standing water that results from flooding also leads to degradation of resources, most notably stressing trees and eroding soils. Storm surges produce turbulent waters that batter and damage the seawalls. These types of flooding have caused the erosion of soils and the exposing of vegetative root structures, which have resulted in declining health and physical structure of trees and plant material. The erosion caused by flooding, combined with wave activity against the seawall, have resulted in the dislodging and removal of large stones and mortar material of the seawalls.

**West Potomac Park**
**National Mall & Memorial Parks**

*Figure 45.  Photo of the Potomac River shoreline at West Potomac Park. Note the inlet to the Tidal Basin (Matthew Traucht 2021).*

| Feature Name | Feature Contribution | CRIS-HS Name | CRIS-HS Number | Type of FMSS Record | FMSS Record Number | FMSS record an exact match? |
|---|---|---|---|---|---|---|
| Tidal conveyance from Potomac River through Tidal Basin to the Washington Channel | Contributing | N/A | N/A | N/A | N/A | N/A |

### Spatial Organization

Spatial organization is the three-dimensional organization of physical forms and visual associations in a landscape, including the articulation of ground, vertical, and overhead planes that define and create spaces. The spatial organization of West Potomac Park was largely dictated by the McMillan Plan of 1902. The McMillan Plan laid the foundation for the organization of the park in specifying the location of major memorials and the controlled design of linear vistas.

**West Potomac Park**
**National Mall & Memorial Parks**

**Historic Condition:**

*Prior to the Period of Significance*

The lands that became West Potomac Park had little spatial organization prior to the period of significance. As the lands were mudflats and tidal marshes, subject to flooding and the impacts of the Potomac River, the spatial organization of the area was defined by the natural environment. The reclamation of the area starting in 1883 began to define the topography of the area, however, no formal spatial pattern was imposed on the land.

*Period of Significance*

The Potomac River defined the spatial organization of the western edge of the park. The reclamation of the tidal flats and the construction of the seawall served to create a clearly articulated edge, which was exploited early in the development of the park when a road was constructed along this axis. The road (known as Riverside Drive and the "Speedway" until 1950 when it became Ohio Drive SW) served as a recreational feature and facilitated circulation along the shoreline. The location and quatrefoil shape of the Tidal Basin also defined the spatial organization of West Potomac Park. The Washington Monument Grounds, already established when West Potomac Park was developed, established the northeastern boundary. B Street North (later Constitution Avenue NW) established the northern limit of the western portion of West Potomac Park. Along the eastern limit of the park, the Potomac Railroad embankment defined the division between West and East Potomac Parks.

Although the McMillan Plan established the designed spatial organization for the early stages of the park's development, additional plans were proposed that imagined a much different layout of West Potomac Park. Colonel Theodore Bingham, Officer in Charge of the Office of Public Buildings and Grounds (OPBG) developed plans for West Potomac Park during his tenure from 1897 and 1903. These were inspired by the L'Enfant Plan of 1792 and imagined a series of open spaces throughout the park, each connected through a network of roads and walks, serving various purposes (Historic American Landscape Survey [HALS] 2017, 24; 140–143). None of Bingham's plans were implemented.

In 1902, the McMillan Plan was released after extensive development by the McMillan Commission. The Plan, which laid out not only the National Mall area (including West Potomac Park) but also public spaces throughout the city, imagined West Potomac Park as a mix of commemorative and recreational spaces. The Plan reserved specific spaces within the park, notably the locations of the Lincoln Memorial and an as-yet unspecified memorial (eventually the Thomas Jefferson Memorial), for future commemorative sites. The design was a cross-axial, or cruciform shape, which connected west to east from the Lincoln Memorial to the US Capitol Building and north to south from the White House to the unspecified memorial. The Plan also dictated the location of the Reflecting Pool and Rainbow Pool (HALS 2017, 24). The development of these sites (the Lincoln Memorial in 1922, the Reflecting Pool and the Rainbow Pool in 1923, and the Thomas Jefferson Memorial in 1943) fulfilled some of the major commemorative spatial elements of the McMillan Plan and physically manifested the Plan's recommendations. The Lincoln Memorial and the Thomas Jefferson Memorial were constructed at elevations above the rest of the park, intentionally establishing commanding vistas form these sites and making them visual and physical anchors for the rest of the park.

The McMillan Plan also called for the creation of recreational spaces within parts of West Potomac Park (then referred to as simply Potomac Park and including lands now known as East Potomac Park). Throughout the early years of park development, various recreational facilities were installed. These included bridle paths and walkways along roadways, a nursery and flower garden (1904), a boat dock in the Tidal Basin (1907), a polo field north of the Tidal Basin Inlet (1908), a bandstand (1909), bathing beaches (all closed by 1925), golf courses (1914, 1921, and 1924), and various recreational facilities including baseball diamonds, horse jumps, tennis courts, and hockey fields. While the locations of these recreational spaces were not specified in the McMillan Plan, they were sited and developed with respect to the overall cross-axial spatial organization recommended by the McMillan Commission (HALS 2017, 24).

In the years following World War I, additional development occurred in West Potomac Park. During World War I and II, temporary buildings ("tempos") were installed throughout the park, specifically north and south of the Reflecting Pool, as well as on the former polo fields. Despite

**West Potomac Park**
**National Mall & Memorial Parks**

the installation of these buildings, their locations largely preserved the relationships and spatial organization set out by the McMillan Plan. After these temporary buildings were removed (some in the 1960s, others in the early 1970s), their locations were redeveloped into a blend of commemorative and active recreational spaces. Various monuments and memorials were incrementally added to West Potomac Park throughout the period of significance. Each new monument or memorial was carefully sited to maintain the overall integrity of the McMillan Plan in both the physical design of the park and visual relationships between major commemorative areas.

Notable major memorials of West Potomac Park include the following: the District of Columbia War Memorial (1931), which, when opened, featured striking views north to the Reflecting Pool and the Lincoln Memorial, and south to the Tidal Basin; Constitution Gardens (1976), the Vietnam Veterans Memorial (1982), the memorial to the 56 Signers of the Declaration of Independence (1984), and the Vietnam Women's Memorial (1993) were built in the area formerly occupied by temporary buildings north of the Reflecting Pool. The area of Constitution Gardens, which contains the above-mentioned memorials, was designed to provide a relaxed area for both passive recreational uses and commemorative functions. The Korean War Veterans Memorial, located south of the Reflecting Pool, was designed to be visually connected to the surrounding area and connected to the pedestrian circulation systems surrounding it. Its location is on a north-south axis with the Vietnam Veteran's Memorial. The Franklin Delano Roosevelt Memorial (1997) was located on the southwestern shore of the Tidal Basin and was designed to connect visually and physically into the surrounding area. The George Mason Memorial (2001) was built around the Number 4 Fountain, southwest of the Thomas Jefferson Memorial, further defining commemorative functions in the southern portion of West Potomac Park while preserving and incorporating the constructed water feature, which was a component of one of the earliest developments of the park. The World War II Memorial (2004) was built around the footprint of the Rainbow Pool and designed in a sunken location to preserve the connection between the Lincoln Memorial, the Washington Monument, and the US Capitol Building, while also creating a commemorative space. The Martin Luther King, Jr. Memorial (2011) was installed on the northwestern lobe of the Tidal Basin and positioned on an imagined line of leadership that

connected from the Lincoln Memorial through the Martin Luther King, Jr. Memorial to the Thomas Jefferson Memorial.

The siting and design of each of these memorials went through detailed planning processes, involving multiple partners and agencies, the National Park Service (and its predecessors), the Commission of Fine Arts, and the National Capitol Planning Commission (and its predecessors). Additional stakeholders were involved in the planning, design, and construction of the commemorative (and recreational spaces) within West Potomac Park, to ensure the creation of appropriate commemorative spaces for both the event or person being commemorated and for the larger organization of the park. The design teams for each of the monuments and memorials within the park have contributed to the spatial organization of the spaces within the larger framework of West Potomac Park.

 **Post-Historic and Existing Conditions:**

The overall spatial organization of West Potomac Park is still defined by the Potomac River along its western extent, by the centrally located Tidal Basin, by the locations of major memorials, and by the recreational fields. The overall design intent of the McMillan Plan remains extant as of the writing of this CLI. As documented in the East and West Potomac Parks Historic District NRHP Registration Form (NPS 2001), the area lying to the north of Independence Avenue SW is heavily influenced by the McMillan Plan and remains a linear extension of the National Mall, with a distinct east-west axial design. To the south of Independence Avenue SW, the park is more irregular in spatial organization, responding to the contours of the Tidal Basin and the Potomac River. The eastern edge of the park is defined by the linear railroad embankment, although the legibility of this has been obscured due to the construction of the various bridge approaches and elevated highways that traverse the park between the railroad alignment and Ohio Drive SW / East Basin Drive.

In addition to the commemorative features of the park, the West Potomac Park cultural landscape is organized spatially around active recreational fields. As recreational spaces were built throughout the park, most were located at the periphery and did not disrupt the cruciform

**West Potomac Park**
**National Mall & Memorial Parks**

design of the McMillan Plan. These spaces evolved with the park through the years, some being altered for commemorative functions or, at times, institutional uses, but their general locations in West Potomac Park largely remained consistent. Because recreation was the expressed purpose of the creation of the park and factored heavily into the McMillan Commission's recommendations, recreational fields are contributing resources in the park and support its historic integrity.

| Feature Name | Feature Contribution | CRIS-HS Name | CRIS-HS Number | Type of FMSS Record | FMSS Record Number | FMSS record an exact match? |
|---|---|---|---|---|---|---|
| Potomac River as western edge | Contributing | N/A | N/A | N/A | N/A | N/A |
| McMillan Plan Cruciform Design | Contributing | N/A | N/A | N/A | N/A | N/A |
| Lincoln Memorial and Reflecting Pool | Contributing | N/A | N/A | N/A | N/A | N/A |
| Constitution Gardens Site | Contributing | N/A | N/A | N/A | N/A | N/A |
| Vietnam Veterans Memorial Site | Contributing | N/A | N/A | N/A | N/A | N/A |
| Franklin Delano Roosevelt Memorial Site | Contributing | N/A | N/A | N/A | N/A | N/A |
| World War II Memorial Site | Contributing | N/A | N/A | N/A | N/A | N/A |
| District of Columbia War Memorial Site | Contributing | N/A | N/A | N/A | N/A | N/A |
| Korean War Veterans Memorial Site | Contributing | N/A | N/A | N/A | N/A | N/A |
| George Mason Memorial Site | Contributing | N/A | N/A | N/A | N/A | N/A |
| Martin Luther King, Jr. Memorial Site | Contributing | N/A | N/A | N/A | N/A | N/A |
| Tidal Basin | Contributing | N/A | N/A | N/A | N/A | N/A |
| Recreational fields | Contributing | N/A | N/A | N/A | N/A | N/A |

***Land Use***

Land uses are the principal activities in a landscape that form, shape, and organize the landscape as a result of human interaction.

The region had been inhabited by humans for thousands of years prior to the settlement of the shores of the Potomac and Anacostia Rivers. Between 1300 and 1450 CE, the first members of the

---

Conoy (also called Piscataway) tribe arrived on the inner Coastal Plain and settled along the Potomac River.

The lands that constitute the majority of West Potomac Park prior to 1897, were largely marshland and mudflats. These marshes occupied the area between the tidal Potomac River and the mouth of the Tiber Creek which emptied into the Potomac River area near the base of the Washington Monument. The Washington City Canal, which was constructed along the trace of Tiber Creek, opened in 1815 and connected this marshy landscape along the Potomac River to the Anacostia River. In 1832, the Chesapeake and Ohio Canal (C&O Canal) was extended from Georgetown to meet the Washington City Canal. The C&O Canal followed what was then the shoreline of the Potomac River along the northern end of the marshland connecting to Georgetown. In 1837, the Lockkeeper's House was constructed at the meeting point of the C&O and Washington City Canals. While the canals were in use, there was a commercial land use in the area that the future West Potomac Park would occupy. By the time land reclamation began for West Potomac Park, this commercial use was no longer extant. Over the course of the following years, the marshland and low-lying areas gradually became silted. During this period, the Potomac River was continually dredged and much of the silt dumped on the marshland, however by the 1880s, dredging activities accelerated, gradually raising the level of the lands that would become West Potomac Park.

Although West Potomac Park was originally designated for recreational purposes, the park's functions have broadened to also include commemoration, transportation, administrative, and utilitarian. Each of the land uses are described below (Figure 46). Throughout the period of significance, land uses with the park have continued to evolve, though the fundamental mix of commemorative and recreational uses has endured as a defining characteristic.

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 46.  Diagram showing major land use categories in West Potomac Park (SmithGroup, RHI, and Gray & Pape 2022).*

### Recreation (Contributing)

**Historic Condition:**

The Tidal Basin was constructed between 1882–1887 to flush silt from the Washington Channel with tidal flows from the Potomac River. Despite serving a functional use, the Tidal Basin quickly became a center for active and passive recreational uses. The McMillan Plan called for water-based activities at the Tidal Basin, and it became the home of multiple water-based uses including swimming, boating, and ice skating. The areas around the Tidal Basin were gradually improved to include various passive recreational uses including walking, strolling, running, fishing, boating, and others. In 1912, the first Japanese cherry trees were planted along the north shore of the Tidal Basin and were subsequently planted around the Basin, further reinforcing passive recreation as the primary land use of the Tidal Basin.

**West Potomac Park**
**National Mall & Memorial Parks**

By the 1920s, much of the Tidal Basin had been improved sufficiently to allow for these various activities to take place in and around it. In 1913, tennis courts were installed to the northwest of the Tidal Basin (present location of Constitution Gardens) extending an active recreational use in this part of the park, however, these were demolished when World War I temporary buildings were constructed on the site in 1918.

From the establishment of Potomac Park in 1897, the land around the present Thomas Jefferson Memorial was used for passive recreation functions. The site became the location of a boating hut and eventually a bathing beach, in addition to the OPBG propagation nursery nearby which was used as a public garden. Walking, strolling, and other passive recreation activities were also common in the area. When the bathing beach was removed in 1925, the site was converted into baseball fields and tennis courts (NPS 2015, 55). These were removed for the construction of the Thomas Jefferson Memorial, which was built between 1938 and 1943.

The completion of the Reflecting Pool and Rainbow Pool (1923) to the east of the memorial and the Watergate Steps (1932) to the west created a passive recreation land use. The Reflecting Pool was lined with walkways where individuals could engage in passive recreation (walking, strolling), bridle paths were installed throughout the area for riding horses, and the Watergate Steps were used as a concert space. Active recreation spaces were established in the Lincoln Memorial grounds throughout the 1920s when two golf courses were completed. The segregated Lincoln Golf course, located north of the memorial, was opened in 1924 and the West Potomac Park Golf Course, located south and southeast of the memorial, was opened in 1921. The golf courses were closed by the start of World War II; however, additional active recreation spaces were established north of the memorial in the post-war period with new athletic fields and sand volleyball courts. In 1978, the fields south of the Reflecting Pool were dedicated as the JFK Hockey Fields.

*Post-Historic and Existing Conditions:*
Recreational activities remain a major part of the West Potomac Park cultural landscape. Passive recreation activities include strolling, sight-seeing, kite-flying, and visiting memorials and

monuments all of which take place throughout West Potomac Park. Pedal boat rentals are popular activities in the warmer months at the Tidal Basin. Fishing takes place in the Tidal Basin, the Potomac River, and the Constitution Gardens Lake. Throughout the year, people attend concerts, watch fireworks displays, and attend marches, protests, and similar events. The Annual Cherry Blossom Festival occurs during peak bloom (late-March to early-April), which attracts hundreds of thousands of people to the cultural landscape. The West Potomac Park Softball Fields, consisting of eight fields, are located along the west side of the park between the Inlet Bridge and the Lincoln Memorial (Figure 47 and Figure 48). The West Potomac Park Mixed Use Fields, consisting of five fields, are located between West Basin Drive SW and the Lincoln Memorial. Baseball diamonds are in fields on both sides of 23rd Street NW and sand volleyball courts are located to the northwest of the Lincoln Memorial. Although the active recreational fields were added to the cultural landscape since the 1970s, they are consistent with the recreational use of West Potomac Park established during the period of significance.



*Figure 47.  People playing soccer in the JFK Hockey Fields south of the Reflecting Pool (Matthew Traucht 2021).*



*Figure 48. People performing and listening to music at the DC War Memorial. This is an example of passive recreation in West Potomac Park and consistent with the use of that structure as a performance venue (Matthew Traucht 2021).*

### Commemoration (Contributing)

**Historic Condition:**

Although the park was originally intended to provide active and passive recreation functions, the McMillan Plan of 1902 recommended that commemorative functions could coexist with recreational uses. The McMillan Plan identified the site of the Lincoln Memorial as a location of a major memorial. The Lincoln Memorial was the first major memorial to be constructed in the newly created West Potomac Park and its completion in 1922 established a commemorative land use function in this area.

In 1928, the Cuban Friendship Urn, memorializing lives lost on the USS *Maine* in the Havana Harbor in 1898 and presented to the United States by Cuban President Gerardo Machado in 1928 was installed in the OPBG nursery, establishing a commemorative use in the area that was formerly used for administrative and passive recreation functions. The Urn was removed in 1947 as the approaches to the 14th Street Bridge were being constructed. Planning began for the Thomas Jefferson Memorial in 1934 and the site on the south bank of the Tidal Basin was selected

**West Potomac Park**
**National Mall & Memorial Parks**

in 1937. The memorial was completed and dedicated in 1943. The completion of the memorial established a commemorative land use in the area, which largely superseded the active recreation use of this area. In 1990, the George Mason Memorial was authorized and was built around the Number 4 Fountain. The memorial was dedicated in 2002 which added an additional commemorative land use in the southeastern part of the park. In 1997 the Cuban Friendship Urn was installed in its current location, which is near the original location.

The first instance of the Tidal Basin area being used for commemoration occurred in 1912 when the statue of Commodore John Paul Jones was installed near its northern lobe. That same year, 3,020 cherry trees were received as a token of friendship to the People of the United States from the People of Japan. The trees were planted around the Tidal Basin between 1913 and 1920 and the inaugural Cherry Blossom Festival was held in 1935. In 1943, a bridge to carry Independence Avenue SW was built across the northern part of the Tidal Basin and, in 1954, it was dedicated the Kutz Bridge to memorialize the contributions of Brigadier General Charles W. Kutz, the Commissioner of Engineering for the District of Columbia in the early part of the twentieth century. In 1954, a stone lantern gifted to the US by Japan commemorating the 100th anniversary of Commodore Matthew Perry's historic visit to Japan was installed on the northwestern shore of the Tidal Basin (Figure 49). In 1958, the Japanese Pagoda, a gift of friendship from the Mayor of Yokohama, was installed on the southwestern shore of the Tidal Basin. The following year, the land was set aside by a Congressional Resolution as the site for a future memorial to Franklin Delano Roosevelt. Following an extensive planning, design, and construction period, the Franklin Delano Roosevelt Memorial was opened 1997, furthering the use of the Tidal Basin shores as a commemorative space. In 1996, Congress authorized a memorial to Dr. Martin Luther King, Jr., and a site along the northwestern lobe of the Tidal Basin was ultimately chosen. The site was chosen, in part, because it created a line from the Lincoln Memorial through the Martin Luther King, Jr. Memorial to the Thomas Jefferson Memorial, connecting the legacies and impacts of the three men. Construction started in 2006 and the memorial was dedicated in 2011. The addition of the Martin Luther King, Jr. Memorial in 2011 added a new land use to the area.

Following the removal of the temporary buildings to the north of the Reflecting Pool in 1971, construction of the fifty-acre Constitution Gardens started in 1974. In 1976, Constitution Gardens was dedicated, commemorating the American Revolution. In 1984, the memorial to the 56 Signers of the Declaration of Independence was installed on a small island in the lake within Constitution Gardens (Figure 50). In 1986, a proclamation was issued by President Ronald Reagan declaring Constitution Gardens a "Living Legacy" dedicated to the commemoration of the US Constitution. The commemorative nature of Constitution Gardens was further enhanced when the Vietnam Veterans Memorial and the *Three Servicemen* statue were dedicated in 1984, followed in 1993 with the dedication of the Vietnam Women's Memorial. The Washington City Canal Memorial Stone and Plaque, located near the Lockkeeper's House at the northeastern corner of the Gardens, commemorates the completion of the Washington City Canal in 1815. The Memorial Stone and Plaque is noteworthy because it commemorates a locally significant event on the National Mall.

Additional commemorative plaques in West Potomac Park include the First Japanese Cherry Tree Planting Plaque (installed in 1950) located near the northwestern lobe of the Tidal Basin and the First Air Mail Flight Marker (installed in 1958, replaced in 1971) along Ohio Drive SW to the north of the Tidal Basin Inlet Bridge.

In 1996, the Korean War Veterans Memorial was dedicated at the far west side of Ash Woods, which established a commemorative land use in this area.

In 2004, the World War II Memorial was constructed around the footprint of the Rainbow Pool. The siting of the World War II Memorial in this location inserted a commemorative function to this area.

**Post Historic and Existing Conditions:**
The areas described above continue to be utilized for commemorative functions and have retained their integrity since the historic period. The commemorative areas are character-defining features of the West Potomac Park cultural landscape and are contributing resources to the cultural landscape.

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 49.  The Japanese Lantern is a commemorative feature in West Potomac Park symbolizing friendship between Japan and the US (Matthew Traucht 2021).*



*Figure 50.  The memorial to the 56 Signers of the Declaration of Independence in Constitution Gardens (Josh Penn, 2021).*

*Administrative (Contributing)*

**Historic Condition:**

After the land reclamation was completed, the area between the Potomac Railroad Bridge (Long Bridge) embankment and the Tidal Basin Inlet was set aside for a propagation garden for the OPBG. In 1905, four concrete fountains were installed in the area. The propagation garden (nursery) and rose garden were gradually planted and improved in the following years. The improvements in this area established a passive recreational land use pattern that coexisted with the administrative functions of the OPBG plant nursery.

In 1918, some recreational land use areas in West Potomac Park were displaced when temporary buildings ("tempos") were constructed in the area north of the Reflecting Pool. Additional temporary buildings were installed south of the Reflecting Pool during World War II. The installation of these buildings in support of the war effort temporarily altered the land uses in West Potomac Park to serve an administrative use. When the buildings south of the Reflecting Pool were demolished in 1964, the land uses largely reverted to active and passive recreational uses as athletic fields were installed.

**Post Historic and Existing Conditions:**

In 1975, temporary horse stables and facilities were installed south of the Reflecting Pool in Ash Woods in advance of the Bicentennial celebration. These stables re-established an institutional land use in this area. In 2023, construction of the new horse stables and associated education facility to improve horse stable conditions, provide administrative space, improve operational access, and address drainage concerns was completed. The stables, serving an administrative function in West Potomac Park, are noncontributing resources to the cultural landscape.

**Utilitarian**

**Historic Condition:**

The 107-acre Tidal Basin was constructed to facilitate the flushing of the Washington Channel and, as such, had a utilitarian land use. As designed, the Tidal Basin exchanged some 250 million

**West Potomac Park**
**National Mall & Memorial Parks**

gallons of water as the incoming tide from the Potomac River passed through the inlet gates and, as the tide receded, the water flushed through the outlet gates and into the Washington Channel.

The Flood Control Levee was constructed along the north side of the Reflecting Pool in 1938, replacing a temporary levee from 1936. The eight-foot-high berm was designed and installed by the US Army Corps of Engineers.

**Post Historic and Existing Conditions:**

Due to siltation that has impeded the operability of the flood gates, the Tidal Basin no longer functions to flush the Washington Channel. As a result, water often floods over the Tidal Basin seawall and sidewalks. In 2016–2017, the US Army Corps of Engineers built the 17th Street Levee to further hold back flood waters. It comprises aluminum panels between steel posts and can be erected across 17th Street NW when there is flooding from the Potomac River that poses a risk to humans and infrastructure in downtown Washington, DC.

*Transportation – Park Roads (Contributing)*

**Historic Condition:**

Prior to the reclamation of the flats and the establishment of West Potomac Park, a wharf was established in 1806-1807 at the end of 17th Street NW. By 1832 the C&O Canal and the Washington City Canal were connected, and the Lockkeeper's House built in 1837. The construction of roads in West Potomac Park was among the first improvements in the park, with 17th Street NW extended to the Tidal Basin in 1903 to meet a new road built at that time along the north part of the Tidal Basin. Riverside Drive (now Ohio Drive SW) was constructed incrementally between 1906 and 1910. At around this same time, B Street North (now Constitution Avenue NW) was extended to the Potomac River and served as the northern limit of the park. It was widened between 1928 and 1931 and its terminus – the Belvedere – was built in 1931 concurrent with the completion of the Arlington Memorial Bridge and its approaches as well as the Rock Creek and Potomac Parkway. The radial roads around the Lincoln Memorial (23rd Street NW, 23rd Street SW, Henry Bacon Drive NW, Daniel Chester French Drive SW, and Lincoln Memorial Circle) were all constructed between the later part of the 1910s and 1922.

Independence Avenue SW was extended through West Potomac Park in 1943 to facilitate the movement of vehicular traffic through the park from War Department temporary buildings located there to the Pentagon in Virginia.

**Post Historic and Existing Conditions:**

The areas designated for transportation uses – primarily the park's roads (mentioned above and described in the Circulation section of this CLI) remain mostly unchanged since the end of the historic period. These roads were significant in facilitating vehicular access to West Potomac Park and for moving motorists through the park to points beyond. This network of roads also served to spatially organize the park. Approaches to the Arlington Memorial Bridge and to the Rock Creek and Potomac Parkway were designed sensitively to facilitate vehicular travel to and from the park at its northern point to recreational and commemorative areas beyond. Most of the park's roads contribute to the East and West Potomac Parks Historic District. Constitution Avenue NW, 17th Street NW, 23rd Street NW, 23rd Street SW, Henry Bacon Drive NW, Daniel Chester French Drive SW, Lincoln Memorial Circle, Ohio Drive SW, and the Terminus of the Rock Creek and Potomac Parkway all contribute to the National Mall Historic District. As such, these roads – retaining integrity to the period of significance – are contributing transportation features to the West Potomac Park cultural landscape.

*Transportation (Noncontributing)*

**Historic Condition:**

A noncontributing transportation land use was established in the southeastern section of West Potomac Park when this area was used for the approach to the "Highway Bridge" across the Potomac River, which opened in 1906. Although a concentration of passive recreation, administrative, and commemorative land uses in the southeastern part of the park remained present there until 1947, the construction of the approaches to the 14th Street Bridge displaced or reduced the capacity for these activities, led to the removal of ornamental gardens, a nursery, and decorative fountains, and bifurcated the park. The use of this area for transportation become intensified when the 14th Street Bridge complex was opened to traffic in 1950, followed in 1962 with the opening of the George Mason Bridge, in 1971 with the opening of the Rochambeau

Bridge, and in 1983 when the Charles R. Fenwick Bridge was opened to carry the Metrorail Yellow Line across the Potomac River.

Like the area in the southeastern part of the park, the construction of bridge approaches to the west and north of the Lincoln Memorial also created a concentration of transportation-related functions there. Although the construction of the Arlington Memorial Bridge between 1930 and 1933 and the completion of the Rock Creek and Potomac Parkway in 1936 introduced a certain complexity of approaches to this area, these were designed and constructed harmoniously with the recreational and commemorative land uses in this area. To the contrary, approaches to the Theodore Roosevelt Bridge, built between 1960 and 1964, obliterated the axial relationship of Constitution Avenue NW to the Potomac River and inserted a confusing network of roads that obliterated the former recreational and commemorative features that predated their construction.

**Post Historic and Existing Conditions:**

The elevated alignments and abutments of US Route One, 14th Street, and I-395, as well as the approaches to the 14th Street Bridges, are noncontributing and incompatible insertions into the West Potomac Park cultural landscape. The construction of parking lots in the southeastern extremity of the park between 1988 and 1994 are noncontributing resources to the park due to their utilitarian function, common materials, and construction after the period of significance. The proposed Potomac Railroad Bridge (Long Bridge) project, which will construct a new railroad bridge between the Charles R. Fenwick Bridge and the historic Potomac Railroad Bridge, will further cement the transportation land use in this area of the park, however it will have an adverse effect on the historic integrity of the cultural landscape.

**West Potomac Park**
**National Mall & Memorial Parks**

| Feature Name | Feature Contribution | CRIS-HS Name | CRIS-HS Number | Type of FMSS Record | FMSS Record Number | FMSS record an exact match? |
|---|---|---|---|---|---|---|
| Recreation, Passive and Active | Contributing | N/A | N/A | N/A | N/A | N/A |
| Commemorative memorials and monuments | Contributing | N/A | N/A | N/A | N/A | N/A |
| Utilitarian -Tidal Basin | Contributing | N/A | N/A | N/A | N/A | N/A |
| Utilitarian – Flood Control Levee | Contributing | N/A | N/A | N/A | N/A | N/A |
| Transportation – Park Roads | Contributing | N/A | N/A | N/A | N/A | N/A |
| Administrative – USPP H1 Stables | Noncontributing, compatible | N/A | N/A | N/A | N/A | N/A |
| Utilitarian – 17th Street Levee | Noncontributing, compatible | N/A | N/A | N/A | N/A | N/A |
| Transportation – highway bridge approaches | Noncontributing, incompatible | N/A | N/A | N/A | N/A | N/A |
| Transportation – parking lots | Noncontributing | N/A | N/A | N/A | N/A | N/A |

*Topography*

Topography is the three-dimensional configuration of the landscape surface characterized by

features (such as slope and articulation) and orientation (such as elevation and solar aspect).

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 51.  Diagram of Site Topography (SmithGroup, RHI, and Gray & Pape 2022).*

*Prior to the Period of Significance*

West Potomac Park is a reclaimed land mass that was previously part of the tidal Potomac River. Before dredging and land reclamation began in 1870, the area was defined by mudflats, marsh land, and areas of natural shoals which were extant just below the surface level of the river (see Figure 51). The natural silting of the Potomac, as well as flooding events and tidal changes, impacted and altered the area which became West Potomac Park.

*Period of Significance*

While the Potomac River had been dredged prior to 1882, a disastrous 1881 flood which inundated much of Washington, DC spurred action to resolve flooding issues. A survey was made of the Potomac and Anacostia Rivers and a plan was drafted to dredge the Potomac and reclaim lands near the shoreline. In 1882, this plan was reviewed, along with two previously drafted plans created in 1870 and 1879, and a report was drafted that recommended the

reclamation of the area that would become East and West Potomac Parks, as well as the creation of the Tidal Basin, which would ensure the Washington Channel would be kept free of silt build-up (HALS 2017, 16–17).

*Flat & Level Ground Plane Throughout the Park (Contributing)*

**Historic Condition**

Large-scale reclamation work for West Potomac Park began in 1882 and was largely completed by 1909 when the area was largely twelve to sixteen feet above sea level (Joseph, Wheelock, and McLarty 1999, 30). As the park was improved with development including roadways, athletic fields, various active and passive recreational areas, as well as monuments and memorials, the reclaimed lands were gradually graded, seeded, and planted. In the early part of West Potomac Park's existence, the topography was largely flat and uniform, with little variation across the landscape.

**Post-Historic and Existing Conditions**

In large part, the original flat topography of West Potomac Park, with minimal alteration, remains a defining characteristic of the park and serves to connect, visually, different spaces within the park to others.

*Elevation of the Lincoln Memorial Site (Contributing)*

**Historic Condition**

The flat, uniform landscape began to change with the construction of various memorials and general improvements of the park. Notably, the construction of the Lincoln Memorial altered the topography in the western end of the park. The Lincoln Memorial was constructed so it is elevated above the surrounding ground level. The ground plane surrounding the memorial is lifted by a retaining wall at circle, then slopes slightly to roll up to a high rectangular plinth that the memorial is sited on. The design of the Lincoln Memorial gave it prominence in the landscape and surrounding area and solidified it as a major focal point within the park. Extending east in front of the memorial, the Reflecting Pool and Rainbow Pool were constructed below the level of the Lincoln Memorial.

**Post-Historic and Existing Conditions**

The topography near the Lincoln Memorial was slightly altered in 2012 to provide accessible routes from the memorial to the Reflecting Pool, but the memorial landscape retains its historic elevated character.

*Flood Control Levee to the north of the Reflecting Pool* **(Contributing)**

**Historic Condition**

In 1936, a temporary flood levee was constructed north of the Reflecting Pool from the Lincoln Memorial east towards 17th Street (Figure 52). This levee was constructed in response to a major flood, which inundated much of the surrounding area. This levee was made permanent in 1939 and became part of the landscape north of the Reflecting Pool. This levee raised the profile of the landscape in this area, which was later complimented by the design and construction of Constitution Gardens. The levee was rebuilt as part of the Constitution Gardens construction work (National Mall Historic District NRHP Registration Form 2016, 42).

**Post-Historic and Existing Conditions**

From 2011–2014, the 17th Street gap in the flood control levee was finally closed. The gap had existed since the levee's construction and could be plugged with sandbags in the event of a flood event. Flood waters are now restricted from passing by the installation of a system that can be closed with a post and panel gate in the event of flooding. This new installation slightly altered the topography of the eastern end of the Constitution Gardens portion of the park (US Army Corps of Engineers 2021).



*Figure 52.  Photo of the topographic change at the flood control levee along the northern limit of the Reflecting Pool
(Matthew Traucht 2021).*

*Constitution Gardens Rolling, Undulating Hills (Contributing)*

**Historic Condition**

As additional memorials were built throughout the park, subsequent topographic changes
occurred. Notably, the construction of Constitution Gardens from 1974–1976 altered the largely
flat area north of the Reflecting Pool. The area became defined by an undulating landscape of
hills and terraces, which is set apart from most of the rest of West Potomac Park's largely flat
profile.

**Post-Historic and Existing Conditions**

The topographic conditions described above remain unchanged as of the writing of this CLI.

**West Potomac Park**
**National Mall & Memorial Parks**

*Sunken Condition of the Vietnam Veterans Memorial and the World War II Memorial (Contributing)*

**Historic Condition**

In the western portion of the Constitution Gardens area, the Vietnam Veteran's Memorial is sunken below ground level, leading individuals down towards the center of the memorial (NPS 2008, 48–56). A further alteration to the park's topography was undertaken as part of the construction of the World War II Memorial. The memorial was constructed around the footprint of the Rainbow Pool. As a result of the approved design, the pool was lowered six feet below its pre-existing ground level. This alteration was completed between 2001 and 2004 (National Mall Historic District NRHP Registration Form 2016, 51).

**Post-Historic and Existing Conditions**

The topographic conditions described above remain unchanged as of the writing of this CLI. Overall, topographic manipulation has been used judiciously to create hierarchies within the park, to enhance views and vistas, and to provide some control over flooding.

| Feature Name | Feature Contribution | CRIS-HS Name | CRIS-HS Number | Type of FMSS Record | FMSS Record Number | FMSS record an exact match? |
|---|---|---|---|---|---|---|
| Flat & level ground plane throughout the park | Contributing | N/A | N/A | N/A | N/A | N/A |
| Elevation of the Lincoln Memorial Site | Contributing | N/A | N/A | N/A | N/A | N/A |
| Sunken condition of the Vietnam Veterans Memorial | Contributing | N/A | N/A | N/A | N/A | N/A |
| Constitution Gardens rolling, undulating hills | Contributing | N/A | N/A | N/A | N/A | N/A |
| Sunken position of World War II Memorial | Contributing | N/A | N/A | N/A | N/A | N/A |
| Flood Control Levee to the north of the Reflecting Pool | Contributing | N/A | N/A | N/A | N/A | N/A |

***Vegetation***

Vegetation includes deciduous and evergreen trees, shrubs, vines, groundcovers, and herbaceous plants and plant communities, whether indigenous or introduced in the landscape. Vegetation in

West Potomac Park consists of a simple palette of distinct, identifiable stands of trees and large swaths of open lawn that function to unite the different areas of the park. The vegetation of West Potomac Park is a dynamic and evolving collection that represents the thoughtful work of skilled designers, engineers, and landscape architects. This work, which occurred piecemeal over the course of decades, predated, in some cases, the development – and even the creation – of the land that would become West Potomac Park.



*Figure 53.  Diagram depicting locations of cherry trees concentrated around the Tidal Basin and elsewhere in West Potomac Park (SmithGroup, RHI, and Gray & Pape 2022).*

**Historic Condition:**

*Prior to the Period of Significance*

Prior to the transfer of the land in 1909 from the Army Corps of Engineers to the OPBG, dredging operations deposited fill in a generally west to east fashion. Between 1897 and the first decade of the twentieth century, following the solidification of fill, improvements to Potomac Park included grading, seeding of lawn (mostly bluestem), and the planting of trees and shrubs. Planting plans

were developed as the need arose, generally following the construction of roads and insertion of belowground infrastructural improvements. Plants were raised in nurseries within the park and at the Washington Monument Grounds, which were established and maintained for the purpose of growing stock for the ambitious project of creating a park from dredge material or purchased from commercial nurseries (NPS 2009a, 37).

*Period of Significance*

With the reclamation of the "flats" located along the Potomac River, begun in 1882, the native vegetation of reeds, wild oats, and shrubs typical of marshland began to be replaced through natural and cultural practices. The dredging of the Tidal Basin (then "tidal reservoir") commenced in 1887 and was largely complete by 1890 with functioning inlet and outlet gates. The seawall enclosing the basin was mostly built by 1896.

The Senate Park Commission was established in 1901 and issued its report, "The Improvement of the Park System of the District of Columbia" (McMillan Plan) a year later. The report identified the land to the immediate south of the Washington Monument as "The Washington Common," which was to be "devoted to the people as a place of recreation" (Moore 1902, 49). The area would comprise ballfields, tennis courts, open-air gymnasiums, and sand piles while the reservoir would be used for boating, swimming, and ice skating. Addressing the reclaimed land along the Potomac River, a process that was still underway and far from complete, the Senate Park Commission referenced the formal appearance of the shoreline, "emphasized by rows of poplar and willow trees, planted to bind the earth together" (Moore 1902, 118). The report recommended that the vegetation of the Potomac Parks would comprise a "living museum of the greatest interest" but that the selection of plants should also be restrained to avoid the destruction of the "restful simplicity of the landscape Moore 1902, 119). The report went on:

> [We] believe that it would be possible, by a wise choice and arrangement of species, to group in the planted area along the easterly side of the park a great series of trees and shrubs and herbs which should represent in a synoptic manner all the important types of vegetable life capable of growing at Washington, and to do so, by the exercise of sufficient care and skill, without in any degree injuring the character of the dominant park landscape (Moore, 1902, 119).

From this, the character of Potomac Park was to be established as outlined by the Commission to be one suggestive of river bottom scenery and meadows, with trees along the waterfront and occasional groves and specimen trees used create attractive compositions. The Commission recommended "tall-stemmed" canopy trees that would provide shade while allowing breezes to pass through and, along the Washington Channel, they called for a "continuous mass of foliage" (Moore 1902, 117–119).

Although the McMillan Report was never fully implemented, the development plan for Potomac Park was strongly influenced by the framework established by it. Immediate planning and development of the park was done by the Corps of Engineers. The OPBG began improving the lands of West Potomac Park in 1902, with thousands of trees planted in the park by 1910. The first planting plan for the entire park was approved by the Commission of Fine Arts in 1914. By 1925, reclamation of Potomac Park had been completed, the reclaimed land had been seeded and planted, and the wild vegetation had been completely cleared. The NPS accepted control of Potomac Park in 1933.

*Ohio Drive SW Trees (Contributing)*

**Historic Condition:**

In 1901, when the first segment of reclaimed land was transferred to the OPBG for development, it was "covered with a wild growth of willows, grasses, bushes and trees that had taken root in the rich and fertile mud from the bottom of the Potomac." (Chapell 1973, 95) The thirty-one-acre segment, which lay south of the Washington Monument, was improved by 1903 with the building of the road along the northeast side of the reservoir that provided exceptional views of the city, of the river, and of the hilly landscape beyond in Virginia (HABS 1993, 6). Continual development of the park's circulation system would follow, with vegetation planned and installed as the infrastructure was put in place. In 1908, Frederick Law Olmsted, Jr., developed a planting plan that included elms to be planted at the Washington Monument Grounds and along the Potomac River in West Potomac Park (NPS 2009a, 36). By 1909, a walk had been established along River Road (now the Tidal Basin parking lot).

**West Potomac Park**
**National Mall & Memorial Parks**

In 1909, with the opening of the Tidal Reservoir's Inlet Bridge to pedestrians, the OPBG commenced improvements to the bridge approaches. Grading and the installation of the road and bridle path was completed a year later. By the end of 1911, shrubs and American elms had been planted on the approaches (HALS 2017, 29). Colonel Spencer Cosby of the OPBG, working with First Lady Taft and George Brown, oversaw the beautification of the Tidal Basin and "the Speedway," which would be renamed Riverside Drive and, later, Ohio Drive SW. In addition to the planting of Japanese cherry trees at the Tidal Basin, Cosby directed the planting of shrubs and trees throughout the nascent park as well as the installation of sod adjacent bridle paths. Some 365 flowering shrubs were planted at the east approach to the Inlet Bridge and 188 shrubs, and three trees planted on the west approach. Willows, totaling fifty-five in number, were planted along the Potomac River and evergreen shrubs were planted on newly formed land from dredge placed to the east of the Tidal Basin (HALS 2017, 32.)

**Post-Historic and Existing Conditions:**

Ohio Drive SW between the Tidal Basin Inlet Bridge and the John Ericsson Memorial is lined on both sides with majestic, mature American elms. Although gaps exist, the continuity and rhythm of the trees remains intact. While planting plans have not been located during the research of this CLI, historic photographs indicate that the elms lining Ohio Drive SW were planted during the period of significance. The rows of elms lining Ohio Drive SW are contributing vegetation to the West Potomac Park cultural landscape. Additionally, between the Tidal Basin Inlet Bridge and the John Ericsson Memorial, mature willows and flowering cherry trees are present between the Potomac River and Ohio Drive SW. Although planting plans for these trees were not located during the research for this CLI, the maturity of these trees, and a review of aerial photographs from the 1950s, indicate that many were present during that period. For the purposes of this CLI, these willows and flowering cherry trees are considered contributing vegetation to the West Potomac Park cultural landscape. Lastly, lying between the Potomac River and Ohio Drive SW between the Tidal Basin Inlet Bridge and the Potomac Railroad Bridge (Long Bridge) and embankment, several mature flowering cherry trees and American elms are present (Figure 54 and Figure 55). Planting plans for these trees were not located during the research for this CLI but aerial photographs from 1949 and later illustrate that these trees were present during the

period of significance, and they are considered contributing vegetation to the West Potomac Park

cultural landscape.



*Figure 54.  Photo of mature trees (elms and willows) along Potomac River near John Ericsson Memorial (Matthew Traucht 2021).*

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 55. Photo of flowering cherry trees in bloom at southern end of West Potomac Park along Ohio Drive. These will be removed with the planned construction associated with the Long Bridge (Matthew Traucht 2021).*

*Tidal Basin Cherry Trees (Contributing)*

**Historic Condition:**

In 1908, Eliza Scidmore, author and trustee of National Geographic, and David Fairchild, US Department of Agriculture Office of Foreign Plant Introduction of the Bureau of Plant Industry, discussed the notion of using Japanese flowering cherry trees in the beautification of the newly constructed Speedway in Potomac Park. Fairchild had organized a tree planting ceremony that year on Arbor Day and was granted special permission by Colonel Charles Brownell of the OPBG to plant one tree in Franklin Park, a few blocks northeast of the Washington Monument. Scidmore – who had been tirelessly promoting the cherry tree to the OPBG– sent a letter to First Lady Helen Herron Taft, who was herself an enthusiast of Japanese culture and had been working with landscape gardener George H. Brown under Colonel Spencer Cosby, Commissioner of Public Buildings and Grounds on the improvement of Potomac Park. Taft

responded positively to the suggestion of cherry trees in Potomac Park but thought that because the banks of the Tidal Basin were still very rough, the trees would ideally be planted in rows along the newly opened Potomac Drive in Potomac Park, which had recently been planted with elms. At the same time, Fairchild wrote to Colonel Cosby, suggesting that the area between Riverside Drive and the sewer canal would be an appropriate setting for cherry trees. Cosby forwarded the letter on to Brown, who agreed that the cherries would be well suited to this area of Potomac Park. In April 1909, Colonel Spencer approved the purchase of ninety Fugenzo cherry trees (*Prunus serrulate 'Fugenzo'*) from Hoopes Brother and Thomas Co., in West Chester, Pennsylvania for the price of $106. The trees, later discovered to be a different cultivar (*Prunus serrulate 'Shirofugen'*), were planted along the Potomac River (NPS, 2021).

In the meantime, Scidmore contacted acquaintances Dr. Jokichi Takamine, a Japanese chemist, and Kokichi Mizuno, Japan's consul general, who suggested that another 2,000 trees might be donated in the name of the City of Tokyo. In August 1909, the Japanese Embassy advised the Department of State that the City of Tokyo would donate the trees, which arrived in Seattle, Washington in December that same year and arrived in Washington, DC a month later via temperature-controlled railcars. Upon receipt and transfer to the Department of Agriculture's Garden Storehouse at the Washington Monument Grounds, however, agricultural inspectors, including David Fairchild, found the trees to be in unusable condition. In addition to being large trees with severely pruned roots, the shipment was infested with insects such as wood-boring lepidopterus larvae, Chinese Diaspis, and San Jose scale (Jefferson and Fusonie, 1977). The trees were ordered burned by Colonel Cosby who wrote to Mayor Ozaki of the City of Tokyo, including copies of the Department of Agriculture's report. According to the Historic American Landscape Survey (HALS 2008), records indicate that twenty-four of the infested trees were taken to be grown and monitored by entomologists. Although the location of this monitoring was not documented, evidence suggests that they were planted near the southern end of what became East Potomac Park, which was, at that time, still undeveloped.

Upon learning of the infested and destroyed trees, Mayor Ozaki committed to sending a second shipment of trees, ensuring that the proper precautions would be taken to avoid making the same

mistake. In Japan, a committee comprising Professor S. I. Kuwana, director, Imperial Quarantine Service, Professor Y. Kumagaya, horticulturist, Imperial Horticultural Station of Okitsu, and Professor M. Miyoshi of the Imperial University of Tokyo was formed to select and propagate new trees for shipment to the United States. Working with a local expert in flowering cherries (S. Funazu), scions from twelve trees in the Village of Ekita were fumigated, placed in cold storage, and then grafted to healthy understock. These trees, after a second fumigation, were shipped in January 1912 along with an equal number promised to the City of New York. The trees destined for Washington, DC, totaling 3,020 in number, arrived on March 26, 1912, and were inspected. The shipment included the following varieties and numbers: Somei-Yoshino" (1,800); "Ari ake" (100); "Fugen-zo" (120); "Fuku-roku-ju" (50); "Gyo-i-ko" (20); "Ichiyo" (160); "Jo-nioi" (80); "Kwan-zan" (350); "Mikuruma-gayeshi" (20); "Shira-yuki" (130); "Surugadai-nioi" (50); "Taki-nioi" (140).

On March 27, 1912, First Lady Helen Herron Taft and the Viscountess Chinda, wife of the Japanese Ambassador, planted two Yoshino cherry trees on the northern bank of the Tidal Basin, just west of the 17th Street NW axis. Between 1913 and 1920, most of the other cherry trees from that shipment would eventually be planted around the Tidal Basin and along Riverside Drive (renamed Ohio Drive in 1950) in what would become West and East Potomac Park, overseen by the head gardener of the Office of Public Buildings and Grounds, Charles Henlock; others from the shipment were planted in Rock Creek Park, and in a small nursery at 17th and B Streets; eighteen of "Gyo-i-ko" variety were planted at the White House.

In 1944, replacing unhealthy, distorted, or crowded trees from the original planting, additional Yoshino cherry trees were planted by the NPS. Some 103 cherry trees were planted along the west side of the Tidal Basin, adjacent to the Kutz Bridge abutments and the lagoon, and on both ends of the Outlet Bridge. Specifications for the plantings indicated that the trees should be planted twenty to twenty-five feet apart to ensure that adequate light would reach the trees and to provide sufficient soil volume for root growth. Additionally, the NPS developed guidelines that would restrict the planting of shrubs or other flowering trees near the cherry trees between the John Paul Jones Monument and the Inlet Bridge, reducing maintenance, creating clear

sightlines, and reinforcing the prominence of the cherry trees (HALS 2017, 52). Another 180 cherry trees were planted at the Tidal Basin in 1954. To the southwest of the Thomas Jefferson Memorial, forty-two trees were planted between the memorial and the seawall.

**Post-Historic and Existing Conditions:**

As it exists today, the vegetation around the Tidal Basin contributes to one of the most iconic landscapes in Washington, DC. The flowering cherry trees have become part of the identity of Washington, DC, attracting visitors each spring during the peak bloom (Figure 56 and Figure 57). The maintenance of this living collection is an ongoing challenge, exacerbated by the changing climate, the maturation of the trees, and damage to trees and planting areas inadvertently caused by millions of visitors. The individual trees are in varying condition, with areas of compaction and flooding compounding the issues, but overall, the patterns of vegetation are consistent with the historic period. Retaining a high degree of integrity to the period of significance, the Tidal Basin flowering cherry trees are a character defining component of the West Potomac Park cultural landscape and are listed as a contributing site to the East and West Potomac Park Historic District.

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 56.  Photo of flowering cherry trees in bloom at the Tidal Basin (Matthew Traucht 2021).*



*Figure 57.  Photo of plantings looking towards the Washington Monument from near the Tidal Basin Inlet Bridge
(Matthew Traucht 2021).*

*Lincoln Memorial Grounds (Contributing)*

**Historic Condition:**

Prior to the development of the Lincoln Memorial, vegetation in this area comprised aquatic plants that occurred naturally in the tidal flats and reclaimed lands. By 1914, the area was landscaped with trees and shrubs. Frederick Law Olmsted, Jr., while serving on the Commission of Fine Arts, recommended elms for the area that would flank the proposed Reflecting Pool. In 1915-1916, prior to the construction of the Reflecting Pool (1919-1922), nearly 400 English elms (*Ulmus minor 'Atinia'*) were planted in four parallel rows (two rows on each side) on both sides of the planned Pool (NPS 2001, Section 7, 17).

The planting plan for the Lincoln Memorial was developed by Henry Bacon and Frederick Law Olmsted, Jr., with the east side of the memorial vegetated by 1922 for the dedication. Intentional

openings in the plantings along the sides of the memorial framed views of the structure, which was sited amidst turf panels. Boxwood (*Buxus sempervirens*), American hollies (*Ilex opaca*), and English yews (*Taxus baccata*) comprised the plantings specified by Bacon (Joseph, Wheelock, and McLarty 1999, 27-28). Elms were added to the outer edge of Lincoln Memorial Circle in 1923 (Figure 58). Between 1930 and 1932, groupings of southern magnolia (*Magnolia grandiflora*) were added along the western side of the memorial, with hollies (*Ilex opaca; I. aquifolium*) and mugo pine (*Pinus mugo*) planted amidst the magnolias (Joseph, Wheelock, and McLarty 1999, 28–30; 46) (Figure 59). In the area around the Watergate Steps to the west of the Lincoln Memorial, planting plans were developed by Irving Payne of the Office of Public Buildings and Public Parks and James Greenleaf consulting landscape architect for the Arlington Memorial Bridge Commission (NPS 2001, Section 7, 14). The plans consisted primarily of evergreen, such as Eastern white pine (*Pinus strobus*), American holly (*Ilex opaca*), loblolly pine (*Pinus taeda*), bald cypress (*Taxodium distichum*), Deodar cedar (*Cedrus deodara*), Scots pine (*Pinus sylvestris*), and shrubs including boxwood (*Buxus sp.*) and yew (*Taxus sp.*) (NPS 2022a) (Figure 60).

**Post-Historic and Existing Conditions:**

The elms lining the Reflecting Pool have been replanted continuously over the years, although the planting of single species is no longer encouraged. Today, the four rows comprise a mix of elms including Smooth-leaf elm (*Ulmus carpinifolia*), Wych elm (*U. glabra*), English elm (U. procera), and American elm (*U. americana*) of varying ages. The evergreens flanking the Watergate Steps are present, though in a reduced number due to die-off. White pines (*Pinus strobus*) and bald cypress (*Taxodium distichum*) dominate the vegetation today. At the Lincoln Memorial, plantings are consistent with the period of significance, although many have matured and block views to and from the memorial. More information about the Lincoln Memorial vegetation can be found in the component CLI (2022).

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 58.  Photo of the double row of elm trees lining the south side of the Reflecting Pool (Matthew Traucht 2021).*

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 59.  Photo of canopy and understory trees near the Rock Creek and Potomac Parkway in the northwest part of West Potomac Park, looking southeast toward the Lincoln Memorial (Matthew Traucht 2021).*



*Figure 60.  Photo of vegetation – mostly evergreens – at the Arlington Memorial Bridge embankment (Matthew Traucht 2021).*

***George Mason Memorial (Contributing)***

**Historic Condition:**

Prior to the development of the George Mason Memorial, which was constructed between 2000 and 2002, the area had been the setting for plant nurseries and ornamental gardens. The OPBG had constructed a propagation nursery in 1905–1906, which included ornate planting configurations (Figure 62). In 1909, the OPBG planted vegetation to screen the Potomac Railroad Bridge (Long Bridge) and the adjacent Highway Bridge from the White House. Landscape gardener George Brown and Colonel Bromwell specified the planting of stands of trees near the approach to the Highway Bridge, a grouping southwest of the nursery, and another at the Tidal Basin Inlet Bridge. Brown's recommendation included a variety of trees, including poplars, American ash, Oriental plane tree, American elm, sweet gum, maple, and American linden. Ultimately, forty-four poplars were planted to screen the Highway Bridge and thirty-one poplars were planted at the railroad bridge. In 1928, the Cuban Friendship Urn was sited amidst the

**West Potomac Park**
**National Mall & Memorial Parks**

nursery. By 1932, the nursery had been converted into an elaborately configured rose garden. In 1931–1932, the area around the Number 4 Fountain (Fountain No. 4) was replanted and dubbed the Pansy Garden (Figure 61). It consisted of concentric beds of pansies encircling the round pool, which were, in turn, enclosed by groupings or individual specimen trees that included white pines, saucer magnolias, white birches, flowering cherry, and flowering dogwood.



*Figure 61.  Composite image of West Potomac Park Rose Garden 1932, note Cuban Friendship Urn at top center of diagram (WEPO_801_80156 1932).*

In the 1940s, the rose garden and three of the four fountains were removed to allow for the construction of highway approaches to the new 14th Street bridge. Between 1951 and 1963, a number of the mature trees that surrounded the Number 4 Fountain were removed, likely associated with construction of the northbound lanes of I-395 and the George Mason Memorial Bridge, which impacted the area to the south and southeast of the Fountain (Nationwide Environmental Title Research, LLC [NETR] 1951; 1964). In 1966, twenty-six forsythia shrubs were planted as part of Lady Bird Johnson's beautification program (NPS 2021a). In 1995, landscape architect Faye Harwell (Rhodeside & Harwell, Inc.) was commissioned to develop the George Mason Memorial, which would retain the Number 4 Fountain and basic structure of the gardens.

Dedicated in 2002, the George Mason Memorial preserved the forsythia shrubs and many of the extant specimen trees (Figure 62). Bottlebrush buckeyes and Burford hollies flank the entrance to the memorial from Ohio Drive SW, while the fountain is enclosed by planting beds and lawn panels. Wisteria was planted to accentuate the trellis at the eastern part of the memorial (HALS 2017, 95).



*Figure 62.  Flowering magnolias encircle the George Mason Memorial. Note forsythia to the left of the trellis and in the foreground (Allen Russ 2019).*

### Constitution Gardens (Contributing)

**Historic Condition:**

The area occupied by the forty-three-acre Constitution Gardens was among the only parts of West Potomac Park that existed prior to the reclamation of this area. In the 1830s, this area was at the confluence of canals, with the Lockkeeper's House being constructed in 1837. Development of the Mall commenced in the mid-nineteenth century, with the thirty-seven-acre Washington Monument Grounds being set aside for development in 1848. As development in West Potomac Park advanced, efforts to improve the area around the Lockkeeper's House commenced in 1915

when the structure, which had been converted into a tool house and watchman's lodge, was relocated forty-nine feet to the west and six feet to the north. The area around the house was improved when some 505 trees and shrubs were planted in informal arrangements (NPS 2008, 35). This area, viewed as the entrance to Potomac Park, was planted with double rows of elms along Constitution Avenue and single rows along both sides of 17th Street. In 1918, much of the area that is now Constitution Gardens was converted to use by the Secretary of the Navy and the Chief of Naval Operation. The two buildings, the Navy and Munitions Buildings, extended along Constitution Avenue from 17th Street to 21st Street. In 1942, additional buildings were constructed to the south of the existing ones. It wasn't until the end of 1970 that the structures were removed.

Leading up to the Bicentennial of the American Revolution in 1976, the NPS commissioned Skidmore, Owings & Merrill (SOM), led by architect David Childs, to develop a master plan for the Mall. The picturesque plan developed for the "Bicentennial Gardens" as it was initially known was loosely based on the McMillan Commission's models and drawings, which envisioned a wooded park. The planting plan was developed with the input of consulting landscape architects Daniel Urban Kiley and Henry Arnold, as well as architect Richard Giegengack and landscape architect George Dickie, both of SOM. The planting scheme for Constitution Gardens would retain some of the mature trees already present. New trees in evenly spaced rows would be planted along the perimeter streets, and groupings of trees were specified for the southern area located at a "respectful distance" from the elms along the north edge of the Reflecting Pool (NPS 2008, 47).

More than 1,880 trees were planted in Constitution Gardens. Among these, red oaks (*Quercus borealis*) and Norway maples (*Acer platanoides 'Emerald Queen'*) were the most common, with slightly fewer numbers of red maple (*Acer rubrum*) and sweetgum (*Liquidamber styraciflua*) also planted for the canopy. Other trees included scarlet oak (*Quercus coccinea*), bur oak (*Quercus macrocarpa*), tulip trees (*Liriondendron tulipifera*), Dutch elms (*Ulmus hollandica Dedfree*) and Eastern white pines (*Pinus strobus*). Honey locusts (*Gleditsia triacanthos*) were planted in the terraced areas of the site and a grid of them was installed near the refreshment kiosk near the western end of the

lake, a plant selection attributed to Dan Kiley. The understory comprised, predominantly, flowering dogwood (*Cornus florida*) and shadblow serviceberry (*Amelanchier canadensis*), in addition to fringe tree (*Chioanthus virginicus*), crabapples (*Malus spp.*), and Kousa dogwood (*Cornus kousa*). Planting beds at the intersections of walks were a mix of azaleas and rhododendrons underplanted with Baltic ivy (*Hadera helix baltica*) and narcissus (*Narcissus poetaz*) (NPS 2008, 72). Unfortunately, due to poorly draining soils, many of the original trees did not survive. Many of the Norway maples were replaced with red maples and sugar maples (*Acer saccharum*), which are more tolerant of the wetter conditions.

Landscape architect Henry Arnold oversaw the development of the planting plan for the Vietnam Veterans Memorial, which was installed in a meadow area of Constitution Gardens in 1982. The memorial is set into a bowl-shaped slope planted with turf. Most of the existing trees present in 1982 were retained, although a few were removed where the southwest walk was installed. Several new trees – "October Glory" red maples – were also planted in the existing groves beyond the Wall.

The *Three Servicemen* statue and plaza, installed in 1984, were situated in an existing grove of trees and surrounded by beds of cotoneaster (*Cotoneaster sp.*), which were later replaced by William Penn barberry (*Berberis x gladwynensis 'William Penn'*).

In 1993, the planting plan for the Vietnam Veterans Memorial designed by George Dickie was installed in an existing grove of trees, supplemented with new plantings organized to help define the plaza that surrounds the memorial (Figure 63). The plaza was enclosed by successive beds of barberry and liriope, with willow oaks (*Quercus phellos*) lining the plaza and red oaks (*Quercus rubra*) interplanted among the existing trees. Serviceberry (*Amelanchier sp.*), viburnum (*Viburnum sp.*), witch hazel (*Hamamelis virginiana*), and redbud (*Cercis canadensis*) at the transition from the plaza to the grove beyond. Eight yellowwoods (*Cladrastis lutea*) were planted to represent eight women killed in the conflict.



*Figure 63.  Photo of mature trees in Constitution Gardens near the Vietnam Veterans Memorial (Matthew Traucht 2021).*

**Post-Historic and Existing Conditions:**

In 2004, a small part of Constitution Gardens was populated with a circular paved plaza, a circular bench, and plantings in an area associated with the World War II Memorial and known as the Circle of Remembrance. In 2016–2017, the Lockkeeper's House was moved as part of a multiphase rehabilitation project for Constitution Gardens, with a design by PWP Landscape Architecture and Rogers Partners Architects + Urban Designers. A new plaza was constructed adjacent to the relocated structure, buffered from the lawn beyond by dense plantings of Virginia sweetspire (*Itea virginica*) and preserving the elms along Constitution Avenue and 17th Street. The honey locust trees near the kiosk are in decline, with several having been removed.

**West Potomac Park**
**National Mall & Memorial Parks**

---

*Korean Veterans Memorial (Contributing)*

**Historic Condition:**

Prior to the construction of the memorial in 1995, this area was vegetated with lawn and sparsely populated with small trees (mostly lindens) and shrubs (barberry) at the western edge of Ash Woods (NETR 1988). In about 1994, the land was cleared to make way for the new memorial. The vegetation of the memorial, designed by landscape architect Henry Arnold, consisted of a simple palette. In the triangular Field of Service, which is populated with nineteen statues of soldiers, the plantings were low-growing shore junipers (*Juniperus confeta*). Enclosing the Pool of Remembrance, the landscape architect specified a double row of braided littleleaf lindens (*Tilia cordata 'Greenspire'*). At the western entrance to the memorial from Daniel French Drive SW, a grove of zelkovas (*Zelkova serrata 'Green Vase'*) created a formal threshold of dense green canopy. This planting reinforces the expressive movement of the memorial, with the appearance of the soldiers emerging from the zelkova grove (Figure 64).

**Post-Historic and Existing Conditions:**

The Korean War Veterans Memorial was under renovation and construction of the Wall of Remembrance during the field survey conducted for this CLI and all the plant materials had been removed. The project was completed in 2022 and included replacement of the linden trees around the Pool of Remembrance and of the junipers in the Field of Service. Because the memorial was automatically listed in the National Register of Historic Places, the vegetation is a contributing resource to the West Potomac Park cultural landscape.

---

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 64. Photo of grove of Japanese zelkovas near the Korean War Veterans Memorial (Matthew Traucht 2021).*

*Franklin Delano Roosevelt Memorial (Contributing)*

**Historic Condition:**

Although the twenty-seven-acre site on the southwestern side of the Tidal Basin was selected in 1959 and several schemes had already been rejected, the design by Modernist landscape architect Lawrence Halprin for the Theodore Delano Roosevelt Memorial conceptualized the site as much larger. His plan, based on the requirements of the 1974 FDR Memorial Competition, sought to achieve a "landscape solution" (Parsons 2012) that preserved the context of West Potomac Park, embracing its existing vegetation and recreational features. Thus, Halprin sited the four-roomed, horizontal structure of the memorial into a 7.5-acre memorial garden that was, in turn, situated into a sixty-six-acre memorial park (Rainey 2012, 164). These two areas – the contemplative "sacred area" consisting of distinct meditative gardens and the larger, pastoral "secular area" comprising existing playing fields – were separated from one another by a densely-planted berm.

Existing cherry trees on the banks of the Tidal Basin were preserved, though thinned considerably in 1994 to make way for the memorial and perforated at places with distinct openings cleared to direct views and vistas across the Tidal Basin to key landmarks including the White House, the Washington Monument, and the Thomas Jefferson Memorial (Figure 65). Halprin added some 350 mature trees (fifteen to thirty years of age) from the Halka Nursery in New Jersey to the existing plant palette, which included a grove of mature elms and a specimen amur cork tree (*Phellodendron amurense)* (Figure 66). Planted between fall 1996 and spring 1997, the canopy trees included black and white pine, elm, red and sugar maples, hickory, mountain ash, honey locust, willow oaks, and Japanese zelkova, while the understory was planted with flowering trees including Akebono cherry trees, dogwood, hawthorn, and flowering crabapple. Rhododendron and azalea lend additional color in the spring and fall, while evergreens and ivy provide winter interest and structure. A bosque of Japanese zelkova stands at the entry forecourt. The second of four rooms (chronologically, from west to east), received flowering plants to convey the optimism of the New Deal era of Roosevelt's four-term presidency, while evergreens were employed for the third room, representing the war years and the fourth, which depicts the funeral procession (Rainey 2012, 168).

**Post-Historic and Existing Conditions:**

The highly articulated and diverse plantings at the Franklin Delano Roosevelt Memorial require high levels of maintenance and input. The existing vegetation at the Franklin Delano Roosevelt Memorial retains a high degree of integrity to the period of significance. The planting plan incorporated numerous trees from the period prior to the design and construction of the memorial and additional vegetation was sensitively added as part of the memorial design. As such, the vegetation contributes to the historic integrity of West Potomac Park.



*Figure 65.  Flowering cherry trees in bloom in the fourth room of the Franklin Delano Roosevelt Memorial (Matthew Traucht 2021).*

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 66.  Photo of amur cork tree near the Tidal Basin in the Franklin Delano Roosevelt Memorial*
*(Matthew Traucht 2021).*

*Martin Luther King, Jr. Memorial (Contributing)*

**Historic Condition:**

Prior to the construction of the Martin Luther King, Jr. Memorial, the site consisted of a sparsely planted triangle of grass at the intersection of Independence Avenue SW and West Basin Drive, as well as some flowering cherry trees at the perimeter of the northwestern lobe of the Tidal Basin. The planting plan for the four-acre memorial was designed by landscape architect Sheila A. Brady of Oehme van Sweden and Associates. Although a few cherry trees were removed for the project, several older trees were preserved. To the existing plant palette, the memorial plantings added 182 new American-grown Yoshino cherry trees (*Prunus x yedoensis*) (Figure 67). In addition to the cherry trees, the planting plan included crape myrtles (*Lagerstroemia spp.*), dwarf sweetspire (*Itea virginica*), winter jasmine (*Jasminum nudiflorum*), and Siberian iris (*Iris siberica*) among other plants (Ruane 2012). At the entrance to the memorial from Independence

Avenue SW, nine Princeton elms (*Ulmus americana 'Princeton'*) were planted to provide a buffer from the road and a shady canopy at the entrance to the memorial.

**Post-Historic and Existing Conditions:**

The vegetation at the Martin Luther King, Jr. Memorial is consistent with the planting plan and is a contributing resource to the memorial and to the West Potomac Park cultural landscape.



*Figure 67.  Photo of flowering cherry trees in bloom at the Martin Luther King, Jr. Memorial (Matthew Traucht 2021).*

*Ash Woods (Undetermined)*

**Historic Condition:**

Stretching between Independence Avenue SW and the JFK Hockey Fields, an informal, wooded area is known as Ash Woods. Planting plans for Ash Woods were not found during research for this CLI and existing documentation is limited. The area was already populated with mature birches and willows when the site was selected for the DC War Memorial in 1931 and efforts to

retain these and flowering trees were made. Elms and tulip trees were planted in the vicinity as part of the DC War Memorial planting plan, with the existing willows preserved as background trees (NPS 2009b, 95).

**Post-Historic and Existing Conditions:**

In 1975, a portion of Ash Woods was cleared for the installation of the USPP H1 stables. In 1988, a site on the western edge of Ash Woods was selected for the Korean War Veterans Memorial, which was opened to the public in 1995. Based upon a review of aerial photographs from the period, few mature trees were present at the memorial location prior to its construction. Today, the approximately ten-acre Ash Woods comprises mature groves of elm, maple, oak, and beech as well as understory trees and shrub. Due to the absence of information about the groves, the contributing status of the Ash Woods groves is undetermined. Additional historical research should be undertaken in the future to learn more about the development of Ash Woods.

| Feature Name | Feature Contribution | CRIS-HS Resource Name | CRIS-HS Resource ID | FMSS Record Type | FMSS Record Number | FMSS record an exact match? |
|---|---|---|---|---|---|---|
| Tidal Basin Cherry Trees | Contributing | N/A | N/A | Asset | 1513186 | Yes |
| DC War Memorial Vegetation | Contributing | N/A | N/A | Asset | 1485040 | Yes |
| Lincoln Memorial Vegetation | Contributing | N/A | N/A | Asset | 1516502 | Yes |
| Constitution Gardens Vegetation | Contributing | N/A | N/A | Asset | 1513336 | Yes |
| Franklin Delano Roosevelt Memorial Vegetation | Contributing | N/A | N/A | Asset | 1520849 | Yes |
| Vietnam Veterans Memorial Vegetation | Contributing | N/A | N/A | Asset | 1513205 | Yes |
| Korean War Veterans Memorial Vegetation | Contributing | N/A | N/A | Asset | 1482946 | Yes |
| George Mason Memorial Vegetation | Contributing | N/A | N/A | Asset | 1589665 | Yes |

West Potomac Park
National Mall & Memorial Parks

| | | | | | | |
|---|---|---|---|---|---|---|
| World War II Memorial Vegetation | Contributing | N/A | N/A | Asset | 1513191 | Yes |
| Martin Luther King, Jr. Memorial Vegetation | Contributing | N/A | N/A | Asset | 1520851 | Yes |
| Mature elms along Independence Avenue SW | Contributing | N/A | N/A | Asset | 1513186 | Yes |
| Mature elms along Constitution Avenue NW | Contributing | N/A | N/A | Asset | 1513186 | Yes |
| Mature elms lining Ohio Drive SW between the Inlet Bridge and the John Ericsson Memorial | Contributing | N/A | N/A | Asset | 1513186 | Yes |
| Mature elms, willows, maples, and flowering cherry trees along Potomac River between the Inlet Bridge and the John Ericsson Memorial | Contributing | N/A | N/A | Asset | 1513186 | Yes |
| Mature elms and flowering cherry trees between the Inlet Bridge and the Potomac Railroad embankment | Contributing | N/A | N/A | Asset | 1513186 | Yes |
| Ash Woods vegetation | Undetermined | N/A | N/A | Asset | 1513199 | Yes |

***Circulation***

Circulation refers to the spaces, features, and applied material finishes that constitute systems of movement in a landscape. West Potomac Park comprises a variety of interconnected vehicular and pedestrian circulation systems that have continuously evolved since the park's establishment (Figure 68). The circulation system within West Potomac Park serves multiple functions. The first function is to connect the various elements of the park, including the commemorative and recreational spaces. Embedded within this design, the circulation systems of the individual component cultural landscapes serve to move people around those spaces, access the memorials within them, and connect to other spaces throughout the park. The second function is to connect

individuals and traffic to the broader transportation system of the immediate area of the park and the surrounding city.

Constitution Avenue NW and Independence Avenue SW are east-west roads that provide access to the park from the larger city grid and accommodate circulation within the park. Similarly, 23rd Street NW and 17th Street NW provide access into the park from the north and facilitate circulation to the Lincoln Memorial and the Tidal Basin respectively. Ohio Drive NW provides vehicular access to the park's eastern and southern limits, terminating in the west at Parkway Drive NW, the Rock Creek and Potomac Parkway, and the numerous approaches to and from the Arlington Memorial Bridge and the Theodore Roosevelt Bridge. Internally, West Basin Drive SW provides a north-south connection from Independence Avenue SW to Ohio Drive SW along the western side of the Tidal Basin. Lincoln Memorial Circle facilitates vehicular travel around the north, west, and south sides of the Lincoln Memorial and provides connections to 23rd Street NW, 23rd Street SW, Henry Bacon Drive NW, Daniel French Drive SW, and accommodates traffic transferring to the Arlington Memorial Bridge and Parkway Drive NW.

There are over 20 miles of pedestrian paths within West Potomac Park (NPS 2001, 7). Because many of the park's constituent vehicular and pedestrian circulation systems were developed together, walks associated with the park's streets are described along with the streets they are associated with. Pedestrian circulation within West Potomac Park is varied throughout the park and some of the historic and existing layout is based on the original network of pedestrian paths and bridle paths from the early 1900s. During the park's initial development, drives were lined on both sides by cinder walks and bridle paths (HALS 2017, 27). As segments of the land were later developed into memorial sites, the character of circulation and its layout and connections were adapted to the individual designed memorials.

In general, the materiality of sidewalks in West Potomac Park consists of asphalt or exposed aggregate concrete. Some sidewalks in and around specific memorials are consistent with the material design of the memorial. Individual CLIs and CLRs provide detailed information on each of these component landscapes and their materiality. In addition, streetscape elements along

**West Potomac Park**
**National Mall & Memorial Parks**

roadways classified in the National Capital Planning Commission's Streetscape Manual (2013) largely comply with the guidelines set out in the manual. These include exposed aggregate concrete for sidewalks which border the classified roadways.

In the southeast section of West Potomac Park, a network of roadways – elevated on earthen embankments or on stone-faced abutments – traverse the West Potomac Park cultural landscape and then cross the Potomac River via the 14th Street Bridges. These roadways consist of 14th Street SW, US Highway 1, and I-395 / Dwight D. Eisenhower SW Freeway. The highway bridges that cross the Potomac River and touch down in West Potomac Park are the George Mason Memorial Bridge, the Rochambeau Bridge, and the Arland D. Williams, Jr. Memorial Bridge. A bridge for the WMATA Yellow Line crosses the Potomac River between the Arland D. Williams, Jr. Memorial Bridge, and the Potomac Railroad Bridge (Long Bridge) and touches down in West Potomac Park. None of the above-mentioned roads or bridges are considered contributing circulation features and the construction of these have heavily impacted the historic character of the park.



*Figure 68.  Diagram depicting circulation features in West Potomac Park (SmithGroup, RHI, and Gray & Pape 2022).*

*Vehicular Circulation*

***Constitution Avenue NW (Contributing)***

**Historic Condition:**

Prior to the reclamation of the land that would become West Potomac Park, the general alignment of present-day Constitution Avenue NW was the Washington City Canal, which was built along the route of Tiber Creek. The canal opened to traffic in 1851. In 1870, the canal, which was mostly used as a sewer by this time, was covered and by 1873, B Street North was built over it. The road was, like other roads built in Potomac Park at this time, a macadam-surfaced road with brick gutters (NPS 2008, 33). Between 1908 and 1909, B Street North was transferred from the jurisdiction of the District of Columbia to the US Army Corps of Engineers and was extended west towards the Potomac River to meet Riverside Drive near the location of 26th Street NW. This extension required the condemnation of private land and the construction of an embankment for the roadway (Chapell 1973,

**West Potomac Park**
**National Mall & Memorial Parks**

101). In 1915–1916, a concrete walk was installed along the south side of B Street North between 17th

Street NW and the river (NPS 2008, 34) (Figure 69). At this same time, the Lockkeeper's House was

relocated six feet to the north and forty-nine feet to the west to accommodate these improvements as

well as associated improvements along 17th Street NW. In 1924, the Arlington Memorial Bridge

Commission suggested that Constitution Avenue should be considered the main approach to the

Arlington Memorial Bridge. Between 1928 and 1931, the section of the roadway between the Potomac

River and Virginia Avenue NW (just west of 17th Street NW) was widened and improved, with its

final alignment lying just to the north of its former condition (Joseph, Wheelock, and McLarty 1999,

150). In 1931, B Street North was renamed Constitution Avenue NW. Construction of the waterfront

section of the Rock Creek and Potomac Parkway (RCPP) took place primarily in 1930 and 1931

concurrent with the construction of the approaches to the Arlington Memorial Bridge, completed in

1932 (EHT Traceries, Inc. and Stantec 2018, 21). The terminus of Constitution Avenue NW, a granite

exedra now known as the Belvedere, was constructed at this same time (EHT Traceries, Inc. and

Stantec 2018, 43). The terminus was marked by a small, circular planted roundabout where the linear

Constitution Avenue NW met the RCPP, which traced the river's edge. Commencing in 1960 and

completed in 1964, the construction of the Theodore Roosevelt Bridge, which spanned the Potomac

River and landed in West Potomac Park just north of Constitution Avenue NW, altered the alignment

and condition of Constitution Avenue NW between 23rd Street NW and the RCPP. To the west of the

intersection with 23rd Street NW, the alignment of Constitution Avenue NW became a divided

roadway with an elevated one-way on-ramp to the bridge veering to the northwest and the elevated

off-ramp from the bridge meeting Constitution Avenue NW at a slightly obtuse alignment. This

resulted in a loss of the axial relationship between the avenue and the Belvedere. In the late 1970s, a

separate route for Tourmobile buses was installed along the southern side of Constitution Avenue

NW between Henry Bacon Drive NW and 17th Street NW.

**Post-Historic and Existing Conditions:**

Since the end of the period of significance, Constitution Avenue NW has not been significantly

altered. The Tourmobile route was removed in 2004 and was replaced with a sidewalk (NPS 2008,

46). A short pull-in for buses remains along the south side of Constitution Avenue NW on axis with

the intersection of Constitution Avenue NW and 18th Street NW. The 0.6-mile-long avenue forms the

northern boundary of the portion of West Potomac Park between 17th Street NW and 23rd Street NW. Comprising four travel lanes in both directions (with on-street parallel parking permitted in the outer lane of each direction during certain hours), the 80-foot-wide roadway is surfaced with asphalt and edged with granite curbs. The road is flanked on both sides by contributing concrete walks. Constitution Avenue NW and its associated concrete walks are contributing features of the West Potomac Park cultural landscape.



*Figure 69.  National Park Service National Mall standard exposed aggregate concrete walk along Constitution Avenue NW (Matthew Traucht 2021).*

### Independence Avenue SW (Contributing)

**Historic Condition:**

Referred to as B Street South until it was renamed Independence Avenue SW in 1934, this roadway did not enter West Potomac Park until 1941. Prior to this period, Independence Avenue SW extended from First Street only as far west as 14th Street NW. In 1941, at a joint meeting of the Commission of

**West Potomac Park**
**National Mall & Memorial Parks**

Fine Arts and the National Capital Park and Planning Commission, the proposition was raised to extend Independence Avenue SW from 14th Street NW to the Potomac River. The project was related, to a large degree, to the War Department's insistence that a direct route from the "tempos" in West Potomac Park to the Pentagon, then under construction in Virginia, was needed. They argued that the extension would allow defense workers to access the Pentagon via the Arlington Memorial Bridge. At the same time, Maine avenue would be extended through the Washington Monument Grounds from 14th Street NW to 17th Street NW, which would provide an alternate route to the Pentagon via the 14th Street Bridge complex (Chapell 1973, 149; NPS 2009a, 87). The extension of Independence Avenue SW was designed by Paul Philippe Cret (NPS 2016, 55). To carry the eastbound lanes of Independence Avenue SW across the Tidal Basin's northern lobe, an 833-foot-long bridge (named the Kutz Bridge in 1954) designed by Cret and the engineering firm Modjeski and Masters was installed, opening to traffic in 1943 (HALS 2017, 54). The westbound lane was constructed to circumnavigate the Tidal Basin, passing along its northern shore just south of the statue of Commodore John Paul Jones, which stood at the terminus of 17th Street NW. The Independence Avenue SW extension from 17th Street NW to the Lincoln Memorial was completed in 1943. At its western extent, Independence Avenue SW merged with Riverside Drive (now Ohio Drive SW) just beyond the intersection with 23rd Street SW. The arcing route of the westbound lane met and then followed the linear axis of the eastbound lane near the location of the DC War Memorial. From that point to 23rd Street SW, the eastbound lanes and westbound lanes were divided by a planted median. At the Tidal Basin lagoon, connecting spurs from the eastbound and westbound lanes of Independence Avenue SW were constructed at both ends of the Kutz Bridge to ensure continuous circulation (Figure 70). Concrete walks lined both sides of the roadway on its outer side, but the median did not contain any pedestrian circulation features other than occasional crossings.

**Post-Historic and Existing Conditions:**

Independence Avenue SW has not been substantially altered since the period of significance. Between 2009 and 2011, the dual approach from West Basin Drive SW was altered for the construction of the Martin Luther King Jr. Memorial (Figure 71). Independence Avenue SW was repaved in 2015 (HALS 2017, 55). As a major circulation route to and through West Potomac Park that accesses other

**West Potomac Park**
**National Mall & Memorial Parks**

circulation features, several monuments and memorials, and recreational fields, Independence

Avenue SW and its associated walks are contributing features of the cultural landscape.

*Figure 70. Photo of Independence Avenue SW looking northeast as it crosses the Kutz Bridge (Matthew Traucht 2021).*

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 71.  Crosswalk near Martin Luther King, Jr. Memorial and DC War Memorial, looking east along Independence Avenue SW (Matthew Traucht 2021).*

### Ohio Drive SW (Contributing)

**Historic Condition:**

The road along the Potomac River was built incrementally between 1906 and 1907, with improvements occurring in 1909–1910 (HALS 2017). Variously called Riverside Drive, River-Side Drive, Water-Side Drive, and the "Speedway," it was renamed Ohio Drive SW in 1950. In its earliest configuration, the road extended along the river from the Tidal Basin Inlet to the western boundary of the park where it merged with 26th Street, just north of the future alignment of B Street North (later Constitution Avenue NW), which was completed in 1909 (eTIC WEPO 801/80164). In 1908, a bridge carried the road across the "Old Sewer Canal," which extended through the recently reclaimed land from near the intersection of 17th Street NW and B Street North to where it emptied into the Potomac River (eTIC WEPO 801/80066). By 1909, however, the bridge was no longer depicted on plans and the area around the canal was being filled (eTIC WEPO 801/80164). On plans from 1908

and 1909, a rotary is depicted along the Riverside Drive in approximately the location where the Lincoln memorial was built. This was designed under the direction of Colonel Bromwell in 1907 and known as the "Focal Circle." Plans for the rotary include a connection to 23rd Street and show an "Axis to Monument," which would be, presumably, the Washington Monument. Research conducted for this CLI did not reveal when the Focal Circle was removed. In 1909, the Tidal Basin Inlet Bridge was built and, a year later, macadam approaches to the bridge were finished (NPS 2017a), connecting Riverside Drive across the inlet to the roadways on the eastern side of West Potomac Park. From the Inlet Bridge, the road continued easterly a short distance to a T intersection to the west of the Number 4 Fountain. From there, Riverside Drive continued easterly along the river, passing beneath the "Highway Bridge" to the Potomac Railroad alignment. The road was flanked on both sides by bridle paths. Between 1912 and 1916, the perimeter road (also called Riverside Road) encircling East Potomac Park was built, joining with the Riverside Road in West Potomac Park at the Potomac Railroad Bridge (Long Bridge). In 1924, site preparations for a statue honoring John Ericsson commenced, although the statue would not be installed until 1927 and the site around it was not completed until 1932 (Joseph, Wheelock, and McLarty 1999, 40; 110). The statue was installed along Riverside Drive on axis with the Lincoln Memorial at 23rd Street SW. Between 1930 and 1933, the shoreline to the west of the Lincoln Memorial was expanded significantly through reclamation and the construction of a section of seawall. Abutments for the Arlington Memorial Bridge and Parkway Drive (approach to the Rock Creek and Potomac Parkway) were constructed, as were the Watergate steps and plaza. Riverside Drive was extended northward from 23rd Street SW along the shoreline, passing beneath the Arlington Memorial Bridge, alongside the Watergate Steps, and through a tunnel at the eastern extent of Parkway Drive before terminating at an intersection with the Rock Creek and Potomac Parkway approach, which lay to the northwest of the Lincoln Memorial. At that time, the new section of Riverside Drive between the Arlington Memorial Bridge and the parkway Drive underpass was called "Low Level Driveway" (eTIC WEPO 801/80134). In 1943, due to high volumes of traffic and the insertion of Independence Avenue SW, the width of Riverside Drive was widened, and its alignment was altered around the Ericsson Memorial, forming a teardrop shaped island rather than a circular one (Joseph, Wheelock, and McLarty 1999, 54). Riverside Drive was renamed Ohio Drive SW in 1950.

**West Potomac Park**
**National Mall & Memorial Parks**

**Post-Historic and Existing Conditions:**

Ohio Drive SW has not been substantially altered since the period of significance. From the 14th Street Bridge underpass to the Tidal Basin Inlet Bridge, it is flanked on the northern side by a concrete walk, which then departs the alignment of Ohio Drive SW and provides access to the Tidal Basin and the Franklin Delano Roosevelt Memorial (Figure 72 and Figure 73). At the Inlet Bridge, a concrete walk from the seawall along the Potomac River extends to the Ohio Drive SW alignment and then follows the roadway on its southern side. This walk parallels the alignment of Ohio Drive SW along the southern side of the road past the Ericsson statue and the Arlington Memorial Bridge and Parkway Drive underpass and then departs the roadway as Ohio Drive SW terminates at the Rock Creek and Potomac Parkway. Ohio Drive SW is a forty-four-foot-wide asphalt-topped roadway lined with concrete gutters and granite curbs. Between the Tidal Basin Inlet Bridge and 23rd Street SW, on-street parallel parking is permitted along the west side of the road. Retaining its alignment and associated pedestrian walks since the period of significance, Ohio Drive SW is a contributing feature of the West Potomac Park cultural landscape.

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 72.  Photo of Ohio Drive at West Basin Drive, note step-off paved area in lieu of full-width sidewalk and bikeshare dock near kiosk (Matthew Traucht 2021).*

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 73. Photo of Ohio Drive SW looking towards Parkway Drive SW underpass near the Watergate Steps (Matthew Traucht 2021).*

### *West Basin Drive SW (Noncontributing)*

**Historic Condition:**

During the earliest period of development in West Potomac Park, West Basin Drive SW was part of a continuous road that encircled the Tidal Basin, which was developed incrementally between 1902 and 1908. It was lined by pedestrian walks and bridle paths. The section of this system that extended along the western perimeter of the Tidal Basin from the Inlet Bridge to the Y-Intersection with 17th Street NW served to carry vehicular and pedestrian traffic around the Tidal Basin. The road and its associated walks skirted along the shoreline of the Tidal Basin. In 1918, temporary buildings for the Navy and the War Department were constructed to the west of the Tidal Basin. The roadway along the Tidal Basin provided access to those facilities from the Inlet Bridge. A short spur was also inserted to create a link from Riverside Drive to the temporary buildings. This link then connected to the roadway that skirted the western lobes of the Tidal Basin. In 1943, with the construction of

Independence Avenue SW, the road along the Tidal Basin was modified slightly to allow it to merge with the new road. Where it formerly intersected with 17th Street NW, it was altered to merge gracefully with the eastbound alignment of Independence Avenue SW just west of the Kutz Bridge (eTIC WEPO 801/122962).

**Post-Historic and Existing Conditions:**

Although the temporary buildings were removed in the 1970s, the configuration of roads in this area remained intact until 1994 when the section of the road along the Tidal Basin was demolished for the construction of the Franklin Delano Roosevelt Memorial. When the memorial was completed, West Basin Drive provided a north-south connection from Ohio Drive SW to Independence Avenue SW. In 1994, a new intersection from West Potomac Drive to the westbound lanes of Independence Avenue was inserted. Between 2009 and 2011, the eastbound connection from West Basin Drive SW to Independence Avenue SW was demolished to accommodate the construction of the Martin Luther King, Jr. Memorial. Today, West Basin Drive SW is a quarter mile-long one way road from Ohio Drive SW to Independence Drive SW, flanked on both sides by concrete walks. It is paved with asphalt and lined on both sides by granite curbs. Parallel parking is permitted along its western side, with a small parking lot on its eastern side near the Franklin Delano Roosevelt Memorial reserved for front-in wheel-chair accessible parking. Because it has been so extensively altered in the modern period, West Basin Drive is a noncontributing, compatible feature of the West Potomac Park cultural landscape.

*East Basin Drive SW (Contributing)*

**Historic Condition:**

During the early development of West Potomac Park, East Basin Drive SW was part of a continuous road that encircled the Tidal Basin, which was developed incrementally between 1902 and 1908. It was lined by pedestrian walks and bridle paths. The roadway along the eastern shore of the Tidal Basin was part of a roadway known as the "Speedway," which extended from the terminus of 17th Street NW to the northeastern shore of the Tidal Basin (HALS 2017, 25). The section from 17th Street NW to the Tidal Basin inlet was completed in 1906, crossing the Outlet Bridge that had been constructed in 1888–1889. Although the outlet was originally intended for the tidal gates it housed, by

**West Potomac Park**
**National Mall & Memorial Parks**

1906, it was being used as a pedestrian crossing (HAER 1988, 3). The Inlet Bridge was completed in 1909, which served to establish a connection between the roadway on the east side of the Tidal Basin with its counterpart on the west. Between 1904 and 1906, the "Highway Bridge" was constructed to replace the former "Long Bridge," which was demolished in 1907. The approach to the Highway Bridge departed from a wagon road that paralleled the railroad embankment that served to divide West and East Potomac Parks. The construction of the Thomas Jefferson Memorial between 1938 and 1943 resulted in realignment of the roadway along the southeastern shore of the Tidal Basin. The section of the road along the edge of the Tidal Basin was demolished and the road was realigned to the east of the Thomas Jefferson Memorial much closer to the railroad embankment. In 1942, a vehicular bridge was constructed between the Tidal Basin and the Tidal Basin Outlet Bridge to carry East Basin Drive across the Washington Channel.

**Post-Historic and Existing Conditions:**

Since its realignment for the insertion of the Thomas Jefferson Memorial, there have been no substantial alterations to East Basin Drive. Although approaches to the various bridges that cross the Potomac River in this area have altered the setting since that time, the alignment of East Basin Drive appears to have remained intact. Today, according to current street maps (Open Data DC, City of Washington, DC, accessed February 8, 2021), East Basin Drive SW is the section of road that lies between the southern abutment of the Tidal Basin Inlet Bridge and Maine Avenue SW, which skirts the northeastern lobe of the Tidal Basin. East Basin Drive SW is a one-way (southbound), two-lane road measuring twenty-two feet across. Paralleling East Basin Drive SW on its east side from Maine Avenue SW to the entrance to East Potomac Park just south of the Tidal Basin Outlet Bridge, is a short spur of Ohio Drive SW, which provides travel between East Potomac Park and Maine Avenue SW. That section of road is one-way (northbound) and measures twenty-two feet across. A multiuse path lies between the road alignment and the elevated US Highway One / 14th Street Bridge approach on the eastern perimeter of the park, crossing the Tidal Basin outlet to the Washington Channel via a pedestrian bridge (Figure 74). Between the Tidal Basin and East Basin Drive SW, an exposed aggregate concrete walk follows the general path of travel of the road alignment. Although these have been altered since their earliest iterations, East Basin Drive and its accompanying walks and paths are contributing circulation features of the West Potomac Park cultural landscape because they

provide key connections to various park resources and because they retain integrity from the period of significance.



*Figure 74.  Photo of the Tidal Basin Outlet Bridge, looking northeast with the East Basin Drive Bridge visible to the left of image and the elevated 14th Street / US Route One approach on the right (Matthew Traucht 2021).*

### 17th Street NW (Contributing)

**Historic Condition:**

Prior to the reclamation of the land that would become West Potomac Park, wharves, canals, and tidal flats occupied much of the area. The plan for the city laid out by L'Enfant and Ellicott comprised a grid of streets, with the north-south streets demarcated by numbers and the east-west streets demarcated by letters. A wharf was established at the end of 17th Street NW in 1806–1807 (NPS 2009a). By the time that the reclamation of the tidal flats was underway, 17th Street NW was a well-established road, passing by the White House, the Ellipse, and terminating at the fishponds, greenhouses, and shops in the southwest portion of the Washington Monument grounds. As part of the earliest efforts at improving the park, 17th Street NW was extended from B Street (Constitution

Avenue) to the Tidal Basin (Chapell 1973, 97). In 1903, a new road along the north part of the Tidal Basin was constructed, creating a connection between 17th Street NW and 15th Street NW. In 1904–1905, the 17th Street corridor was lined with twelve portrait statues from the Louisiana Purchase exposition (held that same year) for Theodore Roosevelt's second inauguration. In 1907, American elms were planted along 17th Street NW, in part because the road was considered the primary entrance to the park (NPS 2008, 35). The significance of this entrance was underscored in 1912 when a sculpture of Commodore John Paul Jones – the first monument sited in West Potomac Park – was installed at the terminus of 17th Street NW. In 1915, the Lockkeeper's House was moved to accommodate the widening and general improvements of the road. In 1918, the Navy and Munitions Buildings – temporary structures known as "tempos" – were constructed along the west side of 17th Street NW to support the war efforts. In 1942, additional "tempos" were built along the east side of the road. That same year, plans were developed for the resurfacing of the road (eTIC WEPO 802/80295), which indicated temporary drive aisles at two locations accessing the "tempos" to the east and two more accessing those to the west. Additionally, the plans show that the Y-intersection to Independence Avenue SW was narrowed slightly along each axis and a triangular median was installed just north of the Commodore John Paul Jones statue. The reconfiguration of the intersection was likely related to the building of the Independence Avenue Extension, constructed at around this same time. Although it is not certain how much of the work was done (the plans are not signed), a review of aerial photographs from 1949 (NETR 1949) indicate that one of the drive aisles to the west was installed, both drives to the east were built, one a short distance south of Constitution Avenue NW and one at the south extent of the "tempos," and the modifications to the Y-intersection were constructed as shown in the plans. When the "tempos" were removed in 1970–1971, the access roads were also removed.

**Post-Historic and Existing Conditions:**
Since the period of significance, the configuration of 17th Street NW has not been significantly altered. Extending from Constitution Avenue NW to the Y-intersection at the Independence Avenue Extension, the 0.25-mile-long, four-lane road is paved with asphalt and has granite curbs without gutters. Near the intersection with Constitution Avenue NW, the road has a concrete pad and attachment plates for the 17th Street levee system. The road is paralleled on both sides by exposed

aggregate concrete walks, which are the standard pedestrian pavement for most of the National Mall (NPS 2008, 84–89). Dating to the earliest improvements in West Potomac Park, 17th Street NW is a contributing feature to the West Potomac Park cultural landscape.

### 23rd Street NW (Contributing)

**Historic Condition:**

In the latter part of the 1910s, 23rd Street NW was extended south from its intersection with B Street North into the nascent West Potomac Park cultural landscape. Construction of the Lincoln Memorial commenced in 1914 and, in 1921, the Commission of Fine Arts approved plans for the circular road that would be inserted at the memorial. The design for 23rd Street NW included a median down its center (Joseph, Wheelock, and McLarty 1999, 30), dividing inbound and outbound traffic and creating a ceremonial entrance experience. The construction of the road was complete in time for the Lincoln Memorial dedication ceremony in 1922 (Joseph, Wheelock, and McLarty 1999, 35).

**Post-Historic and Existing Conditions:**

No major changes to 23rd Street NW have occurred since the end of the historic period. Dating to early in the period of significance and retaining integrity since that period, 23rd Street NW is a contributing feature of the West Potomac Park cultural landscape.

### 23rd Street SW (Contributing)

**Historic Condition:**

This short road lying between the Lincoln Memorial Circle and Riverside Drive was constructed along with the other radial roads around the Lincoln Memorial and was complete by 1922. The road terminated at Riverside Drive and a traffic circle was in place at that intersection by the time the John Ericsson statue was installed in 1927. In 1950, a small structure was built at the intersection to provide shelter for officers controlling the traffic. With the insertion of Independence Ave SW, opened to traffic in 1943, the circle at Riverside Drive and the Ericsson statue was revised to be more of a teardrop shape.

**West Potomac Park**
**National Mall & Memorial Parks**

**Post-Historic and Existing Conditions:**

No major changes to 23rd Street SW have occurred since the end of the historic period. Dating to early in the period of significance and retaining integrity since that period, 23rd Street SW is a contributing feature of the West Potomac Park cultural landscape.

*Henry Bacon Drive NW (Contributing)*

**Historic Condition:**

Henry Bacon Drive NW was built at the same time as 23rd Street NW and was complete by 1922. It was one of two radial drives built to connect to Lincoln Memorial Circle, the other being Daniel Chester French Drive SW. Henry Bacon Drive NW extended from Lincoln Memorial Circle to B Street North (today Constitution Avenue NW). Based upon aerial photographs from 1949 (NETR 1949), an east-west road was built from the southern part of Henry Bacon Drive NW to extend east to the World War I temporary buildings erected to the north of the Reflecting Pool. That road was removed in 1971 when the temporary buildings were demolished.

**Post-Historic and Existing Conditions:**

No major changes have occurred to Henry Bacon Drive NW since the period of significance. It is lined on both sides with concrete walks, providing pedestrian circulation in this area of the park. As a minor road that has provided access to the Lincoln Memorial and the Vietnam Veterans Memorial since these memorials were constructed, it is a contributing circulation feature to the West Potomac Park cultural landscape.

*Daniel Chester French Drive SW (Contributing)*

**Historic Condition:**

Daniel Chester French Drive SW is the radial road extending southeast form the Lincoln Memorial to Independence Avenue SW. It was constructed in late 1922 (Joseph, Wheelock, and McLarty 1999, 30).

**West Potomac Park**
**National Mall & Memorial Parks**

**Post-Historic and Existing Conditions:**

No substantial changes to Daniel Chester French Drive SW have occurred since the period of significance. It, and the sidewalks that parallel it, are contributing circulation features to the West Potomac Park cultural landscape.

*Ash Road (Contributing)*

**Historic Condition:**

Known as South Reflecting Pool Drive in the 1920s when it was paved with gravel, this road alignment ran alongside the southern side of the Reflecting Pool. The road may have originated as a bridle path, which became more formal after the development of the Lincoln Memorial and Reflecting Pool. By 1931 when the District of Columbia War Memorial was built, it was known as Cinder Road (NPS 2009b, 88). Later, it became known as Ash Road. Based upon aerial photography from 1949 (NETR 1949), it was used for vehicles and formed the southern boundary of the line of temporary structures built along the Reflecting Pool during World War II. By1949, it connected on the east to the 17th Street NW approach to Independence Avenue SW westbound and, on the west to Daniel French Drive SW.

**Post-Historic and Existing Conditions:**

Although it was a gravel drive in 1986, Ash Road was paved in the 1990s (NPS 2009b, 89). The alignment of Ash Road was altered at its western extent for the insertion of the Korean War Veterans Memorial, which was completed in 1995. To accommodate the circulation of the memorial, the western extent of Ash Road was altered to be curvilinear, although it still terminates at Daniel French Drive SW. The eastern extent of it was altered slightly with the construction of the World War II Memorial, its visitor center, and Homefront Drive SW such that it no longer connects to 17th Street NW. A service road from Homefront Drive SW serves to permit administrative and maintenance vehicles to travel along Ash Road, which is the primary access point to the USPP stables located between the DC War Memorial and the Korean War Veterans Memorial. Today, Ash Road functions as an east-west pedestrian route and service road. As a minor circulation route that has been present for much of the history of the park, it is a contributing circulation feature to the West Potomac Park cultural landscape.

**West Potomac Park**
**National Mall & Memorial Parks**

*Homefront Drive SW (Noncontributing, compatible)*

**Post-Historic and Existing Conditions:**

This short (0.15-mile-long) one-way road was constructed between 2002 and 2004 to provide for short-term parking associated with the World War II Memorial visitor center. It extends from just north of the Y-intersection at 17th Street NW and Independence Avenue SW westbound and then joins Independence Avenue SW at the location where Independence Avenue SW westbound exists to Independence Avenue SW eastbound at the Tidal Basin lagoon.

*Pedestrian Circulation*

Pedestrian circulation within West Potomac Park was based historically on the framework of access to facilities and recreation. Additionally, sidewalks flank most roads in West Potomac Park. These are not described in this section but have been mentioned in the documentation about vehicular circulation. In 1905, circulation systems were installed to the south of the Washington Monument and the east of the Tidal Basin to provide access to the bathing beach and the propagation gardens. These circulation systems comprised cinder-paved pedestrian and bridle paths. Two elliptical walking and bridle paths were constructed in the southwest and northwest quadrants of the Tidal Basin in 1908. With increased pedestrian access along these elliptical loops, the adjacent parkland was primarily developed with a focus on recreational amenities. The developments included polo grounds built in 1908, additional bridle paths built in 1910, and tennis courts and a three-hole golf course built in 1914. Later, this recreational circulation framework was altered by the development of the memorial landscapes that exist today. The earliest constructed memorials and formal organizing site features, such as the Lincoln Memorial, Constitution Gardens, and the smaller commemorative landscapes have created an overlay of more formal circulation patterns that have influenced the subsequent commemorative development, while coexisting with adjacent recreation facilities (HALS 2017).

*Tidal Basin Perimeter Walk (Contributing)*

**Historic Condition:**

As early as 1903, a railing was installed along the northeastern lobe of the Tidal Basin (HALS 2017, 40), indicating that pedestrian circulation was in place there even before the park was officially opened and developed. Based upon maps of West Potomac Park dating to 1908 (eTIC WEPO

801/80066) and 1909 (eTIC WEPO 801/80164), an interconnected network of bridle paths and walks encircled the Tidal Basin. In some places, these paralleled the roads that were being constructed around the Tidal Basin at this time while in other places they departed from the roads with graceful curves that provided access to the water. In 1910, the bridle path across the Tidal Basin Inlet Bridge was opened to the public (Chapell 1973, 101). In 1918, an eight-foot-wide concrete walk was constructed between the Inlet Bridge and the Outlet Bridge (HALS 2017, 33). Apparently, the pedestrian circulation system around the Tidal Basin remained informal and undeveloped because in 1936, concerns about soil compaction around the cherry trees were raised by NPS maintenance workers. Suggestions were made to replace existing paths – described as thin layers of gravel that were washed away in rains or saturated with mud – with blacktop walkways, however, these suggestions were not heeded at this time (HALS 2017, 40). In 1952, a contract was developed for improvements to the pedestrian circulation system around the Tidal Basin, which included the removal or resurfacing of bituminous walks, the construction of new concrete walks, and the installation of pipe railing around the Tidal Basin. For unknown reasons, the contract was never fulfilled (HALS 2017, 41). Finally, in 1961, the cinder walks around the Tidal Basin were replaced by a combination of concrete and bituminous walks (HALS 2017, 42).

**Post-Historic and Existing Conditions:**

The pedestrian circulation system that encircles the perimeter of the Tidal Basin is an eight-foot-wide concrete walk atop the seawall. This walk is accessed from numerous locations around the Tidal Basin via bituminous or concrete walks that depart from major and minor roadways within the park, as well as via many social paths that are present along the periphery of the Tidal Basin. The major access points to the Tidal Basin perimeter walk are from the north abutment of the Outlet Bridge, which provides access to the Thomas Jefferson Memorial and then emerges at the south abutment of the Inlet Bridge; a walk from the north abutment of the Inlet Bridge; and from short concrete walks that depart from the east and west abutments of the Kutz Bridge. The perimeter walk is also accessed via internal pedestrian circulation routes associated with the Thomas Jefferson Memorial, the Franklin Delano Roosevelt Memorial, and the Martin Luther King Jr. Memorial. These systems are described more thoroughly in later sections of this report. From the Kutz Bridge to the Tidal Basin Outlet Bridge, a pipe railing exists along the edge of the walk. In many locations, the perimeter walk

around the Tidal Basin is in poor condition due to upheaval or subsidence associated with deterioration and settlement of the seawall. The perimeter walk and access points to it from the surrounding roads are contributing features of the West Potomac Park cultural landscape.

*Constitution Gardens Walks and Overlook Terrace (Contributing)*

**Historic Condition:**

Prior to the early 1970s, the pedestrian circulation within this area was organized around the World War I era temporary buildings. When these buildings were removed and Constitution Gardens was constructed in 1974, the pedestrian circulation was developed. At the north and south perimeters of Constitution Gardens, linear concrete walks framed the internal composition (Figure 75 and Figure 76). The north walks followed the axis of Constitution Avenue NW, and several short ancillary walks provided for circulation between these two. On the south side, an axial walk was offset from the edge of the Lincoln Memorial Reflecting Pool. At the eastern extent of the component cultural landscape, the Overlook Terrace was installed. Accessed via two diagonal walks extending from 17th Street NW to the corners of the 16,700-square-foot terrace, this area was intended for a visitors' center, which was never built. Descending to the lake from the Overlook Terrace, three broad terraces were flanked by stone stairs. Internally, two loop walks with serpentine configurations were installed. From the steps at the Overlook Terrace, the eastern loop encircled the lake, joining another loop walk that extended to the west. The walks were composed of gravel-topped asphalt, which consisted of loose gravel rolled into the asphalt base while it was still warm (NPS 2008, 84–89). The loop walks came together at a small plaza paved with the same gravel-topped asphalt as the other walks. A food kiosk and seating areas were installed in this plaza. From the loop walks, four ancillary walks, equally distributed along the length of Constitution Gardens provided access to the concrete walk paralleling Constitution Avenue SW. From the central plaza, a narrow walk extended south to provide access to a comfort station and to the Reflecting Pool beyond the levee. More information can be found in the Constitution Gardens CLI (NPS 2008).

*Figure 75.  Photo of exposed aggregate concrete walk in Constitution Gardens (Matthew Traucht 2021).*

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 76.  Photo of gravel-paved walk in Constitution Gardens (Matthew Traucht 2021).*

**Post-Historic and Existing Conditions:**

The layout of the pedestrian circulation system within Constitution Gardens is much as it was when it was installed in 1974. The installation of the Vietnam Veterans Memorial and the *Three Servicemen* statue in 1982, followed by the installation of the Vietnam Women's Memorial in 1993 somewhat altered the pedestrian circulation at the western extent of Constitution Gardens. These memorials are described elsewhere in this report. Between 2002 and 2003, the Overlook Terrace and the diagonal walks were damaged when the area was used for staging for the construction of the World War II Memorial. When they were restored, the terrace was reduced slightly in size, as was the width of the diagonal walks. In 2004, the Garden of Remembrance was installed in the southeastern section of Constitution Gardens. Associated with the World War II Memorial and featuring a circular paved plaza, the small garden is accessed via a short spur off the north-south walk that extends from the center of the World War II memorial through the Overlook Terrace to Constitution Avenue NW. More information about these alterations can be found in the Constitution Gardens CLI (NPS 2008).

Between 2012 and 2014, the north diagonal walk was removed for the installation of the 17th Street Levee and a new, arcing walk from the terrace to the Lockkeeper's House was installed. When the Lockkeeper's House was relocated in 2017, that new walk was reconfigured slightly to provide access to a new paved terrace that was installed around the historic building. The 2017 relocation of the Lockkeeper's House altered the circulation system in the northwest portion of the area. A new plaza was created that was bordered by a low set of walls. The plaza was paved with granite and the surrounding sidewalks were updated. Granite pavers were installed in the footprints of the house's previous positions, prior to being moved (Trust for the National Mall 2018).

Overall, the pedestrian circulation system of Constitution Gardens retains its character from the period of significance for that component cultural landscape. Although minor alterations have occurred and the condition of some of the asphalt is in decline, the pedestrian circulation system of Constitution Gardens is a contributing feature of the West Potomac Park cultural landscape.

*Vietnam Veterans Memorial Walk (Contributing)*
**Historic Condition:**
The pedestrian circulation system of the Vietnam Veterans Memorial was designed as part of that memorial and resulted in minor changes to the pedestrian circulation system of Constitution Gardens. The insertion of the memorial resulted in the construction of an entrance walk at the southwest corner of the Constitution Gardens western loop. From this point, two new walks were inserted: One was a short walk that joined with the western loop of the Constitution Gardens circulation after passing by the *Three Servicemen* statue, which was set onto a plaza paved with large pavers and granite setts. The second new walk was the one that paralleled the V-shaped Wall, which is the major feature of the memorial. The walk comprises dark granite pavers that vary in width in proportion to the height of the adjacent wall, with granite setts installed along the edges of the granite pavers. The walk slopes at a constant grade of 1:12. In 1993, the Vietnam Women's Memorial was installed to the east of the *Three Servicemen* along the Constitution Gardens west loop walk. The statue was centered in a square plaza paved with granite pavers edged by a granite curb. More information about the circulation system of the Vietnam Veterans Memorial can be found in the Constitution Gardens CLI (NPS 2008).

**Post-Historic and Existing Conditions:**

The existing pedestrian circulation of the Vietnam Veterans Memorial retains a high degree of integrity from when it was constructed. As key elements of the memorial, the walks and plazas described above are contributing features of the West Potomac Park cultural landscape.

*World War II Memorial Plaza, Stairs, and Ramps (Contributing)*

**Historic Condition:**

Prior to the construction of the World War II Memorial (completed in 2004), this site was occupied by the Rainbow Pool. Pedestrian circulation to the Pool was via two paved walks that extended west from 17th Street NW to the pool. There, a pedestrian walk circumnavigated the perimeter of the water feature, with smaller walks radiating out to the concrete walks that flanked the Reflecting Pool. Additionally, one axial walk originated along the centerline of the pool and extended north into Constitution Gardens, passing through the Overlook Terrace, and terminating at Constitution Avenue NW.

The pedestrian circulation system of the World War II Memorial comprises a plaza at the level of the pool (sunken approximately seven feet below the surrounding grade), ceremonial stairs and ramps that access the plaza from 17th Street NW, and curvilinear ramps at the north and south ends of the pool that provide accessible routes to the walks flanking the Reflecting Pool to the west of the memorial. The paving material is primarily cut granite slabs. The curvilinear ramps pass alongside granite pillars and provide access to pavilions, one on each side of the pool at the level of the surrounding grade. The walks that extended along either side of the Reflecting Pool were reconstructed to retain the axial connection between the Lincoln memorial and the Washington Monument.

**Post-Historic and Existing Conditions:**

The circulation system of the World War II Memorial is unchanged from when it was installed. It has a high degree of integrity, and the walks, ramps, and plaza are contributing features of the West Potomac Park cultural landscape.

*Korean War Veterans Memorial Walks (Contributing)*

**Historic Condition:**

The Korean War Veterans Memorial was installed in the western section of Ash Woods to the southeast of the Lincoln Memorial. The linear service road (Ash Road) that extended between the site for the memorial and the polo fields was reconstructed to route around the memorial. The memorial was to be accessed from a concrete walk that branches from Daniel French Drive SW, which was constructed at the same time as the memorial, and from the circular accessible ramp south of the Lincoln Memorial Reflecting Pool. From the west, the pedestrian circulation of the Korean War Veterans Memorial follows the form of the memorial, that of a right triangle. The walks come together at the apex of the triangle, which is located at the east end of the memorial and comprises a circular paved plaza and pool surrounded by trees. The paving material of the walks and plaza is comprised of granite slabs. Polished granite slabs were extended from the granite walks into the Field of Service, a terraced landform between the walks that provided a space for larger-than-life statues of soldiers amidst juniper plantings.

**Post-Historic and Existing Conditions:**

In 2021, construction began on the Wall of Remembrance at the Korean War Veterans Memorial and was completed in 2022. This addition to the memorial enlarged the circular plaza at the confluence of the two walkways, as well as added two new access points from Ash Road and Independence Avenue SW. This project also rehabilitated the existing pedestrian circulation system with repaired pavement (NPS Korean War Veterans Memorial Wall of Remembrance, 2021). At the time field work was conducted for this CLI, the Korean War Veterans Memorial was under renovation to construct the Wall of Remembrance and to provide rehabilitation of the paving. Because this work is an augmentation of the existing congressionally authorized design, it will retain its contributing status.

*District of Columbia War Memorial Walks (Contributing)*

**Historic Condition:**

When constructed in 1931, the pedestrian circulation at the DC War Memorial comprised flagstone walks at the structure's base. Gravel walks led north and south to connect to existing bridle paths and other circulation features. The flagstone was replaced in 1937 due to deterioration of the older ones,

**West Potomac Park**
**National Mall & Memorial Parks**

which had been salvaged from the US Treasury Building. The gravel walks remained throughout the historic period (NPS 2009b, 89).

**Post-Historic and Existing Conditions:**

In 1939, an outer loop of paving was added, the gravel walks were replaced with flagstone, and landings were inserted at the north and south extents of the flagstone walks. In 1999, the flagstone walks to the south of the memorial were re-set in concrete. According to the Cultural Landscape Inventory of the DC War Memorial, the inner loop that surrounds the memorial retain a high degree of integrity to the period of significance. The other walks, although compatible, fall outside of the period of significance designated for the component cultural landscape. More information about the status of these features can be found in the DC War Memorial CLI (2009).

*Franklin Delano Roosevelt Memorial Walks and Plaza (Contributing)*

**Historic Condition**

The lands that comprise the Franklin Delano Roosevelt Memorial were originally laid out with elliptical walking and bridle paths. West Basin Drive circulated through this part of the park until it was removed in the 1990s for construction of the Franklin Delano Roosevelt Memorial. Pedestrian access to the Franklin Delano Roosevelt Memorial was from four points: at the northern and southern end of the memorial and from two stairways leading from the Tidal Basin perimeter walk. The walkways throughout the memorial were paved with granite pavers, as were the walkways from each of the four entrance points (HALS 2017, 99). From the Tidal Basin entries, curved paved asphalt ramps were installed to provide wheelchair access. As part of the construction of the memorial, a small semi-circular drive was installed extending south from West Basin Drive SW to the northern entrance to the memorial.

**Post-Historic and Existing Conditions:**

There have been no substantial alterations to the pedestrian circulation of the Franklin Delano Roosevelt Memorial. As a major feature of the component cultural landscape and designed as part of the congressionally authorized memorial, the pedestrian circulation features are contributing resources to the West Potomac Park cultural landscape.

*Lincoln Memorial Approachway, Walks, and Stairs (Contributing)*

**Historic Condition**

The Lincoln Memorial and Reflecting Pool areas were developed between 1914 and 1923. As originally designed, there were parallel walkways on either side of the Reflecting Pool underneath the double row of elm trees. These walkways connected to the Rainbow Pool pathways in the east and the Lincoln Memorial Circle in the west (via a set of stairs). The original materiality of these walks was concrete, however that was replaced with asphalt in 1971. The Reflecting Pool itself was built with granite coping (Joseph, Wheelock, and McLarty 1999, 93–95), which was used for pedestrian circulation as well.

At the Lincoln Memorial, sidewalks were installed in segments around Lincoln Memorial Circle on both the inside and outside portions of the Circle. Leading from the Circle to the memorial was a paved granite and cobblestone approach. Sidewalks were installed along 23rd Street NW and 23rd Street SW, Henry Bacon Drive NW, Daniel Chester French Drive SW, as well as along the Arlington Memorial Bridge and Parkway Drive NW. These sidewalks were constructed of concrete or granite and some were replaced with asphalt (Joseph, Wheelock, and McLarty 1999, 128). When the eastern portion of the Lincoln Memorial Circle was closed to traffic in 1976, a pedestrian plaza was created, allowing safer and more connected access to the Reflecting Pool circulation systems.

**Post-Historic and Existing Conditions:**

The construction of the Vietnam Veterans Memorial altered circulation in the area when an angular walk was added through the western loop to access the memorial. The addition of new monuments including the *Three Servicemen* statue, and the Vietnam Women's Memorial further altered the circulation within the area as new plazas and entry points were added to these memorials. More information about the circulation features at the Lincoln Memorial can be found in the Cultural Landscape Report (1999) and in the recently completed Cultural Landscapes Inventory.

*Martin Luther King, Jr. Memorial Walks and Plaza (Contributing)*

**Historic Condition**

**West Potomac Park**
**National Mall & Memorial Parks**

Prior to the construction of the memorial, circulation in this portion of the park was defined by West Basin Drive. Later, elliptical walkways were added on the Tidal Basin side of West Basin Drive and a concrete walk on top of the Tidal Basin seawalls (HALS 2017, 25–33; 41). In the 1940s, Independence Avenue was extended west through the northern portion of the area, between the District of Columbia War Memorial and the future site of the memorial (National Mall Historic District NRHP Registration Form 2016, 55). The general circulation pattern described above remained in place until the construction of the Martin Luther King, Jr. Memorial in 2006.

The Martin Luther King Jr. Memorial has four pedestrian entry points: one on the northern end of the memorial from Independence Avenue, one in northwestern corner of the memorial at the intersection of Independence Avenue SW and West Basin Drive SW, one in the southwest corner from West Basin Drive SW, and from the Tidal Basin. When entering the memorial from the intersection of Independence Avenue SW and West Basin Drive SW there is a large triangular plaza, which leads individuals to an opening in the Mountain of Despair. This opening leads into a large plaza which contains the carved sculpture of Martin Luther King, Jr (the Stone of Hope). Curvilinear paths lead along the long-curved Mountain of Despair walls both northeast and southwest towards entry points to the memorial. The open plaza leads individuals towards the Tidal Basin entry where the memorial overlooks the Basin and the opposite Thomas Jefferson Memorial. The entire area is paved with Canadian Granite (HALS 2017, 104). The walkways along the Tidal Basin leading to the Tidal Basin opening to the memorial are paved with concrete.

**Post-Historic and Existing Conditions:**
No major changes have occurred at the memorial since it opened in 2011. Pedestrian circulation at the memorial is a contributing feature of the West Potomac Park cultural landscape.

*George Mason Memorial Walks and Plaza (Contributing)*
**Historic Condition:**
The site of the George Mason Memorial was originally laid out as part of the pansy gardens. Walkways in the area led through the landscaped and formal gardens, connecting to the surrounding areas. The walkways also connected to the four fountains which were installed in the area. In 1947,

the rose garden was removed to allow for the construction of the Rochambeau Bridge (HALS 2017, 43). Much of the original pedestrian circulation system associated with the nearby propagation nursery (later rose garden) was removed, however, there remained a circular walk around the Number 4 Fountain. Various pathways lead from the circular walk around the fountain to surrounding walkways. The George Mason Memorial was constructed between 2000 and 2002. The memorial is accessed from the intersection of Ohio Drive SW and East Basin Drive SW via two concrete walks, which are separated by a planted central island that is slightly raised at the west end, tapering towards the central pool (Number 4 Fountain). The concrete walk surrounds much of the pool, but changes to a bluestone plaza at the eastern side of the pool. This paving material is associated with the extents of the trellis, inscription walls, and benches.

**Post-Historic and Existing Conditions:**

No major changes to the pedestrian circulation features of the George Mason Memorial have occurred and these features retain integrity to the period of significance. As such, they are contributing features to the West Potomac Park cultural landscape.

*Potomac River Walk (Contributing)*

**Historic Condition:**

The Potomac River is a prominent part of West Potomac Park. Seawalls were constructed along the length of the river shore beginning in 1882 and were improved over the ensuing years (NPS 2016, 52). The wall was improved with a concrete topper, which allows individuals access to the top of the wall in various locations. Leading from the Inlet Bridge north along the riverside, various walks were installed which connected across and along Ohio Drive SW.

**Post-Historic & Existing Conditions**

The wall south of the Arlington Memorial Bridge, roughly beginning at West Basin Drive SW to the Inlet Bridge, has significantly subsided and has been stabilized with rock riprap. The date of the stabilization is not known (NPS 2016, 98). There is no longer a concrete walkway along the top of the seawall in this area as it was destroyed when the shore was stabilized with rock riprap. The concrete walkway along the seawall is extant from approximately the intersection of West Basin Drive SW and

**West Potomac Park**
**National Mall & Memorial Parks**

Ohio Drive SW north along the shoreline to the Arlington Memorial Bridge and the Watergate Steps. South of the Inlet Bridge, the seawall's concrete walk is closed due to extreme subsidence of the wall.

Leading north from the Tidal Basin Inlet Bridge, an asphalt pathway follows the course of the shoreline, separated from the roadway by a large grass strip. The asphalt pathway joins and abuts the roadway just south of the John Ericsson Memorial. At the memorial, the sidewalk transitions to exposed aggregate. The walk follows north along the shoreline, ducking underneath both the Arlington Memorial Bridge and the Rock Creek and Potomac Parkway Drive NW approach to the Lincoln Memorial and terminates near the beach volleyball courts. Along the Rock Creek and Potomac Parkway Drive approach, the riverside walkway is composed of exposed aggregate and follows north to the Belvedere. North of the Belvedere, the walkway is composed of asphalt. As of the writing of this CLI, a new underpass is being undercut through the Theodore Roosevelt Bridge abutment to provide a fully separated bike and pedestrian walkway north along the riverside (Figure 77). At the extreme northern portion of the CLI boundary, a pedestrian bridge was installed in 2019 to connect the walkway to the Kennedy Center (Figure 78).

**West Potomac Park**
**National Mall & Memorial Parks**

*Figure 77.  New opening in the Theodore Roosevelt Bridge for improved bicycle and pedestrian circulation to points north along the Rock Creek and Potomac Parkway (Matthew Traucht 2021).*



*Figure 78. Photo of new pedestrian and bicycle ramp from the Kennedy Center and temporary paving of bicycle path (Matthew Traucht 2021).*

*Parking*

**Historic Condition**

With the advent of vehicular transit and the rise in popularity of personal automobiles, parking became a key part of the circulation system within West Potomac Park. Much of the history of parking in West Potomac Park is unclear, however, it is known that at various times throughout the history of the park, on-street parking was permitted in various locations. It is also known that during World War II, some of the lands which formerly constituted the Polo Grounds were converted into parking lots for the nearby temporary buildings (Chapell 1973, 141–146). These lots were later removed after the buildings were demolished and the area returned to its use as active recreation spaces. Parking lots were later installed in the 14th Street Bridge Complex area in the southern portion of the park in the late 1980s and early 1990s (NETR 1988; 1994).

**Post-Historic and Existing Conditions:**

Currently, there is on-street and lot parking within West Potomac Park. Paid on-street parking is permitted from the Constitution Avenue Belvedere north to the Lincoln Memorial on Parkway Drive NW, as well as along Constitution Avenue, West Basin Drive SW, and Ohio Drive SW between the John Ericsson Memorial and the Tidal Basin Inlet Bridge. There are three paid parking lots around the 14th Street Bridge complex tucked in the open spaces between the multiple transit bridges in the area (NPS 2019b). There is wheel-chair accessible parking at the Franklin Delano Roosevelt and World War II Memorials, as well as near the Thomas Jefferson, Lincoln, Korean War Veterans, and Vietnam Veterans Memorials (NPS 2019b).

*Parking Lots A, B, and C (Noncontributing)*

**Post-Historic and Existing Conditions:**

Parking lots A, B, and C are located in the southeastern part of West Potomac Park in the area between the 14th Street Bridge complex and Potomac Railroad embankment. All three lots were constructed between 1988 and 1994 (NETR 1988; 1994). Parking Lot A is a triangular shaped lot between the 14th Street Bridge complex and the Arland D. Williams, Jr. Memorial Bridge. Parking Lot B is an oblong parking lot located between the Arland D. Williams, Jr. Memorial Bridge and the WMATA Metrorail abutment (Figure 79). Parking Lot C is an oblong shaped lot lying between the WMATA Metrorail abutment and the Potomac Railroad embankment (Figure 80). All three lots are accessed from Ohio Drive SW. Proposed construction activities for the future railroad bridge will have a temporary effect on all three lots and a permanent effect on a small portion of Lot C. Because they are recent additions to the West Potomac Park cultural landscape and of ordinary construction and function, they are noncontributing resources.

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 79.  Photo of Parking Lot B and WMATA Metro tracks with a Metro train on the tracks (Alexander Bailor 2021).*



*Figure 80.  Photo of Parking Lot C with the WMATA Metro tracks visible at the left and the Potomac Railroad embankment to the right (Alexander Bailor 2021).*

*Mass Transit Circulation*

**Historic Condition:**

In 1904, the Potomac Railroad Bridge (Long Bridge) was completed (HALS 2017, 128). The bridge carried two railroad tracks across the Potomac River and crossed the far southern portion of West Potomac Park on an embankment. In 1906, the Highway Bridge was completed just north of the Long Bridge (Chapell 1973, 87). This bridge was intended to carry non-railroad traffic and included trolley tracks in the roadway. The Highway Bridge was demolished in 1967 (Chapell 1973, 161).

In 1983, the Charles R. Fenwick Bridge was built. The bridge was constructed to carry Washington Metropolitan Area Transit Authority's Yellow Line alignment across the Potomac River. The Yellow line alignment is located just north of the railroad alignment (HALS 2017, 43)

**West Potomac Park**
**National Mall & Memorial Parks**

In 1969, a Tourmobile Service was launched on the National Mall which provided bus transit around the National Mall and surrounding areas. The service had six stops within West Potomac Park and ferried individuals throughout the park on a set route. This was a paid service that individuals could use for an unlimited number of trips on the day of purchase (Morrison 2011).

**Post-Historic and Existing Conditions:**

It is noted that the new Long Bridge will pass through West Potomac Park, just north of the present Long Bridge. The existing Potomac Railroad Bridge (Long Bridge) and the Charles R. Fenwick Bridge will not be impacted and remain extant as of the writing of this CLI.

The Tourmobile service described above ended in 2011, however, in 2015 a new bus service was provided through the DC Circulator (Morrison 2011; DC Circulator.com 2021). The DC Circulator follows a somewhat similar path through West Potomac Park and has five bus stops in the park. The service is currently a paid service; however, use of the system was previously free for all individuals. This Circulator connects riders to the broader transit system in Washington, DC.

*Non-Vehicular Circulation*

**Historic Condition:**

During the construction of circulation systems within West Potomac Park, cinder bridle paths for horse riding were initially installed. Many of these paths followed the roadways in the park. The bridle paths were closed and removed in 1950 because of increased automotive traffic in the park (NPS 2008, 55).

Water-based circulation systems historically existed within West Potomac Park. The first boathouse at the Tidal Basin was built in 1902 with multiple subsequent houses built throughout the period of significance, most recently in 1986 (HALS 2017, 35; 45). In 1976, a floating dock was installed near the John Ericsson Memorial, however, it is not clear when this was removed (Joseph, Wheelock, and McLarty 1999, 93).

**West Potomac Park**
**National Mall & Memorial Parks**

Bicycles were a mobility option for park users throughout the period of significance, however, it is unclear if separated bicycle infrastructure was extant in the park during the period of significance.

**Post-Historic and Existing Conditions:**

There are no extant bridle paths in West Potomac Park.

The Tidal Basin still contains a boat dock (formally the Tidal Basin Boat Dock and Gate), from which individuals can rent paddle boats for use in the Tidal Basin. The boat dock is located on the eastern side of the Tidal Basin. The Tidal Basin contains several ladders around the perimeter of the seawalls that facilitate pedestrian access to waterborne craft (though it is apparent that these ladders are not meant for use by the general public). Along the Potomac River, a small riverside quay is extant, just north of the intersection of Ohio Drive SW and West Basin Drive SW.

Bicycling in the park is a popular activity and part of the overall circulation system in the park. While individuals may bike on personal bikes, there are also four Capital Bikeshare docks in the park where individuals may rent bicycles for use. These bikeshare docks are located by Henry Bacon Drive NW, Daniel French Drive SW, at the intersection of Ohio Drive SW and West Basin Drive, and south of the Thomas Jefferson Memorial (Capitalbikeshare.com 2021).

In addition, other micromobility options exist throughout the park including, but not limited to, scooters, vespas, and Segways. Many of these micromobility options are available for rent and use and are common throughout the park but are not permitted for riding or parking within the memorials. Some of these micromobility options, such as scooters, do not have specific spaces where they need to be docked or returned. New bicycle infrastructure, such as separated bike lanes are being installed or planned to be installed, including separated bike lanes along East Basin Drive SW (DDOT Bicycle Lanes Map 2021).

**West Potomac Park**
**National Mall & Memorial Parks**

| Feature Name | Feature Contribution | CRIS-HS Name | CRIS-HS Number | FMSS Record Type | FMSS Record Number | FMSS record an exact match? |
|---|---|---|---|---|---|---|
| Constitution Avenue NW | Contributing | Constitution Avenue | 046871 | Location | 49680 | Yes |
| Independence Avenue SW | Contributing | Independence Avenue, SW | 046872 | Location | 19184 | Yes |
| Ohio Drive SW | Contributing | N/A | N/A | Location | 19161 | Yes |
| East Basin Drive SW | Contributing | N/A | N/A | Location | 19162 | Yes |
| 17th Street NW | Contributing | N/A | N/A | Location | 19170 | Yes |
| 23rd Street NW | Contributing | N/A | N/A | Location | 19168 | Yes |
| 23rd Street SW | Contributing | N/A | N/A | Location | 19172 | Yes |
| Henry Bacon Drive NW | Contributing | N/A | N/A | Location | 19169 | Yes |
| Daniel Chester French Drive SW | Contributing | N/A | N/A | Location | 19190 | Yes |
| Lincoln Memorial Circle | Contributing | N/A | N/A | Location | 19174 | Yes |
| Ash Road | Contributing | N/A | N/A | Location | 19180 | Yes |
| Sidewalks associated with park roads | Contributing | N/A | N/A | Asset | 1294709 | Yes |
| Tidal Basin Perimeter Walk | Contributing | N/A | N/A | Asset | 1667854 | Yes |
| Constitution Gardens Walks and Overlook Terrace | Contributing | N/A | N/A | Asset | 17449 | Yes |
| Vietnam Veterans Memorial Walk | Contributing | N/A | N/A | Asset | 1556240 | Yes |
| World War II Memorial Plaza, Stairs, and Ramps | Contributing | N/A | N/A | Asset | 221585 | Yes |
| Korean War Veterans Memorial Walk | Contributing | N/A | N/A | Asset | 1482952 | Yes |
| District of Columbia War Memorial Walks | Contributing | N/A | N/A | Asset | 1484626 | Yes |
| Franklin Delano Roosevelt Memorial Walks and Plaza | Contributing | N/A | N/A | Asset | 1517851 | Yes |
| Lincoln Memorial Approachway, Walks, and Stairs | Contributing | N/A | N/A | Asset | 1514152 | Yes |

| Martin Luther King, Jr. Memorial Walks and Plaza | Contributing | N/A | N/A | Asset | 1549792 | Yes |
|---|---|---|---|---|---|---|
| George Mason Memorial Walks and Plaza | Contributing | N/A | N/A | Asset | 17664 | Yes |
| West Basin Drive SW | Noncontributing | N/A | N/A | Location | 19188 | Yes |
| Homefront Drive SW | Noncontributing | N/A | N/A | N/A | N/A | N/A |
| Parking Lot A | Noncontributing | N/A | N/A | Location | 49937 | Yes |
| Parking Lot B | Noncontributing | N/A | N/A | Location | 49935 | Yes |
| Parking Lot C | Noncontributing | N/A | N/A | Location | 49934 | Yes |

***Buildings and Structures***

Buildings are elements constructed primarily for sheltering any form of human activity in a landscape, while structures are elements constructed for functional purposes other than sheltering human activity.

*Introduction:*

The buildings and structures in West Potomac Park are an integral part of the cultural landscape. They were incorporated into the historic designed landscape with the McMillan Plan, continuing the city planning ideals of the 1791 L'Enfant Plan. The combination of buildings and structures with open spaces, vegetation, pedestrian circulation, and subsequent views and vistas greatly contributes to the significance of West Potomac Park. Many of the buildings and structures in West Potomac Park commemorate presidents and other historical figures of national importance, in addition to honoring the sacrifices of veterans. West Potomac Park also features more utilitarian buildings like comfort stations, visitor centers, and refreshment kiosks.

*Lockkeeper's House (Contributing)*

**Historic Condition:**

The Lockkeeper's House, located at the corner of Constitution Avenue NW and 17th Street was built in 1837 as the home of the keeper of the Chesapeake and Ohio (C&O) Canal extension, when the C&O was extended to meet the Washington City Canal (Figure 81). A lock, known as Lock B,

was constructed in 1832 at the intersection of the two canals, at the east end of the C&O Canal extension. The house was likely constructed following plans created in 1836 for the "Type II" lockkeeper's houses along the C&O Canal. The three-bay fieldstone building has a gable roof with wood shingles, a chimney on each gable end, and two inset dormer windows on the north and south elevations (NPS 2016, 41). The lockkeeper collected tolls, operated the locks, and kept records of what items were traded and transported on the canal, while he lived in the house with his family (NPS 2001, 40; NPS 2017).

**Post-Historic and Existing Conditions:**

The one-and-a-half story, Federal-style fieldstone house was moved in 1915 for the construction of the 17th Street extension across West Potomac Park. Originally two-and-a-half stories tall on the south side and one-and-a-half stories tall on the north (canal) side, the Lockkeeper's House was reduced to its current height (one-and-a-half stories) when the canal was filled in the 1870s (NPS 2016, 41). In 1903, the building was renovated to be a tool house and lodge for the Potomac Park Watchmen. It was also used as a holding cell for individuals arrested in Potomac Park by the Park Watchmen (called the US Park Police beginning in 1919) during the early twentieth century. From 1940 to 1970 it was used as a restroom, while the attic was used for park maintenance supplies and a lodge for the Park Police. It was recently used by the NPS as a tool house, but was moved again in 2017, about fifty feet back from the busy intersection, to be restored and it now serves as a visitor center with an outdoor plaza. As part of the move in 2017, the building was also restored to its original design, including new cedar shingles for the roof and the stone chimneys were rebuilt with historic brick (The Trust for the National Mall 2018). The Lockkeeper's House was individually listed in the NRHP on November 30, 1973, and was added to the District of Columbia Inventory of Historic Sites on November 8, 1964. Although it has been moved twice, the Lockkeeper's House is the oldest building on the National Mall, is the only surviving above-ground remnant of the city's canal system, and retains sufficient integrity to be a contributing building to the NRHP-listed East and West Potomac Parks Historic District, National Mall Historic District, and the West Potomac Park CLI (NPS 2001, 40; NPS 2017; NPS 2016, 41).



*Figure 81.  Lockkeeper's House looking south (Matthew Traucht 2021).*

### *Constitution Gardens Overlook Terrace (Contributing)*

**Historic Condition:**

The Overlook Terrace, located at the east end of Constitution Gardens, was part of the original design (Figure 82). The Constitution Gardens Overlook Terrace consists of a large, paved platform on a constructed knoll. The East End Visitor Pavilion would have housed a restaurant and other visitor services, but it was never built due to its high projected cost. Three terraces stepping down from the plaza on the west were built to provide outdoor seating areas for the proposed restaurant pavilion. Terrace walls are constructed of irregular, roughly hewn bluestone gneiss laid in a random bond pattern, and the terraces are paved with gravel-topped asphalt (NPS 2008, 64; NPS 2016, 40).

**Post-Historic and Existing Conditions:**

In the original design, it was intended for this space to include the East End Visitor Pavilion, but that was never built. In 2003, the Overlook Terrace and two walks leading to it were repaved with gravel-topped asphalt, and they were both reduced in width so that their edge trees would not be surrounded by pavement; however, the overall integrity of the Overlook Terrace remains high. As an original design feature, the Constitution Garden Overlook Terrace is a contributing structure to the Constitution Gardens CLI and the West Potomac Park CLI (NPS 2008, 64).



*Figure 82.  Constitution Gardens Overlook Terrace looking east (Matthew Traucht 2021).*

*Constitution Gardens Refreshment Kiosk (Contributing)*

**Historic Condition:**

The Constitution Gardens Refreshment Kiosk is located at the west edge of the Constitution Gardens Lake, within a paved area formed by the convergence of several paths (Figure 83). Built as part of the original design of Constitution Gardens in 1976, the kiosk is a one-story hexagonal

building with vertical wood siding and concession windows on three sides. The standing-seam metal roof has several triangular glass skylights. The Constitution Gardens Refreshment Kiosk is unlike the design of other mall pavilions as it has wider overhanging roof eaves, the triangular glass skylights, and vertical paneled siding on the lower half of the building. Its design would have coordinated with the East End Visitor Pavilion, had it ever been built (NPS 2008, 98; NPS 2016, 40).

**Post-Historic and Existing Conditions:**

The Constitution Gardens Refreshment Kiosk retains its original materials and a moderately high level of integrity. Therefore, it is a contributing building to the National Mall Historic District, the Constitution Gardens CLI, and the West Potomac Park CLI (NPS 2008, 98; NPS 2016, 40).



*Figure 83.  Constitution Gardens Refreshment Kiosk (Josh Penn 2021).*

*Elliptical Comfort Station in Constitution Gardens (Noncontributing)*

**Historic Condition:**

The Elliptical Comfort Station is located within a wooden grove west of the refreshment kiosk in Constitution Gardens. It is a one-story building with a slight elliptical shape and a flat roof. The structure is built of steel posts, between which are panels of narrow vertical wood siding painted brown. These elliptical comfort stations typically had exposed aggregate concrete siding; to meet objections raised by the Commission of Fine Arts and the Joint Committee on Landmarks, wood siding was substituted for the concrete to complement other proposed structures for Constitution Gardens. It features clerestory windows below the roofline to provide natural light. The building design is of a type designed by NPS architect Benjamin Biderman (hence the name "Benji") in the mid-1970s as part of Bicentennial improvements. It was not designed specifically as part of Constitution Gardens (NPS 2008, 93–94).

**Post-Historic and Existing Conditions:**

The Constitution Gardens Comfort Station is a noncontributing building to the National Mall Historic District and the West Potomac Park CLI because it is not significant under Criterion A, and not significant under Criterion C because it is made of common materials and not exceptional (NPS 2016, 40–41). It is, however, a contributing building to the Constitution Gardens CLI (NPS 2008, 93–94).

*56 Signers Memorial (Contributing)*

**Historic Condition:**

The 56 Signers Memorial was designed in 1981 and completed in 1982 (but not dedicated until July 2, 1984). The landscape architecture firm was EDAW, Inc. with Joseph Brown as principal-in-charge and Kurt Pronske as civil engineer. Located on the island within the lake of Constitution Gardens, the memorial honors the 56 Signers of the Declaration of Independence. The memorial is an arc of granite blocks, each featuring an enlarged, incised, gold-leaf signature of the 56 Signers, sitting atop a granite plaza. A curving, low fieldstone wall extends in two directions from the memorial. A wooden bridge provides pedestrian access to the island from the north side of Constitution Gardens (NPS 2001, 22; NPS 2016, 43).

West Potomac Park
National Mall & Memorial Parks

**Post-Historic and Existing Conditions:**

Although some of the original plantings are missing from around the memorial, overall, the integrity remains high. The 56 Signers Memorial is a contributing object to the East and West Potomac Parks Historic District and the National Mall Historic District, and a contributing structure to the Constitution Gardens CLI and the West Potomac Park CLI (NPS 2001, 22; NPS 2008, 94–95).

*Vietnam Veterans Memorial (Contributing)*

**Historic Condition:**

The Vietnam Veterans Memorial is set on a two-acre site within Constitution Gardens (Figure 84 and Figure 85). The memorial is comprised of three elements: the Wall, designed by Maya Lin, the bronze figurative sculpture designed by Frederick E. Hart, and the flagstaff. The Wall is composed of two, 200-foot long polished black granite walls inscribed with the names of the 57,692 Americans who were killed or missing in action in Vietnam between 1963 and 1973. After much debate about Lin's original design, a flagstaff and a sculpture were added to the memorial design and placed on a granite-paved plaza at a distance from the Wall. The bronze sculpture is called the *Three Servicemen* and features Hispanic, African American, and Caucasian soldiers; it is described in greater detail below. On the sixty-foot flagstaff is the emblem of the five branches of the armed services. The memorial was dedicated on Veterans Day, November 11, 1982 (NPS 2001, 20–21).

**Post-Historic and Existing Conditions:**

Over time, modifications have been made to the memorial including adding night lighting, widened walkways, and post and chain barriers. The Vietnam Veterans Memorial is a contributing object to the East and West Potomac Parks Historic District, a contributing site to the National Mall Historic District, and a contributing structure to the West Potomac Park CLI based on Criteria Considerations F and G, with its exceptional significance due to its design and symbolic value and the Congressional authorization of the site and design, and its symbolic importance in the Monumental Core of Washington, DC (NPS 2001, 20–21; NPS 2016, 42).



*Figure 84. Vietnam Veterans Memorial looking north (Matthew Traucht 2021).*



*Figure 85.  Vietnam Veterans Memorial plaque (Matthew Traucht 2021).*

### *Three Servicemen Sculpture (Contributing)*

**Historic Condition:**

A bronze sculpture titled the *Three Servicemen* features three soldiers and a flagpole flying an American flag (Figure 86). It was added to the Vietnam Veterans Memorial site in 1984 as an act of conciliation after much opposition from veterans' groups and lawmakers to the abstract and minimalist design of the Vietnam Veterans Memorial. The *Three Servicemen* sculpture was carved by Frederick E. Hart. It depicts three soldiers of differing racial backgrounds (Hispanic, African American, and Caucasian) in clothes they would wear in the field. The flagpole is set behind and to the left of the figures and features the emblem of the five branches of the armed services (NPS 2016, 43).

**West Potomac Park**
**National Mall & Memorial Parks**

**Post-Historic and Existing Conditions:**

The *Three Servicemen* sculpture was considered part of the Vietnam Veterans Memorial in the National Mall Historic District and East and West Potomac Parks Historic District nominations; therefore, it was not given individual contributing status, but the memorial is contributing to both historic districts. As part of the Vietnam Veterans Memorial, the *Three Servicemen* sculpture is a contributing structure to the West Potomac Park CLI based on Criteria Considerations F and G, with its exceptional significance due to its design and symbolic value and the Congressional authorization of the site and design, and its symbolic importance in the Monumental Core of Washington, DC (NPS 2016, 43).



*Figure 86.  Three Servicemen sculpture looking west toward the Lincoln Memorial (Matthew Traucht 2021).*

*Vietnam Women's Memorial (Contributing)*

**Historic Condition:**

The Vietnam Women's Memorial was the idea of Diane Carlson Evans who had served as an Army nurse in Vietnam. She organized the project and began fundraising efforts. The memorial was authorized by law in 1988 and dedicated in 1993. The memorial is a bronze sculpture of three nurses caring for a wounded solider, carved by sculptor Glenna Goodacre (Figure 87). The

**West Potomac Park**
**National Mall & Memorial Parks**

memorial is located in Constitution Gardens, about 300 feet southeast of the Frederick E. Hart sculpture at the Vietnam Veterans Memorial. The memorial is sited on a terrace of granite pavers, a plaza designed by architect George Dickie (NPS 2001, 21–22).

**Post-Historic and Existing Conditions:**

The Vietnam Women's Memorial was not given individual contributing status in the National Mall Historic District, but it was described as part of the Vietnam Veterans Memorial, which is a contributing site to the historic district (NPS 2016, 42). The Vietnam Women's Memorial is a contributing object to the East and West Potomac Parks Historic District. It is also considered a contributing structure to the West Potomac Park cultural landscape based on Criteria Considerations F and G exhibiting exceptional significance due to its Congressional authorization as well as for its symbolic importance in Washington, DC (NPS 2001, 21–22).



*Figure 87.  Vietnam Women's Memorial looking west (Matthew Traucht 2021).*

**West Potomac Park**
**National Mall & Memorial Parks**

*Kiosk near Vietnam Veterans Memorial (Noncontributing)*

**Post-Historic and Existing Conditions:**

A kiosk is located east of the Lincoln Circle between the Reflecting Pool and Henry Bacon Drive. The kiosk was constructed in 1983 to provide a venue for questions posed regarding the Vietnam Veterans Memorial. The one-story building has a metal roof, three large sets of windows on the front, two small windows on the rear under the roofline, and two doors (Figure 88). The kiosk is a noncontributing building to the National Mall Historic District because it is not significant under Criterion A or D, is not significant under Criterion C because it was constructed after the period of significance and does not meet any of the Criteria Considerations. The Kiosk near the Vietnam Veterans Memorial is noncontributing to the West Potomac Park CLI (NPS 2016, 46). The kiosk should be reevaluated in the future to determine if it is eligible under Criterion C.



*Figure 88. Kiosk near Vietnam Veterans Memorial looking northeast (Matthew Traucht 2021).*

*Flood Control Levee (Contributing)*

**Historic Condition:**

The Flood Control Levee (sometimes also known as the Potomac Park Levee) was constructed along the north side of the Reflecting Pool in 1938 after a dramatic one hundred-year flood in 1936 (Figure 89). A temporary levee had been put in place in 1936 after the flood, but the permanent one was installed in 1938. This eight-foot-high berm was designed by the US Army Corps of Engineers (NPS 2016, 42).

**Post-Historic and Existing Conditions:**

The levee was rebuilt several times. From 2011 to 2014 the flood protection system at the east end of the levee was replaced with a movable post and panel closure system (NPS 2016, 42). The Flood Control Levee is a contributing site to the East and West Potomac Parks Historic District and a contributing structure to the National Mall Historic District and the West Potomac Park CLI (NPS 2001, 81; NPS 2016, 42).

*17th Street Levee (Noncontributing)*

**Post-Historic and Existing Conditions:**

In 2016–2017, the 17th Street gap was closed; this portion of the levee is known as the 17th Street Levee (Figure 90). Each year an annual test installation is performed to ensure that the levee closure can be erected properly in the case of high water. The 17th Street Levee is made up of aluminum panels between steel posts and can be erected across 17th Street NW when there is flooding from the Potomac River that poses a risk to humans and infrastructure in downtown Washington, DC (NPS 2020a). The 17th Street Levee, with its more recent construction date, is not yet fifty years of age and is also not in the original location of the flood control levee. It should be reevaluated when it reaches fifty years of age. For the above reasons, the 17th Street Levee is a noncontributing structure in the West Potomac Park CLI.

**West Potomac Park**
**National Mall & Memorial Parks**

*Figure 89. Flood Control Levee in Constitution Gardens in distance looking south from Lockkeeper's House landscaped plaza (Matthew Traucht 2021).*



*Figure 90.  17th Street Levee, looking northeast from Constitution Gardens (Matthew Traucht 2021).*

*Lincoln Memorial (Contributing)*

**Historic Condition:**

The Lincoln Memorial was built between 1914 and 1922, designed by architect Henry Bacon. The giant masonry structure is oriented to the east, facing the Washington Monument and the Capitol. The memorial has a concrete foundation, exterior walls of Colorado Yule marble, interior walls of Indiana limestone, and floors and interior wall base of pink Tennessee marble. The peripteral Greek temple form sits upon a fourteen-foot-tall, raised terrace wall of pink Milford granite, and is surrounded by a peristyle of thirty-eight fluted Doric columns. The central hall features a seated statue of President Abraham Lincoln, carved by the Piccirilli brothers under the direction of Daniel Chester French. The frieze and cornice ornamentation were carved by Ernest C. Bairstow (NPS 2001, 9–10).

**Post-Historic and Existing Conditions:**

An elevator, wheelchair accessible ramps, restrooms, and modifications to the sidewalks/entrances were added in preparation for the Bicentennial in 1976. The east side of Lincoln Memorial Circle was also closed in the 1970s to vehicular traffic, reinforcing the east–west axis from the Reflecting Pool to the Lincoln Memorial (NPS 2022a, 211). A museum was added in the basement in 1994. Cleaning and routine maintenance have also been performed over the years. After the September 11, 2001 attacks, changes were made to increase the security of the site, including the installation of low barriers (bollards) at the perimeter and on three sides of the site (NPS 2016, 149–150). The first phase of a two-phase rehabilitation project was just completed in 2021, including stone repointing and roof replacement (PEPC 2021). The Lincoln Memorial is significant not only for its architecture and commemoration of President Lincoln, but also as a site of Civil Rights demonstrations, including Marian Anderson's Easter Sunday concert on April 6, 1939, and Martin Luther King, Jr.'s "I Have a Dream" speech in 1963. The Lincoln Memorial is a contributing structure to the West Potomac Park CLI, the East and West Potomac Parks Historic District, and the National Mall Historic District (NPS 2001, 9–10; NPS 2016, 44–45).

*Guardhouse (Managed as a Cultural Resource)*

**Historic Condition:**

The Guardhouse is located at the corner of 23rd Street and Independence Avenue SW. Constructed in 1950, the one-story frame building sits on a concrete slab. Its wooden walls are chamfered for rustication and have a square window opening on each side and a plywood door. The Guardhouse is topped by a pyramidal metal roof. The Guardhouse was built by NPS maintenance staff and provided shelter during inclement weather for traffic officers who controlled the traffic light and placed barricades at the intersection of Rock Creek Parkway as it switched directions of one-way traffic during rush hour (NPS 2016, 46).

**Post-Historic and Existing Conditions:**

The Guardhouse was a contributing building to the East and West Potomac Parks Historic District, but by the time the 2016 National Mall Historic District nomination was written, the Guardhouse was no longer in use and was listed as a noncontributing building because it is not

significant under Criteria A, C, or D and it did not meet any of the Criteria Considerations. It is managed as a cultural resource for the West Potomac Park CLI, because although it is no longer in use, it has been on the landscape for a long time and shows how vehicular traffic has changed over time and shaped West Potomac Park (NPS 2001, 42; NPS 2016, 46).

*Watergate Steps (Contributing)*

**Historic Condition:**

The Watergate Steps were designed as a formal treatment for the shoreline directly west of the Lincoln Memorial and as a ceremonial connection between West Potomac Park and the Potomac River (Figure 91). The steps were designed in 1929 by William Mitchell Kendall and comprise two broad, curved flights of granite steps: the main steps between an upper plaza and Ohio Drive and the lower steps between Ohio Drive and the river shoreline. The Watergate Steps were completed with Arlington Memorial Bridge in 1932. The steps were originally designed as a ceremonial entrance for foreign dignitaries to enter the city by boat and as a recreational space for boats to dock. Instead, for several decades starting in the late 1930s and continuing through the early 1970s, the Watergate Steps were used as a venue for outdoor musical performances that took place on a series of concert shells erected on river barges (NPS 2016, 48). The concerts were abandoned due to noise from Washington National Airport (NPS 2001, 14).

**Post-Historic and Existing Conditions:**

The Watergate Steps were modified in 1984 when a roadway at the top of the steps was removed and sodded over. The Watergate Steps are an early design feature of West Potomac Park and still convey a ceremonial entrance and formal treatment of the Potomac River shoreline. The Watergate Steps area is a contributing structure to the National Mall Historic District and to the West Potomac Park CLI (NPS 2016, 48).

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 91.  Watergate Steps looking southeast (Matthew Traucht 2021).*

*Arts of Peace Sculptures (Contributing)*

**Historic Condition:**

The Arts of Peace Sculptures, located at the entry onto Parkway Drive by the Lincoln Memorial, include *Aspiration and Literature* on the north side of the drive and *Music and Harvest* on the south side. The gilded bronze sculptures are atop large granite bases. Sculptor James Earle Fraser created them with winged horses flanked by figures. They were commissioned in 1925 as part of the development of Arlington Memorial Bridge but were not installed until 1951 after they were cast and gilded by the Italian government and given as a gift to the United States (NPS 2016, 48–49).

**Post-Historic and Existing Conditions:**

The Arts of Peace Sculptures, while typically thought of as a group with the Arts of War Sculptures, are managed by the National Mall and Memorial Parks (NAMA), whereas the Arts of War are part of Arlington Memorial Bridge and therefore managed by the George Washington Memorial Parkway and do not appear in this CLI. The Arts of Peace Sculptures are not individually listed as contributing resources in the East and West Potomac Parks Historic District, but they are considered contributing features of Arlington Memorial Bridge, which was contributing to the parks historic district. The Arts of Peace sculptures are part of a significant view west from the Lincoln Memorial and are contributing objects to the National Mall Historic District and the West Potomac Park CLI (NPS 2016, 48–49).

*Constitution Avenue Belvedere (Contributing)*

**Historic Condition:**

The Constitution Avenue Belvedere, also known as the Remnant Constitution Avenue terminus, is what remains of the former overlook at the intersection of Parkway Drive and former B Street NW (now Constitution Avenue) (Figure 92). The Belvedere was designed by architecture firm McKim, Mead, and White as part of the design for Arlington Memorial Bridge. B Street NW was widened, improved, and renamed Constitution Avenue in 1931, the same year that the Belvedere was completed. The Theodore Roosevelt Bridge and its associated freeways further altered the terminus of Constitution Avenue at 23rd Street NW, so that much of the Belvedere's overlook was removed. What remains is a structure featuring a granite exedra, a circular planting bed, the balustraded granite seawall, and a turnaround area for automobiles (EHT Traceries, Inc. and Stantec 2018, 43; NPS 2016, 48).

**Post-Historic and Existing Conditions:**

Although the overlook has been removed, overall, the belvedere with its automobile turnaround, circular planting bed, balustraded seawall and integral benches, retains a high level of integrity. The Constitution Avenue Belvedere is a contributing structure to the National Mall Historic District, the Rock Creek and Potomac Parkway, Potomac Waterfront Section Cultural Landscape Report, and the West Potomac Park CLI (EHT Traceries, Inc. and Stantec 2018, 147; NPS 2016, 48).

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 92.  Constitution Avenue Belvedere granite seawall and balustrade with the Watergate Steps and Arlington Memorial Bridge visible in the distance (Matthew Traucht 2021).*

*Food Services Buildings near Lincoln Memorial (2) (Noncontributing)*

**Post-Historic and Existing Conditions:**

Two Food Service Buildings, built in 1993, are located near the Lincoln Memorial on the west sides of Henry Bacon Drive and Daniel French Drive. Designed by Oehrlin & Associates Architects, they serve as combination refreshment stands and gift shops. The one-story buildings are cross-shaped, six-bays per side, and have standing-seam copper roofs with deep overhanging eaves. They are larger in size but share an architectural vocabulary with the food service buildings in other parts of the National Mall (NPS 2016, 46–47). These are noncontributing buildings to the National Mall Historic District and the West Potomac Park CLI because they are not significant under Criteria A, C, or D, and do not meet any of the Criteria Considerations (NPS 2016, 46–47).

*World War II Memorial (Contributing)*

**Historic Condition:**

The World War II Memorial was dedicated in 2004 (Figure 93–Figure 97). Located on 17th Street between Constitution and Independence Avenues NW, the Washington Monument lies to the east and the Lincoln Memorial lies to the west. Architect Friedrich St. Florian was one of the six semi-finalists in the national design competition for the memorial. Working with architecture firm Leo A Daly, St. Florian was the design architect. The memorial honors the 16 million who served in the armed forces during World War II, the more than 400,000 who died, and the millions on the home front who supported the war effort (National World War II Memorial 2018). Sited around the already existing Rainbow Pool, there are granite columns representing each state and territory of the United States at the time of the war, and twenty-four bronze bas-relief panels at the ceremonial entrance. The Rainbow Pool had been built simultaneously with the Reflecting Pool and the Lincoln Memorial, between 1919 and 1922. The McMillan Plan of 1901–1902 called for a reflecting pool or canal to be built connecting the Washington Monument and the Lincoln Memorial, creating a grand axis. The Reflecting Pool and the Rainbow Pool fulfilled this design goal (NPS 2001, 16). The proposed location of the World War II Memorial on the site of the Rainbow Pool between the Lincoln Memorial and the Washington Monument was the subject of controversy at first, as it would alter the defining axis of the McMillan Plan (NPW 2016, 144). During the construction of the World War II Memorial, which began in 2001, the former Rainbow Pool had to be redesigned 15 percent smaller and lowered six feet to be incorporated into the new memorial's design and was significantly changed as a result (NPS 2016, 51). A wall of 4,048 gold stars represents the more than 400,000 lives lost during the war (NPS 2021b). The primary materials of the World War II Memorial are granite and bronze. Integrated into the memorial design are numerous quotations from civilian and military leaders and historians. The memorial site also incorporates a contemplative area that extends into Constitution Gardens and is set apart from the oval-shaped memorial plaza. The plaza is approached from the ceremonial entrance on 17th Street (NPS 2016, 51–52).

**West Potomac Park**
**National Mall & Memorial Parks**

**Post-Historic and Existing Conditions:**

By its Congressional designation as a national memorial, the World War II Memorial was automatically listed in the National Register, and is therefore a contributing site to the National Mall Historic District and a contributing structure to the West Potomac Park CLI. It post-dates the East and West Potomac Parks Historic District revised nomination from 2001, so it was not included therein (NPS 2016, 51–52).



*Figure 93.  World War II Memorial looking north (Matthew Traucht 2021).*

**West Potomac Park**
**National Mall & Memorial Parks**

*Figure 94.  World War II Memorial detail of the wall with gold stars. Note flood control levee in the distance (Matthew Traucht 2021).*

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 95.  World War II Memorial looking north (Matthew Traucht 2021).*

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 96. World War II Memorial looking west towards the Lincoln Memorial (Matthew Traucht 2021).*



*Figure 97.  World War II Memorial looking south (Matthew Traucht 2021).*

### *World War II Memorial Visitor Center (Contributing)*

**Post-Historic and Existing Conditions:**

As part of the World War II Memorial, an information stand or Visitor Center was constructed along Homefront Drive, south of the memorial plaza between 2001 and 2004. The curved one-story building is topped with a standing-seam metal, hipped roof and clad in the same granite as the memorial. The World War II Memorial Visitor Center was part of the design of the memorial and is a contributing feature of the memorial, which was automatically listed as part of its Congressional authorization. The Visitor Center was not given individual contributing status in the 2016 National Mall Historic District nomination, but the World War II Memorial itself is contributing to the district. The World War II Memorial Visitor Center serves as the memorial's interpretation and information station, was part of the design of the memorial, and is therefore, a contributing building to the West Potomac Park CLI (NPS 2016, 52).

*World War II Memorial Restrooms (Contributing)*

**Post-Historic and Existing Conditions:**

As part of the World War II Memorial, a restroom building (also called a comfort station) was constructed along Homefront Drive, south of the memorial plaza between 2001 and 2004. The one-story building is topped with a standing-seam metal, hipped roof, features clerestory windows, and is clad in the same granite as the memorial. The World War II Memorial Restrooms building also serves as the maintenance facility for the World War II Memorial. It was not given individual contributing status in the 2016 National Mall Historic District nomination but is part of the World War II Memorial which is contributing to the district. Since it is part of the design of the memorial, the World War II Memorial Restrooms is a contributing building to the West Potomac Park CLI (NPS 2016, 52).

*District of Columbia War Memorial (Contributing)*

**Historic Condition:**

The District of Columbia War Memorial was built in 1931 along Independence Avenue SW, south of the Reflecting Pool (Figure 98). A list of the names of the 26,000 district residents who served in World War I are inscribed on the memorial's cornerstone and the names of the 499 residents who died are inscribed on the memorial's base. The memorial is a white marble Doric-style tempietto with twelve fluted Doric columns and was designed to also serve as a bandstand by architect Frederick H. Brooke, working with associate architects Nathan C. Wyeth and Horace W. Peaslee. The memorial has a concrete foundation set on concrete and wood piles. The inner and outer domes are built of Guastavino tiles with marble cladding. It was financed completely through public donations. During the 1930s, the memorial was a popular venue for outdoor concerts. In 1937, fifty white dogwood trees were added around the memorial (NPS 2001, 38; NPS 2016, 49–50).

**Post-Historic and Existing Conditions:**

The District of Columbia War Memorial was restored in 2011–2012 during which a bronze plate was set into the floor of the memorial chamber. The plate acts as a door hatch to allow access to a crawl space underneath. The plate is a replica of the original, which was stolen in the 1970s. The

District of Columbia War Memorial was listed in the National Register of Historic Places on July 11, 2014. In recent years, there has been a dark biological growth on the Vermont marble dome of the war memorial. This growth appears to be the same that was growing on the Thomas Jefferson Memorial and is temporarily deteriorating the appearance of the war memorial, but likely not causing permanent damage (NPS 2022b). Overall, the memorial retains a high level of integrity. For the above-mentioned reasons, the District of Columbia War Memorial is a contributing structure to the East and West Potomac Parks Historic District, the National Mall Historic District, and the West Potomac Park CLI (NPS 2001, 38; NPS 2016, 49–50).



*Figure 98.  District of Columbia War Memorial looking northwest from near Independence Avenue SW (Matthew Traucht 2021).*

*Elliptical Comfort Station near DC War Memorial (Noncontributing)*

**Historic Condition:**

One elliptical comfort station is located south of the Reflecting Pool near the DC War Memorial (Figure 99). Built in 1976 as part of the Bicentennial improvements to the park, it was designed by

NPS architect Benjamin Biderman (hence the name "Benji" for this building type). The one-story elliptical-shaped building is topped by a flat roof. It features clerestory windows below the roofline to provide natural light. The structure is built of steel posts between which are panels of exposed aggregate concrete. It is located within a paved plaza and surrounded by pairs of slat benches (NPS 2016, 50).

**Post-Historic and Existing Conditions:**

The elliptical comfort station near the DC War Memorial is not significant under Criteria A or D, and is made of common materials and also not significant under Criterion C. It is a noncontributing building to the National Mall Historic District and the West Potomac Park CLI (NPS 2016, 50).



*Figure 99.  Elliptical Comfort Station near DC War Memorial, looking towards JFK Polo Fields (Matthew Traucht 2021).*

*Martin Luther King, Jr. Memorial (Contributing)*

**Historic Condition:**

The Martin Luther King, Jr. Memorial is located at 1964 Independence Avenue SW (referencing the 1964 Civil Rights Act) and was dedicated in 2011, making it the newest addition to West Potomac Park (Figure 100–Figure 102). This memorial is the first to honor an African American individual on the National Mall. The design from ROMA Design Group was chosen from an international design competition. Their plan called for a stone with Dr. King's image emerging from a mountain. The design drew from a quote of Dr. King's 1963 "I Have a Dream" speech, where he spoke about the "Stone of Hope" being hewn from the "Mountain of Despair." Chinese sculptor Master Lei Yixin was selected to create the likeness of Dr. King. Composed of 159 shrimp pink granite blocks that were transported to the studio in China and then back by boat to Baltimore for assembly in Washington, DC, the last 20 percent of the sculpture was carved on site. Nick Benson completed the text engravings of quotations from Dr. King. Benson also completed the engravings at the World War II Memorial. Major components of the memorial composition include a forecourt and symbolic entry portal, a central plaza defined by two curved inscription walls, and a large sculptural element. Visitors enter the memorial from the forecourt through a void in the rough-hewn stone portal called the "mountain of despair." Upon entering the central plaza, which faces the Tidal Basin and provides a quiet space for contemplation, visitors approach the focal point of the memorial, a thirty-foot-high boulder known as the "stone of hope" modeled on King's image. Slightly south of the entrance forecourt and on the west side of West Basin Drive is a single-story visitor support building with public restrooms, a bookstore, and a park ranger visitor contact station (NPS 2016, 61).

**Post-Historic and Existing Conditions:**

By its Congressional designation as a national memorial, the Martin Luther King, Jr. Memorial was automatically listed in the National Register, and is therefore, a contributing site to the National Mall Historic District and a contributing structure to the West Potomac Park CLI. It post-dates the East and West Potomac Parks Historic District revised nomination from 2001, so it was not included therein (NPS 2016, 61; NPS 2021c).

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 100.  Pathway to Martin Luther King, Jr. Memorial, looking west (Matthew Traucht 2021).*

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 101.  Martin Luther King, Jr. Memorial looking east (Matthew Traucht 2021).*

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 102.  Martin Luther King, Jr. Memorial looking west (Matthew Traucht 2021).*

*Martin Luther King, Jr. Memorial Visitor Center (Contributing)*

**Post-Historic and Existing Conditions:**

The Martin Luther King, Jr. Memorial Visitor Center was built between 2006 and 2011, designed by McKissack & McKissack. South of the entrance forecourt and on the west side of West Basin Drive is the one-story visitor center building that includes restrooms, a bookstore, and a park ranger visitor contact station (Figure 103). The one-story building has an overhanging flat roof on the façade, is clad in a combination of granite panels with metal and glass windows (some of which are frosted) and has a paved pedestrian path crosswalk that connects the building to the memorial forecourt (NPS 2016, 61). The Martin Luther King, Jr. Memorial Visitor Center is not given individual contributing status in the National Mall Historic District, but it is part of the Martin Luther King, Jr. Memorial, which is contributing. It post-dates the East and West Potomac Parks Historic District nomination. The Martin Luther King, Jr. Memorial Visitor Center is

**West Potomac Park**
**National Mall & Memorial Parks**

associated with the original design for the memorial and is a contributing structure to the West Potomac Park CLI.



*Figure 103.  Visitor Center at Martin Luther King, Jr. Memorial looking south (Matthew Traucht 2021).*

### *Franklin Delano Roosevelt Memorial (Contributing)*

**Historic Condition:**

The Franklin Delano Roosevelt (FDR) Memorial is located on the southwest bank of the Tidal Basin and is supported by 900 steel pilings. Designed by landscape architect Lawrence Halprin, the memorial was built between 1994 and 1997. Stretching 800 feet, the memorial is a series of four outdoor rooms, each one representing one of the President's terms of office. The rooms feature walls of hand-carved blocks of Carnelia red granite. Each room has a foundation, sculptural elements, and inscriptions from Roosevelt's speeches carved by master stone carver John Benson. Other artists who created sculptures for the memorial include Robert Graham, George Segal, Neil Estern, and Leonard Baskin (NPS 2001, 30–33). The second memorial room,

focused on the New Deal, features an open plaza with two fountains surrounded by twelve-foot granite walls. The larger of the two fountains was inspired by Roosevelt's creation of the Tennessee Valley Authority (TVA) (NPS 2016, 58–59).

**Post-Historic and Existing Conditions:**

The Franklin Delano Roosevelt Memorial is a contributing site to the East and West Potomac Parks Historic District, the National Mall Historic District, and the West Potomac Park CLI based on Criteria Considerations F and G, with its exceptional significance due to its design and symbolic value, the Congressional authorization of the site and design, and its symbolic importance in the monumental core of Washington, DC (NPS 2001, 30–33).

*Franklin Delano Roosevelt Memorial Visitor Center (Contributing)*

**Post-Historic and Existing Conditions:**

The Franklin Delano Roosevelt Memorial Visitor Center is a one-story building of granite, glass, and concrete construction that was built between 1994 and 1997. The granite walls complement the twelve-foot walls of the memorial. The visitor center contains restrooms, a bookstore/gift shop, and a small exhibit space. It is located at the Entrance Plaza to the Franklin Delano Roosevelt Memorial (NPS 2016, 58–59). The Franklin Delano Roosevelt Memorial Visitor Center was not given individual contributing status in the 2016 National Mall Historic District nomination or the 2001 East and West Potomac Parks Historic District, but it is a part of the Franklin Delano Roosevelt Memorial, which is contributing to both historic districts. For these reasons, and because it was part of the original design of the memorial, it is a contributing building to the West Potomac Park CLI.

*Cuban Friendship Urn (Contributing)*

**Historic Condition:**

The Cuban Friendship Urn is currently located on a small grass parcel near the 14th Street Bridge overpass and Parking Lot A off of Ohio Drive SW. Presented to the United States by Cuban President Gerardo Machado in 1928, the urn was to commemorate the lives lost on the USS *Maine* in the Havana Harbor in 1898. The marble urn was carved out of a column from the Maine

Memorial in Havana (by Felix Cabarrocas 1924–25, rebuilt in 1927 after a hurricane in 1926) and is about eight feet high with allegorical figures and a quote in Spanish about the two countries remaining friends. The urn was originally installed in 1928 in the Rose Garden in West Potomac Park. The urn was removed from West Potomac Park in the late 1940s for the construction of the 14th Street Bridge and remained in storage for several decades. Note that there is some confusion about the former location and removal of the Cuban Friendship Urn, with the memorials in Washington, DC NRHP MPD form incorrectly stating that the urn was removed for construction of the Theodore Roosevelt Bridge in the late 1940s (instead of the 14th Street Bridge) (Barsoum 2007, 2; NPS 2016, 60).

**Post-Historic and Existing Conditions:**

The urn was placed at its current location in 1997, after it was rediscovered in NPS storage. Concrete has been used to repair the urn in some places. It was rededicated in 1998 on the centennial of the explosion of the Navy ship (the USS *Maine*). The Cuban Friendship Urn was not included in the East and West Potomac Parks Historic District nomination, but it was listed in the NRHP in 2007 as part of the memorials of Washington, DC multiple property document and added to the District of Columbia Inventory of Historic Sites on February 22, 2007. It is also a contributing object to the National Mall Historic District. Given this status, and its age and historic and symbolic value, the Cuban Friendship Urn is a contributing object to the West Potomac Park CLI (Barsoum 2007, 2; NPS 2016, 60).

*Tidal Basin Outlet Bridge (Contributing)*

**Historic Condition:**

The Tidal Basin Outlet Bridge was built from 1888 to 1889 by the US Army Corps of Engineers as the primary tidal gate for the Tidal Basin. The Tidal Basin Outlet Bridge is currently used as a pedestrian/bike bridge that spans the Washington Channel between the East Basin Drive Bridge and the 14th Street Bridge (Figure 104). It is a low-level bridge constructed of granite with two concrete wing walls and a reinforced concrete deck. The bridge, which is approximately ninety-four feet long, has six arched spans, each of which contains wooden gates that were designed to open and close to control the flow of water into the channel (NPS 2001, 24; NPS 2016, 53; HAER

1988, 2–3). The HAER study on the bridge cites a *Washington Star* article from 1906 that mentioned handrails being added to the Outlet Bridge to protect pedestrians (today there are white metal handrails). By 1942, there were sturdier guardrails in place on the Outlet Bridge (HAER 1988, 3). It should be noted that there has been confusion in the documentary record between the Tidal Basin Outlet Bridge (currently used for pedestrians) and the vehicular East Basin Drive Bridge.

**Post-Historic and Existing Conditions:**

The Tidal Basin Outlet Bridge is one of the oldest structures in West Potomac Park, an important part of the land reclamation efforts, and is contributing based on Criteria A and C in the area of engineering. In 2008, the US Army Corps of Engineers replaced each of the tidal gates and made improvements to the infrastructure. Railway and highway development have altered the bridge's setting throughout the twentieth century, but overall, it retains moderately high integrity. The Tidal Basin Outlet Bridge is a contributing structure to the East and West Potomac Parks Historic District the National Mall Historic District, and the West Potomac Park CLI (NPS 2001, 24; NPS 2016, 53; HAER 1988, 2–3).

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 104.  Tidal Basin Outlet Bridge located between East Basin Drive Bridge and 14th Street Bridge (Matthew Traucht 2021).*

### *East Basin Drive Bridge (Contributing)*

**Historic Condition:**

The East Basin Drive Bridge carries vehicles over the Washington Channel and is adjacent to the Tidal Basin Outlet Bridge (Figure 105 and Figure 106). Built in 1942, the bridge is a steel multi-beam bridge with three arched spans and a cast-in-place concrete deck. The bridge exterior sides are clad in granite stones and the bridge is supported by stone-clad concrete abutments and piers to resemble the Tidal Basin Outlet Bridge (Federal Highway Administration 2019, 2). It should be noted that there has been confusion in the documentary record between the Tidal Basin Outlet Bridge (currently used for pedestrians) and this vehicular East Basin Drive Bridge.

**Post-Historic and Existing Conditions:**

The East Basin Drive Bridge was repaired in 1984 with paint, concrete patching, and redecking. It was repaired again in 1998 and the membrane was removed and in 2017 arch girder and substrate repairs were undertaken, the railings painted, and maintenance on the ice fence (Federal Highway Administration 2019, 2). The East Basin Drive Bridge was built during the period of significance for Criterion C and Criterion A in the area of recreation for West Potomac Park and is still in use today. It is a contributing structure to the West Potomac Park CLI, although it was not recorded individually in the National Mall Historic District or East and West Potomac Parks Historic District, likely due to the confusion between the current pedestrian and vehicular bridges at the Tidal Outlet.



*Figure 105.  East Basin Drive Bridge looking east (Matthew Traucht 2021).*

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 106.  View looking across the Tidal Basin toward the East Basin Drive Bridge (Matthew Traucht 2021).*

*Tidal Basin Inlet Bridge (Contributing)*

**Historic Condition:**

The Tidal Basin Inlet Bridge was constructed in 1908–1909 at the southern end of the Tidal Basin, after it was determined that the Outlet Bridge was not sufficient to control the Tidal Basin's flow of water (Figure 107). Located on Ohio Drive SW, the bridge was designed to act as another tidal gate for the Tidal Basin. Today it is also used for vehicular and pedestrian traffic along Ohio Drive SW and allows pedestrians to make a full circle around the Tidal Basin. The bridge was designed by architect Nathan C. Wyeth and is constructed of reinforced concrete. The three-span bridge features gargoyles and bronze fountains and other ornamental details of cast concrete with an aggregate facing. The Tidal Basin Inlet Bridge has been modified several times, including conversion of one sidewalk to a bridle path, the removal of lighting standards, the addition of

steel I-beams underneath the roadbed, and widening of the bridge in 1926. Later, date unknown, the bridle path was replaced with a concrete sidewalk (NPS 2001, 25; NPS 2016, 54).

**Post-Historic and Existing Conditions:**

The tidal gate spans were removed between 1969 and 1971 and the original removable lock span was permanently removed in 1985–1986 and replaced with a fixed, reinforced concrete span. This was part of a larger rehabilitation that happened in the mid-1980s and also included refinishing the roadway deck, repairing concrete balustrades, and replacing some structural steel (NPS 2001, 25; NPS 2016, 54). In 1987, several bronze sculptures, known as grotesques (not gargoyles since they do not spout water) were commissioned to honor Jack Fish's retirement (Figure 108 and Figure 109). Fish was a longtime regional director for the NPS National Capital Region. Stone carver Constantine Serferlis carved the grotesques on the Tidal Basin Inlet Bridge (Kelly 2013). In 2008, the US Army Corps of Engineers replaced each of the inlet gates and improved the infrastructure surrounding them (NPS 2016, 54). The Tidal Basin Inlet Bridge is a vital part of the system of park drives that contributes to the recreational use of the park. It is a contributing structure to the East and West Potomac Parks Historic District, the National Mall Historic District, and the West Potomac Park CLI (NPS 2001, 25; NPS 2016, 54).

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 107.  Tidal Basin Inlet Bridge looking southwest (Matthew Traucht 2021).*

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 108.  Tidal Basin Inlet Bridge with grotesques honoring Jack Fish, looking northeast (Matthew Traucht 2021).*

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 109.  Detail of grotesque on Tidal Basin Inlet Bridge (Matthew Traucht 2021).*

### Kutz Bridge (Contributing)

**Historic Condition:**

Kutz Bridge was designed by Paul Philippe Cret in 1941 as part of the Independence Avenue Extension project (Figure 110). Cret worked with engineers Modjeski and Masters of Harrisburg, Pennsylvania. The bridge was constructed in 1942–1943 carrying Independence Avenue SW over the north bay of the Tidal Basin, which had to be redesigned due to the bridge. The bridge is built of concrete and steel on pilings and has granite facings. The 2016 National Mall nomination and the HALS documentation (DC-59) state that the bridge is 433 feet long, however, Chapell (1973, 151) states that the bridge is 833 feet long. An estimated measurement for Google Earth puts the bridge at 833 feet. It is not clear from where this discrepancy stems. The bridge bears a plaque with the following inscription: Kutz Bridge Completed 1943 for the National Capital Parks by the District of Columbia under the supervision of Brig. Gen. Charles W. Kutz Engineer

Commissioner 1914–1917—1918–1921—1941–1945 (NPS 2020b). The bridge was known as the Independence Avenue Bridge until it was dedicated in 1954 by Mrs. Charles W. Kutz in memory of her Brigadier General husband, who served as the Engineer Commissioner for Washington, DC three times, as detailed on the plaque on the bridge (NPS 2001, 26; NPS 2016, 54–55).

**Post-Historic and Existing Conditions:**

The Kutz Bridge is a contributing structure to the East and West Potomac Parks Historic District, the National Mall Historic District, and the West Potomac Park CLI (NPS 2001, 26; NPS 2016, 54–55).



*Figure 110.  Kutz Bridge, looking north across the Tidal Basin (Matthew Traucht 2021).*

*Tidal Basin Boat Dock and Gate (Noncontributing)*

**Historic Condition:**

The Tidal Basin Boat Dock and Gate is located along the north edge of the eastern lobe of the Tidal Basin near the entrance to the Tidal Basin parking lot from Maine Avenue (Figure 111). A

boat dock has been at this location since at least the 1950s, but the current structure dates to 1962 with repairs and improvements in 1984. The main dock of the structure is connected to the shore of the Tidal Basin by a metal gate. Extending from the east and west sides of the main dock are two sets of floating docks for mooring paddle boats (NPS 2016, 58).

**Post-Historic and Existing Conditions:**

The Tidal Basin Boat Dock and Gate is a noncontributing structure to the National Mall Historic District but was not evaluated in the East and West Potomac Parks Historic District. The Tidal Basin Boat Dock and Gate lacks integrity under Criterion A in the area of entertainment and recreation, is not significant under Criteria C or D, and does not meet any of the Criteria Considerations. However, it is listed as a contributing resource in the Washington Monument Grounds CLR (NPS 2016, 58). For the above reasons, the Tidal Basin Boat Dock is a noncontributing structure to the West Potomac Park CLI.



*Figure 111.  Tidal Basin Boat Dock looking north (Matthew Traucht 2021).*

### *Tidal Basin Seawall (Contributing)*

**Historic Condition:**

The Tidal Basin is bordered by stone seawalls, retaining walls that prevent the earth fill from the land reclamation project from eroding back into the Potomac River. The Tidal Basin seawalls were constructed from 1882 until 1896 by the US Army Corps of Engineers. The Tidal Basin seawall was the last portion constructed during the reclamation efforts, completed in 1896. The Tidal Basin seawall was reconfigured during the construction of Kutz Bridge and the Thomas Jefferson Memorial. The Tidal Basin seawalls are topped by an eight-foot-wide concrete sidewalk with iron pipe railing that was added in the early twentieth century between the Kutz Bridge and the Tidal Basin Outlet Bridge (NPS 2001, 23–24, NPS 2016, 52–53).

**Post-Historic and Existing Conditions:**

Portions of the seawall have been repaired and rebuilt over the years. Recently, studies concluded that a portion of the Tidal Basin seawall along the Thomas Jefferson Memorial was settling because its foundation timber piles did not reach to bedrock. The destabilized section was demolished and reconstructed on caissons and steel pipe rails that were drilled into bedrock. After this portion was stabilized the ashlar stone wall was rebuilt using the original stones, which were cataloged and stored during the project. Despite these various repairs and alterations, the integrity of the Tidal Basin Seawall remains moderately high. It is a contributing object to the East and West Potomac Parks Historic District under Criterion A in the area of engineering. In the National Mall Historic District, the Tidal Basin Seawall is grouped with the Potomac River Seawall, simply called the stone seawalls, and is a contributing structure. As an important early feature of West Potomac Park, and a vital part of the land reclamation efforts, the Tidal Basin Seawall is contributing structure of the West Potomac Park CLI (NPS 2001, 23–24; NPS 2016, 52–53).

### *Potomac River Seawall (Contributing)*

**Historic Condition:**

Stone seawalls span a significant portion of West Potomac Park along the waterfront (Figure 112 and Figure 113). Constructed to act as a retaining wall after the land reclamation project, the Potomac River Seawall was built during the 1880s and mid-1890s. The stone seawalls in West Potomac Park were completed before those in East Potomac Park. The seawall is constructed of dry-laid stone stabilized by riprap (NPS 2001, 23; NPS 2016, 52–53). The portion of the Potomac River Seawall south of the Lincoln Memorial site was built out beginning on December 2, 1919, and was completed in May 1922. It included building out the wall and filling in the area behind the new wall (Chapell 1973, 108 and 111).

**Post-Historic and Existing Conditions:**

The Potomac River Seawall together with the Tidal Basin Seawall are called the stone seawalls and are a contributing structure to the East and West Potomac Parks Historic District and the National Mall Historic District under Criterion A in the area of engineering, as an early

component of the land reclamation efforts and creation of the park. Therefore, the Potomac River Seawall is a contributing structure in the West Potomac Park CLI (NPS 2001, 23; NPS 2016, 53).



*Figure 112.  Potomac River Seawall looking southeast from a location adjacent the John Ericsson Memorial toward the George Mason Bridge (Matthew Traucht 2021).*

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 113.  Potomac River Seawall and riprap, looking west from George Mason Bridge (Matthew Traucht 2021).*

*John Ericsson Monument (Contributing)*

**Historic Condition:**

The John Ericsson Monument, constructed between 1926 and 1927, is located south of the Reflecting Pool in a traffic circle at the southern terminus of 23rd St SW at Independence Avenue SW and Ohio Drive SW (Figure 114). The monument was approved by the Commission of Fine Arts in 1924, further cementing the commemorative nature of the park suggested in the McMillan Plan (NPS 2016, 128). Ericsson was the Swedish-born designer of the USS *Monitor*, the Union Army's ironclad ship during the Civil War. The monument was designed by sculptor James Earle Fraser and architect Albert Randolph Ross. The monument features a figure of Ericsson along with three allegorical figures: a woman representing vision, a Viking representing adventure, and an iron molder representing labor. The figures stand against the Norse Tree of Life and there is a mariner's compass inlaid on the surrounding granite paver. An inscription wraps around the

**West Potomac Park**
**National Mall & Memorial Parks**

pedestal of the monument with "John Ericsson A.D. 1803-A.D. 1889; Inventor and Builder of The Monitor; He Revolutionized Navigation By His Invention of the Screw Propeller." The area immediately surrounding the monument was designed by Frederick Law Olmsted, Jr. as part of his plans for the Lincoln Memorial and Arlington Memorial Bridge (NPS 2001, 37, NPS 2016, 46).

**Post-Historic and Existing Conditions:**

As one of the earliest commemorative monuments in the park, the John Ericsson Monument is a contributing object to the National Mall Historic District and contributing structure to the East and West Potomac Parks Historic District and the West Potomac Park CLI (NPS 2001, 37; NPS 2016, 46).



*Figure 114.  John Ericsson Monument looking northwest from Ohio Drive SW (Matthew Traucht 2021).*

*George Mason Memorial (Contributing)*

**Historic Condition:**

The George Mason Memorial is located south of the Tidal Basin near the eastern approach to the Tidal Basin Inlet Bridge. The memorial, designed by landscape architect Faye Harwell of Rhodeside and Harwell in 2000, was dedicated in 2002 and incorporates the Number 4 Fountain (described separately in the Constructed Water Features section) and the existing flower beds in its design. The memorial commemorates Virginian, and sometimes forgotten Founding Father George Mason, who is memorialized with a larger than life-size bronze statue sculpted by Wendy Ross (NPS 2021a). The design also includes a plaza, trellis with columns, inscription walls, and marble benches (NPS 2001; NPS 2016, 60–61).

**Post-Historic and Existing Conditions:**

From 2017 to 2019, the George Mason Memorial underwent a years-long rehabilitation effort which included a rehabilitation of the Number 4 Fountain (described in Constructed Water Features), repaired sidewalks, refreshed perennial plantings, statue refurbishment, general cleaning, and other work. A CLI was completed for the George Mason Memorial in 2022. As part of the commemorative nature of the park, the George Mason Memorial is a contributing site to the National Mall Historic District and the West Potomac Park CLI, but it post-dates the East and West Potomac Parks Historic District revised nomination from 2001 and was not included therein (NPS 2001; NPS 2016, 60–61).

*Commodore John Paul Jones Statue (Contributing)*

**Historic Condition:**

The Commodore John Paul Jones Statue is located at 17th Street SW and Independences Avenue SW, near the Tidal Basin, honoring the Revolutionary War hero who was born in Scotland, fought for both the US Navy and the Russian navy, and died in poverty in Paris in 1792. The statue was built between 1911 and 1912, after his remains were found in a Paris cemetery and shipped back to the United States for reburial at the Naval Academy. The bronze statue and marble pedestal were designed by sculptor Charles Henry Niehaus. Thomas Hastings was the project architect. The bronze statue of Jones is mounted against a large marble pylon, which is

inscribed with military symbols. The marble pedestal has spouts shaped like dolphins that allow water to flow into the basin below. It was the first memorial to be placed in either of the two Potomac parks. In December 1912, twenty-four trained Linden Trees were planted as a backdrop for the Commodore John Paul Jones Memorial (NPS 2001, 27–28; NPS 2016, 55).

**Post-Historic and Existing Conditions:**

The Commodore John Paul Jones Statue is commemorative in nature and is also part of the American Revolution Statuary NRHP MPD nomination from 1978 (NPS 2016, 91). For the above reasons, it is a contributing object to the East and West Potomac Parks Historic District, the National Mall Historic District, and a contributing structure to the West Potomac Park CLI (NPS 2001, 27–28; NPS 2016, 55).

*Ohio Drive SW Concession Kiosk (Noncontributing)*

**Historic Condition:**

In 1969 a kiosk was installed on Ohio Drive at West Basin Drive for the Tourmobile buses that offered interpretive tours of the National Mall through 2011 (Figure 115). The small hexagonal one-story structure has a standing-seam metal roof, five windows, and a door (NPS 2016, 50).

**Post-Historic and Existing Conditions:**

The building is now used as a souvenir and refreshment stand and is known as the Ohio Drive SW Concession Kiosk. The former Tourmobile Kiosk (now called Ohio Drive SW Concession Kiosk) was a noncontributing building to the National Mall Historic District and is also noncontributing to the West Potomac Park CLI because it is not significant under Criteria A or D, does not meet any of the Criteria Considerations, and is not significant under Criterion C because it postdates the period of significance under this criterion, which ends in 1965 y (NPS 2016, 50). The kiosk should be reevaluated in the future to determine if it is eligible under Criterion C.

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 115.  Ohio Drive SW Concession Kiosk looking northwest (Matthew Traucht 2021).*

### Korean War Veterans Memorial (Contributing)

**Historic Condition:**

The Korean War Veterans Memorial is located south of the Reflecting Pool on a direct axis with the Vietnam Veterans Memorial. It was originally designed by a team of landscape architects and architects from Pennsylvania State University who won the design competition in 1989, but after negative feedback the design was greatly revised by architectural firm Cooper-Lecky Partnership. The memorial consists of nineteen realistic, larger than life-size gray stainless-steel soldiers sculpted by Frank Gaylord. The soldiers are arranged in a combat formation climbing up a hill, set on parallel strips of polished black granite within a triangular field of juniper. At the top of the hill is a circular plaza with a pool of remembrance. The plaza is surrounded by linden trees. A long memorial wall of polished black granite slabs is the background for the sculptures, with support personnel such as nurses, chaplains, and clerks etched into the wall (NPS 2001, 39).

**Post-Historic and Existing Conditions:**

The Korean War Veterans Memorial currently is undergoing significant redesign, which has required the elimination of original plantings. This redesign is discussed elsewhere in this CLI. The Korean War Veterans Memorial is a contributing site to the East and West Potomac Parks Historic District and the National Mall Historic District, and a contributing structure to the West Potomac Park CLI (NPS 2001, 39; NPS 2016, 51).

*Kiosk near Korean War Veterans Memorial (Noncontributing)*

**Post-Historic and Existing Conditions:**

A kiosk is located between the Reflecting Pool and Daniel French Drive. It was constructed in 1996 as a venue for addressing questions posed about the Korean War Veterans Memorial. The one-story building has a metal roof, three large windows, and one door. The kiosk is a noncontributing building to the National Mall Historic District and the West Potomac Park CLI because it is not significant under Criterion A or D, is made of common materials and not significant under Criterion C, and does not meet any of the Criteria Considerations (NPS 2016, 46).

*United States Park Police Horse Stables and Education Center (Noncontributing-compatible)*

**Post-Historic and Existing Conditions:**

In 2020, a groundbreaking ceremony was held for new stables in Ash Woods. This effort served to replace the recently demolished stables previously located on the site that had been built in 1975 in anticipation of the Bicentennial. The new United States Park Police Horse Stables and Education Center opened in 2023. The symmetrical building is oriented parallel to Ash Road and includes an education center, public viewing paddocks, improved pedestrian pathways, a permanent office building for US Park Police and staff as well as other amenities (NPS 2001, 40; NPS 2016, 50; Trust for the National Mall 2020, 2023). Constructed after the period of significance, the horse stables do not contribute to West Potomac Park, however, they are compatible with the overall character of the cultural landscape.

**Analysis:**

The buildings and structures of West Potomac Park are an important feature of the cultural landscape. Many were built during the historic period of the park and retain significant integrity to convey the historic character of the cultural landscape. They were incorporated into the historic designed landscape with the McMillan Plan, continuing the city planning ideals of the 1791 L'Enfant Plan. The combination of buildings and structures with open spaces, vegetation, pedestrian circulation, and subsequent views and vistas greatly contributes to the significance of West Potomac Park. Many of the buildings and structures in West Potomac Park commemorate presidents and other historical figures of national importance, in addition to honoring the sacrifices of veterans. West Potomac Park also features more utilitarian buildings like comfort stations, visitor centers, and refreshment kiosks. Routine maintenance has been required over the years and in some cases more substantial rehabilitation. Some buildings and structures, like the Lockkeeper's House and Cuban Friendship Urn, have been moved. Overall, the buildings and structures retain a high level of integrity of location, materials, workmanship, design, setting, feeling, and association.

| Feature Name | Feature Contribution | CRIS-HS Name | CRIS-HS Number | Type of FMSS Record | FMSS Record Number | FMSS record an exact match? |
|---|---|---|---|---|---|---|
| Lockkeeper's House | Contributing | Canal Lockhouse – Res. 332 | 046849 | Location | 14221 | Yes |
| Constitution Gardens Overlook Terrace | Contributing | N/A | N/A | Asset | 17449 | Yes |
| Constitution Gardens Refreshment Kiosk | Contributing | N/A | N/A | Location | 88680 | Yes |

**West Potomac Park**
**National Mall & Memorial Parks**

| 56 Signers Memorial | Contributing | 56 Signers Memorial-Res. 332 | 046828 | Asset | 1513157 | Yes |
|---|---|---|---|---|---|---|
| Vietnam Veterans Memorial | Contributing | Vietnam Veteran's Memorial – Res. 332 | 046830 | Asset | 1488466 | Yes |
| *Three Servicemen* Sculpture | Contributing | Vietnam Veteran's Memorial-Statue -Res. 332 | 046831 | Asset | 1482177 | Yes |
| Vietnam Women's Memorial | Contributing | Vietnam Women's Memorial-Statue - Res. 332 | 046853 | Asset | 1482060 | N/A |
| Lincoln Memorial | Contributing | Lincoln Memorial-Res. 332 | 006441 | Asset | 27816 | Yes |
| Watergate Steps | Contributing | Watergate Steps- Res. 332 | 046859 | Asset | 18731 | Yes |
| Constitution Avenue Belvedere | Contributing | N/A | N/A | N/A | N/A | N/A |
| World War II Memorial | Contributing | World War II Memorial - Walls; World War II Memorial-Fountain; World War II Memorial-Gold Stars | 624447; 624467; 624456 | Location | 85504 | Yes |
| World War II Memorial | Contributing | World War II Memorial- | 624546 | Location | 85506 | Yes |

**West Potomac Park**
**National Mall & Memorial Parks**

| Visitor Center | | Support Building 1 | | | | |
|---|---|---|---|---|---|---|
| World War II Memorial Restrooms | Contributing | World War II Memorial-Support Building 2 | 624556 | Location | 85505 | Yes |
| District of Columbia War Memorial | Contributing | DC World War I Memorial-Res. 332 | 046826 | Location | 14180 | Yes |
| Flood Control Levee | Contributing | N/A | N/A | Location | 14223 | Yes |
| Franklin Delano Roosevelt Memorial | Contributing | FDR Mem Rm 1 Sculptures and Reliefs; FDR Mem Rm 2 Sculptures and Relief; Mem Rm 3 Sculptures and Relief; Mem Rm 4 Sculptures and Relief | 625749; 625763; 625829; 625898 | Location | 2444 | Yes |
| Franklin Delano Roosevelt Memorial Visitor Center | Contributing | FDR Memorial Visitors Contact Station | 773480 | Location | 14137 | Yes |
| Martin Luther King, Jr. Memorial | Contributing | Martin Luther King, Jr. Mem.-Inscription Wall; Martin Luther King, Jr. | 888687; 888746; 888779; 888761; 888601; 888874 | Location | 112534 | Yes |

**West Potomac Park**
**National Mall & Memorial Parks**

| | | Mem.-Mountain of Despair; Martin Luther King, Jr. Mem. Stone of Hope; Martin Luther King, Jr. Memorial-Fountains; Martin Luther King, Jr. Memorial-Plaza; Martin Luther King, Jr. Memorial-Time Capsule | | | | |
|---|---|---|---|---|---|---|
| Martin Luther King, Jr. Memorial Visitor Center | Contributing | Martin Luther King, Jr. Memorial-Contact Station; Martin Luther King, Jr. Mem.-Contact Station Plaza | 889604; 888894 | Location | 236603 | Yes |
| Cuban Friendship Urn | Contributing | Cuban Friendship Urn- Res. 332 | 046010 | Location | 14243 | Yes |
| Tidal Basin Outlet Bridge | Contributing | CRIS-HS record for the Outlet Bridge-Res. 332 (046855) | N/A | Location | 51522 | Yes |

**West Potomac Park**
**National Mall & Memorial Parks**

| | | describes the East Basin Drive Bridge and requires an update | | | | |
|---|---|---|---|---|---|---|
| Tidal Basin Inlet Bridge | Contributing | Inlet Bridge- Res. 332 | 046827 | Location | 14184 | Yes |
| Kutz Bridge | Contributing | Kutz Memorial Bridge- Res. 332 | 005878 | Location | 14187 | Yes |
| Tidal Basin Seawall | Contributing | Tidal Basin Seawalls | 624419 | Location | 94975 | Yes |
| Potomac River Seawall | Contributing | Stone Seawalls Other- West Potomac Park | 624410 | Location | 94971 | Yes |
| John Ericsson Monument | Contributing | Ericsson (John) Monument- Res. 332 | 007303 | Location | 14181 | Yes |
| George Mason Memorial | Contributing | George Mason Memorial- Statue; George Mason Memorial- Inscription Walls; George Mason Memorial- Trellis | 625904; 625937; 625930 | Location | 47547 | Yes |
| Commodore John Paul Jones Statue | Contributing | Jones (John Paul) Memorial- Res. 332 | 011938 | Location | 14186 | Yes |

**West Potomac Park**
**National Mall & Memorial Parks**

| Korean War Veterans Memorial | Contributing | Korean War Veterans Memorial-Soldiers; Korean War Veterans Memorial-Memorial Wall; Korean War Veterans Memorial-Fountain; Korean War Veterans Memorial-Plaza | 626136; 626128; 626132; 626160 | Location | 00002443 | Yes |
|---|---|---|---|---|---|---|
| Arts of Peace Sculptures | Contributing | Arts of Peace (Literature & Aspir.) - Res. 332; Arts of Peace (Music & Harvest) - Res. 332 | 012912; 012910 | Location | 27823; 27824 | Yes |
| East Basin Drive Bridge | Contributing | CRIS-HS record for the Outlet Bridge-Res. 332 (046855) describes the East Basin Drive Bridge and requires an update | N/A | Location | 14190 | Yes |
| Guardhouse | Managed as a Cultural Resource | N/A | N/A | N/A | N/A | N/A |
| Kiosk near Vietnam | Noncontributing-Compatible | N/A | N/A | Location | 13982 | Yes |

**West Potomac Park**
**National Mall & Memorial Parks**

| | | | | | | |
|---|---|---|---|---|---|---|
| Veterans Memorial | | | | | | |
| 17th Street Levee | Noncontributing-Compatible | N/A | N/A | Location | 14223 | Yes |
| Food Services Buildings near Lincoln Memorial (2) | Noncontributing-Compatible | N/A | N/A | Location | 109268; 109273 | Yes |
| Elliptical Comfort Station in Constitution Gardens | Noncontributing-Compatible | N/A | N/A | Location | 43938 | Yes |
| Elliptical Comfort Station near DC War Memorial | Noncontributing-Compatible | N/A | N/A | Location | 51511 | Yes |
| Tidal Basin Boat Dock and Gate | Noncontributing-Compatible | N/A | N/A | Location | 109274; 109277 | Yes |
| Ohio Drive SW Concession Kiosk (formerly Tourmobile Kiosk) | Noncontributing-Compatible | N/A | N/A | Location | 88679 | Yes |
| Kiosk near Korean War Veterans Memorial | Noncontributing-Compatible | N/A | N/A | Location | 14132 | Yes |
| United States Park Police Horse Stables and Education Center | Noncontributing-compatible | N/A | N/A | N/A | N/A | N/A |

***Cluster Arrangement***

Cluster arrangement is the locations and patterns of buildings, structures, and associated features in the landscape.

*McMillan Plan (Contributing)*

**Historic Condition:**

Much of the early layout of West Potomac Park was dictated by the McMillan Plan of 1902 which called for a cross-axial, or cruciform, design of West Potomac Park. According to the plan's recommendations, one axis was to extend west from the Washington Monument, and the other axis would extend south from the White House, through the Washington Monument grounds, to an unspecified commemorative site at the Tidal Basin. The western and southern terminuses of these axes were designated as the sites of future major memorials. The Lincoln Memorial was ultimately built at the western terminus in 1922 and the Thomas Jefferson Memorial at the southern terminus in 1943. This cruciform layout has largely been respected and preserved throughout the development of West Potomac Park. The design was only briefly impacted when two temporary bridges were built across the western axis during World War II to connect "tempos" located north and south of the Reflecting Pool. The design intent of the McMillan Plan was restored when the bridges were removed after the War.

**Post-Historic and Existing Conditions:**

Throughout the development of West Potomac Park, overall, the primacy of the McMillan Plan cruciform design has been respected and maintained. As the primary axis for the northern part of West Potomac Park, the McMillan Plan has influenced the siting of major memorials and monuments and is a contributing feature of the cultural landscape.

*Clustering around the Tidal Basin of gifts of friendship from Japan to the US (Contributing)*

**Historic Condition:**

The locations of the Japanese Pagoda and Japanese Lantern on the shores of the Tidal Basin complements the history of the Japanese cherry trees around the Tidal Basin, which collectively symbolize gifts of friendship to the people of the United States from the people of Japan.

**Post-Historic & Existing Conditions**

The cherry trees, the Japanese Pagoda, and the Japanese Lantern all remain located on the shoreline of the Tidal Basin. Contributing to the East and West Potomac Parks Historic District, the clustering of these is a character-defining feature of the Tidal Basin and of the West Potomac Park cultural landscape.

*Clustering around the Reflecting Pool of memorials to individuals lost during wartime conflicts (Contributing)*

**Historic Condition:**

As monuments and memorials were constructed in the park, many have been located around the east-west axis established by the McMillan Plan. Many of the memorials installed relative to this axis around the Reflecting Pool memorialize military engagements in which the United States has been involved. To the north of the Reflecting Pool, the Vietnam Veteran's Memorial, the *Three Servicemen* statue, and the Vietnam Women's Memorial pay tribute to sacrifices made by individuals during that conflict, with a memorial plaque commemorating those who died later of causes related to the conflict. South of the Reflecting Pool, the Korean War Veterans Memorial was sited on axis with the Vietnam Veterans Memorial. The District of Columbia War Memorial, dedicated in 1931, lies to the east of the Korean War Veterans Memorial. The World War II Memorial, installed at the east end of the Reflecting Pool, completes the clustering of war-related memorials.

**Post-Historic & Existing Conditions**

As of the writing of this CLI, the conditions described above remain accurate. The proposed National Desert Storm and Desert Shield War Memorial will be installed in an area north of the Lincoln Memorial, maintaining the clustering of memorials and monuments to military operations in this area while preserving the designed axial relationships from the McMillan Plan.

West Potomac Park
National Mall & Memorial Parks

*Clustering around the Tidal Basin of monuments to significant figures in American history (Contributing)*

**Historic Condition:**

Clustered around the Tidal Basin are monuments and memorials to Dr. Martin Luther King, Jr., Franklin D. Roosevelt, George Mason, Thomas Jefferson, and Commodore John Paul Jones. The Japanese Pagoda and Lantern are also located on the shores of the Tidal Basin. The three memorial sites to Dr. Martin Luther King, Jr., Abraham Lincoln, and Thomas Jefferson are intimately related, particularly through a line of leadership which connect the Thomas Jefferson Memorial through the Dr. Martin Luther King, Jr. Memorial to the Lincoln Memorial. The Franklin D. Roosevelt Memorial overlooks the linear connection to these major American figures. Additionally, the Commodore John Paul Jones statue and the George Mason Memorial are both located near the shores of the Tidal Basin. The Kutz Bridge, named for Brigadier General Charles W. Kutz, Engineer Commissioner for the District of Columbia, is located at the northern extent of the Tidal Basin. Also, the Number 4 Fountain is still extant near the Tidal Basin Inlet. The preservation of this feature is a remnant of the early management and history of the park (NPS 2001, Section 7, 33).

**Post-Historic & Existing Conditions**

The clustered monuments and memorials to significant American figures remain important features around the Tidal Basin. All features are documented in the National Register of Historic Places and the clustering of these types of resources around the Tidal Basin is a character defining feature of the West Potomac Park cultural landscape.

| Feature Name | Feature Contribution | CRIS-HS Name | CRIS-HS Number | Type of FMSS Record | FMSS Record Number | FMSS record an exact match? |
|---|---|---|---|---|---|---|
| McMillan Plan | Contributing | N/A | N/A | N/A | N/A | N/A |

**West Potomac Park**
**National Mall & Memorial Parks**

| Clustering around the Tidal Basin of gifts of friendship from Japan to the US | Contributing | N/A | N/A | N/A | N/A | N/A |
|---|---|---|---|---|---|---|
| Clustering around the Tidal Basin of monuments to significant figures in American history | Contributing | N/A | N/A | N/A | N/A | N/A |
| Clustering around the Reflecting Pool of memorials to individuals lost during wartime conflicts | Contributing | N/A | N/A | N/A | N/A | N/A |

***Views and Vistas***

A view is the expansive and/or panoramic prospect of a broad range of vision that may be naturally occurring or deliberately contrived. A vista is a controlled prospect of a discrete, linear range of vision, which is deliberately contrived. West Potomac Park contains a multitude of well-known views and vistas and is defined by the planned visual relationships of different elements of the park. Much of the visual design of West Potomac Park was influenced by the 1791 L'Enfant Plan and the 1902 McMillan Plan (Figure 116 and Figure 117).

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 116.  Diagram (1 of 2) depicting major vistas in West Potomac Park (SmithGroup, RHI, and Gray & Pape 2022).*

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 117.  Diagram (2 of 2) depicting major vistas in West Potomac Park (SmithGroup, RHI, and Gray & Pape 2022).*

*A note on views within West Potomac Park*

West Potomac Park is a large and varied landscape. Much of the park comprises large open spaces with thoughtfully designed visual relationships between nationally significant monuments and memorials. As a result, much of the park features large, wide, and sometimes panoramic views from a multitude of locations. These views, many of which include the prominent commemorative and memorialized spaces within the park and its surrounding areas, are a defining feature of West Potomac Park. While many of the views have been defined below, there may exist additional views within the park that are not discussed in this section.

In addition, it should be noted that views and vistas are impacted by the seasonal change, particularly during winter months when deciduous trees are bare. Additional or slightly altered

views/ vistas may exist during periods where trees do not have full foliage. This CLI generally notes views and vistas present during the months when the trees have full foliage.

**Historic Condition:**

*Prior to the Period of Significance*

The lands that became West Potomac Park were originally marshland and mudflat that were prone to frequent flooding and silting. The tidal shore of the Potomac River roughly followed present-day Constitution Avenue to a point approximately near the present-day intersection with 17th Street NW. At this point, the Tiber Creek met and emptied into the Potomac. The riverbank then roughly followed 17th Street southward and meandered further into the present-day southwest portion of Washington, DC.

Prior to the period of significance, there were no existing designed vistas in the area that would become the park, however, there were expansive views across the mudflats and marshland towards the Virginia shoreline. These views were enjoyed all along the shoreline, including along the axes designed by the L'Enfant Plan which led east towards the Capitol Building from the current site of the Washington Monument and north towards the White House.

*McMillan Plan Vies and Vistas (Contributing)*

In 1902, the McMillan Plan was released which called for the creation of a large cruciform shaped development of the National Mall. This cruciform would include a long axial relationship originating from the Capitol Building in the east, along an elongated westward axis, through the Washington Monument, and terminating in West Potomac Park at the site of a future major memorial. A north-south axial relationship was to be created from the White House continuing south through the Washington Monument and terminating at a site near the Tidal Basin where a second major memorial would be located. These two axes, which together created the cruciform design called for in the McMillan Plan, would feature long and extensive designed reciprocal vistas along each axis. With the construction of the Lincoln Memorial in 1922 and the Thomas Jefferson Memorial in 1943, the long axial vistas called for in the McMillan Plan were established (NPS 2001, 42–46). The McMillan plan also called for a designed vista from the intersection of

17th Street NW and Constitution Avenue NW south to the John Paul Jones Memorial. A reciprocal vista exists northwards from the John Paul Jones Statue to the intersection. This vista has remained intact throughout the period of significance with little to no alteration (NPS 2001, 42–46).

The primacy of these designed vistas has largely been preserved throughout the period of significance with one exception when pedestrian bridges were constructed across the Reflecting Pool during World War II. The construction of the World War II Memorial and its designed elements around the former Rainbow Pool slightly altered the vista to the Washington Monument and Capitol Building, however, the overall integrity of the vista was maintained.

The McMillan Plan also created additional designed vistas in areas throughout West Potomac Park. These vistas are described and documented in this landscape characteristic section and include the defined vistas which exist towards the monuments and memorials in the park, as well as towards the Washington Monument and Lincoln Memorial. Expansive views throughout this portion of the park lead the eye across the landscape towards the area's memorials and even further out into other areas of the park and surrounding lands.

*Constitution Gardens Views and Vistas (Contributing)*
Views and vistas within Constitution Gardens have evolved throughout the period of significance. After reclamation, the lands which comprise Constitution Gardens had expansive views across the park. Views were punctuated by the development of new active recreation spaces, including athletic fields and courts. In the extreme northeast portion of the park the Lockkeeper's House commanded sweeping views across the park. The original open views were destroyed when World War I "tempos" were constructed in 1918. These "tempos" dominated the views in the Constitution Gardens area until their removal in 1970.

The construction of Constitution Gardens was completed in 1976. The later additions of notable memorials, including the Vietnam Veteran's Memorial, Vietnam Women's Memorial, the *Three Servicemen*, and 56 Signers of the Declaration of Independence, created new and varied views and

**West Potomac Park**
**National Mall & Memorial Parks**

vistas in this portion of the park. According to the 2008 Constitution Gardens CLI, "Constitution Gardens is a pastoral landscape, designed not only to provide a pleasant stroll between memorials but to offer a series of more varied, intimate, and restful views than is typical for the Mall landscape" (NPS 2008, 103). An additional view, which the 2008 CLI does not include as a character-defining feature, is the prospect towards the World War II Memorial from Constitution Gardens (NPS 2008, 103–106).

*World War II Memorial Views and Vistas (Contributing)*

The World War II Memorial is a relatively new addition to West Potomac Park; however, its location is not. The World War II Memorial was built around the site of the former Rainbow Pool, which was part of the McMillan Plan design (Figure 118). The Plan dictated the location of a separate pool at the end of the Reflecting Pool. The name "Rainbow Pool" was given after a fountain was added in 1924. The former Rainbow Pool and now the World War II Memorial are part of the long, direct vista between the Lincoln Memorial and the Washington Monument.

The memorial was constructed in 2004 and sits slightly below the grade of the Reflecting Pool and 17th Street. The below grade siting of the memorial influences the vistas out towards the east and west and impacts the perspective of the viewer, depending on their physical location within the memorial. At the level of the water feature (the former Rainbow Pool) the vistas are slightly impeded by the elevation. At the ground level above the pool, the vistas are more direct and unimpeded as they are at the ground plane of the water feature. The two designed vistas from the memorial are west across the Reflecting Pool towards the Lincoln Memorial and east towards the Washington Monument and the Capitol Building beyond. It should be noted the design of the memorial ensured consistency with the McMillan Plan's recommendations and preserved the clear vista between the Lincoln Memorial and the Washington Monument.

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 118.  View of the Lincoln Memorial looking west across the former Rainbow Pool from the World War II Memorial (Matthew Traucht 2021).*

On the outside edges of the World War II Memorial, there are views north towards and into the Circle of Remembrance, Constitution Gardens and its Overlook Terrace, as well as towards the Lockkeeper's House. There are also views south towards the Tidal Basin, John Paul Jones Memorial, the JFK Hockey Fields, Ash Woods, and the District of Columbia War Memorial.

***DC War Memorial Views and Vistas (Contributing)***

The District of Columbia War Memorial (DC War Memorial) was designed with two distinct views: One was a sweeping view south towards the Tidal Basin and the other was a sweeping view north towards the Lincoln Memorial Reflecting Pool and beyond. There were additional views northeast towards the Washington Monument and west into the lands on which Ash Woods now exist. The views north and south were particularly designed to be framed by the

**West Potomac Park**
**National Mall & Memorial Parks**

parallel walkways leading north towards the Reflecting Pool and south towards Independence Avenue.

These views, as designed, were impacted by the construction of "tempos" during World War II. The views were restored to their original design when the "tempos" were torn down in 1964. The views west through Ash Woods were impacted when the NPS stables were constructed in 1975 and views east when public restrooms were installed in the 1970s. In addition, the growth of trees and additional plantings in the area impacted the designed views from the Memorial (NPS 2009b, 83–85).

*Tidal Basin Views and Vistas (Contributing)*

The Tidal Basin was built early in the history of West Potomac Park and has featured sweeping views around, across, and into the area since its completion. Some views from the Basin have been altered by the construction of monuments and memorials, including the Thomas Jefferson Memorial (1943), and the Martin Luther King, Jr. Memorial (2011). Additionally, the construction of new bridges and roadways including the Tidal Basin Inlet Bridge (1909), the Kutz Bridge, and the extended Independence Avenue SW (1943) altered views from the Tidal Basin.

The Tidal Basin is part of two prominent designed vistas. These are the vista from the Thomas Jefferson Memorial to the White House (specified by the McMillan Plan) and a vista towards the Capitol Building from the southwestern shore of the Tidal Basin (Figure 119). This vista extends across the Tidal Basin and follows Maryland Avenue SW to the Capitol Building. The vista towards the White House from the Thomas Jefferson Memorial was described earlier in the "McMillan Plan Vistas" section of this landscape characteristic.