**Exhibit B
(Part 4/2)**



*Figure 119.  View of the Thomas Jefferson Memorial from the northwestern shoreline of the Tidal Basin (Matthew Traucht 2021).*

***Franklin Delano Roosevelt Memorial Views and Vistas (Contributing)***

The Franklin Delano Roosevelt Memorial is located on the southwestern side of the Tidal Basin. The area, prior to the construction of the memorial, featured views across the Tidal Basin, as well as west across the Polo Fields towards the Potomac River. Prior to the construction of the memorial, there were two distinct vistas from the area towards the Thomas Jefferson Memorial and the Washington Monument. During World War II, the views across the Polo Grounds were obstructed by newly constructed "tempos." The obstructed views were restored when the buildings were removed in the 1960s.

When the Franklin Delano Roosevelt Memorial was constructed from 1994 to 1997, the views that had existed earlier during the period of significance were changed. The memorial was designed so that it was oriented east towards the Tidal Basin (Figure 120). A raised and landscaped berm

**West Potomac Park**
**National Mall & Memorial Parks**

was constructed on the west side of the memorial as part of the design. This berm removed most westward views from the memorial. The memorial itself is largely screened from the surrounding area through landscaping and the physical design of the memorial. There are internal views of the memorial's four rooms, as well as views from the northern and southern entrances to the memorial. At the northern entrance, views north and west to the surrounding athletic fields exist. At the southern entrance, there are views towards the Tidal Basin Inlet Bridge and the athletic fields.

In addition to the northern and southern entry points, there are three entry points to the Franklin Delano Roosevelt Memorial from the Tidal Basin walkway. These entry points all feature prominent vistas across the Tidal Basin towards the Washington Monument and the southernmost entry includes a vista towards the Thomas Jefferson Memorial. There are also general views of the Tidal Basin extent from the entry points to the memorial.

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 120.  Vista of the Washington Monument from the Franklin Delano Roosevelt Memorial (Matthew Traucht 2021).*

### Martin Luther King, Jr. Memorial Views and Vistas (Contributing)

The space occupied by the Martin Luther King, Jr. Memorial lies on the northwestern lobe of the Tidal Basin. Prior to the construction of the memorial, the area included views across the Tidal Basin towards the Thomas Jefferson Memorial, a vista towards the Washington Monument, views north towards the DC War Memorial, and views across West Basin Drive SW towards the athletic fields (Figure 121). When the memorial was completed in 2011, the views and vistas in the area were changed.

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 121.  View of the Martin Luther King, Jr. Memorial looking west across the Tidal Basin (Matthew Traucht 2021).*

The Martin Luther King Jr. Memorial has a sweeping view across the Tidal Basin which includes an almost 180-degree panorama from the Tidal Basin walkway (Figure 122). On the periphery of the memorial, views were created towards the athletic fields to the west and towards the DC War Memorial to the north. Internal to the memorial, views exist along the inscription wall and the Mountain of Despair.

Two prominent vistas exist at the memorial. The first is a vista northeast towards the Washington Monument. The top of the Washington Monument can be seen from most areas of the memorial. The second vista is from the Stone of Hope, looking southeast towards across the Tidal Basin and the Thomas Jefferson Memorial. This prominent vista is a defining feature of the memorial and cements the connection between the two memorials. It should be noted that the placement of the Martin Luther King, Jr. Memorial lies on a direct line which runs from the Thomas Jefferson

**West Potomac Park**
**National Mall & Memorial Parks**

Memorial to the Lincoln Memorial. This sightline of leadership (if not necessarily physically extant) is a defining relationship between the three memorials (NPS 2021c, 28–29).



*Figure 122.  View of the Tidal Basin and Martin Luther King, Jr. sculpture framed by an opening in the "Mountain of Despair" (Matthew Traucht 2021).*

### Thomas Jefferson Memorial Views and Vistas (Contributing)

The lands which became the site of the Thomas Jefferson Memorial have commanded expansive views across the Tidal Basin since their reclamation. The location of the Thomas Jefferson Memorial was dictated in the McMillan Plan as the southern arm of the north-south axis of the cruciform design for the Mall. The completion of the memorial in 1943 completed the design intent of the McMillan Plan and created a long vista from the memorial north to the White House. An additional vista was created from the memorial northwest towards the Lincoln Memorial. This vista created a strong connection between the two large commemorative spaces laid out in

**West Potomac Park**
**National Mall & Memorial Parks**

the McMillan Plan. The construction of the Martin Luther King, Jr. Memorial in 2011 added another vista between the two Memorials.

The views from the memorial have developed over time. The views include those across and around the Tidal Basin, towards the lands which became the site of the Franklin Delano Roosevelt Memorial, as well as south towards the ornamental gardens and nursery, the bridges across the Potomac (including the original Highway and Potomac Railroad Bridges, later the 14th Street Bridge Complex), and towards Virginia across the Potomac River. The views were changed and altered with the development of the lands south of the memorial, notably with the construction of multiple bridges from 1947 to 1983.

*George Mason Memorial Views and Vistas (Contributing)*
The George Mason Memorial is located adjacent to lands which were formerly occupied by plant nurseries and ornamental gardens, all of which were removed by 1947. These gardens and the associated four fountains were created early in the development of West Potomac Park. The area had views internally and externally towards the surrounding lands including towards the Thomas Jefferson Memorial (previously athletic fields and bathing beach prior to the construction of the memorial), towards the Tidal Basin, towards the Washington Monument, across the Tidal Basin Inlet Bridge towards the polo and athletic fields, across the Potomac towards Virginia, and south across the gardens towards the Potomac Railroad Bridge (Long Bridge).

When the Rochambeau Bridge (now named Arland D. Williams Memorial Bridge) was completed in 1947, the majority of the gardens and three of the four fountains were removed. The removal of these elements and the construction of the bridge impacted the previously existing views in the area. Additional bridges were constructed in the area through the 1980s which further impacted views in the area.

In 2000, the George Mason Memorial was constructed around the former pansy gardens and Number 4 Fountain (Figure 123). The new Memorial again altered the views within the area. The memorial includes a vista from the curved bench where the statue of George Mason sits out

**West Potomac Park**
**National Mall & Memorial Parks**

across the Tidal Basin Inlet Bridge. The statue itself looks north towards the Tidal Basin. A reciprocal vista exists from the Tidal Basin Inlet Bridge where the memorial comes into direct view when crossing the bridge southbound. In addition, there are sweeping views in all directions from the memorial, however, the mature plantings of trees and shrubs screen views towards the Potomac River and the Tidal Basin.



*Figure 123.  View of the George Mason Memorial looking southeast from the Tidal Basin Inlet Bridge (Matthew Traucht 2021).*

### *Korean War Veterans Memorial Views and Vistas (Contributing)*

The lands that became the Korean War Veterans Memorial were originally part of the West Potomac Golf Course and featured open views in all directions, including towards the Lincoln Memorial, Reflecting Pool, DC War Memorial, and the Potomac River. The completion of the memorial in 1995 altered the views and added a designed vista within the memorial. Views still exist in all directions around the memorial. Within the memorial, a striking designed vista exists from the confluence of the walks at the flagpole and looks out across the field of sculpted military figures into the grove of trees beyond.

**West Potomac Park**
**National Mall & Memorial Parks**

*JFK Hockey Fields Views and Vistas (Contributing)*

The JFK Hockey Fields lie north of Ash Woods and south of the Reflecting Pool. Part of the western portion of this open expanse was originally part of the West Potomac Park Golf Course which was removed when World War II temporary buildings "tempos" were built on the site in 1943. Prior to the construction of the "tempos," the area featured open views of the surrounding lands including towards the Lincoln Memorial, Reflecting Pool, Rainbow Pool, the Washington Monument, the DC War Memorial, the Tidal Basin, and the Potomac River. After the construction of the "tempos," views were restricted. After the "tempos" removal in 1964, the views were restored, though the growth of trees and vegetation around the area significantly screened views. In 1975, NPS stables were built just south of the area in Ash Woods, which slightly impacted the views into Ash Woods. The completion of the Korean War Veterans Memorial in 1995 added an additional view into the memorial. Views that exist around the JFK Hockey Fields include towards the Lincoln Memorial, Reflecting Pool, former Rainbow Pool, the Washington Monument, the DC War Memorial, Ash Woods and the NPS stables, the Korean War Veterans Memorial, the Tidal Basin, and the Potomac River.

*Ash Woods Views and Vistas (Contributing)*

Views within Ash Woods have evolved over many years with the growth of trees and vegetation. Notable views were towards the Lincoln Memorial and Reflecting Pool to the north, the DC War Memorial to the east, the athletic fields to the south and west, and the Potomac River to the west. The construction of the NPS Stables in 1975 altered views within the area. Currently, there are screened views to the surrounding parkland including the Korean War Veterans Memorial, the Lincoln Memorial, the Reflecting Pool, the World War II Memorial, the DC War Memorial, the Martin Luther King, Jr. Memorial, and the athletic fields south of the area.

*Athletic Fields Views and Vistas (Contributing)*

The athletic fields south of Independence Avenue SW and adjacent the Potomac River to the west of the Franklin Delano Roosevelt Memorial were originally home to the Polo Grounds and other athletic spaces. They featured expansive views in all directions into the surrounding lands. The views were altered when temporary buildings were constructed during World War II but were

restored after those were removed in the 1970s. Current views exist in all directions across the fields towards the surrounding lands including the Franklin Delano Roosevelt Memorial, the Martin Luther King Memorial, the Thomas Jefferson Memorial, the George Mason Memorial, the Tidal Basin, the Lincoln Memorial, the Washington Monument, the Potomac River, and across the river into Virginia.

*Potomac River Shoreline Views and Vistas (Contributing)*

The shoreline provides extensive views along and across the Potomac River. Views include, at different points along the shoreline, the Washington National Airport, the Potomac Railroad Bridge (Long Bridge), the 14th Street Bridge Complex, the Arlington Memorial Bridge, Arlington House, Robert E. Lee Memorial, Arlington National Cemetery, Theodore Roosevelt Bridge, Theodore Roosevelt Island, and the Rosslyn, Virginia skyline. Views along the Potomac River shoreline include those from the Constitution Avenue Belvedere and the Rock Creek Trail in the northern portion of the park.

The approach to the 14th Street Bridge complex occupies lands which were formerly the nursery and designed rose garden. The area features views along and across the Potomac River towards Virginia and Washington National Airport. When the nursery and rose garden were removed in the late 1940s, the original designed views were destroyed.

**Post-Historic and Existing Conditions:**

The three axial vistas of the McMillan Plan described above remain unchanged as of the writing of this CLI. The vistas have been and are maintained with clear evidence of maintenance, specifically pruning of trees and removal of foliage which encroaches on the designed vista. This evidence is most notably seen in the vista extending from the Thomas Jefferson Memorial north to the White House.

The historic views of the Lincoln Memorial Grounds and the designed vistas towards the Lincoln Memorial and Washington Monument remain largely unchanged (Figure 124–Figure 126). But it should be noted that the construction of the Wall of Remembrance at the Korean War Veterans

Memorial will slightly impact the vista from the Lincoln Memorial. The impact, however, will be minor and the overall intent of the designed vista will remain largely unimpacted.

In 2017, the Lockkeeper's house was moved slightly closer to Constitution Gardens which altered views from the Overlook Terrace (the large open terrace on the eastern side of Constitution Gardens Lake). The Lockkeeper's House is now somewhat more prominent in the view from the Overlook Terrace. In addition, the construction of the 17th Street Levee from 2010–2014 slightly altered general views in the extreme eastern portion of the Constitution Gardens area. The levee is constructed of stone and cement and is visible from the Lockkeeper's House. Overall, however, the extant views noted in the period of significance remain the same.

The views and vistas of the District of Columbia War Memorial described during the period of significance remain unchanged as of the writing of this CLI, however it is expected that the views west through Ash Woods and towards the NPS stables will be altered once construction on the new stables is complete.

The views and vistas described above of the Thomas Jefferson Memorial, Martin Luther King Jr. Memorial, and Franklin Delano Roosevelt Memorial, and the views and vistas from the Tidal Basin remain unchanged as of the writing of this CLI.

The views described above remain current as of the writing of this CLI. Of note, however, the proposed construction of a new railroad bridge between the existing Long Bridge and the Arland D. Williams Jr. Memorial Bridge will impact views across the Potomac River from within West Potomac Park along the Potomac River and from the 14th Street Bridge complex.

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 124.  Vista north along 23rd Street from the Lincoln Memorial (Matthew Traucht 2021).*

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 125. Vista along the Arlington Memorial Bridge from the Lincoln Memorial (Matthew Traucht 2021).*

**West Potomac Park**
**National Mall & Memorial Parks**

*Figure 126.  Vista of the Arts of Peace sculptures from the Lincoln Memorial (Matthew Traucht 2021).*

| Feature Name | Feature Contribution | CRIS-HS Name | CRIS-HS Number | FMSS Record Type | FMSS Record Number | FMSS record an exact match? |
|---|---|---|---|---|---|---|
| Vista from Lincoln Memorial to Washington Monument and Capitol Building | Contributing | N/A | N/A | N/A | N/A | N/A |
| Vista from the Thomas Jefferson Memorial to the White House | Contributing | N/A | N/A | N/A | N/A | N/A |
| Reciprocal views north and south along 17th Street NW | Contributing | N/A | N/A | N/A | N/A | N/A |
| Vistas from Vietnam Veterans Memorial to Lincoln Memorial and Washington Monument | Contributing | N/A | N/A | N/A | N/A | N/A |

**West Potomac Park**
**National Mall & Memorial Parks**

| | | | | | | |
|---|---|---|---|---|---|---|
| Vistas from Constitution Gardens central knoll to Vietnam Veterans Memorial | Contributing | N/A | N/A | N/A | N/A | N/A |
| Views east and west from Constitution Gardens Overlook Terrace | Contributing | N/A | N/A | N/A | N/A | N/A |
| Vista north along 23rd Street NW towards Constitution Avenue and south to Lincoln Memorial | Contributing | N/A | N/A | N/A | N/A | N/A |
| Vista south along 23rd Street SW towards the John Ericsson Memorial and north to the Lincoln Memorial | Contributing | N/A | N/A | N/A | N/A | N/A |
| Vista to the Lincoln Memorial southward along Henry Bacon Drive NW | Contributing | N/A | N/A | N/A | N/A | N/A |
| Vista to the Lincoln Memorial northward along Daniel French Drive SW | Contributing | N/A | N/A | N/A | N/A | N/A |
| Vista southwest from Lincoln Memorial along the Arlington Memorial Bridge towards Arlington National Cemetery and Arlington House | Contributing | N/A | N/A | N/A | N/A | N/A |
| Vista northwest from Lincoln Memorial along Parkway Drive NW towards Theodore Roosevelt Island | Contributing | N/A | N/A | N/A | N/A | N/A |

**West Potomac Park**
**National Mall & Memorial Parks**

| | | | | | | |
|---|---|---|---|---|---|---|
| Vista from Parkway Drive NW to the Lincoln Memorial | Contributing | N/A | N/A | N/A | N/A | N/A |
| Vista east to the Lincoln Memorial from the Watergate Steps | Contributing | N/A | N/A | N/A | N/A | N/A |
| Vista west from the Watergate Steps to the Potomac River shoreline | Contributing | N/A | N/A | N/A | N/A | N/A |
| Views from Lincoln Memorial northeast into the Vietnam Veterans Memorial and Constitution Gardens | Contributing | N/A | N/A | N/A | N/A | N/A |
| Views from Lincoln Memorial southeast into the Korean War Veterans Memorial | Contributing | N/A | N/A | N/A | N/A | N/A |
| Vista east from World War II Memorial towards the Washington Monument and surrounding lands | Contributing | N/A | N/A | N/A | N/A | N/A |
| Vista west from World War II Memorial towards the Lincoln Memorial and Reflecting Pool | Contributing | N/A | N/A | N/A | N/A | N/A |
| Views north from World War II Memorial towards Constitution Gardens | Contributing | N/A | N/A | N/A | N/A | N/A |
| Views north from World War II Memorial towards the Circle of Remembrance | Contributing | N/A | N/A | N/A | N/A | N/A |
| Views south from World War II Memorial towards the John Paul Jones statue, Tidal Basin | Contributing | N/A | N/A | N/A | N/A | N/A |

**West Potomac Park**
**National Mall & Memorial Parks**

| | | | | | |
|---|---|---|---|---|---|
| & Thomas Jefferson Memorial | | | | | |
| Views south from World War II Memorial towards the District of Columbia War Memorial | Contributing | N/A | N/A | N/A | N/A | N/A |
| View from the DC War Memorial looking north of the Reflecting Pool | Contributing | N/A | N/A | N/A | N/A | N/A |
| View from the DC War Memorial looking south towards the Tidal Basin | Contributing | N/A | N/A | N/A | N/A | N/A |
| Internal views of the MLK Jr. Memorial along the Inscription Wall and from the Mountain of Despair | Contributing | N/A | N/A | N/A | N/A | N/A |
| Vista from MLK Jr. Memorial southeast to the Thomas Jefferson Memorial from the Stone of Hope | Contributing | N/A | N/A | N/A | N/A | N/A |
| Vista from MLK Jr. Memorial northeast to the Washington Monument | Contributing | N/A | N/A | N/A | N/A | N/A |
| Views from FDR Memorial across the Tidal Basin | Contributing | N/A | N/A | N/A | N/A | N/A |
| Vista from FDR Memorial towards the Thomas Jefferson Memorial from the Tidal Basin shore | Contributing | N/A | N/A | N/A | N/A | N/A |
| Vista from FDR Memorial towards the Washington Monument from the Tidal Basin shore | Contributing | N/A | N/A | N/A | N/A | N/A |

**West Potomac Park**
**National Mall & Memorial Parks**

| | | | | | | |
|---|---|---|---|---|---|---|
| View from FDR Memorial southern entrance across the athletic fields towards the Tidal Basin Inlet Bridge, the athletic fields, and the Potomac River shoreline | Contributing | N/A | N/A | N/A | N/A | N/A |
| Vista from the George Mason Memorial northwest across the Tidal Basin Inlet Bridge | Contributing | N/A | N/A | N/A | N/A | N/A |
| Vista of the George Mason Memorial from the Tidal Basin Inlet Bridge | Contributing | N/A | N/A | N/A | N/A | N/A |
| Views from the George Mason Memorial southwest towards the Potomac River | Contributing | N/A | N/A | N/A | N/A | N/A |
| Views from the George Mason Memorial north towards the Tidal Basin | Contributing | N/A | N/A | N/A | N/A | N/A |
| Views from the JFK Hockey Fields in all directions towards surrounding memorials | Contributing | N/A | N/A | N/A | N/A | N/A |
| Internal vista of the Korean War Veterans Memorial across the sculpted figures | Contributing | N/A | N/A | N/A | N/A | N/A |
| Views in all directions from the athletic fields south of Independence Avenue/ next to the Potomac River | Contributing | N/A | N/A | N/A | N/A | N/A |
| Views along and across the Potomac River from the shoreline | Contributing | N/A | N/A | N/A | N/A | N/A |

*Constructed Water Features*

Constructed water features are built features and elements that utilize water for aesthetic or utilitarian functions in the landscape.

*Constitution Gardens Lake (Contributing)*

**Historic Condition:**

The Constitution Gardens Lake was completed in 1976 as part of the bicentennial celebrations and is nearly seven acres in size and 4.5 feet at its greatest depth (Figure 127). It is the most prominent feature in this portion of the park. Constitution Gardens has a continuously curving shoreline which to the casual observer might suggest it was a natural and not human-made lake. The lake enhances the pastoral quality of Constitution Gardens and provides a reflective surface for the Washington Monument and other surroundings. Near the north edge of the lake is a 0.5-acre island which is accessible by a wooden footbridge. The island in Constitution Gardens Lake is the location of the 56 Signers Memorial. There is also an overlook terrace at the east end of the lake (NPS 2016, 40).

**Post-Historic and Existing Conditions:**

Today there is a population of largemouth bass, bluegill, and black crappie in the Constitution Gardens Lake (NPS 2021d). The Constitution Gardens Lake was not described as an individual contributing feature in the National Mall Historic District, but Constitution Gardens as an overall site is contributing to the historic district. The Constitution Gardens Lake is a contributing constructed water feature to the Constitution Gardens CLI and the West Potomac Park CLI (NPS 2008, 108–110; NPS 2016, 40).

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 127.  Constitution Gardens Lake looking west (Matthew Traucht 2021).*

### Reflecting Pool (Contributing)

**Historic Condition:**

The Reflecting Pool was built between 1919 and 1922, as the Lincoln Memorial was being completed (Figure 128). The perimeter walks were completed by 1924. The McMillan Plan of 1901–1902 called for a reflecting pool or canal to be built connecting the Washington Monument and the Lincoln Memorial, creating a grand axis. The Reflecting Pool and the adjacent Rainbow Pool, now a part of the World War II Memorial, fulfill this design goal. The rectangular Reflecting Pool is 2,092 feet long, 163 feet wide, and approximately thirty inches deep. The original design called for a cruciform shape, but the temporary Navy and Munitions Buildings constructed during WWI along Constitution Avenue NW were in the way at the time of construction. There were three pedestrian bridges over the Reflecting Pool to connect to these temporary offices and residences. The conceptual design for the pool was a collaboration of several men including

**West Potomac Park**
**National Mall & Memorial Parks**

Charles McKim, Henry Bacon, and Frederick Law Olmsted, Jr. Granite copings define the edges of the Reflecting Pool, which is named because of its ability to reflect the Washington Monument on its surface (NPS 2001, 16; NPS 2016, 47, 135).

**Post-Historic and Existing Conditions:**

The Reflecting Pool was reconstructed in 1981. In the post-September 11, 2001 era, the Reflecting Pool has been used as part of the security perimeter for the Lincoln Memorial grounds. The altered pedestrian circulation around the pool itself became part of a larger plan for the memorial which also upgraded the Reflecting Pool's water system. The Reflecting Pool was also rehabilitated from 2011 to 2012. As one of the original design ideas from the McMillan Plan, the Reflecting Pool is a contributing structure to the East and West Potomac Parks Historic District and the National Mall Historic District, and a contributing constructed water feature in the West Potomac Park CLI (NPS 2001, 16; NPS 2016, 47, 150).

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 128.  Reflecting Pool looking east from Lincoln Memorial (Matthew Traucht 2021).*

### Tidal Basin (Contributing)

**Historic Condition:**

The Tidal Basin is an irregularly shaped constructed body of water with four lobes, comprising 110 acres and averaging six feet deep (Figure 129–Figure 131). Located between the Potomac River and Washington Channel, the Tidal Basin is an integral component of West Potomac Park, both in terms of views and vistas and functionality. It is roughly bounded by Independence Avenue SW to the north, Maine Avenue SW to the east, Ohio Drive SW to the west, and E Basin Drive SW to the south. The Tidal Basin is now most well-known for the hundreds of Japanese cherry trees that surround it. Designed in 1882 by US Army Major Peter C. Hains as part of the land reclamation project of the Potomac Flats and the creation of Potomac Park, the Tidal Basin was dredged in 1885 and again in 1907. Construction was complete by 1909. The water is used for

**West Potomac Park**
**National Mall & Memorial Parks**

recreation and to flush out the Washington Channel. Historically the Tidal Basin was used for public bathing and boating (NPS 2001, 23; NPS 2016, 53).

**Post-Historic and Existing Conditions:**

The Tidal Basin is formed by structural stone seawalls (described in Buildings and Structures) and in recent years has been prone to bad flooding. Today, it is still used for paddle boats and fishing. As a key element of the land reclamation project that created East and West Potomac Parks, the Tidal Basin is a contributing site to the East and West Potomac Parks Historic District, a contributing structure to the National Mall Historic District, and is a contributing constructed water feature of the West Potomac Park CLI (NPS 2001, 23; NPS 2016, 53).

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 129.  Tidal Basin looking south towards the Thomas Jefferson Memorial (Matthew Traucht 2021).*

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 130.  Tidal Basin and Tidal Basin seawall, looking east (Matthew Traucht 2021).*

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 131.  Tidal Basin and Thomas Jefferson Memorial t (Matthew Traucht 2021).*

### Number 4 Fountain (Fountain No. 4) (Contributing)

**Historic Condition:**

The Number 4 Fountain is located southeast of the Tidal Basin Inlet Bridge and was built in 1905 (Figure 132). The fifty-eight-foot-diameter, circular fountain has a concrete basin flanked by curvilinear beds of flowers. This is the last of four fountain bases built in a nearby propagation nursery and rose garden created by the OPBG in 1905. The other three fountains were demolished due to construction of the 14th Street Bridge in the late 1940s (NPS 2001, 33; NPS 2016, 53–54).

**Post-Historic and Existing Conditions:**

Today, the fountain has been incorporated into the George Mason Memorial, which was dedicated in 2002 (and described previously in the Buildings and Structures section). The

fountain features a single central jet. It is one of the oldest remaining features of West Potomac Park's early history and thus is significant to early park design and management. The Number 4 Fountain is a contributing object to the East and West Potomac Parks Historic District and the National Mall Historic District and a contributing constructed water feature of the West Potomac Park CLI (NPS 2001, 33; NPS 2016, 53–54).



*Figure 132.  Number 4 Fountain looking northwest (Matthew Traucht 2021).*

*Analysis:*

The constructed water features of West Potomac Park were all built during the period of significance and are character-defining features, in conjunction with the memorials that surround them providing distinctive views and vistas. They are an integral part of the designed landscape and contribute to its setting, feeling, and association. Several of the constructed water features that still exist today were part of the original design scheme. The McMillan Plan of 1901–1902 called for a reflecting pool or canal to be built connecting the Washington Monument and the

**West Potomac Park**
**National Mall & Memorial Parks**

Lincoln Memorial, creating a grand axis. The Reflecting Pool and the adjacent Rainbow Pool, which is now a part of the World War II Memorial, fulfill this design goal. Repairs and replacements of some of the water and pool elements, incorporation into other monuments, and changes to provide greater accessibility to these features have occurred over time. Some of the water features are in need of repair or maintenance, but overall, the integrity of the constructed water features of West Potomac Park remains high.

| Feature Name | Feature Contribution | CRIS-HS Name | CRIS-HS Number | Type of FMSS Record | FMSS Record Number | FMSS record an exact match? |
|---|---|---|---|---|---|---|
| Constitution Gardens Lake | Contributing | N/A | N/A | Asset | 1487437 | Yes |
| Reflecting Pool | Contributing | Reflecting Pool- Res. 332 | 007318 | Location | 14193 | Yes |
| Tidal Basin | Contributing | N/A | N/A | N/A | N/A | N/A |
| Number 4 Fountain (Fountain No. 4) | Contributing | George Mason Memorial-Fountain 4 | 624190 | Asset | 58820 | Yes |

**Small-Scale Features**

Small-scale features are elements that provide detail and diversity for both functional needs and aesthetic concerns in the landscape.

*Introduction:*

There are a variety of small-scale features found within West Potomac Park, such as lampposts, plaques, small sculptural elements, commemorative markers, as well as site furnishings such as benches, drinking fountains, trash cans, and interpretive signage. Routine maintenance and replacement or repair of these small-scale features has likely occurred in recent years.

*Plaque on Lockkeeper's House (Contributing)*

**Historic Condition:**

The Lockkeeper's House was moved in 1915 from its original location for the construction of the 17th Street extension across West Potomac Park. There is a plaque affixed to the front of the Lockkeeper's House that was installed in 1928 by the Office of Public Buildings and Public Parks. The plaque reads: Lock Keeper's House; Formerly the Eastern Terminal of the Chesapeake and Ohio Canal; Erected about 1835; The canal passed along the present line of B Street in front of this house emptying into Tiber Creek and the Potomac River; Office of Public Buildings and Public Parks; July 4, 1928 (NPS 2020c).

**Post-Historic and Existing Conditions:**

The Lockkeeper's House was moved for a second time in 2017, with the plaque coming along with the house. The Lockkeeper's House is the oldest structure in West Potomac Park, this plaque was placed on it during the period of significance for the park, and it is one of a group of markers, small-scale memorials, and civic arts that reflect trends in commemoration of local history and events on the National Mall (NPS 2016, 41–42). The Plaque on the Lockkeeper's House was not described in the National Mall Historic District or the East and West Potomac Parks Historic District nominations, but it is a contributing small-scale feature of the West Potomac Park CLI.

*Washington City Canal Memorial Stone and Plaque (Contributing)*

**Historic Condition:**

The Washington City Canal Stone and Plaque features a bronze plaque affixed to a boulder (Figure 133–Figure 134). The plaque was donated by the National Capital Sesquicentennial Commission and commemorates the completion of the canal in 1815. The plaque is one of a group of markers, small-scale memorials, and civic arts that reflect trends in commemoration of local history and events on the National Mall (NPS 2016, 41–42).

**Post-Historic and Existing Conditions:**

The Washington City Canal Stone and Plaque has always been associated with the Lockkeeper's House but has been moved around slightly in the twenty-first century. It has stayed generally near the corner of Constitution Avenue and 17th Street NW but has been both on the sides and rear of the Lockkeeper's House. The Lockkeeper's House was moved for a second time in 2017, along with the memorial stone and plaque. The plaque is a contributing small-scale feature to the National Mall Historic District and the West Potomac Park CLI (NPS 2016, 41–42).



*Figure 133. Washington City Canal Memorial Stone and Plaque (Matthew Traucht 2021).*

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 134.  Detail of Washington City Canal Memorial Stone and Plaque (Matthew Traucht 2021).*

*Mounting Block near Lockkeeper's House (Managed as a Cultural Resource)*

**Historic Condition:**

A mounting block dating from the 1910s located near the Lockkeeper's House is a stepped concrete block used to mount horses when this area still had bridle paths (Figure 135). Cast as one single piece, the mounting block has three semi-circular steps between side posts (NPS 2016, 41–42).

**Post-Historic and Existing Conditions:**

The Mounting Block has always been located near the Lockkeeper's House but has been moved around slightly in the twenty-first century. It has stayed generally near the corner of Constitution

**West Potomac Park**
**National Mall & Memorial Parks**

Avenue and 17th Street NW but has been both on the sides and rear of the Lockkeeper's House. The Lockkeeper's House was moved in 2017, along with the Mounting Block.

The mounting block is a noncontributing object to the 2016 National Mall Historic District and the Constitution Gardens CLI, as it lacks historic context due to its association with the bridle trails that are no longer present in West Potomac Park (NPS 2016, 41–42). It was not evaluated as an individual resource in the East and West Potomac Parks Historic District nomination. The mounting block is managed as a cultural resource for the West Potomac Park CLI and further research is required to contextualize its historic significance.



*Figure 135.  Mounting Block near the Lockkeeper's House in Constitution Gardens looking south (Matthew Traucht 2021).*

### First Japanese Cherry Tree Planting Plaque (Contributing)

**Historic Condition:**

The First Japanese Cherry Tree Planting Plaque is located at the northwestern lobe of the Tidal Basin on a boulder between the first two cherry trees planted in 1912 by First Lady Helen H. Taft

---

and Viscountess Chinda, wife of the Japanese Ambassador to the United States. The plaque was placed here in 1950 to mark the location of those first two trees (NPS 2001, 28–29; NPS 2016, 57).

**Post-Historic and Existing Conditions:**

In 2013, landscape elements around the Japanese Lantern were enhanced, including a new granite plaza and a new path leading to the lantern from the Tidal Basin. The First Cherry Tree Planting Plaque was moved from its original location and set at the western edge of the lantern's plaza. The First Japanese Cherry Tree Planting Plaque was a noncontributing object to the East and West Potomac Parks Historic District as it had not yet reached fifty years of age at the time of the nomination revision. Although it has been moved, the First Japanese Cherry Tree Planting Plaque is a contributing object to the National Mall Historic District from 2016 and it is a contributing small-scale feature to the West Potomac Park CLI (NPS 2001, 28–29; NPS 2016, 57).

*Japanese Lantern (Contributing)*

**Historic Condition:**

The Japanese Lantern was one of two gifts given to the United States by Japan in the 1950s (Figure 136). In 1954, Japan gifted the lantern to the United States to commemorate the centennial of the treaty signed by Commodore Perry in 1854, which opened up bilateral trade between the US and Japan. The lantern is located along the Tidal Basin near the intersection of Independence Avenue SW and W Basin Drive SW. The almost 400-year-old stone lantern was placed on the northwest bank of the Tidal Basin between two of the original cherry trees planted in 1912. The lantern was carved in Tokyo in 1651 of granite and is eight feet tall (NPS 2001, 29; NPS 2016, 57).

**Post-Historic and Existing Conditions:**

In 2013, landscape elements were enhanced and access was improved to the site of the Japanese Lantern, including a new granite plaza and a new path leading to the lantern from the Tidal Basin. Stone boulders were placed around the plaza and the First Cherry Tree Planting Plaque was moved from its original location and set at the western edge of the plaza. As a commemorative element of the park from the period of significance, the Japanese Lantern is a

**West Potomac Park**
**National Mall & Memorial Parks**

contributing small-scale feature to the East and West Potomac Parks Historic District, the

National Mall Historic District, and the West Potomac Park CLI (NPS 2001, 29; NPS 2016, 57).



*Figure 136.  Japanese Lantern looking south (Matthew Traucht 2021).*

### *Japanese Pagoda (Contributing)*

**Historic Condition:**

The Japanese Pagoda was the second of two gifts given to the United States by Japan in the 1950s

(Figure 137). It was a gift to the people of Washington from the Mayor of Yokohama, also in

commemoration of the anniversary of the 1854 treaty signed by Commodore Perry. The pagoda

is located on the southwest bank of the Tidal Basin. The large antique stone pagoda arrived in

Washington, DC in 1957 but was unassembled. An expert in Japanese culture from the Library of

Congress helped to reassemble it. The pagoda is a nine-tiered structure with four seated Buddhas

and a brass plaque on the base. The pagoda weighs 3,800 pounds. Both gifts are symbols of Japanese American understanding (NPS 2001, 29–30; NPS 2016, 58).

**Post-Historic and Existing Conditions:**

As a commemorative element of the park from the period of significance, the Japanese Pagoda is a contributing small-scale feature to the East and West Potomac Parks Historic District, the National Mall Historic District, and the West Potomac Park CLI (NPS 2001, 29–30; NPS 2016, 58).



*Figure 137.  Japanese Pagoda looking northeast (Matthew Traucht 2021).*

*First Air Mail Flight Marker (Contributing)*

**Historic Condition:**

The First Air Mail Flight Marker is located across from the West Potomac Park Polo Grounds and south of Ohio Drive SW (Figure 138). A bronze plaque and memorial boulder were placed here to

commemorate the first scheduled domestic air mail service flight which launched from West Potomac Park on May 15, 1918 (NPS 2016, 50).

**Post-Historic and Existing Conditions:**

Dedicated on May 15, 1958, the original marker was stolen in 1969 and replaced in 1971. The plaque is one of a group of markers, small-scale memorials, and civic arts that reflect trends in commemoration of local history and events on the National Mall. The First Air Mail Flight Marker is a contributing object to the 2016 National Mall Historic District and a contributing small-scale feature to the West Potomac Park CLI (NPS 2001, 41–42; NPS 2016, 50).



*Figure 138. First Air Mail Flight Marker looking east (Matthew Traucht 2021).*

*Plaque to Mrs. Albert Lasker (Noncontributing)*

**Historic Condition:**

A small metal plaque is located near the sidewalk on the west side of Ohio Drive, near the John Ericsson Memorial. The plaque reads "With the setting of this plaque the NPS and the citizens of our nation's capital honor Mrs. Albert Lasker for her inspiration, energy and leadership in beautifying and thereby making Washington, DC a better place to live and work. 1969." The Laskers were philanthropists in a variety of fields in Washington, DC.

**Post-Historic and Existing Conditions:**

The Plaque to Mrs. Albert Lasker does not appear to have been recorded in any previous National Register nominations, CLIs, or CLRs. Although it is commemorative, it does not appear to be in commemoration of a national or locally significant event. It is a noncontributing small-scale feature to West Potomac Park CLI.

*Plaque to Sacred Heart School (Noncontributing)*

**Historic Condition:**

Near the Japanese Pagoda on the Tidal Basin is a small plaque to the Sacred Heart School. The plaque reads "Sacred Heart School Manville, N.J. Class of 1972." It is located in a grassy area in front of a tree, but it is not clear if the tree was planted by the school or not. The school no longer exists, although it appears that the church it was related to is still active in New Jersey.

**Post-Historic and Existing Conditions:**

The Plaque to the Sacred Heart School was not recorded in any previous National Register nominations, CLIs, or CLRs. Although it is commemorative, it does not appear to be in commemoration of a national or locally significant event. It is a noncontributing small-scale feature to the West Potomac Park CLI.

*NPS-Style Benches (Managed as a Cultural Resource)*

**Post-Historic and Existing Conditions:**

There are a variety of bench types found within West Potomac Park. Some are damaged and in need of repair. The NPS-style armless bench is very common, and features cast iron supports with wood or recycled plastic slats (Figure 139) (National Capital Planning Commission 2013). It

**West Potomac Park**
**National Mall & Memorial Parks**

is likely that many of the benches are less than fifty years of age, but it is difficult to discern between those that are original and those that are replacements. The NPS-style benches are managed as a cultural resource for the West Potomac Park CLI.

*Benches (Noncontributing)*

**Post-Historic and Existing Conditions:**

There are a variety of bench types found within West Potomac Park. Some are damaged and in need of repair. There are some benches with arms, where the slats are wood and the arms and supports are cast iron, using a NPS mold (National Capital Planning Commission 2013). It is likely that many of the benches are less than fifty years of age. The other benches are noncontributing to the West Potomac Park CLI.



*Figure 139.  Bench and post and chain fence in the distance at the western area of Constitution Gardens (Matthew Traucht 2021).*

*Trash Cans (Noncontributing)*

**Post-Historic and Existing Conditions:**

There are a variety of trash can types found within West Potomac Park. These include the steel tulip-shaped NPS-style trash can with a plastic liner, and the modified Pennsylvania Avenue Development Corporation round trash receptable with a round steel frame and plastic liner (National Capital Planning Commission 2013). The trash cans are all less than fifty years of age, made of common materials for a utilitarian function. Therefore, the trash cans are noncontributing small-scale features of the West Potomac Park CLI.

*Drinking Fountains (Noncontributing)*

**Post-Historic and Existing Conditions:**

Throughout West Potomac Park there are brown, metal, freeze-resistant, wheel-chair accessible drinking fountains. They were likely installed in the past thirty years to provide an accessible option for visitors to drink water while visiting the park. They match other drinking fountains in the National Mall (National Capital Planning Commission 2013). The drinking fountains are noncontributing small-scale features of the West Potomac Park CLI as they are utilitarian in nature and less than fifty years of age.

*Signage (Noncontributing)*

**Post-Historic and Existing Conditions:**

There is both interpretive and wayfinding signage throughout West Potomac Park. Many are the standard NPS brown signs with the NPS logo. There are tall, narrow, four-sided, brown wayfinding signs with white text near intersections of sidewalks and major streets. The signage is a noncontributing small-scale feature of the West Potomac Park CLI as they are utilitarian in nature and less than fifty years of age.

*Flagpoles (Contributing)*

**Historic Condition:**

There are various metal flagpoles throughout West Potomac Park, particularly associated with the war memorials. These were often designed along with the memorial and installed during the

---

construction period. For example, the Korean War Veterans Memorial, the Vietnam Veterans Memorial, and the World War II Memorial all have prominent flagpoles.

**Post-Historic and Existing Conditions:**

The flagpoles that were designed as part of memorials are contributing to the commemorative nature of West Potomac Park and are contributing small-scale features of the West Potomac Park CLI.

*Fences*

**Post-Historic and Existing Conditions:**

There are a variety of fences and enclosures in West Potomac Park (Figure 140). Many of them are designed to keep pedestrians off grass and other vegetation. Some are designed to provide security and prevent vehicles from entering pedestrian areas or other restricted areas. These include metal post and chain fence and also chain and bollards (National Capital Planning Commission 2013). Many of these are less than fifty years of age and perform a utilitarian function, not contributing to the commemorative or recreational nature of the park. Therefore, the various fence types are not contributing to the West Potomac Park CLI.

**West Potomac Park**
**National Mall & Memorial Parks**



*Figure 140.  Chain and bollards at the Lincoln Memorial Grounds looking east (Matthew Traucht 2021).*

*Washington Globe #16 Lampposts (Managed as a Cultural Resource)*

**Historic Condition:**

Streetlights within West Potomac Park include the single lamp light standards as well as twin lamp light standards. The majority of single lamp standards in West Potomac Park are Washington Globe #16 lampposts with metal halide lamp. These are used on park roads and local streets (National Capital Planning Commission 2013).

**Post-Historic and Existing Conditions:**

Over the years, repairs and replacements have likely been made to many of the lampposts in West Potomac Park. Replacements are typically in kind and do not detract from the overall integrity of design of this small-scale feature but do make it difficult to discern which ones are

original, new additions, and replacements. The Washington Globe #16 lampposts are managed as a cultural resource for West Potomac Park CLI.

*Saratoga Lampposts (Contributing)*

**Historic Condition:**

Streetlights within West Potomac Park include the single lamp light standards specifically designed for the Mall as well as twin lamp light standards. The single lamp standards found on Kutz Bridge include the "Saratoga" style lamps which were chosen in the 1930s as part of the Public Works Administration (PWA) restoration of the parks (Figure 141). The aluminum Saratoga lights have a cylindrical lamp held between a steel top and bottom. The top is a conical cap. The shaft and the conical base of the Saratoga light standard are fluted (National Capital Planning Commission 2013; NPS 2011, 22; 69).

**Post-Historic and Existing Conditions:**

Over the years, repairs and replacements have likely been made to some of the lampposts in West Potomac Park. In nearby Franklin Park, replica Saratoga lights were installed in the early 1990s (NPS 2011, 22). Since there are only a few Saratoga lamps in West Potomac Park, it is possible that they are still the original 1930s Saratoga lamps. Because of their long association with the park and their installation by the PWA in the 1930s, the Saratoga lampposts are contributing to the West Potomac Park CLI.



*Figure 141.  Saratoga light standard on Kutz Bridge looking west (Matthew Traucht 2021).*

### Twin-Twenty Lampposts (Managed as a Cultural Resource)

**Historic Condition:**

Streetlights within West Potomac Park include the single lamp light standards as well as twin lamp light standards. The twin lamp standards are known as "Twin-Twenty Globe Light Standards" (Figure 142). Twin-Twenty lampposts are usually placed on all major streets in Washington, DC, including major park roads. They feature a fluted steel shaft, a cast-iron clamshell base, two metal halide lamps at the top with a cast iron finial at the top, a decorative cast iron cross-arm, and a cast aluminum ballast enclosure (National Capital Planning Commission 2013, 63–65).

**West Potomac Park**
**National Mall & Memorial Parks**

**Post-Historic and Existing Conditions:**

Over the years, repairs and replacements have likely been made to many of the lampposts in West Potomac Park (note that one of the halide globe lamps is missing in Figure 142). Replacements are typically in kind and do not detract from the overall integrity of design of this small-scale feature. The Twin-Twenty lampposts are managed as a cultural resource for West Potomac Park CLI.



*Figure 142.  Twin-Twenty light standard  (Matthew Traucht 2021).*

*Analysis:*

There are a variety of small-scale features found within West Potomac Park such as lampposts, flag poles, fences, commemorative plaques, as well as site furnishings such as benches, drinking fountains, trash cans, and interpretive signage. There is a group of markers, small-scale memorials, and civic arts that reflect trends in commemoration of local history and events on the

**West Potomac Park**
**National Mall & Memorial Parks**

National Mall, and some of these are located within West Potomac Park. These small-scale features are important symbols of West Potomac Park as a location for national and local commemoration. Routine maintenance and replacement or repair of these small-scale features has likely occurred over time. Some of these are less than fifty years of age, of common materials in common forms, and do not contribute to the West Potomac Park CLI. For those small-scale features that do contribute, such as the Saratoga lampposts and many of the commemorative plaques, a moderately high level of integrity is retained.

| Feature Name | Feature Contribution | CRIS-HS Name | CRIS-HS Number | Type of FMSS Record | FMSS Record Number | FMSS record an exact match? |
|---|---|---|---|---|---|---|
| Washington City Canal Memorial Stone and Plaque | Contributing | N/A | N/A | N/A | N/A | N/A |
| Plaque on Lockkeeper's House | Contributing | N/A | N/A | N/A | N/A | N/A |
| First Japanese Cherry Tree Planting Plaque | Contributing | First Cherry Tree Planting Plaque-Res. 332 | 006453 | N/A | N/A | N/A |
| Japanese Lantern | Contributing | Japanese Lantern-Res. 332 | 007314 | Location | 14185 | Yes |
| Japanese Pagoda | Contributing | Japanese Pagoda-Res. 332 | 011937 | Location | 248253 | Yes |
| First Air Mail Flight Marker | Contributing | First Air Mail Flight Marker-Res. 332 | 007304 | Asset | 1587582 | Yes |
| Saratoga Lampposts | Contributing | N/A | N/A | N/A | N/A | N/A |

**West Potomac Park**
**National Mall & Memorial Parks**

| Flagpoles | Contributing | World War II Memorial-Flagpoles | 624517 | Asset | 221574; 17416; 1482007 | Yes |
|---|---|---|---|---|---|---|
| Washington Globe #16 Lampposts | Managed as a Cultural Resource | N/A | N/A | Asset | 1594206; 1604260; 1594218; 1476570 | Yes |
| Twin-Twenty Lampposts | Managed as a Cultural Resource | N/A | N/A | Asset | 1594206; 1604260; 1594218; 1476570 | Yes |
| Mounting Block near Lockkeeper's House | Managed as a Cultural Resource | N/A | N/A | N/A | N/A | N/A |
| NPS-Style Benches | Managed as a Cultural Resource | N/A | N/A | Asset | 1579264; 1540723; 1108900; 1509099; 1516795; 1241973; 1484120; 1568251 | Unknown |
| Plaque to Mrs. Albert Lasker | Noncontributing | N/A | N/A | N/A | N/A | N/A |
| Plaque to Sacred Heart School | Noncontributing | N/A | N/A | N/A | N/A | N/A |
| Trash Cans | Noncontributing | N/A | N/A | Asset | 1516527; 1577045; 1516796 | Yes |
| Drinking Fountains | Noncontributing | N/A | N/A | Asset | 1566077; 1451865; 1575932; 1531989; 221578 | Yes |
| Other Benches | Noncontributing | N/A | N/A | N/A | N/A | N/A |
| Fences | Noncontributing | N/A | N/A | Asset | 1484095; 1566146; 1541013; | Yes |

**West Potomac Park**
**National Mall & Memorial Parks**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 1496388; 1555808; 1474335 | |
| Signage | Noncontributing | N/A | N/A | Asset | 1602855; 1534405; 1581643; 1532167; 1581737 | Unknown |

*Archeological Sites*

Archeological sites are the locations of ruins, traces, or deposited artifacts in the landscape and are evidenced by the presence of either surface or subsurface features.

*51NW232 17th St Wharf (Noncontributing)*

**Historic Condition:**

Built in 1807 at the foot of 17th Street extending into Tiber Creek, the 17th St Wharf was likely built using the labor of enslaved African Americans and once completely relied on the labor of both free and enslaved African Americans. The 17th Street Wharf was expanded several times and was very important after 1833 when it became a hub connecting the Washington City Canal and the Washington Branch of the C&O Canal. By the 1870s use of the wharf had declined as the canals were abandoned and a major land reclamation project of the Potomac waterfront began in the capital city (NPS 2016, 63–64).

**Post-Historic and Existing Conditions:**

The 17th Street Wharf had completely disappeared by 1902 as the land reclamation project led to the creation of park lands. The 17th St Wharf was documented during the 17th Street Levee construction project monitoring in 2011–2012 at 17th Street and Constitution Avenue NW between Reservations 2 and 332 (LeeDecker 2013). The 17th Street Wharf was recommended not eligible for the NRHP by Potter in 2014, according to the DC HPO. Conclusive evidence of the wharf was not uncovered during the excavations for the 17th Street Levee project, therefore it is

**West Potomac Park**
**National Mall & Memorial Parks**

not eligible under Criterion D. The 17th Street Wharf archaeological site is a noncontributing feature of the National Mall Historic District and the West Potomac Park CLI (NPS 2016, 63–64).

*51NW233 17th St Lockkeeper's House Foundation (Contributing)*

**Historic Condition:**

The Lockkeeper's House foundation is located approximately eleven feet below current grade and was documented in 2012 as part of a sewer line replacement project associated with rehabilitation of the Reflecting Pool. The remnant of the masonry wall was aligned north–south and comprised of coursed ashlar stone (NPS 2016, 64–65). Archaeological deposits and another possible portion of the masonry foundation were also recorded as the potentially NRHP eligible 17th Street Lockkeeper's House site in 2015. Located at Constitution Avenue and 17th Street, the nineteenth-century site was where the original Lockkeeper's House stood (Cucurullo 2015).

**Post-Historic and Existing Conditions:**

The Lockkeeper's House was moved in 1915 for the construction of Constitution Avenue NW, was moved again in 2017 and is now located within Constitution Gardens. Site 51NW233 was recommended potentially eligible for the NRHP (Cucurullo 2015). Site 51NW233, the 17th Street Lockkeeper's House Foundation archaeological site, is a contributing feature of the National Mall Historic District and the West Potomac Park CLI.

*51NW234 Remnants of Tiber Creek Sewer Outlet (Contributing)*

**Historic Condition:**

In the 1870s, the city began to cover up and lower the Washington City Canal, converting it to an underground sewer, since it had largely become a nuisance and essentially was an open sewer. Constitution Avenue NW was constructed along part of the canal's path, so it was then paved over and is now several feet below ground level. The sewer outlet was located southwest of the intersection of 17th Street and Constitution Avenue NW (LeeDecker 2013).

**Post-Historic and Existing Conditions:**

The remnants of the Tiber Creek Sewer Outlet archaeological site (Site 51NW234) were uncovered during construction monitoring of the 17th Street Levee in 2011–2012. The sewer structure and headwall include a keystone engraved with "1880." Historic maps show that it was a twenty-four-foot conduit that combined feeder lines from Virginia Avenue, 17th Street, the Ellipse, and B Street (Constitution Avenue). Site 51NW234 was listed as partially demolished and does not have a NRHP eligibility status (LeeDecker 2013). The remnants of the Tiber Creek Sewer Outlet archaeological site (Site 51NW234) is a contributing feature of the National Mall Historic District and the West Potomac Park CLI.

*51NW235 Lock B Archaeological Site (Contributing)*

**Historic Condition:**

The Washington City Canal was built between 1810 and 1815 along the north side of the Mall following Tiber Creek flowing west towards the Potomac River. The City Canal was connected to the C&O Canal in 1831. In 1837, a house for the lockkeeper was built at Lock House B so that they could facilitate traffic flow between the two canals and collect tolls. The canal was filled in in the 1870s (NPS 2016, 64).

**Post-Historic and Existing Conditions:**

Lock B of the Washington City Canal Archaeological Site is located at 17th Street and Constitution Avenue NW and was recommended eligible for the NRHP under Criteria A and C. A masonry wall associated with the lock was discovered during sewer line tunneling monitoring and documented in a 2012 report by The Louis Berger Group (NPS 2016, 64). The Lock B Archaeological Site (Site 51NW235) is a contributing feature of the National Mall Historic District and the West Potomac Park CLI.

**Analysis:**

Although much of West Potomac Park is made land from the reclamation project of the late nineteenth century, there are several archaeological sites in the northeast section of the park. These sites relate to the city's late-eighteenth and nineteenth-century infrastructure and urban

**West Potomac Park**
**National Mall & Memorial Parks**

development, including the canal system. They are important for their potential to provide information about the history of the nation's capital and the National Mall and West Potomac Park's early history. As part of the park was originally situated on the shoreline of Tiber Creek, there is the potential for archaeological deposits related to the pre-contact occupation of the area as well.

| Feature Name | Feature Contribution | CRIS-HS Name | CRIS-HS Number | Type of FMSS Record | FMSS Record Number | FMSS record an exact match? |
|---|---|---|---|---|---|---|
| 51NW233 17th St Lockkeeper's House Foundation | Contributing | N/A | N/A | N/A | N/A | N/A |
| 51NW234 Remnants of Tiber Creek Sewer Outlet | Contributing | N/A | N/A | N/A | N/A | N/A |
| 51NW235 Lock B Archaeological Site | Contributing | N/A | N/A | N/A | N/A | N/A |
| 51NW232 17th St Wharf | Noncontributing- Compatible | N/A | N/A | N/A | N/A | N/A |

**West Potomac Park**
**National Mall & Memorial Parks**

# Condition Assessment

### Condition

Fair

### Condition Date

09/16/2023

### Narrative

A condition assessment of fair indicates the inventory unit shows clear evidence of minor disturbances and deterioration by natural and/or human forces, and some degree of corrective action is needed within 3–5 years to prevent further harm to its cultural and/or natural values. If left to continue without the appropriate corrective action, the cumulative effect of the deterioration of some of the character defining elements will cause the inventory unit to degrade to a poor condition. The seawall along the Potomac River between the Tidal Basin Inlet and the Potomac Railroad Bridge (Long Bridge) is in poor condition, indicating that this feature shows clear evidence of major disturbance and rapid deterioration by natural and/or human forces. Erosion and subsidence of soils between the seawall and Ohio Drive SW has also occurred between the Tidal Basin Inlet and the Potomac Railroad Bridge, which is likely related to inundation from the river caused by sea level rise associated with climate change, exacerbated by the poor condition of the seawall. The pedestrian walk in this area is compromised as well. This diminishes the recreational experience of the park and limits the use of this area for strolling, sight-seeing, and fishing. Similarly, the seawall at the Tidal Basin is in poor condition due to subsidence and erosion related to deferred maintenance and climate change. The Tidal Basin Inlet gates no longer function due to deferred maintenance and siltation. Immediate corrective action of the above items is required to protect and preserve the remaining historical and natural values.

West Potomac Park
National Mall & Memorial Parks

## Impacts

| Type | Impact Type – Other | Internal Source | External Source | Narrative | Date Identified |
|---|---|---|---|---|---|
| Deferred Maintenance | | Yes | Yes | Maintenance of the seawalls along the Potomac River and the Tidal Basin has been deferred, resulting in hazardous conditions in some places around the Tidal Basin and beneath the Potomac Railroad Bridge (Long Bridge). Deterioration of small-scale features including benches, trash cans, and light standards was observed. The condition of some paths and walkways is poor, especially the asphalt walks in Constitution Gardens. In addition, there are water features that require repair at both the George Mason Memorial and the Franklin Delano Roosevelt Memorial. | July 2021 |
| Erosion | | Yes | Yes | Erosion is a concern within the park. Portions of the park have eroded due to a number of reasons including soil subsidence and compaction, heavy foot-traffic, flooding, and natural disasters. This erosion results in exposed root systems for many trees, including Japanese cherry trees along the tidal basin, as well as accelerated soil compaction and erosion of existing areas. It is also noted that the seawalls around the park are slowly subsiding and eroding into the Potomac River and surrounding river bodies. | July 2021 |
| Exposure to Elements | | Yes | Yes | Many of West Potomac Park's memorials and monuments, as | July 2021 |

**West Potomac Park**
**National Mall & Memorial Parks**

| | | | | well as the surrounding lands, are open to the elements. As a result, these park components suffer the impacts of weather events including heavy rains, wind damage, lightning strikes, as well as others. Recent events include wind damage to landscape elements in July 2021. Park components also are impacted by pollution damage and many require regular cleaning. | |
|---|---|---|---|---|---|
| Inundation/ Flooding | | Yes | Yes | West Potomac Park is vulnerable to flooding events including flash floods, tidal flooding, and river flooding events. These events accelerate erosion, subsidence, and other impacts from other events. It is expected that flooding impacts will be greater due to sea level rise, increased storm surges, and climate change. | July 2021 |
| Inundation/ Sea Level Rise | | Yes | Yes | The relative rate of sea level rise along the tidal Potomac River is measured at 3.5 millimeters per year, which, in one hundred years, is 1.09 feet. Projections developed by the National Oceanic and Atmospheric Administration (NOAA) using baseline data from 2012 indicate that local sea level in Washington, DC may rise another 1.2 feet by 2050 and 4.0 feet by 2100. As mentioned previously, West Potomac Park experiences flooding impacts and they are expected to increase as a result of sea level rise. | July 2021 |
| Inundation/ Storm Surge | | Yes | Yes | As sea level rise continues and the lands comprising the park continue to settle, the park is at risk of inundation from | July 2021 |

**West Potomac Park**
**National Mall & Memorial Parks**

| | | | | | |
|---|---|---|---|---|---|
| | | | | storm surge, particularly along the Potomac River, around the Tidal Basin, and north along 17th Street NW and the Reflecting Pool. In an attempt to mitigate the impacts of flooding events, a levee was installed in 1938, and updated in 2011. This levee both protects against flooding events, as well as storm surge events. | |
| Improper Drainage | | Yes | Yes | Improper drainage in West Potomac Park and in the surrounding lands contributes to standing and pooling water in low-lying areas. This is particularly an issue during heavy rain events and flash floods. The drainage issues are a result of the breakdown in drainage systems and infrastructure, as well as settling of park land which impacts the built environment. | July 2021 |
| Operations on Site | | Yes | Yes | Regular maintenance operations within the park, as well as major events, adversely impact the built walkways and landscapes. These impacts include soil compaction and erosion. | July 2021 |
| Structural Deterioration | | Yes | Yes | Deterioration of the Tidal Basin seawall was noted in several locations. The Potomac River seawall is also deteriorated in several places between the Tidal Basin Inlet and the Potomac Railroad Bridge. | July 2021 |
| Soil Compaction | | Yes | No | The large number of visitors to West Potomac Park each year results in soil compaction throughout the park. The compaction results in | July 2021 |

| | | | | drainage and vegetation issues. | |
|---|---|---|---|---|---|
| Vegetation/ Invasive Plants | | Yes | Yes | Some invasive vegetation such as white mulberry and some vines is present along the Potomac River shoreline. | July 2021 |
| Visitation | | Yes | Yes | West Potomac Park and the National Mall receive approximately 25 million visitors annually. The large number of visitors impacts the landscapes, memorials, and facilities within the park, requiring extensive upkeep, maintenance, and work to keep all facilities open, in proper working order, and safe (National Mall and Memorial Parks 2020) | July 2021 |
| Climate Change Effects | | Yes | Yes | The continued change of the climate is impacting West Potomac Park through sea level rise, larger storm surges, heavy rain events resulting in flash floods, as well as other extreme weather events The impacts of these events on the built environment in West Potomac Park can be extensive and significant. The total impact of climate change on the park itself is not certain, particularly given the uncertainty as to the impacts of a changed climate on the natural and physical built environment. | July 2021 |

**West Potomac Park**
**National Mall & Memorial Parks**

# Treatment

**Stabilization Measures**

Specific stabilization measures are recommended for West Potomac Park to protect the contributing resources and the overall integrity of the cultural landscape. Deferred maintenance includes maintenance on the seawalls along the Potomac River and the Tidal Basin, and deterioration of small-scale features including benches and trash cans. It is recommended that these small-scale features either be repaired or removed and replaced in kind. In addition, there are water features which require repair at the FDR Memorial. Repair to these water features would improve the integrity of design and feeling of the memorial.

Erosion is a concern within the park due to soil subsidence and compaction, heavy foot-traffic due to large visitation, flooding, and natural disasters. This erosion results in exposed root systems for many trees, including cherry blossom trees along the Tidal Basin, as well as accelerated soil compaction and erosion of existing areas. Stabilization measures should include a plan to restore healthy soils where tree roots are exposed; aerate soil around trees with girdling roots to alleviate soil compaction; and bring soil in subsided areas to level with surroundings to avoid ponding water. Replacement of some vegetation may be needed, and overall, a revision of maintenance practices is recommended to better protect vegetation.

Many of West Potomac Park's memorials and monuments, as well as the surrounding lands, are open to the elements. As a result, these park components suffer the impacts of weather events including heavy rains, wind damage, lightning strikes, among others. Recent events include tornado damage to landscaping elements in July 2021. Park components are also impacted by pollution, and many require regular cleaning. A more robust schedule and rotation for cleaning would help monuments like the District of Columbia War Memorial which has a biofilm growth on the dome similar to what was found on the Thomas Jefferson Memorial. Overall, routine maintenance is needed on contributing resources in order to maintain their individual integrity and the integrity of the West Potomac Park cultural landscape.

**West Potomac Park**
**National Mall & Memorial Parks**

---

### *Approved Treatments*

*Type*

    Rehabilitation

*Completed*

    No

*Document*

    Cultural Landscape Report, Parts 1 and 2

*Narrative*

Tidal Basin Cultural Landscape Report

In June 2020, a cultural landscape report on the Tidal Basin was completed The Tidal Basin is an iconic American landscape and an important feature of West Potomac Park. First engineered in the 1880s, the basin is a major structure for both recreation, commemoration, and utilitarian functions. Today the Tidal Basin suffers from issues due to flooding, high visitation, and the surrounding expanding transportation corridor. The cultural landscape report outlines recommended treatments to create further resiliency for the Tidal Basin, including planting more diverse vegetation, establishing designated flood zones, improving soils, rotating land use areas, and elevating or relocating some designed resources.

---

**West Potomac Park**
**National Mall & Memorial Parks**

*Type*

Undetermined

*Completed*

No

*Document*

Cultural Landscape Report, Part 1

*Narrative*

Lincoln Memorial Grounds Cultural Landscape Report

In 1999, a cultural landscape report on the Lincoln Memorial Grounds was published. For the purposes of their report, the Lincoln Memorial Grounds included the Reflecting Pool, the Rainbow Pool (now part of the World War II Memorial), the Watergate Steps, radial roads, and the Lincoln Memorial foundation plantings and those that immediately surround the memorial. The report developed a set of design guidelines for the Lincoln Memorial Grounds broadly, rather than giving specific treatment suggestions. These design guidelines were intended to inform future plans but did not recommend specific treatments at the time.

**West Potomac Park**
**National Mall & Memorial Parks**

# Bibliography and Supplemental Information

*Bibliography*

| Citation Author | Citation Title | Year | Publisher |
|---|---|---|---|
| Barnard | Map of the environs of Washington: compiled from Boschkes' map of the District of Columbia and from surveys of the U.S. Coast Survey showing the line of the defenses of Washington as constructed during the war from 1861 to 1865 inclusive. | 1865 | Library of Congress Prints and Photographs Division |
| Barsoum, Eve L. | Cuban Friendship Urn, NRHP Multiple Property Documentation Form for Memorials in Washington, DC | 2007 | National Conference of State Historic Preservation Officers |
| Bernhard, Carl | Travels Through North America, During the Years 1825 and 1826 | 1828 | Carey, Lea & Carey |
| Bingham, Theodore and F.D. Owen | Study for the establishment and use of Potomac Park: Washington D.C. | 1900 | Library of Congress Prints and Photographs Division |
| Boschke, A. | Map of Washington City, District of Columbia, seat of the federal government: respectfully dedicated to the Senate and the House of Representatives of the United States of North America. | 1857 | Library of Congress Prints and Photographs Division |
| Brooke, Robert | *A plan of Patomack River, from the mouth of Sherrendo, down to Chapawamsick* | 1737 | Library of Congress Prints and Photographs Division |
| Capital Bike Share | Capital Bike Share Map | 2021 | https://secure.capital bikeshare.com/map/ |
| Chapell, Gordon | East Potomac Park | 1973 | National Park Service, Washington, DC |
| Congressional Research Service | Commemorative Works in the District of Columbia: Background and Practice | 2021 | Congressional Research Service |

**West Potomac Park**
**National Mall & Memorial Parks**

| Cooke, George | City of Washington from beyond the Navy Yard | 1834 | Library of Congress Prints and Photographs Division |
|---|---|---|---|
| Cucurullo, Karen L. | Memorandum of Agreement Among the NPS, the Trust for the National Mall, the NCPC, the DCSHPO Regarding the Rehabilitation of Constitution Gardens Project | 2015 | ncpc.gov |
| Currier and Ives | The City of Washington. Bird's-eye View from the Potomac-Looking North. | 1892 | Library of Congress Prints and Photographs Division |
| DC Circulator | Circulator History | n.d. | https://www.dccirculator.com/connect/about-us/history/ |
| DDOT Bicycle Lanes Map | Years 20, 21, 22, & 23 Protected Bikeways | 2021 | https://ddot.dc.gov/page/bicycle-lanes |
| Dent, Richard J., Jr. | Chesapeake Prehistory: Old Traditions, New Directions. | 1995 | Plenum, New York |
| De Krafft, F.C. and W.M. Morrison | Map of the city of Washington. | 1846 | Library of Congress Prints and Photographs Division |
| District Department of Transportation Library | Aerial Shots III," DDOT Historic Collections | 2022 | https://ddotlibrary.omeka.net/items/show/11 |
| EHT Traceries Inc., and Stantec | Rock Creek and Potomac Parkway, Potomac Waterfront Section Cultural Landscape Report | 2018 | National Park Service, Washington, DC |
| Federal Highway Administration | Bridge Inspection Report 3400-031P | 2019 | https://govtribe.com/file/government-file/bridge-inspection-report-3400-031p-dot-pdf |

**West Potomac Park**
**National Mall & Memorial Parks**

| | | | |
|---|---|---|---|
| Fiske, Shirley J., Don Callaway and University of Maryland | Ethnographic Resource Study and Subsistence Fishing on the Potomac and Anacostia Rivers | 2020 | University of Maryland |
| Floyd, Dale E. editor | "Dear Friends at Home ..." The Letters and Diary of Thomas James Owen, Fiftieth New York Volunteer Engineer Regiment, During the Civil War | 1834 | Engineer Historical Studies |
| Fogle, Jeanne | Two Hundred Years: Stories of the Nation's Capital. | 1991 | Vandamere Press, Washington, DC |
| Forgey, Benjamin | "Like the Man, The Memorial Breaks with Tradition" (April 27, 1997) | 1997 | Washington Post |
| Froneck, Thomas, editor | The City of Washington: An Illustrated History | 1977 | The Junior League of Washington |
| Harris & Ewing | *Aerial view showing Lincoln Memorial, Washington, DC and bridge to Arlington National Cemetery, Arlington, Virginia* (Photograph) | 1935 | Library of Congress Prints and Photographs Division |
| Hawkins, D. | *Topography of the federal city, Washington DC* | 1791 | Library of Congress Prints and Photographs Division |
| Historic American Buildings Survey (HABS) | "Aerial view of West Potomac Park" Photograph. | 1933 | National Park Service, Washington, DC |
| Historic American Buildings Survey (HABS) | West Potomac Park, Washington, DC. HABS No. DC-693 | 1993 | National Park Service, Washington, DC |
| Historic American Engineering Record (HAER) | Tidal Basin Outlet HAER No. DC-9-B, Washington, District of Columbia. | 1988 | National Park Service, Washington, DC |
| Historic American Landscape Survey (HALS) | Tidal Basin, Washington, DC. HALS No. DC-59 | 2017 | American Landscapes Survey, National Park Service, US Department of the Interior, Washington, DC |

**West Potomac Park**
**National Mall & Memorial Parks**

| | | | |
|---|---|---|---|
| Historic American Landscape Survey (HALS) | Historic American Landscapes Survey 1920 Japanese Flowering Cherry Trees (1910 *Prunus x yedonensis*). HALS No. DC-8 | 2008 | American Landscapes Survey, National Park Service, US Department of the Interior, Washington, DC |
| Hodgson, Adam | Letters from North America | 1824 | Hurst, Robinson & Co. |
| Horydczak, Theodor | White House Exteriors. White House in Early Days from a Painting. | 1920–1950a | Library of Congress Prints and Photographs Division |
| Horydczak, Theodor | Players on the Polo Fields in West Potomac Park | 1920–1950b | Library of Congress Prints and Photographs Division |
| Horydczak, Theodor | Tennis game near Washington Monument | 1920–1950c | Library of Congress Prints and Photographs Division |
| Horydczak, Theodor | The Watergate Steps established a grand connection from the Lincoln Memorial to the edge of the Potomac River | 1920–1950d | Library of Congress Prints and Photographs Division |
| Horydczak, Theodor | The Jefferson Memorial View from Across the Tidal Basin | 1945 | Library of Congress Prints and Photographs Division |
| Humphrey, Robert L. and Mary Elizabeth Chambers | Ancient Washington: American Indian Cultures of the Potomac Valley | 1977 | George Washington University |
| Jefferson, Roland M. and Alan E. Fusonie | The Japanese Flowering Cherry Trees of Washington, DC: A living Symbol of Friendship | 1977 | Agricultural Research Service, US Department of Agriculture |
| Joseph, Wheelock, and McLarty | Lincoln Memorial Grounds Cultural Landscape Report | 1999 | National Park Service, Washington, DC |

**West Potomac Park**
**National Mall & Memorial Parks**

| | | | |
|---|---|---|---|
| Katz, Gregory and Kathryn Lamzik | Phase I archaeological Investigations for Constitution Gardens National Mall and Memorial Parks Washington, DC | 2015 | Louis Berger, Washington, DC |
| Klein, Michael | Phase IB Archaeological Survey of the Foreign Missions Center at the Former Walter Reed Army Medical Center, Washington, DC | 2018 | Dovetail Cultural Resource Group, Fredericksburg, VA |
| Kelly, John | Why do smiling faces stare out from the Tidal Basin bridge? | 2013 | Washington Post |
| Kreisa, Paul P., Jacqueline M. McDowell, Emily L. Swain, Nancy L. LiPira | Phase IA/IB Archaeological Assessment and Survey for the DC Water River Tunnel Project. | 2019 | Stantec Consulting Services, Inc. Laurel, Maryland |
| LeeDecker and Baynard | Potomac Park Levee National Mall and Memorial Parks, District of Columbia | 2009 | Louis Berger Group, Inc., Washington, DC |
| LeeDecker | Archaeological Monitoring of Construction Potomac Park Levee National Mall and Memorial Parks District of Columbia | 2013 | Louis Berger Group, Inc., Washington, DC |
| L'Enfant, F Pierre Charles, Owen, Bingham and US Army Corps | The Mall as proposed by Pierre L'Enfant: from the original | 1791 | Library of Congress Prints and Photographs Division |
| Lewis, David C. | *District of Columbia: Bicentennial History* | 1976 | W.W. Norton and Co. Inc. |
| Lusk | Map of the city of Washington showing the location of sewers: Jan. 1st. [Washington, D.C.] | 1892 | Library of Congress Prints and Photographs Division |
| Mandel | The Lincoln Conspirator | 2008 | Washington Post Magazine |
| Matthew-Northrup Co. | Map of Washington, D.C. Buffalo: Matthews-Northrup Co. | 1893 | Library of Congress Prints and Photographs Division |

**West Potomac Park**
**National Mall & Memorial Parks**

| Moore, Charles; Clerk of the Senate Committee on the District of Columbia, editor. | The Improvement of the Park System of the District of Columbia. I.-Report of the Senate Committee on the District of Columbia. II.-Report of the park Commission. | 1902 | Government Printing Office, Washington, DC |
|---|---|---|---|
| Morrison, Erica | Tourmobile service in D.C. to end Monday after 42 years | 2011 | Washington Post |
| National Capital Planning Commission | Streetscape Manual: Interagency Initiative for National Mall Road Improvement Program | 2013 (first version was in 1992, updated in 2005 and 2013) | National Capital Planning Commission, Washington, DC |
| National Intelligencer | *Wharf Materials* | 1807 | Library of Congress Prints and Photographs Division |
| National Intelligencer | *Extension of 17th Street Wharf* | 1808 | Library of Congress Prints and Photographs Division |
| National Park Service | Cultural Landscape Report – West Potomac Park – Lincoln Memorial Grounds | 1999 | National Park Service, Washington, DC |
| National Park Service | National Register of Historic Places Inventory- Nomination Form- East and West Potomac Parks – Update | 2001 | National Park Service, Washington, DC |
| National Park Service | National Capital Parks: A History. | 2003 | National Park Service, Washington, DC |
| National Park Service | Constitution Gardens CLI: National Mall and Memorial Parks – West Potomac Parks | 2008 | National Park Service, Washington, DC |
| National Park Service | Washington Monument Grounds Cultural Landscapes Inventory | 2009a | National Park Service, Washington, DC |

**West Potomac Park**
**National Mall & Memorial Parks**

| National Park Service | National Park Service, Cultural Landscapes Inventory, 2009, DC War Memorial, National Mall & Memorial Parks- West Potomac Park | 2009b | National Park Service, Washington, DC |
|---|---|---|---|
| National Park Service | Franklin Park Cultural Landscapes Inventory | 2011 | https://planning.dc.gov/sites/default/files/dc/sites/op/publication/attachments/Franklin_Park_Cultural_Landscapes_Inventory_2011.pdf |
| National Park Service | National Park Service, Cultural Landscapes Inventory, Thomas Jefferson Memorial | 2015 | National Park Service, Washington, DC |
| National Park Service | National Mall Historic District National Register of Historic Places nomination revision | 2016 | National Park Service, Washington, DC |
| National Park Service | Historic Lockkeeper's House Moved as Part of Major Restoration Project on the National Mall | 2017 | National Park Service, Washington, DC |
| National Park Service | The Netherlands Carillon Historic Structure Report | 2019a | National Park Service, Washington, DC |
| National Park Service | National Mall and Memorial Park-Parking | 2019b | https://www.nps.gov/nama/planyourvisit/parking.htm |
| National Park Service | Annual test installation of levee to close part of 17th Street on October 6 | 2020a | https://www.nps.gov/nama/learn/news/levee2020.htm |
| National Park Service | Kutz Memorial Bridge | 2020b | https://www.nps.gov/places/000/kutz-memorial-bridge.htm |
| National Park Service | "Lockkeeper's House" | 2020c | https://www.nps.gov/places/000/lockkeepers-house.htm |
| National Park Service | Forsythia at the George Mason Memorial | 2021a | Nps.gov |

**West Potomac Park**
**National Mall & Memorial Parks**

| National Park Service | World War II Memorial: History and Culture | 2021b | Nps.gov/wwii |
|---|---|---|---|
| National Park Service | Martin Luther King, Jr. Memorial: Building the Memorial | 2021c | Nps.gov/mlkm |
| National Park Service | Fishing | 2021d | https://www.nps.gov/nama/learn/nature/fishing.htm |
| National Park Service | Arlington Memorial Bridge Rehabilitation | 2021e | Nps.gov/gwmp |
| National Park Service | Improving roads and multi-use trails around the National Mall | 2021f | https://www.nps.gov/articles/000/improving-roads-and-multi-use-trails-around-the-national-mall.htm |
| National Park Service | Constitution Gardens: History and Culture. | 2021g | https://www.nps.gov/coga/learn/historyculture/index.htm |
| National Park Service | Korean War Veterans Memorial Wall of Remembrance | 2021h | https://www.nps.gov/articles/000/kowawor.htm |
| National Park Service | Lincoln Memorial CLI-DRAFT | 2022a | Penn Praxis |
| National Park Service | NPS Uses Laser Technology to Clean Exterior Marble Surfaces at the Thomas Jefferson Memorial Using Great American Outdoor Act Funding | 2022b | https://www.nps.gov/articles/000/gaoa-thomas-jefferson-memorial.htm |
| National Park Service, US Army Corps of Engineers USACE and the National Capital Planning Commission | Potomac Park Levee System Environmental Assessment. National Capital Region-National Mall and Memorial Parks | 2009 | National Park Service, Washington, DC |

**West Potomac Park**
**National Mall & Memorial Parks**

| National Weather Service | 1936 Flood Retrospective | 2021 | https://www.weather.gov/lwx/1936Flood |
|---|---|---|---|
| NETR | Historic Aerials of Washington, DC | Various years | Nationwide Environmental Title Research, LLC |
| Parsons, John G. | The Public Struggle to Erect the Franklin Delano Roosevelt Memorial<br><br>Landscape Journal: Design, Planning, and Management of the land | 2012 | University of Wisconsin Press |
| PEPC | Lincoln Memorial Rehabilitation | 2021 | National Park Service, National Mall and Memorial Parks, Planning, Environment, and Public Comment (PEPC) website |
| Rainey, Rueben | The Choreography of Memory: Lawrence Halprin's Franklin Delano Roosevelt Memorial | 2012 | Landscape Journal Vol. 31, 161–182 |
| Ruane, Michael E. | Martin Luther King Jr. Memorial creates new cherry blossom landscape | 2012 | The Washington Post |
| Senate Bill 3303 | Bill declaring Potomac Flat a public park | 1897 | United States. Superintendent of Documents |
| Smith, John | Virginia discovered and described [sic] by Captayn [sic] John Smith | 1624 | Library of Congress Prints and Photographs Division |
| Soil Survey Staff | Natural Resources Conservation Service, United States Department of Agriculture. Web Soil Survey | 2019 | United States Department of Agriculture |
| Trout | View looking northwest from Anacostia: Washington D.C. | 1901 | Library of Congress Prints and Photographs Division |

West Potomac Park
National Mall & Memorial Parks

| | | | |
|---|---|---|---|
| The Trust for the National Mall | Historic Lockkeeper's House Opens on the National Mall Following Major Renovation | 2018 | https://nationalmall.org/content/2018/10/23/2018–10-23-historic-lockkeepers-house-opens-on-the-national-mall-following-major-renovation |
| The Trust for the National Mall | US Park Police Breaking Ground for New Stables and Education Center on National Mall | 2020 | https://nationalmall.org/content/us-park-police-breaking-ground-for-new-stables-and-education-center-on-national-mall-5bemj |
| The Trust for the National Mall | Lincoln Memorial Reflecting Pool Restoration | 2021 | https://nationalmall.org/content/recycling-on-the-mall-kf8j2-kr7kg |
| The Trust for the National Mall | Jefferson Memorial Seawall | n.d. | https://nationalmall.org/content/recycling-on-the-mall-kf8j2-kr7kg-n448a |
| United States Army | Air Corps. Aerial Photo Section No. 3. Photographic mosaic map, Washington, D.C. | 1928 | Library of Congress Prints and Photographs Division |
| United States Army Corps of Engineers-Baltimore District | Washington, DC & Vicinity Local Flood Protection | 2021 | United States Army Corps of Engineers, Baltimore District |
| US Census | QuickFacts District of Columbia | 2021 | https://www.census.gov/quickfacts/DC |
| United States Geological Survey | Washington's Geologic Setting | 1999 | https://pubs.usgs.gov/gip/stones/setting.html |
| Wright, H.G. | Letter, Brig. Gen. H.G. Wright to Col. A.F. Rockwell, August 30, 1881. | 1881 | Record Group 42, Record of the Office of Public Buildings and Public Parks of the National Capital, |

**West Potomac Park**
**National Mall & Memorial Parks**

|  |  |  | Entry 228, Box 1. US National Archives and Records Administration, Textual Records, Washington, DC |
|---|---|---|---|
|  |  |  |  |

*Supplemental Information*

| Supplemental Information Title | Supplemental Information Narrative |
|---|---|
| eTIC 801/80164 North B Street Extended & The Inlet Bridge | 1909 Army Corp of Engineers map of West Potomac Park showing North B Street Extended and the Inlet Bridge. |
| eTIC 801/80066 North Potomac Park/Water-Side Drives | 1908 Army Corp of Engineers map of North Potomac Park showing Water-Side Dries |
| eTIC 801/80134 Watergate & Bridge Area Roadways/Low Level Driveway Plan, Profile & | 1932 Watergate and Bridge Plaza Roadway. Low level driveway plan, profile & sections. |
| eTIC 801/122962 Suggested Treatment - Intersection Independence Avenue and West Basin Drive | 1942 Plan map showing West Basin Drive and elevation points. |
| eTIC 801/80295 Proposed Resurfacing 17th Street N.W. and Regrading | 1942 Plan map showing locations of proposed resurfacing of 17th Street. |
| eTIC WEPO 801/80089 Nursery of Planting Material | 1912 Plan showing areas for ornamental trees and a central fountain. |
| eTIC WEPO 801/80124 Plan to Revise Pansy Garden | 1932 Plan to revise Pansy Garden showing locations of trees, Park Drive, and the Lily Pool. |
| eTIC WEPO  801/80156 West Potomac Park Rose Garden | 1932 Plan showing location for rose garden, nurseries, and associated roads |

## Cultural Landscape Inventory

**National Mall and Memorial Parks
West Potomac Park**

**Component Landscapes**

 **National Park Service
National Capital Area Office**

Sources:
1. Open Data DC, 2021
2. Ortho Imagery, 2021
3. GIS data received from NPS

Legend:

- ⌐ ⌐ West Potomac Park
- ① Lincoln Memorial Grounds
- ② Tidal Basin
- ③ Vietnam Veterans Memorial
- ④ Korean War Veterans Memorial
- ⑤ Franklin Delano Roosevelt Memorial
- ⑥ D.C. War Memorial
- ⑦ World War II Memorial
- ⑧ George Mason Memorial
- ⑨ Martin Luther King, Jr. Memorial
- ⑩ Constitution Gardens

THE ELLIPSE

CONSTITUTION AVENUE NW

WASHINGTON
MONUMENT
GROUNDS

INDEPENDENCE AVENUE SW

TIDAL BASIN

POTOMAC RIVER

THOMAS
JEFFERSON
MEMORIAL

EAST
POTOMAC
PARK

Notes:
1.  Thomas Jefferson Memorial is a parent landscape located within West Potomac Park.
2.  Filled boundaries are based on existing component landscape CLI documentation; boundaries for other component CLIs have not been determined.

▲
NORTH

0  250  500    1,000         2,000
                              Feet



# Cultural Landscape Inventory

**National Mall and Memorial Parks**
**West Potomac Park**

**Site Plan**

**National Park Service**
**National Capital Area Office**

Sources:
1. Open Data DC, 2021
2. Ortho Imagery, 2021

Legend:
- `[ ]` West Potomac Park
- Vehicular Circulation
- Pedestrian Circulation
- Vegetated Area
- Water Features
- ○ Trees

Note:
Thomas Jefferson Memorial is a parent landscape located within West Potomac Park.

0  250  500   1,000        2,000
                              Feet

Constitution Avenue
Belvedere (C)

Terminus of the Rock Creek
and Potomac Parkway (C)

23rd Street, NW (C)

Henry Bacon Drive (C)

Food Service Building (NC)

Lincoln Memorial (C)

Reflecting Pool (C)

Elm Trees
Allée(C)

Parkway Drive
NW (C)

Arts of Peace
Sculptures (C)

Watergate
Steps (C)

Arts of War
Sculptures *

Kiosk (NC)

Food Service Building (NC)

Daniel French Drive (C)

23rd Street, SW (C)

Lincoln Circle (C)

Guardhouse (CR)

John Ericsson
Monument (C)

POTOMAC
RIVER

TIDAL BASIN

NORTH

0    250    500    1,000
                          Feet

Note:
* Arts of War Sculptures are maintained by GWMP.

## Cultural Landscape Inventory

**National Mall and Memorial Parks
West Potomac Park**

**Enlarged Plan 1 -
Lincoln Memorial Grounds**



**National Park Service
National Capital Area Office**

Legend:
- West Potomac Park
- Enlarged Area
- (C)   Contributing Resources
- (NC) Noncontributing Resources
- (CR) Managed as Cultural Resource

Key Map:



Vietnam Women's Memorial (C)

Constitution Gardens Refreshment Kiosk (C)

Memorial to the 56 Signers (C)

Constitution Avenue SW (C)

Vietnam Veterans Memorial (C)

Constitution Gardens Elliptical Comfort Station (NC)

Three Servicemen (C)

See Enlargement

Kiosk (NC)

Constitution Gardens (C)

Constitution Gardens Lake (C)

17th Street Levee (NC)

17th Street NW (C)

Note: Although the following contributing archaeological resources are found in this general area, their exact location is not identified on the plan: Lock B Archaeological Site, Tiber Creek Sewer Archaeological Site, Lockkeeper's House Foundation Archaeological Site, and the 17th Street Wharf Archaeolgical Site.

NORTH

0    250    500    1,000
Feet

# Cultural Landscape Inventory

**National Mall and Memorial Parks
West Potomac Park**

**Enlarged Plan 2 -
Constitution Gardens**



**National Park Service
National Capital Area Office**

Legend:

- [ ] West Potomac Park
- ::::: Enlarged Area
- (C) Contributing Resources
- (NC) Noncontributing Resources

Key Map:



Washington City Canal
Memorial Stone and Plaque  (C)

Lockkeeper's House and
Plaque (C)

Lockkeeper's House Mounting
Block (CR)

17th Street Levee (NC)

Constitution Gardens
Overlook Terrace (C)

Circle of Remembrance (C)

Constitution Ave. NW

17th Street NW

# Cultural Landscape Inventory

**National Mall and Memorial Parks
West Potomac Park**

**Enlarged Plan 2 Detail -
Constitution Gardens**



**National Park Service
National Capital Area Office**

Legend:

⌐⌐  West Potomac Park

⠿  Enlarged Area

(C)  Contributing Resources

(NC) Noncontributing Resources

(CR)  Managed as Cultural Resource

Key Map:



# Cultural Landscape Inventory

**National Mall and Memorial Parks
West Potomac Park**

**Enlarged Plan 3 -
Area South and East of Lincoln
Memorial Grounds**

 **National Park Service
National Capital Area Office**

Legend:

- ⬚ West Potomac Park
- ⬚ Enlarged Area
- (C) Contributing Resources
- (NC) Noncontributing Resources

Key Map:



Commodore John Paul Jones Statue (C)

World War II Memorial (C)

World War II Memorial Visitor Center (C)

World War II Memorial Restrooms (C)

Elliptical Comfort Station near DC War Memorial (NC)

J.F.K. Hockey Fields (C)

Korean War Veterans Memorial (C)

Site of former horse stables and new US Park Police Horse Stables & Education Center (NC)

District of Columbia War Memorial (C)

TIDAL BASIN

NORTH

0    250    500    1,000
Feet

Martin Luther King, Jr. Memorial
Visitor Center (C)

Martin Luther King, Jr. Memorial (C)

Independence
Avenue SW (C)

Plaque to Mrs. Albert
Lasker (NC)

First Japanese Cherry
Tree Plaque (C)

Japanese Lantern (C)

Stone Seawall (Potomac
River) (C)

Stone Seawalls (Tidal
Basin) (C)

Ohio Drive SW Concession
Kiosk (NC)

Franklin Delano
Roosevelt Memorial
Visitor Center (C)

Plaque to Sacred
Heart School (NC)

Ohio Drive SW (C)

Japanese
Pagoda (C)

West Potomac Park
Polo Grounds (C)

Franklin Delano Roosevelt
Memorial (C)

First Airmail Flight Marker (C)

POTOMAC RIVER

POTOMAC
RIVER

NORTH

| 0 | 250 | 500 | 1,000 |
Feet

# Cultural Landscape Inventory

**National Mall and Memorial Parks
West Potomac Park**

**Enlarged Plan 4 -
Tidal Basin West**



**National Park Service
National Capital Area Office**

Legend:

- West Potomac Park
- Enlarged Area
- (C)   Contributing Resources
- (NC) Noncontributing Resources

Key Map:



# Cultural Landscape Inventory

**National Mall and Memorial Parks
West Potomac Park**

**Enlarged Plan 5 -
Tidal Basin East**

 **National Park Service
National Capital Area Office**

Legend:

- West Potomac Park
- Enlarged Area
- (C) Contributing Resources
- (NC) Noncontributing Resources

Key Map:



Japanese Cherry Trees* (C)

Kutz Bridge (C)

Tidal Basin Boat Dock and Gate (NC)

East Basin Drive Bridge (C)

TIDAL BASIN

Tidal Basin Outlet Bridge (C)

Tidal Basin (C)

THOMAS JEFFERSON MEMORIAL

Tidal Basin Inlet Bridge (C)

Number 4 Fountain (C)

George Mason Memorial (C)

Cuban Friendship Urn (C)

NORTH

0    250    500    1,000
Feet

Notes:
1. Contributing Japanese Cherry Trees are located throughout West Potomac Park but are labeled only once.
2. Thomas Jefferson Memorial is a parent landscape located within West Potomac Park.

## Cultural Landscape Inventory

**National Mall and Memorial Parks
West Potomac Park and
East Potomac Park**

**Location Map**



**National Park Service
National Capital Area Office**

Sources:
1. Open Data DC, 2021
2. Ortho Imagery, 2021

Legend:

☐ West Potomac Park

☐ East Potomac Park

Notes:

1. Projection: NAD 1983 UTM Zone 18N
2. The West Potomac Park cultural landscape boundary is based upon the "A-Map Land Status 2016" documentation, formerly known as Land Management Status Park System of the Nations Capital Under the Jurisdiction of National Capital Region – National Park Service United States Department of the Interior, March 2016.



NORTH

0   750  1,500    3,000         6,000   Feet



## Cultural Landscape Inventory

**National Mall and Memorial Parks**
**East Potomac Park**

**Land Use**

**National Park Service**
**National Capital Area Office**

Sources:
1. Open Data DC, 2021
2. Ortho Imagery, 2021

Legend:
- East Potomac Park
- Active Recreational
- Passive Recreational
- Administrative
- Commemorative
- Transportation
- Utilitarian

Note:
Thomas Jefferson Memorial is a parent landscape located within West Potomac Park.

NORTH

0  250  500  1,000  2,000  Feet



# Cultural Landscape Inventory

**National Mall and Memorial Parks
West Potomac Park**

**Site Topography**

**National Park Service
National Capital Area Office**

Sources:
1. Open Data DC, 2021
2. Ortho Imagery, 2021

Legend:

⌐ ⌐ West Potomac Park

≈ Contour Lines

6' Elevation at 0.6 meter (2 feet)
Contour Intervals

Notes:
1. Projection: NAD 1983 UTM Zone 18N
2. Contour intervals are 0.6 meters (2 feet)
3. Thomas Jefferson Memorial is a parent landscape located within West Potomac Park.

NORTH

0  250  500  1,000       2,000
                                Feet

# Cultural Landscape Inventory

**National Mall and Memorial Parks
West Potomac Park**

**Vegetation**



**National Park Service
National Capital Area Office**

Sources:
1. Open Data DC, 2021
2. Ortho Imagery, 2021

Legend:

⌐ ⌐ West Potomac Park
● Cherry Trees
● All Other Trees

Note:
Thomas Jefferson Memorial is a parent landscape located within West Potomac Park.

THE ELLIPSE

CONSTITUTION AVENUE NW

WASHINGTON
MONUMENT
GROUNDS

INDEPENDENCE AVENUE SW

TIDAL BASIN

POTOMAC RIVER

THOMAS
JEFFERSON
MEMORIAL

EAST
POTOMAC
PARK

NORTH

0   250  500   1,000                2,000
Feet

23rd Street NW (C)

Constitution Avenue NW (C)

Henry Bacon Drive NW (C)

Vietnam Veterans Memorial Pedestrian Walk (C)

Constitution Gardens Pedestrian Walks (C)

17th Street SW (C)

Constitution Gardens Overlook Terrace (C)

Reflecting Pool Walks, Stairs, and Plaza (C)

Lincoln Memorial Circle and the Approachway (C)

World War II Memorial Pedestrian Walks (C)

Parkway Drive SW (C)

Watergate Area Walks (C)

Circle of Remembrance (C)

23rd Street SW (C)

Daniel French Drive SW (C)

Ash Road (C)

Tidal Basin Perimeter Walk (C)

Martin Luther King, Jr. Memorial Plaza and Walks (C)

Independence Avenue SW (C)

Franklin Delano Roosevelt Memorial Plazas and Walks (C)

West Basin Drive SW (NC)

Franklin Delano Roosevelt Memorial Vehicular Access Drive (C)

Ohio Drive SW(C)

George Mason Memorial Plaza and Walks (C)

Parking Lot A (NC)

Parking Lot B (NC)

East Basin Drive SW (C)

Parking Lot C (NC)

POTOMAC RIVER

THE ELLIPSE

WASHINGTON MONUMENT GROUNDS

CONSTITUTION AVENUE NW

THOMAS JEFFERSON MEMORIAL

EAST POTOMAC PARK

# Cultural Landscape Inventory

**National Mall and Memorial Parks West Potomac Park**

**Circulation**



**National Park Service National Capital Area Office**

Sources:
1. Open Data DC, 2021
2. Ortho Imagery, 2021

Legend:

[ - - ]  West Potomac Park

▭  Roads and Parking Lots

▭  Sidewalks

(C)  Contributing Resources

(NC) Noncontributing Resources

Note:
Thomas Jefferson Memorial is a parent landscape located within West Potomac Park.

0   250  500   1,000            2,000
                                        Feet





## Cultural Landscape Inventory

**National Mall and Memorial Parks
West Potomac Park**

**Views and Vistas Map 1**

**National Park Service
National Capital Area Office**

Sources:
1. Open Data DC, 2021
2. Ortho Imagery, 2021

Legend:

`[_ _ _]` West Potomac Park

Note:
Views are defined as expansive and/ or panoramic prospects of a broad range of vision. Due to the expansive nature of views within West Potomac Park, they are not illustrated on this map. Additional information on views within West Potomac Park can be found in the "Views and Vistas" landscape characteristic.

1. Northwest along Parkway Drive NW
2. North along 23rd Street NW towards Constitution Avenue
3. East along the Reflecting Pool towards the Washington Monument and the Capitol Building
4. South along 23rd Street SW towards the John Ericsson Memorial
5. Southwest along the Arlington Memorial Bridge
6. John Ericsson Memorial to the Lincoln Memorial
7. Top of the Watergate Steps to the Lincoln Memorial
8. Watergate Steps west across the Potomac River
9. From Parkway Drive NW to the Lincoln Memorial
10. 23rd St. NW south to the Lincoln Memorial
11. Henry Bacon Drive NW to the Lincoln Memorial
12. Daniel French Drive SW to the Lincoln Memorial
13. Vietnam Veterans Memorial to the Lincoln Memorial
14. Vietnam Veterans Memorial to the Washington Monument
15. Constitution Gardens central knoll to Vietnam Veterans Memorial
16. Constitution Gardens Overlook Terrace to the West and East
17. South from Constitution Avenue NW along 17th St. NW to the John Paul Jones Memorial
18. John Paul Jones Memorial north along 17th St NW
19. World War II Memorial east towards the Washington Monument
20. World War II Memorial west towards the Lincoln Memorial and Reflecting Pool
21. Confluence of the Korean War Veterans Memorial paths across the sculpted memorial figures

0  250  500    1,000              2,000
                                          Feet



NORTH

## Cultural Landscape Inventory

**National Mall and Memorial Parks
West Potomac Park**

**Views and Vistas Map 2**

 **National Park Service
National Capital Area Office**

Sources:
1. Open Data DC, 2021
2. Ortho Imagery, 2021

Legend:

⌐ ¬ West Potomac Park
∟ ⌐

Notes:
1. Views are defined as expansive and/or panoramic prospects of a broad range of vision. Due to the expansive nature of views within West Potomac Park, they are not illustrated on this map. Additional information on views within West Potomac Park can be found in the "Views and Vistas" landscape characteristic.
2. Thomas Jefferson Memorial is a parent landscape located within West Potomac Park.

22. Martin Luther King, Jr. Memorial to the Washington Monument
23. Martin Luther King, Jr. Memorial Tidal Basin shore to the Thomas Jefferson Memorial
24. Towards Washington Monument from the FDR Memorial / Tidal Basin shore
25. Towards Washington Monument and Thomas Jefferson Memorial from the FDR Memorial / Tidal Basin shore
26. To the George Mason Memorial from the Tidal Basin Inlet Bridge
27. Across the George Mason Memorial grounds from the George Mason statue
28. Thomas Jefferson Memorial to the White House
29. Towards the Lincoln Memorial

0  250 500  1,000          2,000
                                Feet

NORTH