# Exhibit E

# LINCOLN MEMORIAL REFLECTING POOL
## INVESTIGATION OF STRUCTURAL CONDITION AND CAUSES TO WATER LOSS EVENT
## WASHINGTON, D.C.



Prepared For:

 

**National Park Service**
**Denver Service Center**
12795 W. Alameda Parkway
P.O. Box 25287
Denver, Colorado 80225-0287

Prepared by:



**Alpha Corporation**
1850 S. Loudoun St., Suite 200
Winchester, VA 22601
(Tel) 540-723-0704; (Fax) 540-723-0168
www.alphacorporation.com

FINAL May 17, 2013

LINCOLN MEMORIAL REFLECTION POOL INVESTIGATION
WASHINGTON, D.C.

**TABLE OF CONTENTS**

I.    Executive Summary................................................................................................................2

      Overview and Scope...............................................................................................................2

      General Structural Conditions ...............................................................................................2

      Investigation into Potential Causes of the Water Loss Event ...................................................3

      Recommendations ................................................................................................................3

II.   Introduction........................................................................................................................3

III.  Timeline of Events Relating to the Water Loss......................................................................3

IV.   Document Review and Interviews .........................................................................................4

V.    General Structural Condition...............................................................................................9

VI.   East Expansion Joint between Slab and Grade Beam at Gridline 3.0E ....................................10

VII.  Investigation into Potential Causes of Water Loss.................................................................10

VIII. Recommendations for Measures to Control Water Loss.........................................................16

IX.   Conclusions .......................................................................................................................16

X.    Appendices ........................................................................................................................16

      Appendix A - Photo Text......................................................................................................17

      Appendix B – Select Pages from the Construction Drawings ..................................................18

      Appendix C - Submittal 03 30 00 2.5A – Iso-Flex Expansion Joint Material ............................19

      Appendix D - NPS Internal Memorandum entitled *"Summary of Facts Concerning Government
            Notification of Leaks in Lincoln Memorial Reflecting Pool"* ....................................................20

      Appendix E - NPS Internal Memorandum entitled *"Results of Internal Investigation into Reported
            Lincoln Memorial Reflecting Pool Leakage and Expansion Joint Issues"* ...............................21

      Appendix F - NPS Internal Memorandum entitled *"Report on Lincoln Memorial Reflecting Pool Coping
            Stone Expansion Joints Condition"*...........................................................................................22

      Appendix G - Table of Expected Joint Width ..........................................................................23

      Appendix H - Table of Expansion Joint Material Capacities & Estimate Conditions at Water Loss
            Event ..................................................................................................................................24

      Appendix I – LMRP Weather Data..........................................................................................25

      Appendix J – LMRP Operational Log ......................................................................................26

## I.    Executive Summary

### Overview and Scope

Subsequent to the discovery of unexpected water levels in the Lincoln Memorial Reflecting Pool (LMRP), Alpha Corporation was asked to review the current construction of the LMRP and assess potential causes of the unexpected water levels. The review included three site visits to assess the current condition of the LMRP, a review of documents relating to recent renovations which concluded in 2012, and documents relating to the operations of the pool. The purpose of the investigation was to determine any potential causes for the loss of water from the LMRP and provide recommendations on measures to mitigate any leaking water.

On January 30, 2013, Mr. Dennis Quinn of the National Park Service (NPS) was notified by Clark Construction, Inc. of water entering into an excavation adjacent to the LMRP. Further investigation by Mr. Quinn revealed that approximately 2 to 3 inches of water, equating to approximately 500,000 gallons, had been lost from the LMRP since it was last filled to its operating level on January 25, 2013. Subsequent inspections of the LMRP by NPS personnel revealed significant damage to the expansion joints within the pool.

As a result of the noted damage, NPS personnel conducted a more detailed investigation of the expansion joints in and around the perimeter of the pool. NPS recorded measurements of all the expansion joints within the LMRP, except those covered by the skimmers at the east end of the pool. During Alpha's site visits, measurements along the joint at the east end of the pool were obtained after Corman Construction removed the skimmers.

### General Structural Conditions

Inspections of the LMRP revealed numerous separations in the expansion joints in the sidewalk and the coping stones around the perimeter of the LMRP. The separations ranged from minor separations in the joint to widespread failure of the expansion joint material. Additionally, severe separations were noted in the expansion joints along the interior of the pool. Most notably, longitudinal separations were noted in the expansion joint material extending along the length of the joints. In addition to noting the condition, measurements were taken of the expansion joints and are summarized in Appendix H - Table of Measured Joint Widths.

Additionally, several cracks in the concrete slab were observed. The cracks originated around the water inlets and extended approximately 2'-0" horizontally through the concrete slab. The cracks were noted to be relatively minor.

Since no soil subsidence or soil runoff was noted in areas surrounding the LMRP, the loss of water from the LMRP has most likely not carried a significant amount of soil out from below the pool. Further, the concrete slab is supported by a series of grade beams that bear on timber piles, which extend down to bedrock. Therefore, a loss of soil directly below the slab would not result in undermining the foundation of the LMRP.

### Investigation into Potential Causes of the Water Loss Event

After reviewing numerous potential causes of the water loss in the LMRP, Alpha has concluded that the most likely cause of the loss of water was due to failure in the expansion joint materials along the interior of the slab. Review of the measured widths reveled that almost every joint is wider than what was expected based on the construction documents for the renovation efforts concluded in 2012. Additionally, in many locations the measured width of the expansion joints was greater than the maximum allowable width of the installed expansion joint material as compared to the material capacities provided by the manufacturer. Further, the string of sub-freezing temperatures leading up to the water loss caused thermal contraction of the slab, resulting in wider joint widths and an increased rate to the loss of water. A detailed review of all considered potential causes is contained within this report including findings in support and against the potential cause.

### Recommendations

Since the likelihood of prolonged sub-freezing temperatures in the upcoming months is low, Alpha expects that the chance of further, significant water loss from the LMRP is low. However, water loss will continue until the failed expansion joints are repaired. Alpha recommends that the expansion joint material be removed and replaced prior to next winter when thermal contraction of the concrete will be at a maximum allowing significant water loss. Care should be given to select and install expansion joint materials with sufficient flexibility to accommodate the expected movement. Alpha also recommends that the minor cracking of the base slab be repaired with epoxy injection. Completing these repairs prior to next winter will prevent a repeat of the significant amount of water lost from the LMRP through the expansion joints.

### II.    Introduction

The LMRP is located on the western side of the National Mall in Washington, D.C. It was originally constructed in 1924 and has undergone numerous renovations and repairs; the most recent of which was completed in the summer of 2012. The LMRP is approximately 160'-0" by 2,028'-0" in plan dimensions. The current construction of the LMRP consists of an 8" concrete slab supported on timber piles embedded into bedrock. Around the perimeter of the LMRP are granite coping stones supported on concrete grade beams which are also supported on timber piles embedded into bedrock. The LMRP ranges in depth from approximately 8"along the north and south edge down to approximately 2'-6" at the center, except along the west side of the LMRP, where the depth increases to approximately 3'-2". In total, the LMRP contains approximately 6.5 million gallons of water at operating level.

Alpha's investigation was initiated by the National Park Service (NPS) after the discovering water entering into an excavation on the World War II Memorial construction site on Wednesday, January 30, 2013. The purpose of the investigation was to assess the current structural condition of the LMRP, investigate potential sources of the unusual water levels, and provide recommendations on temporary measures required to control and/or stop water loss from occurring. As part of the investigation, Alpha conducted several site visits to the LMRP, reviewed the provided documentation from the recent renovation of the LMRP, and reviewed documentation relating to the water loss.

The first site visit was conducted on Wednesday, February 27, 2013. During this site visit, Alpha reviewed the LMRP and assessed the condition of the expansion joints around the perimeter of the LMRP. The review included locating, identifying, and photographing any damage noted in the expansion joints of the sidewalk and coping stones around the LMRP.

A second site visit was conducted on Monday, March 4, 2013. During this site visit, Alpha entered the LMRP to verify the condition of the expansion joints in the concrete slab of the LMRP. The skimmer had been removed and an inspection of the joint along the east end was performed. Due to issues with the recirculation system, the poor water quality prevented a thorough inspection of the bottom surface of the pool from being performed. Therefore, Alpha visited the site a third time on Wednesday, March 20, 2013. During this site visit Alpha reviewed all the expansion joints along the interior of the pool, including the joints along the east end of the pool. Water levels were measured at each site visit. Observations and photographs from all site visit reports have been incorporated into this report. Referenced photographs are included in Appendix A of this report.

### III.    Timeline of Events Relating to the Water Loss

According to conversations with Mr. Dennis Quinn, the water intake pumps were activated on January 25, 2013. The pumps would typically fill the pool to an operating level, 6" below the top of the coping stones. Original design for the LMRP suggested a water level of 4" below the top of the coping stones. However, NPS personnel have been operating the LMRP at a level 2" below the original design to prevent chlorination in the LMRP from entering Special Structure #1 (SS#1) and draining into the Tidal Basin.

On January 30, 2013 Mr. Dennis Quinn was notified by Clark Construction that water was entering into an excavation at the World War II Memorial construction site, which is located directly adjacent to the east end of the LMRP. Further investigation by Mr. Quinn revealed the water appeared to be escaping from a joint in the LMRP between the coping stones and the grade beams along the east end. Additionally, Mr. Quinn noted in an email to Mr. Doug Denk, also with NPS, that the LMRP had lost about 2 to 3 inches over the last 4 1/2 days (*Summary of Facts Concerning Government Notification of Leaks in Lincoln Memorial Reflecting Pool*). This amount of water equated to approximately 500,000 gallons.

In subsequent conversations between Mr. Quinn and Mr. Denk, it was revealed that the drain lines leading from the LMRP had been plugged to accommodate the adjacent work by Clark Construction and that it did not appear Clark Construction was the cause of the water loss.

Therefore, Mr. Denk notified Corman Construction, Inc., the general contractor of the most recent renovations, of the possible leak (Denk, 5).

Mr. Scott Szympruch and Mr. Rick Richardson of Corman Construction, Inc. met Mr. Quinn on the site on January 30, 2013 to inspect the pool. At that time, they noted damaged expansion joint material in several locations around the LMRP, including at the skimmers along the east wall (Denk, 5).

On March 9, 2013, representatives on the Clark Construction site encountered further water while excavating around the 30" drain pipe leading from the east end of the LMRP. From experience, ground water level varies with the tide; however, water levels typically are found below the level of the excavation. The water encountered in the excavation appeared to be slowly seeping from a layer of gravel adjacent to the 30" drain pipe leading from the LMRP.

At Alpha's third site visit to the site on March 20, 2013, water levels were recorded to be 6 inches below the top of the coping stones. According to conversations with Mr. Quinn, no temporary measures were taken at the discovery of the initial water loss. However, it is Alpha's understanding that no significant drop in the water level of the LMRP has been noted since the original discovery of the water loss.

## IV.    Document Review and Interviews

As part of Alpha's original scope of work, eight documents, Attachments a through h, that directly pertained to the construction of the pool and discovery of the water loss were included. Additionally, Alpha requested and received fifteen additional documents. The documents have been reviewed and pertinent information is listed below.

1. *"Geotechnical Engineer Report, National Mall, Southwest Washington DC"* **prepared by GeoConcepts Engineering, Inc. (GeoConcepts Geotech)**

   Date: October 19, 2009

   - Completed by GeoConcepts Engineering, Inc. located in Ashburn, Virginia.
   - Groundwater was noted between elevations 3 feet to 5.5 feet.
   - A proprietary system called Controlled Modulus Columns was recommended for the foundation system below the LMRP slab. (Refer to Document No. 4 below, which modified recommended foundation system.)
   - The Controlled Modulus Columns consist of concrete augured piles spaced at 8 to 10 feet on center below the slab.
   - Drilled 7" auger micro piles bearing in the existing bedrock was recommended as an alternate foundation system for the structural slab.

2. *"Hydrogeological Report, National Mall Reflecting Pool, Independence Avenue, Southwest, Washington, DC"* **by GeoConcepts Engineering, Inc. (GeoConcepts Hydrogeological Report)**

   Date: October 19, 2009

   - Completed by GeoConcepts Engineering, Inc. of Ashburn, Virginia.
   - Purpose of the report was to explore the potential to use wells to supply water to the LMRP.
   - Two (2) zones of ground water were noted, a water table aquifer above the bedrock/soil interface and a bedrock aquifer.
   - Use of the lower aquifer was not considered as an economical option as part of this investigation.
   - Two (2) six inch wells and were installed and monitored in July of 2009.
   - Static water levels in the wells were noted at 6.5 and 6.0 feet below the top of the well.
   - The upper aquifer was unable to provide sufficient water supply to satisfy the estimated demands of the LMRP.

3. *"Clean & CCTV Storm Pipes at Lincoln Memorial"* **by Video Pipe Services, Inc. (Storm Pipe Inspection Report)**

   Date: February 4, 2010

   - Inspection log and reports for Storm water pipes completed by Video Pipe Services of Beltsville Maryland.
   - Inspections of the pipes were completed between January 19, 2010 and January 28, 2010.
   - DVD containing video was listed on report transmittal, but was not included to Alpha as part of the provided documents.

4. *"Rehabilitate Lincoln Memorial Reflecting Pool & Grounds Geotechnical Investigation Report for the Proposed Intake Water and Discharge Line and Elm Walk at National Mall, Washington D.C."* **prepared by The Louis Berger Group, Inc. (Louis Berger Group Geotech)**

   Date: April 2010

   - Sub-surface investigation of the LMRP and water intake structure completed by The Louis Berger Group, Inc. of Washington, D.C.
   - Groundwater was noted between six (6) and fifteen (15) feet below the existing grade.
   - Weight of the proposed water lines was determined to be less than the weight of the excavated soils.
   - It was recommended that the intake structure, pump, and power house structures be supported by timber piles, approximately 40'-0" in length.
   - The existing concrete slab was to be rubblized in place, buried about 8" into the underlying soil, and the new slab placed on top.

5. **Letter** - *"Environmental Soil Boring Investigation National Mall Reflecting Pool Washington D.C."* **from the Louis Berger Group, Inc. (Asbestos Letter)**

   Date: April 15, 2010

- Sent from James W. Stroup of The Louis Berger Group, Inc. to Terri Urbanowski, Project manager with NPS.
- Eight (8) borings were taken from the LMRP site on March 11, 2010.
- Asbestos was detected in one (1) boring located in the western part of the LMRP.
- The asbestos was noted in the asphaltic core-board encountered in the western and center portions of the pool.
- Two (2) approaches were proposed to mitigate the asbestos containing material: abatement or rubblize/encapsulation.

6. *"Final Report of Asbestos Inspection Services"* **prepared by The Louis Berger Group, Inc. (Asbestos Report)**

   Date: May 21, 2010

   - Completed by The Louis Berger Group of New York, New York.
   - Asphaltic core board was the only material noted to contain asbestos.
   - Approximately 335,000 square feet of asphaltic core board was noted throughout the pool.

7. **NAMA150274 Construction Contract C2011100064 Specifications (Specification, 2010)**

   Date: May 28, 2010

   - Attachment a in the Alpha scope of work.
   - Project specifications for the rehabilitation of the LMRP and grounds as awarded

8. **NAMA150274 Construction Contract C2011100064 Drawings (Construction Drawings, 2010) (portions in Appendix B herein)**

   Date: May 28, 2010

   - Attachment b in the Alpha scope of work
   - Construction drawings for the rehabilitation of the LMRP and grounds
   - Revision 1 was published June 22, 2010 and revision 2 was published July 2, 2010.
   - Drawings include civil, architectural, landscape architectural, structural, mechanical, electrical, plumbing, and HVAC.
   - An 8" two-way concrete slab supported by timber piles is shown for the LMRP
   - Expansion joints were spaced at 338'-0" on center in the concrete slab of the LMRP.
   - Widths of the expansion joints was listed in tables on Sheet S5.02.
   - Pressure relief valves were removed and reinstalled in the LMRP
   - Sheet S502 dictates the joint size and expected joint movement depending on installation temperature.
   - Water could be diverted from the re-circulation system to the sanitary sewer system via the low pressure grinder or the sand filter.

9. **NAMA150274 Construction Contract C2011100064 approved construction Submittal *"Revised Pool Expansion Material"* (Submittal 03 30 00 2.5A) (Appendix C herein)**

Approval Date: September 15, 2011

- Attachment c in the Alpha scope of work
- Iso-Flex Precon HPS by LymTal International, Inc. was specified for use in the expansion joints of the Lincoln Reflecting Pool.
- The expansion material is recommended for use in horizontal and vertical construction and expansion joints.
- The expansion material allows for joint movement of +/- 50% of the joint width
- A letter from Gary A. Busch of LymTal International to Rick Richardson of Corman Construction was included with the submittal. The letter outlines the allowable joint movements for the three locations Iso-Flex HPS was to be installed in the pool.
- Iso-Flex HPS 300, with an allowable joint width between 1 1/2" and 4 1/2", was specified to be used in the expansion joints along the interior gridlines of the pool.
- Iso-Flex HPS175, with an allowable joint width between 0.875" and 2.625", was specified to be used in the expansion joints along gridlines 3.0E and 3.0W.
- Iso-Flex HPS100, with an allowable joint width between 0.5" and 1.5", was specified to be used in the expansion joints along gridlines A and B.
- Table 1, Table 2 and Table 3 show the expected maximum and minimum joint widths based on temperatures at installation for the Iso-Flex HPS 300, HPS 175, and HPS 100, respectively.
- The joint sizes shown in Table 1, Table 2, and Table 3 modify the joint sizes shown on Sheet S502 of the original construction drawings. (Appendix C of this report).

10. **NAMA 150274 Construction Contract C2011100064 Request for Price Proposal 035 *"Pool Coping Stone Reinstallation Details AMENDED"* (RFP 035)**

   Date: February 3, 2011

   - Attachment d in the Alpha scope of work
   - Horizontal dowels were discovered during removal of the granite coping stones.
   - Holes in locations where dowels were removed were to be filled with mortar or sealant.
   - Dowels that were unable to be removed were to be cut flush with face of the stone.
   - Revisions were made to the coping stone joints water stop and sealant details.

11. **Request for Information 063 – *"Reflecting Pool Expansion Joints"* (RFI 063)**

   Date: April 22, 2011

   - Submitted by Dennis Brown of Corman Contraction
   - Request verification of the joint sizes shown on S502 of the construction drawings are correct.
   - Confirms that the tables shown on S502 of the original construction drawings should be used.
   - The design temperature range for the expansion joints in the LMRP is between 0°F and 80°F.

- Installation of the concrete slab was limited to temperatures between 40°F and 80°F.

12. **Submittal 03 30 00 1.6 "*Mix Design for Pool Concrete*" (Submittal 03 30 00 1.6 III)**

Approval Date: July 27, 2011

- Previously submitted and reject on April, 1 2011 and June 30, 2011.
- 4000 psi, air entrained, normal weight, low shrinkage concrete mix was specified.
- An air entrainment admixture, Sika AEA-14, was included in the mix design.
- A shrinkage reducing admixture, Sika Control 40, was included in the mix design.
- A water reducing admixture, Plastocrete 161, was included in the mix design.
- A water resisting and Superplasticizing admixture, Sika Watertight Concrete Powder, was included with the mix design.
- Propex fiber reinforcement was added to the mix design.
- Shrinkage tests of the proposed mix design were included.  An average - 0.017% change in length was noted after 28 days of air storage.

13. **Submittal 03 30 00 - "*Alternative Grade Beam Design*" (Alt. Grade Beam Design)**

Approval Date: August 4, 2011

- Alternate design for the grade beams submitted by Corman Construction, Inc. to improve the constructability of the structural slab and foundation.
- Design was completed by Whitney, Bailey, Cox, & Magnani, LLC of Baltimore, Maryland.
- Grade beams running in the north-south direction were proposed in this alternative design to be poured separately from the 8" concrete slab.
- The 8" slab changed to a one-way slab, but no modification to the reinforcement was proposed.
- Pile capitals were eliminated.
- Re-submittal of the LMRP slab reinforcing shop drawings was required.

14. **03 30 00 2.1G "*Concrete Admixtures*" (Submittal 03 30 00 2.1G)**

Approval Date: September 12, 2011

- Approved additional concrete admixtures at the request of Aggregate Industries to maintain workability and quality of previously approved concrete mix design.
- Super Air Plus air bags by Fritz Pak were approved to raise the air content of the concrete at the jobsite.
- Super Slump Buster from Fritz Pak was approved to reduce the slump in the field.
- Plastiment, a water reducing and retarding admixture by Sika, was approved to be used at the plant to improve workability.
- An increase in the batch to discharge time was not approved as part of this submittal.

15. **Request for Information 141 – "*Existing Perimeter Grade Beam Elevations*" (RFI 141)**

Date: September 23, 2011

- Submitted by Danielle Litardo of Corman Construction, Inc.
- Survey of the existing perimeter grade beams revealed the elevation for the top of the grade beams varied from 6.66' to 7.03'.
- Due to the higher elevation noted, the final elevation of the coping stones was raised to 7.823' at the pool side.
- Grout and mortar was used to raise the coping stone elevation in other locations around the perimeter of the LMRP.
- Grey Iso-Flex Precon H-PS was specified to be installed in the horizontal stone/concrete joints along the water side of the coping stones.
- Water elevation for the LMRP was specified as 4" below the top of the coping stones.

16. **Request for Information 151 – "*Expansion Joint Material Clarification*" (RFI 151)**

Date: November 1, 2011

- Clarification requested by Scott Szympruch of Corman Construction
- Hydrotite Type CJ water-stop was installed below the coping stones.
- Iso-Flex Precom H-PS expansion joints were installed below the coping stones
- Iso-Flex Precom H-PS expansion joint were installed in the vertical joint between the pool slab and existing perimeter grade beam.
- Water-stop material was required between the slab haunch and existing grade beam.
- The water stop specified in Section 9 on Sheet S401 refers to Hydrotite Type CJ water-stop.

17. **Submittal 03 30 00 – "*Alternative Grade Beam Reinforcement Drawings*" (Alt. Grade Beam Reinforcement Drawings II)**

Approval Date: November 10, 2011

- Shop drawings completed by the Victory Steel Company, Inc. of Baltimore, Maryland.
- Originally submitted and approved as noted on August 16, 2011.  The above  re-submittal was as requested by Ammann & Whitney Consulting Engineers for record and field use.
- Re-submittal of the reinforcement shop drawings as required in the approval of the alternate grade beam design.
- Shows reinforcement sizes and locations for the alternate grade beam design as designed by Whitney, Bailey, Cox, & Magnani, LLC.

18. **Submittal 03 30 00 1.6D – "*Elimination of Grade Beam in East-West Direction on West End of Pool*" (Submittal 03 30 00 1.63D)**

Approval Date: November 15, 2011

- Grade beam supporting the cantilevered slab adjacent to gridline 3.0W was eliminated by Whitney, Bailey, Cox, and Magnani.

- Additional reinforcement was specified to be placed in the concrete slab.

19. **NAMA 150274 Construction Contract C2011100064 approved construction submittal** *"Pecora Polyurethane Sealant for Pool Coping Stone Expansion Joints"* **(Submittal No. 04 43 00 1.4)**

Approval Date: June 12, 2012

- Attachment e in the Alpha scope of work.
- DynaTred, a Non-Sag traffic grade polyurethane sealant by Pecora Corporation was specified for use in the sidewalk expansion joints.
- DynaTred is not recommended in longitudinal expansion joints intended to be used as constant traveling surface.
- According to the submittal, the limitation on use in longitudinal expansion joints should not apply here since the joint will experience only occasional traffic.
- DynaTrol II, a general purpose polyurethane sealant also provided by Pecora Corporation was approved as acceptable for use in the expansion joints along the sidewalk.
- Exact locations of proposed DynaTred and DynaTrol II installation was not included with the submittal.

20. *System Log Sheet for Reflecting Pool* **from NPS  (Pump Log) (Appendix J herein)**

Date Range: October 23, 2012 – February 13, 2013

- The pump number, rate, pressure, and information about the filtration and ozone system are recorded on the pump log.
- The pool level was recorded at "-6.2?" on January 19, 2013.
- The pool level was not recorded since January 19, 2013.
- Fill was indicated at 9:00 am, 12:45 pm, 1:46 pm, and 4:30 pm on January 24, 2013
- Instantaneous rates of the fill pumps were recorded between 1,030 gpm and 1,080 gpm.
- The ozone system was not on at the time of filling on January 24, 2013.
- The re-circulation system was in operation in the days preceding the water loss discovery.

21. **NPS Internal Memorandum entitled** *"Summary of Facts Concerning Government Notification of Leaks in Lincoln Memorial Reflecting Pool,"* **(NPS Memo - Summary of Facts) (Appendix D herein)**

Date: February 11, 2013

- Attachment f in the Alpha scope of work.
- Memo to Mr. Ray Prazak, Contracting Officer with NPS from Mr. Doug Denk, Contracting Officer's Representative also from NPS.
- In an email on Wednesday, January 30, 2013, Mr. Dennis Quinn notified Mr. Denk that water was leaking from under the grade beam on the east end of the pool.
- In the same email, Mr. Denk indicated 2 to 3 inches of water have been lost from the pool.

- Water appeared to be coming out from below the very bottom of the perimeter grade beam on the east side of the pool.
- The excavation the water was noted in had been there a couple of weeks, but water was only recently observed in the excavation.
- The water level in the pool was indicated to drop 4" in the last 4 1/2 days.
- The pool was filled to its normal operating level by Mr. Quinn on Friday, January 25, 2013.
- The pool drain and overflow lines were plugged and capped at the pool inlets.
- Corman Construction was notified of the leak discovery on January 30, 2013.
- Scott Szympruch and Rick Richardson from Corman Construction visited the site on January 30, 2013.
- Separations in the Iso-Flex expansion joint material in the joint between the back of the skimmer and coping stones were observed.
- Separation of the expansion joint material in the concrete basin was noted between section S1E and S1W.
- Separation was noted in the expansion joint material between S2E and S3E.
- The skimmer on the east end has moved off the coping stones.
- Photos of the field observations made by Mr. Quinn were included in the appendices of the memo.

22. **NPS Internal Memorandum entitled** *"Results of Internal Investigation into Reported Lincoln Memorial Reflecting Pool Leakage and Expansion Joints Issues"* **(NPS Memo – Expansion Joint Investigation), (Appendix E herein)**

Date: February 11, 2013

- Attachment g in the Alpha scope of work.
- The investigation by NPS was conducted between February 4, 2013 and February 6, 2013.
- Water temperatures measured at the time of the investigation ranged from 35°F to 40°F.
- Ice was noted on the pool surface on February 3, 4, 5, and 6, 2013.
- There are five types of expansion joints that contribute to the water tightness of the pool: between the pool slab section along the interior gridlines, between the pool slab and perimeter grade beam along gridline A and B, between the pool slab and perimeter grade beam along gridline 3.0W and 3.0E, expansion joint between the bottom of the coping stone and the top of the perimeter grade beam, and vertical expansion joints between the coping stones.
- Expansion joint material is installed along the back of the gutter, but the joint does not contribute to the water tightness of the pool.
- Widths of the expansion joints along the interior gridlines ranged from 3.375" to 4.25".
- Minor to major failures in the expansion joint and adhesive joint material were noted in the expansion joints along the interior gridlines.
- Width of the expansion joint along gridline 3.0W was between 2.375" and 3.0".
- No visible defect was noted in the joint along gridline 3.0W.

- The joint along gridline 3.0E was not measured due to the presence of the skimmers.
- Width of the expansion joint along gridline A and B was between 1.188" and 2.625".
- Isolated apparent failures of the expansion joint material was noted in a few locations.
- Expansion joints between the bottom of the coping stones and the top of the perimeter grade beams around the perimeter of the pool were not reviewed.
- Moderate to major failures of the expansion joint material in the vertical coping stone expansion joints was noted.
- Width of the expansion joint material between the skimmer and coping stone was between 2.0" and 2.625".
- Photos of typical distress noted in the expansion joints were included with the memo.

23. **NPS Internal Memorandum entitled** *"Report on Lincoln Memorial Reflecting Pool Coping Stone Expansion Joints Condition"* **(NPS Memo – Coping Stone Joint Investigation) (Appendix F herein)**

Date: February 11, 2013

- Attachment h in the Alpha scope of work.
- Review of the expansion joints in the coping stones was performed on February 5, 2013.
- Water temperatures were measured between 35°F and 40°F.
- Forty-six (46) coping stone expansion joints are installed in the north, south, and west sides of the pool.
- Expansion joints in the east end of the pool were not visible due to construction on the adjacent site.
- Thirty-four (34) of the expansion joints in the coping stones were failed.
- Water was observed to be actively leaking from many of the joints.
- Joints appear to have backer rods installed
- Photographs of each visible expansion joint around the perimeter of the pool were included with the memo.

24. **Interview with Mr. Dennis Quinn.**

Date: February 19, 2013

In addition to the document review, Alpha also spoke with Mr. Dennis Quinn. Alpha's conversations with Mr. Quinn included the timeline for the most recent construction of the LMRP, general operating procedures for the LMRP, and the sequence of events surrounding the discovery of the water loss in the LMRP. Based on Alpha's conversations, the following information was obtained:
- Ozone system was not operational at time of first pool filling at the end of August 2012. Pumps and filters were operational, but the commissioning of the ozone system had not occurred.
- Ozone system operational in the middle of September 2012.

- The pool has a system log which began at the end of October, 2012. Log records when pumps have been turned on, turned off, when filter has been cleaned, pressure, and flow rate of pumps. Log is recorded by hand, there is not an electronic data logger on the system.
- Two – three times in the Fall of 2012 the strainer became clogged with leaves so system shut off and sand backwash would continually backwash.
- Before January 25, 2013 the sand backwash system was re-programmed to only backwash 5 or less times sequentially.
- Mid-October 2012 the pool had large amounts of algae and pool required draining and cleaning with a sodium hypochlorite solution. Pool was refilled and chlorine has since been routinely added.
- Butterfly valve in SS #1 is known to leak.
- The pool has not frozen full depth, but was frozen sufficiently for people to walk on surface the weekend of January 15th.
- Pool designed for auto-filling, but system not in activated. Pool is manually filled by opening valves.
- The 16" and 30" overflow drain lines have been plugged. The 30" had been plugged since October, 2012.
- Special Structure #1 (SS#1) was closed for WWII construction approximately the second week of January.
- Fill pool every 1-2 weeks.
- Ideal pool level is 2" below design level due to configuration of SS#1 and do not want chlorination through weir.
- Weir in SS#1 does leak due to wood planking.
- Filled pool Friday, January 25, 2013 consistently with previous fillings. However, did not check level of pool after closing valves.
- Friday, January 25, pool was 2" lower than anticipated (7" below coping stones). Received call from WWII personnel indicating water was present under east grade beam and flowing into excavation for a test pit.
- 1" of pool elevation is approximately 200,000 gallons of water.
- Typical filling resulted in pool level close to top of coping stones.
- When pumps were turned on January 18th, level was approximately 1" below skimmer.
- There is 4" between skimmer and top of coping stone.
- There is some question as to whether expansion joint material was installed under the skimmer at the east end of the pool.
- Concrete was poured for the slab of the pool from November of 2011 to March of 2012 from 2am to 8am.
- Expansion joints were installed in July, 2012.
- An engineer was on site Summer 2012 to review cracking in the slab.
- Curing procedures and whether concrete was kept warm enough for proper curing was questioned.

- Expansion joints were repaired as a punch list item.
- The design of the joint widths and associated tables in Construction Documents were remembered to be a source of RFI's and discussion in progress meetings. Contractor requests revision to 3" joints via a submittal. A/E requested guarantee from manufacturer, uncertain if ever provided.

25. **Comparison of Expansion Joint Widths**

Review of the construction documents revealed that the structural engineer of record, Ammann & Whitney, provided a different expansion joint configuration than the contractor, Corman Construction, Inc., and the expansion joint manufacturer, LymTal International, Inc., provided. Given the difference in the expansion joint widths, further discussion on the methods used to obtain the joint widths has been presented below.  To simplify the discussion, only the interior expansion joints are discussed; however, the same logic and process can be used to explain the values presented for the other expansion joints in the LMRP.

Based on the design temperature range of 0°F to 80°F, the concrete slabs of the LMRP are expected to shrink or contract a maximum of approximately 1.78".  It is assumed that half of this movement will occur on each end of the slab.  Since each joint is bordered by two slabs each moving one-half of the total movement or 0.89", each joint will move 1.78" total.  Further, the joints will be smallest at the higher temperatures, where the slabs have expanded, and largest at lower temperatures, where the slabs have contracted.  The expansion joint tables in the original construction drawings and in the contractor's submittal (Item No. 9) agreed on the total magnitude of movement expected.

Knowing that the expansion joint material could accommodate movement up to plus or minus 50% of its installed width, the engineer of record determined the required width as at least two times the maximum expected contraction or expansion of the joint. For example, when the joint was installed at 80°F, 1.78" of contraction was expected and a joint of at least 3.56" would be required (A 4" joint was recommended).  Likewise, a joint installed at 40°F would undergo 0.89" of expansion or 0.89" of contraction, thus requiring a joint width of at least 1.78" (2" was recommended).   The expansion joints are larger when installed at higher temperatures because a larger magnitude of movement is expected at those temperatures.  It is important to note that at 40°F, the expansion and contraction of the slab is balanced, thus a smaller joint size is required.  If installation was permitted at temperatures lower than 40°F, the required joint widths would increase to accommodate the increased amount of expected contraction that would take place.

The contractor took a different approach to determine the required expansion joint widths. By pre-compressing the joint material, installation of a smaller joint was possible.  Further, pre-compressing the material allowed the material to be installed at the lower end of its movement

range.  Since the installation range is limited to the top of the design temperature range, where joint sizes will be smallest, the majority of the expected movement of the joint material will be in a single direction.  Therefore, pre-compressing the material allows it to have expansion potential greater than 50% of its width.  For example, a 3 inch joint is specified for 80 degrees, which has the capacity to expand 1 1/2" to its maximum width of 4 ½".  However, by pre-compressing the material and fitting it into a joint that is 2 1/2" at 80 degrees, the expansion potential is increased to 2", half an inch of relaxation to the material's un-deformed position and 1 1/2" of expansion of the material.

The reason that the joint widths themselves are smaller is again due to the ability to pre-compress the material.  The contractor was able to "stuff" a larger joint material into a smaller size opening, allowing him to provide the capacity to accommodate all the expected expansion.  With the engineer's method, a larger joint must be specified in order to provide sufficient capacity to accommodate the expected expansion.

Neither the engineer nor the contractor are incorrect in the sizing of the joints, they are two alternative methods to determining the required joint widths.  The contractor's method had the advantage of providing one joint size no matter the installation temperature, which provided a cost and potential time savings.  Also, the initial joint size could be smaller for the specified installation temperatures. Ultimately, the contractor's method was accepted and installed in the expansion joints of the LMRP.

V.      **General Structural Condition**

In addition to reviewing the LMRP for potential causes of the water loss event, Alpha also reviewed the general structural condition of the pool.  Discussed below are the deficiencies noted around the perimeter and interior of the LMRP during the review.  The deficiencies are discussed here in general terms and any contribution they may have to the loss of water from the LMRP is discussed in a later section.  Repair recommendations for the noted deficiencies are also provided in a later section of this report.

Alpha's review of the perimeter of the LMRP included an inspection of the expansion joints of the sidewalk and coping stones around the perimeter of the LMRP.  Fifty-two expansion joints in the sidewalks along the North and South sides of the LMRP were noted.  Damage was noted in a majority of the sidewalk expansion joints.  The damage ranged from minor, isolated separations in the expansion joint material to larger, widespread failure of the expansion joint material (See photo No. 10 in Appendix A).

The condition of expansion joints in the coping stones along the north, west and south sides of the LMRP was also noted.   According to the *NPS Memo – Coping Stone Joint Investigation*, there are a total of 46 expansion joints in the coping stones along these sides of the pool.  At the time of the site visit, no expansion joints along the east side of the LMRP were visible due to the construction at the adjacent site. The majority of the visible joints exhibited damage ranging from minor separations to more widespread failure and separation between the coping stones and expansion joint material.

Photo No. 4 and 5 in Appendix A are typical of the noted damage in the coping stone expansion joints. Water was noted in several of the failed expansion joints between the coping stones. Additionally, separations in the joint material between the coping stones and sidewalk were noted at the southwest corner and along the west end of the LMRP (See Photo No. 11 in Appendix A). Missing mortar was noted in the coping stone joints at two locations along the west end of the LMRP (See Photo No. 12 in Appendix A).

Inspection of the interior LMRP slab was conducted using an acrylic viewing tube to look through the water at specific sections along the bottom of the LMRP. During the review, minor cracking was noted in the concrete slab around the water inlets. The cracking extended approximately 2'-0" from the corner of the water inlets. No visible separations were noted in the cracks observed. Further, the cracking was primarily present in the water inlets along the north side of the LMRP.

Alpha also reviewed the expansion joints along the interior gridlines of the LMRP. Joint widths measured in the field were typically along the same order of magnitude, but slightly less than those recorded by NPS (*Results of Internal Investigation into Report Lincoln Memorial Reflecting Pool Leakage and Expansion Joints Issues*). The slightly lower measurements taken during Alpha's site visit are likely due to the warmer weather, leading to expansion of the slab and narrowing of the expansion joints. Damage noted during Alpha's review included numerous separation in the expansion joint material in the LMRP and corresponded with the observations by NPS (*Results of Internal Investigation into Report Lincoln Memorial Reflecting Pool Leakage and Expansion Joints Issues*). Longitudinal tears and separations in the expansion joint material were especially prevalent in joints along the interior gridlines of the LMRP. Based on Alpha's observations, the conditions of the expansion joints reported by NPS appear to accurately represent the actual conditions in the LMRP.

Additionally, the effect of the leaking water on the foundation of the LMRP was also considered. The concrete slab is supported by a series of grade beams that bear on timber piles, which extend down to bedrock. During the site visits, no soil subsidence or soil runoff was noted in areas surrounding the LMRP. There was no evidence that a large amount of soil was carried away by water leaving the LMRP. Also, the timber piles transfer the load of the pool and water directly to the bedrock. Therefore, a loss of soil directly below the slab would not result in undermining the foundation of the LMRP.

## VI.   East Expansion Joint between Slab and Grade Beam at Gridline 3.0E

Review of the east expansion joints by NPS was limited due to the presence of the skimmers along the east end. The investigation, as well as Alpha's initial site visit, did reveal separations in the joint material between the skimmers and the coping stones. However, water tightness of the LMRP is not dependent on this joint.

In order to review the other expansion joints along the east end of the LMRP, Corman Construction, Inc. removed the skimmers along the east end of the LMRP on March 4, 2013. Alpha conducted a preliminary survey of the joint at the east end on the same date. However, due to the poor visibility conditions of the water, a thorough review of the joints was not possible at that time. A more complete review was completed on March 20, 2013. The joint material was observed to be intact and in good condition. Further, no major separations were noted in the expansion joint at this location.

Ongoing water intrusion into the Clark Construction site has been periodically noted after Alpha's initial survey. To determine if the water loss was originating from the LMRP, NPS personnel used a hydrometer to inject dye into the LMRP along the east side on April 24, 2013. As shown in Photo 13, dyed water was clearly visible in the Clark Construction excavation. Therefore, water is actively leaking from the LMRP, most likely in the expansion joint between the slab and the concrete grade beam along the east end.

## VII.   Investigation into Potential Causes of Water Loss

A number of potential causes for the noted loss of water from the LMRP were considered in this report. These causes have been summarized in a tabular form to allow for easy review. The table includes a basic description of the potential cause, contributing and counter arguments as to the likelihood the reason caused the water loss. Additionally, Alpha has included any potential further investigation that may be conducted to support/disprove any potential cause considered, as well as any remedial repairs to correct any noted deficiencies. These remedial repairs are recommended regardless of the likelihood that the specific cause was the cause of the significant water loss.

| Reason No. | Possible Cause | Contributing Reasoning | Counter Reasoning | Possible Future Investigation | Conclusion | Remedial Actions |
|---|---|---|---|---|---|---|
| 1 | The water loss is a result of failed expansion joint material in the interior expansion joints (gridlines 2.0W, 1.0W, 0.0, 1.0E, & 2.0E) and the perimeter joints (gridlines 3.0 W, 3.0 E, A and B) of the LMRP slab. Review of Submittal 03 30 00 2.5A reveals that Iso-Flex HPS300 was installed in all the interior joints of the slab, Iso-Flex HPS175 was installed along gridlines 3.0 W and 3.0 E and Iso-Flex HPS100 was installed along gridlines A and B. Maximum allowable movements have been summarized in *Appendix H- Table of Measured Joint Widths* | Visual observations of the expansion joint material revealed separated and damaged expansion material within many of the expansion joints of the pool. Further, numerous longitudinal tears in the expansion joint material was noted, indicating the joint has torn as a result of excess lateral movement of the material. Referring to *Appendix H - Table of Measured Joint Widths*, it can be seen that many of the expansion joints along the perimeter of the pool exceeded the maximum allowable width. Additionally, *Appendix H* shows that the majority of the joints in the LMRP are wider than what was originally expected. Further, NPS noted the presence of ice on the surface of the LMRP at the time of their review. Review of weather data collected form the National Oceanic and Atmospheric Administration (NOAA) revealed sub-freezing temperatures from January 22 until January 27. From this, one can surmise that the temperature of the water at the time of the water loss was at least 32 °F. The rightmost columns of the excel spreadsheet contained in *Appendix H* show the joint widths at 32 °F. The drop in temperature results in additional joints widening to where they exceed the allowable joint width. In warmer temperatures, the joint widths have decreased and the water loss has slowed. | Sub-freezing temperatures had been recorded prior to and since the water loss discovery on January 30, 2013. Yet, no significant loss of water was noted prior to or after the water loss event. If widening of the joints due to decrease in temperature was the reasoning, the water loss should have occurred at that time as well. | | While the LMRP experienced sub-freezing temperature prior to and after the discovery of the water loss, the duration of those freezes was possibly insufficient to lower the temperature of the water and the slab within the LMRP sufficiently to cause widening of the joints. Further, the warmer temperatures experienced since the water loss discovery have resulted in the expansion joints narrowing. This could possibly explain why no further, significant loss of water was noted from the LMRP since the original water loss discovery. Therefore, we conclude that the failure in the expansion joints is most likely the cause of the loss of water noted on January 30, 2013. | The damaged expansion joint material should be removed from the joints and replaced with expansion joint material with sufficient flexibility to accommodate the anticipated movement of the joints. Care should be taken to follow all manufacturer's directions for installation to assure a watertight joint. Further, it is important to account for and provide sufficient flexibility for any potential source of movement in the slab that may result including, but not limited to, thermal movement, settlement, and shrinkage of the slab. |

| Reason No. | Possible Cause | Contributing Reasoning | Counter Reasoning | Possible Future Investigation | Conclusion | Remedial Actions |
|---|---|---|---|---|---|---|
| 2 | The water loss is a result of failed expansion joint material in the coping stone joints around the perimeter of the pool.  Review of Submittal 04 43 00 1.4 reveals that DynaTred or DynaTrol II was installed in the coping stone joints around the perimeter of the pool. | Review of the perimeter coping joints of the LMRP revealed the presence of numerous separated and cracked expansion joint materials.  Additionally, standing water was noted in several of the expansion joints between the coping stones. | No remedial repairs have been conducted to the coping stone joints since the water loss was initially noted on January 30, 2013.  Since the damaged expansion joint material is still present in the coping joints, significant loss of water from the pool should be on going.  Furthermore, the noted water within the joint was standing water and was not noted to be flowing out of the pool. | | Because the material was installed approximately one year ago, it can be concluded that the material is deficient. However, since no major loss of water has been noted since the event, it is unlikely that the failed expansion joints in the coping stone significantly contributed to the loss of water noted on January 30, 2013. | The damaged expansion joint material should be removed from between the coping stones.  The joints should then be filled with expansion joint material with sufficient movement capability to adequately seal the joints in the coping stones. |
| 3 | The water loss is the result of failed temporary measures to dam the drainage system from the pool.  These measures are present due to construction at the World War II Memorial adjacent to the LMRP and include sandbags over the 30" diameter drain pipes and plugging of the 16" diameter pipes servicing the trench drains. | Review of the drain pipes in the Special Structure #1, the manhole servicing the drain pipes for the LMRP, revealed standing water in the bottom of the manhole.  Further, review of the 30" drain pipe from within SS#1 revealed a small amount of water leaking from the valve. | No movement of the water was noted leaving SS#1.  Further, conversations with Clark Construction Personnel on-site revealed that the water within SS#1 was the result of run-off and the incoming tide backing up through the storm water pipes. | | Since the balloon plug and sandbags have not been moved since installation prior to the event and no major loss of water was noted either before or after the discovery of the water, it is unlikely that a significant amount of water is escaping through the sandbags and balloon plug in the drain line. | |
| 4 | The water loss is due to malfunction of the pressure relief valves below the LMRP.  It is Alpha's understanding that the valves relieve excess hydrostatic pressure that builds up below the slab due to rising groundwater or tidal conditions. | If a pressure relief valve was open and was unable to close due to malfunction or clog, water in the LMRP would be allowed to drain into the surrounding soil below the LMRP.  Further, the original construction drawings indicate that these valves were re-installed (not replaced) from the prior construction. No documentation was provided to Alpha on the condition of the original valves and their ability to perform the intended service. | In order to achieve sufficient flow rates to result in the loss of water noted, the majority of the pressure relief valves would have to malfunction simultaneously.  Further, the cause of the malfunction would most likely still be present and the loss of water from the pool should be ongoing. | Once pool is drained, recommend ensuring valves are not stuck and review functionality. | While it is possible that a few of the pressure relief valves may be inoperable due to debris or rust, it is unlikely that the majority of the valves be stuck open at the same time.  Further, any valve that is stuck open would likely remain stuck open and the water loss should be continuing.  Since no major water loss has been noted since the event occurred, the pressure relief valves are not likely a significant contributor to the loss of the water noted on January 30, 2013. | |

| Reason No. | Possible Cause | Contributing Reasoning | Counter Reasoning | Possible Future Investigation | Conclusion | Remedial Actions |
|---|---|---|---|---|---|---|
| 5 | The loss of water was the result of leaking through miscellaneous cracking in the concrete slab of the LMRP. | Cracks were noted extending from the water inlets.  Water may be allowed to escape through these cracks and into the soil below. | The noted cracking was very minor with no visible separation.  Further, while temperature and shrinkage cracking may be present in the slab, these cracks are most likely also very minor.  No significant cracks were noted in the slab.  In order for the noted amount of water to escape, significant cracking of the concreter slab would have to be present. | When the pool is drained, a thorough inspection of the surface of the concrete slab should be conducted to identify all cracking. | Since no significant cracking was noted and no major loss of water has been noted after the discovery of the water loss, any miscellaneous cracks in the concrete slab most likely did not significantly contribute to the loss of the water noted. | Cracking along the interior of the slab cannot be repaired without first draining the LMRP.  Small cracks can be repaired by injecting with epoxy.  Larger cracks should be cleaned of containments, routed to remove any unsound concrete, and repaired with an epoxy sealant. |
| 6 | The drain valve leading to the low pressure grinder was left open allowing water flowing through the recirculation system to escape into the sanitary sewer system. | The low pressure grinder is connected to the Filter Skid in the LMRP pump house.  Typically, water is prevented from flowing into the grinder with a valve.  If the valve were damaged or were left open, water would flow through the grinder and into the sanitary sewer system. | Water had previously been allowed to escape through the low pressure grinder, which resulted in flooding of an area adjacent to the pump house.  No flooding was noted in this instance.<br>Further, review of the System Log Sheet for the Reflecting Pool revealed that the measured flow rate of the recirculation system was not lower than previously recorded. Since the valve to the grinder is before the flow meter, any water lost to the grinder would lower the pressure in the system, thus lowering the recorded flow rate in the system. | | Since the flow in the circulation system did not significantly drop in the days leading up to the water loss discovery, it is very unlikely that a significant amount of water was escaping through the valve.  Therefore, it is unlikely that the grinder valve being left open was a significant contributor to the water loss. | |
| 7 | The valve leading to the sanitary sewer from the sand filter backwash was left open. | The sand filter backwash pipe leads from the filtration system directly to the sanitary sewer.  If this valve was left open or damaged, water would be allowed to exit the circulation system and enter the sanitary sewer. | The valve to the sanitary sewer for the sand filter backwash is located before the flow meter.  A large amount of water leaving the system through this valve would drop the pressure in the system, thus reducing the recorded flow.  However, review of the System Log Sheet for the Reflecting Pool revealed no such drop in the recorded flow at the time of the water loss. | | Since the flow in the circulation system did not significantly drop in the days leading up to the water loss discovery, it is very unlikely that a significant amount of water was escaping through the valve, even if it was left open.  Therefore, it is unlikely that water escaping through the sand filter to the sanitary sewer system significantly contributed to the water loss. | |

| Reason No. | Possible Cause | Contributing Reasoning | Counter Reasoning | Possible Future Investigation | Conclusion | Remedial Actions |
|---|---|---|---|---|---|---|
| 8 | A failure in the check valve separating the intake from the recirculation system failed, allowing water to be diverted into the tidal basin. | The water intake system allows for water to be pumped into the re-circulation system. The intake pipelines are separated by a valve. If this valve were left open, water would be allowed to flow into the intake pipelines and potentially drain out into the tidal basin. | The valve separating the water intake pipes is located after the re-circulation pumps but before the flow meter. Therefore, a significant amount of water being diverted to the tidal basin via the water intake system would result in a significant reduction in the measured flow which was not recorded in the system Log Sheet. | | In the days leading up to the water loss discovery, no significant drop in the flow of the re-circulation system was noted. Therefore, it is unlikely that water was leaving the re-circulation system through the water intake pipelines. | |
| 9 | A leak in the piping for the future Constitution Pond has allowed water to escape the re-circulation system for the LMRP. | According to the original construction drawings, the circulation system has the capability to provide water for not only the LMRP, but also a future Constitution Pond. Currently, the piping for the future pond extends from the pump house, below the LMRP, and terminates at the north side of the pool. If the valve leading to the pond were left open and there was a leak in the installed piping, water would be partially diverted out of the recirculation system. | Since there is not currently a pond, there is no reason for this valve to be opened. Further, a loss of 500,000 gallons from the pipe would most likely result in soil distress which would appear at the surface along the route of the buried piping. However, no such distress has been reported or observed. | | Because there is not a reason for the valve to be opened and no distress was noted along the path of the piping, it is unlikely that water escaped from the piping for the future constitution pond. | |
| 10 | Poor concrete conditions during concrete pouring led to cracking in the concrete slab and allowed water to escape from the LMRP. This cracking could have resulted from an alkali-silica reaction, which occurs when the alkali hydroxides in the concrete react with the silica minerals in the aggregates, or due to lower temperatures during curing. | While the exact conditions of the concrete placement are not known, it is known that concrete pours were done at night during the winter months of 2011 into 2012. This means that there is a high possibility that cold weather temperatures were encountered. If cold weather concreting procedures were not followed or the concrete underwent an alkali-hydroxide reaction, cracking would have resulted. If the cracking were significant, water may be allowed to flow from the LMRP. | No records of the concrete pouring conditions were received. Therefore, it cannot be determined if appropriate steps were taken to protect the concrete from the weather conditions at the time of placement. Further, no significant cracking was noted during the review of the LMRP. Additionally, no ongoing loss of water has been noted. | The presence of byproducts of an alkali-silica reaction can be confirmed by conducting a petrographic examination of a sample of the hardened concrete. This test could be performed and should be performed in accordance with ASTM C856 to look for the products of an alkali-silica reaction. | No major loss of water has been noted from the LMRP since the initial water loss discovery and no significant cracking was noted during the review of the concrete slab. Therefore, cracking in the concrete slab of the LMRP, if present, most likely did not significantly contribute to loss of water noted. | |

| Reason No. | Possible Cause | Contributing Reasoning | Counter Reasoning | Possible Future Investigation | Conclusion | Remedial Actions |
|---|---|---|---|---|---|---|
| 11 | Movement and separation at the control joints in the concrete have allowed water to leak from the LMRP. The original construction drawings include a two (2) phase slab placement plan consisting of twenty four different slabs along the length of the LMRP. Construction joints were specified to be placed in between each of these slabs. | The construction joints are shown in Details 4 and 5 on S5.01 of the original construction drawings and show a preformed keyed joint with continuous reinforcement and a hydrotite water stop in the joint. If the water stop was not installed at these joints or if movement has resulted in separation of the slab and the water stop at these joints, water would be able to leak out of the LMRP and escape into the soil. | Since no inspection reports were provided, it is not clear the exact phasing that was used by the contractor to install the slab. Therefore, it is not known the exact quantity or location of these joints within the LMRP. However, joints are most likely present somewhere in the LMRP slab. If these joints are the source of the water loss, any separation in the joints should be visible and the water loss should be a continuing problem. | | No documentation has been provided to show that the water stops were not installed in the construction joints. Further, if separation at these joints was an issue, the separations would be visible and water would have continued to escape after the initial discovery of the water loss. Since this has not occurred, it is not likely that the construction joints significantly contributed to the loss of water noted on January 30, 2013. | |
| 12 | Leaking from the below grade piping of the re-circulation system allowed water to escape from the LMRP | The large network of water supply pipes leading from the LMRP to and from the pump house allow for water to be recirculated directly from the LMRP. Leaks in any of these pipes could allow for water to escape the system. | Based on the System Log Sheet for the LMRP, the re-circulation system continued to operate for approximately two weeks after the discovery of the water loss. However, no further significant loss in water level was noted during that time. | | Since operation of the system after the initial water loss discovery did not further lower the water level in the LMRP, leaking underground pipe is not likely a significant source of water loss from the LMRP. | |
| 13 | The LMRP was not filled to its operational level (6" below the coping stones) prior to discovery of the water loss. | According to conversations with Mr. Quinn of NPS, the LMRP was filled to the operational level, 6" below the top of the coping stones, on January 25, 2013. This was done by turning on the raw water intake and allowing those pumps to run for six (6) to eight (8) hours. However, Mr. Quinn indicated that the LMRP level was not checked to determine if it had reached its operating level prior to shutting off the pumps. Further, a review of the provided documentation revealed the raw water pumps to provide a flow rate of 1000 gpm when operating. However, measured flow rates at the time of the fill operation were 1030 gpm and 1080 gpm, above the indicated capacity of the pumps. The higher flow rate may indicate that a different, higher capacity pump was operating at the time of filling and not the water intake pumps. | Review of the System Log Sheet for Reflecting LMRP revealed the LMRP was periodically filled with water from the tidal basin. If there was a problem in the raw water intake or piping leading to the LMRP, lower water levels in the LMRP would have been noted in the months preceding January 30, 2013. Additionally, the System Log Sheet for the Reflecting LMRP indicates measured flow rates at the time the raw intake water pumps were operating at similar flow rates recorded during previously fillings. | While filling the LMRP using the raw water intake pumps, the LMRP level can be monitored to assure that water is reaching the LMRP. Further, the amount of water reaching the LMRP can be verified by using the measured flow rate and duration the pumps are operational to verify the volume of water pumped to the rise in the level of the LMRP. | Because the exact water level of the LMRP was not checked to verify the filling of the pool was successful, it is possible that 500,000 gallons were not lost from the LMRP but were simply never there. However, Mr. Quinn indicates that he followed the same procedure for filling up the pool, which in the past had been successful. Furthermore, the pump rates noted on January 24, 2013 are similar to those recorded during previous fill cycles for the pool. Therefore, there is no reason to believe that the pool would not have filled up in this instance. | |

## VIII.   Recommendations for Measures to Control Water Loss

During the review of the LMRP, Alpha observed several typical areas of concern that should be repaired, but do not directly or significantly impact the water tightness of the LMRP.  These repairs will prevent future deterioration and prolong the life span of the recent renovations.

Based on Alpha's observations, a review of the investigations completed by NPS, and the short age of the joint material, Alpha concludes that a majority of the joint material in the sidewalk and coping stones are deficient and should be removed and replaced.  Consideration must be taken to assure that the new expansion joint material has sufficient flexibility to expand and contract with the expected movement of the joints.  It is likely the backer rods will also require replacement due to damage when the joint material is removed.

Furthermore, in the locations where mortar was missing from between the coping stones, repair is recommended.  While, the missing mortar was likely not a significant contributor to the loss of water event, some water may be escaping through these joints.  Alpha recommends that the joints be cleaned and refilled with mortar to prevent water infiltration that could result in further loss of mortar in the joints or damage to the granite coping stones.

During the review, several cracks were noted around the water inlets.  However, due to limited visibility through the water, additional cracking may be present around other penetrations in the pool.  Therefore, Alpha recommends that while the LMRP is drained, a thorough inspection of the concrete slab be performed.  Any miscellaneous cracking noted in the slab less than 1/8" in width can be fixed by cleaning the crack of all debris and injecting epoxy into the crack.  Any cracking greater than 1/8" in width should be routed, cleaned of all oils, dust, or debris, installation of a backer rod, and finished with sealant.  Repair of these cracks will not only improve the water tightness of the pool, but also prevent further damage that may result from water infiltration or corrosion.

It is likely that the deterioration in the expansion joint material significantly contributed to the loss of water observed.  The water loss event is most likely related to the thermal contraction of the expansion joints in the pool and the warmer weather of spring and summer will aid in minimizing the water loss.  Therefore, there are no temporary measures recommended to control water loss.  However, if prolonged, sub-freezing temperatures are experienced; the rate of water loss from the pool could dramatically increase.  Further, long term repair should be conducted to address the problem before next winter arrives, as freezing temperature expected during that time may result in significant water loss from the LMRP.

Careful measurement of the joint widths and slab temperatures should be made to determine the required expansion joint width needed.  The width of the expansion joint is critical in order to assure that there is sufficient flexibility in the material to accommodate the full range of the expected movement.  It should be noted that in order to remove and install the expansion joint material, the

LMRP must be drained of all water. Further, the expansion joints must be cleaned of all debris and dry.  Care should be given to follow all the manufacturer's installation instructions for the expansion joint material.

The current width of the joints has been measured to be greater than was expected in the original design.  The increase in width could be a result of several factors.  First, the joints may have been installed too wide.  Installation widths varied based on the concrete slab placement temperature.  Second, the concrete slab may have undergone shrinkage during curing.  While low shrink concrete was specified, the concrete admixture to control shrinkage may not have been added or not added in a sufficient quantity to limit shrinkage.

## IX.   Conclusions

While many potential causes of the water loss event were considered, Alpha concludes that the water loss most likely attributed to failed and damaged expansion joint material in the expansion joints in the slab and around the perimeter of the LMRP.  The current width of the joints has been measured to be greater than was expected in the original design.  Regardless of the cause, the result is the sub-freezing temperatures the pool experienced caused the slab to contract and widen the already wider than expected joints.  Repair is recommended to curb the continual loss of water from the LMRP.

## X.   Appendices

Appendix A –  Photo Text

Appendix B  –  Select pages from Construction Drawings

Appendix C  –  Submittal 03 30 00 2.5A – Iso-Flex Expansion Joint Material

Appendix D –  NPS Internal Memorandum entitled *"Summary of Facts Concerning Government Notification of Leaks in Lincoln Memorial Reflecting Pool,"*

Appendix E  –  NPS Internal Memorandum entitled *"Results of Internal Investigation into Reported Lincoln Memorial Reflecting Pool Leakage and Expansion Joints Issues"*

Appendix F  –  NPS Internal Memorandum entitled *"Report on Lincoln Memorial Reflecting Pool Coping Stone Expansion Joints Condition"*

Appendix G –  Table of Expected Joint Widths

Appendix H –  Table of Expansion Joint Material Capacities & Estimated Conditions at Water Loss Event

Appendix I – LMRP Weather Data

Appendix J – LMRP Operational Log

# Appendix A - Photo Text

Photo descriptions in this Appendix include references to specific joints. See Appendix 1 of Appendix F for joint locations.



**Photo No. 1**
View of the valve in the 30" drain pipe in the north elevation of Special Structure No. 1 located at the southeast corner of the LMRP.  The valve in the 30" storm drain pipe was closed.  Closer review revealed only a small amount of water leaking from around the valve.



**Photo No. 3**
View of the sandbags over the drain piping located at the east end of the LMRP.  Due to the construction on the adjacent site, sandbags were installed to limit the flow of water out of the LMRP into the drainage system.  In addition to these sandbags, a balloon plug (not visible) was also installed in the drain pipes leading from the LMRP.



**Photo No. 2**
View of the balloon plug in the storm water discharge pipe in the east elevation of Special Structure No. 1 located at the southeast corner of the LMRP.  This balloon was installed by Clarke Construction to limit water backing up into the structure during high tide.  No water was noted flowing around the balloon plug.

**Photo No. 4**
View of the expansion joint between coping stones located approximately 40'-0" west of Joint S10-11 on the south side of the LMRP.  Significant separation was noted in the expansion joint material within this joint.  Further, the separations continued the full width of the coping stone.  Similar deterioration was noted in the majority of the coping stone expansion joints around the perimeter of the LMRP.  Additionally, damage to the granite coping stone was noted. However, the expansion joint material was installed at the bottom of the damaged locations, indicating the expansion joint material was installed after the damage to the stones had occurred.





**Photo No. 5**

Second view of an expansion joint between coping stones located approximately 40'-0" west of Joint S10-11 on the south side of the LMRP. The separation in the expansion joint continued down the vertical face of the coping stone and below the water level. This was noted to be typical in majority of the damaged expansion joints around the perimeter of the LMRP. Further, water was noted to be present in several of the expansion joints around the perimeter of the LMRP.



Separation in joint material.

**Photo No. 7**

Second view of the expansion joint material in Joint S6-7 toward the center of the LMRP. The joint was noted to be approximately 3 3/4" wide at this location. Significant separation in the expansion joint material was noted, especially along the upper edge of the joint in this photograph. Further, several holes can be seen in the expansion joint material. It appears that debris from the water has filled in the separation and holes at this location. The presence of debris in noticed separation was typical along majority of the joints in the LMRP.



Separation in joint material

**Photo No. 6**

View of the expansion joint material in Joint S6-7 on the north side of the LMRP. The joint was noted to be approximately 3 1/2" wide at this location. Separation in the expansion joint material was noted. The separation was especially prevalent between the longitudinal ridges of the expansion joint material. These separations were noted to extend along the length of the expansion joint material. In several locations, holes in the expansion joint material were noted. Similar deterioration was also noted in expansion joints along gridlines S2-3 and S4-5.



Separation in joint material.

**Photo No. 8**

View of the expansion joint material in Joint S4-5 of the LMRP slab. The joint was noted to be approximately 3 3/4" wide at this location. A build-up of debris in the expansion joint material at this location was noted. Further, separations were noted in either side of the expansion joint material. The separations were present at various locations along the length of the expansion joint.



**Photo No. 9**
View of the corner of the water inlet in the concrete slab of the LMRP.  A crack was noted in the slab extending approximately 2'-0" from the corner of the inlet.  No visible separation was noted in crack.  Further review revealed additional cracks at the other corners of the inlet.  This cracking was also noted at other water inlets in the LMRP.



**Photo No. 11**
View of the expansion joint between the coping stones and the sidewalk along the west end of the LMRP.  Minor separation was noted between the expansion joint material and concrete slab at this location.  Similar separations were noted along the entire length of the west side of the LMRP.



**Photo No. 10**
View of the expansion joint material in Joint S2-3 of the sidewalk slab located on the south side of the LMRP.  This view is looking toward the north.  Significant separations in the expansion joint material within the joint were noted.  The separations continued the full length of the joint.  Similar deterioration was noted in the majority of the sidewalk expansion joint around the perimeter of the LMRP.



**Photo No. 12**
View of the mortared joint between coping stones along the west end of the LMRP.  Missing mortar below the water level in the vertical face of this joint was noted.  Missing mortar in the coping stone joints was also noted at one (1) additional location along the west end of the LMRP.



**Photo No. 13**

View of water below the concrete grade beam along the east end of the LMRP.  This photo was taken from the Clark Construction site adjacent to the LMRP and is looking in a southwesterly direction.  A concrete portion of the pile foundation is seen at the top left corner of the photo.  The water in the LMRP was dyed and can been seen leaking into the excavation.

# Appendix B – Select Pages from the Construction Drawings

# Appendix C - Submittal 03 30 00 2.5A – Iso-Flex Expansion Joint Material



**TRANSMITTAL - NATIONAL PARK SERVICE**

Transmittal No.: 160A
Sheet: 1 of: 6
Contract No.: 201110064

CM-16 r/1/10   Date: 9/1/11

Park: NAMA
PMIS No.: 150274

Project: Lincoln Memorial Reflecting Pool

Contractor: Corman Construction

Subcontractor / Supplier: Lymtal International, Inc.

**NPS ACTION**

| NPS ACTION | A |
|---|---|
| Reject | |
| Accept | |
| Disapproved - Resubmit | |
| Approved with Notations | X |
| Approved | |
| Alternate Materials Proposed | |
| Meets Buy American Act Req. | x |
| Contributes to meeting LEED and/or Fed Sust. Req. | |

| Item No. | Specification Section No. | Paragraph No. | Description of Item (Size, Type, Name, Manufacturer, Use, Etc.) |
|---|---|---|---|
| A | | | |
| 1 | 033000 | 2.5.A | Revised Pool Expansion Joint Material |

A = Action / I = Informational

Review Comments: See comments on pages 2 and 3.

COR: USE OF JOINT WIDTHS INDICATED HEREIN IS ACCEPTABLE BASED UPON THE PRODUCT REPS CERTIFICATION HEREIN.  9/15/11

Contractor's Signature / Title: Paul White / PROJECT ENGINEER    Date: 9/1/11

I hereby certify that this submittal has been reviewed for accuracy, completeness, and compliance with contract requirements (FAR 52.236-21).

Recommended by / Title: **Paul White, Structural Engineer, A&W**  **Thomas Scarlata, Pool Architect, BH&A**    Date: **9/13/2011**

Action by / Title: DOUG DENK, COR    Date: 9/15/11

Distribution 1 copy each: CMR Interim, A/E, DSC, Contr.

Approval of this submittal is subject to the provisions of the contract drawings and specifications. This action is for general concurrence only and the government is not responsible for errors or omissions.

Date To Contractor: 9/15/11

Date Received:

---

**bh+a**

BARGMANN HENDRIE + ARCHETYPE, INC.

Architecture | Planning | Interior Design

300 A Street    617 350 0450 tel    bha@bhplus.com
Boston, MA 02210-1710    617 350 0215 fax    www.bhplus.com

## submittal response form

date: September 13, 2011

project & number: Lincoln Memorial Reflecting Pool
Contract No. 1443C2011100064
NAMA 150274

submittal no: Revised Pool Expansion Joint Material

This submittal has been reviewed for the limited purpose of checking for conformance with information given and the design concept expressed inn the Contract Documents. This review has not been conducted for the purpose of determining the accuracy and completeness of other details such as dimensions and quantities or for substantiating instructions for installation or performances of equipment or systems designed by the Contractor, all of which remain the responsibility of the Contractor to the extent required by the Contract Documents. The Architect's review shall not constitute approval of safety precautions or, unless otherwise specifically stated by the Architect, of construction means, methods, techniques, sequences or procedures. The Architect's approval of a specific item shall not indicate approval of an assembly of which the item is a component. When professional certification of performance characteristics of materials, systems or equipment is required by the Contract Documents, the Architect shall be entitled to rely upon such certification to establish that the materials, systems or equipment will meet the performance criteria required by the Contract Documents.

action: **Approved as noted and limitations noted above.**

reviewed by: Thomas A. Scarlata, CSI, CCS, AIA

comments: Expansion Joint material is acceptable. Size of joint per Ammann & Whitney's comments.

Per our previous review of Submittal 131200-1.5 Skimmer Gutter Preformed Sealant, both the pool tank and gutter sealant must be the same manufacturer.

Color of sealant shall match Davis Light Gray 8084 in a wet condition (dark gray). Lymtal has the ability to provide a matching color prior to manufacturer per my conversations with my local representative during design.

## A M M A N N & W H I T N E Y

CONSULTING ENGINEERS, P.C.

1250 23RD STREET, N.W.
WASHINGTON, DC 20037

### TRANSMITTAL

| TO: Louis Berger | DATE: 09-7-11 | JOB NO. 2196 |
|---|---|---|
| 412 Mount Kemble Avenue | ATTENTION: | |
| Morristown, New Jersey | RE: NAMA 150274 | |

| WE ARE SENDING THESE ITEMS: | SHOP DWGS ☒ | PRINTS ☐ | SKETCHES ☐ | COPY OF LETTER ☐ | SPECIFICATIONS ☐ |
|---|---|---|---|---|---|

| NO. OF COPIES | DWG. NO. | LATEST DATE | PREPARED BY | DESCRIPTION OF ITEMS SENT |
|---|---|---|---|---|
| 1 | 160A | 09-01-11 | Lymtal | Revised Pool Expansion Joint Material |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

ACTION:

☐ No exception taken    ☒ Approved as noted    ☐ Rejected    ☐ Revise & Resubmit

☐ No action taken    ☐ For review & comment    ☐ For your use    ☐ As requested

REMARKS:

This letter and endorsement by Corman becomes the sole basis of approving the modification to the joint size casting shown on the construction documents.

This submittal is approved as noted.

-BTE    PMW    Ammann and Whitney    09-08-11

---



## *LymTal* *International, Inc.*

*Together We Excel*

August 31, 2011

**Rick Richardson**
Corman Construction

**RE: LMRP**
    **Expansion Joints**

NAMA, Rehabilitate Lincoln Memorial Reflecting Pool and Grounds
NAMA, 150274, 1443C2011100064
Drwg. No. 801/101,025
Date 9/1/11 Trans 160A Sheet 2

Dear Sir,

This letter is written in response to the project submittal comments for the Iso-Flex Precom HPS expansion joint system specified for use on the project. In follow up to our previous input relative to the three joint movement tables I would like to confirm that the Iso-Flex HPS expansion joint systems selected for use on the project offer the following movement capabilities.

| | | |
|---|---|---|
| Table 1 (Jts along Interior Grid Lines): | HPS300 | 1.5" Min. – 4.5" Max. |
| Table 2 (Jts along Grid Lines 3.0 E & W): | HPS175 | .875" Min. - 2.625" Max. |
| Table 3 (Jts along Grid Lines A & B): | HPS100 | .50" Min – 1.5" Max. |

I would like to further advise that we are able to over compress these seals. This is done so as to allow the seals to be installed into formed joint gaps that may be anticipating curing shrinkage at a time following the installation of the expansion joint system. This over compression does not change the movement range outlined above.

Compression Guidelines for installation are:
Table 1: The HPS300 will ship over compressed for installation at 2.5"
Table 2: The HPS175 Will ship over compressed for installation at 1.5"
Table 3: The HPS100 will ship at normal 1" compression for installation at 1.0"

We have again reviewed the requirement of the three tables as outlined above. We have also reviewed the comments from the engineer as they relate to the expansion joint submittal. Based on this review we find that the Precom HPS seals as outlined herein will properly function and remain watertight for this installation, based on the movement and placement data provided.

I do want to clarify that these seals are not "cast" as is mentioned in the submittal comments. Rather, these seals are produced and then precompressed, and as such we have a degree of latitude in over compressing these seals in order to allow for the possibility of the pour gaps being less than the typical nominal dimension.

---

• Atlantic Beach, FL 32233 • Tel (904) 246-4507 Fax (904) 246-6760 • www.lymtal.com

As such we therefore find that the Precom HPS seals as outlined by size and by compression will all provide the minimum required installation width based on concrete pour width and will also provide movement that meets the range of movement as covered in the three charts.

Please contact me with any further questions.

Sincerely,

Gary A. Busch
Business Development Manager

cc: Mark Stover

NAMA, Rehabilitate Lincoln Memorial Reflecting Pool and Grounds
NAMA. 150274, 1443C2011100064
Drwg. No/ 80%/101,025
Date 9/1/11  Trans 160A  Sheet 3

**Ammann & Whitney**
**Consulting Engineers**
**Washington, D.C.**

Review and approval are only for conformance with the information given and the design concept of the Project as expressed in the Contract Documents, and not for the purpose of determining the accuracy and completeness of other details, such as dimensions and quantities, all of which remain the responsibility of the Contractor as required by the Contract Documents. The Engineer's review and approval of the Contractor's submittals shall not relieve the Contractor from any obligation contained in the Contract Documents.

| | | | |
|---|---|---|---|
| A | APPROVED | Fabrication/installation may be undertaken. Approval does not authorize changes in Contract Sum or Contract Time | |
| B | APPROVED AS NOTED | | |
| C | REVISE AND RESUBMIT | Fabrication/installation MAY NOT be undertaken. In resubmitting, limit corrections to items marked. | |
| D | REJECTED | | |

INFORMATION:   ☐ NO COMMENTS
☐ COMMENTS AS NOTED

Arch   Struct   Civil
Mech   Elect   Design
BY PMW    DATE 9/8/11

COUNTERSIGNED:
BY:    DATE
SPEC. SECTION    FILE NO.    SUBMITTAL NO

60 Ocean Blvd., Suite 5  •  Atlantic Beach, FL 32233  •  Tel (904) 246-4507  Fax (904) 246-6760  •  www.lymtal.com

| Expansion Joints Along Interior Grid Lines | | | |
|---|---|---|---|
| Concrete Placement Temperature | Formed Joint Size | Size of Joint at 0° F | Size of Joint at 80° F |
| 40° F | 3.5 | 4.39 | 2.61 |
| 50° F | 3.25 | 4.36 | 2.58 |
| 60° F | 3 | 4.34 | 2.55 |
| 70° F | 2.75 | 4.31 | 2.53 |
| 80° F | 2.5 | 4.28 | 2.5 |

| Expansion Joints Along Grid Lines 3.0 E & W | | | |
|---|---|---|---|
| Temperature | Formed Joint Size | F | 80° F |
| 40° F | 2.02 | 2.52 | 1.52 |
| 50° F | 1.89 | 2.52 | 1.51 |
| 60° F | 1.76 | 2.51 | 1.51 |
| 70° F | 1.63 | 2.51 | 1.5 |
| 80° F | 1.5 | 2.5 | 1.5 |

| Expansion Joints Along Grid Lines A & B | | | |
|---|---|---|---|
| Temperature | Formed Joint Size | F | 80° F |
| 40° F | 1 | 1.25 | 0.75 |
| 50° F | 1 | 1.31 | 0.82 |
| 60° F | 1 | 1.38 | 0.87 |
| 70° F | 1 | 1.44 | 0.94 |
| 80° F | 1 | 1.5 | 1 |

NAMA, Rehabilitate Lincoln Memorial Reflecting Pool and Grounds
NAMA. 150274, 1443C2011100064
Drwg. No/ 891/101,025
Date 9/1/11  Trans 160A  Sheet 4

# *LymTal* *International, Inc.*            # *SPEC DATA*

## Iso-Flex Precom H-PS
### Ultra High Performance Joint Seal

### PRODUCT OVERVIEW
Iso-Flex Precom "H-PS" is a precompressed foam seal faced with a NSF Approved, chemical resistant polysulfide, and is used to fill horizontal and vertical construction and expansion joints. Precom "H-PS" has a broad range of applications allowing it to seal against weather, moisture, vapor, air, sound and dust. The internal recovery force allows it to function in stationary and movement joints between similar and dissimilar materials in a wide range of temperatures. Precom "H-PS" adjusts to variations of contour of materials forming the joint, provided such profile changes are not sudden or extreme. Full width of seal must remain under compression in order to provide for a watertight solution. Ideal applications include water treatment facilities, water containment facilities, secondary containment facilities, dike walls and floors, plaza decks and other joints that require a submerged or chemical resistant joint sealing solution. Precom "H-PS" is resistant to gasoline, diesel fuel, solvents, salts, acids, ozone, UV and many other contaminants. Contact manufacturer for specific chemical resistance requirements.

### PRODUCT ADVANTAGES
- Design to meet the requirements of horizontal applications
- Allows up to 100% joint movement (+/-50%)
- Precompressed for ease of installation
- Excellent compression recovery
- Certified NSF Standard 61, Sec. 6

### LIMITATIONS
- Measure joint gaps every 5 Ft to ensure proper sizing
- Installation range is -10°F to 95°F
- Store material at room temperature
- Store material in a dry area out of direct sunlight
- Do not install in wet conditions
- Do not use scrap material
- Do not unwrap material until ready to install
- Not intended for joints requiring pick resistance

### DESCRIPTION
Precom "H-PS" is composed of polyurethane, micro-cell foam impregnated with a hydrophobic, modified polymer sealant compound that is UV stable and chemically resistant. Precom "H-PS" is factory coated with a NSF approved, chemically resistant polysulfied facing. Working under its own constant internal pressure Precom "H-PS" is permanently resilient and will expand and contract with the movement of the joint under any weather condition. Precom "H-PS" is supplied in precompressed, self-adhesive stick lengths to allow for ease of installation

### INSTALLATION
Surfaces to be sealed must be sound, dry, clean and free of oil, grease, laitance, rust and other foreign material that would prevent proper adhesion. Bonding surfaces should be sandblasted or abraded with mechanical grinders. Precom "H-PS" is epoxy bonded in place. Complete installation information is available from LymTal International, Inc.

### SHORT FORM SPECIFICATION:
Seal shall be Precom "H-PS" as manufactured by LymTal International, Inc., 4150 S. Lapeer Rd., Lake Orion, MI, 48359. Seal shall be high density, open micro-cell polyurethane foam impregnated with a modified polymer-sealing compound, with a NSF Approved Polysulfide facing that meets ASTM C-920, ANSI A116.1. Seal shall be installed in a pre-compressed state and at the proper size for the selected seal.

### WARRANTY:
LymTal warrants that its products are manufactured free of defects and conform to the technical data listed. Under this warranty we will replace, at no charge, any material proven defective when applied in accordance with our written instructions for applications recommended by us as suitable for subject product. LymTal shall not be liable for any injury, loss or damage, direct or consequential, arising out of the use of the product.

### TECHNICAL SERVICES
Analysis of particular project requirements and recommendations for the proper use of Precom "H-SL" are available from the manufacturer and local representatives. Call 248-373-8100 or fax your detail to 248-373-3480.

### PHYSICAL CHARACTERISTICS
**Foam Seal**

| | |
|---|---|
| Thermal Conductivity | 0.05W/m.°C |
| Thermal Resistance | ASTM C518, 3.3, hr-°F-ft²/Btu |
| Temp. Stability Range | -40°F to 185° |
| Staining/Bleeding | None at 212° F at 20% |
| Tensile Strength | ASTM 3574, 21 psi min. |
| Elongation | ASTM 3574, 125% ±20% |
| Resistance to Compression Set | ASTM 3574 Max 2.5% |
| Mildew Resistance | Excellent |
| UV Resistance | Excellent |
| Staining | None –40 to 185° F |
| Flash Point | 590°F |

**Polysulfide**

| | |
|---|---|
| Color | Gray |
| Durometer Hardness, Shore A | 25-30 |
| Elongation, Min | 500% |
| Tensile Strength | 150-200 psi |
| VOC | 0 gm/L |

| Product | "X" | "D" | Packaging |
|---|---|---|---|
| H-PS050 | 1/2 | 1 1/2 | 5 Ft. Stick |
| H-PS062 | 5/8 | 1 1/2 | 5 Ft. Stick |
| H-PS075 | 3/4 | 1 1/2 | 5 Ft. Stick |
| H-PS100 | 1 | 2 | 5 Ft. Stick |
| H-PS125 | 1 1/4 | 2 | 5 Ft. Stick |
| H-PS150 | 1 1/2 | 2 | 5 Ft. Stick |
| H-PS175 | 1 3/4 | 2 | 5 Ft. Stick |
| H-PS200 | 2 | 3 | 5 Ft. Stick |
| H-PS225 | 2 1/4 | 3 | 5 Ft. Stick |
| H-PS250 | 2 1/2 | 3 | 5 Ft. Stick |
| H-PS275 | 2 3/4 | 3 | 5 Ft. Stick |
| H-PS300 | 3 | 3 | 5 Ft. Stick |
| H-PS325 | 3 1/4 | 3 | 5 Ft. Stick |
| H-PS350 | 3 1/2 | 3 | 5 Ft. Stick |
| H-PS375 | 3 3/4 | 4 | 5 Ft. Stick |
| H-PS400 | 4 | 4 | 5 Ft. Stick |





Factory Applied Polysulfide Facing (Certified NSF Standard 61, Sec. 6)

Field Applied Polysulfide Sealant Bead

Epoxy Bonding Adhesive

Hydrophobic Polymer Impregnated Polyurethane Foam

3/09

LymTal International, Inc.
4150 South Lapeer Road • Lake Orion, MI  48359 • Tel (248) 373-8100 • Fax (248) 373-3480 • www.lymtal.com

LymTal International, Inc.
4150 South Lapeer Road • Lake Orion, MI  48359 • Tel (248) 373-8100 • Fax (248) 373-3480 • www.lymtal.com



B A R G M A N N   H E N D R I E   +   A R C H E T Y P E ,   I N C .

Architecture | Planning | Interior Design

| | | |
|---|---|---|
| 300 A Street | 617 350 0450 tel | bha@bhplus.com |
| Boston, MA 02210-1710 | 617 350 0215 fax | www.bhplus.com |

## submittal response form

**date:** April 20, 2011

**project & number:** Lincoln Memorial Reflecting Pool
Contract No. 1443C2011100064
NAMA 150274

**submittal no:** 131200-1.5 Item 2- Skimmer Gutter Preformed Sealant
131200-1.5 Item 3- Skimmer Gutter Bolt head Sealant

This submittal has been reviewed for the limited purpose of checking for conformance with information given and the design concept expressed inn the Contract Documents. This review has not been conducted for the purpose of determining the accuracy and completeness of other details such as dimensions and quantities or for substantiating instructions for installation or performances of equipment or systems designed by the Contractor, all of which remain the responsibility of the Contractor to the extent required by the Contract Documents. The Architect's review shall not constitute approval of safety precautions or, unless otherwise specifically stated by the Architect, of construction means, methods, techniques, sequences or procedures. The Architect's approval of a specific item shall not indicate approval of an assembly of which the item is a component. When professional certification of performance characteristics of materials, systems or equipment is required by the Contract Documents, the Architect shall be entitled to rely upon such certification to establish that the materials, systems or equipment will meet the performance criteria required by the Contract Documents.

**action:** Item 3- Reviewed and approved, subject to the limitations noted above.
Item 2- Reviewed and approved as noted subject the limitations noted above

**reviewed by:** Thomas A. Scarlata, CSI, CCS, AIA

**comments:** Item 2- Iso-Flex Precom H-PS
Product is the basis of design material for the reflecting pool preformed sealant/expansion joints.

Although this is not specifically part of Division 131200, we find this material acceptable for this application as long as the same material is being provided for the reflecting pool expansion joints detailed on the drawings and specified in Section 03 30 00. All preformed expansion/sealant joints must be from a single source.

Item 3- Tremco Butyl Sealant
Approved . Color shall be black.

P:\2951_linc_mem_ref_pool\cadmin\Submittals\submittalresponse 131200-1.5- Skimmer Gutter Sealants.doc

---



**SPEC DATA**

## Iso-Flex Precom H-PS
### Ultra High Performance Joint Seal

NAMA, Rehabilitate Lincoln Memorial Reflecting Pool and Grounds
1443C2011100064
Reg. No. 801/101,025
Date 4/5/11   Trans 063   Sheet 7

### PRODUCT OVERVIEW
Iso-Flex Precom "H-PS" is a precompressed foam seal faced with a NSF Approved, chemical resistant polysulfide, and is used to fill horizontal and vertical construction and expansion joints. Precom "H-PS" has a broad range of applications allowing it to seal against weather, moisture, vapor, air, sound and dust. The internal recovery force allows it to function in stationary and movement joints between similar and dissimilar materials in a wide range of temperatures. Precom "H-PS" adjusts to variations of contour of materials forming the joint, provided such profile changes are not sudden or extreme. Full width of seal must remain under compression in order to provide for a watertight solution. Ideal applications include water treatment facilities, water containment facilities, secondary containment facilities, dike walls and floors, plaza decks and other joints that require a submerged or chemical resistant joint sealing solution. Precom "H-PS" is resistant to gasoline, diesel fuel, solvents, salts, acids, ozone, UV and many other contaminants. Contact manufacturer for specific chemical resistance requirements.

### PRODUCT ADVANTAGES
- Design to meet the requirements of horizontal applications
- Allows up to 100% joint movement (+/-50%)
- Precompressed for ease of installation
- Excellent compression recovery
- Certified NSF Standard 61, Sec. 6

### LIMITATIONS
- Measure joint gaps every 5 Ft to ensure proper sizing
- Installation range is -10°F to 95°F
- Store material at room temperature
- Store material in a dry area out of direct sunlight
- Do not install in wet conditions
- Do not use scrap material
- Do not unwrap material until ready to install
- Not intended for joints requiring pick resistance

### DESCRIPTION
Precom "H-PS" is composed of polyurethane, micro-cell foam impregnated with a hydrophobic, modified polymer sealant compound that is UV stable and chemically resistant. Precom "H-PS" is factory coated with a NSF approved, chemically resistant polysulfied facing. Working under its own constant internal pressure Precom "H-PS" is permanently resilient and will expand and contract with the movement of the joint under any weather condition. Precom "H-PS" is supplied in precompressed, self-adhesive stick lengths to allow for ease of installation

### INSTALLATION
Surfaces to be sealed must be sound, dry, clean and free of oil, grease, laitance, rust and other foreign material that would prevent proper adhesion. Bonding surfaces should be sandblasted or abraded with mechanical grinders. Precom "H-PS" is epoxy bonded in place. Complete installation information is available from LymTal International, Inc.

### SHORT FORM SPECIFICATION:
Seal shall be Precom "H-PS" as manufactured by LymTal International, Inc., 4150 S. Lapeer Rd., Lake Orion, MI, 48359. Seal shall be high density, open micro-cell polyurethane foam impregnated with a modified polymer-sealing compound, with a NSF Approved Polysulfide facing that meets ASTM C-920, ANSI A116.1. Seal shall be installed in a pre-compressed state and at the proper size for the selected seal.

### WARRANTY:
LymTal warrants that its products are manufactured free of defects and conform to the technical data listed. Under this warranty we will replace, at no charge, any material proven defective when applied in accordance

**LymTal International, Inc.**
4150 South Lapeer Road • Lake Orion, MI  48359 • Tel (248) 373-8100 • Fax (248) 373-3480 • www.lymtal.com

with our written instructions for applications recommended by us as suitable for subject product. LymTal shall not be liable for any injury, loss or damage, direct or consequential, arising out of the use of the product.

**TECHNICAL SERVICES**

Analysis of particular project requirements and recommendations for the proper use of Precom "H-SL" are available from the manufacturer and local representatives. Call 248-373-8100 or fax your detail to 248-373-3480.

**PHYSICAL CHARACTERISTICS**

Foam Seal

| | |
|---|---|
| Thermal Conductivity | 0.05W/m.°C |
| Thermal Resistance  ASTM C518, 3.3, hr-°F-ft²/Btu | |
| Temp. Stability Range | -40°F to 185° |

| | |
|---|---|
| Staining/Bleeding | None at 212° F at 20% |
| Tensile Strength | ASTM 3574, 21 psi min. |
| Elongation | ASTM 3574, 125% ±20% |
| Resistance to | |
| Compression Set | ASTM 3574 Max 2.5% |
| Mildew Resistance | Excellent |
| UV Resistance | Excellent |
| Staining | None –40 to 185° F |
| Flash Point | 590°F |

Polysulfide

| | |
|---|---|
| Color | Gray |
| Durometer Hardness, Shore A | 25-30 |
| Elongation, Min | 500% |
| Tensile Strength | 150-200 psi |
| VOC | 0 gm/L |

| Product | "X" | "D" | Packaging |
|---|---|---|---|
| H-PS050 | 1/2 | 1 1/2 | 5 Ft. Stick |
| H-PS062 | 5/8 | 1 1/2 | 5 Ft. Stick |
| H-PS075 | 3/4 | 1 1/2 | 5 Ft. Stick |
| H-PS100 | 1 | 2 | 5 Ft. Stick |
| H-PS125 | 1 1/4 | 2 | 5 Ft. Stick |
| H-PS150 | 1 1/2 | 2 | 5 Ft. Stick |
| H-PS175 | 1 3/4 | 2 | 5 Ft. Stick |
| H-PS200 | 2 | 3 | 5 Ft. Stick |
| H-PS225 | 2 1/4 | 3 | 5 Ft. Stick |
| H-PS250 | 2 1/2 | 3 | 5 Ft. Stick |
| H-PS275 | 2 3/4 | 3 | 5 Ft. Stick |
| H-PS300 | 3 | 3 | 5 Ft. Stick |
| H-PS325 | 3 1/4 | 3 | 5 Ft. Stick |
| H-PS350 | 3 1/2 | 3 | 5 Ft. Stick |
| H-PS375 | 3 3/4 | 4 | 5 Ft. Stick |
| H-PS400 | 4 | 4 | 5 Ft. Stick |

Factory Applied Polysulfide Facing
(Certified NSF Standard 61, Sec. 6)

Field Applied Polysulfide Sealant Bead

"D"

Epoxy Bonding Adhesive

Hydrophobic Polymer
Impregnated Polyurethane Foam

"X"

3/09

**LymTal International, Inc.**
4150 South Lapeer Road • Lake Orion, MI 48359 • Tel (248) 373-8100 • Fax (248) 373-3480 • www.lymtal.com

**Appendix D - NPS Internal Memorandum entitled *"Summary of Facts Concerning Government Notification of Leaks in Lincoln Memorial Reflecting Pool"***



**United States Department of the Interior**
NATIONAL PARK SERVICE
DENVER SERVICE CENTER
12795 W. Alameda Parkway
P.O. Box 25287
Denver, Colorado 80225-0287



D5217 (DSC-CS)
NAMA 150274
1443C2011100064

INTERNAL MEMORANDUM

TO:         Ray Prazak, Contracting Officer; Contract File

FROM:       Doug Denk, Contracting Officer's Representative

REFERENCE:  Rehabilitation of the Lincoln Memorial Reflecting Pool and Grounds, National Mall and
            Memorial Parks, Washington DC, NAMA-150274, C2011100064

SUBJECT:    **Summary of Facts Concerning Government Notification of Leaks in Lincoln
            Memorial Reflecting Pool**

DATE:       February 11, 2013

The purpose of this memorandum is to provide a summary of the facts concerning when and how the Government was notified and made aware of potential leaks from and problems with certain elements of the Lincoln Memorial Reflecting Pool (pool).

SUMMARY OF FACTS:

The following presents the information recollected to the best of the undersigned's ability as it was presented/made available to the National Park Service (NPS), Denver Service Center. This report covers the period of time from Wednesday, January 30, 2013 through Friday, February 01, 2013.

All of this information was provided to the Denver Service Center informally via email and telephone calls to the undersigned from Dennis Quinn, NPS and representatives of Corman Construction (Corman).

- On Wednesday, 30 Jan 2013, Dennis Quinn emailed the undersigned with the following information and attached photos:
  "Water is pouring out under grade beam on east end of pool where we are working on WWII project. Its [sic] pretty severe as we have lost about 2-3 inches of water in pool. Not sure if pictures are can show the amount of water but its [sic] pretty evident that water is leaking from pool. My guess is that waterproofing on east end has failed."

- On Wednesday, 30 Jan 2013, the undersigned called Dennis and was able to determine the following:
  According to Dennis, the water is coming out from below the very bottom of the perimeter grade beam on the east side of the Pool (between the Pool and WW2). The excavation into which the water is flowing is a part of the Clark WW2 Slurry Wall project, the excavation has been there a couple of weeks (at least), but water was only observed in the excavation in the last day or so. DQ states the Pool water level has dropped 4" in the last 4.5 days (the Pool was filled by Dennis to normal operating level on Friday, 25 Jan), which is way more than expected due to evaporation. This seems to confirm that this leak has just occurred in the past four days or so at

most. The Pool drain and overflow lines are plugged and capped at the Pool inlets (for the Clark work), so there is little to no chance that this water is leaking from a failed drain/overflow line. The leak does not appear to be due to Clark's work, including the excavation into which the water is flowing. No water has been observed coming from between the coping stones and the top of the grade beam. The leak could be anywhere along the grade beam-slab joint in the general area, and the water is finding the path of least resistance into the excavation. This is the area where we have the skimmer gutters in the Pool, which will need to be at least partially removed to troubleshoot and repair.

- On Wednesday, 30 Jan 2013, the undersigned notified Corman of this situation and provided them with the above information and photos, via email.

- On Wednesday, 30 Jan 2013, Corman (Scott Szympruch and Rick Richardson) visited the site to inspect the problem; Dennis Quinn was also present. At that time, both Corman and Dennis noticed that the IsoFlex expansion joint material in the joint between the back-of-skimmer-gutter and front-face-coping-stone on the east side of the pool had separated from the gutter/stone in many locations. Because of this observation, Corman and Dennis walked around portions of the pool in an attempt to see if there were any other visible problems at the expansion joints. Dennis provided the following information and provided the attached photos:
  From Dennis on 30 Jan 2013 via emails (with attached photos): "We may be leaking water in many sections and not just along the east end. This would explain losing a half million gallons of water in the last week. I have found two locations in the pool where the expansion material has split apart. One is quite evident on the expansion joint between section S1E and S1W of the concrete basin. I also believe the material tore between S2E and S3E concrete sections (tough to tell from dry land)." Also, "The skimmer on the east end has moved off the coping stones pulling the isoflex material with it. The attached picture is representative of about 75% of the east end. The skimmer on the north and south side of the LMRP has not pulled away from the isoflex nearly as much."

- Photos and follow-up telephone discussions between the undersigned and Corman on 30 Jan 2013 seemed to confirm the above information.

- On Friday, February 01, 2013, seeing no other obvious reasons for reported water leakage from the poo, the NPS Denver Service Center Contracting Officer issued a formal Warranty of Construction letter to Corman Construction in regard to the above issues, and also issued a Notification of Design Deficiency letter to The Louis Berger Group in regard to the above issues.

- The undersigned travelled to the site on Sunday, February 03, 2013, in order to conduct on-site investigations as documented separately.

For any questions regarding the information presented in this report or to obtain additional documentation, please contact Doug Denk, NPS Project Specialist and Contracting Officer's Representative, at 303-969-2336 or via email at doug_denk@nps.gov.

Doug Denk                                    2/11/13
Project Specialist                           Date
Contracting Officer's Representative
NPS, Denver Service Center

Attachments: Referenced Photographs (5 photos)



20130130 NAMA D.Quinn - LMRP Leak East Side 01



20130130 NAMA D.Quinn - LMRP Failed Expansion Joint -
EastCopingStones-EastSkimmerGutter



20130130 NAMA D.Quinn
- LMRP Leak East Side 02



20130130 NAMA D.Quinn - LMRP Failed Expansion Joint - S1E-S1W

20130130 NAMA D.Quinn - LMRP Failed Expansion Joint - S2E-S3E



**Appendix E - NPS Internal Memorandum entitled** *"Results of Internal Investigation into Reported Lincoln Memorial Reflecting Pool Leakage and Expansion Joint Issues"*



**United States Department of the Interior**
NATIONAL PARK SERVICE
DENVER SERVICE CENTER
12795 W. Alameda Parkway
P.O. Box 25287
Denver, Colorado 80225-0287



D5217 (DSC-CS)
NAMA 150274
1443C2011100064

INTERNAL MEMORANDUM

TO:           Ray Prazak, Contracting Officer; Contract File

FROM:         Doug Denk, Contracting Officer's Representative

REFERENCE:    Rehabilitation of the Lincoln Memorial Reflecting Pool and Grounds, National Mall and
              Memorial Parks, Washington DC, NAMA-150274, C2011100064

SUBJECT:      **Results of Internal Investigation into Reported Lincoln Memorial Reflecting Pool
              Leakage and Expansion Joint Issues**

DATE:         February 11, 2013

The purpose of this memorandum is to report and document the results of an internal investigation into the reported leakage of the Lincoln Memorial Reflecting Pool (pool) and reported problems with the pool expansion joints. This investigation was performed by Doug Denk, National Park Service Project Specialist and Contracting Officer's Representative, and Dennis Quinn, National Park Service Project Specialist beginning on Monday, February 4, 2013 and concluding on Wednesday, February 6, 2013.

EXECUTIVE SUMMARY:

The National Park Service (NPS) was notified of a potential leak in the east side of the pool by Clark Construction, performing work on a site immediately adjacent to the east side of the pool, on Wednesday, January 30, 2013. Upon investigation, NPS personnel (Dennis Quinn) observed what appeared to be pool water leaking from beneath the bottom of the pool grade beam into an open excavation inside the Clark Construction site on the east side of the pool. Further investigation of the pool in general revealed what appeared to be failure of the expansion joint between the back-of-skimmer-gutter and front-face-of-coping-stone on the east side of the pool and also what appeared to be failure/damage to portions of the expansion joint material in the slab-to-slab expansion joints in the pool. Based on this limited information, the NPS decided to undertake an internal investigation to document the size and general condition of all slab expansion joints in the pool. This memorandum constitutes the results of that investigation.

There are six types of expansion joints employed in the pool, five of which directly contribute to keeping the pool watertight. These joint types are described below, along with their unique identifying notations as used in this report (refer to Appendix 1 for a site plan showing joint locations):

1.  Joints S3W-2W, S2W-1W, S1W-1E, S1E-2E, S2E-3E, N3W-2W, N2W-1W, N1W-1E, N1E-2E, N2E-3E: Expansion joints between pool slab sections along interior grid lines, there are ten of these joints which run north-south (laterally) across the bottom of the pool from the perimeter grade beam to the center trough drain.
2.  Joints 3.0W and 3.0E: Expansion joints between the pool slab and perimeter grade beam on the east and west sides of the pool, there are two of these joints which run north-south, one at each of the east and west sides of the pool.

3.  Joints A and B: Expansion joints between the pool slab and perimeter grade beam on the north and south sides of the pool, there are two of these joints which run east-west, one along each length of the pool on the north and south sides of the pool.
4.  Expansion joints between the bottom of the coping stones and the top of the perimeter grade beam around the perimeter of the pool.
5.  Expansion joints at certain vertical joints between coping stones located around the pool.

The sixth type of expansion joint, and the type which does not directly contribute to keeping the pool watertight assuming that the pool was constructed as depicted in the contract documents, is:

6.  Expansion joints between the back of the skimmer gutter and the front face of the coping stones in the east end of the pool.

This investigation measured the widths of and generally observed for problems with certain of these expansion joints as follows, and resulted in the following determinations:

- Joints S3W-2W, S2W-1W, S1W-1E, S1E-2E, S2E-3E, N3W-2W, N2W-1W, N1W-1E, N1E-2E, N2E-3E:
    The width of each of these ten joints was measured in three locations, the minimum width measured on any of these joints was 3.375-inches and the maximum width measured on any of these joints was 4.25-inches. **Minor to major apparent failures of the expansion joint material and minor to major apparent failures of the joint adhesive material in these joints were observed in many of the locations inspected.**
- Joints 3.0W and 3.0E:
    The width of Joint 3.0W measured in multiple locations, the minimum width measured on this joint was 2.375-inches and the maximum width measured on this joint was 3.0-inches. No visible defects were observed in this joint at any of the locations inspected.
    The width of Joint 3.0E was not measured nor was this joint inspected for condition due to the fact that this joint lies beneath the skimmer gutter and may also be partially overlain by the coping stones and is therefore not visible for measurement or inspection.
- Joints A and B:
    The width of each of these two joints was measured in numerous locations along their lengths, the minimum width measured on either of these joints was 1.188-inches and the maximum width measured on either of these joints was 2.625-inches. **Isolated apparent failures of the expansion joint material in these joints were observed in a small number of the locations inspected.**
- Expansion joints between the bottom of the coping stones and the top of the perimeter grade beam around the perimeter of the pool:
    These joints were not inspected as a part of this investigation.
- Expansion joints at certain vertical joints between coping stones located around the pool:
    These joints were inspected as a part of this investigation with **moderate to major apparent failures of the expansion joint material in these joints observed in the majority of these joints.** Refer to a separate report entitled "Report on Lincoln Memorial Reflecting Pool Coping Stone Expansion Joints Condition" as prepared by Doug Denk and dated February 11, 2013, for the detailed report of the investigation of these joints.
- Expansion joints between the back of the skimmer gutter and the front face of the coping stones in the east end of the pool:
    The width of this joint on the east side of the pool was measured in multiple locations, the minimum width measured on this joint was 2.0-inches and the maximum width measured on this joint was 2.625-inches. M**ajor apparent failures of the expansion joint material and adhesive in this joint were observed in many of the locations inspected.**

The width of this joint along the north and south sides of the "punchout" area in the east end of the pool was not measured nor were these sections of this joint inspected for condition.

The details of this investigation for each joint type and location observed are provided in the "Detailed Data" section of this report, below.

ENVIRONMENTAL AND POOL CONDITIONS:

This investigation was performed from February 4, 2013 through February 6, 2013.

The local weather conditions on these days and the preceding three days were as follows (data from NOAA NWS Climatological Report (Daily) for Reagan National Airport):

| Date: | High Temp: | Low Temp: | Skies: | Precip: |
|---|---|---|---|---|
| February 1, 2013 | 36 deg F | 21 deg F | 60% cloudy | 0.2 inches snow |
| February 2, 2013 | 33 deg F | 18 deg F | 70% cloudy | 0.2 inches snow |
| February 3, 2013 | 35 deg F | 27 deg F | 90% cloudy | Trace snow |
| February 4, 2013 | 37 deg F | 26 deg F | 80% cloudy | none |
| February 5, 2013 | 42 deg F | 34 deg F | 90% cloudy | none |
| February 6, 2013 | 49 def F | 34 deg F | 40% cloudy | Trace rain |

The following air temperature readings were recorded by the investigating team at the pool during the investigation:

| Date: | Time: | Measured Air Temp: |
|---|---|---|
| February 5, 2013 | 12:00 local (approx) | 40 deg F |
| February 5, 2013 | 15:30 local (approx) | 42 deg F |
| February 6, 2013 | 09:15 local | 45 deg F |
| February 6, 2013 | 11:43 local | 44 deg F |

The pool circulation and treatment systems were operated normally during the investigation. Specifically, the pool circulation systems were not operated from February 1 to February 4, 2013, but were started on the afternoon of February 4 and were operated continuously through February 6, 2013. The pool ozonation system was operated sporadically during the investigation due to ongoing issues with that system.

The pool water level was approximately six to seven inches below the top of the skimmer gutter during the time of the investigation; leaving the water approximately four to five inches above the top of slab at the pool edges.

The pool was observed by the investigating team to have ice on its surface during the time of investigation as follows:

| February 3, 2013 | Approximately 0.25" of slushy ice on entire pool at 16:30 local |
|---|---|
| February 4, 2013 | Approximately 1.0" of firm ice on entire pool all day |
| February 5, 2013 | Ice thinning in west end of pool during the day, some areas in west end ice free by late afternoon; approximately 0.75" of ice remains in center east areas of pool all day |
| February 6, 2013 | Ice thinning in all areas of pool during the day, all ice approximately 0.25" thick and not very firm; almost entire pool ice free by 13:00 local |

The following pool water temperature readings were recorded by the investigating team at the pool during the investigation (all readings measured at bottom of water column (at top surface of slab) unless noted otherwise):

| Date: | Time: | Location: | Measured Water Temp: |
|---|---|---|---|
| February 5, 2013 | 12:00 local (approx) | Joint S3W-2W @ Coping | 40 deg F |
| February 5, 2013 | 12:55 local | Joint S2W-1W @ Coping | 39 deg F |
| February 5, 2013 | 15:30 local (approx) | Near SE Corner of Pool | 39 deg F |
| February 5, 2013 | 15:30 local (approx) | Near SE Corner of Pool | 35 deg F * |
| February 5, 2013 | 13:04 local | Joint S2W-1W @ Midpoint | 40 deg F |
| February 5, 2013 | 13:20 local | Joint S3W-2W @ Midpoint | 40 deg F |
| February 6, 2013 | 09:15 local | Joint S3W-2W @ Midpoint | 40 deg F |
| February 6, 2013 | 09:16 local | Joint S3W-2W @ Trough | 40 deg F |
| February 6, 2013 | 09:17 local | Joint N3W-2W @ Trough | 40 deg F |
| February 6, 2013 | 09:18 local | Joint N3W-2W @ Midpoint | 40 deg F |
| February 6, 2013 | 11:43 local | Joint S1E-2E @ Midpoint | 40 deg F |
| February 6, 2013 | 11:45 local | Joint S1E-2E @ Trough | 40 deg F |

* temperature reading taken at water's surface near ice

INVESTIGATION METHODOLOGY:

For each day's work, the two investigator personnel donned warm weather gear and chest waders and walked around and waded in the pool as necessary to measure the width of the joints at each observed location and to visually observe and photographically document the visible condition of the joints at each observed location. Joint width measurements were collected using a standard 25-foot retractable tape measure. Photographs were taken with a Panasonic Lumix LX5 digital camera and with a Blackberry Bold smartphone camera. In order to visually observe the slab-to-slab expansion joints in the deeper areas of the pool (midpoint and trough locations), the team used a 4-foot long, 6-inch diameter piece of PVC pipe with one end sealed with clear packing tape. This apparatus was pushed, sealed end down, vertically into the pool which allowed the team to observe and photograph the joints through the pipe with a minimal amount of intervening water and floating debris. Water and air temperatures were collected with a standard dial-type thermometer with attached stainless steel probe.

DETAILED DATA:

Please note that all general observed conditions reported herein are based on less than idea visual inspection only, and any/all noted failures/defects/deficiencies are apparent only and must be verified in the field by appropriate personnel; while conversely, defects/deficiencies may be present where none are noted herein. Areas outside of the localized areas observed were generally not visible to the inspectors and, as a result, the reported conditions herein may or may not be representative of the joint as a whole.

Joints S3W-2W, S2W-1W, S1W-1E, S1E-2E, S2E-3E, N3W-2W, N2W-1W, N1W-1E, N1E-2E, N2E-3E:

    Joint S3W-2W @ Coping:
| | |
|---|---|
| Measured Width: | 4.125" |
| General Observed Condition: | Facing on joint material appears damaged in crevices |



Joint S3W-2W @ Midpoint:
    Measured Width:        4.0"
    General Observed Condition:    Minor-moderate longitudinal failure in joint material



Joint S3W-2W @ Trough:
    Measured Width:        3.875"
    General Observed Condition:    No visible defects

Joint S2W-1W @ Coping:
    Measured Width:        3.688"
    General Observed Condition:    Two rows of moderate longitudinal failure in joint material



Joint S2W-1W @ Midpoint:
    Measured Width:        4.0"
    General Observed Condition:    One row of major longitudinal failure, one row of possible moderate longitudinal failure



Joint S2W-1W @ Trough:
    Measured Width:        3.875"
    General Observed Condition:    No visible defects

Joint S1W-1E @ Coping:
    Measured Width:        4.063"
    General Observed Condition:
        Severe longitudinal failures

 

Joint S1W-1E @ Midpoint:
    Measured Width:        3.625"
    General Observed Condition:    Possible moderate longitudinal failure

Joint S1W-1E @ Trough:
    Measured Width:        3.875"
    General Observed Condition:    East side of joint adherence to concrete appears to have major failure



Joint S1E-2E @ Coping:
    Measured Width:        3.5"
    General Observed Condition:    No visible defects

Joint S1E-2E @ Midpoint:
    Measured Width:        4.25"
    General Observed Condition:    Moderate longitudinal failure



Joint S1E-2E @ Trough:
    Measured Width:        3.375"
    General Observed Condition:    Both sides of joint adherence to concrete appears to have major-moderate failure



Joint S2E-3E @ Coping:
    Measured Width:        4.0"
    General Observed Condition:    Possible minor longitudinal failure or facing on joint material appears damaged in crevice

Joint S2E-3E @ Midpoint:
    Measured Width:        4.0"
    General Observed Condition:    Possible minor longitudinal failure

Joint S2E-3E @ Trough:
    Measured Width:        3.75"
    General Observed Condition:    West side of joint adherence to concrete appears to have major failure



Joint N3W-2W @ Coping:
    Measured Width: 4.0"
    General Observed Condition: Isolated failure of adhesive at butt joint



Joint N3W-2W @ Midpoint:
    Measured Width: 3.75"
    General Observed Condition: No visible defects

Joint N3W-2W @ Trough:
    Measured Width: 3.75"
    General Observed Condition: Possible minor failure of adhesive on west side

Joint N2W-1W @ Coping:
    Measured Width: 3.5"
    General Observed Condition: Possible longitudinal failure in joint material



Joint N2W-1W @ Midpoint:
    Measured Width: 3.75"
    General Observed Condition: Possible longitudinal failure in joint material



Joint N2W-1W @ Trough:
    Measured Width: 3.75"
    General Observed Condition: No visible defects

Joint N1W-1E @ Coping:
    Measured Width: 4.0"
    General Observed Condition: Facing on joint material appears damaged in crevice



Joint N1W-1E @ Midpoint:
    Measured Width: 3.875"
    General Observed Condition: No visible defects

Joint N1W-1E @ Trough:
    Measured Width: 4.125"
    General Observed Condition: Moderate longitudinal failure



Joint N1E-2E @ Coping:
    Measured Width: 3.625"
    General Observed Condition: Isolated both-side failure of adhesive; also facing on joint material appears damaged in crevice

 

Joint N1E-2E @ Midpoint:
    Measured Width: 3.75"
    General Observed Condition: Moderate longitudinal failure



Joint N1E-2E @ Trough:
    Measured Width: 3.625"
    General Observed Condition: Joint adherence to concrete on east side appears to have major-moderate failure

Joint N2E-3E @ Coping:
    Measured Width: 4.0"
    General Observed Condition: No visible defects

Joint N2E-3E @ Midpoint:
    Measured Width: 3.75"
    General Observed Condition: No visible defects

Joint N2E-3E @ Trough:
    Measured Width: 3.625"
    General Observed Condition: Both sides of joint adherence to concrete appear to have major failure



Joint 3.0W:
(Note: this joint is located on the top back side of the west wall of the "deep end" of the pool.)

Joint 3.0W @ SW Corner of Pool:
    Measured Width:           3.00"
    General Observed Condition:    No visible defects

Joint 3.0W @ 40' North of SW Corner of Pool:
    Measured Width:           2.375"
    General Observed Condition:    No visible defects

Joint 3.0W @ Centerline of Pool:
    Measured Width:           2.625"
    General Observed Condition:    No visible defects

Joint 3.0W @ 40' South of NW Corner of Pool:
    Measured Width:           2.75"
    General Observed Condition:    No visible defects



Typical image of Joint 3.0W

Joint 3.0W @ NW Corner of Pool:
    Measured Width:           2.625"
    General Observed Condition:    No visible defects

Joint 3.0E:
The width of Joint 3.0E was not measured nor was the condition of this joint observed as a part of this investigation. This joint lies beneath the skimmer gutter and may also be partially overlain by the coping stones and is therefore not visible for measurement or inspection. Removal of the skimmer gutter would be necessary in order to inspect this joint, and a full inspection may also require removal of certain coping stones.

Joint A:

Joint A NW Corner – N1:
    Measured Width:           2.375"
    General Observed Condition:    No visible defects

Joint A N1:
    Measured Width:           1.75"
    General Observed Condition:    No visible defects, although material appears to have expanded unevenly



Joint A N1-N2:
    Measured Width:           1.5"
    General Observed Condition:    No visible defects

Joint A N2:
    Measured Width:           1.25"
    General Observed Condition:    No visible defects

Joint A N2-N3:
    Measured Width (West side of Slab EJ): 1.5"
    Measured Width (East side of Slab EJ):  1.75"
    General Observed Condition:    No visible defects

Joint A N3:
    Measured Width:           1.563"
    General Observed Condition:    No visible defects

Joint A N3-N4:
    Measured Width:           1.75"
    General Observed Condition:    No visible defects

Joint A N4:
    Measured Width:           1.5"
    General Observed Condition:    No visible defects

Joint A N4-N5:
    Measured Width (West side of Slab EJ): 1.688"
    Measured Width (East side of Slab EJ):  1.563"
    General Observed Condition:    No visible defects

Joint A N5:
    Measured Width:           1.75"
    General Observed Condition:    No visible defects

Typical image of Joint A
(end of tape is at edge of grade beam, joint mat'l to the left is joint below coping stone)

Joint A N5-N6:
    Measured Width:           1.688"
    General Observed Condition:    No visible defects

Joint A N6:
    Measured Width:           1.5"
    General Observed Condition:    No visible defects

Joint A N6-N7:
    Measured Width (West side of Slab EJ): 1.5"
    Measured Width (East side of Slab EJ):  1.688"
    General Observed Condition:    No visible defects

Joint A N7:
    Measured Width:           2.0"
    General Observed Condition:    No visible defects

Joint A N7-N8:
    Measured Width:           1.688"
    General Observed Condition:    No visible defects

Joint A N8:
    Measured Width:           1.75"
    General Observed Condition:    No visible defects

Joint A N8-N9:
    Measured Width (West side of Slab EJ): 1.5"
    Measured Width (East side of Slab EJ): 1.625"
    General Observed Condition:    No visible defects

Joint A N9:
    Measured Width:           1.625"
    General Observed Condition:    No visible defects, although material appears to have expanded unevenly

Joint A N9-N10:
    Measured Width:    1.5"
    General Observed Condition:    No visible defects

Joint A N10:
    Measured Width:    1.5"
    General Observed Condition:    No visible defects

Joint A N10-N11:
    Measured Width (West side of Slab EJ): 1.625"
    Measured Width (East side of Slab EJ):  1.625"
    General Observed Condition:    Appears to be small tear in joint material west of slab EJ



Joint A N11:
    Measured Width:    1.625"
    General Observed Condition:    No visible defects

Joint A N11-N12:
    Measured Width:    1.25"
    General Observed Condition:    No visible defects

Joint A N12:
    Measured Width:    Not visible, obscured by skimmer gutter
    General Observed Condition:    Not visible

Joint A N12 – NE Corner:
    Measured Width:    1.188" (measured at 5.0' west of true NE corner)
    General Observed Condition:    No visible defects


<u>Joint B</u>:

Joint B SE Corner – S12:
    Measured Width:    1.5" (measured a few feet west of true SE corner)
    General Observed Condition:    No visible defects

Joint B S12:
    Measured Width:    Not visible, obscured by skimmer gutter
    General Observed Condition:    Not visible

Joint B S11-S12:
    Measured Width:    1.5"
    General Observed Condition:    No visible defects

Joint B S11:
    Measured Width:    1.625"
    General Observed Condition:    No visible defects

Joint B S10-S11:
    Measured Width (East side of Slab EJ):  1.625"
    Measured Width (West side of Slab EJ): 1.625"
    General Observed Condition:    No visible defects

Joint B S10:
    Measured Width:    1.5"
    General Observed Condition:    No visible defects

Joint B S9-S10:
    Measured Width:    2.0"
    General Observed Condition:    No visible defects

Joint B S9:
    Measured Width:    (portion of joint is covered by coping stone, measured as 0.5" from face of vertical coping joint material to edge of slab)
    General Observed Condition:    No visible defects

Joint B S8-S9:
    Measured Width (East side of Slab EJ):  1.438"
    Measured Width (West side of Slab EJ): 1.75"
    General Observed Condition:    No visible defects

Joint B S8:
    Measured Width:    1.625"
    General Observed Condition:    No visible defects

Joint B S7-S8:
    Measured Width:    2.0"
    General Observed Condition:    Isolated but major failure in joint material



Joint B S7:
    Measured Width:    2.0"
    General Observed Condition:    No visible defects

Joint B S6-S7:
    Measured Width (East side of Slab EJ):  1.75"
    Measured Width (West side of Slab EJ): 1.75"
    General Observed Condition:    No visible defects

Joint B S6:
    Measured Width:    1.75"
    General Observed Condition:    No visible defects

Joint B S5-S6:
    Measured Width:    1.688"
    General Observed Condition:    No visible defects

Joint B S5:
 Measured Width:    1.75"
 General Observed Condition: No visible defects

Joint B S4-S5:
 Measured Width (East side of Slab EJ): 1.25"
 Measured Width (West side of Slab EJ): 1.25"
 General Observed Condition: No visible defects

Joint B S4:
 Measured Width:    1.375"
 General Observed Condition: No visible defects

Joint B S3-S4:
 Measured Width:    1.625"
 General Observed Condition: No visible defects

Joint B S3:
 Measured Width:    1.75"
 General Observed Condition: No visible defects

Joint B S2-S3:
 Measured Width (East side of Slab EJ): 1.625"
 Measured Width (West side of Slab EJ): 1.5"
 General Observed Condition: No visible defects

Joint B S2:
 Measured Width:    1.5"
 General Observed Condition: No visible defects

Joint B S1-S2:
 Measured Width:    1.625"
 General Observed Condition: No visible defects

Joint B S1:
 Measured Width:    1.25"
 General Observed Condition: No visible defects

Joint B SW Corner – S1:
 Measured Width:    2.625"
 General Observed Condition: No visible defects

<u>Expansion joint between back of skimmer gutter and front face of coping stones at east side of pool:</u>

East Skimmer Gutter Joint @ SE Corner of Pool:
 Measured Width:    2.625"
 General Observed Condition: Almost continuous adhesive failure on skimmer gutter side

East Skimmer Gutter Joint @ 30' North of SE Corner of Pool:
 Measured Width:    2.313"
 General Observed Condition: Almost continuous adhesive failure on skimmer gutter side

East Skimmer Gutter Joint @ Centerline of Pool:
 Measured Width:    2.625"
 General Observed Condition: Almost continuous adhesive failure on skimmer gutter side

East Skimmer Gutter Joint @ 30' South of NE Corner of Pool:
 Measured Width:    2.438"
 General Observed Condition: Almost continuous adhesive failure on skimmer gutter side

East Skimmer Gutter Joint @ NE Corner of Pool:
 Measured Width:    2.0"
 General Observed Condition: No visible defects

Summary of East Skimmer Gutter Joint defects:
- First apparent failure appears approximately 13-feet south of the NE corner of the pool at a measured joint width of 2.125", this is a failure of the adhesive on the gutter side.
- From the above location going south, the apparent adhesive failures on the gutter side increase in extent to an approximate 95% failure rate in an area approximately 15-feet north of the centerline of the pool.
- Some apparent adhesive failures on the coping stone side were also observed near the pool centerline.
- Moving south, the apparent adhesive failures on the gutter side are at an approximate failure rate of 80% just south of the pool centerline and decrease in approximate failure rate toward the south, with only minor adhesive failures on the gutter side in the southern-most 12-feet of the joint.
- A few apparent adhesive failures on the coping stone side were also observed in the southern portion of this joint.

 

Typical adhesive failure on coping stone side, also visible are adhesive failures on skimmer gutter side

Typical condition of East Skimmer Gutter Joint Note near continuous failure of adhesive on skimmer gutter side

DETAILED DATA SUMMARY:

Joints S3W-2W, S2W-1W, S1W-1E, S1E-2E, S2E-3E, N3W-2W, N2W-1W, N1W-1E, N1E-2E, N2E-3E:

Joint S3W-2W: Measured width range:  4.125" – 3.875"
        Apparent observed conditions:   Minor-moderate defects & longitudinal failures
Joint S2W-1W: Measured width range:  4.0" – 3.688"
        Apparent observed conditions:   Moderate-major longitudinal failures
Joint S1W-1E: Measured width range:  4.063" – 3.625"
        Apparent observed conditions:   Major longitudinal failures & adhesive failure
Joint S1E-2E: Measured width range:  4.25" – 3.375"
        Apparent observed conditions:   Moderate longitudinal failures & adhesive failures
Joint S2E-3E: Measured width range:  4.0" – 3.75"
        Apparent observed conditions:   Minor defects/failures & adhesive failure
Joint N3W-2W: Measured width range:  4.0" – 3.75"
        Apparent observed conditions:   Isolated adhesive failure & possible minor adhesive failures
Joint N2W-1W: Measured width range:  3.75" – 3.5"
        Apparent observed conditions:   Possible longitudinal failures
Joint N1W-1E: Measured width range:  4.125" – 3.875"
        Apparent observed conditions:   Minor defects & moderate longitudinal failure
Joint N1E-2E: Measured width range:  3.75" – 3.625"
        Apparent observed conditions:   Multiple adhesive failures, minor defects, moderate longitudinal failure
Joint N2E-3E: Measured width range:  4.0" – 3.625"
        Apparent observed conditions:   Adhesive failures

Joints 3.0W and 3.0E:

Joint 3.0W:      Measured width range:  3.0" – 2.375"
        Apparent observed conditions:   No visible defects

Joint 3.0E:      Joint obscured by skimmer gutter; joint not observed as a part of this investigation.

Joints A and B:

Joint A:         Measured width range:  2.375" – 1.188"
        Apparent observed conditions:   Single instance of small tear in joint material, two instances of what appears to be uneven material expansion

Joint B:         Measured width range:  2.625" – 1.25"
        Apparent observed conditions:   Single instance of isolated but major failure in joint material

East Skimmer Gutter Joint:

East Skimmer Gutter Joint:
        Measured width range:  2.625" – 2.0"
        Apparent observed conditions:   Major, in places almost continuous adhesive failures on skimmer gutter side; isolated adhesive failures on the coping stone side

CONCLUSIONS:

This report presents the results of subject investigation and includes data on the widths and apparent condition of several types of expansion joints in the pool at select, localized locations at the time of the inspection.  This data is intended to assist in a future determination as to potential causes of the apparent expansion joint defects/failures.

The information in this report is intended only as documentation and is not intended to analyze, evaluate, or determine the cause(s) of any apparent defects, failures, or other problems; and is not intended to imply in any way responsibility for same.

For any questions regarding the information presented in this report, please contact Doug Denk, NPS Project Specialist and Contracting Officer's Representative, at 303-969-2336 or via email at doug_denk@nps.gov.

INVESTIGATING TEAM:

The field work for this report was performed by the following individuals.  This report was prepared by Mr. Denk.

Doug Denk                                    Date  2/11/13
Project Specialist
Contracting Officer's Representative
NPS, Denver Service Center

Dennis Quinn, PE                             Date  2/11/13
Project Specialist
NPS, National Mall and Memorial Parks

# APPENDIX  ONE



POOL EXPANSION JOINT SPOT INSPECTION LOCATIONS – WEST SIDE

NOT TO SCALE
NORTH AT TOP



POOL EXPANSION JOINT SPOT INSPECTION LOCATIONS – EAST SIDE

NOT TO SCALE

NORTH AT TOP



N

# Appendix F - NPS Internal Memorandum entitled *"Report on Lincoln Memorial Reflecting Pool Coping Stone Expansion Joints Condition"*



**United States Department of the Interior**
NATIONAL PARK SERVICE
DENVER SERVICE CENTER
12795 W. Alameda Parkway
P.O. Box 25287
Denver, Colorado 80225-0287



D5217 (DSC-CS)
NAMA 150274
1443C2011100064

INTERNAL MEMORANDUM

TO:            Ray Prazak, Contracting Officer; Contract File

FROM:          Doug Denk, Contracting Officer's Representative

REFERENCE:     Rehabilitation of the Lincoln Memorial Reflecting Pool and Grounds, National Mall and
               Memorial Parks, Washington DC, NAMA-150274, C2011100064

SUBJECT:       **Report on Lincoln Memorial Reflecting Pool Coping Stone Expansion Joints
               Condition**

DATE:          February 11, 2013

The purpose of this memorandum is to report and document the results of an internal investigation into the status of the Lincoln Memorial Reflecting Pool (pool) coping stone expansion joints. This investigation was performed by Doug Denk, National Park Service Project Specialist and Contracting Officer's Representative on Tuesday, February 5, 2013.

EXECUTIVE SUMMARY:

The National Park Service (NPS) was notified of a potential leak in the east side of the pool by Clark Construction, performing work on a site immediately adjacent to the east side of the pool, on Wednesday, January 30, 2013. Upon investigation, NPS personnel (Dennis Quinn) observed what appeared to be pool water leaking from beneath the bottom of the pool grade beam into an open excavation inside the Clark Construction site on the east side of the pool. Further investigation of the pool in general revealed what appeared to be failure of the expansion joint between the back-of-skimmer-gutter and front-face-of-coping-stone on the east side of the pool and also what appeared to be failure/damage to portions of the expansion joint material in the slab-to-slab expansion joints in the pool. Based on this limited information, the NPS decided to undertake an internal investigation to document the size and general condition of all slab expansion joints in the pool.

While on site performing the above investigation, it was noted by the investigating personnel that many of the expansion joints between the pool coping stones appear to have failed, some to a significant extent. As a result, Mr. Denk performed a detailed documentation of the current status of all of the pool coping stone expansion joints. This memorandum constitutes the results of that documentation.

The pool utilizes vertical expansion joints between certain coping stones, which rest on a bed of mortar on the perimeter grade beam, to coincide with expansion joints in the underlying grade beam. These coping stone expansion joints directly contribute to keeping the pool watertight.

The field documentation performed for the coping stone expansion joints involved simply photographically documenting the top surface and pool-side surface of each joint, and visually noting the apparent general condition of each joint. The field documentation resulted in the following determinations:

- There are a total of 46 coping stone expansion joints in the pool, not including a number of joints (approximately 2 or 3) in the east side of the pool which are currently concealed by adjacent construction work.
- There are 2 coping stone expansion joints in the southeast "punchout" side of the pool on the south side of the pool.
- There are 21 coping stone expansion joints on the south side of the pool (not including the "punchout" in the south side of the pool reported above).
- There are 2 coping stone expansion joints on the west side of the pool.
- There are 2 coping stone expansion joints in the northeast "punchout" side of the pool on the north side of the pool.
- There are 19 coping stone expansion joints on the north side of the pool (not including the "punchout" in the north side of the pool reported above).
- There are an unknown number (but likely 2 or 3) of coping stone expansion joints on the east side of the pool, which are currently concealed by adjacent construction work.

- 34 of the 46 total observable joints appear to have failed to a point where water could potentially be leaking from the pool through the joint.
- Many of the joints were in fact observed to have water actively leaking through them from the pool at the time of observation.

The details of this field documentation are provided in the "Detailed Data" section of this report, below.

ENVIRONMENTAL AND POOL CONDITIONS:

The documentation was performed on the afternoon of February 5, 2013.

The local weather conditions on the day of the documentation was as follows (data from NOAA NWS Climatological Report (Daily) for Reagan National Airport):

| Date: | High Temp: | Low Temp: | Skies: | Precip: |
|---|---|---|---|---|
| February 5, 2013 | 42 deg F | 34 deg F | 90% cloudy | none |

The following air temperature readings were recorded at the pool on the day of the documentation:

| Date: | Time: | Measured Air Temp: |
|---|---|---|
| February 5, 2013 | 12:00 local (approx) | 40 deg F |
| February 5, 2013 | 15:30 local (approx) | 42 deg F |

The pool circulation and treatment systems were operating at the time of the documentation.

The pool water level was approximately six to seven inches below the top of the skimmer gutter at the time of the documentation; leaving the water approximately four to five inches above the top of slab at the pool edges at the face of the coping stones.

The pool was observed to have ice on its surface at the time of the documentation as follows:

February 5, 2013    Ice thinning in west end of pool during the day, some areas in west end ice free by late afternoon; approximately 0.75" of ice remains in center east areas of pool all day

The following pool water temperature readings were recorded at the pool on the day of documentation (all readings measured at bottom of water column (at top surface of slab) unless noted otherwise):

| Date: | Time: | Location: | Measured Water Temp: |
|---|---|---|---|
| February 5, 2013 | 12:00 local (approx) | Joint S3W-2W @ Coping | 40 deg F |
| February 5, 2013 | 12:55 local | Joint S2W-1W @ Coping | 39 deg F |
| February 5, 2013 | 15:30 local (approx) | Near SE Corner of Pool | 39 deg F |
| February 5, 2013 | 15:30 local (approx) | Near SE Corner of Pool | 35 deg F * |
| February 5, 2013 | 13:04 local | Joint S2W-1W @ Midpoint | 40 deg F |
| February 5, 2013 | 13:20 local | Joint S3W-2W @ Midpoint | 40 deg F |

* temperature reading taken at water's surface near ice

DETAILED DATA:

Please note that all general observed conditions reported herein are based on visual inspection only, and any/all noted failures/defects/deficiencies are apparent only and must be verified in the field by appropriate personnel; while conversely, defects/deficiencies may be present where none are noted herein.

Narrative data is not provided for each individual joint. It is sufficient here to note that 34 of the coping stone expansion joints were observed to have failed to the point where water could be leaking from the pool through the joint. Many joints were observed to in fact be actively leaking at the time of observation.

Photographic data for each joint is presented in Appendix One of this report. In the Appendix, there are two photos for each joint. The top photo shows an image of the top surface of the joint with a tape measure for scale. The top photo of each joint also includes a small notebook which provides the location of each joint and a count of how many coping stones the joint is away from a certain corner of the pool, to allow one to thereby determine the precise location of the joint in the pool. The bottom photo of each joint shows a detail of the pool-side surface of the joint.

Representative photos are shown below:



Typical coping stone joint condition, showing severe failure along entire length.
This joint is on the north side of the pool, 228 coping stones east of the NW corner of the pool.



Photo showing the pool-side face of the same joint shown in the photo above, note how water is freely flowing out of the pool into the open joint.

The joints appear to have backer rod installed behind the expansion material, but do not appear to have any other material installed in them between the stones. If this is in fact the case, then a failure in the expansion material would allow water to freely flow out of the pool into the open joint and thence into the surrounding landscape.

CONCLUSIONS:

This report presents the results of subject documentation effort and includes general data on the existing condition of the pool coping stone expansion joints. This data is intended to assist in a future determination as to potential causes of the apparent expansion joint defects/failures.

The information in this report is intended only as documentation and is not intended to analyze, evaluate, or determine the cause(s) of any apparent defects, failures, or other problems; and is not intended to imply in any way responsibility for same.

For any questions regarding the information presented in this report or to obtain additional documentation, please contact Doug Denk, NPS Project Specialist and Contracting Officer's Representative, at 303-969-2336 or via email at doug_denk@nps.gov.

Doug Denk                                    2/11/13
Project Specialist                           Date
Contracting Officer's Representative
NPS, Denver Service Center

APPENDIX  ONE