**Exhibit F**



**National Park Service**
**U.S. Department of the Interior**

**National Capital Regional Office**

# Categorical Exclusion Documentation Form (CE Form)

**Project:** Install Liner on Lincoln Memorial Reflecting Pool

**PEPC Project Number:** 135692

**Description of Action (Project Description):** This project will install a polyurea liner on the Lincoln Memorial Reflecting Pool to waterproof and protect the concrete pool surface. The epoxy liner shall be tinted blue. The contractor shall install a 6-foot tall chain-link fence around the Reflecting Pool encompassing the entirety of the north and south walkways, the eastern walkway adjacent to the WWII Memorial and a 15-foot wide section at the western end of the pool at the lower plaza of the Lincoln Memorial.

Materials for the project include: Rhino CCW polyurea to fill all expansion joints throughout the entire pool; Rhino 11-35 polyurea to cover all expansion joints for enhanced elasticity and protection; moisture tolerant Rhino 406 - epoxy primer; Rhino Pipeliner 5000 will provide the primary protective coating for the fully submersible waterproof system; the Rhino 406 - epoxy primer will serve as the primary coating to provide the color (blue) for the new liner. Other non-specific caulks shall be agreed upon between the park and the contractor and used to caulk horizontal joints at the base of the granite coping stones. The granite coping stones shall not be removed as part of this project (e.g. the polyurea liner shall not be pulled over the top of the pool edge and under the coping stones).

Following draining and routine cleaning of the Reflecting Pool by park staff and the existing cleaning contractor (see PEPC 122380), the contractor shall shotblast the entirety of the pool floor surface to achieve the cleanliness and profile required for the Rhino polyurea system. The step shall include sandblasting the vertical portions of the Reflecting Pool walls and into the expansion joints in order to clean them sufficiently prior to installation of the new system.

After cleaning and sandblasting, the contactor shall repair all expansion joints in the pool bottom and pool walls, as well as the joint behind the false wall that runs down both sides of the pool. The process requires removal of all existing produce, including existing backer rod, installation of new backer rod and filling all expansion joints with the Rhino CCW polyurea product to level with the pool surface. This step shall also include filling and caulking of any other cracks observed in the floor of the pool.

After joint replacement and crack filling, the contractor shall apply the Rhino 11-35 polyurea to cover all expansion joints. Next, the contractor shall prime the floor and walls of the pool by applying the Rhino 406 epoxy primer at the prescribed thickness of 5mm.

Once primed to specifications, the contractor shall apply the Rhino Pipeliner 5000 product as the final coat of the system. This durable and waterproof product shall be applied at the prescribed thickness of +/- 100 mm.

The contractor shall secure all materials in a staging area identified by park staff. The contractor requires a mobile office and 4 trailers with equipment, supplies and materials. The Rhino products are spray applied with pumps mounted in trailers, each utilizing 300-400 feet of working hose.

**Project Location:**

**County, State:** District of Columbia, DC

**Mitigation(s):**

There are no required mitigations identified.

**CE Citation:** DOI NEPA Handbook, Appendix 2, 12.5, C(4), (Feb. 2026). Routine maintenance and repairs to cultural resource sites, structures, utilities and grounds under an approved Historic Structures Preservation Guide or Cyclic Maintenance Guide; or if the action would not adversely affect the cultural resource.

**CE Justification:** The proposed action is categorically excluded under NPS NEPA Handbook § 3.3.C.4 because it consists of routine maintenance and repair to an existing cultural resource feature within its current footprint. The action would not expand, relocate, or replace the reflecting pool; would not remove the granite coping stones; and would not construct permanent new facilities. The purpose of the action is to preserve and protect the existing reflecting pool basin through maintenance and repair of deteriorated surfaces and joints and installation of a protective waterproof lining system.

**Extraordinary Circumstances:**

| If implemented, would the proposal... | Yes/No | Explanation |
|---|---|---|
| **A.** Have significant impacts on public health or safety? | No | The project would not have significant impacts on public health or safety. Public access to the work area would be restricted during construction through installation of a temporary 6-foot chain-link fence, and construction activities would occur within a controlled work zone. The project would not introduce a long-term public safety hazard, change the sites permanent public use, or create operational conditions that would significantly affect visitor or worker safety. Standard construction safety requirements, material handling procedures, and contractor controls for surface preparation, coating application, staging, and site security would minimize short-term risks during implementation. |
| **B.** Have significant impacts on such natural resources and unique geographic characteristics as historic or cultural resources; park, recreation or refuge lands; wilderness areas; wild or scenic rivers; national natural landmarks; sole or principal drinking water aquifers; prime farmlands; wetlands; floodplains; national monuments; migratory birds; and other ecologically significant or critical areas? | No | The work is confined to the existing Reflecting Pool basin and adjacent paved walkways within a previously developed and intensively managed memorial landscape. The action consists of repair and waterproofing of the existing pool, with temporary fencing and staging during construction, and would not expand the pool footprint, remove granite coping stones, or add permanent new structures. The Reflecting Pool is a key feature of the historic Lincoln Memorial landscape. The project therefore would not significantly affect historic or cultural resources, park lands, recreation lands, wetlands, floodplains, migratory birds, or other ecologically significant areas. |
| **C.** Have highly uncertain and potentially significant environmental effects or involve unique or unknown environmental risks? | No | The proposed action is limited to repair and waterproofing of the existing Reflecting Pool basin using standard surface preparation, joint repair, primer, and protective coating methods. Temporary construction fencing, staging, and controlled access would be used during implementation. The environmental effects of these activities are localized, short term, and readily understood, and they do not present unique or unknown risks of the type that would preclude use of a categorical exclusion. |
| **D.** Establish a precedent for future action or represent a decision in principle about future actions with potentially significant environmental effects? | No | The proposed action is a discrete, site-specific maintenance and repair project for the existing Reflecting Pool and does not establish a precedent for future action or |

| If implemented, would the proposal... | Yes/No | Explanation |
|---|---|---|
| | | represent a decision in principle about future actions with potentially significant environmental effects. The action does not approve a programmatic approach, commit NPS to future modifications elsewhere in the National Mall, or authorize additional phases of development beyond the work described here. It is limited to repair and waterproofing of an existing pool basin, with temporary fencing and staging during construction. |
| **E.** Have a direct relationship to other actions that implicate potentially significant environmental effects? | No | The proposed action does not have a direct relationship to other actions that implicate potentially significant environmental effects. The project is a discrete maintenance and repair action confined to the existing Reflecting Pool and temporary support areas and does not approve or commit NPS to any broader redevelopment, future phase, or other connected action with potentially significant environmental effects. |
| **F.** Have significant impacts on properties listed, or eligible for listing, on the National Register of Historic Places as determined by the bureau? | No | The project occurs within the historic Lincoln Memorial landscape and involves work to the existing Reflecting Pool, a contributing feature within that setting. The work is limited to maintenance and repair of the existing pool basin within its current footprint and therefore would not have significant impacts on properties listed on, or eligible for listing on, the National Register of Historic Places. |
| **G.** Have significant impacts on species listed, or proposed to be listed, on the List of Endangered or Threatened Species or have significant impacts on designated Critical Habitat for these species? | No | The proposed action would not have significant impacts on listed or proposed threatened or endangered species, or on designated critical habitat. U.S. Fish and Wildlife Service IPaC resources indicate there is no critical habitat within the project area. Although IPaC identifies the proposed threatened monarch butterfly for consideration on a broad location basis, the project is limited to maintenance and repair of the existing Reflecting Pool basin and adjacent paved walkways within an intensively developed setting and would not result in significant impacts to habitat or other resources used by listed or proposed species. |
| **H.** Significantly limit access to and ceremonial use of Indian sacred sites on Federal lands by Indian religious practitioners or significantly adversely affect the physical integrity of such sacred sites? | No | The project would not significantly limit access to or ceremonial use of Indian sacred sites on Federal lands by Indian religious practitioners or significantly adversely affect the physical integrity of such sites. The action is confined to maintenance and repair of the existing Reflecting Pool and temporary construction controls within a previously developed memorial setting and does not affect a known Indian sacred site or substantially restrict access for religious practitioners. |
| **I.** Contribute to potentially significant effects resulting from the introduction, continued existence, or spread of noxious weeds or non-native invasive species known to occur in the area or from other actions that promote the introduction, growth, or expansion of the range of such species (Federal Noxious Weed Control Act)? | No | The project would not contribute to potentially significant effects resulting from the introduction, continued existence, or spread of noxious weeds or non-native invasive species. The action is confined to the existing Reflecting Pool basin and adjacent paved walkways in a previously developed area and does not involve soil disturbance, vegetation removal, planting, or other activities that would promote the introduction, growth, or |

| If implemented, would the proposal... | Yes/No | Explanation |
|---|---|---|
| | | expansion of invasive species. Temporary construction and staging activities would occur in designated developed areas and would not create conditions for potentially significant invasive-species effects. |

**Decision: I find that the action fits within the categorical exclusion(s) above. Therefore, I am categorically excluding the described project from further NEPA analysis. No extraordinary circumstances apply.**

**Superintendent Signature:** KEVIN GRIESS  Digitally signed by KEVIN GRIESS
Date: 2026.03.31 11:37:33 -04'00'    **Date:**