**Exhibit I**

District of Columbia Office of Planning



April 28, 2026

Mr. Kevin L. Griess, Superintendent
National Park Service
National Mall and Memorial Parks
1100 Ohio Drive, SW
Washington, DC  20242

RE: Section 106 Review of the Repainting the Lincoln Memorial Reflecting Pool

Dear Mr. Griess:

Over this past weekend, the DC State Historic Preservation Office (DC SHPO) learned through various press releases that the National Park Service (NPS) has initiated a project to repaint the floor of the Lincoln Memorial Reflecting Pool "American Flag Blue."  As you are aware, the Lincoln Memorial Reflecting Pool is listed in the National Register of Historic Places as a contributing element of the National Mall Historic District because it is an integral part of the setting for the Lincoln Memorial envisioned by and realized through the McMillan Plan of 1901, and because it has been the site of numerous historic events of enormous historical importance.  For such reasons, we would have expected the NPS to consult with our office pursuant to Section 106 of the National Historic Preservation Act regarding such a substantial and highly visible change to one of the most notable resources in our nation's capital but we can find no record of having been consulted about the undertaking in accordance with Federal historic preservation law.

Given the lack of consultation, we are left to assume that the repainting, which we understand is already well underway, was "streamlined" in accordance with the 2008 *Programmatic Agreement among the NPS, the Advisory Council on Historic Preservation and the National Conference of State Historic Preservation Officers for Compliance with Section 106 of the National Historic Preservation Act* (PA). If so, we suspect that the NPS must have decided the work qualified for streamlined review in accordance with Section III.C.1. since that stipulation addresses the "preservation, maintenance and repair of historic properties," and because no other section of the PA appears to be applicable.

However, a careful reading of Section III.C reveals that undertakings of this sort are eligible for streamlined review only if they are limited to "in-kind" work that does not alter the historic character of the historic property in question.  In our opinion, the bright blue paint currently being applied does <u>not</u> meet the definition of "in-kind" but it will most certainly and directly alter the historic character of the reflecting pool as well as indirectly altering the character of every contributing element of the National Mall Historic District from which the water feature is visible – including the Lincoln Memorial and the Washington Monument.  Moreover, the current action does not qualify for the repainting allowances of Stipulation III.C.1.c because "American Flag Blue" is not "the same color as existing," nor is it a "similar color" or, to the best of our knowledge, a "historic color based upon an approved historic structure report, cultural landscape report, or a historic paint color analysis."  In short, it is our determination that the proposed repainting of the Lincoln Memorial Reflecting Pool in bright blue will adversely affect the National Mall Historic District and does not qualify for streamlined review.

Mr. Kevin L. Griess
Section 106 Review of the Repainting the Lincoln Memorial Reflecting Pool
April 28, 2026
Page 2

The adverse effect will stem directly from the diminishment of the historic properties' integrity of design, setting, workmanship, feeling and association and we suspect that the inappropriate and unprecedented change in color is very likely to diminish the reflectively of the pool – which is the primary purpose for which the feature was constructed – and cause it to look more like an oversized swimming pool than a formal reflecting pool. The reason why any maintenance and repair work should be necessary at all is unclear since a multi-million-dollar reconstruction project completely restored the pool a little more than a decade ago, including complete replacement of the basin to prevent leakage.

For these reasons, we are formally notifying the NPS that further consultation is required pursuant to Section III of the PA, including the provision of any information the NPS would like to provide to help us better understand how it has interpreted the PA or otherwise met its Section 106 responsibilities. Unless we are subsequently convinced to the contrary by such information, we are also hereby formally invoking the PA's Dispute Resolution Clause, Stipulation X.  Pursuant to Stipulation X.A, we expect that "all work that is the subject of the dispute will stop until the dispute is resolved in accordance with the procedures in this section."

If you should have any questions or comments regarding any of these matters, please contact me at Andrew Lewis at andrew.lewis@dc.gov or 202-442-8841.  Otherwise, we request the NPS to respond to this correspondence as expeditiously as possible.

Sincerely,

C. Andrew Lewis
Senior Historic Preservation Specialist
DC State Historic Preservation Office

26-0474

cc: Erik Hein, NCSHPO
    Kristen Kulis, ACHP
    Tammy Stidham, NPS