# Exhibit J



# United States Department of the Interior

NATIONAL PARK SERVICE
National Capital Region
1100 Ohio Drive, S.W.
Washington, D.C. 20242

IN REPLY REFER TO:

April 29, 2026

Mr. C. Andrew Lewis
Senior Historic Preservation Specialist
DC State Historic Preservation Office
899 North Capital, NE Suite 7100
Washington, DC 20002

RE: Section 106 Review of the Repainting of the Lincoln Memorial Reflecting Pool

Dear Mr. Lewis:

The National Park Service (NPS) is providing the following information in response to your letter dated April 28, 2026. We understand that you have concerns with the ongoing project at the Lincoln Memorial Reflecting Pool (Reflecting Pool). The primary concern identified seems to reflect a misunderstanding based on incorrect information possibly gleaned from erroneous news reports, therefore we are providing this additional information to more thoroughly explain the project and the agency official's findings.

First, the "bright blue paint" referenced is a primer material, that will then have a coating with a much darker coloring applied. The final color, "American Flag" blue is a very dark blue, sympathetic with historic coatings and surface finishes on the Reflecting Pool. The images circulating publicly depict the primer layer, not the finished treatment. The figures included below illustrate the primer (Figure 1), the first finish coat (Figure 2), a color sheet sample (Figure 3), and a physical sample of the final color (Figure 4).

In the agency's review of the proposal to coat the bottom of the Reflecting Pool, the agency official determined that the activity qualified for Streamlined Review in accordance with the 2008 *Programmatic Agreement among the National Park Service, the Advisory Council on Historic Preservation and the National Conference of State Historic Preservation Officers for Compliance with Section 106 of the National Historic Preservation Act (PA)*, under activity #1 "preservation, maintenance and repair of historic properties." This determination was justified because the work is limited to surface repair and refinishing of the existing basin, actions that fall within the PA's allowances when the treatment maintains the historic appearance, character, and function of the resource. Copies of the NPS's Assessment of Actions Having an Effect on Historic Properties and Categorical Exclusion Documentation Form are attached for your reference.

As explained in the NPS's attached compliance documentation, historic documentation supports the use of darkened or tinted finishes at the Reflecting Pool. The original construction of the Reflecting Pool incorporated an asphalt coated membrane, slate, and concrete tile selected specifically for their dark coloration to enhance reflectivity and perceived water depth. The 2012 rehabilitation continued with this design intent with installation of a structurally reinforced, dark tinted membrane. Earlier maintenance practices also included

periodic addition of dye to the water to further enhance the reflective effect. Because the historic character of the Reflecting Pool has consistently relied on darkened substrates or darkened water to achieve its intended appearance, the current coating is consistent with the historic design intent and longstanding landscape characteristics.

Regarding concerns that the pool will resemble a "large swimming pool," the NPS clarifies that the final coating is dark and low chroma, intentionally selected to maintain the Reflecting Pool's defining characteristic, its mirrorlike surface, and to avoid any appearance inconsistent with its historic setting or its function as a formal commemorative landscape. The primer-only images do not represent the finished condition. The completed dark surface will continue to read as a reflective water body rather than a recreational pool. It is unclear from your letter whether you were disputing the primer-only coating (which would be applied in any event) or the final coating.

We also want to clarify the purpose and timing of this project. Following the 2012 reconstruction, numerous expansion joints in the basin failed much earlier than anticipated. The NPS already had a project in the queue to replace these failed joints, as they were contributing to significant water loss and operational issues. In 2023, the NPS reviewed and approved the expansion joint replacement as eligible for Streamlined Review. This project was reported to your office in 2024 as part of our annual reporting. During preparatory work for the project, additional deterioration was identified on the pool surface that required immediate attention. The coating now being applied addresses this deterioration and provides a uniform, durable dark surface in keeping with the structure's historic character.

Based on the historic precedent for darkening of the Reflecting Pool's bottom, the preservation purpose of the work, the narrow scope of intervention, and the consistency of the final appearance with the Reflecting Pool's longstanding design intent, the NPS determined that the undertaking results in **no adverse effect**. The activity preserves the Reflecting Pool's historic qualities, retains its defining reflective function, and does not diminish the integrity of design, setting, materials, workmanship, feeling, or association of the National Mall Historic District.

The NPS appreciates your prompt attention to this matter and remains committed to transparent and collaborative consultation. To ensure that all concerns are addressed thoroughly and expeditiously, we respectfully request an opportunity to meet with you and your staff to at your earliest convenience, to review the project materials, discuss the agency official's findings under the PA, and work toward resolution of any remaining issues.

We stand ready to provide any additional technical information, color samples, or documentation that would assist in your review, and we look forward to continuing our constructive partnership in the stewardship of the National Mall's historic resources.

Sincerely,

JENNIFER
NERSESIAN

Digitally signed by JENNIFER
NERSESIAN
Date: 2026.04.29 17:28:52 -04'00'

Jennifer T. Nersesian
Regional Director, National Capital Region



FIGURE 1. LINCOLN MEMORIAL REFLECTING POOL, PRIMER COAT (WET)



FIGURE 2: LINCOLN MEMORIAL REFLECTING POOL, FIRST TOPCOAT (NOT FINAL COLOR)



FIGURE 3: COLOR SHEET SAMPLE.



FIGURE 4: PHYSICAL SAMPLE OF FINAL PRODUCT FOR LINCOLN MEMORIAL REFLECTING POOL