# Exhibit K



# United States Department of the Interior

**NATIONAL PARK SERVICE**
National Capital Region
1100 Ohio Drive, S.W.
Washington, D.C. 20242

IN REPLY REFER TO:

April 29, 2026

Advisory Council on Historic Preservation
401 F Street NW, Suite 308
Washington, DC 20001

RE: Section 106 Review of the Repainting of the Lincoln Memorial Reflecting Pool

Dear Executive Director Nelson:

Yesterday, the National Park Service (NPS) received a letter from the District of Columbia Historic Preservation Office (DC HPO) regarding the ongoing project to rehabilitate the Lincoln Memorial Reflecting Pool. In that letter the DC HPO formally invoked Stipulation X in the National Park Service's 2008 Nationwide Programmatic Agreement (PA), regarding Dispute Resolution. Attached is the NPS's response to the DC HPOs letter which corrects inaccuracies on which the DC HPO's letter was based, explains that the NPS properly determined that the activity qualified for streamlined review, clarifies that the final coating will be dark and low chroma selected to maintain the Reflecting Pool's defining characteristic, its mirrorlike surface, and to avoid any appearance inconsistent with its historic setting, and attaches the NPS's compliance documentation.

While we will continue to engage with the DC HPO to resolve any and all concerns expressed in its letter, since the project is ongoing and a disruption at this juncture could impact the adhesion of the coating, the NPS respectfully requests the Advisory Council on Historic Preservation (ACHP) perform an expedited and concurrent review of the relevant documentation and then issue its recommendation pursuant to Stipulation X of the 2008 Nationwide PA forthwith.

Thank you very much for your attention to this matter.

Sincerely,

JENNIFER NERSESIAN

Digitally signed by JENNIFER NERSESIAN
Date: 2026.04.29 17:29:59 -04'00'

Jennifer T. Nersesian
Regional Director, National Capital Region

cc. Jessica Bowron, Comptroller, Exercising the Delegated Authority of the Director of the National Park Service

Attachment: April 28, 2026 Letter to the District of Columbia Historic Preservation Office, with attachments