**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

THE CULTURAL LANDSCAPE FOUNDATION,
et al.,

                     *Plaintiffs*,

     v.

U.S. DEPARTMENT OF THE INTERIOR, et al.,

                     *Defendants*.

Civil Action No. 1:26-cv-01593-CJN

Hon. Carl J. Nichols

**[PROPOSED] ORDER**

     Plaintiffs' Motion for a Temporary Restraining Order, Preliminary Injunction, and/or

Stay of Agency Action (Dkt. No. 2) is **DENIED**.  Plaintiffs' Complaint (Dkt. No. 1) is

**DISMISSED** for lack of subject-matter jurisdiction.


Date: _____

                               _____

                               Judge Carl J. Nichols
                               United States District Court for the
                               District of Columbia