**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE CULTURAL LANDSCAPE FOUNDATION, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> U.S. DEPARTMENT OF THE INTERIOR, et al., <br><br> *Defendants*. | Civil Action No. 1:26-cv-01593-CJN <br><br> Hon. Carl J. Nichols <br><br> **NOTICE OF APPEARANCE** |

Federal Defendant, by and through undersigned counsel, hereby gives notice of the entry of appearance of counsel for Federal Defendant in the above-captioned matter. Please enter the appearance of Marissa Piropato, United States Department of Justice, as counsel for Federal Defendant. Ms. Piropato's contact information is as follows:

> For Deliveries by U.S. Mail:
> Marissa Piropato
> United States Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> Ben Franklin Station,
> P.O. Box 7611
> Washington, D.C. 20044-7611

> For Overnight or Hand Deliveries:
> Marissa Piropato
> United States Department of Justice
> Environment & Natural Resources Division
> Natural Resources Section
> 150 M. St. NE
> Washington, D.C. 20002
> Telephone:  (202) 532-3182
> Facsimile:  (202) 305-0506
> Email: Marissa.Piropato@usdoj.gov

1

DATED this 21st day of May, 2026.

Respectfully submitted,

ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

BRADLEY CRAIGMYLE
Deputy Assistant Attorney General

/s/ Marissa A. Piropato___
MARISSA A. PIROPATO (MA Bar No. 651630)
Deputy Chief
Natural Resources Section
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 532-3182
Email: marissa.piropato@usdoj.gov

*Attorneys for Defendants*