**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE CULTURAL LANDSCAPE FOUNDATION, et al.,<br><br>                     *Plaintiffs*,<br><br>    v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.,<br><br>                    *Defendants*. | Civil Action No. 1:26-cv-01593-CJN |

**NOTICE**

Consistent with the Court's directive at the May 21, 2026 hearing to keep it apprised of developments related to the challenged project, Defendants provide notice that, as of today, the resurfacing of the Lincoln Memorial Reflecting Pool is complete.  The pool will begin to be refilled with water no later than this coming Sunday, June 7, 2026.

Respectfully submitted this 3rd of June, 2026,

                               ADAM R.F. GUSTAFSON
                               Principal Deputy Assistant Attorney General

                               /s/ *John K. Heise*
                               JOHN K. HEISE (CA Bar No. 331615)
                               Trial Attorney
                               Natural Resources Section
                               Environment & Natural Resources Division
                               Natural Resources Section
                               Ben Franklin Station, P.O. Box 7611
                               Washington, D.C. 20044-7611
                               Telephone: (202) 598-3312
                               Email: john.heise@usdoj.gov

                               *Attorneys for Defendants*

1