**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

THE CULTURAL LANDSCAPE FOUNDATION
et al.,

                              *Plaintiffs*,

   *v.*

U.S. DEPARTMENT OF THE INTERIOR et al.,

                           *Defendants*.

No. 26 Civ. 1593 (CJN)

## NOTICE OF WITHDRAWAL OF MOTION FOR EMERGENCY RELIEF

In light of the apparent completion of the Reflecting Pool resurfacing project,[1] Plaintiffs hereby withdraw their motion for emergency relief. ECF No. 2. Plaintiffs believe that the prudent course of action at this stage is to proceed expeditiously towards final judgment, and will confer with Defendants and submit a status report regarding their proposed next steps in the litigation.

Respectfully submitted,

*/s/ Alexander Kristofcak*
ALEXANDER KRISTOFCAK*
  (D.C. Bar No. 90045623)
JOSEPH MEAD
  (D.D.C. Bar No. 1740771)
NATHANIEL A.G. ZELINSKY
  (D.C. Bar No. 1724093)
WASHINGTON LITIGATION GROUP
1717 K Street NW, Suite 1120
Washington, DC 20006
Phone (202) 521-8734
Fax (202) 521-8745
akristofcak@washingtonlitigationgroup.org

*Attorneys for Plaintiffs*

---

[1] *See* Lincoln Memorial Reflecting Pool Refills with Water After Trump Paint Job, PBS News (June 9, 2026), https://www.pbs.org/newshour/politics/timelapse-lincoln-memorial-reflecting-pool-refills-with-water-after-trump-paint-job.

1