**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

THE CULTURAL LANDSCAPE FOUNDATION et al.,

*Plaintiffs*,

*v.*

U.S. DEPARTMENT OF THE INTERIOR et al.,

*Defendants*.

No. 26 Civ. 1593 (CJN)

**SUPPLEMENTAL NOTICE REGARDING RECENT DEVELOPMENTS**

Plaintiffs file this notice to apprise the Court of relevant developments which have taken place since the parties' proposed competing schedules and, which Plaintiffs respectfully submit, underscore the need for the expedited production of the administrative record and the swift resolution of these proceedings.

This case involves Defendants' efforts to conduct significant work on the Lincoln Memorial Reflecting Pool, without consulting experts or the public as required by law. Shortly after Defendants filled the Reflecting Pool with water and declared the project finished, a significant green algal bloom overtook the pool. Defendants apparently responded by pouring chemicals into the pool and undertaking other mitigation efforts to kill the algae.[1] At the same time, it appears that the blue material Defendants affixed to the bottom of the Reflecting Pool is now peeling away in chunks.[2] On June 20, 2026, President Trump stated that the Reflecting Pool

---

[1] *See* Rachel Treisman, *Algae Clouded Trump's Vision for the Reflecting Pool. But Scientists Aren't Surprised*, NPR (June 19, 2026), https://www.npr.org/2026/06/19/nx-s1-5863044/dc-reflecting-pool-algae-green-trump.

[2] *See* Michelle Del Rey and James Powel, *Lincoln Memorial Reflecting Pool Paint Peeling Off: See Images*, USA Today (June 18, 2026), https://www.usatoday.com/story/news/nation/2026/06/18/lincoln-memorial-reflecting-pool-paint-peeling-off-see-photos/90614066007/.

1

will be drained once again and new work—exactly what is unclear—will be performed on the historic structure.[3] An image of President Trump's statement, the algae bloom, and the peeling paint are reproduced below, for the Court's convenience.



**Donald J. Trump** 🔴 ➕
@realDonaldTrump

Many additional people have been arrested having to do with the disgraceful Vandalism of our beautiful Reflecting Pool. It hasn't looked or worked like this since 1922, when it was originally built, but even then, it leaked badly, and didn't work. Ours worked perfectly, including the mirror like finish, perfectly reflecting the two Great Monuments, which it never had before! What these terrible Vandals have done is a true affront to both Presidents George Washington and Abraham Lincoln, and should be dealt with accordingly. We met with contractors today, will probably be forced to release and drain much of the water in order to do the necessary repairs, but will have them done as quickly as possible. What they have damaged does not even include the earlier killing of a large amount of grass which was, by far, the least of it. They took some form of knife or blade, and put a 250 foot long gash into the beautiful facade of what took so much work, competence, and money to build and complete. They also poured corrosive and destructive chemicals into the Pool. The Reflecting Pool was never so beautiful as it was just one week ago, even going back to 1922 when it opened. We are very proud of what we have done with this magnificent structure, and we will get it repaired, quickly, to an equal level of Beauty. Thank you for your attention to this matter! President DONALD J. TRUMP

**6.76k** ReTruths  **25.3k** Likes                    Jun 20, 2026, 8:36 PM

---

[3] Donald J. Trump (@realDonaldTrump), Truth Social (June 20, 2026, 8:36 PM), https://truthsocial.com/@realDonaldTrump/posts/11678529644842020208



*Chip Somodevilla, Getty Images*



*Annabelle Gordon, Reuters*

This is the foreseeable result of Defendants' decision to bypass the consultative process required by law and which must occur before the government can alter our nation's most sacred spaces.[4] It should go without saying, Congress required agencies to consult with experts and public *before* making changes to historic properties for a reason. The public is now witnessing what happens when, instead, agencies barrel ahead with ill-conceived plans in a hasty manner to meet an arbitrary deadline imposed by the White House. It is also not too late to correct course. As Defendants determine how to get out of their self-created mess, and restore the Reflecting Pool, Defendants can and should do what the law requires: Engage with experts and the public, and make an informed decision about what is best based on the consultations mandated by the law, instead of once again rushing ahead with half-baked ideas.

These recent developments strongly counsel in favor of an approach that will expedite proceedings to the greatest extent possible. In the Joint Status Report filed June 17, 2026, Plaintiffs had proposed a schedule for production of the administrative record and summary judgment briefing, consistent with the understanding that work had been completed at the Reflecting Pool. ECF No. 20 at 1-2. For their part, Defendants opposed Plaintiffs' schedule, and instead proposed that any production of the record await resolution of an anticipated motion to dismiss. *Id.* at 2-3.[5] It is now clear the project is *not completed*—despite what appeared to have been the case when

---

[4] *See, e.g.*, Alice Gibbs, *Is the Lincoln Memorial Reflecting Pool Floor Already Peeling?,* Newsweek (June 19, 2026), https://www.newsweek.com/lincoln-memorial-reflecting-pool-floor-starts-peeling-4-possible-reasons-12094294 (quoting marine biologist Christopher Lowe as stating that "the new dark surface . . . could create 'perfect conditions for algae to bloom'" and professor emeritus of civil and mineral engineering, R. Douglas Hooton, and the chair of Aquatic Council, LLC, Tim Auerhahn, discussing potential reasons for the peeling paint, including installation errors and product selection).

[5] Defendants previewed their argument that Plaintiffs lack standing "given that the project is complete," theorizing that Plaintiffs have no aesthetic injury from "the current state of the pool." ECF No. 20 at 3. Subsequent developments have all but foreclosed this argument.

both sides proposed schedules to the Court. Instead, the project is going to be reopened—and significant work may lie ahead. Should Plaintiffs prevail, there is thus now an opportunity for the Court to require Defendants to undertake the study required by Congress *before* they perform significant additional work and more damage is done.

Accordingly, Plaintiffs respectfully request that the Court order the prompt production of the administrative record and adopt an expedited briefing schedule for dispositive motions. Plaintiffs reserve the right to seek temporary injunctive relief should Defendants take further steps to alter the Reflecting Pool without complying with the law.

Counsel for Plaintiffs conferred with counsel for Defendants via email regarding Plaintiffs' request. Defendants oppose Plaintiffs' proposal.

Dated: June 22, 2026

Respectfully submitted,

*/s/ Alexander Kristofcak*
ALEXANDER KRISTOFCAK
  (D.C. Bar No. 90045623)
JOSEPH MEAD
  (D.C. Bar No. 1740771)
NATHANIEL A.G. ZELINSKY
  (D.C. Bar No. 1724093)
WASHINGTON LITIGATION GROUP
1717 K Street NW, Suite 1120
Washington, DC 20006
Phone (202) 521-8734
Fax (202) 521-8745
akristofcak@washingtonlitigationgroup.org

*Attorneys for Plaintiffs*