**UNITED STATES DISTRICT COURT FOR**

**THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE CULTURAL LANDSCAPE FOUNDATION et al., <br><br>                         *Plaintiffs*, <br><br>   *v.* <br><br> U.S. DEPARTMENT OF THE INTERIOR et al., <br><br>                      *Defendants*. | No. 26 Civ. 1593 |

**DECLARATION OF FRANK LANDS, DEPUTY DIRECTOR FOR OPERATIONS, NATIONAL PARK SERVICE**

I, Frank Lands, declare as follows:

1. I am the Deputy Director for Operations for the National Park Service ("NPS"). I have been in this position since May 2023. I served as the Regional Director for the NPS's Pacific West Region from January 2022 until assuming this position. Prior to that time, I was employed by the U.S. Army where I have more than 20 years of experience in managing natural and cultural resources and conservation programs.

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

3. In my current position as Deputy Director of Operations, I am the senior civilian executive and principal advisor to the Director. I provide leadership and guidance to five Associate Directors, and seven Regional Directors. I oversee every aspect of park

1

operations, including the preservation and protection of 85 million acres of land, 167 million museum objects, 33,000 historic structures, and more than 169,000 miles of rivers and streams, as well as recreation, education, and hospitality services for the more than 300 million people who visit national parks every year, generating $12 billion in local economic impacts.

4. The NPS recently completed over two months of renovations of the Lincoln Memorial Reflecting Pool ahead of the U.S. 250th anniversary. The 2,000-foot-long basin was drained, a tinted polyurea liner on the Lincoln Memorial Reflecting Pool was installed to waterproof and protect the concrete pool surface, and the pool was refilled with water.

5. On June 9, 2026, after the rehabilitation project was substantially complete, the U.S. Park Police responded to an NPS report of damage to the reflecting pool, including a caulk over the foam sealant that was cut with a sharp knife or razor and destruction of delaminating surface material.  In addition, approximately 70 fence post tops were thrown into the pool.

6. The National Park Service plans to begin draining the reflecting pool following the Independence Day celebration to conduct repairs, including assessing and repairing any damage to the lining.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 24, 2026.

_____

Frank Lands