# Exhibit 1



| | |
|---|---|
| **National Park Service**<br>**U.S. Department of the Interior** | **National Capital Regional Office**<br>**Date: 03/30/2026** |

# ASSESSMENT OF ACTIONS HAVING AN EFFECT ON HISTORIC PROPERTIES

## A. DESCRIPTION OF UNDERTAKING

**1. Park:** National Capital Regional Office

**2. Project Description:**

**Project Name:** Install Liner on Lincoln Memorial Reflecting Pool
**Prepared by:** Jason Theuer    **Date Prepared:** 03/27/2026    **Telephone:** 202-619-7273
**PEPC Project Number:** 135692
**Locations:**

      **County, State:** District of Columbia, DC

**Describe project:**

This project will install a polyurea liner on the Lincoln Memorial Reflecting Pool to waterproof and protect the concrete pool surface. The epoxy liner shall be tinted blue. The contractor shall install a 6-foot tall chain-link fence around the Reflecting Pool encompassing the entirety of the north and south walkways, the eastern walkway adjacent to the WWII Memorial and a 15-foot wide section at the western end of the pool at the lower plaza of the Lincoln Memorial.

Materials for the project include: Rhino CCW polyurea to fill all expansion joints throughout the entire pool; Rhino 11-35 polyurea to cover all expansion joints for enhanced elasticity and protection; moisture tolerant Rhino 406 - epoxy primer; Rhino Pipeliner 5000 will provide the primary protective coating for the fully submersible waterproof system; the Rhino 406 - epoxy primer will serve as the primary coating to provide the color (blue) for the new liner. Other non-specific caulks shall be agreed upon between the park and the contractor and used to caulk horizontal joints at the base of the granite coping stones. The granite coping stones shall not be removed as part of this project (e.g. the polyurea liner shall not be pulled over the top of the pool edge and under the coping stones).

Following draining and routine cleaning of the Reflecting Pool by park staff and the existing cleaning contractor (see PEPC 122380), the contractor shall shotblast the entirety of the pool floor surface to achieve the cleanliness and profile required for the Rhino polyurea system. The step shall include sandblasting the vertical portions of the Reflecting Pool walls and into the expansion joints in order to clean them sufficiently prior to installation of the new system.

After cleaning and sandblasting, the contactor shall repair all expansion joints in the pool bottom and pool walls, as well as the joint behind the false wall that runs down both sides of the pool. The process requires removal of all existing produce, including existing backer rod, installation of new backer rod and filling all expansion joints with the Rhino CCW polyurea product to level with the pool surface. This step shall also include filling and caulking of any other cracks observed in the floor of the pool.

After joint replacement and crack filling, the contractor shall apply the Rhino 11-35 polyurea to cover all expansion joints. Next, the contractor shall prime the floor and walls of the pool by applying the Rhino 406 epoxy primer at the prescribed thickness of 5mm.

Once primed to specifications, the contractor shall apply the Rhino Pipeliner 5000 product as the final coat of the system. This durable and waterproof product shall be applied at the prescribed thickness of +/- 100 mm.

The contractor shall secure all materials in a staging area identified by park staff. The contractor requires a mobile office and 4 trailers with equipment, supplies and materials. The Rhino products are spray applied with pumps mounted in trailers, each

utilizing 300-400 feet of working hose.

**Area of potential effects (as defined in 36 CFR 800.16[d])**
Lincoln Memorial Reflecting Pool, including walkways around all sides (north, east, and south) and approximately 15-foot wide section of the plaza at the west end. Staging area for trailers and mobile office TBD.

**3. Has the area of potential effects been surveyed to identify historic properties?**

    **No**

  X  **Yes**

    **Source or reference:**

**4. Potentially Affected Resource(s):**

**Archeological Resources Present:** No

**Historical Structures/Resources Present:** Yes

**Historical Structures/Resources Notes:**   Lincoln Memorial - Res. 332
Reflecting Pool - Res. 332
Lincoln Memorial Approachway - Res. 332

**Cultural Landscapes Present:** Yes

**Cultural Landscapes Notes:**   Lincoln Memorial Cultural Landscape;
West Potomac Park, Reservation 332;
Landscape Developments Modernist Era improvements including the Beautification Program;
Landscape Development: City Beautiful and the McMillan Plan of 1902

**Ethnographic Resources Present:** Yes

**Ethnographic Resources Notes:**   Lincoln Memorial
Landscapes of Civil Rights: African American/Black Sites
Landscapes of Protest: The Civil Rights Movement

**5. The proposed action will: (check as many as apply)**

  No  Destroy, remove, or alter features/elements from a historic structure

  No  Replace historic features/elements in kind

  Yes  Add non-historic features/elements to a historic structure

  Yes  Alter or remove features/elements of a historic setting or environment (inc. terrain)

  Yes  Add non-historic features/elements (inc. visual, audible, or atmospheric) to a historic setting or cultural landscape

  No  Disturb, destroy, or make archeological resources inaccessible

  No  Disturb, destroy, or make ethnographic resources inaccessible>

  No  Potentially affect presently unidentified cultural resources

  No  Begin or contribute to deterioration of historic features, terrain, setting, landscape elements, or archeological or ethnographic resources

  No  Involve a real property transaction (exchange, sale, or lease of land or structures)

    Other (please specify): _____

**6. Supporting Study Data:**
**(Attach if feasible; if action is in a plan, EA or EIS, give name and project or page number.)**

Historical records of the Reflecting Pool indicate that the original design included an asphalt-coated membrane, slate, and dark color concrete tile intended to enhance reflection and sense of water depth (2022 CLI). The 2012 rehabilitation of the pool bottom replaced it with a structurally reinforced, dark tinted membrane, to retain the dark color (2022 CLI). Additionally, the 1999 CLR notes that historically, park staff added black dye to the pool water to enhance the reflective quality. CLRs do not recommend painting the pool walls or bottom and CLIs have no historic documentation of painting.

## B. REVIEWS BY CULTURAL RESOURCE SPECIALISTS

The park 106 coordinator requested review by the park's cultural resource specialist/advisors as indicated by check-off boxes or as follows:

**No Reviews From**: Curator, Archeologist, Historical Architect, Historian, 106 Advisor, Other Advisor, Anthropologist, Historical Landscape Architect

## C. PARK SECTION 106 COORDINATOR'S REVIEW AND RECOMMENDATIONS

### 1. Assessment of Effect:

|   |   |
|---|---|
|          | No Potential to Cause Effects |
|          | No Historic Properties Affected |
|    X     | No Adverse Effect |
|          | Adverse Effect |

### 2. Documentation Method:

**[   ] Standard 36 CFR Part 800 Consultation**
Further consultation under 36 CFR Part 800 is needed.

**[ X ] Streamlined Review Under the 2008 Servicewide Programmatic Agreement (PA)**
The above action meets all conditions for a streamlined review under section III of the 2008 Servicewide PA for Section 106 compliance.

**Applicable Activities:**

1. Preservation Maintenance and Repair of Historic Properties.

**[   ] Program Comment on Stewardship and Management of National Park Service Mission 66-Era Facilities (1945-1972)**
The above action meets all of the requirements of this Program Comment for Section 106 compliance and required documents have been uploaded.

**[   ] Undertaking Related to Park Specific or Another Agreement**
The proposed undertaking is covered for Section 106 purposes under another document such as a park, region or statewide agreement established in accord with 36 CFR 800.7 or 36 CFR 800.14.

### 3. Consultation Information

**SHPO Required:**
**SHPO Sent:**
**SHPO Received:**

**THPO Required:** No
**THPO Sent:**
**THPO Received:**

**SHPO/THPO Notes:**

    **Advisory Council Participating:** No
    **Advisory Council Notes:**
    **Additional Consulting Parties:** No

**4. Stipulations and Conditions:** Following are listed any stipulations or conditions necessary to ensure that the assessment of effect above is consistent with 36 CFR Part 800 criteria of effect or to avoid or reduce potential adverse effects.

**5. Mitigations/Treatment Measures:** Measures to prevent or minimize loss or impairment of historic/prehistoric properties: (Remember that setting, location, and use may be relevant.)

    No Assessment of Effect mitigations identified.

**6. Assessment of Effect Notes:**

Applying a tinted epoxy coating to the Reflecting Pool is consistent with the historic character and design intent of the site, as the pool has historically relied on dark-colored materials to enhance its reflective quality and visual depth. The use of a tinted epoxy would be a sympathetic treatment, as it maintains the essential visual function and appearance, which are key aspects of its significance and integrity as a contributing feature to the Lincoln Memorial Grounds and West Potomac Park Historic Districts. This approach aligns with the Secretary of the Interiors Standards for Rehabilitation by preserving the pools character-defining features and ensuring that new work is compatible with the historic materials, finishes, and design. This treatment would constitute a minimal and reversible intervention that supports the continued preservation and public appreciation of the propertys National Register qualities. This project does not constitute a comprehensive Rehabilitation of the Reflecting Pool, and therefore minimally meets the eligibility criteria for Streamlined Review Activity 1.

While normally not eligible for Streamlined Review due to the change to an epoxy coating, given the direction provided by NPS-WASO, DOI, and White House leadership coupled with the timeline required to complete compliance, there is no option other than to select Streamlined Review. No Streamlined Activity clearly aligns with this undertaking; Activity 1 - is the closest that generally applies. Consultation with the DC-SHPO would probably result in non-concurrence with an agency official proposed finding of No Adverse Effect. Significant and timely consultation would be required to reach consensus with the SHPO of a No Adverse Effect finding based on the historic precedent of tinting the pool bottom.

**D. RECOMMENDED BY PARK SECTION 106 COORDINATOR:**

**Compliance Specialist:**

**NHPA Specialist**    JASON THEUER   Digitally signed by JASON THEUER   **Date:**
Jason Theuer           Date: 2026.03.30 14:12:15 -04'00'

**E. SUPERINTENDENT'S APPROVAL**

The proposed work conforms to the NPS *Management Policies* and *Cultural Resource Management Guideline*, and I have reviewed and approve the recommendations, stipulations, or conditions noted in Section C of this form.

**Superintendent:** KEVIN GRIESS
Signature
Digitally signed by KEVIN GRIESS
Date: 2026.03.31 11:37:01 -04'00'

**Date:** _____