**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE CULTURAL LANDSCAPE FOUNDATION, et al., | |
| *Plaintiffs*, | Civil Action No. 1:26-cv-01593-CJN |
| v. | Hon. Carl J. Nichols |
| U.S. DEPARTMENT OF THE INTERIOR, et al., | |
| *Defendants*. | |

**[PROPOSED] ORDER**

Plaintiffs' Motion for Limited Expedited Discovery to Preserve Evidence, Dkt. No. 24, is

DENIED.

**IT IS SO ORDERED.**

Date: _____

_____
Judge Carl J. Nichols
United States District Court for the
District of Columbia

1