ADAM R.F. GUSTAFSON
Principal Deputy Assistant Attorney General

JOHN K. HEISE (CA Bar No. 331615)
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
Natural Resources Section
Ben Franklin Station, P.O. Box 7611
Washington, D.C. 20044-7611
Telephone: (202) 598-3312
Email: john.heise@usdoj.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE CULTURAL LANDSCAPE FOUNDATION, et al., |  |
| *Plaintiffs*, |  |
| v. | Civil Action No. 1:26-cv-01593-CJN |
| U.S. DEPARTMENT OF THE INTERIOR, et al., |  |
| *Defendants*. |  |

## NOTICE OF WITHDRAWAL OF COUNSEL

Further to Local Rule 83.6(b), notice is hereby given that John K. Heise, U.S. Department of Justice, withdraws his appearance as counsel for Defendants. Marissa Piropato, also of the U.S. Department of Justice, remains as attorney of record for Defendants. Defendants consent to this withdrawal.

1

Respectfully submitted this 14 of August, 2026.


Dated: August 14, 2026                         /s/ *John K. Heise*
                                               John K. Heise
                                               Trial Attorney
                                               Environment & Natural Resources Division
                                               Natural Resources Section
                                               150 M Street, N.E.
                                               Washington, D.C. 20002
                                               (202) 598-3312
                                               John.Heise@usdoj.gov

                                               *Counsel for Defendants*


Dated: August 14, 2026                         /s/ *Kevin Griess*
                                               Kevin Griess
                                               Superintendent
                                               National Mall and Memorial Parks
                                               National Park Service
                                               (202) 868-3459
                                               kevin_griess@nps.gov